KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                 :

In re:                                :          Chapter 11
                                 :

PURDUE PHARMA L.P., *et al.*    :          Case No. 19-23649 (SHL)
                                 :

            Debtors.[1]           :         (Jointly Administered)
---------------------------------------------------------------x

**FORTY-SECOND MONTHLY FEE STATEMENT OF KURTZMAN CARSON
CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED
AND EXPENSES INCURRED AS INFORMATION AGENT FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD MAY 1, 2023 THROUGH MAY 31, 2023</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| *Summary of Fees and Expenses Sought in the Fee Application* | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | May 1, 2023 through May 31, 2023 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $3,591.91 (80% of $4,489.89) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $454.67 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $4,046.58 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its forty-second monthly fee statement (the "Monthly Fee Statement") for the period beginning May 1, 2023 through and including May 31, 2023 (the "Fee Period"). During the Fee Period, the fees incurred by KCC were $4,489.89 and the expenses incurred were $454.67.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $4,046.58, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on September 5, 2023** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  August 22, 2023
      El Segundo, California

/s/ *Sarah Harbuck*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

## **CERTIFICATION**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

a) I am Assistant General Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

b) I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

c) I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated:  August 22, 2023
El Segundo, California

/s/ *Sarah Harbuck*

Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| CET | Christopher Estes | Consultant | 2 | $203.28 | $406.56 |
| CHT | Cheryl Tracey | Consultant | 1.4 | $200.86 | $281.22 |
| CJC | Caitlin Corrie | Consultant | 0.3 | $149.44 | $44.82 |
| DAK | Dayna Kosinski | Consultant | 0.3 | $155.49 | $46.65 |
| EJG | Evan Gershbein | Senior Managing Consultant | 0.9 | $231.53 | $208.37 |
| HEF | Heather Fellows | Consultant | 0.1 | $149.44 | $14.94 |
| HUM | Hugo Morales | Consultant | 0.1 | $155.49 | $15.55 |
| JBU | Joseph Bunning | Senior Consultant | 10.1 | $206.91 | $2,089.85 |
| MAP | Manuel Pastor | Consultant | 1.3 | $200.86 | $261.12 |
| MDO | Matthew Orr | Consultant | 0.6 | $200.86 | $120.52 |
| MPE | Mario Perez | Clerk | 0.1 | $53.85 | $5.38 |
| SEW | Scott Ewing | Senior Consultant | 0.7 | $206.91 | $144.83 |
| SYU | Susan Yu | Senior Consultant | 3.4 | $206.91 | $703.50 |
| VTM | Vien Marquez | Senior Managing Consultant | 0.7 | $209.40 | $146.58 |
| | | | | | |
| | **TOTALS** | | **22** | | **$4,489.89** |

**Exhibit B**
**Summary of Expenses by Category**

| Category | Amount |
|---|---|
| First Class Mail | $95.89 |
| PACER – Public Access Service Fees | $5.20 |
| Printing and Mailing Expenses | $338.72 |
| Sales and Use Tax | $14.86 |
| | |
| **TOTAL** | **$454.67** |

**Exhibit C**
**Invoice**

# *Kurtzman Carson Consultants LLC*

| **Account Number** | 70789FA | **Invoice Date** | June 21, 2023 |
|---|---|---|---|
| **Invoice Number** | US_KCC2512892 | **Due Date** | Due upon receipt |

**Purdue Pharma L.P. (Creditors' Committee)**

*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $4,489.89 |
| *Total of Hourly Fees* | $4,489.89 |
| **Expenses** | |
| Expenses | $439.81 |
| *Total Expenses* | $439.81 |
| *Invoice Subtotal* | $4,929.70 |
| Sales and Use Tax | 14.86 |
| *Total Invoice* | **$4,944.56** |

---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| **Account Number** | 70789FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| **Invoice Number** | US_KCC2512892 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $4,944.56 | Dept CH 16639 | HSBC Bank, NA |
| **Amount Paid** | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

## *Kurtzman Carson Consultants LLC*

05/01/2023 - 05/31/2023

*Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| CET | Christopher Estes | CON | 2.00 | $203.28 | $406.56 |
| CHT | Cheryl Tracey | CON | 1.40 | $200.86 | $281.22 |
| CJC | Caitlin Corrie | CON | 0.30 | $149.44 | $44.82 |
| DAK | Dayna Kosinski | CON | 0.30 | $155.49 | $46.65 |
| EJG | Evan Gershbein | SMC | 0.90 | $231.53 | $208.37 |
| HEF | Heather Fellows | CON | 0.10 | $149.44 | $14.94 |
| HUM | Hugo Morales | CON | 0.10 | $155.49 | $15.55 |
| JBU | Joseph Bunning | SC | 10.10 | $206.91 | $2,089.85 |
| MAP | Manuel Pastor | CON | 1.30 | $200.86 | $261.12 |
| MDO | Matthew Orr | CON | 0.60 | $200.86 | $120.52 |
| MPE | Mario Perez | CL | 0.10 | $53.85 | $5.38 |
| SEW | Scott Ewing | SC | 0.70 | $206.91 | $144.83 |
| SYU | Susan Yu | SC | 3.40 | $206.91 | $703.50 |
| VTM | Vien Marquez | SMC | 0.70 | $209.40 | $146.58 |
| | | | | **Total** | ***$4,489.89*** |

## *Kurtzman Carson Consultants LLC*

05/01/2023 - 05/31/2023

*Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 5/1/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.70 |
| 5/1/2023 | SYU | Review mail report for Statement re Avrio Assets Bid Procedures Motion [DN 5555] | SC | Noticing | 0.10 |
| 5/1/2023 | CJC | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| | | | | **Total for 5/1/2023** | **0.90** |
| 5/2/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.80 |
| | | | | **Total for 5/2/2023** | **0.80** |
| 5/3/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.50 |
| | | | | **Total for 5/3/2023** | **0.50** |
| 5/4/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.70 |
| | | | | **Total for 5/4/2023** | **0.70** |
| 5/5/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.50 |
| 5/5/2023 | CHT | Respond to creditor inquiry regarding proof of claim procedures | CON | Communications / Call Center | 0.30 |
| 5/5/2023 | CJC | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | **Total for 5/5/2023** | **0.90** |
| 5/8/2023 | EJG | Attention to Fee Statements [DNs 5584] mailing, including email communication re same | SMC | Noticing | 0.50 |
| 5/8/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.60 |
| 5/8/2023 | SEW | Quality control review of Fee Statements [DNs 5584] mailing | SC | Noticing | 0.10 |
| 5/8/2023 | SYU | Correspond with counsel re service of Fee Statements | SC | Noticing | 0.10 |
| 5/8/2023 | SYU | Coordinate and generate Fee Statements [DNs 5584] mailing, including preparing service lists, reviewing document, and performing quality checks | SC | Noticing | 0.60 |
| | | | | **Total for 5/8/2023** | **1.90** |
| 5/9/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.50 |
| 5/9/2023 | CHT | Respond to creditor inquiry regarding filing a claim | CON | Communications / Call Center | 0.10 |
| 5/9/2023 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| | | | | **Total for 5/9/2023** | **0.70** |
| 5/10/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.50 |

## Kurtzman Carson Consultants LLC

05/01/2023 - 05/31/2023

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 5/10/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| | | | | **Total for 5/10/2023** | **0.70** |
| 5/11/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.50 |
| | | | | **Total for 5/11/2023** | **0.50** |
| 5/12/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.70 |
| 5/12/2023 | CHT | Respond to creditor inquiry regarding status of claim | CON | Communications / Call Center | 0.30 |
| | | | | **Total for 5/12/2023** | **1.00** |
| 5/15/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| | | | | **Total for 5/15/2023** | **0.30** |
| 5/16/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.50 |
| | | | | **Total for 5/16/2023** | **0.50** |
| 5/17/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.40 |
| | | | | **Total for 5/17/2023** | **0.40** |
| 5/18/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 5/18/2023 | SYU | Update the Master Service List per Notice of Withdrawal of Requests for Notice | SC | Noticing | 0.20 |
| | | | | **Total for 5/18/2023** | **0.40** |
| 5/19/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.50 |
| 5/19/2023 | SYU | Update the Master Service List per Notice of Appearance | SC | Noticing | 0.20 |
| | | | | **Total for 5/19/2023** | **0.70** |
| 5/22/2023 | EJG | Attention to Statement re Opposition to Distributions [DN 5623] mailing, including email communication re same | SMC | Noticing | 0.40 |
| 5/22/2023 | MPE | Assist with Statement re Opposition to Distributions [DN 5623] mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 5/22/2023 | MDO | Assist with Statement re Opposition to Distributions [DN 5623] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 5/22/2023 | DAK | Assist with Statement re Opposition to Distributions [DN 5623] mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |

## Kurtzman Carson Consultants LLC

05/01/2023 - 05/31/2023

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 5/22/2023 | HUM | Assist with Statement re Opposition to Distributions [DN 5623] mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 5/22/2023 | MAP | Assist with Statement re Opposition to Distributions [DN 5623] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.30 |
| 5/22/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 5/22/2023 | SEW | Quality control review of Statement re Opposition to Distributions [DN 5623] mailing | SC | Noticing | 0.30 |
| 5/22/2023 | SEW | Quality control review of certificate of service re Fee Statements [DNs 5584] | SC | Noticing | 0.10 |
| 5/22/2023 | VTM | Assist with Statement re Opposition to Distributions [DN 5623] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.70 |
| 5/22/2023 | SYU | Correspond with counsel re service of Statement re Opposition to Distributions | SC | Noticing | 0.10 |
| 5/22/2023 | SYU | Coordinate and generate Statement re Opposition to Distributions [DN 5623] mailing, including preparing service lists, reviewing document, and performing quality checks | SC | Noticing | 0.60 |
| 5/22/2023 | SYU | Prepare Certificate of Service re Fee Statements [DNs 5584-5588] mailing | SC | Noticing | 0.50 |
| 5/22/2023 | SYU | Electronically file Certificate of Service with the court | SC | Noticing | 0.10 |
| 5/22/2023 | SYU | Update the Master Service List | SC | Noticing | 0.20 |
| | | | | *Total for 5/22/2023* | *5.70* |
| 5/23/2023 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| | | | | *Total for 5/23/2023* | *0.10* |
| 5/24/2023 | SEW | Quality control review of certificate of service re Statement re Opposition to Distributions [DN 5623] mailing | SC | Noticing | 0.20 |
| 5/24/2023 | SYU | Prepare Certificate of Service re Statement re Opposition to Distributions [DN 5623] mailing | SC | Noticing | 0.60 |
| 5/24/2023 | SYU | Electronically file Certificate of Service with the court | SC | Noticing | 0.10 |
| | | | | *Total for 5/24/2023* | *0.90* |
| 5/25/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.50 |
| 5/25/2023 | CHT | Respond to creditor inquiry regarding the status of claims | CON | Communications / Call Center | 0.20 |
| 5/25/2023 | CJC | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | *Total for 5/25/2023* | *0.80* |
| 5/26/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.80 |
| 5/26/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 5/26/2023* | *1.00* |

## Kurtzman Carson Consultants LLC

05/01/2023 - 05/31/2023

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 5/30/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.70 |
| 5/30/2023 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 5/30/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 5/30/2023 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 5/30/2023* | *1.30* |
| 5/31/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.70 |
| 5/31/2023 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 5/31/2023 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 5/31/2023* | *1.30* |
| | | | | ***Total Hours*** | ***22.00*** |

## *Kurtzman Carson Consultants LLC*

05/01/2023 - 05/31/2023

*Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $95.89 |
| PACER - Public Access Service Fees | | | $5.20 |
| Printing and Mailing Expenses (See Exhibit) | | | $338.72 |
| | | *Total Expenses* | *$439.81* |

## *Kurtzman Carson Consultants LLC*

05/01/2023 - 05/31/2023

### *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 5/22/2023 | Statement re Opposition to Distributions [DN 5623] | 1 | Email Service Setup to 196 Email Parties | $275.00 | $275.00 |
| | | 59 | First Class Mail | | |
| | | 472 | Image notice printing for 1 document, including Purdue DN 5623 Statement re AHC Opposition to Distributions.pdf | $0.11 | $51.92 |
| | | 59 | Standard Envelopes | $0.20 | $11.80 |

| | |
|---|---|
| *Total Printing and Mailing Expenses* | **$338.72** |