COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF COLE SCHOTZ P.C., AS EFFICIENCY COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OF**
**RATE INCREASES EFFECTIVE SEPTEMBER 1, 2023**

Cole Schotz P.C. ("Cole Schotz"), as Efficiency Counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this notice of rate increases in accordance with the *Order Authorizing Employment and Retention of Cole Schotz P.C. as Efficiency Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to February 24, 2020* (ECF No. 1084), and respectfully states as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1.  In accordance with ordinary practice and as described in the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Cole Schotz P.C. as Efficiency Counsel, Nunc Pro Tunc to February 24, 2020* (ECF No. 1013) (the "Application"),[2] the hourly rate of Cole Schotz attorneys working on this chapter 11 case will increase generally on September 1, 2023, reflecting firm-wide annual rate increases and/or increases in individual attorneys' seniority.

2.  The current 2022 hourly rate ranges (effective September 1, 2022), as disclosed previously (*see* ECF No. 5043), and the new 2023 hourly rate ranges (effective September 1, 2023) for Cole Schotz attorneys and paraprofessionals in its offices are as follows:

| **Professional** | **2022 Hourly Rate Ranges** | **2023 Hourly Rate Ranges** |
| --- | --- | --- |
| Members | $485.00 to $1,200.00 per hour | $625.00 to $1,475.00 per hour |
| Special Counsel | $575.00 to $730.00 per hour | $620.00 to $750.00 per hour |
| Associates | $325.00 to $685.00 per hour | $350.00 to $645.00 per hour |
| Paralegals | $245.00 to $410.00 per hour | $260.00 to $440.00 per hour |
| Litigation Support Specialists | $380.00 to $475.00 per hour | $405.00 to $510.00 per hour |

3.  As set forth in the Declaration of Justin R. Alberto, attached hereto as **Exhibit A**, the Committee has authorized the rate increases detailed herein.

---

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Application.

Dated: August 22, 2023  **COLE SCHOTZ P.C.**
New York, New York

/s/ *Justin R. Alberto*
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

# Exhibit A

**Alberto Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al*., | : | Case No. 19-23649 (SHL) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**DECLARATION OF JUSTIN R. ALBERTO IN SUPPORT OF NOTICE OF COLE SCHOTZ P.C., AS EFFICIENCY COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OF RATE INCREASES EFFECTIVE SEPTEMBER 1, 2023**

I, Justin R. Alberto, hereby declare the following:

1. I am a Member of the law firm of Cole Schotz P.C. ("Cole Schotz"), and have been duly admitted to practice law in the State of Delaware.

2. Cole Schotz represents the Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al*. (the "Committee") as Efficiency Counsel. I am authorized to submit this certification in support of the *Notice of Cole Schotz P.C., as Efficiency Counsel to the Official Committee of Unsecured Creditors, of Rate Increases Effective September 1, 2023* (the "Notice")[2] filed contemporaneously herewith. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. On an annual basis, Cole Schotz evaluates the hourly rates charged by its billing professionals to determine whether those rates should be increased based on a timekeepers'

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Notice.

developing skills and experience, and consistent with changes in market hourly rates. In making this evaluation, Cole Schotz obtains third-party consultant information to assist it in determining an appropriate rate schedule for its billing professionals.

4. The current 2022 hourly rate ranges (effective September 1, 2022), as disclosed previously (*see* ECF No. 5043), and the new 2023 hourly rate ranges (effective September 1, 2023) for Cole Schotz attorneys and paraprofessionals in its offices are as follows:

| **Professional** | **2022 Hourly Rate Ranges** | **2023 Hourly Rate Ranges** |
|---|---|---|
| Members | $485.00 to $1,200.00 per hour | $625.00 to $1,475.00 per hour |
| Special Counsel | $575.00 to $730.00 per hour | $620.00 to $750.00 per hour |
| Associates | $325.00 to $685.00 per hour | $350.00 to $645.00 per hour |
| Paralegals | $245.00 to $410.00 per hour | $260.00 to $440.00 per hour |
| Litigation Support Specialists | $380.00 to $475.00 per hour | $405.00 to $510.00 per hour |

5. The Committee has authorized the rate increases set forth above.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief formed after reasonable inquiry.

Dated: Wilmington, DE
      August 22, 2023              By: */s/ Justin R. Alberto*
                                            Justin R. Alberto, Esq.