ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**FORTY-SEVENTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | July 1, 2023 through July 31, 2023 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $58,122.83[2] |
| Less 20% Holdback | $11,624.57 |
| Total Reimbursement Requested | $512.00 |
| Total Compensation and Reimbursement Requested in this Statement | $47,010.26 |

**This is a(n):**   X Monthly Application   __ Interim Application   __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from July 1, 2023 through July 31, 2023* (this "**Fee Statement**").[3] By this Fee Statement, Arnold & Porter seeks (i) compensation in the amount of

---

[2]   This amount reflects a reduction in fees in the amount of $12,758.67 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from July 1, 2023, through and including July 31, 2023, is referred to herein as the "**Fee Period**."

$46,498.26 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $58,122.83) and (ii) payment of $512.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

## Itemization of Services Rendered and Disbursements Incurred

1.     Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Arnold & Porter incurred $58,122.83 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $46,498.26.

2.     Attached hereto as **Exhibit B** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $940.39.[4]  The blended hourly billing rate of all paraprofessionals is $356.70.[5]

3.     Attached hereto as **Exhibit C** is a chart of expenses that Arnold & Porter incurred or disbursed in the amount of $512.00 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]   This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]   This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of Arnold & Porter for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.      Arnold & Porter will provide notice of this Fee Statement in accordance with the Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $46,498.26, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $58,122.83) and (ii) payment of $512.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

August 23, 2023                              Respectfully submitted,


By:   /s/ Rory Greiss
**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Rhodes Antitrust Advice | 0.50 | $615.00 |
| Commercial Contracts Advice | 3.40 | $3,680.16 |
| Project ATP | 32.40 | $29,849.64 |
| Retention and Fee Applications | 6.40 | $3,651.87 |
| Government Contracts | 9.20 | $7,454.62 |
| Project Falcon | 0.70 | $603.52 |
| Project Sequoia | 6.40 | $6,455.04 |
| Accord Healthcare Inc. Appeal | 1.00 | $1,230.00 |
| Project Canasta | 4.60 | $4,582.98 |
| **Total[1]** | **64.60** | **$58,122.83** |

---

[1]  This amount reflects a reduction in fees in the amount of $12,758.67 on account of voluntary discounts as described in the Retention Application.

**<u>Exhibit B</u>**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,200.00 | 0.10 | $120.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,500.00 | 1.50 | $2,250.00 |
| Lindquist, Elizabeth F. | Partner | 2010 | 1,230.00 | 10.60 | $13,038.00 |
| Rothman, Eric | Partner | 2008 | 1,110.00 | 2.30 | $2,553.00 |
| Greiss, Rory | Sr. Counsel | 1981 | 1,320.00 | 22.50 | $29,700.00 |
| Danias, Peter | Counsel | 1983 | 1,130.00 | 0.40 | $452.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,140.00 | 0.50 | $570.00 |
| Pettit, Thomas A. | Associate | 2017 | 950.00 | 2.00 | $1,900.00 |
| Sullivan, Sam | Associate | 2020 | 830.00 | 0.20 | $166.00 |
| Williamson, Bryan R. | Associate | 2020 | 675.00 | 3.00 | $2,025.00 |
| Zausner, Ethan | Associate | 2017 | 950.00 | 17.00 | $16,150.00 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 4.50 | $1,957.50 |
| **Total** | | | | **64.60** | **$70,881.50** |
| Less 18% Discount | | | | | ($12,758.67) |
| **Discounted Total** | | | | | **$58,122.83** |
| Less 20% Holdback | | | | | ($11,624.57) |
| **Total Amount Requested Herein** | | | | | **$46,498.26** |

## Exhibit C

## Summary of Actual and Necessary Expenses

| Expense Category | Total Expenses |
|---|---|
| eData: No Access Storage | $512.00 |
| **Total Expenses** | **$512.00** |

## **Exhibit D**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                          August 17, 2023
**Attn: Roxana Aleali**                                     Invoice # 30160317
**Associate General Counsel**                             EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00111**

Rhodes Antitrust Advice
20170000959


| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2023** | $ | 750.00 |
| Discount: | | <u>-135.00</u> |
| **Fee Total** | | **615.00** |
| **Total Amount Due** | $ | <u>**615.00**</u> |


**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **<u>Invoice@arnoldporter.com</u>**

August 17, 2023                                                                Invoice # 30160317

**(1049218.00111)**
**Rhodes Antitrust Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 07/31/23 | 0.50 | Call with Purdue team re: transactions. |
| **Total Hours** | | **0.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Deborah L. Feinstein | 0.50 | 1,500.00 | 750.00 |
| **TOTAL** | **0.50** | | **750.00** |

**Total Current Amount Due**                                                    **$615.00**

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

August 17, 2023
Invoice # 30160321
EIN 53-0208605

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---:|
| **For Legal Services Rendered through July 31, 2023** | $ | 4,488.00 |
| Discount: | | -807.84 |
| **Fee Total** | | 3,680.16 |
| **Total Amount Due** | $ | **3,680.16** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**             Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 17, 2023                                                                                    Invoice # 30160321

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/17/23 | 3.40 | Review correspondence from Purdue team regarding regulatory compliance work and supply arrangement (.6); review supply agreement (1.2); send email to Purdue team regarding terms of agreements and possible response to customer (.7); review additional Purdue team comments to revised draft (.9). |
| **Total Hours** | | **3.40** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 3.40 | 1,320.00 | 4,488.00 |
| **TOTAL** | **3.40** | | **4,488.00** |

**Total Current Amount Due**                                                               **$3,680.16**

# Arnold&Porter

**Purdue Pharma L.P.**                                       August 17, 2023
**Attn: Roxana Aleali**                                  Invoice # 30160322
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00135**

Project ATP

20190002247

| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2023** | $ | 36,402.00 |
| Discount: | | -6,552.36 |
| **Fee Total** | | 29,849.64 |
| **Total Amount Due** | $ | 29,849.64 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                         P.O. Box 719451
                         Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 17, 2023

Invoice # 30160322

**(1049218.00135)**
Project ATP

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/05/23 | 5.30 | Review latest draft of supply agreement (5.0); call with E. Zausner re: review and re: call with Purdue team (.3). |
| Ethan Zausner | 07/05/23 | 1.80 | Review of client drafts of supply agreement. |
| Rory Greiss | 07/06/23 | 3.90 | Review supply agreement (.5); videoconference with Purdue team and E. Zausner re: revisions to be made (3.0); follow-up call with E. Zausner (.4). |
| Ethan Zausner | 07/06/23 | 4.60 | Review supply agreement to prepare for call (1.3); call with client to discuss supply agreement (2.9); follow-up call with R. Greiss re same (.4). |
| Rory Greiss | 07/07/23 | 0.40 | Correspondence with Purdue team re: projected launch date and other matters re: supply agreement. |
| Ethan Zausner | 07/07/23 | 0.70 | Draft supply agreement. |
| Rory Greiss | 07/10/23 | 0.50 | Review correspondence re: points to include in revised draft of supply agreement. |
| Ethan Zausner | 07/10/23 | 0.50 | Draft supply agreement. |
| Rory Greiss | 07/11/23 | 3.20 | Review, comment on revised draft of supply agreement. |
| Ethan Zausner | 07/11/23 | 4.20 | Draft supply agreement. |
| Ethan Zausner | 07/12/23 | 1.50 | Draft supply agreement. |
| Peter Danias | 07/13/23 | 0.40 | Research HSR interps on Distribution and Supply Agreements (.3); correspond with D. Feinstein re same (.1). |
| Rory Greiss | 07/13/23 | 1.00 | Correspondence with D. Feinstein regarding potential HSR question (.3); review comments to revise draft of supply agreement (.7). |
| Ethan Zausner | 07/13/23 | 0.80 | Revise supply agreement. |
| Ethan Zausner | 07/17/23 | 1.80 | Revise supply agreement. |
| Rory Greiss | 07/18/23 | 0.70 | Review final revisions to supply agreement (.5); correspondence with E. Zausner re: same (.2). |
| Ethan Zausner | 07/18/23 | 1.10 | Revise supply agreement. |

**Total Hours**          **32.40**

August 17, 2023                                                                                   Invoice # 30160322

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|------:|-----:|------:|
| Rory Greiss | 15.00 | 1,320.00 | 19,800.00 |
| Peter Danias | 0.40 | 1,130.00 | 452.00 |
| Ethan Zausner | 17.00 | 950.00 | 16,150.00 |
| **TOTAL** | **32.40** | | **36,402.00** |

**Total Current Amount Due**                                                           **$29,849.64**

# Arnold&Porter

**Purdue Pharma L.P.**                                     August 17, 2023
**Attn: Roxana Aleali**                                    Invoice # 30160323
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2023** | $ | **4,453.50** |
| Discount: | | -801.63 |
| **Fee Total** | | **3,651.87** |
| **Total Amount Due** | $ | **3,651.87** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
                        P.O. Box 719451
                        Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 17, 2023                                                        Invoice # 30160323

**(1049218.00148)**
**greRetention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/06/23 | 0.80 | Review June statement. |
| Darrell B. Reddix | 07/11/23 | 2.80 | Draft June monthly statement (2.6); correspond with R. Greiss and R. Evergreen re same (.2). |
| Rory Greiss | 07/19/23 | 0.40 | Review proposed order granting eleventh interim fee application (.2); correspondence with DPW re: same (.2). |
| Rosa J. Evergreen | 07/19/23 | 0.10 | Review proposed order. |
| Rory Greiss | 07/31/23 | 0.60 | Review and comment on monthly statement for June. |
| Darrell B. Reddix | 07/31/23 | 1.70 | Draft June monthly statement. |
| **Total Hours** | | **6.40** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 0.10 | 1,200.00 | 120.00 |
| Rory Greiss | 1.80 | 1,320.00 | 2,376.00 |
| Darrell B. Reddix | 4.50 | 435.00 | 1,957.50 |
| **TOTAL** | **6.40** | | **4,453.50** |

**Total Current Amount Due**                                          **$3,651.87**

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**                                                     August 17, 2023
**Attn: Roxana Aleali**                                                    Invoice # 30160320
**Associate General Counsel**                                              EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

**For Legal Services Rendered through July 31, 2023**                             **9,091.00**

Discount:                                                                        -1,636.38

**Fee Total**                                                                     **7,454.62**

**Total Amount Due**                                                   $         **7,454.62**

**Wire Transfer Instructions:**

|  | Account Name: | Arnold & Porter Kaye Scholer LLP |
|--|--|--|
|  | Bank Info: | Wells Fargo Bank NA |
|  |  | 420 Montgomery Street |
|  |  | San Francisco, CA  94104 |
|  | Account Number: | 4127865475 |
|  | ABA Number: | 121000248 (ACH and wires) |
|  | Swift Code: | WFBIUS6S |

**Or Remit To:**                        Arnold & Porter Kaye Scholer LLP
                                         P.O. Box 719451
                                         Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 17, 2023                                                                    Invoice # 30160320

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Bryan R. Williamson | 07/10/23 | 0.10 | Correspondence with T. Pettit re: novation package and regulatory compliance matters. |
| Thomas A. Pettit | 07/10/23 | 0.30 | Teleconference with client regarding government contracts issues. |
| Elizabeth F. Lindquist | 07/18/23 | 0.90 | Draft bankruptcy emergence project plan. |
| Elizabeth F. Lindquist | 07/19/23 | 1.90 | Draft bankruptcy emergence project plan. |
| Thomas A. Pettit | 07/24/23 | 0.50 | Weekly teleconference regarding government contracts issues. |
| Bryan R. Williamson | 07/25/23 | 0.60 | Teleconference with T. Pettit re: research on novation and Anti-Assignment Act notice (.3); assess authorities and novation strategy under U.S. Federal Circuit law (.3). |
| Thomas A. Pettit | 07/25/23 | 0.20 | E-mail L. Lindquist regarding name change and Rhodes conversion. |
| Elizabeth F. Lindquist | 07/26/23 | 1.40 | Research bankruptcy emergence issues related to government contracts (1.2); correspond with T. Pettit regarding same (.2). |
| Bryan R. Williamson | 07/26/23 | 2.20 | Research on whether a novation and Anti-Assignment Act notice is required when a business entity reorganizes from a Delaware Limited Partnership to a Delaware LLC. |
| Thomas A. Pettit | 07/27/23 | 0.60 | Research whether a conversion from limited partnership status to an llc is treated as a name change. |
| Bryan R. Williamson | 07/31/23 | 0.10 | Correspondence with L. Lindquist, T. Pettit, and L. Wright re: bankruptcy case status. |
| Thomas A. Pettit | 07/31/23 | 0.40 | Weekly teleconference with client regarding government contracts issues. |

**Total Hours**                          **9.20**

August 17, 2023                                                                    Invoice # 30160320

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Elizabeth F. Lindquist | 4.20 | 1,230.00 | 5,166.00 |
| **Subtotal:** | **4.20** | | **5,166.00** |
| **Associate** | | | |
| Thomas A. Pettit | 2.00 | 950.00 | 1,900.00 |
| Bryan R. Williamson | 3.00 | 675.00 | 2,025.00 |
| **Subtotal:** | **5.00** | | **3,925.00** |
| **TOTAL** | **9.20** | | **9,091.00** |

**Total Current Amount Due**                                              $7,454.62

# Arnold&Porter

**Purdue Pharma L.P.**                                          August 17, 2023
**Attn: Rachel Kreppel**                                        Invoice # 30160324
**Associate General Counsel**                                   EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through July 31, 2023** | **736.00** |
| Discount: | -132.48 |
| **Fee Total** | **603.52** |
| **Disbursements Recorded through July 31, 2023** | |
| eData: No Access Storage          512.00 | |
| **Disbursements Total**                    $ | **512.00** |
| **Total Amount Due**                       $ | **1,115.52** |

**Wire Transfer Instructions:**

Account Name:     Arnold & Porter Kaye Scholer LLP
Bank Info:        Wells Fargo Bank NA
                  420 Montgomery Street
                  San Francisco, CA  94104
Account Number:   4127865475
ABA Number:       121000248 (ACH and wires)
Swift Code:       WFBIUS6S

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                           P.O. Box 719451
                           Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact: **Invoice@arnoldporter.com**

August 17, 2023                                                                                      Invoice # 30160324

**(1049218.00157)**
**Project Falcon**


**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Barbara H. Wootton | 07/14/23 | 0.50 | Review, comment on revised draft white paper for agency. |
| Sam Sullivan | 07/14/23 | 0.20 | Revise white paper for submission to agency. |
| **Total Hours** | | **0.70** | |


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Counsel** | | | |
| Barbara H. Wootton | 0.50 | 1,140.00 | 570.00 |
| **Subtotal:** | **0.50** | | **570.00** |
| **Associate** | | | |
| Sam Sullivan | 0.20 | 830.00 | 166.00 |
| **Subtotal:** | **0.20** | | **166.00** |
| **TOTAL** | **0.70** | | **736.00** |


**Total Current Amount Due**                                                                    $1,115.52

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**                                    August 17, 2023
**Attn: Roxana Aleali**                                   Invoice # 30160318
**Associate General Counsel**                             EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00166**

Project Sequoia

20220003290

| | |
|---|---:|
| **For Legal Services Rendered through July 31, 2023** | **7,872.00** |
| Discount: | -1,416.96 |
| **Fee Total** | **6,455.04** |
| **Total Amount Due** | **$        6,455.04** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                        Arnold & Porter Kaye Scholer LLP
                                         P.O. Box 719451
                                         Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 17, 2023                                                                                        Invoice # 30160318

**(1049218.00166)**
**Project Sequoia**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Elizabeth F. Lindquist | 07/13/23 | 1.60 | Participate in meeting with VA contracting officer and client regarding transition of products. |
| Elizabeth F. Lindquist | 07/24/23 | 2.40 | Draft correspondence with government regarding transition of government programs participation in connection with sale transaction (1.8); analyze labeler code issues related to sale transaction (.6). |
| Elizabeth F. Lindquist | 07/27/23 | 1.40 | Review correspondence related to transition of government programs in connection with sale transaction (.3); revise draft communication to VA contracting officer regarding contract offer (1.1). |
| Elizabeth F. Lindquist | 07/31/23 | 1.00 | Participate in government programs status call with client (.6); revise draft communication regarding government programs transition in connection with the sale transaction (.4). |

**Total Hours**                            **6.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Elizabeth F. Lindquist | 6.40 | 1,230.00 | 7,872.00 |
| **Subtotal:** | **6.40** | | **7,872.00** |
| **TOTAL** | **6.40** | | **7,872.00** |

**Total Current Amount Due**                                                                     **$6,455.04**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

August 17, 2023
Invoice # 30160325
EIN 53-0208605

**Client/Matter # 1049218.00167**

Accord Healthcare Inc. Appeal

20230003334

| | |
|---|---:|
| **For Legal Services Rendered through July 31, 2023** | **1,500.00** |
| Discount: | -270.00 |
| **Fee Total** | **1,230.00** |
| **Total Amount Due** | **$    1,230.00** |

**Wire Transfer Instructions:**

| | | |
|---|---|---|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 (ACH and wires) |
| | Swift Code: | WFBIUS6S |
| **Or Remit To:** | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 719451 |
| | | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 17, 2023                                                                    Invoice # 30160325

**(1049218.00167)**
**Accord Healthcare Inc. Appeal**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 07/14/23 | 1.00 | Edit white paper relating to appeal. |
| **Total Hours** | | **1.00** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Deborah L. Feinstein | 1.00 | 1,500.00 | 1,500.00 |
| **Subtotal:** | **1.00** | | **1,500.00** |
| **TOTAL** | **1.00** | | **1,500.00** |

**Total Current Amount Due**                                          **$1,230.00**

# Arnold&Porter

**Purdue Pharma L.P.**                                                August 17, 2023
**Attn: Roxana Aleali**                                          Invoice # 30160319
**Associate General Counsel**                                    EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00168**

Project Canasta

20230003335


**For Legal Services Rendered through July 31, 2023**                    **5,589.00**

Discount:                                                                -1,006.02

**Fee Total**                                                            **4,582.98**


**Total Amount Due**                                         **$**        **4,582.98**


**Wire Transfer Instructions:**

|                          |                                      |
|--------------------------|--------------------------------------|
| Account Name:            | Arnold & Porter Kaye Scholer LLP     |
| Bank Info:               | Wells Fargo Bank NA                  |
|                          | 420 Montgomery Street                |
|                          | San Francisco, CA  94104             |
| Account Number:          | 4127865475                           |
| ABA Number:              | 121000248 (ACH and wires)            |
| Swift Code:              | WFBIUS6S                             |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                              P.O. Box 719451
                              Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 17, 2023                                                                 Invoice # 30160319

**(1049218.00168)**
**Project Canasta**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/13/23 | 1.50 | Review proposals for services to be provided to Purdue (.9); videoconference with Purdue team and E. Rothman to discuss proposals (.6). |
| Eric Rothman | 07/13/23 | 1.70 | Teleconference with R. Greiss and Purdue team to discuss Project Canasta (.6); draft proposals related to Project Canasta (1.1). |
| Rory Greiss | 07/14/23 | 0.80 | Review materials in preparation for call with Purdue team regarding packaging and back-up supply issues (.3); videoconference with Purdue team and E. Rothman to discuss issues (.5). |
| Eric Rothman | 07/14/23 | 0.60 | Teleconference with R. Greiss and Purdue team to discuss Project Canasta. |
| **Total Hours** | | **4.60** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|---|-------|------|-------|
| **Partner** | | | | |
| Eric Rothman | | 2.30 | 1,110.00 | 2,553.00 |
| | Subtotal: | **2.30** | | **2,553.00** |
| **Counsel** | | | | |
| Rory Greiss | | 2.30 | 1,320.00 | 3,036.00 |
| | Subtotal: | **2.30** | | **3,036.00** |
| | **TOTAL** | **4.60** | | **5,589.00** |

**Total Current Amount Due**                                          **$4,582.98**