KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|  |  |
|---|---|
| **In re:** | :   **Chapter 11** |
| | : |
| **PURDUE PHARMA L.P,** *et al.,* | :   **Case No. 19-23649 (RDD)** |
| | : |
| **Debtors.**[1] | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FORTY-FIFTH MONTHLY FEE STATEMENT OF KRAMER LEVIN**
**NAFTALIS & FRANKEL LLP, CO-COUNSEL TO THE AD HOC COMMITTEE,**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Kramer Levin Naftalis & Frankel LLP |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | June 1, 2023 through and including June 30, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $322,024.80 |
| **Current Fee Request** | $322,024.80 (80% of $402,531.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $61.62 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $322,086.42 |
| **Total Fees and Expenses Inclusive of Holdback** | $402,592.62 |
| **This is a(n):**      X monthly      ___interim application      ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| *Application* | *Total Compensation and Expenses Incurred for Period Covered* | | *Total Amount Requested in Fee Statements* | | *Total Unpaid* |
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
|---|---|---|---|---|---|---|
| 12/9/2019 634 | 9/16/2019-10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019-11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019-12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020-1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020-2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020-3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020-4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020-5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020-6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020-7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020-8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020-9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020-10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020-11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020-12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021-1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021-2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021-3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021-4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021-5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/9/2021 3746 | 6/1/2021-6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
| 9/15/2021 3768 | 7/1/2021-7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021 3940 | 8/1/2021-8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021 4095 | 9/1/2021-9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021 4216 | 10/1/2021-10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022 4360 | 11/1/2021-11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022 4361 | 12/1/2021-12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022 4559 | 1/1/2022-1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022 4626 | 2/1/2022-2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022 4725 | 3/1/2022-3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022 4823 | 4/1/2022-4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |
| 7/21/2022 4974 | 5/1/2022-5/31/2022 | $76,927.00 | $8,816.90 | $61,541.60 | $8,816.90 | $0.00 |
| 9/15/2022 5077 | 6/1/2022-6/30/2022 | $208,743.50 | $249,634.78 | $166,994.80 | $249,634.78 | $0.00 |
| 9/27/2022 5098 | 7/1/2022-7/31/2022 | $174,755.00 | $2,219.99 | $139,804.00 | $2,219.99 | $0.00 |
| 10/17/2022 5162 | 8/1/2022-8/30/2022 | $138,650.50 | $2,485.43 | $110,920.40 | $2,485.43 | $0.00 |
| 11/03/2022 5215 | 9/1/2022-9/30/2022 | $98,517.00 | $90.43 | $78,813.60 | $90.43 | $0.00 |
| 11/21/2022 5250 | 10/1/2022-10/31/2022 | $41,151.00 | $4,978.64 | $32,920.80 | $4,978.64 | $0.00 |
| 1/13/2023 5339 | 11/1/2022-11/30/2022 | $33,987.00 | $2,195.19 | $27,189.60 | $2,195.19 | $0.00 |
| 2/1/2023 5396 | 12/1/2022-12/31/2022 | $43,506.50 | $136.10 | $34,805.20 | $136.10 | $0.00 |
| 3/13/2023 5494 | 1/1/2023-1/31/2023 | $46,013.00 | $6,269.26 | $36,810.40 | $6,269.26 | $9,202.60 |
| 4/5/2023 5536 | 2/1/2023-2/28/2023 | $111,217.50 | $2,462.48 | $88,974.00 | $2,462.48 | $22,243.50 |
| 5/22/2023 5625 | 3/1/2023-3/31/2023 | $113,742.00 | $2,312.73 | $90,993.60 | $2,312.73 | $22,748.40 |
| 5/25/2023 5635 | 4/1/2023-4/30/2023 | $245,907.50 | $3,114.43 | $196,726.00 | $3,114.43 | $49,181.50 |
| 7/14/2023 5776 | 5/1/2023-5/31/2023 | $193,994.00 | $2,683.64 | $155,195.20 | $2,683.64 | $196,677.64 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Forty-Fifth Monthly Fee Statement (the "**Statement**") for the period of June 1, 2023 through and including June 30, 2023 (the "**Monthly Fee Period**").

### Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,515.27.[2] The blended hourly billing rate of all paraprofessionals is $525.00.[3]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $397,911.00 by the total hours of 262.60.
[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $4,620.00by the total hours of 8.80.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

## Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $322,024.80, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $61.62.

Dated: New York, New York
      August 23, 2023

Respectfully submitted,

By:   */s/ Kenneth H. Eckstein*
                                              

Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
**KRAMER LEVIN NAFTALIS &**
**FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Emails:  keckstein@kramerlevin.com
             rringer@kramerlevin.com
             cgange@kramerlevin.com

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**EXHIBIT A**

## SUMMARY OF FEES BY PROJECT CATEGORY

| Matter | Matter Name | Hours | Total |
|---|---|---|---|
| 00004 | Case Administration | 0.30 | $157.50 |
| 00006 | Employment and Fee Applications | 12.80 | $10,681.50 |
| 00008 | Litigation | 154.40 | $239,284.50 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 29.20 | $44,953.00 |
| 00011 | Plan and Disclosure Statement | 74.70 | $107,454.50 |
| **TOTAL** | | **271.40** | **$402,531.00** |

**EXHIBIT B**

## SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| David E. Blabey | Partner | 2005 | Creditors' Rights | 1300 | 26.70 | $34,710.00 |
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1800 | 82.60 | $148,680.00 |
| Roy T. Englert Jr. | Partner | 1981 | Litigation | 1650 | 40.60 | $66,990.00 |
| David J. Fisher | Partner | 1985 | Corporate | 1690 | 16.40 | $27,716.00 |
| Rachael Ringer | Partner | 2011 | Creditors' Rights | 1415 | 1.00 | $1,415.00 |
| Jordan Rosenbaum | Partner | 2004 | Corporate | 1500 | 4.30 | $6,450.00 |
| Joseph Shifer | Special Counsel | 2010 | Creditors' Rights | 1280 | 7.30 | $9,344.00 |
| Jeffrey Taub | Special Counsel | 2010 | Corporate | 1280 | 8.20 | $10,496.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1220 | 75.50 | $92,110.00 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 525 | 8.80 | $4,620.00 |
| **TOTAL** | | | | | **271.40** | **$402,531.00** |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---:|
| Color Copies | $11.20 |
| Photocopying | $31.20 |
| Telecommunications Charges | $19.22 |
| **TOTAL EXPENSES** | **$61.62** |

**EXHIBIT D**

# Kramer Levin



July 31, 2023

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 889486
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through June 30, 2023.**

| | |
|---|---:|
| Fees | $402,531.00 |
| Disbursements and Other Charges | 61.62 |
| **TOTAL BALANCE DUE** | **$402,592.62** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



July 31, 2023
Invoice #: 889486
072952
Page 1

**MATTER SUMMARY**

**For professional services rendered through June 30, 2023 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|--------|-------------|------|-------|-------|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $61.62 | **$61.62** |
| 072952-00004 | Case Administration | 157.50 | 0.00 | **157.50** |
| 072952-00006 | Employment and Fee Applications | 10,681.50 | 0.00 | **10,681.50** |
| 072952-00008 | Litigation | 239,284.50 | 0.00 | **239,284.50** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 44,953.00 | 0.00 | **44,953.00** |
| 072952-00011 | Plan and Disclosure Statement | 107,454.50 | 0.00 | **107,454.50** |
| **Subtotal** | | **$402,531.00** | **$61.62** | **$402,592.62** |
| **TOTAL CURRENT INVOICE** | | | | **$402,592.62** |



July 31, 2023
Invoice #: 889486
072952-00001
Page 2

**Asset Analysis and Recovery**

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Photocopying | $31.20 |
| Color Copies | 11.20 |
| Telecommunication Charges | 19.22 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$61.62** |



July 31, 2023
Invoice #: 889486
072952-00004
Page 3

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Kane, Wendy | Paralegal | 0.30 | $157.50 |
| **TOTAL FEES** | | **0.30** | **$157.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/15/2023 | Kane, Wendy | Register KL team for status conference; register clients and co-counsel for same and emails re same. | 0.30 | $157.50 |
| **TOTAL** | | | **0.30** | **$157.50** |



July 31, 2023
Invoice #: 889486
072952-00006
Page 4

**Employment and Fee Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Gange, Caroline | Associate | 5.70 | $6,954.00 |
| Kane, Wendy | Paralegal | 7.10 | 3,727.50 |
| **TOTAL FEES** | | **12.80** | **$10,681.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/9/2023 | Gange, Caroline | Emails w/ AHC professionals re interim fee apps and edits to same. | 0.40 | $488.00 |
| 6/9/2023 | Kane, Wendy | Prepare eleventh interim fee application (1.4); emails w/ C. Gange re same (0.2). | 1.60 | 840.00 |
| 6/12/2023 | Gange, Caroline | Review and edit AHC professionals' 11th interim fee applications. | 2.90 | 3,538.00 |
| 6/12/2023 | Kane, Wendy | Revise interim fee application; prepare amended January fee statement; email C. Gange re same. | 0.40 | 210.00 |
| 6/13/2023 | Gange, Caroline | Review and edit interim fee applications. | 2.40 | 2,928.00 |
| 6/13/2023 | Kane, Wendy | Revise interim fee application and email C. Gange re same. | 0.10 | 52.50 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP      NEW YORK  |  SILICON VALLEY  |  WASHINGTON, DC  |  PARIS



July 31, 2023
Invoice #: 889486
072952-00006
Page 5

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/14/2023 | Kane, Wendy | Initial review of May fee statement for compliance with UST guidelines and local rules (0.5); review amended fee statement and eleventh interim fee application (0.3); email C. Gange re same (0.1); emails w/ other professionals re fee statement and fee applications (0.2); file FTI April fee statement, HL March and April fee statements, KL amended fee statement, Otterbourg April fee statement (1.0); update fee applications and further emails w/ professionals and C. Gange (0.4); file interim fee applications for AHC professionals (1.2); service of same (0.3). | 4.00 | 2,100.00 |
| 6/20/2023 | Kane, Wendy | Further review May fee statement for compliance with UST guidelines and local rule; email C. Gange re same. | 0.40 | 210.00 |
| 6/22/2023 | Kane, Wendy | Prepare May fee statement and exhibits (0.5); email C. Gange re same (0.1). | 0.60 | 315.00 |
| **TOTAL** | | | **12.80** | **$10,681.50** |



July 31, 2023
Invoice #: 889486
072952-00008
Page 6

**Litigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David | Partner | 18.90 | $24,570.00 |
| Eckstein, Kenneth | Partner | 56.70 | 102,060.00 |
| Englert, Jr., Roy | Partner | 38.30 | 63,195.00 |
| Shifer, Joseph | Special Counsel | 4.30 | 5,504.00 |
| Gange, Caroline | Associate | 35.90 | 43,798.00 |
| Kane, Wendy | Paralegal | 0.30 | 157.50 |
| **TOTAL FEES** | | **154.40** | **$239,284.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/1/2023 | Englert, Jr., Roy | Respond to client/co-counsel questions about appeal (0.3), discussion with K. Eckstein re state call (0.1), and review Debtor appeal letter (0.4). | 0.80 | $1,320.00 |
| 6/1/2023 | Eckstein, Kenneth | Continue to review Second Circuit opinion (1.5), discuss same with R. Englert (0.1). | 1.60 | 2,880.00 |
| 6/1/2023 | Blabey, David | Review appeal letter precedent (0.3). | 0.30 | 390.00 |
| 6/2/2023 | Englert, Jr., Roy | Call w/ KL team re draft letter (0.7); edit draft re same (3.0); communications with KL team re same (0.3). | 4.00 | 6,600.00 |



July 31, 2023
Invoice #: 889486
072952-00008
Page 7

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/2/2023 | Eckstein, Kenneth | Review draft letter and comment re same (2.6); call with KL team re same (0.7); follow up re same (0.9). | 4.20 | 7,560.00 |
| 6/2/2023 | Blabey, David | Draft advocacy letter and incorporate comments to same (4.0); call w/ KL team re same (0.7); emails w/ KL team re same (0.3). | 5.00 | 6,500.00 |
| 6/2/2023 | Gange, Caroline | Call w/ KL team re advocacy letter (0.7); review and edit letter (1.2); emails w/ K. Eckstein and D. Blabey re same (0.3). | 2.20 | 2,684.00 |
| 6/4/2023 | Englert, Jr., Roy | Emails with D. Blabey and K. Eckstein re timing and substance of meetings and letter (0.7), and email exchanges with G. Garre re appeal matters (1.1). | 1.80 | 2,970.00 |
| 6/4/2023 | Blabey, David | Multiple emails w/ KL team regarding letter. | 0.50 | 650.00 |
| 6/5/2023 | Blabey, David | Call with K. Eckstein and email to R. Englert re appeal issues (0.3). | 0.30 | 390.00 |
| 6/5/2023 | Eckstein, Kenneth | Call/emails with R. Englert, D. Blabey re appellate issues (0.8); call with G. Garre, M. Huebner, M. Kesselman next steps on appeal (1.4); edit appeal letter (1.3). | 3.50 | 6,300.00 |
| 6/5/2023 | Englert, Jr., Roy | Calls and emails w/ K. Eckstein and D. Blabey re appeal issues (0.7) and review issues re same (3.1). | 3.80 | 6,270.00 |
| 6/6/2023 | Blabey, David | Edits to letter (0.6) and emails with working group re same (0.4). | 1.00 | 1,300.00 |



July 31, 2023
Invoice #: 889486
072952-00008
Page 8

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/6/2023 | Eckstein, Kenneth | Review and comment re letter (2.0). | 2.00 | 3,600.00 |
| 6/6/2023 | Englert, Jr., Roy | Prep for meeting (4.0); communications with Debtors' counsel re same (0.2), communications with appeal parties re same (0.1), finalize letter (0.7). | 5.50 | 9,075.00 |
| 6/6/2023 | Gange, Caroline | Review letter (0.6); emails w/ D. Blabey re same (0.1); prep for meeting (2.7). | 3.40 | 4,148.00 |
| 6/7/2023 | Blabey, David | Exchange multiple emails with K. Eckstein and R. Englert re talking points for meeting (0.7); call with Debtors re meeting (1.0); draft talking points for meeting (2.5); emails with C. Gange re same (0.3). | 4.50 | 5,850.00 |
| 6/7/2023 | Englert, Jr., Roy | Corr with K. Eckstein and D. Blabey re meeting (0.8); prepare for (0.5) and attend call with Debtors re same (1.0); prepare for meeting (5.0); emails and calls with plan proponents re same (0.6). | 7.90 | 13,035.00 |
| 6/7/2023 | Eckstein, Kenneth | Call with M. Huebner re Washington meeting (0.6); calls with A. Preiss re same (1.0); call with company advisors re same (1.0); edit talking points and prep for meeting re same (4.5); discuss same with C. Gange (0.2). | 7.30 | 13,140.00 |



July 31, 2023
Invoice #: 889486
072952-00008
Page 9

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/7/2023 | Gange, Caroline | Prep for meeting (draft talking points, legal research re same) (6.6); discuss same w/ K. Eckstein (0.2); multiple emails w/ D. Blabey re same (0.3); review D. Blabey talking points and edits to same (0.4). | 7.50 | 9,150.00 |
| 6/8/2023 | Eckstein, Kenneth | Prep for meeting and revise talking points (6.5); call with North Carolina re same (0.8); call with A. Preiss re same (0.6). | 7.90 | 14,220.00 |
| 6/8/2023 | Blabey, David | Emails w/ K. Eckstein, J. Rosenbaum and D. Fisher re meeting (0.4) and M. Diaz re same (0.2); emails with FTI and KL teams re same (0.8); edit talking points for meeting (2.0); call with Tennessee to prep for meeting (0.5). | 3.90 | 5,070.00 |
| 6/8/2023 | Englert, Jr., Roy | Prepare for meeting, including multiple revisions to drafts of talking points (6.5); discussions with North Carolina officials re same (0.8), and review certain opinions and documents re meeting (0.7). | 8.00 | 13,200.00 |
| 6/8/2023 | Shifer, Joseph | Research re letter (3.5) and calls/emails with C. Gange and D. Blabey re same (0.8). | 4.30 | 5,504.00 |
| 6/8/2023 | Gange, Caroline | Multiple edits to talking points for meeting (7.6); legal research re same (6.0); emails w/ K. Eckstein, R. Englert, D. Blabey re same (0.9); call w/ J. Shifer re same (0.2); review materials from FTI re same (0.2). | 14.90 | 18,178.00 |



July 31, 2023
Invoice #: 889486
072952-00008
Page 10

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 6/9/2023 | Englert, Jr., Roy | Prepare for (3.6), participation in (1.0), and follow-up appeal meeting (0.9). | 5.50 | 9,075.00 |
| 6/9/2023 | Eckstein, Kenneth | Prep for appeal meeting, review and finalize talking points (2.5); attend and participate in meeting (1.0); call with Company advisors re same (1.2); call with Akin re meeting (0.7); correspond with R. Englert re same (0.7). | 6.10 | 10,980.00 |
| 6/9/2023 | Blabey, David | Review and edit talking points for appeal meeting (0.8); attend appeal meeting (1.0) and follow-up call with clients (0.5); call with DPW and Akin re meeting (0.4). | 2.70 | 3,510.00 |
| 6/9/2023 | Gange, Caroline | Prep for appeal meeting (edit talking points, emails w/ K. Eckstein re same) (3.2); attend same (1.0). | 4.20 | 5,124.00 |
| 6/12/2023 | Eckstein, Kenneth | Review correspondence re appeal meetings and next steps (1.4); review PI materials (0.8). | 2.20 | 3,960.00 |
| 6/13/2023 | Eckstein, Kenneth | Call w/ Company re Washington meeting (0.5). | 0.50 | 900.00 |
| 6/14/2023 | Eckstein, Kenneth | Prepare memo to potential board re appeal process (1.7); call with M. Huebner re same (0.2); correspond w/ S. Gilbert re same (0.4). | 2.30 | 4,140.00 |
| 6/15/2023 | Blabey, David | Call with M. Tobak re preliminary injunction. | 0.10 | 130.00 |



July 31, 2023
Invoice #: 889486
072952-00008
Page 11

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/15/2023 | Eckstein, Kenneth | Review correspondence re appeal meeting (1.0); review PI injunction request and correspond w/ KL team re proposed order (0.7). | 1.70 | 3,060.00 |
| 6/15/2023 | Englert, Jr., Roy | Review Debtor letter re appeal. | 0.50 | 825.00 |
| 6/15/2023 | Gange, Caroline | Emails w/ D. Blabey re PI extension (0.3); review precedent re same (0.8); review issues re same (0.3). | 1.40 | 1,708.00 |
| 6/16/2023 | Blabey, David | Attend status conference on preliminary injunction motion. | 0.30 | 390.00 |
| 6/16/2023 | Eckstein, Kenneth | Review motion re PI extension (0.8); prep for (1.1) and attend Purdue hearing/status conference re same (0.3); call with M. Huebner, A. Preiss re appeal (1.0). | 3.20 | 5,760.00 |
| 6/16/2023 | Englert, Jr., Roy | Emails with KL team re appeal. | 0.20 | 330.00 |
| 6/16/2023 | Gange, Caroline | Attend status conference re PI extension. | 0.30 | 366.00 |
| 6/20/2023 | Blabey, David | Call with K. Eckstein on preliminary injunction (0.2). | 0.20 | 260.00 |
| 6/20/2023 | Eckstein, Kenneth | Correspond w/ Company re appeals and related issues (0.8); call w/ D. Blabey re PI (0.2). | 1.00 | 1,800.00 |
| 6/22/2023 | Englert, Jr., Roy | Review Supreme Court timeline. | 0.30 | 495.00 |
| 6/22/2023 | Blabey, David | Emails with KL team re preliminary injunction motion. | 0.10 | 130.00 |



July 31, 2023
Invoice #: 889486
072952-00008
Page 12

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/22/2023 | Eckstein, Kenneth | Call with M. Huebner re appeal issues (0.7); call with A. Preiss re same (0.5); review issues re same (0.6). | 1.80 | 3,240.00 |
| 6/23/2023 | Eckstein, Kenneth | Call with M. Huebner, A. Preiss re appeal issues (1.0); follow up with A. Preiss re same (0.5); review case correspondence re same (0.8). | 2.30 | 4,140.00 |
| 6/26/2023 | Eckstein, Kenneth | Call with M. Huebner, A. Preiss re discussions with Sacklers, PI, appeal issues (0.8); call with A. Preiss re same (0.4); review pleadings re PI (0.8). | 2.00 | 3,600.00 |
| 6/27/2023 | Eckstein, Kenneth | Call with M. Huebner re appeals (0.4); call with A. Preiss re appeal (0.7); review draft pleading re PI extension (0.5); correspond re with Debtors re appeal issues (0.8); review materials re PI hearing (0.6). | 3.00 | 5,400.00 |
| 6/27/2023 | Gange, Caroline | Review issues and pleading re PI extension. | 0.60 | 732.00 |
| 6/28/2023 | Eckstein, Kenneth | Call with A. Preiss re appeal issues (0.5); call with M. Huebner re appeals (0.4); review materials re PI (0.8). | 1.70 | 3,060.00 |
| 6/29/2023 | Eckstein, Kenneth | Attend court hearing re PI (1.2) | 1.20 | 2,160.00 |
| 6/29/2023 | Gange, Caroline | Prep for (0.2) and attend hearing re PI extension (1.2). | 1.40 | 1,708.00 |
| 6/29/2023 | Kane, Wendy | Pull docs relating to preliminary injunction hearing; email C. Gange and re same. | 0.30 | 157.50 |



July 31, 2023
Invoice #: 889486
072952-00008
Page 13

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 6/30/2023 | Eckstein, Kenneth | Call with H. Skonick re appeals (0.4); call with A. Preiss re same (0.3); review materials re appeal issues (0.5). | 1.20 | 2,160.00 |
| **TOTAL** | | | **154.40** | **$239,284.50** |



July 31, 2023
Invoice #: 889486
072952-00009
Page 14

**Meetings and Communications with Ad-Hoc Committee & Creditors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David | Partner | 5.40 | $7,020.00 |
| Eckstein, Kenneth | Partner | 13.50 | 24,300.00 |
| Englert, Jr., Roy | Partner | 2.30 | 3,795.00 |
| Taub, Jeffrey | Special Counsel | 1.30 | 1,664.00 |
| Gange, Caroline | Associate | 6.70 | 8,174.00 |
| **TOTAL FEES** | | **29.20** | **$44,953.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/1/2023 | Blabey, David | Attend portion of working group call re appeal (0.5). | 0.50 | $650.00 |
| 6/1/2023 | Eckstein, Kenneth | Prepare for (0.7) and lead call with state working groups re Second Circuit opinion, next steps (1.3). | 2.00 | 3,600.00 |
| 6/1/2023 | Gange, Caroline | Attend portion of call with States working group re Second Circuit decision and next steps (0.7); follow-up w/ KL team re same (0.4). | 1.10 | 1,342.00 |
| 6/3/2023 | Blabey, David | Emails with working group and Fifteen re appeal. | 0.60 | 780.00 |
| 6/3/2023 | Englert, Jr., Roy | Emails with S. Gilbert and clients re appeal timing. | 1.00 | 1,650.00 |



July 31, 2023
Invoice #: 889486
072952-00009
Page 15

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/5/2023 | Blabey, David | Draft update to AHC on cert issues (0.7). | 0.70 | 910.00 |
| 6/6/2023 | Blabey, David | Attend working group call re appeal (0.8). | 0.80 | 1,040.00 |
| 6/6/2023 | Englert, Jr., Roy | Participate in Working Group call (0.8). | 0.80 | 1,320.00 |
| 6/6/2023 | Eckstein, Kenneth | Prepare for (0.2) and attend Working Group call (0.8). | 1.00 | 1,800.00 |
| 6/6/2023 | Gange, Caroline | Attend working group call. | 0.80 | 976.00 |
| 6/7/2023 | Eckstein, Kenneth | Call with Working Group re appeal (1.0) | 1.00 | 1,800.00 |
| 6/8/2023 | Blabey, David | Attend working group call re appeal (1.0). | 1.00 | 1,300.00 |
| 6/8/2023 | Eckstein, Kenneth | Attend Working Group call (1.0). | 1.00 | 1,800.00 |
| 6/9/2023 | Eckstein, Kenneth | Call with clients re appeal (1.0). | 1.00 | 1,800.00 |
| 6/9/2023 | Gange, Caroline | Attend portion of meeting with working group re appeal meeting. | 0.70 | 854.00 |
| 6/13/2023 | Eckstein, Kenneth | Attend Working Group meeting (1.0). | 1.00 | 1,800.00 |
| 6/13/2023 | Gange, Caroline | Attend portion of meeting with working group re appeal. | 0.70 | 854.00 |
| 6/15/2023 | Eckstein, Kenneth | Revise and finalize memo to potential board members re appeal and timing (1.5); correspond with FTI, Houlihan re business plan, materials for Working Group (0.7). | 2.20 | 3,960.00 |



July 31, 2023
Invoice #: 889486
072952-00009
Page 16

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/15/2023 | Gange, Caroline | Emails w/ AHC profs and members re upcoming hearing. | 0.30 | 366.00 |
| 6/20/2023 | Englert, Jr., Roy | Review and comment on update letter to AHC. | 0.50 | 825.00 |
| 6/20/2023 | Eckstein, Kenneth | Attend Working Group call (1.0). | 1.00 | 1,800.00 |
| 6/20/2023 | Blabey, David | Attend portion of working group call re PI (0.5); follow up with K. Eckstein re same (0.2); call with M. Tobak re same and emails with K. Eckstein (0.4); edit update to AHC re preliminary injunction and appeal meeting (0.5). | 1.60 | 2,080.00 |
| 6/20/2023 | Gange, Caroline | Attend portion of working group call (0.6); draft client update email re appeal and PI (1.2). | 1.80 | 2,196.00 |
| 6/21/2023 | Blabey, David | Exchange emails with KL team re update to AHC (0.2). | 0.20 | 260.00 |
| 6/23/2023 | Eckstein, Kenneth | Correspond w/ Working Group re meeting and agenda (0.5); correspond with J. Conroy re appellate issues (0.4). | 0.90 | 1,620.00 |
| 6/26/2023 | Eckstein, Kenneth | Correspond with J. Conroy re appellate issue (0.4) | 0.40 | 720.00 |
| 6/28/2023 | Eckstein, Kenneth | Call with J. Conroy re PI (0.5) | 0.50 | 900.00 |
| 6/29/2023 | Eckstein, Kenneth | Prep for (0.2) and attend call with Working Group to review Newco materials, appeal issues (1.3). | 1.50 | 2,700.00 |
| 6/29/2023 | Taub, Jeffrey | Attend working group call re NewCo issues and plan emergence (1.3). | 1.30 | 1,664.00 |



July 31, 2023
Invoice #: 889486
072952-00009
Page 17

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/29/2023 | Gange, Caroline | Attend working group call re NewCo issues and plan emergence. | 1.30 | 1,586.00 |
| TOTAL | | | **29.20** | **$44,953.00** |



July 31, 2023
Invoice #: 889486
072952-00011
Page 18

**Plan and Disclosure Statement**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David | Partner | 2.40 | $3,120.00 |
| Eckstein, Kenneth | Partner | 12.40 | 22,320.00 |
| Fisher, David | Partner | 16.40 | 27,716.00 |
| Ringer, Rachael | Partner | 1.00 | 1,415.00 |
| Rosenbaum, Jordan | Partner | 4.30 | 6,450.00 |
| Shifer, Joseph | Special Counsel | 3.00 | 3,840.00 |
| Taub, Jeffrey | Special Counsel | 6.90 | 8,832.00 |
| Gange, Caroline | Associate | 27.20 | 33,184.00 |
| Kane, Wendy | Paralegal | 1.10 | 577.50 |
| **TOTAL FEES** | | **74.70** | **$107,454.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/5/2023 | Gange, Caroline | Emails w/ D. Blabey re next steps on plan and client questions re same (0.2); review settlement documents (1.2). | 1.40 | $1,708.00 |
| 6/8/2023 | Rosenbaum, Jordan | Review of plan documents (0.8); call with D. Fisher and J. Taub re settlement (0.3). | 1.10 | 1,650.00 |



July 31, 2023
Invoice #: 889486
072952-00011
Page 19

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/8/2023 | Fisher, David | Emails with J. Rosenbaum and D. Blabey regarding settlement questions (0.5); review MDT and SOAF Settlement Agreement and SOAF Term Sheet (1.2); call with J. Taub and J. Rosenbaum regarding same (0.3); emails with D. Blabey and FTI regarding same (0.2) and review of FTI analysis (0.6). | 2.80 | 4,732.00 |
| 6/8/2023 | Taub, Jeffrey | Review settlement agreement (0.2) and call w/ J. Rosenbaum, D. Fisher re same (0.3). | 0.50 | 640.00 |
| 6/8/2023 | Kane, Wendy | Research and pull precedent re plan emergence (0.8); email C. Gange re same (0.10); obtain brief in precedential case and email J. Shifer re same (0.2). | 1.10 | 577.50 |
| 6/9/2023 | Fisher, David | Review FTI deck regarding plan next steps. | 0.70 | 1,183.00 |
| 6/12/2023 | Blabey, David | Call with Houlihan and FTI re plan implementation. | 1.00 | 1,300.00 |
| 6/12/2023 | Eckstein, Kenneth | Call with FTI, Houlihan re Working Group presentation, NewCo issues (1.0); prepare memoranda re next steps (1.3) | 2.30 | 4,140.00 |
| 6/12/2023 | Gange, Caroline | Call w/ FTI, HL and KL team re plan implementation (1.0) and prep for call w/ working group re same (0.1). | 1.10 | 1,342.00 |
| 6/13/2023 | Eckstein, Kenneth | Prepare memo to proposed directors re appeal process, (1.8); review FTI deck re implementation (0.6). | 2.40 | 4,320.00 |



July 31, 2023
Invoice #: 889486
072952-00011
Page 20

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/15/2023 | Fisher, David | Communications regarding status of issues in connection with Settlement Agreement and ancillary documents (0.4); coordination of resolutions and next steps (0.3). | 0.70 | 1,183.00 |
| 6/16/2023 | Shifer, Joseph | Emails to KL/FTI/HL teams re next steps on plan (0.6); call w/ C. Gange re same (0.2). | 0.60 | 768.00 |
| 6/16/2023 | Gange, Caroline | Discuss upcoming plan meeting w/ J. Shifer (0.2); review plan related documents in prep for same (1.3). | 1.50 | 1,830.00 |
| 6/19/2023 | Shifer, Joseph | Review next steps re plan (0.4) | 0.40 | 512.00 |
| 6/20/2023 | Fisher, David | Conference call with J. Rosenbaum, J. Taub and J. Shifer (0.3); review documents in advance of internal meeting (1.0). | 1.30 | 2,197.00 |
| 6/20/2023 | Eckstein, Kenneth | Calls with A. Preiss, M. Huebner re plan (0.8); review materials re emergence (0.7). | 1.50 | 2,700.00 |
| 6/20/2023 | Rosenbaum, Jordan | Call w/ D. Fisher, J. Taub and J. Shifer re plan-related documents. | 0.30 | 450.00 |
| 6/20/2023 | Taub, Jeffrey | Call w/ KL corporate and J. Shifer re next steps on plan. | 0.30 | 384.00 |
| 6/20/2023 | Shifer, Joseph | Call with D. Fisher, J. Rosenbaum and J. Taub re next steps re plan prep (0.3); follow up email re same (0.1). | 0.40 | 512.00 |



July 31, 2023
Invoice #: 889486
072952-00011
Page 21

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/20/2023 | Gange, Caroline | Review next steps on plan/settlement (1.3); draft outline re same (0.8); draft email memo re to K. Eckstein and D. Blabey re same (0.6). | 2.70 | 3,294.00 |
| 6/21/2023 | Eckstein, Kenneth | Review FTI, Houlihan materials, comment (0.8); meet with AHC advisors re plan emergence (1.5); follow up re same (0.6). | 2.90 | 5,220.00 |
| 6/21/2023 | Ringer, Rachael | Attend portion of call re: next steps re: plan (1.0). | 1.00 | 1,415.00 |
| 6/21/2023 | Blabey, David | Attend majority of call with KL/FTI/HL on next steps and plan emergence (1.4) | 1.40 | 1,820.00 |
| 6/21/2023 | Rosenbaum, Jordan | Attend portion of meeting with FTI, HL, KL team re emergence. | 1.30 | 1,950.00 |
| 6/21/2023 | Fisher, David | Review Settlement Agreement in advance of meeting (1.3); call with FTI, Houlihan and KL team and follow up (1.5). | 2.80 | 4,732.00 |
| 6/21/2023 | Taub, Jeffrey | Attend majority of all hands call w/ KL team, HL team and FTI team re emergence. | 1.40 | 1,792.00 |
| 6/21/2023 | Shifer, Joseph | Prep for (0.1) and attend meeting with KL/HL/FTI re next steps (1.5) | 1.60 | 2,048.00 |
| 6/21/2023 | Gange, Caroline | Attend meeting w/ KL team, FTI, and Houlihan re next steps on plan (1.5); prep for same (0.4); prep for client meeting re next steps on plan (review plan related documents) (3.8). | 5.70 | 6,954.00 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP     NEW YORK  |  SILICON VALLEY  |  WASHINGTON, DC  |  PARIS



July 31, 2023
Invoice #: 889486
072952-00011
Page 22

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/22/2023 | Rosenbaum, Jordan | Call with Company counsel re plan. | 0.40 | 600.00 |
| 6/22/2023 | Fisher, David | Review prior Settlement related documents; prepare for conference call with Davis Polk, Akin Gump, Milbank and Debevoise (0.9); pre call with Akin Gump and Brown Rudnick (0.3); participate in conference call with Davis Polk and representatives of Sacklers and creditor (0.5); email exchanges with K. Eckstein and R. Ringer and communication regarding same (0.4). | 2.10 | 3,549.00 |
| 6/22/2023 | Gange, Caroline | Draft memo for plan implementation meeting re next steps. | 3.70 | 4,514.00 |
| 6/26/2023 | Rosenbaum, Jordan | Review of transaction documents. | 0.20 | 300.00 |
| 6/26/2023 | Taub, Jeffrey | Review governance covenants, e-mail J. Rosenbaum re same. | 0.30 | 384.00 |
| 6/27/2023 | Rosenbaum, Jordan | Review of plan documents (0.8); call w/ J. Taub re same (0.2). | 0.20 | 300.00 |
| 6/27/2023 | Fisher, David | Review status of Settlement Agreement. | 1.00 | 1,690.00 |
| 6/27/2023 | Taub, Jeffrey | Review plan documents (0.4); call with J. Rosenbaum re same (0.2) and call with C. Gange re same (0.2); draft and circulate summary of same (0.7). | 1.50 | 1,920.00 |



July 31, 2023
Invoice #: 889486
072952-00011
Page 23

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 6/27/2023 | Gange, Caroline | Emails w/ FTI re upcoming meeting on NewCo (0.3); discuss same w/ J. Taub (0.2); review issues re same and draft email memo for upcoming client meeting (1.9). | 2.40 | 2,928.00 |
| 6/28/2023 | Eckstein, Kenneth | Call with FTI, Houlihan to prep for Working Group session on Plan (1.0). | 1.00 | 1,800.00 |
| 6/28/2023 | Fisher, David | Review materials regarding business plan and Settlement Agreement issues. | 1.40 | 2,366.00 |
| 6/28/2023 | Taub, Jeffrey | Review FTI draft presentation to AHC re emergence (0.4); call w/ C. Gange re same (0.3); prepare for (0.4), attend call w/ KL, HL and FTI teams re presentation to AHC (1.0). | 2.10 | 2,688.00 |
| 6/28/2023 | Gange, Caroline | Prep for upcoming client meeting re emergence next step (2.9); prepare talking points for same (3.2); call w/ KL, FTI, HL re same (1.0); review FTI/HL materials re same (0.8); discuss same w/ J. Taub (0.3). | 8.20 | 10,004.00 |
| 6/29/2023 | Fisher, David | Prepare for (1.0) and attend call with Houlihan, FTI and KL team regarding business issues, discussion of status (0.7); prepare for call regarding review of Settlement Agreement (1.3); communications with Akin Gump and Brown Rudnick regarding same (0.3). | 3.30 | 5,577.00 |



July 31, 2023
Invoice #: 889486
072952-00011
Page 24

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/29/2023 | Eckstein, Kenneth | Call with HL and FTI to prepare for working group call on Plan (0.7); call with H. Skolnic re same (0.4); call with A. Preiss re same (0.4); call with M. Huebner re same (0.3); follow up with FTI re same (0.5). | 2.30 | 4,140.00 |
| 6/29/2023 | Rosenbaum, Jordan | Prepare for (0.1) and attend call with HL and FTI and Committee (0.7). | 0.80 | 1,200.00 |
| 6/29/2023 | Taub, Jeffrey | Attend call w/ advisers re asset sale (0.7); email D. Fisher re same (0.1). | 0.80 | 1,024.00 |
| 6/29/2023 | Gange, Caroline | Attend portion of call w/ FTI and HL re prep for client call on NewCo and plan. | 0.50 | 610.00 |
| 6/30/2023 | Fisher, David | Communication regarding plan status with Davis Polk. | 0.30 | 507.00 |
| **TOTAL** | | | **74.70** | **$107,454.50** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP    NEW YORK  |  SILICON VALLEY  |  WASHINGTON, DC  |  PARIS

# Kramer Levin



July 31, 2023

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 889486
072952
Page 1

**FOR Disbursements rendered through June 30, 2023:**

Disbursements and Other Charges                                      61.62

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



July 31, 2023
Invoice #: 889486
072952

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Photocopying | $31.20 |
| Color Copies | 11.20 |
| Telecommunication Charges | 19.22 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$61.62** |

### DISBURSEMENTS AND OTHER CHARGES DETAIL

**Photocopying**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 6/22/2023 | Fisher, David | Photocopying Fisher, David J. | $31.20 |
| **TOTAL** | | | **$31.20** |

**Color Copies**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 6/22/2023 | Fisher, David | Color Copies Fisher, David J. | $11.20 |
| **TOTAL** | | | **$11.20** |

**Telecommunication Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 5/30/2023 | Gange, Caroline | Telecommunication Charges by Caroline Gange | $19.22 |
| **TOTAL** | | | **$19.22** |
| **TOTAL** | | | **$61.62** |