KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel:  (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | (Jointly Administered) |
| **Debtors.** | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**EIGHTEENTH MONTHLY FEE STATEMENT OF**
**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO**
**THE STATE OF WASHINGTON FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF JULY 1, 2023 THROUGH JULY 31, 2023**

12470922.2 - 08/24/23

| Name of Applicant: | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
|---|---|
| Provided Professional Services to: | The State of Washington |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | March 10, 2022 [Docket No. 4503] |
| Period for which compensation and reimbursement are sought: | July 1, 2023 through July 31, 2023 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $83,046.00 |
| Current Fee Request | $66,436.80 (80% of $83,046.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $6.28 |
| Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order | $66,443.08 |
| Total Fees and Expenses Inclusive of Holdback | $83,502.28 |
| This is a(n):   X  Monthly Application        ___Interim Application        ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case, and in a related adversary proceeding and appeals, hereby submits this Eighteenth Monthly Fee Statement (the "Fee Statement") for the period of  July 1, 2023 through and including July 31, 2023 (the "Statement Period").

## **Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $83,046.00 in fees during the Statement Period. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such fees, totaling $66,436.80.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington and others listed above in connection with these Chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Kleinberg Kaplan in the amount of $6.28 in connection with providing professional services prior to and during the Statement Period.

**<u>Notice</u>**

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: August 25, 2023

Respectfully submitted,

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By:    */s/ Matthew J. Gold*
       Matthew J. Gold
       Robert M. Tuchman

       500 Fifth Avenue
       New York, New York 10110
       Tel:  (212) 986-6000
       Fax:  (212) 986-8866
       E-mail:      mgold@kkwc.com
                    rtuchman@kkwc.com

       *Attorneys for the State of Washington*

Page **4**

## <u>CERTIFICATE OF SERVICE</u>

I, Anna Bikowski, hereby certify that, on August 25, 2023 I caused true and correct copies of the foregoing document to be served by email upon those names below:

- Jon Lowne, Perdue Pharma: jon.lowne@pharma.com
- Christopher Robertson, Davis Polk & Wardwell LLP: christopher.robertson@davispolk.com
- Dylan Consla, Davis Polk & Wardwell LLP: dylan.consla@davispolk.com
- Sara Lynne Brauner, Akin Gump Strauss Hauer & Feld LLP: sbrauner@akingump.com
- Arik Preis, Akin Gump Strauss Hauer & Feld LLP: apreis@akingump.com
- Evan Miller, Bayard, P.A.: emiller@bayardlaw.com
- Paul Schwartzberg, Office of the United States Trustee for the Southern District of New York: paul.schwartzberg@usdoj.gov


_____/s/ Anna Bikowski_____
Anna Bikowski

12470922.2 - 08/24/23

**<u>EXHIBIT A</u>**

**SERVICES RENDERED BY**

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**
**<u>COMMENCING JULY 1, 2023 THROUGH JULY 31, 2023</u>**

**Summary of Fees Task Code**

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 42.4 | $52,834.50 |
| 005 Fee Applications | 28.6 | $30,211.50 |
| **Total** | **71** | **$83,046.00** |
|  |  |  |
| 20% Fee Holdback |  | **$16,609.20** |
| 80% of Fees |  | **$66,436.80** |
| Plus Expenses |  | **$6.28** |
| Requested Amount |  | **$66,443.08** |

## EXHIBIT B

### SERVICES RENDERED BY

### KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

### COMMENCING JULY 1, 2023 THROUGH JULY 31, 2023

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983 Bankruptcy | $1,250 | 59.4 | $74,250.00 |
| Robert L. Berman | Partner 1978 Securities and Corporate Finance | $1,280 | 5.9 | $7,552.00 |
| Steven R. Popofsky | Partner 1983 Litigation & Risk Management | $960 | 0.1 | $96.00 |
| Ellie Taylor | Paralegal Litigation & Risk Management | $205 | 5.6 | $1,148.00 |
| **Total Fees Requested** | | | **71** | **$83,046.00** |

**EXHIBIT C**

**ACTUAL AND NECESSARY COSTS INCURRED BY**

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

**COMMENCING JULY 1, 2023 THROUGH JULY 31, 2023**

| EXPENSE | AMOUNT |
|---|---|
| Bloomberg Law Fees | $0.98 |
| PACER Fees | $5.30 |
| Total Expenses | **$6.28** |

12470922.2 - 08/24/23

## **EXHIBIT D**

**Time Entries for Each Professional by Task Code (Invoices)**

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Invoice Date: | August 21, 2023 |
| Invoice Number: | 121504 |
| Matter Number: | 7263-0001 |

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Purdue Pharma - SWV# SWV0257876-00 - #19-45 |

*For professional services rendered through July 31, 2023*

Currency: USD

| | |
|---|---|
| Fees | 52,834.50 |
| Costs | 1.38 |
| **Total Due This Invoice** | **$52,835.88** |

| Please Remit to: | Mail To:<br>*Kleinberg, Kaplan, Wolff &*<br>*Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | Wire Instructions:<br>*Citibank N.A.*<br>*ABA Number: 021000089*<br>*Swift Code: CITIUS33 (International)*<br>*Account # 9987286692*<br>**(Please Reference Invoice Number)** |
|---|---|---|

Client: State of Washington

Matter: Purdue Pharma

Invoice Date: August 21, 2023

Invoice Number: 121504

Matter Number: 7263-0001

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/05/2023 | Matthew J. Gold | Revising outline concerning status and contingency plans | 2.40 | 1,250.00 | 3,000.00 |
| 07/05/2023 | Ellie Taylor | Circulating docket update | 0.20 | 205.00 | 41.00 |
| 07/06/2023 | Matthew J. Gold | Reviewing SEC BlockFi plan objection; preparing email to J. Rupert regarding same; revising outline regarding same; exchanging emails regarding Hrycay; preparing email to W. Hrycay regarding claim | 2.30 | 1,250.00 | 2,875.00 |
| 07/06/2023 | Steven R. Popofsky | Addressing expert invoice | 0.10 | 960.00 | 96.00 |
| 07/07/2023 | Matthew J. Gold | Reviewing DOJ request for information regarding stay motion; exchanging emails with J. Rupert and DOJ regarding same; reviewing stay motion; exchanging emails with J. Rupert and I. Goldman regarding same | 4.30 | 1,250.00 | 5,375.00 |
| 07/07/2023 | Robert Berman | Reviewing email regarding DOJ motion to stay effectiveness of 2nd Circuit decision; reviewing motion | 1.10 | 1,280.00 | 1,408.00 |
| 07/10/2023 | Matthew J. Gold | Preparing email to J. Rupert regarding status; revising outline regarding same | 2.70 | 1,250.00 | 3,375.00 |
| 07/14/2023 | Ellie Taylor | Circulating requested docket update | 0.10 | 205.00 | 20.50 |
| 07/18/2023 | Matthew J. Gold | Reviewing oppositions to US Trustee motion to stay mandate; conferring with J. Rupert regarding same; revising outline regarding same | 2.40 | 1,250.00 | 3,000.00 |
| 07/19/2023 | Matthew J. Gold | Continuing review of oppositions to US Trustee stay motion; exchanging emails regarding same; preparing emails to J. Rupert and I. Goldman regarding same; revising outline regarding same | 4.10 | 1,250.00 | 5,125.00 |
| 07/19/2023 | Robert Berman | Reviewing email regarding brief filed by Purdue against motion filed by US Trustee; reviewing brief; conferring regarding schedule | 1.30 | 1,280.00 | 1,664.00 |

Client: State of Washington
Matter: Purdue Pharma

Invoice Date:                          August 21, 2023
Invoice Number:                               121504
Matter Number:                             7263-0001

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/21/2023 | Matthew J. Gold | Conducting research regarding SOAF issues; revising outline regarding same | 3.70 | 1,250.00 | 4,625.00 |
| 07/24/2023 | Matthew J. Gold | Continuing research regarding SOAF issues | 4.30 | 1,250.00 | 5,375.00 |
| 07/24/2023 | Robert Berman | Conferring regarding US. Trustee reply to Purdue's motion to deny stay; begin reviewing reply | 1.40 | 1,280.00 | 1,792.00 |
| 07/25/2023 | Matthew J. Gold | Continuing SOAF related research; reviewing Second Circuit order regarding stay motion; preparing email to J. Rupert regarding same | 2.40 | 1,250.00 | 3,000.00 |
| 07/25/2023 | Robert Berman | Conferring regarding Second Circuit decision regarding stay request; reviewing email; | 0.30 | 1,280.00 | 384.00 |
| 07/26/2023 | Matthew J. Gold | Continuing research regarding SOAF issues | 2.70 | 1,250.00 | 3,375.00 |
| 07/27/2023 | Matthew J. Gold | Preparing report to Washington regarding SOAF issues research; exchanging emails with M. Giddens regarding hearing transcript | 3.40 | 1,250.00 | 4,250.00 |
| 07/28/2023 | Matthew J. Gold | Reviewing US Trustee stay request and Supreme Court clerk email regarding same; exchanging emails with J. Rupert and representatives of the Nine regarding same | 1.40 | 1,250.00 | 1,750.00 |
| 07/28/2023 | Robert Berman | Reviewing emails from members of the Nine and US Trustee motion for a stay | 1.40 | 1,280.00 | 1,792.00 |
| 07/31/2023 | Robert Berman | Reviewing emails from members of the Nine regarding SCOTUS request for responses regarding motion for a stay from US Trustee | 0.40 | 1,280.00 | 512.00 |
| **Total** | | | **42.40** | | **$52,834.50** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ellie Taylor | 0.30 | 205.00 | 61.50 |
| Matthew J. Gold | 36.10 | 1,250.00 | 45,125.00 |
| Robert Berman | 5.90 | 1,280.00 | 7,552.00 |
| Steven R. Popofsky | 0.10 | 960.00 | 96.00 |
| **Total** | **42.40** | | **$52,834.50** |

Client: State of Washington

Matter: Purdue Pharma

| | |
|---|---|
| Invoice Date: | August 21, 2023 |
| Invoice Number: | 121504 |
| Matter Number: | 7263-0001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 07/19/2023 | Pacer Service Center - Inv#3974096-Q22023-7/5/23 4/1/23-6/30/23-2st Qtr 2023 | 1.00 | 0.40 |
| 07/19/2023 | Bloomberg Industry Group, Inc. - Inv# 6888411970- 7/10/23 Docket Track -6/1/23-6/30/23 | 1.00 | 0.98 |
| **Total** | | | **$1.38** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Invoice Date: | August 21, 2023 |
| Invoice Number: | 121504 |
| Matter Number: | 7263-0001 |

---

**REMITTANCE COPY**

**Purdue Pharma - SWV# SWV0257876-00 - #19-45**

| Invoice Date | Invoice Number | Invoice Total | Payments | Balance Due |
|---|---|---|---|---|

Current Invoice

| 08/21/2023 | 121504 | | | $52,835.88 |
|---|---|---|---|---|

| Please Remit to: | Mail To: | Wire Instructions: |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff & Cohen, P.C.* <br> *500 Fifth Avenue* <br> *New York, N.Y. 10110* | *Citibank N.A.* <br> *ABA Number: 021000089* <br> *Swift Code: CITIUS33 (International)* <br> *Account # 9987286692* <br> **(Please Reference Invoice Number)** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

|  |  |
|---|---|
| Invoice Date: | August 21, 2023 |
| Invoice Number: | 121505 |
| Matter Number: | 7263-0005 |

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Fee applications - SWV# SWV0257876-00 #19-45 |

*For professional services rendered through July 31, 2023*

Currency: USD

| | |
|---|---|
| Fees | 30,211.50 |
| Costs | 4.90 |
| **Total Due This Invoice** | **$30,216.40** |

| Please Remit to: | *Mail To:* | *Wire Instructions:* |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff & Cohen, P.C.* | *Citibank N.A.* |
| | *500 Fifth Avenue* | *ABA Number: 021000089* |
| | *New York, N.Y. 10110* | *Swift Code: CITIUS33 (International)* |
| | | *Account # 9987286692* |
| | | *(Please Reference Invoice Number)* |

Client: State of Washington
Matter: Fee applications

| | | |
|---|---|---|
| Invoice Date: | | August 21, 2023 |
| Invoice Number: | | 121505 |
| Matter Number: | | 7263-0005 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/05/2023 | Matthew J. Gold | Reviewing draft monthly statement; exchanging emails regarding same | 2.70 | 1,250.00 | 3,375.00 |
| 07/05/2023 | Ellie Taylor | Reviewing and circulating fee spreadsheet to Fee Examiner; conferring regarding deadline for objections to 16th MFS; updating internal records | 0.50 | 205.00 | 102.50 |
| 07/13/2023 | Matthew J. Gold | Reviewing letter from fee examiner; exchanging emails with D. Klauder and T. Bielli regarding same | 0.20 | 1,250.00 | 250.00 |
| 07/14/2023 | Matthew J. Gold | Preparing outline for call with fee examiner; conferring regarding same; exchanging emails and conferring with J. Rupert regarding same | 4.30 | 1,250.00 | 5,375.00 |
| 07/17/2023 | Matthew J. Gold | Revising outline for call with fee examiner; participating in call with fee examiner and counsel; conferring with J. Rupert regarding same; exchanging emails regarding same; preparing draft letter to fee examiner regarding fee application | 8.20 | 1,250.00 | 10,250.00 |
| 07/17/2023 | Ellie Taylor | Reviewing correspondence re: passage of deadline for 16th MFS | 0.10 | 205.00 | 20.50 |
| 07/17/2023 | Ellie Taylor | Reviewing docket; pulling materials and conferring regarding appointment of fee examiner | 0.80 | 205.00 | 164.00 |
| 07/18/2023 | Matthew J. Gold | Reviewing time records for reimbursement request; exchanging emails with C. MacDonald regarding reimbursement; revising draft letter to fee examiner regarding reimbursement request; exchanging emails and conferring with J. Rupert regarding same; finalizing letter and transmitting same | 5.20 | 1,250.00 | 6,500.00 |
| 07/18/2023 | Ellie Taylor | Reviewing dockets and retrieving relevant materials in connection with fee examiner question | 0.40 | 205.00 | 82.00 |

Client: State of Washington

Matter: Fee applications

| | | Invoice Date: | | | August 21, 2023 |
|---|---|---|---|---|---|
| | | Invoice Number: | | | 121505 |
| | | Matter Number: | | | 7263-0005 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/19/2023 | Matthew J. Gold | Exchanging emails with T. Bielli regarding fee examiner review of application; preparing email to J. Rupert regarding same; preparing for hearing | 0.90 | 1,250.00 | 1,125.00 |
| 07/20/2023 | Matthew J. Gold | Preparing for hearing; participating in hearing on fee applications; exchanging emails with J. Rupert regarding same; reviewing draft monthly fee report; exchanging emails regarding same | 1.80 | 1,250.00 | 2,250.00 |
| 07/20/2023 | Ellie Taylor | Drafting Seventeenth MFS; updating internal records | 2.50 | 205.00 | 512.50 |
| 07/21/2023 | Ellie Taylor | Reviewing and completing edits on monthly fee statement | 0.30 | 205.00 | 61.50 |
| 07/25/2023 | Ellie Taylor | Filing and serving Seventeenth Monthly Fee Statement of KKWC | 0.40 | 205.00 | 82.00 |
| 07/27/2023 | Ellie Taylor | Reviewing accounting spreadsheet and circulating the same to fee examiner | 0.30 | 205.00 | 61.50 |
| **Total** | | | **28.60** | | **$30,211.50** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 5.30 | 205.00 | 1,086.50 |
| Matthew J. Gold | 23.30 | 1,250.00 | 29,125.00 |
| **Total** | **28.60** | | **$30,211.50** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/19/2023 | Pacer Service Center - Inv#3974096-Q22023-7/5/23 4/1/23-6/30/23-2st Qtr 2023 | 1.00 | 4.90 |
| **Total** | | | **$4.90** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| Invoice Date: | August 21, 2023 |
| Invoice Number: | 121505 |
| Matter Number: | 7263-0005 |

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

### REMITTANCE COPY

### Fee applications - SWV# SWV0257876-00 #19-45

| Invoice Date | Invoice Number | Invoice Total | Payments | Balance Due |
|---|---|---|---|---|
| | | | | |

Current Invoice

| | | | | |
|---|---|---|---|---|
| 08/21/2023 | 121505 | | | $30,216.40 |

| Please Remit to: | Mail To: | Wire Instructions: |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff & Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | *Citibank N.A.*<br>*ABA Number: 021000089*<br>*Swift Code: CITIUS33 (International)*<br>*Account # 9987286692*<br>**(Please Reference Invoice Number)** |