LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Gregory G. Garre (admitted *pro hac vice*)

– and –

355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Ted A. Dillman (admitted *pro hac vice*)
Shawn P. Hansen (admitted *pro hac vice*)

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | **(Jointly Administered)** |

**COMBINED FIFTH MONTHLY FEE STATEMENT OF**
**LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES**
**AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM**
**MAY 1, 2023 THROUGH JUNE 30, 2023**

| Name of Applicant | Latham & Watkins LLP |
|---|---|
| Applicant's Role in Case | Special Counsel to Purdue Pharma L.P., *et al.* |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Date Order of Employment Signed** | April 18, 2022 [Docket No. 4670] and June 20, 2023 [Docket No. 5736] |
| **Period for which compensation and reimbursement is sought** | May 1, 2023 to June 30, 2023 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation requested in this statement** | **$458,731.08 (80% of $573,413.85[2])** |
| **Total reimbursement requested in this statement** | **$1,708.30** |
| **Total compensation and reimbursement requested in this statement** | **$460,439.38** |
| **This is a(n):** __X__ Monthly Application ___ Interim Application ___ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Retention and Employment of Latham & Watkins LLP as Special Counsel for the Debtors Effective as of January 13, 2022* [Docket No. 4670], the *Order Authorizing Debtors to Supplement Retention and Employment of Latham & Watkins LLP as Special Counsel to the Debtors Effective as of April 14, 2023* [Docket No. 5736]*, and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), Latham & Watkins LLP ("**L&W**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this combined fifth monthly fee statement of services rendered and expenses incurred for the period from May 1, 2023 through June 30, 2023 (the "**Fee Period**") seeking (i) compensation in the amount of $458,731.08, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that L&W incurred in connection with such

---

[2] This amount reflects a reduction in fees in the amount of $63,712.65 on account of a 10% discount that L&W agreed to provide to the Debtors.

services during the Fee Period (*i.e.*, $573,413.85) and (ii) payment of $1,708.30 for the actual,

necessary expenses that L&W incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees

incurred (on an aggregate basis) by L&W professionals and paraprofessionals during the Fee

Period with respect to each of the project categories L&W established in accordance with its

internal billing procedures.  As reflected in **Exhibit A**, L&W incurred $573,413.85 in fees during

the Fee Period.  Pursuant to this Fee Statement, L&W seeks reimbursement for 80% of such fees,

totaling $458,731.08.

2.      Attached hereto as **Exhibit B** is a chart of the L&W professionals and

paraprofessionals who rendered services to the Debtors in connection with these chapter 11 cases

during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees

earned by each professional.  The blended hourly billing rate of attorneys for all services provided

during the Fee Period is $1,265.[3] The blended hourly billing rate of all paraprofessionals is $553.[4]

3.      Attached hereto as **Exhibit C** is a chart of expenses that L&W incurred or

disbursed in the amount of $1,708.30 in connection with providing professional services to the

Debtors during the Fee Period.

4.      Attached hereto as **Exhibit D** are the time records of L&W for the Fee Period

organized by project category with a daily time log describing the time spent by each professional

and paraprofessional during the Fee Period.

---

[3]  The blended hourly billing rate for attorneys is derived by dividing the total fees for attorneys of $612,923.50 by the total hours of 484.5.  The blended hourly billing rate for attorneys does not reflect the 10% discount.

[4]  The blended hourly billing rate for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $24,203 by the total hours of 43.7.  The blended hourly billing rate for paraprofessionals does not reflect the 10% discount.

**Notice**

5.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, L&W, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $458,731.08, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that L&W incurred in connection with such services during the Fee Period (*i.e.*, $573,413.85) and (ii) payment of $1,708.30 for the actual, necessary expenses that L&W incurred in connection with such services during the Fee Period.

LATHAM & WATKINS LLP

Dated:   August 25, 2023          By:   */s/ Ted A. Dillman*
       Los Angeles, California

555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Gregory G. Garre (admitted *pro hac vice*)

– and –

355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Ted A. Dillman (admitted *pro hac vice*)
Shawn P. Hansen (admitted *pro hac vice*)

*Special Counsel to the Debtors*
*and Debtors in Possession*

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Third Party Release | 123.5 | $188,395.00 |
| Patent Litigation | 356.3 | $399,148.00 |
| Retention and Fee Application | 48.4 | $49,583.50 |
| **TOTAL** | | **$637,126.50** |
| **(Less 10% Discount)** | | **$63,712.65** |
| **GRAND TOTAL** | **528.2** | **$573,413.85** |

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Garre, Gregory | Partner; joined firm in 2009; admitted in District of Columbia 1994, admitted in Illinois 1991 | $1,850 | 86.3 | $159,655.00 |
| Brown, Daniel | Partner; joined firm in 2012; admitted in District of Columbia 2021, admitted in New York 1994, admitted in US Patent and Trademark Office 2003 | $1,690 | 25.6 | $43,264.00 |
| Manthei, John | Partner; joined firm in 2000; admitted in District of Columbia 1995 | $1,655 | 12.3 | $20,356.50 |
| Dillman, Ted | Partner; joined firm in 2008; admitted in California 2008 | $1,655 | 0.8 | $1,324.00 |
| Bell, Gabriel | Partner; joined firm in 2008; admitted in District of Columbia 2009 | $1,390 | 6 | $8,340.00 |
| Speros, Amy | Counsel; joined firm in 2011; admitted in District of Columbia 2012; admitted in California 2011 | $1,355 | 5.9 | $7,876.50 |
| Kowalski, David | Associate; joined firm in 2009; admitted in California 2009 | $1,285 | 44.2 | $56,797.00 |
| Dameron, Charles | Associate; joined firm in 2018; admitted in District of Columbia 2017, admitted in Texas 2016 | $1,250 | 27.9 | $34,875.00 |
| Hansen, Shawn | Associate; joined firm in 2015; admitted in California 2015 | $1,250 | 16.7 | $20,875.00 |
| Konopka, Eric | Associate; joined firm in 2018; admitted in District of Columbia 2019, admitted in New York 2017 | $1,250 | 38.9 | $48,625.00 |
| Upshaw, Margaret | Associate; joined firm in 2018; admitted in District of Columbia 2018 | $1,250 | 59.1 | $73,875.00 |
| Davis, Alicia | Restructuring Attorney; joined firm in 2019; admitted in Illinois 2009, admitted in California 2019 | $980 | 16.5 | $16,170.00 |
| Sachs, Emily | Associate; joined firm in 2021; admitted in District of Columbia 2021 | $860 | 14.3 | $13,728.00 |
| Fafara, Thomas | Associate; joined firm in 2021; admitted in New York 2023 | $830 | 8.5 | $7,055.00 |

[1] As disclosed in the *Supplemental Declaration of Gregory G. Garre in Support of Application of Debtors for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of January 13, 2022* [Docket No. 5299], L&W's standard billing rates were adjusted firm-wide on January 1, 2023 in the ordinary course of L&W's business and in keeping with L&W's established billing practices and procedures.

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Siemers, Alexander | Associate; joined firm in 2022; admitted in District of Columbia 2022 | $830 | 115.6 | $95,948.00 |
| Shang, Kevin | Associate; joined firm in 2022; admitted in California 2022 | $705 | 5.9 | $4,159.50 |
| Baez, Olga | Senior Paralegal; joined firm in 1997 | $570 | 8.4 | $4,788.00 |
| Rico, Colleen | Senior Paralegal; joined firm in 2002 | $550 | 35.3 | $19,415.00 |
| **TOTAL** | | | | **$637,126.50** |
| **(Less 10% Discount)** | | | | **$63,712.65** |
| **GRAND TOTAL** | | | **528.2** | **$573,413.85** |

**<u>Exhibit C</u>**

**Expense Summary**

Exhibit C - 1

| Expense Category | Total Expenses |
| --- | --- |
| Messenger | $176.20 |
| Document Processing | $626.50 |
| Laser Copy | $25.00 |
| Research | $880.60 |
| **TOTAL** | **$1,708.30** |

Exhibit C - 2

**Exhibit D**

**Detailed Time Records**

**LATHAM & WATKINS** LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

**INVOICE**

August 16, 2023

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Marc Kesselman

E-Billing Vendor: Collaborati
E-Billing Accountant: Chua Jr., Jose L
Client-Internal Matter #: 20220003218

> Please identify your payment with the following:
>
> Invoice No. 2300307270
> Matter Number 059646-0003
>
> Tax Identification No.: 95-2018373

For professional services rendered through May 31, 2023

**Re:**   **Third Party Release**

| | |
|---|---:|
| Fees | $ 36,260.00 |
| Monthly Discount | (3,626.00) |
| **Total Due** | **$ 32,634.00** |

**LATHAM&WATKINS**LLP

Invoice No. 2300307270
August 16, 2023

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 05/15/23 | GGG | 2.00 | Meeting regarding appeal items (0.7); review materials regarding same (0.5); call with J. Bucholtz regarding same (0.3); email correspondence with team regarding same (0.5) |
| 05/15/23 | EJK | .10 | Correspond with G. Garre and C. Dameron regarding appeal |
| 05/16/23 | GGG | 3.00 | Call with R. Englert regarding appeal 0.5); review materials regarding same (1.3); meeting with coordinating committee regarding same (1.2) |
| 05/18/23 | CSD | .20 | Review precedential appeal materials |
| 05/23/23 | CSD | .50 | Review precedential appeal materials |
| 05/24/23 | CSD | 2.30 | Review precedential appeal materials |
| 05/25/23 | EJK | .20 | Correspond with C. Dameron regarding appeal issues |
| 05/30/23 | GGG | 4.30 | Review Second Circuit decision (1.0); call with R. Englert regarding same (0.3); call with C. Gannon regarding same and follow up regarding same (0.5); correspond with E. Konopka regarding same (0.3); review and revise letter to Solicitor General (0.7); meeting with M. Kesselman and team regarding decision (1.5) |
| 05/30/23 | CSD | .70 | Review Second Circuit decision |
| 05/30/23 | EJK | 5.50 | Review Second Circuit's opinion (2.0); correspond with G. Garre and C. Dameron regarding Second Circuit's opinion (0.5); revise letter to Office of Solicitor General regarding Second Circuit decision (3.0) |
| 05/31/23 | GGG | 2.80 | Meeting with creditor committees regarding decision (1.3): review and revise letter to Solicitor General (1.2); email correspondence with team regarding same (0.3) |
| 05/31/23 | EJK | 1.60 | Revise letter to Office of Solicitor General regarding Second Circuit decision |

**Attorney:**

| | | | | |
|---|---|---|---|---|
| G G Garre | 12.10 | Hrs. @ | $ 1,850.00/hr. | $ 22,385.00 |
| C S Dameron | 3.70 | Hrs. @ | $ 1,250.00/hr. | $ 4,625.00 |
| E J Konopka | 7.40 | Hrs. @ | $ 1,250.00/hr. | $ 9,250.00 |
| | 23.20 | | | $ 36,260.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307270 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

August 16, 2023

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Marc Kesselman

E-Billing Vendor: Collaborati
E-Billing Accountant: Chua Jr., Jose L
Client-Internal Matter #: 20190002705

Please identify your payment with the following:

Invoice No. 2300307268
Matter Number 059646-0004

Tax Identification No.: 95-2018373

For professional services rendered through May 31, 2023

**Re:**   **Retention and Fee Application**

| | |
|---|---:|
| Fees | $ 28,018.00 |
| Monthly Discount | (2,801.80) |
| **Total Due** | **$ 25,216.20** |

**LATHAM&WATKINS**LLP

Invoice No. 2300307268
*August 16, 2023*

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/24/23 | TF | .40 | Correspond with S. Hansen regarding matter background and retention application |
| 05/01/23 | ACD | .40 | Correspond with LW team regarding supplemental retention application and related conflicts check |
| 05/03/23 | TF | .60 | Telephone conference with A. Davis regarding drafting retention application |
| 05/03/23 | ACD | .60 | Prepare for (0.1) and call with T. Farfara regarding supplemental retention application (0.5) |
| 05/06/23 | TF | .60 | Draft supplemental retention application |
| 05/08/23 | TF | 3.00 | Prepare initial draft of Latham retention application and correspondence with Latham team regarding same |
| 05/08/23 | ACD | .30 | Correspond with T. Fafara regarding supplemental LW retention application |
| 05/09/23 | SPH | .20 | Correspondence with A. Davis regarding retention documents |
| 05/09/23 | TF | .90 | Review and revise Latham retention application and correspondence with LW team regarding same |
| 05/10/23 | SPH | 1.60 | Review and revise retention materials (1.4); correspondence with T. Dillman regarding same (0.2) |
| 05/10/23 | TF | 1.30 | Telephone conference with A. Davis regarding drafting retention application |
| 05/10/23 | ACD | 4.20 | Review and revise draft supplemental retention application (2.2); review precedent and initial LW retention application in connection with same (0.4); review edits to same (0.4); review and analyze conflicts results and update Garre declaration to incorporate same (1.2) |
| 05/11/23 | SPH | 1.10 | Discuss retention application with A. Davis (0.5); correspondence with Davis Polk regarding same (0.2); review revisions to draft (0.4) |
| 05/11/23 | ACD | 2.70 | Review and revise supplemental LW retention application (0.8); correspond with LW team regarding same (0.3); call with S. Hansen regarding same (0.5); review and analyze conflicts results and update Garre declaration based on same (0.9); correspond with LW conflicts team regarding conflicts results (0.2) |
| 05/12/23 | SPH | .20 | Correspondence with Davis Polk regarding retention application |
| 05/12/23 | ACD | 1.30 | Correspond with LW team regarding supplemental Garre |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307268 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2300307268
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | declaration (0.2); review and analyze conflicts results and update Garre declaration based on same (1.0); correspond with S. Hansen regarding same (0.1) |
| 05/15/23 | SPH | 1.20 | Review correspondence from A. Davis regarding retention items; correspondence with D. Consla regarding same (0.2); correspondence with G. Garre regarding same (0.2); review and revise retention application (0.8) |
| 05/15/23 | ACD | .40 | Review and analyze information provided by LW conflicts team related to supplemental retention application (0.2); review updated draft of supplemental retention application and correspond with S. Hansen regarding same (0.2) |
| 05/16/23 | SPH | .20 | Correspondence with R. Aleali regarding retention |
| 05/17/23 | SPH | .10 | Correspondence with T. Fafara regarding revisions to application |
| 05/17/23 | TF | .80 | Review and revise supplemental retention application (0.4); correspondence with LW team regarding same (0.1); further review and revise same (0.2); correspondence with LW team regarding same (0.1) |
| 05/17/23 | ACD | 1.30 | Review correspondence regarding LW supplemental retention application and revised draft of same (0.2); review LW invoices for privilege and confidentiality (1.1) |
| 05/18/23 | TF | .20 | Correspondence with LW team regarding supplemental retention application |
| 05/18/23 | ACD | .50 | Review and comment on updated draft of supplemental LW retention application (0.3); correspond with LW team regarding same (0.2) |
| 05/19/23 | SPH | .40 | Finalize retention application (0.3); correspondence with Davis Polk regarding same (0.1) |
| 05/19/23 | TF | .70 | Review and revise supplemental Latham retention application (0.6); correspondence with S. Hansen and A. Davis regarding same (0.1) |
| 05/19/23 | ACD | .20 | Correspond with LW team regarding LW supplemental retention application and filing of same |
| 05/31/23 | SPH | 1.50 | Correspond regarding fee applications with T. Dillman (0.2); discuss fee applications with A. Davis (0.5); review deadlines related to fee applications (0.2); correspondence with T. Dillman regarding fee applications and retention (0.1); review invoices for confidentiality purposes (0.5) |
| 05/31/23 | ACD | 1.20 | Call with S. Hansen regarding status of LW supplemental |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307268 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2300307268
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | retention and fee applications (0.5); review LW invoices for privilege and confidentiality (0.6); correspond with S. Hansen regarding same (0.1) |

**Attorney:**

| | | | | | |
|--|--|--|--|--|--|
| S P Hansen | 6.50 | Hrs. @ | $ 1,250.00/hr. | | $ 8,125.00 |
| T Fafara | 8.50 | Hrs. @ | $ 830.00/hr. | | $ 7,055.00 |
| | 15.00 | | | | $ 15,180.00 |

**Other:**

| | | | | | |
|--|--|--|--|--|--|
| A C Davis | 13.10 | Hrs. @ | $ 980.00/hr. | | $ 12,838.00 |
| | 13.10 | | | | $ 12,838.00 |

**GRAND TOTAL:**   **28.10**        **$ 28,018.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307268 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

**INVOICE**

August 16, 2023

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Marc Kesselman

| Please identify your payment with the following: |
| --- |
| Invoice No. 2300307266 |
| Matter Number 059646-0007 |
| Tax Identification No.: 95-2018373 |

For professional services rendered through May 31, 2023

**Re:**   **Patent Litigation**

| | |
| --- | --- |
| Fees | $ 228,771.50 |
| Monthly Discount | (22,877.15) |
| **Total Due** | **$ 205,894.35** |

**LATHAM&WATKINS**LLP

Invoice No. 2300307266
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/23 | JRM | .40 | Attention to product development matters |
| 05/01/23 | DFK | 2.30 | Work on analysis of appeal arguments (1.3); review trial record and case law in connection with appeal (1.0) |
| 05/02/23 | JRM | .60 | Attention to matters in connection with appeal (0.3); develop strategy (0.3) |
| 05/02/23 | DFK | 2.10 | Work on analysis of appeal arguments (1.5); review trial record and case law in connection with same (0.6) |
| 05/03/23 | DGB | .90 | Telephone conference with A. Siemers and D. Kowalski regarding appeal issues |
| 05/03/23 | JRM | 1.00 | Attention to regulatory analysis in connection with appeal (0.7); develop strategy (0.3) |
| 05/03/23 | DFK | 3.30 | Teleconference with D. Brown regarding appeal strategy issues (0.9); work on analysis of appeal arguments and review trial record and case law in connection with same (2.4) |
| 05/03/23 | AGS | 1.60 | Attend telephone conference with D. Brown and D. Kowalski regarding appeal (0.9); correspond with R. Jaffe and O. Baeza regarding case status and notice of appeal (0.2); research case law related to appeal (0.5) |
| 05/03/23 | OB | .30 | Review Rules and report to A. Siemers regarding notice of appeal (0.2); coordinate case calendar (0.1) |
| 05/04/23 | JRM | .60 | Attention to strategy in connection with appeal |
| 05/04/23 | DFK | 2.20 | Work on analysis of appeal arguments (1.8); review trial record and case law in connection with same (0.4) |
| 05/05/23 | JRM | .60 | Attention to regulatory analysis |
| 05/05/23 | AES | 3.20 | Research related to appeal |
| 05/05/23 | DFK | 1.90 | Analysis of appeal arguments (1.1); review trial record and case law in connection with same (0.8) |
| 05/06/23 | JRM | .60 | Attention to appeal strategy |
| 05/07/23 | JRM | .40 | Attention to appeal strategy |
| 05/08/23 | DGB | .40 | Review draft notice of appeal and provide comment |
| 05/08/23 | JRM | 1.60 | Attention to appeal strategy |
| 05/08/23 | AGS | 1.20 | Research case law on issues related to appeal (0.9); draft summary of research for D. Brown and G. Garre (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307266 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM & WATKINS** LLP

Invoice No. 2300307266
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/09/23 | DFK | 1.20 | Review trial record (0.2); research and analyze case law in connection with appeal (0.8); work on analysis of potential appeal arguments (0.2) |
| 05/09/23 | EJS | 3.90 | Research in connection with appeal |
| 05/09/23 | AGS | 1.50 | Research case law (0.7); draft summary for D. Brown and G. Garre regarding same (0.6); coordinate with support staff to prepare binders on relevant case law (0.2) |
| 05/10/23 | DGB | 1.50 | Review and analyze caselaw compiled by A. Siemers |
| 05/10/23 | JRM | 1.60 | Attention to regulatory strategy |
| 05/10/23 | DFK | 1.40 | Review trial record (0.2); research and analyze case law in connection with appeal (0.8); work on analysis of potential appeal arguments (0.4) |
| 05/10/23 | EJS | 5.60 | Research on requirements in connection with appeal |
| 05/11/23 | DGB | 1.60 | Meet with G. Garre regarding appeal strategy (0.8); prepare for same (0.2); review draft letters to defendants (0.6) |
| 05/11/23 | GGG | .80 | Meeting with D. Brown regarding issues attendant to case |
| 05/11/23 | DFK | 2.10 | Review trial record (0.2); research and analyze case law in connection with appeal (1.0); work on analysis of potential appeal arguments (0.9) |
| 05/11/23 | EJS | 4.40 | Conduct research on appeal items |
| 05/12/23 | DGB | .60 | Revise letters regarding appeal (0.4); correspondence regarding same (0.2) |
| 05/12/23 | GGG | .30 | Email correspondence with team regarding issues attendant to case |
| 05/12/23 | DFK | 2.50 | Review trial record (0.2); research and analyze case law in connection with appeal (1.3); work on analysis of potential appeal arguments (1.0) |
| 05/15/23 | DGB | 1.00 | Telephone conference with M. Upshaw and G. Garre regarding appeal |
| 05/15/23 | GGG | 1.50 | Meeting with team regarding appeal (1.0); call with D. Brown and M. Upshaw regarding same (0.5) |
| 05/15/23 | JRM | 1.00 | Analyze issues related to appeal |
| 05/15/23 | DFK | 1.40 | Correspondence with team regarding notice of appeal issues (0.2); review transcripts and pleadings in connection with appeal analysis (1.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307266 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2300307266
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/15/23 | MAU | 2.30 | Confer with G. Garre and D. Brown regarding appeal arguments (1.0); analyze district court opinion (1.3) |
| 05/15/23 | AGS | 1.30 | Correspond with O. Baeza and R. Jaffe regarding notice of appeal and docketing of transcripts (0.3); review district court docket and post-trial correspondence (0.8); correspond with D. Kowalski regarding notice of appeal (0.2) |
| 05/15/23 | OB | 1.00 | Review Rules regarding notice of appeal and transcript purchase order procedures (0.7); report to A. Siemers regarding same (0.3) |
| 05/16/23 | GGG | 1.30 | Review trial transcript (0.5); review D. Brown memorandum (0.5); email correspondence with team regarding same (0.3) |
| 05/16/23 | DFK | 1.70 | Email correspondence with team regarding legal research strategy issues (0.3); research and analyze case law regarding appeal (1.4) |
| 05/17/23 | GKB | .20 | Call with G. Garre regarding appeal |
| 05/17/23 | DGB | .40 | Correspondence with G. Garre and client regarding timing/scheduling issues |
| 05/17/23 | GGG | 4.80 | Review case law and related materials (4.1); email correspondence with team regarding same (0.5); discussion with G. Bell regarding same (0.2) |
| 05/17/23 | DFK | 1.30 | Email correspondence with team regarding appeal issues (0.3); review transcripts and pleadings in connection with appeal analysis and development of appeal arguments (1.0) |
| 05/17/23 | MAU | .50 | Analyze district court briefing regarding appellate arguments |
| 05/17/23 | AGS | 2.70 | Draft notice of appeal (0.7); coordinate delivery of binders to G. Bell with support staff (0.1); review opening and closing arguments in trial transcripts (1.9) |
| 05/18/23 | DGB | .50 | Review of appeal issues analysis from G. Garre and provide comment |
| 05/18/23 | GGG | 4.00 | Review case law and related materials (3.0); email correspondence with team regarding same (1.0) |
| 05/18/23 | DFK | .10 | Email correspondence with team regarding appeal issues (0.1) |
| 05/18/23 | MAU | 1.10 | Analyze district court briefing on issues related to appeal |
| 05/18/23 | AGS | .70 | Revise notice of appeal and correspond with team regarding same (0.5); review correspondence regarding case law and district court opinion (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307266 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2300307266
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/19/23 | JRM | .40 | Attention to appeal issues |
| 05/19/23 | DFK | .90 | Work on analysis of appeal arguments, including review and analysis of relevant case law (0.7); email correspondence with team regarding appeal strategy issues (0.2) |
| 05/19/23 | MAU | .60 | Analyze Federal Circuit case law |
| 05/19/23 | AGS | .10 | Correspond with M. Upshaw and D. Kowalski regarding case law |
| 05/20/23 | MAU | 2.10 | Continue analyzing Federal Circuit case law |
| 05/21/23 | MAU | 1.10 | Continue analyzing Federal Circuit case law |
| 05/22/23 | JRM | 1.80 | Attention to appeal strategy (0.8); analyze standards in connection with appeal (1.0) |
| 05/22/23 | AES | 2.40 | Attend to research (1.5); draft correspondence regarding regulatory issues (0.9) |
| 05/22/23 | DFK | 2.60 | Work on outline for appeal brief (1.1); research and analyze case law in connection with same (0.8); review trial record in connection with same (0.7) |
| 05/22/23 | MAU | 4.00 | Draft outline of opening brief on appeal |
| 05/22/23 | AGS | 6.20 | Correspond with M. Upshaw and D. Kowalski regarding notice of appeal and appellate issues (0.2); correspond with M. Upshaw and D. Kowalski regarding appellate issues (0.4); research Federal Circuit caselaw (5.6) |
| 05/23/23 | DGB | 2.40 | Correspond with Maggie Upshaw to prepare for team meeting (0.6); team meeting with M. Upshaw, G. Garre, D. Kowalski, and A. Siemers regarding legal research and defining appeal issues (1.8) |
| 05/23/23 | GGG | 3.50 | Meeting with M. Upshaw, D. Kowalski, D. Brown and A. Siemers on issues attendant to appeal and prepare for same (1.8); review case law related to appeal issues (1.1); review trial transcripts (0.5); email correspondence with team regarding same (0.1) |
| 05/23/23 | JRM | 1.10 | Attention to administrative record (0.7); attention to regulatory strategy in connection with appeal (0.4) |
| 05/23/23 | DFK | 2.50 | Teleconference with M. Upshaw, G. Garre, D. Brown and A. Siemers regarding appeal strategy issues (1.8); review trial record and related materials (0.5); email correspondence with team regarding appeal issues (0.2) |
| 05/23/23 | MAU | 2.60 | Draft outline of opening brief on appeal (0.8); confer with G. |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307266 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS** LLP

Invoice No. 2300307266
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | Garre, D. Kowalski, D. Brown and A. Siemers regarding appeal strategy issues (1.8) |
| 05/23/23 | AGS | 3.30 | Review appellate outline (0.2); research and summarize case law regarding appellate issues (0.8); prepare for and attend video conference with G. Garre, D. Brown, M. Upshaw, and D. Kowalski regarding appellate strategy and outline (1.8); correspond with team regarding notice of appeal and preliminary documents (0.2); correspond with M. Upshaw regarding appellate outline and pending workstreams (0.3) |
| 05/23/23 | OB | .40 | Correspondence with A. Siemers and Litigation Services case calendar and entries of appearance for appellate team (0.2); report to A. Siemers regarding transcript purchase order and appendix requirements (0.2) |
| 05/24/23 | GKB | 3.50 | Review district court decision |
| 05/24/23 | DGB | .80 | Coordinate and prepare for client telephone conference regarding appeal issues and strategy |
| 05/24/23 | GGG | 1.80 | Review post-trial briefing and trial transcripts (1.8) |
| 05/24/23 | MAU | .40 | Review docket entries for appendix designations |
| 05/24/23 | AGS | 9.10 | Review Federal Circuit rules regarding appendix designation, transcripts, and sealed materials (0.6); correspond with O. Baeza regarding same (0.3); correspond with M. Upshaw regarding appendix designation process (0.2); correspond with D. Brown regarding trial exhibits (0.3); propose appendix designations and correspond with M. Upshaw regarding same (0.4); analyze district court citations to trial transcript (5.4); draft slides regarding issues for appeal (1.9) |
| 05/24/23 | OB | 1.00 | Correspondence with A. Siemers regarding appendix designations procedures(0.7); assemble samples and relevant Rules excerpts regarding same (0.3) |
| 05/25/23 | GKB | 2.30 | Review district court decision and assess potential appeal issues (2.0); conference with G. Garre regarding appeal issues (0.3) |
| 05/25/23 | GGG | 2.30 | Review and revise slide deck for Purdue presentation (1.50); review findings of fact (0.5); discussion with G. Bell regarding issues attendant to appeal (0.3) |
| 05/25/23 | DFK | 1.40 | Work on appeal strategy presentation (0.3); email correspondence with team regarding appeal issues (0.2); review trial record in connection with appeal issues (0.9) |
| 05/25/23 | MAU | 3.80 | Revise outline of arguments (2.5); revise presentation regarding appeal strategy (1.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307266 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM&WATKINS**LLP

Invoice No. 2300307266
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/25/23 | AGS | 1.10 | Revise slides for presentation and correspond with M. Upshaw and D. Kowalski regarding same (0.6); revise comparison of district court statements and underlying record testimony and correspond with team regarding same (0.5) |
| 05/26/23 | DGB | 1.90 | Revise presentation and analysis for client meeting (0.5); prepare (0.4) for and participate in client meeting with G. Garre regarding appeal status and strategy (1.0) |
| 05/26/23 | GGG | 2.30 | Meeting with client team and D. Brown regarding Federal Circuit appeal (1.0); review and revise power point presentation and outline for appeal (1.0); correspond with D. Brown regarding same (0.3) |
| 05/26/23 | JRM | .60 | Analyze appellate issues |
| 05/26/23 | DFK | 1.00 | Email correspondence with team regarding appeal arguments and trial record issues (0.2); review trial record in connection with appeal (0.8) |
| 05/26/23 | MAU | .20 | Review additions to brief outline |
| 05/26/23 | AGS | 5.50 | Revise presentation slides (0.4); review parties' proposed findings of fact (0.7); review revised outline (0.3); review case law related to appeal and revise outline (4.1) |
| 05/28/23 | AGS | 1.90 | Review and summarize trial testimony in connection with appellate matters |
| 05/29/23 | GGG | .30 | Call with J. Taylor (0.2); email correspondence with team regarding same (0.1) |
| 05/29/23 | EJS | .40 | Review appellate issues |
| 05/29/23 | AGS | 3.10 | Continue review and summary of trial testimony in connection with appellate matters |
| 05/30/23 | GGG | .30 | Review docketing materials |
| 05/30/23 | AES | .30 | Attend to internal correspondence regarding regulatory strategy issues |
| 05/30/23 | AGS | 6.70 | Review and summarize trial testimony regarding patents (1.1); review and summarize trial testimony regarding commercial success (1.8); correspond with G. Garre and O. Baeza regarding docketing record on appeal and requisite filings (0.2); correspond with D. Brown and D. Kowalski regarding sealed filings (0.1); review trial testimony regarding appellate issues (2.3); review materials regarding appellate issues (1.2) |
| 05/30/23 | OB | .30 | Correspondence with A. Siemers regarding appendix |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307266 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

**LATHAM&WATKINS**LLP

Invoice No. 2300307266
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | designations procedures (0.2); file maintenance regarding same (0.1) |
| 05/30/23 | CMR | 3.30 | Draft table of contents to Federal Circuit appendix (1.0); draft initiating documents (2.3) |
| 05/31/23 | AGS | 8.30 | Revise portions of appellate outline |
| 05/31/23 | CMR | 4.20 | Draft table of contents to Federal Circuit appendix (0.7); draft initiating documents (3.5) |

**Attorney:**

| | | | | | |
|---|---|---|---|---|---|
| G G Garre | 23.20 | Hrs. @ | $ 1,850.00/hr. | $ 42,920.00 |
| D G Brown | 12.00 | Hrs. @ | $ 1,690.00/hr. | $ 20,280.00 |
| JR Manthei | 12.30 | Hrs. @ | $ 1,655.00/hr. | $ 20,356.50 |
| G K Bell | 6.00 | Hrs. @ | $ 1,390.00/hr. | $ 8,340.00 |
| A E Speros | 5.90 | Hrs. @ | $ 1,335.00/hr. | $ 7,876.50 |
| D F Kowalski | 31.90 | Hrs. @ | $ 1,285.00/hr. | $ 40,991.50 |
| M A Upshaw | 18.70 | Hrs. @ | $ 1,250.00/hr. | $ 23,375.00 |
| E J Sachs | 14.30 | Hrs. @ | $ 960.00/hr. | $ 13,728.00 |
| A G Siemers | 54.30 | Hrs. @ | $ 830.00/hr. | $ 45,069.00 |
| | 178.60 | | | $ 222,936.50 |

**Other:**

| | | | | | |
|---|---|---|---|---|---|
| O Baeza | 3.00 | Hrs. @ | $ 570.00/hr. | $ 1,710.00 |
| C M Rico | 7.50 | Hrs. @ | $ 550.00/hr. | $ 4,125.00 |
| | 10.50 | | | $ 5,835.00 |

**GRAND TOTAL:** **189.10** **$ 228,771.50**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307266 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

8

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

August 16, 2023

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Marc Kesselman

E-Billing Vendor: Collaborati
E-Billing Accountant: Chua Jr., Jose L
Client-Internal Matter #: 20220003218

| | |
|---|---|
| Please identify your payment with the following: | |
| Invoice No. 2300308949 | |
| Matter Number 059646-0003 | |
| Tax Identification No.: 95-2018373 | |

For professional services rendered through June 30, 2023

**Re:**   **Third Party Release**

| | |
|---|---:|
| Fees | $ 152,135.00 |
| Monthly Discount | (15,213.50) |
| **Total Due** | **$ 136,921.50** |

**LATHAM&WATKINS**LLP

Invoice No. 2300308949
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/23 | GGG | 1.30 | Review and revise letter to Solicitor General (1.1) call with M. Huebner regarding same (0.2) |
| 06/01/23 | EJK | 1.90 | Revise letter to Solicitor General's office (0.5); confer with G. Garre regarding letter to Solicitor General's office (1.4) |
| 06/02/23 | GGG | 2.00 | Calls with LW team regarding meeting with Solicitor General (0.8); email correspondence with LW team regarding same (1.2) |
| 06/02/23 | EJK | 2.70 | Collect precedential appeal materials (0.4); correspond with G. Garre and C. Dameron regarding meeting with Solicitor General's office (0.2); research appeal issues (2.1) |
| 06/03/23 | GGG | .30 | Email correspondence with LW team regarding meeting with Solicitor General |
| 06/04/23 | GGG | 4.00 | Meeting with E. Konopka and C. Dameron regarding meeting with Solicitor General (3.5); prepare for same (0.5) |
| 06/04/23 | CSD | 7.10 | Meeting with G. Garre and E. Konopka regarding strategy with respect to Office of Solicitor General (3.5); review appeal research materials (3.6) |
| 06/04/23 | EJK | 5.20 | Research appeal issues (1.0); summarize same (0.5); meeting with G. Garre and C. Dameron regarding precedential appeal (3.5); respond to questions from G. Garre (0.2) |
| 06/05/23 | GGG | 3.80 | Prepare for meeting with Solicitor General (1.8); meeting with LW team regarding same (1.2); call with J. Ellis regarding same (0.2); call with R. Englert regarding same (0.2); email correspondence with LW team regarding same (0.3) |
| 06/05/23 | EJK | 2.10 | Research regarding timing (0.5); research regarding Solicitor General (1.6) |
| 06/06/23 | GGG | 10.50 | Prepare for meeting with Solicitor General |
| 06/06/23 | CSD | 6.60 | Draft portions of letter to Office of Solicitor General regarding litigation |
| 06/06/23 | EJK | 2.20 | Research issues related to appeal (1.5); review merits argument points (0.7) |
| 06/07/23 | GGG | 7.00 | Meeting with Solicitor General and prepare for same (4.5); discussion with E. Konopka regarding same (1.0); call with J. Ellis regarding same (0.5); call with R. Englert regarding same (0.3); discussion with LW team regarding letter to Solicitor General (0.2); email correspondence regarding same (0.5) |
| 06/07/23 | CSD | 2.30 | Assist with preparations for meeting with Office of Solicitor |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300308949 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2300308949
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | General |
| 06/07/23 | EJK | 6.80 | Assist G. Garre with meeting with Solicitor General's office (2.3); confer with G. Garre and co-counsel regarding meeting with Solicitor General's office (1.0); correspond with co-counsel regarding litigation (0.2); collect precedential appeal briefs (1.1); research appeal issues (2.2) |
| 06/08/23 | GGG | 3.00 | Review and revise letter to Solicitor General (2.0); call with Solicitor General's office and follow up regarding same 0.5); email correspondence with LW team regarding same (0.5) |
| 06/08/23 | CSD | 3.20 | Prepare follow-up correspondence to Office of Solicitor General |
| 06/08/23 | EJK | 2.30 | Review draft letter to Solicitor General's office (1.1); correspond with G. Garre and co-counsel regarding draft letter (0.5); research timing rules regarding issuance of mandate (0.7) |
| 06/09/23 | GGG | 3.50 | Review and revise letter to Solicitor General; (1.6) call with M. Huber regarding same 0.2); call with J. Ellis regarding same (0.2); call with certain parties regarding meeting with Solicitor General (0.8); call with R. Englert regarding meeting with Solicitor General and follow up regarding same (0.7) |
| 06/09/23 | EJK | .10 | Correspond with G. Garre regarding letter |
| 06/10/23 | CSD | 1.30 | Revise follow-up letter to Office of Solicitor General |
| 06/11/23 | GGG | 2.00 | Review and revise letter to Solicitor General (1.0); email correspondence with LW team regarding same (1.0) |
| 06/11/23 | EJK | 1.70 | Draft alternative follow-up letter to Solicitor General's Office |
| 06/12/23 | GGG | 3.00 | Review and revise letter to Solicitor General |
| 06/12/23 | EJK | 1.10 | Revise draft letter to Office of Solicitor General |
| 06/13/23 | GGG | 1.50 | Review and revise letter to Solicitor General |
| 06/13/23 | CSD | 1.20 | Revise follow-up letter to Office of Solicitor General |
| 06/13/23 | EJK | 2.60 | Revise and finalize letter to Office of Solicitor General in light of comments from client and co-counsel |
| 06/14/23 | GGG | .30 | Email correspondence with team regarding issues attendant to case and discussion with E. Konopka regarding same |
| 06/14/23 | EJK | .30 | Review letter to Solicitor General's office |
| 06/15/23 | CSD | 1.70 | Review Supreme Court's decision regarding standing (1.2) ; |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300308949 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2300308949
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | correspond with G. Garre regarding same (0.5) |
| 06/15/23 | EJK | .90 | Review Supreme Court case regarding standing |
| 06/16/23 | GGG | .30 | Email correspondence with team regarding issues attendant to case |
| 06/16/23 | CSD | .80 | Correspond with G. Garre regarding follow-up correspondence to Office of Solicitor General (0.4); draft note to Deputy Solicitor General regarding same (0.4) |
| 06/16/23 | EJK | .40 | Review case law regarding appeal items |
| 06/19/23 | GGG | .50 | Review materials related to appeal and email correspondence with team regarding same |
| 06/19/23 | EJK | 1.00 | Prepare presentation material related to appeal |
| 06/21/23 | GGG | .30 | Call with M. Huebner regarding issues attendant to case |
| 06/22/23 | GGG | .10 | Call with M. Huebner regarding issues attendant to case |
| 06/23/23 | GGG | 1.00 | Call with M. Huebner and creditors regarding issues attendant to case (.0.5); calls with P. Shah regarding same (0.3); call with C. Gannon regarding same (0.2) |
| 06/23/23 | EJK | .10 | Review petition for rehearing filed by pro se party |
| 06/26/23 | EJK | .10 | Review petition for rehearing en banc |
| 06/27/23 | GGG | .10 | Call with R. Englert regarding issues attendant to case |
| 06/29/23 | GGG | .10 | Call with M. Huebner regarding issues attendant to case |

**Attorney:**

| | | | | |
|------|------|------|------|------|
| G G Garre | 44.60 | Hrs. @ | $ 1,850.00/hr. | $ 82,510.00 |
| C S Dameron | 24.20 | Hrs. @ | $ 1,250.00/hr. | $ 30,250.00 |
| E J Konopka | 31.50 | Hrs. @ | $ 1,250.00/hr. | $ 39,375.00 |
| | 100.30 | | | $ 152,135.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300308949 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

August 16, 2023

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Marc Kesselman

E-Billing Vendor: Collaborati
E-Billing Accountant: Chua Jr., Jose L
Client-Internal Matter #: 20190002705

**Please identify your payment with the following:**

Invoice No. 2300308948
Matter Number 059646-0004

Tax Identification No.: 95-2018373

For professional services rendered through June 30, 2023

**Re:**   **Retention and Fee Application**

| | |
|---|---|
| Fees | $ 21,565.50 |
| Monthly Discount | (2,156.55) |
| **Total Due** | **$ 19,408.95** |

**LATHAM&WATKINS**LLP

Invoice No. 2300308948
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/23 | TAD | .40 | Review monthly and interim fee application materials (0.3); correspondence with A. Davis and S. Hansen regarding same (0.1) |
| 06/01/23 | SPH | .60 | Review invoices for privilege and confidentiality (0.4); correspondence with A. Davis regarding same (0.2) |
| 06/01/23 | ACD | .80 | Correspond with LW team regarding next monthly fee statement and interim fee application (0.4); prepare monthly fee statement (0.2); review notice of presentment for LW supplemental retention application and docket (0.2) |
| 06/05/23 | SPH | 1.90 | Correspondence with D. Consla regarding retention (0.1); review fee application (0.6); review interim fee application precedent (0.4); correspondence with A. Davis regarding same (0.3); telephone conference with A. Davis (0.5) |
| 06/05/23 | ACD | 2.60 | Draft fourth monthly fee statement (1.6); call with S. Hansen regarding same and third interim fee application (0.5); revise monthly fee statement based on comments from S. Hansen (0.3); correspond with S. Hansen regarding LW interim fee application (0.2) |
| 06/06/23 | SPH | .50 | Correspondence with A. Davis regarding interim fee application issues (0.2); correspondence with T. Dillman regarding fee application (0.2); review same (0.1) |
| 06/07/23 | SPH | .50 | Discuss fee application and retention process with K. Shang |
| 06/07/23 | KDS | .50 | Discuss with S. Hansen regarding fee application and retention process |
| 06/08/23 | SPH | 2.80 | Correspondence with C. Tarrant regarding fee application matters (0.2); review correspondence regarding same (0.2); prepare interim fee application (2.4) |
| 06/09/23 | SPH | .30 | Correspondence with D. Consla retention (0.1); finalize draft of interim fee application and monthly fee application (0.2) |
| 06/11/23 | KDS | .60 | Review fee application materials |
| 06/12/23 | TAD | .40 | Review fee applications and related materials (0.3); correspondence with S. Hansen regarding same (0.1) |
| 06/12/23 | SPH | .90 | Discuss fee applications with K. Shang (0.5); correspondence with D. Consla regarding retention (0.1); correspondence with T. Dillman and G. Garre regarding retention and fee applications (0.3) |
| 06/12/23 | KDS | 1.50 | Review fee application (0.5); discuss fee application with S. Hansen (0.5) |
| 06/14/23 | KDS | .20 | Review Purdue docket for retention order |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300308948 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS** LLP

Invoice No. 2300308948
August 16, 2023

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 06/15/23 | SPH | .30 | Correspondence with R. Aleali regarding invoices (0.2); correspondence with D. Consla regarding retention (0.1) |
| 06/15/23 | KDS | .70 | Review and revise fee application materials |
| 06/16/23 | SPH | .30 | Review and revise invoices for confidentiality |
| 06/16/23 | KDS | .30 | Review fee application materials (0.2); correspond with S. Hansen and T. Dillman regarding same (0.1) |
| 06/20/23 | SPH | .20 | Correspondence with DPW regarding fee application (0.1); correspondence with K. Shang regarding same (0.1) |
| 06/20/23 | KDS | 1.50 | Review fee application materials (1.3); correspond with S. Hansen regarding same (0.2) |
| 06/21/23 | SPH | 1.00 | Finalize monthly and interim retention applications (0.4); discuss same with K. Shang (0.2); correspondence with K. Shang regarding same (0.1); discuss same with DPW (0.2); correspondence with DPW regarding supplemental notice (0.1) |
| 06/21/23 | KDS | .60 | Review fee application materials (0.2); correspond with S. Hansen regarding same (0.2) |
| 06/22/23 | SPH | .40 | Correspondence with LW team regarding invoices and LEDES materials |
| 06/23/23 | SPH | .20 | Correspondence with fee examiner regarding LEDES files |
| 06/30/23 | SPH | .30 | Correspondence with Latham team regarding invoices |

**Attorney:**

| | | | | |
|---|---|---|---|---|
| T A Dillman | .80 | Hrs. @ | $ 1,655.00/hr. | $ 1,324.00 |
| S P Hansen | 10.20 | Hrs. @ | $ 1,250.00/hr. | $ 12,750.00 |
| K D Shang | 5.90 | Hrs. @ | $ 705.00/hr. | $ 4,159.50 |
| | 16.90 | | | $ 18,233.50 |

**Other:**

| | | | | |
|---|---|---|---|---|
| A C Davis | 3.40 | Hrs. @ | $ 980.00/hr. | $ 3,332.00 |
| | 3.40 | | | $ 3,332.00 |

**GRAND TOTAL:**    20.30    $ 21,565.50

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300308948 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

# LATHAM & WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

## INVOICE

August 16, 2023

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Marc Kesselman

E-Billing Vendor: Collaborati
Client-Internal Matter #: 20230003334

**Please identify your payment with the following:**

Invoice No. 2300308944
Matter Number 059646-0007

**Tax Identification No.: 95-2018373**

For professional services rendered through June 30, 2023

**Re:**   **Patent Litigation**

| | |
|---|---:|
| Fees | $ 170,376.50 |
| Monthly Discount | (17,037.65) |
| **Total Due** | **$ 153,338.85** |

**LATHAM&WATKINS**LLP

Invoice No. 2300308944
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/23 | DFK | .10 | Email correspondence with LW team regarding appeal and docketing issues |
| 06/01/23 | AGS | 7.50 | Correspond regarding filing of certificate, entries of appearance, and docketing statement (0.2); revise appellate outline sections (7.3) |
| 06/01/23 | OB | .90 | Research regarding Federal Rule of Appellate Procedure (0.7); correspond regarding same with A. Siemers (0.2) |
| 06/01/23 | CMR | 4.50 | Review and revise initiating documents (3.2); email correspondence with A. Siemers regarding same (0.5); draft table of contents for appendix (0.3); email correspondence with team regarding transcript certificate requirements (0.5) |
| 06/02/23 | DFK | .20 | Email correspondence with LW team regarding appeal issues |
| 06/02/23 | AGS | 3.10 | Correspond with O. Baeza and M. Upshaw regarding transcript certificate (0.2); revise entry of appearance, docketing sheet, and certificate of interest (0.6); revise appellate outline (2.1); correspond with LW team regarding preliminary materials, appendix designations, revised outline, and sealed materials (0.2) |
| 06/02/23 | OB | .40 | Correspondence with A. Simers and M. Upshaw regarding Federal Rules of Appellate Procedure |
| 06/05/23 | DGB | 2.40 | Review of references and trial exhibits for appeal brief |
| 06/05/23 | MAU | .40 | Review detailed outline of opening brief |
| 06/05/23 | AGS | .50 | Correspond with M. Upshaw regarding preliminary materials (0.1); correspond with O. Baeza, C. Rico, and M. Upshaw regarding sealed documents (0.3); corresponding with trial counsel regarding pretrial order (0.1) |
| 06/05/23 | OB | .30 | Exchanges with A. Siemers and C. Rico regarding under seal materials for working appendix (0.2); review docket regarding same (0.1) |
| 06/05/23 | CMR | 2.70 | Review correspondence and respond to questions regarding appendix (0.7); update appendix table of contents (2.0) |
| 06/06/23 | MAU | 1.10 | Revise detailed outline of opening brief |
| 06/06/23 | AGS | .30 | Review revised entry of appearance, docketing statement, and certificate of interest |
| 06/07/23 | MAU | 5.50 | Revise detailed outline of opening brief (4.9); video conference with A. Siemers regarding outline (0.6) |
| 06/07/23 | AGS | .70 | Prepare for and attend video conference with M. Upshaw |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300308944 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2300308944
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | regarding outline (0.6); correspond with M. Upshaw regarding appellate outline (0.1) |
| 06/07/23 | CMR | 1.50 | Draft table of contents to Federal Circuit appeal appendix (1.1); organize documents for appendix (0.4) |
| 06/08/23 | MAU | 1.90 | Continue revising outline of opening brief |
| 06/08/23 | CMR | 2.30 | Draft table of contents to Federal Circuit appeal appendix |
| 06/09/23 | DGB | 1.40 | Prepare for client call regarding appeal brief (1.2); review of draft docketing statement (0.2) |
| 06/09/23 | GGG | .30 | Review docketing materials (0.2); email correspondence with LW team regarding same (0.1) |
| 06/09/23 | MAU | 3.50 | Analyze case law related to the appeal (1.2); revise detailed outline of opening brief (2.3) |
| 06/09/23 | AGS | .20 | Correspond with M. Upshaw regarding appendix designations and preliminary materials (0.1); correspondence regarding upcoming filing (0.1) |
| 06/10/23 | DGB | 1.60 | Review and revise appeal outline to prepare for client call |
| 06/10/23 | GGG | .50 | Review and revise outline for opening brief (0.3); email correspondence with LW team regarding same (0.2) |
| 06/11/23 | MAU | .50 | Revise outline of opening brief |
| 06/12/23 | DGB | 2.10 | Review and revise docketing statement (0.3); review and revise draft outline (1.8) |
| 06/12/23 | DFK | .50 | Review docketing statement and related filings (0.2); email correspondence with LW team regarding appeal issues (0.3) |
| 06/12/23 | MAU | 2.20 | Revise appellate docketing materials (0.4); revise outline of opening brief (1.8) |
| 06/12/23 | AGS | .50 | Correspond with M. Upshaw and C. Rico regarding preliminary materials (0.3); review revised preliminary materials (0.2) |
| 06/12/23 | CMR | .30 | Correspondence regarding initiating documents |
| 06/13/23 | DGB | 1.90 | Correspondence regarding materials and outline for client telephone conference (1.1); review and comment on draft injunction outline (0.8) |
| 06/13/23 | DFK | .80 | Correspondence with LW team regarding appeal issues (0.3); review trial record in connection with preparation of statement of facts (0.5) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300308944 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2300308944
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/13/23 | MAU | 3.90 | Finalize docketing materials (0.4); revise argument outline (3.0); video conference with A. Siemers regarding appellate outline (0.5) |
| 06/13/23 | AGS | 3.70 | Attend video conference with M. Upshaw regarding appellate outline and drafting schedule (0.5); review co-counsel outline (0.2); review revised outline (1.1); review trial testimony and correspond with M. Upshaw regarding same (0.3); review prior disclosures (0.2); correspond with G. Garre and D. Brown regarding appendix designations (0.1); correspond with co-counsel regarding appendix designations (0.1); assist with filing of preliminary materials (1.2) |
| 06/13/23 | OB | 1.20 | Various correspondence with LW appellate team regarding appendix designations, case calendar, and initiating appeal documents in advance of filing |
| 06/13/23 | CMR | 2.70 | Organize and file initiating documents (1.3); organize documents for appendix designations (1.4) |
| 06/14/23 | DGB | 1.20 | Review and revise appeal outline for client meeting |
| 06/14/23 | GGG | .50 | Review and revise outline for brief |
| 06/14/23 | DFK | 1.30 | Teleconference with A. Siemers and M. Upshaw regarding appeal strategy and drafting issues (0.2); draft statement of facts (0.4); review trial record in connection with same (0.7) |
| 06/14/23 | MAU | 1.20 | Draft outline of statement of the case for opening brief (1.0); attend telephone conference with A. Siemers and D. Kowalski regarding statement of facts and other appeal items (0.2) |
| 06/14/23 | AGS | 1.20 | Correspond with co-counsel regarding appendix designations (0.1); attend telephone conference with M. Upshaw and D. Kowalski regarding statement of facts and drafting schedule (0.2); review statement of facts outline (0.1); revise and proofread argument outline (0.8) |
| 06/14/23 | OB | .20 | Correspond with LW appellate team regarding appendix designation revisions |
| 06/14/23 | CMR | 2.30 | Review and revise table of contents to appendix (0.5); organize documents for appendix designations (1.8) |
| 06/15/23 | DGB | 1.50 | Revise outline and forward to client (1.0); telephone conference with client regarding strategy (0.5) |
| 06/15/23 | GGG | 2.50 | Review and revise outline for brief (1.5); meeting with G. Koch, M. Kesselman, R. Aleali, and Jones Day and LW teams regarding appeal (0.5); follow up regarding same (0.5) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300308944 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

LATHAM&WATKINS LLP

Invoice No. 2300308944
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/15/23 | DFK | 1.70 | Draft statement of facts (0.6); review trial record in connection with same (1.1) |
| 06/15/23 | MAU | 1.40 | Call with B. Koch, M. Kesselman, R. Aleali, and Jones Day and LW teams regarding opening appellate brief and stay motion (0.5); strategize regarding structure and key emphasis of statement of the case (0.9) |
| 06/15/23 | AGS | .40 | Review final proposed designations (0.2); draft email to opposing counsel regarding appendix designations (0.1); correspond with M. Upshaw and D. Kowalski regarding statement of facts (0.1) |
| 06/16/23 | DFK | .80 | Draft statement of facts (0.3); review trial record in connection with same, including expert testimony (0.5) |
| 06/16/23 | MAU | .20 | Strategize regarding statement of the case |
| 06/16/23 | AGS | 2.60 | Correspond with team regarding amended entry of appearance (0.2); review trial exhibits and factual background (2.4) |
| 06/16/23 | OB | 2.40 | Research regarding appellant brief requirements (0.5); draft appellant brief template (1.2); correspond with A. Siemers regarding preparation of amended entry of appearance and appellate docket entries (0.7) |
| 06/19/23 | DGB | 1.00 | Telephone conference with client regarding appeal strategy and status (0.7); telephone conference with G. Garre regarding same (0.3) |
| 06/19/23 | GGG | .30 | Call with D. Brown regarding issues attendant to case |
| 06/19/23 | AGS | 2.50 | Draft statement of the case |
| 06/20/23 | MAU | .20 | Confer with A. Siemers regarding structure of statement of the case |
| 06/20/23 | AGS | 6.40 | Draft statement of the case |
| 06/21/23 | DGB | .50 | Telephone conference with client regarding strategy (0.3); prepare for same (0.2) |
| 06/21/23 | GGG | .30 | Call with D. Brown and client regarding issues attendant to case |
| 06/21/23 | DFK | .10 | Email correspondence with LW team regarding appeal issues |
| 06/21/23 | MAU | 3.70 | Revise statement of the case |
| 06/21/23 | AGS | 6.10 | Draft statement of the case (2.4); draft procedural history portion of statement of the case (3.7) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300308944 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM & WATKINS** LLP

Invoice No. 2300308944
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/22/23 | DFK | 2.30 | Draft and revise statement of fact (1.5); review and analyze trial record in connection with same (0.8) |
| 06/22/23 | MAU | 2.60 | Revise statement of the case (2.2); attend telephone conference with A. Siemers regarding statement of the case and other appeal items (0.4) |
| 06/22/23 | AGS | 5.30 | Draft procedural history (2.9); review record and research relevant history and correspond with M. Upshaw regarding same (0.6); revise statement of the case in light of M. Upshaw comments (1.4); prepare for and attend telephone conference with M. Upshaw regarding statement of the case and argument section (0.4) |
| 06/22/23 | CMR | 1.70 | Review and revise draft appendix |
| 06/23/23 | DFK | 1.90 | Draft and revise statement of facts (1.0); review and analyze trial record in connection with same (0.6); email correspondence with team regarding appeal issues (0.3) |
| 06/23/23 | MAU | 3.30 | Revise statement of the case |
| 06/23/23 | AGS | 6.60 | Draft appellate brief statements |
| 06/23/23 | CMR | 2.20 | Review and revise draft appendix |
| 06/24/23 | DFK | 2.60 | Research and analysis regarding appeal arguments (1.1); draft and revise statement of facts (0.7); review and analyze trial record in connection with same (0.5); email correspondence with LW team regarding appeal issues (0.3) |
| 06/24/23 | MAU | 2.40 | Revise statement of the case |
| 06/26/23 | MAU | 1.50 | Revise statement of the case (0.5); review key testimony and exhibits (1.0) |
| 06/26/23 | AGS | 3.30 | Draft argument section of principal brief |
| 06/27/23 | GGG | .50 | Review and revise statement of the case |
| 06/27/23 | AGS | 5.90 | Draft argument section of principal brief |
| 06/28/23 | GGG | 1.00 | Review and revise statement of the case |
| 06/28/23 | MAU | 3.50 | Further revise statement of the case |
| 06/28/23 | AGS | 4.10 | Draft argument section of principal brief and correspond with M. Upshaw regarding same (1.7); revise statement of the case in response to G. Garre comments (2.4) |
| 06/28/23 | CMR | 1.80 | Review and revise draft appendix |
| 06/29/23 | GGG | .50 | Review and revise statement of the case |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300308944 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM&WATKINS**LLP

Invoice No. 2300308944
August 16, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/29/23 | MAU | 1.40 | Revise statement of the case (0.5); review initial draft of opening brief (0.9) |
| 06/29/23 | AGS | .40 | Review revised statement of the case |
| 06/29/23 | CMR | 3.50 | Review and revise draft appendix |
| 06/30/23 | CMR | 2.30 | Review and revise draft appendix |

**Attorney:**

| | | | | |
|------|------|------|------|------|
| G G Garre | 6.40 | Hrs. @ | $ 1,850.00/hr. | $ 11,840.00 |
| D G Brown | 13.60 | Hrs. @ | $ 1,690.00/hr. | $ 22,984.00 |
| D F Kowalski | 12.30 | Hrs. @ | $ 1,285.00/hr. | $ 15,805.50 |
| M A Upshaw | 40.40 | Hrs. @ | $ 1,250.00/hr. | $ 50,500.00 |
| A G Siemers | 61.30 | Hrs. @ | $ 830.00/hr. | $ 50,879.00 |
| | 134.00 | | | $ 152,008.50 |

**Other:**

| | | | | |
|------|------|------|------|------|
| O Baeza | 5.40 | Hrs. @ | $ 570.00/hr. | $ 3,078.00 |
| C M Rico | 27.80 | Hrs. @ | $ 550.00/hr. | $ 15,290.00 |
| | 33.20 | | | $ 18,368.00 |

**GRAND TOTAL:**        **167.20**                    **$ 170,376.50**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300308944 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7