**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
|  | : |  |
| Debtors[1]. | : | (Jointly Administered) |
|  | : |  |

**FORTY-SIXTH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF JULY 1, 2023 THROUGH JULY 31, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Brown Rudnick LLP |
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | July 1, 2023 through July 31, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $11,198.00[2] |
| **Current Fee Request** | $8,958.40 (80% of $11,198.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $0.00 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $8,958.40 |
| **Total Fees and Expenses Inclusive of Holdback** | $11,198.00 |
| **This is a(n):**  \_X\_ Monthly Application      \_\_\_Interim Application      \_\_\_Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Forty-Sixth Monthly Fee Statement (the "Fee Statement") for the period of July 1, 2023 through and including July 31, 2023 (the "Statement Period").

---

[2] Brown Rudnick excluded fees in the amount of $282.00 in respect of transient timekeepers and other voluntary reductions.

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories. As reflected in Exhibit A, Brown Rudnick incurred $11,198.00 in fees during the Statement Period. Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $8,958.40.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,870.00. The blended hourly rate of all paraprofessionals is $470.00. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $0.00 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "<u>Allocation Fees</u>"). To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application. Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

**Notice**

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  August 25, 2023                                    Respectfully submitted,

                                                                   BROWN RUDNICK LLP

/s/ *David J. Molton*
David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:     (212) 209-4800
Facsimile:      (212) 209-4801
E-mail: dmolton@brownrudnick.com
        spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

### SERVICES RENDERED BY
### BROWN RUDNICK LLP

### COMMENCING JULY 1, 2023 THROUGH JULY 31, 2023

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 0.0 | $0.00 |
| 005 Case Administration | 2.3 | $1,081.00 |
| 007 Claims Analysis | 0.0 | $0.00 |
| 008 Employment and Fee Applications | 7.6 | $3,572.00 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 0.0 | $0.00 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 0.0 | $0.00 |
| 014 Plan and Disclosure Statement | 3.5 | $6,545.00 |
| **Total** | **13.4** | **$11,198.00** |
| | | |
| 20% Fee Holdback | | **$2,239.60** |
| 80% of Fees | | **$8,958.40** |
| Plus Expenses | | **$0.00** |
| Requested Amount | | **$11,198.00** |

**EXHIBIT B**

**SERVICES RENDERED BY BROWN RUDNICK LLP**

**COMMENCING JULY 1, 2023 THROUGH JULY 31, 2023**

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983 Bankruptcy & Corporate Restructuring | $1,950 | 2.8 | $5,460.00 |
| Steven D. Pohl | Partner 1989 Bankruptcy & Corporate Restructuring | $1,550 | .7 | $1,085.00 |
| Madelyn A Soliman | Paralegal Bankruptcy & Corporate Restructuring | $470 | 9.9 | $4,653.00 |
| **Total Fees Requested** | | | **13.4** | **$11,198.00** |

# EXHIBIT C

## ACTUAL AND NECESSARY COSTS INCURRED BY
## BROWN RUDNICK LLP

### COMMENCING JULY 1, 2023 THROUGH JULY 31, 2023

| EXPENSE | AMOUNT |
|---|---:|
| Copies | $0.00 |
| **Total Expenses** | **$0.00** |

# EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoice)**

65113761 v1

**brownrudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES  
ATTN: DAVID MOLTON  
BROWN RUDNICK  
7 TIMES SQUARE  
NEW YORK, NY 10036

Invoice 6964004  
Date Aug 9, 2023  
Client 035843

RE: PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES

## INVOICE

For professional services rendered in connection with the above captioned matter through July 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 1,081.00 | 0.00 | 1,081.00 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 3,572.00 | 0.00 | 3,572.00 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 6,545.00 | 0.00 | 6,545.00 |
|  | **Total** | **11,198.00** | **0.00** | **11,198.00** |

| | |
|---|---|
| Total Current Fees | $11,198.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$11,198.00** |

**brownrudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6964004 |
| Date | Aug 9, 2023 |
| Client | 035843 |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter through July 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 1,081.00 | 0.00 | 1,081.00 |
| | **Total** | **1,081.00** | **0.00** | **1,081.00** |

| | |
|---|---:|
| Total Current Fees | $1,081.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,081.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES  Invoice 6964004
August 9, 2023                                                  Page 3

RE: CASE ADMINISTRATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 07/05/23 | SOLIMAN | REVIEW DOCKET FOR PERTINENT DATES RELATING TO INTERIM FEE APPLICATION | 0.20 | 94.00 |
| 07/12/23 | SOLIMAN | REVIEW DOCKET FOR PERTINENT DATES | 0.30 | 141.00 |
| 07/13/23 | SOLIMAN | REVIEW DOCKET FOR ANY PERTINENT UPCOMING DATES | 0.30 | 141.00 |
| 07/17/23 | SOLIMAN | REVIEW DOCKET FOR UPCOMING PERTINENT HEARING DATES | 0.30 | 141.00 |
| 07/19/23 | SOLIMAN | REGISTER TEAM FOR INTERIM APPLICATION HEARING (.2); COMMUNICATION RE REGISTRATION AND CREDENTIALS FOR COURT HEARING (.4); REVIEW DOCKET (.1) | 0.70 | 329.00 |
| 07/28/23 | SOLIMAN | REVIEW DOCKET | 0.20 | 94.00 |
| 07/31/23 | SOLIMAN | REVIEW DOCKET FOR UPCOMING PERTINENT DATES | 0.30 | 141.00 |
| | **Total Hours and Fees** | | **2.30** | **1,081.00** |

## TIME SUMMARY

| Professional | Hours | Rate | Value |
|---|---|---|---|
| MADELYN A. SOLIMAN | 2.30  hours at | 470.00 | 1,081.00 |
| **Total Fees** | | | **1,081.00** |

**brownrudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

Invoice    6964004
Date    Aug 9, 2023
Client    035843

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through July 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 3,572.00 | 0.00 | 3,572.00 |
| | **Total** | **3,572.00** | **0.00** | **3,572.00** |

| | |
|---|---|
| Total Current Fees | $3,572.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,572.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES  Invoice 6964004
August 9, 2023                                                                                    Page 5

RE: EMPLOYMENT AND FEE APPLICATIONS

### TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 07/06/23 | SOLIMAN | PREPARE 44TH MONTHLY FEE STATEMENT (1.2); EMAIL TO FEE EXAMINER (.1) | 1.30 | 611.00 |
| 07/10/23 | SOLIMAN | COMPILE FEE STATEMENT AND INVOICES (.4); SEND TO COUNSEL FOR CLIENT REVIEW (.1) | 0.50 | 235.00 |
| 07/13/23 | SOLIMAN | SET UP 45TH MONTHLY FEE STATEMENT | 0.50 | 235.00 |
| 07/14/23 | SOLIMAN | COMPILE 44TH MONTHLY FEE STATEMENT IN PREPARATION FOR FILING (.2); SEND EMAIL TO TEAM FOR CONFIRMATION TO FILE (.2); WORK ON 45TH MONTHLY FEE STATEMENT (1.8) | 2.20 | 1,034.00 |
| 07/15/23 | SOLIMAN | FILE 44TH MONHTLY FEE STATEMENT (.5); CIRCULATE TO TEAM (.2) | 0.70 | 329.00 |
| 07/19/23 | SOLIMAN | REVIEW INTERIM APPLICATION FEES (.3); EMAIL TO KRAMER CONFIRMING AMOUNTS (.2); EDITS TO FEE 45TH STATEMENT (.2) | 0.70 | 329.00 |
| 07/20/23 | SOLIMAN | CIRCULATE 45TH FEE STATEMENT TO TEAM (.2); EDITS TO FEE STATEMENT (.5) | 0.70 | 329.00 |
| 07/21/23 | SOLIMAN | FINAL EDITS TO FEE STATEMENT (.2); COMPILE FEE STATEMENT AND NECESSARY DOCUMENTATION (.2); CIRCULATE SAME TO CLIENT FOR REVIEW (.2) | 0.60 | 282.00 |
| 07/25/23 | SOLIMAN | REVIEW DOCKET | 0.30 | 141.00 |
| 07/26/23 | SOLIMAN | FOLLOW UP WITH 45TH MONTHLY FEE STATEMENT CIRCULATION TO CLIENTS | 0.10 | 47.00 |
| **Total Hours and Fees** | | | **7.60** | **3,572.00** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| MADELYN A. SOLIMAN | 7.60 | hours at | 470.00 | 3,572.00 |
| **Total Fees** | | | | **3,572.00** |

**brownrudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

Invoice     6964004
Date        Aug 9, 2023
Client      035843

RE: PLAN AND DISCLOSURE STATEMENT

# INVOICE

For professional services rendered in connection with the above captioned matter through July 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 6,545.00 | 0.00 | 6,545.00 |
| | **Total** | **6,545.00** | **0.00** | **6,545.00** |

| | |
|---|---|
| Total Current Fees | $6,545.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$6,545.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES  
August 9, 2023

Invoice 6964004  
Page 7

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 07/11/23 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY WORKING GROUP CALL | 0.80 | 1,560.00 |
| 07/12/23 | POHL | REVIEW APPEALS MEMO | 0.20 | 310.00 |
| 07/13/23 | MOLTON | REVIEW STATUS OF DOJ PROGRESS RE CERT PETITION AND KL NOTE RE SCENARIOS | 0.90 | 1,755.00 |
| 07/18/23 | MOLTON | PARTICIPATE IN WEEKLY WORKING GROUP STATUS CALL | 0.60 | 1,170.00 |
| 07/25/23 | POHL | REVIEW APPEAL RULING (ON STAY) AND RELATED CASE UPDATES | 0.50 | 775.00 |
| 07/25/23 | MOLTON | PARTICIPATE IN WORKING GROUP CHECK-IN CALL | 0.50 | 975.00 |
| | **Total Hours and Fees** | | **3.50** | **6,545.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 0.70 | hours at | 1,550.00 | 1,085.00 |
| DAVID J. MOLTON | 2.80 | hours at | 1,950.00 | 5,460.00 |
| **Total Fees** | | | | **6,545.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*  
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*  
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES<br>ATTN: DAVID MOLTON<br>BROWN RUDNICK<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | Invoice<br>Date<br>Client | 6964004<br>Aug 9, 2023<br>035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES

# Remittance

**Balance Due: $11,198.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number: 021000021
SWIFT Code: CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 760367067

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200