United States Bankruptcy Court
Southern District of New York

FILED
U.S. BANKRUPTCY COURT
2023 AUG 28 P 2:39
S.D. OF N.Y.

In re
Purdue Pharma L.P., - et al.
        Debtor

Chapter 11
Case No. 19-23649 (RDD)
(Jointly Administered)

## Motion for Status

Comes now Movant Emanuel Thirkill, pro se, request the order of the Court for the current status of Movant's claim. Movant does not know the claim number, however, docket number 3959 records that claim was accepted as timely. Movant request the claim number and status of the claim and when a settlement payment may be forthcoming.

Issued in good faith, well an truly made with clean hands.

Done this 21st day of August, 2023.

Without Prejudice,
By: [signature]

Emanuel Thirkill
PO Box 33 (F-2)
Terre Haute, IN 47808