Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**THIRTY-NINTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | July 1, 2023 through July 31, 2023 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| **This is a(n):**   _X_ Monthly Application_____Interim Application_____Final Application |
| --- |

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("B&K"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Thirty-Ninth Monthly Statement of Services Rendered and Expenses Incurred for the Period from July 1, 2023 through July 31, 2023* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.     Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from July 1, 2023 through and including July 31, 2023, is referred to herein as the "**Fee Period**".

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

### Notice

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: August 31, 2023

**BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*

Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

## <u>Exhibit A</u>

**Project Categories**

| Project Category | Total Hours |
|---|---:|
| Fee/Employment Applications- Retained Professionals | 92.80 |
| B110 – Case Administration | 4.50 |
| BK/Fee Examiner- Retention and Fee Applications | 1.90 |
| **Total** | **99.20** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $400.00 | 28.50 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $400.00 | 44.10 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 11.80 |
| Samantha Zekoff | Paraprofessional; joined B&K in 2023 | $200.00 | 3.50 |
| Brooke Hoffmann | Paraprofessional; joined B&K in 2022 | $150.00 | 9.30 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 2.00 |

**<u>Exhibit C</u>**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for July 2023 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1468
**DATE** 07/31/2023
**DUE DATE** 07/31/2023
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - June 2023 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**                **$24,250.00**

**<u>Exhibit D</u>**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

August 28, 2023

Purdue Pharma, L.P.

**Invoice Number: 2804**
Invoice Period: 07-01-2023 - 07-31-2023

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-01-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Arnold & Porter's response to Fee Examiner's Interim Report | | | |
| 07-01-2023 | Samantha Zekoff | B145 - Fee/Employment Applications - Retained Professionals | 0.60 | 200.00 | 120.00 |
| | | 6/26 review Caplin's seventh interim data | | | |
| 07-01-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 2.50 | 350.00 | 875.00 |
| | | Review Reed Smith Interim Fee Application; prepare report | | | |
| 07-02-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Prepare KCC interim report letter | | | |
| 07-02-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Email correspondence re: data analyses published to the dashboard and outstanding; Email correspondence with M. Giddens re: Davis Polk's outstanding data; Receipt of Kramer Levin's January data; Receipt of King & Spalding's Forty-Fifth Monthly Fee Statement and corresponding data file; Receipt of Kleinberg Kaplan's Sixteenth Monthly Fee Statement; Receipt of Davis Polk's Forty_Fifth Monthly Fee Statement; Email correspondence with J. Chi and S. Zekoff re: Otterbourg data; Email correspondence with B. Hoffman and J. Chi re: Davis Polk data anlysis | | | |
| 07-03-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to response to interim report by Arnold Porter and emails re: same | | | |
| 07-03-2023 | Brooke Hoffmann | B110 - Case Administration | 0.20 | 150.00 | 30.00 |
| | | Pull February fee statement for Reed Smith and cite entries flagged during review | | | |
| 07-03-2023 | Brooke Hoffmann | B110 - Case Administration | 0.40 | 150.00 | 60.00 |
| | | Prepare eleventh interim fee examiner report and format corresponding spreadsheets | | | |
| 07-03-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Prepare interim report letter for AlixPartners | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-03-2023 | Samantha Zekoff | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 200.00 | 80.00 |
| | | Complete Caplin's seventh interim data review | | | |
| 07-03-2023 | Samantha Zekoff | B145 - Fee/Employment Applications - Retained Professionals | 0.70 | 200.00 | 140.00 |
| | | Begin review of Caplin's sixth interim data | | | |
| 07-03-2023 | Samantha Zekoff | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 200.00 | 40.00 |
| | | Begin review of eleventh interim data | | | |
| 07-03-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 225.00 | 45.00 |
| | | Review and revision of Dechert's 11th interim review report; Review and revision of FTI's review report | | | |
| 07-03-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Review and revision of Cole Schotz's 11th interim review report | | | |
| 07-03-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Review and revision of Akin Gump's 11th interim review report | | | |
| 07-03-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Review and revision of Jones Day's 11th interim review report | | | |
| 07-03-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Review and revision of Brown Rudnick's 11th interim review report; Review and revision of Province's 11th interim review report; Review and revision of Houlihan Lokey's 10th interim review report | | | |
| 07-03-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Review of Assignments Log and preparation of status report to Fee Examiner | | | |
| 07-04-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Correspondence with ream re Reed Smith Interim Fee Application, interim report and redacted time entries | | | |
| 07-04-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Attention various interim fee app reviews | | | |
| 07-05-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review KCC interim report letter and send out same | | | |
| 07-05-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review AlixPartners interim report letter and send out same | | | |
| 07-05-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review Reed Smith interim fee analysis and draft interim report letter | | | |
| 07-05-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review Akin Gump interim fee analysis and prepare interim report letter | | | |
| 07-05-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Dechert interim fee analysis and prepare interim report letter | | | |
| 07-05-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Houlihan interim fee analysis and interim fee app | | | |
| 07-05-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Province interim fee app and analysis | | | |
| 07-05-2023 | Brooke Hoffmann | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 150.00 | 30.00 |
| | | Prepare draft eleventh interim report for Akin Gump and format corresponding spreadsheet | | | |
| 07-05-2023 | Brooke Hoffmann | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 150.00 | 30.00 |
| | | Prepare draft fee examiner report and corresponding spreadsheet for tenth interim | | | |
| 07-05-2023 | Brooke Hoffmann | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 150.00 | 45.00 |
| | | prepare 11th interim fee examiner report draft and format spreadsheets | | | |
| 07-05-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Cole Schotz interim fee app analysis and prepare interim report | | | |
| 07-05-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to/from Fee Examiner and KCC; coordinate same in tracking software | | | |
| 07-05-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review correspondence to/from Fee Examiner and Alix Partners; coordinate same in tracking software | | | |
| 07-05-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence to/from Fee Examiner and Arnold & Porter; coordinate same in tracking software | | | |
| 07-05-2023 | Brooke Hoffmann | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 150.00 | 45.00 |
| | | Prepare first draft of fee examiner report and corresponding spreadsheet for Province inc. | | | |
| 07-05-2023 | Brooke Hoffmann | B110 - Case Administration | 0.40 | 150.00 | 60.00 |
| | | prepare draft fee examiner report and spreadsheets for FTI | | | |
| 07-05-2023 | Brooke Hoffmann | B145 - Fee/Employment Applications - Retained Professionals | 1.30 | 150.00 | 195.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Work on Davis Polk review report | | | |
| 07-06-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Prepare and send out Cole Schotz interim report letter | | | |
| 07-06-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Prepare and send out Dechert interim report letter | | | |
| 07-06-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Prepare and send out Province interim report letter | | | |
| 07-06-2023 | Brooke Hoffmann | B145 - Fee/Employment Applications - Retained Professionals | 0.10 | 150.00 | 15.00 |
| | | Draft fee examiner report for Brown Rudnick | | | |
| 07-06-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Brown Rudnick interim fee app and analysis and prepare letter | | | |
| 07-06-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review status of 11th interim fee app review and remaining to do items | | | |
| 07-06-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Continued review of interim fee app and preparing of interim report letter for Akin Gump | | | |
| 07-06-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence from DPW with respect to fee data | | | |
| 07-06-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to/from Fee Examiner and Cole Shotz; coordinate same in tracking software | | | |
| 07-06-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to/from Fee Examiner and Dechert; coordinate same in tracking software | | | |
| 07-06-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to/from Fee Examiner and Province; coordinate same in tracking software | | | |
| 07-06-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to/from Fee Examiner and FTI; coordinate same in tracking software | | | |
| 07-06-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence to/from Fee Examiner and Brown Rudnick; coordinate same in tracking software | | | |
| 07-06-2023 | Brooke Hoffmann | B145 - Fee/Employment Applications - Retained | 1.30 | 150.00 | 195.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Complete review for Davis Polk 11th interim | | | |
| 07-07-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Final review and edits of Akin Gump interim report letter and send out same | | | |
| 07-07-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review current status on interim fee review and to do list on remaining reviews | | | |
| 07-07-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review and log FTI's fee reductions | | | |
| 07-07-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review and log Akin fee reductions | | | |
| 07-08-2023 | Samantha Zekoff | B145 - Fee/Employment Applications - Retained Professionals | 0.80 | 200.00 | 160.00 |
| | | Preparation of Caplin's sixth interim report_Doc 5729 | | | |
| 07-08-2023 | Samantha Zekoff | B145 - Fee/Employment Applications - Retained Professionals | 0.80 | 200.00 | 160.00 |
| | | Preparation of Caplin's seventh interim report_Doc 5730 | | | |
| 07-09-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Review and revision of Caplin's 6th and 7th month reports | | | |
| 07-09-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 1.20 | 225.00 | 270.00 |
| | | Review and revision of Davis Polk's Eleventh Interim Review Report | | | |
| 07-09-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Correspondence with S. Zekoff and J. Chi re: Otterbourg's outstanding analyses; Correspondence with I. Bielli re: Skadden review | | | |
| 07-09-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 2.70 | 225.00 | 607.50 |
| | | Review of Skadden's 11th interim data | | | |
| 07-09-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 1.50 | 225.00 | 337.50 |
| | | Preparation of Review Report for Skadden's 11th interim fee application | | | |
| 07-09-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.90 | 225.00 | 202.50 |
| | | Review of Latham Watkins' 3rd interim data and preparation of review report | | | |
| 07-09-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Review of Otterbourg's 11th interim data and preparation of the review report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-09-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |

Email correspondence with Fee Examiner re: completed review reports and status update; Email correspondence with Fee Examiner re: Reed Smith unredacted time records; Correspondence with I. Bielli re: Kramer Levin review; correspondence with S. Zekoff re: Otterbourg review

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-09-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |

Receipt of Kleinberg Kaplin's 16th month data; Receipt of Jones Day's Forty-Third Monthly Fee Statement and corresponding data; Receipt of Davis Polk's Forty-Fifth Month data; Receipt of PJT Partners' Fortieth Monthly Fee Statement

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-09-2023 | Isabel Bielli | B145 - Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |

Draft Kramer Levin Review report

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-09-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |

Review interim reports

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-09-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |

Review interim reports

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-10-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |

Review interim fee app analysis for two Caplin interim fee apps and prepare reports

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-10-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |

Attend to Davis Polk interim fee analysis and report and prepare of same

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-10-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |

Discuss status of interim fee review with BK team

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-10-2023 | Brooke Hoffmann | B110 - Case Administration | 0.30 | 150.00 | 45.00 |

Prepare sixth interim fee report and corresponding spreadsheets for Caplin

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-10-2023 | Brooke Hoffmann | B110 - Case Administration | 0.30 | 150.00 | 45.00 |

Prepare fee examiner report and spreadsheets for Caplin's seventh interim fee application

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-10-2023 | Brooke Hoffmann | B110 - Case Administration | 0.40 | 150.00 | 60.00 |

Prepare 11th interim report and corresponding spreadsheets for Davis Polk

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-10-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

Correspond with E&Y with respect to response expectations

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-10-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |

Review Kleinberg Kaplan interim fee app and analysis

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-11-2023 | David Klauder | B145 - Fee/Employment Applications - Retained | 0.40 | 375.00 | 150.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals | | | |
| | | Final review of interim reports for 6th and 7th interim fee apps of Caplin Drysdale and send out same | | | |
| 07-11-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to Reed Smith Fee Examiner Report; circulation of same | | | |
| 07-11-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review final fee examiner review of Caplin Drysdale; input same into tracking software | | | |
| 07-11-2023 | Brooke Hoffmann | B110 - Case Administration | 0.30 | 150.00 | 45.00 |
| | | Prepare fourth interim fee examiner report for Kleinberg and corresponding spreadsheet | | | |
| 07-11-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Final review and editing of Davis Polk interim report letter and send out same | | | |
| 07-11-2023 | Brooke Hoffmann | B110 - Case Administration | 0.80 | 150.00 | 120.00 |
| | | Prepare charts for fee examiner report for Reed Smith | | | |
| 07-11-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Reed Smith interim report for 3rd interim fee app and coordinate sending | | | |
| 07-11-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Draft interim report letter for Kleinberg Kaplan | | | |
| 07-11-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review Kleinberg Kaplan Fee Application and Fee Examiner's Report | | | |
| 07-11-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Grant Thorton's Response to Fee Examiner's report; correspond with FE regarding same | | | |
| 07-11-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review final fee examiner review of David Polk; input same into tracking software | | | |
| 07-11-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to Kleinberg Kaplan's Fee Application | | | |
| 07-12-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review response by Grant Thornton to interim report and emails re: same | | | |
| 07-12-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Edit Kleinberg Kaplan interim report and discuss with T. Bielli | | | |
| 07-13-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Discuss interim fee review status with T. Bielli | | | |
| 07-13-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Final review of Kleinberg Kaplan interim report letter and send out same | | | |
| 07-13-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Akin Gump response to interim report letter and emails re: same | | | |
| 07-13-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Initial review of responses to interim reports from various professionals | | | |
| 07-13-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review interim fee app and reviewing analysis on Latham Watkins interim fee app | | | |
| 07-13-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review open professional reports that need completion; correspond with team regarding same | | | |
| 07-13-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Conference with Fee Examiner regarding Kleinberg Kaplan; review correspondence to professional regarding reduction; input same into tracking software | | | |
| 07-13-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review response from Akin; correspond with Fee Examiner regarding same | | | |
| 07-13-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | input data into tracking software with respect to Akin settlement | | | |
| 07-13-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with Kleinberg with respect to fee examiner's report | | | |
| 07-13-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 1.30 | 350.00 | 455.00 |
| | | Review Otterbourg's Fee Application; review preliminary report; correspond with Fee Examiner regarding same | | | |
| 07-13-2023 | Brooke Hoffmann | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 150.00 | 60.00 |
| | | Prepare interim letter and corresponding spreadsheets for Latham & Watkins | | | |
| 07-13-2023 | Brooke Hoffmann | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 150.00 | 60.00 |
| | | Prepare interim draft report letters for Skadden, PJT, Kramer Levin and Jones Day | | | |
| 07-14-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Final review of Latham interim fee and report and send out same | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-14-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Latham Watkins Fee Examiner Report; and input same into tracking software | | | |
| 07-14-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to fee review, various emails re: same | | | |
| 07-14-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Correspond with DPW with respect to Fee Examiner's report; review report regarding same | | | |
| 07-14-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with Latham & Watkins with respect to Fee Examiner's report; review report regarding same | | | |
| 07-16-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Caplin Drysdale response to interim report and emails re: same | | | |
| 07-16-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review AlixPartners response to interim report and emails re: same | | | |
| 07-16-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to Jones Day 11th Fee Report | | | |
| 07-16-2023 | Isabel Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Work on jones day review report | | | |
| 07-16-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 3.50 | 350.00 | 1,225.00 |
| | | Attention Skadden preliminary report | | | |
| 07-16-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Attention to PJT's Fee Application; correspond with Fee Examiner regarding same | | | |
| 07-16-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Attention to Jones Day Fee Application; correspond with Fee Review Team regarding same | | | |
| 07-16-2023 | Brooke Hoffmann | B110 - Case Administration | 0.50 | 150.00 | 75.00 |
| | | Prep charts and spreadsheets for fee examiner letter for Skadden | | | |
| 07-16-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Attention to KRamer Levin Fee Application; correspond with Fee Review Team regarding same | | | |
| 07-16-2023 | Brooke Hoffmann | B110 - Case Administration | 0.20 | 150.00 | 30.00 |
| | | prepare spreadsheet and charts for Kramer Levin's report | | | |
| 07-16-2023 | David Klauder | B145 - Fee/Employment Applications - Retained | 0.80 | 375.00 | 300.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Attention to various fee reviews including review of interim report letters and discussions with BK team re: same | | | |
| 07-17-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review response from Gilbert to interim report and respond accordingly | | | |
| 07-17-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review response from Reed Smith to interim report, discuss with Bk team and respond accordingly | | | |
| 07-17-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 1.20 | 375.00 | 450.00 |
| | | Attention to various interim reports, including Skadden, Kramer Levin, Jones Day and send out same | | | |
| 07-17-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Draft and send various emails to professionals with no fee issues | | | |
| 07-17-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Call with Davis Polk to discuss interim report issues | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review, revise and edit Fee Examiner's report with respect to Skadden | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review, revise and edit Fee Examiner's report with respect to Kramer Levin | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review, revise and edit Fee Examiner's report with respect to Jones Day | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Gilbert's response | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Prepare for an participate in conference call with Kleinberg Kaplan regarding Fee Examiner's report | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Prepare for an participate in conference call with Latham Watkins regarding Fee Examiner's report | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review response to/from Alix and Fee Examiner regarding report | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response to/from Gilbert to Fee  Examiner's regarding resolution | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response to/from PJT to Fee  Examiner's regarding findings | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response to/from Otterbourg to Fee  Examiner's regarding findings | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response to/from Jefferies to Fee  Examiner's regarding findings | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response to/from Houlihan Lokey Capital to Fee  Examiner's regarding findings | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response to/from Reed Smith to Fee  Examiner's regarding findings | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Fee  Examiner's report regarding Kramer Levin and input same in tracking software | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Fee  Examiner's report regarding Reed Smith's response and Fee Examiners follow up | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review Fee  Examiner's report regarding Jones Day and input same in tracking software | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review Fee  Examiner's report regarding Skadden Arps and input same in tracking software | | | |
| 07-17-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Kleinberg Kaplan interim review including phone call with them and discussions with BK team | | | |
| 07-17-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to Latham & Watkins interim review including phone call with them and discussions with BK team | | | |
| 07-17-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review respond to E&Y's response to Fee Examiners' Report | | | |
| 07-17-2023 | David Klauder | B130 - Asset Disposition | 0.20 | 375.00 | 75.00 |
| | | Review email from Davis Polk on interim report issues and respond accordingly | | | |
| 07-17-2023 | David Klauder | B130 - Asset Disposition | 0.20 | 375.00 | 75.00 |
| | | Review email from E&Y on interim report issues and respond accordingly | | | |
| 07-17-2023 | Brooke Hoffmann | B110 - Case Administration | 0.10 | 150.00 | 15.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Download and circulate Agenda for Fee Hearing | | | |
| 07-18-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review flagged time for Latham & Watkins and emails with them re: same | | | |
| 07-18-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss current status of interim fee review with BK team | | | |
| 07-18-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Kramer levin response to interim report and emails re: same | | | |
| 07-18-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to tracking spreadsheet for interim fee review | | | |
| 07-18-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to DPW's resolution of the Fee Examiner's report | | | |
| 07-18-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to LW's resolution of the Fee Examiner's report | | | |
| 07-18-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to AlixPartners' resolution of the Fee Examiner's report | | | |
| 07-18-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to Kramer Levin's resolution of the Fee Examiner's report | | | |
| 07-18-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to CapDale's resolution of the Fee Examiner's report | | | |
| 07-18-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review correspondence from Jones Day in response to FE's report | | | |
| 07-18-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to Fee Order | | | |
| 07-18-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Kleinberg response to interim report and discuss with T. Bielli | | | |
| 07-19-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review response to interim report by Jones Day and emails re: same | | | |
| 07-19-2023 | David Klauder | B145 - Fee/Employment Applications - Retained | 1.00 | 375.00 | 375.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Attention to Kleinberg Kaplan interim fee app including review of time records, discuss with T. Bielli and draft response to letter | | | |
| 07-19-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review response by Skadden to interim report and emails re: same | | | |
| 07-19-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Emails/calls with debtors' counsel re: interim fee review status and outstanding issues | | | |
| 07-19-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Confer with Fee Examiner with respect to Kleinberg Response to Fee Examiner's report; respond to Kleinberg regarding same | | | |
| 07-19-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Kleinberg's Fee Statement | | | |
| 07-19-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Skadden's response to Fee Examiners Report | | | |
| 07-19-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Jones Day's response to Fee Examiners Report | | | |
| 07-19-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Correspond with Debtors' counsel regarding Fee Examiner's Report | | | |
| 07-19-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Draft information exhibit to order | | | |
| 07-19-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Prep for interim fee hearing, discuss with T. Bielli | | | |
| 07-20-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review omnibus fee order | | | |
| 07-20-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Prep for interim fee hearing | | | |
| 07-20-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Attend interim fee hearing | | | |
| 07-20-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Prepare for hearing on Interim Fee App | | | |
| 07-20-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Hearing on Interim Fee App | | | |
| 07-24-2023 | Brooke Hoffmann | B155 - BK/Fee Examiner - Retention and Fee Applications | 0.40 | 150.00 | 60.00 |
| | | Prepare June monthly fee statement | | | |
| 07-24-2023 | Thomas Bielli | B155 - BK/Fee Examiner - Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
| | | Review, revise and edit June Monthly Fee Statement | | | |
| 07-25-2023 | Brooke Hoffmann | B110 - Case Administration | 0.20 | 150.00 | 30.00 |
| | | Prep June fee statement for filing | | | |
| 07-25-2023 | David Klauder | B155 - BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Attention to June monthly fee statement including review and approval of same | | | |
| 07-25-2023 | Brooke Hoffmann | B155 - BK/Fee Examiner - Retention and Fee Applications | 0.30 | 150.00 | 45.00 |
| | | File June monthly fee statement | | | |
| 07-25-2023 | Thomas Bielli | [ALL] BK Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
| | | Final Fee App review | | | |
| 07-26-2023 | David Klauder | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Kleinberg monthly fee app | | | |
| 07-30-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of Grant Thornton's Twenty-First Monthly Fee Statement; Email correspondence from J. Chi re: published data; Receipt of data from PJT's 40th month billing; Receipt of Alix Partners' Forty-Fifth Monthly Fee Statement; Receipt of Gilbert's Forty-Fourth Monthly Fee Statement and corresponding data; Receipt of FTI's Forty-Fourth Monthly Fee Statement and corresponding data file; Receipt of Kramer Levin's Forty-Fourth Monthly Fee Statement; Receipt of Brown Rudnick's Forty-Fourth Monthly Fee Statement; Receipt of Kleinberg's Seventeenth Monthly Fee Statement; Receipt of King & Spalding's Forty-Sixth Monthly Fee Statement and corresponding data; Receipt of Reed Smith's Fifteenth Monthly Fee Statement and corresponding data; | | | |
| 07-30-2023 | Tracey Nobis | B145 - Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Receipt and review of Interim Compensation Order; Receipt of Kleinberg Kaplan's 17th month data | | | |
| 07-31-2023 | Thomas Bielli | B145 - Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Attention to LD's fees and statements | | | |