Kami E. Quinn
Gilbert LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gilbertlegal.com

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re:* | : | |
| | : | |
| | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | |
| | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**FORTY-SIXTH MONTHLY FEE STATEMENT OF GILBERT LLP,**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL TO THE AD HOC**
**COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION**
**CLAIMANTS FOR THE PERIOD JULY 1, 2023 THROUGH JULY 31, 2023**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | **Gilbert LLP** |
| **Authorized to provide professional services to:** | **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants** |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | **December 2, 2019 (Docket #553)** |
| **Period for which compensation and reimbursement is sought:** | **July 1, 2023 through July 31, 2023** |
| **Amount of compensation sought as actual, reasonable, and necessary:** | **$132,332.00 (80% of $165,415.00)** |
| **Amount of expense reimbursement sought as actual, reasonable and necessary:** | **$877.75 (100%)** |
| **This is a:** | **Monthly Fee Statement** |

Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* entered by this Court on December 2, 2019 [Docket #553] (the "**Reimbursement Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket #529] (the "**Procedures Order**"), the law firm of Gilbert LLP ("**Gilbert LLP**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**AHC**"), hereby submits this forty-sixth monthly fee statement (the "**Monthly Fee Statement**") for legal services rendered and reimbursement for expenses incurred for the period commencing July 1, 2023 through July 31, 2023 (the "**Application Period**").

**Itemization of Services Rendered and Expenses Incurred**

1.    Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Application Period by project category.  As reflected on Exhibit A, Gilbert LLP incurred $165,415.00 in fees during the

Application Period.  Pursuant to this Monthly Fee Statement, Gilbert LLP seeks reimbursement of 80% of such fees, totaling $132,332.00.

2.        Annexed hereto as **Exhibit B** is a chart of Gilbert LLP's professionals and paraprofessionals, including title, hourly rate, number of hours billed, and total fees of each attorney and paraprofessional who rendered services to the AHC in connection with these chapter 11 proceedings during the Application Period.  The blended hourly rate of the attorneys during the Application Period is $1,290.29.

3.        Annexed hereto as **Exhibit C** is the summary of reasonable and necessary expenses incurred during the Application Period.  As reflected on Exhibit C, Gilbert LLP incurred $877.75 in expenses during the Application Period.  Pursuant to this Monthly Fee Statement, Gilbert LLP seeks reimbursement of 100% of such expenses, totaling $877.75.

4.        Annexed hereto as **Exhibit D** are the time records of Gilbert LLP for the Application Period, organized by project category with a daily log detailing the time spent by each professional and an itemization of expenses.

## FILING AND SERVICE

5.        This Monthly Fee Statement will be filed and served in accordance with the directives in the Procedures Order.

6.        Pursuant to the Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Monthly Fee Statement, serve via email, to the Notice Parties (as defined in the Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue.

7.        If an objection is timely served pursuant to the Procedures Order, the Debtors shall be authorized and directed to pay Gilbert LLP the amount equal to 80% of the fees and 100% of

the expenses that are not subject to an objection.  Any objection must set forth the precise nature of

the objection and the amount at issue.  It shall not be sufficient to simply object to all fees and

expenses.

WHEREFORE, Gilbert LLP respectfully requests compensation in the amount of

$132,332.00 (80% of $165,415.00) and reimbursement of reasonable and necessary expenses

incurred in the amount of $877.75 (100%), for a total amount of $133,209.75 for the Application

Period.

Dated:  September 1, 2023                          Respectfully submitted,
        Washington, DC

                                                   **GILBERT LLP**


                                                   */s/ Kami E. Quinn*
                                                   Kami E. Quinn
                                                   700 Pennsylvania Avenue, SE
                                                   Suite 400
                                                   Washington, DC 20003
                                                   Tele: 202.772.2200
                                                   Fax: 202.772.3333
                                                   Email: quinnk@gilbertlegal.com

                                                   *Counsel for the Ad Hoc Committee of*
                                                   *Governmental and Other Contingent*
                                                   *Litigation Claimants.*

**<u>Exhibit A</u>**

**<u>Summary of Services by Category</u>**

### SUMMARY OF SERVICES BY PROJECT CATEGORY

| Project Code | Project Category | Hours Billed in Period | Fees for Period |
|---|---|---|---|
| A008 | Hearings | 1.8 | $2,655.00 |
| A009 | Meetings / Communications with AHC & Creditors | 2.5 | $4,875.00 |
| A020 | Insurance Adversary Proceeding | 123.9 | $157,885.00 |
| | | **128.2** | **$165,415.00** |

**Exhibit B**

**Summary of Compensation by Professional**

| Name of Professional | Position / Year Admitted Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Scott D. Gilbert | Special Counsel / District of Columbia - 1979<br>U.S. Court of Appeals for the District of Columbia – 1980<br>U.S. Court of International Trade - 1984<br>U.S. Supreme Court - 1987<br>U.S. District Court for the District of Columbia – 2008<br>Cherokee Nation - 2017<br>U.S. Court of Federal Claims – 2019 | $1,950 | 4.9 | $9,555.00 |
| Richard Shore | Partner / State of New York – 1988<br>District of Columbia – 1989<br>U.S. Court of Appeals for the Third Circuit – 2009<br>U.S. Court of Appeals for the Fourth Circuit – 2014<br>U.S. Court of Appeals for the Ninth Circuit – 2014<br>U.S. Court of Appeals for the Fifth Circuit – 2017<br>Cherokee Nation – 2017 | $1,600 | 42.5 | $68,000.00 |
| Richard Leveridge | Partner / State of New York – 1997<br>District of Columbia – 1981<br>U.S. Court of Appeals for the District of Columbia – 1981<br>U.S. District Court for the District of Columbia – 1982<br>U.S. Supreme Court - 1986<br>U.S. Court of Appeals for the Fourth Circuit - 1988<br>U.S. District Court for the E. D. of New York – 1988<br>U.S. District Court for the S. D. of New York - 1998<br>U.S. District Court for the District of Maryland – 2000<br>U.S. Court of Appeals for the Second Circuit - 2020 | $1,600 | 20.0 | $32,000.00 |
| Jason Rubinstein | Partner / State of Maryland – 2006<br>District of Columbia – 2007<br>U.S. District Court for the District of Maryland – 2007<br>U.S. District Court for the District of Columbia – 2011 | $1,000 | 34.8 | $34,800.00 |
| Jon Dougherty | Of Counsel / State of New York – 2014<br>U.S. District Court for the S. D. of New York – 2014<br>District of Columbia – 2016<br>U.S. District Court for District of Wisconsin – 2017<br>U.S. Bankruptcy Court for the S. D. of New York – 2022 | $825 | 22.1 | $18,232.50 |
| Alison Gaske | Associate / District of Columbia – 2016 | $725 | 2.4 | $1,740.00 |
| Sarah Sraders | Associate / State of New York – 2016<br>District of Columbia - 2017 | $725 | 1.5 | $1,087.50 |
| | **Totals** | | **128.2** | **$165,415.00** |
| | **Attorney Blended Rate** | **$1,209.29** | | |

**Exhibit C**

**Summary of Expenses Incurred**

## SUMMARY OF EXPENSES INCURRED

| DESCRIPTION | Total Expenses for Period |
|---|---|
| Contracted Professional Fees – Cobra Legal Solutions | $877.75 |
| **Total** | **$877.75** |

**Exhibit D**

**Time and Expense Detail**

# GILBERT LLP

700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

August 14, 2023

Ad Hoc Committee
c/o Marshall S. Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

Invoice Number:    11331106
Client Number:           1599
Tax ID:          52-2283869

---

**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2023**

**Re:   Ad Hoc Committee (Purdue)**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Purdue Bankruptcy | 165,415.00 | 877.75 | 166,292.75 |
| **Total** | **165,415.00** | **877.75** | **166,292.75** |

|  |  |
|---|---|
| TOTAL FEES | $ 165,415.00 |
| TOTAL EXPENSES | $ 877.75 |
| **TOTAL FEES AND EXPENSES** | **$ 166,292.75** |



**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2023**

**Purdue Bankruptcy**

### A008:  Hearings

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 7/20/23 | Attend omnibus hearing. | .90 | 1,755.00 |
| Rubinstein, J. | 7/20/23 | Attend omnibus hearing. | .90 | 900.00 |
| | | **Project Total:** | **1.80** | **$ 2,655.00** |

### A009:  Meetings / Communications with AHC & Creditors

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 7/06/23 | Confer with AHC working group re strategy. | .50 | 975.00 |
| Gilbert, S. | 7/11/23 | Confer with AHC working group re strategy. | .50 | 975.00 |
| Gilbert, S. | 7/18/23 | Confer with AHC working group re strategy. | .50 | 975.00 |
| Gilbert, S. | 7/25/23 | Confer with AHC working group re strategy. | .50 | 975.00 |
| Gilbert, S. | 7/27/23 | Confer with AHC re strategy. | .50 | 975.00 |
| | | **Project Total:** | **2.50** | **$ 4,875.00** |

### A020:  Insurance Adversary Proceeding

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Dougherty, J. | 7/01/23 | Draft analyses of key deposition and document excerpts for anticipated use in motions practice, presentation, and at trial. | 3.50 | 2,887.50 |
| Shore, R. | 7/03/23 | Communicate with R. Leveridge and J. Rubinstein re Issue #69 strategy. | .20 | 320.00 |
| Rubinstein, J. | 7/03/23 | Correspond with team re multiple tasks/issues (0.2); begin review of trial support analysis document prepared by J. Dougherty (0.6); analysis re Issue #69 (0.3). | 1.10 | 1,100.00 |
| Leveridge, R. | 7/03/23 | Review communications from J. Rubinstein and R. Shore re Issue #69. | .30 | 480.00 |
| Sraders, S. | 7/04/23 | Revise draft memorandum re Issue #52. | .40 | 290.00 |
| Rubinstein, J. | 7/05/23 | Continue analysis of offer of proof project (2.8); communicate with co-counsel re September status conference date (0.2). | 3.00 | 3,000.00 |

Invoice Number: 11331106
August 14, 2023

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Rubinstein, J. | 7/06/23 | Review document relevant to Issue #69 (1.4); correspond with opposing counsel re scheduling next status conference (0.1); confer with J. Dougherty re trial support analysis (1.0). | 2.50 | 2,500.00 |
| Leveridge, R. | 7/06/23 | Communicate with co-counsel re weekly strategy call and scheduling status conference in adversary proceeding. | .40 | 640.00 |
| Dougherty, J. | 7/06/23 | Confer with J. Rubinstein re comments to draft summary of key document and deposition excerpts for anticipated use in motions practice, presentations, and at trial. | 1.00 | 825.00 |
| Shore, R. | 7/07/23 | Review communication from A. Kramer re status of appeal. | .30 | 480.00 |
| Rubinstein, J. | 7/07/23 | Review status of September case management conference (0.1); review update from AHC co-counsel re same and next steps (0.7). | .80 | 800.00 |
| Rubinstein, J. | 7/07/23 | Review US Trustee motion to stay mandate. | .70 | 700.00 |
| Leveridge, R. | 7/07/23 | Review communications from co-counsel and Ad Hoc Committee members re decision by US SG to seek certiorari (0.6); analysis re same (0.5). | 1.10 | 1,760.00 |
| Shore, R. | 7/09/23 | Correspond with J. Rubinstein and R. Leveridge re Issue #69. | .10 | 160.00 |
| Rubinstein, J. | 7/09/23 | Analysis re Issue #52. | .20 | 200.00 |
| Shore, R. | 7/10/23 | Confer with J. Rubinstein and R. Leveridge re strategy. | .60 | 960.00 |
| Rubinstein, J. | 7/10/23 | Confer with R. Shore and R. Leveridge re strategy. | .60 | 600.00 |
| Leveridge, R. | 7/10/23 | Confer with R. Shore and J. Rubinstein re strategy. | .60 | 960.00 |
| Shore, R. | 7/11/23 | Analysis re Issue #69 and next steps. | .40 | 640.00 |
| Gaske, A. | 7/11/23 | Confer with S. Sraders re revisions to memorandum on Issue #52 pursuant to J. Rubinstein comments. | .50 | 362.50 |
| Sraders, S. | 7/11/23 | Confer with A. Gaske re analysis of Issue #52. | .50 | 362.50 |
| Sraders, S. | 7/11/23 | Revise draft memorandum re Issue #52. | .40 | 290.00 |
| Shore, R. | 7/12/23 | Review and revise pleading re Issue #69. | 1.00 | 1,600.00 |
| Shore, R. | 7/12/23 | Communicate with R. Leveridge and J. Rubinstein re Issue #69. | .20 | 320.00 |
| Rubinstein, J. | 7/12/23 | Review memorandum from AHC counsel re potential timing scenarios. | .30 | 300.00 |
| Gaske, A. | 7/12/23 | Revise memorandum re Issue #52 pursuant to J. Rubinstein comments. | 1.50 | 1,087.50 |
| Gaske, A. | 7/12/23 | Analyze status of settlement discussions with Insurer #12. | .40 | 290.00 |

Invoice Number: 11331106
August 14, 2023

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Leveridge, R. | 7/12/23 | Communicate with R. Shore and J. Rubinstein re Issue #69. | .20 | 320.00 |
| Leveridge, R. | 7/12/23 | Review reports re US SG seeking cert re Second Circuit ruling affirming plan and memorandum re timing implications. | .80 | 1,280.00 |
| Sraders, S. | 7/12/23 | Revise draft memorandum re Issue #52. | .20 | 145.00 |
| Leveridge, R. | 7/13/23 | Communicate with co-counsel re Issue #69. | .70 | 1,120.00 |
| Dougherty, J. | 7/13/23 | Continue reviewing deposition transcripts and cited documents to incorporate revisions to draft document and deposition excerpts tracking document (1.1); revise same (1.0). | 2.10 | 1,732.50 |
| Shore, R. | 7/14/23 | Confer with R. Leveridge re AHC draft motion re stay of mandate. | .40 | 640.00 |
| Shore, R. | 7/14/23 | Review appeal brief re stay of mandate. | 1.30 | 2,080.00 |
| Rubinstein, J. | 7/14/23 | Review correspondence from AHC co-counsel (0.1); confer with R. Leveridge re strategy (0.7); review AHC draft motion re stay of mandate (1.4). | 2.20 | 2,200.00 |
| Leveridge, R. | 7/14/23 | Review AHC brief in opposition to UST's motion to stay the mandate of the Second Circuit ruling upholding the plan. | .80 | 1,280.00 |
| Leveridge, R. | 7/14/23 | Communicate with J. Rubinstein re case management issues. | 1.10 | 1,760.00 |
| Dougherty, J. | 7/14/23 | Continue reviewing deposition transcripts and cited documents to incorporate revisions to draft document and deposition excerpts tracking document (1.4); revise draft document and deposition excerpts tracking document (1.2). | 2.60 | 2,145.00 |
| Shore, R. | 7/17/23 | Confer with J. Rubinstein and R. Leveridge re strategy. | .80 | 1,280.00 |
| Shore, R. | 7/17/23 | Begin revising draft pleading re Issue #69. | 4.20 | 6,720.00 |
| Shore, R. | 7/17/23 | Communicate with S. Gilbert re Issue #69. | .20 | 320.00 |
| Rubinstein, J. | 7/17/23 | Communicate with team re preparation for July 20 hearing (0.3); confer with R. Shore and R. Leveridge re strategy (0.8); communicate with co-counsel re Issue #69 pleading (0.3); review revisions to draft objection to stay of mandate (0.2). | 1.60 | 1,600.00 |
| Leveridge, R. | 7/17/23 | Confer with R. Shore and J. Rubinstein re case status and Issue #69 (0.8); communicate with co-counsel re Issue #69 (0.4). | 1.20 | 1,920.00 |
| Dougherty, J. | 7/17/23 | Continue reviewing deposition transcripts and cited documents to incorporate revisions to draft document and deposition excerpts tracking document (0.8); continue revising draft document and deposition excerpts tracking document (1.1). | 1.90 | 1,567.50 |

Invoice Number: 11331106
August 14, 2023

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Rubinstein, J. | 7/18/23 | Review July 20 hearing agenda (0.1); communicate with co-counsel re Issue #69 (0.3); confer with Debtors' counsel re same (0.5); review proposed edits from UCC to pleading re Issue #69 (0.6); review revised memorandum re Issue #52 and provide comments re same (1.0). | 2.50 | 2,500.00 |
| Leveridge, R. | 7/18/23 | Review communications from Debtors' counsel and UCC counsel re draft of Issue #69 pleading. | .90 | 1,440.00 |
| Dougherty, J. | 7/18/23 | Continue reviewing deposition transcripts and cited documents to incorporate revisions to draft document and deposition excerpts tracking document (0.6); revise draft document and deposition excerpts tracking document (0.9). | 1.50 | 1,237.50 |
| Shore, R. | 7/19/23 | Review strategy re Issue #69. | .20 | 320.00 |
| Dougherty, J. | 7/19/23 | Continue review of deposition transcripts and cited documents to incorporate revisions to draft document and deposition excerpts tracking document (0.9); continue revising tracking document (1.3). | 2.20 | 1,815.00 |
| Shore, R. | 7/20/23 | Confer with co-plaintiffs counsel re strategy. | .60 | 960.00 |
| Rubinstein, J. | 7/20/23 | Participate in call with co-counsel re strategy (0.6); confer with R. Leveridge re strategy (0.4). | 1.00 | 1,000.00 |
| Leveridge, R. | 7/20/23 | Confer with co-counsel re status of litigation and Issue #69. | .60 | 960.00 |
| Leveridge, R. | 7/20/23 | Confer with J. Rubinstein re hearing. | .40 | 640.00 |
| Dougherty, J. | 7/20/23 | Continue reviewing deposition transcripts and cited documents to incorporate revisions to draft document and deposition excerpts tracking document (1.0); continue revising draft document and deposition excerpts tracking document (1.4). | 2.40 | 1,980.00 |
| Gilbert, S. | 7/21/23 | Confer with M. Kesselman and R. Shore re insurance. | 1.00 | 1,950.00 |
| Gilbert, S. | 7/21/23 | Communicate with R. Shore re insurance strategy. | .50 | 975.00 |
| Shore, R. | 7/21/23 | Communicate with J. Rubinstein and R. Leveridge re Issue #69 pleading. | .40 | 640.00 |
| Shore, R. | 7/21/23 | Confer with M. Kesselman and S. Gilbert re insurance. | 1.00 | 1,600.00 |
| Shore, R. | 7/21/23 | Review pleading re Issue #69, including provide comments and analysis of the issues. | 2.90 | 4,640.00 |

Invoice Number: 11331106
August 14, 2023

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Rubinstein, J. | 7/21/23 | Correspond with J. Dougherty re trial evidence tracking document (0.2); communicate with A. Bonesteel re reducing data storage costs by putting materials in warm storage during pause of adversary proceeding (0.2); analyze UCC comments to pleading re Issue #69 in advance of co-counsel discussion (0.9). | 1.30 | 1,300.00 |
| Rubinstein, J. | 7/21/23 | Correspond with R. Shore re Issue #69 pleading. | .30 | 300.00 |
| Leveridge, R. | 7/21/23 | Communicate with R. Shore and J. Rubinstein re Issue #69. | .40 | 640.00 |
| Shore, R. | 7/23/23 | Continue revising draft of Issue #69 pleading. | 3.00 | 4,800.00 |
| Shore, R. | 7/24/23 | Confer with J. Rubinstein and R. Leveridge re strategy and open tasks. | .90 | 1,440.00 |
| Shore, R. | 7/24/23 | Review UCC revised draft of pleading re Issue #69. | .70 | 1,120.00 |
| Rubinstein, J. | 7/24/23 | Confer with R. Shore and R. Leveridge re strategy and open tasks (0.9); confer with J. Dougherty re offensive fact project (0.3); review Lumberman's claim disallowance communication (0.2); correspond with A. Kramer re same (0.2); communicate with team re potential data storage cost reductions (0.1); review initial comments of R. Shore re Issue #69 pleading (0.4); review government reply in support of motion to stay mandate (0.4). | 2.50 | 2,500.00 |
| Leveridge, R. | 7/24/23 | Review R. Shore and J. Rubinstein comments on pleading re Issue #69 (0.6); confer with R. Shore and J. Rubinstein re adversary and Issue #69 (0.9); communicate with R. Shore re UCC comments re Issue #69 (0.2). | 1.70 | 2,720.00 |
| Dougherty, J. | 7/24/23 | Continue reviewing deposition transcripts and cited documents to incorporate revisions to draft document and deposition excerpts tracking document (1.1); continue revising draft document and deposition excerpts tracking document (1.2). | 2.30 | 1,897.50 |
| Shore, R. | 7/25/23 | Consider next steps and timing in light of UCC counsels' revision of pleading (0.2); confer with R. Leveridge and J. Rubinstein re same (0.6); review redline of revised pleading and further consider substance of same (0.5). | 1.30 | 2,080.00 |
| Rubinstein, J. | 7/25/23 | Communicate with A. Bonesteel re data storage options to reduce costs during pause of adversary proceeding (0.2); review comments from UCC to pleading re Issue #69 (6.2); confer with R. Shore and R. Leveridge re same (0.6); review correspondence from AHC co-counsel re order rejecting motion to stay the mandate (0.1). | 7.10 | 7,100.00 |

Invoice Number: 11331106
August 14, 2023

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Leveridge, R. | 7/25/23 | Review and revise draft pleadings re Issue #69 (2.7) communicate with R. Shore and J. Rubinstein re same (0.9); communicate with co-counsel re same (0.8). | 4.40 | 7,040.00 |
| Leveridge, R. | 7/25/23 | Communicate with counsel for Deponent #13 re status of proceedings. | .80 | 1,280.00 |
| Shore, R. | 7/26/23 | Review and comment on revised draft of pleading re Issue #69 (4.5); confer with J. Rubinstein re same (0.3). | 4.80 | 7,680.00 |
| Shore, R. | 7/26/23 | Confer with J. Rubinstein re Issue #69. | .50 | 800.00 |
| Shore, R. | 7/26/23 | Communicate with co-counsel re Issue #69. | .60 | 960.00 |
| Rubinstein, J. | 7/26/23 | Communicate with J. Dougherty re offer of proof project (0.2); review edits to draft pleading re Issue #69 and provide comments to same (2.0); confer with R. Shore re same (0.5); revise R. Shore's comments to same in advance of circulating to co-counsel (1.3); communicate with co-counsel with re same (0.2). | 4.20 | 4,200.00 |
| Leveridge, R. | 7/26/23 | Communicate with co-counsel re Issue #69. | .60 | 960.00 |
| Shore, R. | 7/27/23 | Communicate with co-counsel re Issue #69. | .90 | 1,440.00 |
| Rubinstein, J. | 7/27/23 | Communicate with team re Issue #69 related pleadings and strategy (0.2); communicate with co-counsel re same (0.3). | .50 | 500.00 |
| Leveridge, R. | 7/27/23 | Communicate with co-counsel re Issue #69. | .90 | 1,440.00 |
| Shore, R. | 7/28/23 | Communicate with co-counsel and R. Leveridge re Issue #69. | .70 | 1,120.00 |
| Shore, R. | 7/28/23 | Review and comment on revised draft pleading re Issue #69. | 5.50 | 8,800.00 |
| Shore, R. | 7/28/23 | Confer with A. Kramer re Issue #69 pleading. | .50 | 800.00 |
| Rubinstein, J. | 7/28/23 | Review co-counsel correspondence re Issue #69 pleadings (0.2); review correspondence from co-counsel re US Trustee stay application (0.1). | .30 | 300.00 |
| Leveridge, R. | 7/28/23 | Communicate with co-counsel and R. Shore re Issue #69. | 1.10 | 1,760.00 |
| Rubinstein, J. | 7/29/23 | Review US Trustee application to Supreme Court to stay mandate. | .80 | 800.00 |
| Shore, R. | 7/31/23 | Review and comment on draft pleading re Issue #69. | 7.30 | 11,680.00 |
| Shore, R. | 7/31/23 | Confer with co-counsel re Issue #69. | 1.00 | 1,600.00 |
| Rubinstein, J. | 7/31/23 | Communicate with team re case management and pleading re Issue #69. | .40 | 400.00 |
| Leveridge, R. | 7/31/23 | Confer with co-counsel re Issue #69. | 1.00 | 1,600.00 |

Invoice Number: 11331106
August 14, 2023

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Dougherty, J. | 7/31/23 | Continue reviewing deposition transcripts and cited documents to incorporate revisions to draft document and deposition excerpts tracking document (1.3); continue revising draft document and deposition excerpts tracking document (1.3). | 2.60 | 2,145.00 |
| | | **Project Total:** | **123.90** | **$ 157,885.00** |
| | | **TOTAL CHARGEABLE HOURS** | **128.20** | |
| | | **TOTAL FEES** | | **$ 165,415.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gilbert, S. | 4.90 | 1,950.00 | 9,555.00 |
| Shore, R. | 42.50 | 1,600.00 | 68,000.00 |
| Rubinstein, J. | 34.80 | 1,000.00 | 34,800.00 |
| Gaske, A. | 2.40 | 725.00 | 1,740.00 |
| Leveridge, R. | 20.00 | 1,600.00 | 32,000.00 |
| Sraders, S. | 1.50 | 725.00 | 1,087.50 |
| Dougherty, J. | 22.10 | 825.00 | 18,232.50 |
| **TOTALS** | **128.20** | | **$ 165,415.00** |

**TASK SUMMARY**

| Task | Description | Hours | Amount |
|---|---|---|---|
| A008 | Hearings | 1.80 | 2,655.00 |
| A009 | Meetings / Communications with AHC & Creditors | 2.50 | 4,875.00 |
| A020 | Insurance Adversary Proceeding | 123.90 | 157,885.00 |

**EXPENSE DETAILS**

E118 Litigation Support Vendors

| Date | Description | Task | Amount |
|---|---|---|---|
| 7/01/23 | Contracted Professional Services - Cobra Legal Solutions LLC / Tech - License/ Hosting: June 2023 | E118 | 877.75 |
| | **Sub-Total of Expenses:** | | **$ 877.75** |
| | **TOTAL EXPENSES** | | **$ 877.75** |
| | **TOTAL FEES AND EXPENSES** | | **$ 166,292.75** |