DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |

## AGENDA FOR APRIL 17, 2024 HEARING

Time and Date of Hearing:   April 17, 2024 at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing:   In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 470 381 2552, Meeting ID 954 7584 7865, Passcode 096157.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Copies of Motions: A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma.

I. **UNCONTESTED MATTERS:**

1. ***Motion to Seal***. Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information under Seal in Connection with the Motion of Debtors for Entry of an Order Authorizing Implementation of 2024 Key Employee Incentive Plan and 2024 Key Employee Retention Plan [ECF No. 6278]

    Objection Deadline: April 10, 2024 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Related Documents: None

    Status: This matter is going forward on an uncontested basis.

2. ***KEIP/KERP Motion***. Motion of Debtors for Entry of an Order Authorizing Implementation of 2024 Key Employee Incentive Plan and 2024 Key Employee Retention Plan [ECF No. 6279]

    Objection Deadline: April 10, 2024 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Related Documents:

    A. Debtors' Statement in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of 2024 Key Employee Incentive Plan and 2024 Key Employee Retention Plan [ECF No. 6306]

    Status: This matter is going forward on an uncontested basis.

3. ***BDO USA, P.C. Retention Application***. Application of the Debtors to Retain and Employ BDO USA, P.C. as Accountant to the Debtors and Debtors in Possession Pursuant to Sections 327(a), and 328(a), and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1, Effective as of March 13, 2024 [ECF No. 6290]

    Objection Deadline: April 12, 2024 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Related Documents:

    A. Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Application of the Debtors to Retain and Employ BDO USA, P.C. as Accountant to the Debtors and Debtors in Possession Pursuant to Sections 327(a), and 328(a), and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1, Effective as of March 13, 2024 [ECF No. 6300]

<u>Status</u>: This matter is going forward on an uncontested basis.

Dated:   April 15, 2024
          New York, New York

                       DAVIS POLK & WARDWELL LLP

                       By:   */s/ Eli J. Vonnegut*
                              Eli J. Vonnegut

                       450 Lexington Avenue
                       New York, New York 10017
                       Telephone: (212) 450-4000
                       Facsimile:  (212) 701-5800
                       Marshall S. Huebner
                       Benjamin S. Kaminetzky
                       Eli J. Vonnegut
                       Christopher S. Robertson

                       *Counsel to the Debtors
                       and Debtors in Possession*