July 4, 2024

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| PURDUE PHARMA L.P., ET AL., | Chapter 11 |
| DEBTORS | Case No – 19-23649 |

**REQUEST BY INDIVIDUAL, PERSONAL INJURY CLAIMANT, Carrie L McGaha, TO THE DISTRICT COURT, THE US TRUSTEE, THE APPEALS COURT, AND ANYONE ELSE INVOLVED IN LITIGATING THIS CASE TO ALLOW HER, TO APPEAR AND PARTICIPATE IN THE HEARING DATED JULY 9, 2024, AND ANY OTHER MEDIATION OR MEETINGS WHICH WILL AFFECT THE DECISIONS IN THIS CASE .**

**WHEREAS, INDIVIDUAL PRO SE CLAIMANT, Carrie L McGaha,** has made repeated GOODFAITH attempts to make clear her lived experience consuming **LONG-ACTING PRESCRIPTION** opiates **long-term**, and was ignored or maligned by those in positions of authority, responsibility and power.

**WHEREAS, INDIVIDUAL PRO SE CLAIMANT, Carrie L. McGaha,** voted **NO** to confirm the plan after making timely **OBJECTIONS AND MOTIONS**, to plead the Court to seriously consider her unique life experience so as to **PREVENT** future harm to patients by those who are in positions of power and influence to affect patient care.

**WHEREAS,** the **SUPREME COURT DECISION,** repeatedly refers to **INDIVIDUALS**, such as her, as persons, who would RUN-UP to the courthouse to sue the Sackler family and take the money all for themselves, yet she TRIED to make clear in a letter to this COURT that GREED is not in her capacity since she was TRANSFORMED BY GOD in order to be DELIVERED from the BONDAGE to prescription drugs and the Pain Management System.

**WHEREAS, INDIVIDUAL PRO SE CLAIMANT, Carrie L McGaha,** is not a lawyer and suffers from damage to her cognition and organizational ability due to the PRESCRIBED medication and resulting repeated overdoses she experienced, she requests GRACE for her mistakes.

**WHEREAS, INDIVIUAL PRO SE CLAIMANT, Carrie L McGaha**, has **RECEIPTS** and **MEDICAL RECORDS** to document most of her **CLAIM**, and she tried to make clear that **IF** a GOODFAITH

effort had been made by the DEBTORS AND LAWYERS litigating this case, a **RELEASE** could have been obtained, since she is very **SYMPATHETIC** to the victims who resorted to using illegal drugs after being mishandled by the Healthcare Providers who prescribed them.

**THEREFORE, IT IS REQUESTED BY THE COURT** that she be allowed to **APPEAR** before the Court and participate in any proceedings going forward.  It is also requested that the previous OBJECTIONS and MOTIONS she made be reassessed and taken seriously so as to ACTUALLY solve the OPIATE CRISIS and bring HEALING to the Nation.

**THEREFORE**, to be ABUNDANTLY clear, attached to this **REQUEST TO APPEAR** are the submissions that she has previously made to the Court.

Sincerely,



Carrie L McGaha
Enc.

| | |
|---|---|
| DOCKET #6101 | January 3, 2024 |
| DOCKET#6021 | November 20, 2023 |
| DOCKET #5581 | May 4, 2023 |
| DOCKET #5241 | November 15, 2022 |
| DOCKET #5002 | August 5, 2022 |
| DOCKET #4489 | March 9, 2022 |
| DOCKET #4406 | March 2, 2022 |
| DOCKET #4405 | March 2, 2022 |
| DOCKET #4394 | February 25, 2022 |
| DOCKET #3737 | September 7, 2021 |
| DOCKET #3559 | August 13, 2021 |
| DOCKET #3102 | July 1, 2021 |
| DOCKET #2950 | May 27, 2021 |
| DOCKET #2921 | May 25, 2021 |

**CERTIFICATE OF SERVICE**

I, Carrie L McGaha, INDIVIDUAL Pro Se Claimant, certifies that the above referenced document and associated attachments were presented by email on July 4, 2024, to the following:

**Debtors' Counsel**

- **Davis Polk & Wardwell LLP**

    450 Lexington Avenue
    New York, NY   10017
    https://www.davispolk.com/
    Phone: 212.450.4000
    Fax: 212.701.5800

    Marshall S. Huebner
    Timothy Graulich
    Eli J. Vonnegut

- **United States Trustee**

    U.S. Federal Office Building
    201 Varick Street, Suite 1006
    New York, NY   10014
    https://www.justice.gov/ust-regions-r02
    Phone: 212.510.0500
    Fax: 212.668.2255

- **United States Bankruptcy Court**

    Southern District of New York
    300 Quarropas Street
    White Plains, NY   10601-4140
    http://www.nysb.uscourts.gov
    Phone: 212.668.5637