AKIN GUMP STRAUSS HAUER & FELD LLP
Mitchell P. Hurley
Arik Preis
Katherine Porter
Sara L. Brauner
Theodore James Salwen
Erin E. Parlar
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

COLE SCHOTZ P.C.
Justin R. Alberto
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

*Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
MOTION FOR SOLE STANDING TO COMMENCE AND PROSECUTE ESTATE
CAUSES OF ACTION**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE** that on July 8, 2024, the Official Committee of Unsecured Creditors of Purdue Pharma, L.P., *et al.* (the "**Official Committee**") filed its *Motion for Sole Standing to Commence and Prosecute Estate Causes of Action* (the "**Motion**") and exhibits annexed thereto.

**PLEASE TAKE FURTHER NOTICE** that, subject to, and on the conditions described in the Motion, the Official Committee has agreed (the "**Agreement**") with the Debtors and the ad hoc committee for certain state and local governmental creditors (the "**AHC**"), that a hearing on the Motion (the "**Hearing**") will proceed, subject to the Court's availability, on the date that is fifty-seven (57) days after entry of the *Order Appointing the Honorable Shelley C. Chapman (Ret.) and Eric D. Green as Co-Mediators and Establishing Terms and Conditions of Mediation* (the "**Mediation Order**"), before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time, solely with the agreement of both the Official Committee and the Debtors or further order of the Court, without further notice other than an announcement of the adjourned date or dates at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that subject to, and on the conditions described in the Motion, and pursuant to the Agreement among the Official Committee, the Debtors and the AHC, the objection deadline (the "**Objection Deadline**") for the Motion shall be set on the date that is fifty-one (51) days after entry of the Mediation Order.  Any reply in support of the Motion shall be filed two business days before the Hearing in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, dated November

18, 2019 [ECF No. 498] (the "**Case Management Order**"). Such responses and objections shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Court and served in accordance with the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that the Agreement is subject to certain conditions, including that the litigation stay of the existing preliminary injunction is extended as contemplated by the parties and set forth in the Motion and the *Debtors' Memorandum of Law in Support of Motion to Extend the Preliminary Injunction to Facilitate Mediation*, Adv. Proc. No., 19-08289 (Bankr. S.D.N.Y. June 27, 2024) [ECF No. 490].

**PLEASE TAKE FURTHER NOTICE** that the Official Committee intends to file a revised notice that specifically identifies the date for the Hearing and Objection Deadline following entry of the Mediation Order.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief in respect of this Motion being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Motion, the Official Committee may, on or after the Objection Deadline, submit to the Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free of charge by visiting the website of Prime Clerk LLC.[2] You may also obtain copies of any pleadings

---

[2] *See* https://restructuring.primeclerk.com/purduepharma.

by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: July 8, 2024
New York, New York

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Mitchell P. Hurley*
    Mitchell P. Hurley
    Arik Preis
    Katherine Porter
    Sara L. Brauner
    Theodore James Salwen
    Erin E. Parlar
    One Bryant Park
    New York, New York 10036
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002
    apreis@akingump.com
    mhurley@akingump.com
    kporter@akingump.com
    sbrauner@akingump.com
    jsalwen@akingump.com
    eparlar@akingump.com

COLE SCHOTZ P.C.

    Justin R. Alberto
    500 Delaware Avenue, Suite 1410
    Wilmington, Delaware 19801
    Telephone: (302) 652-3131
    Facsimile: (302) 652-3117
    jalberto@coleschotz.com

*Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.*