DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| Plaintiffs, | **Adv. Pro. No. 19-08289 (SHL)** |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS,** *et al.*, | |
| Defendants. | |

**AMENDED AGENDA[2] FOR JULY 9, 2024 HEARING AND STATUS CONFERENCE**

Time and Date of Hearing:     July 9, 2024 at 2:00 p.m. (prevailing Eastern Time)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text.**

| | |
|---|---|
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 558 8656, Meeting ID 933 6628 9367, Passcode 680934. |

## I. MATTERS IN MAIN BANKRUPTCY PROCEEDING Case No. 19-23649:

1. ***Request for Status Conference.*** Letter to Chambers Requesting Status Conference [ECF No. 6498]

    **Responses Received:**

    A. **Statement filed by Michael Geoffrey Abelow on behalf of Carrie L. McGaha [ECF No. 6520]**

    Related Documents:

    A. Notice of Status Conference [ECF No. 6503]

    B. **Letter from Eli Vonnegut to Judge Sean H. Lane Providing Proposed Order Regarding Appointment of Co-Mediators and Establishing Terms and Conditions of Mediation [ECF No. 6521]**

    Status: This matter is going forward.

## II. MATTERS IN ADVERSARY PROCEEDING Case No. 19-08289:

2. ***Preliminary Injunction Extension Motion.*** Motion to Extend the Preliminary Injunction [ECF No. 489]

    Objection Deadline: July 5, 2024 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Statement in Response to Debtors' Motion to Extend the Preliminary Injunction to Facilitate Mediation [ECF No. 493]

B. Reservation of Rights of Certain Canadian Municipal Creditors and Certain Canadian First Nations Creditors to Debtors' Motion to Extend the Preliminary Injunction, and Request to be Included Within Proposed Mediation [ECF No. 499]

**C. Response filed by Fredrick Hill [ECF No. 503]**

Reply Deadline: July 8, 2024 at 12:00 p.m. (prevailing Eastern Time).

Reply:

A. **Reply Memorandum in Further Support of Motion to Extend the Preliminary Injunction to Facilitate Mediation [ECF No. 502]**

Related Documents:

A. Memorandum of Law in Support of Motion to Extend the Preliminary Injunction to Facilitate Mediation [ECF No. 490]

B. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion to Extend the Preliminary Injunction [ECF No. 491]

C. Order Shortening Notice with Respect to Debtors' Motion to Extend the Preliminary Injunction [ECF No. 492]

D. Notice of Hearing Regarding Motion to Extend the Preliminary Injunction [ECF No. 494]

Status: This matter is going forward on a contested basis.

Dated: July 8, 2024
       New York, New York

                              DAVIS POLK & WARDWELL LLP

                              By: /s/ *Eli J. Vonnegut*
                                   Eli J. Vonnegut

                              450 Lexington Avenue
                              New York, New York 10017
                              Telephone: (212) 450-4000
                              Facsimile: (212) 701-5800
                              Marshall S. Huebner
                              Benjamin S. Kaminetzky
                              Eli J. Vonnegut
                              Christopher S. Robertson

                              *Counsel to the Debtors*
                              *and Debtors in Possession*