DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |

## AGENDA FOR JULY 25, 2024 HEARING

| | |
|---|---|
| Time and Date of Hearing: | July 25, 2024 at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 992 6703 1632, Passcode 684926. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Copies of Motions: A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma.

*Interim Fee Applications.* Notice of Fourteenth Interim Fee Hearing [ECF No. 6480]

Objection Deadline: July 18, 2024 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Related Documents: Interim Fee Applications of the following applicants:

**Debtors' Professionals**

A. Dechert LLP [ECF No. 6453]
B. Arnold & Porter Kaye Scholer LLP [ECF No. 6427]
C. King & Spalding LLP [ECF No. 6428]
D. Davis Polk & Wardwell LLP [ECF No. 6447]
E. Jones Day [ECF No. 6460]
F. Ernst & Young LLP [ECF No. 6425]
G. AlixPartners, LLP [ECF No. 6455]
H. Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 6470]
I. Latham & Watkins LLP [ECF No. 6424]
J. PJT Partners LP [ECF No. 6469]
K. Reed Smith LLP [ECF No. 6452]
L. Cornerstone Research [ECF No. 6456]

**Official Committee of Unsecured Creditors' Professionals**

M. Jefferies LLC [ECF No. 6474]
N. Cole Schotz P.C. [ECF No. 6472]
O. Province, LLC [ECF No. 6475]
P. Akin Gump Strauss Hauer & Feld LLP [ECF No. 6471]
Q. Kurtzman Carson Consultants LLC [ECF No. 6476]
R. Bedell Cristin Jersey Partnership [ECF No. 6473]

**Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

S. Brown Rudnick LLP [ECF No. 6454]
T. FTI Consulting, Inc. [ECF No. 6450]
U. Otterbourg P.C. [ECF No. 6448]
V. Gilbert LLP [ECF No. 6451]
W. Kramer Levin Naftalis & Frankel LLP [ECF No. 6461]
X. Houlihan Lokey Capital, Inc. [ECF No. 6449]

**Multi-State Governmental Entities Group**

Y.   Caplin & Drysdale, Chartered [ECF No. 6442]

**The Nine's Professionals**

Z.   Kleinberg, Kaplan, Wolff & Cohen P.C. [ECF No. 6415]
AA.  Pullman & Comley, LLC [ECF No. 6430]

**Fee Examiner**

BB.  Bielli & Klauder, LLC [ECF No. 6446]

Status: This matter is going forward on an uncontested basis.

Dated:   July 22, 2024
         New York, New York

                                        DAVIS POLK & WARDWELL LLP

                                        By:  */s/ Eli J. Vonnegut*
                                             Eli J. Vonnegut

                                        450 Lexington Avenue
                                        New York, New York 10017
                                        Telephone: (212) 450-4000
                                        Facsimile:  (212) 701-5800
                                        Marshall S. Huebner
                                        Benjamin S. Kaminetzky
                                        Eli J. Vonnegut
                                        Christopher S. Robertson

                                        *Counsel to the Debtors
                                        and Debtors in Possession*