TO: Honorable Sean H. Lane, U.S.B.J
    United States Bankruptcy Court
    300 Quarropas Street
    White Plains, New York 10601-4140

**Proof of Claims**

July 13, 2024

**Re: Harrington v. Purdue Pharma, L.P., Case No. 23-124, 2024 WL 3187799.**

Your Honor and Chambers:

In light of the recent decision of the Supreme Court in the above reference case , and as Your Honor is aware of the scheduling of status conference pursuant to section 105 of the Bankruptcy Code to discuss setting an atmosphere of mediation.

As Your Honor is likely aware Judge Drain previously ordered several rounds of mediations in this case without formal motions, I participated in mediation order by Judge Drain, as well as the hearing

Also, I participated in the hearing before Honorable Colleen McMahon, U.S.D.J., at the United States District Court for the Southern District of New York and I have provided numerous medical records of the adverse affects of the prescribed Oxycontin to the United States District Court, Purdue Pharma Bankruptcy Appeals on November 30, 2021.

I participated in the filing of my pro se brief in the Appellate Division of the Southern District of New York, New York, as well as my Tag-along claims with the 48 States creditors and the United States Trustee Office, under Harrington v. Purdue Pharma, L.P., see as caption above.

I have participated and filed my position on the Purdue Pharma, L.P., et al., with the United States Department of Justice, Solicitor General Office, Case No. 23-A8  7.

Justice Neil Gorsuch: "said U.S. bankruptcy code does not authorize a release and injunction that, as part of a plan of reorganization under Chapter 11, effectively seek to discharge claims against a non-debtor without the consent of affected claimants".

I understand that Judge Chapman and Eric D. Green are to be appointed as joint mediators to mediate whether modifications to the Sacklers' settlements can be reached and claims against federal and state's governmental units, et al.

If I need to file any specific application(s) or forms to participate in the mediation I'll appreciate if you have staff to send the necessary application and information to proceed in the bankruptcy process of mediation.

Thanks!

*Ronald Bass*

Ronald Bass

**2 ATTACHMENTS:**

Letter to Elizabeth B. Prelogar, *Solicitor General*
Transcript hearing before Honorable Robert D. Drain
            United State Bankruptcy Court
 Two letters from Purdue Pharma, L.P. concerning  adverse experience  I was having from ingested prescribed opioid drugs .
 State of New Jersey, Department of Human Services letter concerning the large amount of prescription opioids I was receiving.

No. 23A-**87**

### IN THE SUPREME COURT OF THE UNITED STATES

---

WILLIAM K. HARRINGTON, UNITED STATES
TRUSTEE, REGION 2, APPLICANT

*v.*

PURDUE PHARMA L.P., ET AL.

---

### CERTIFICATE OF SERVICE

It is hereby certified that all parties required to be served have been served with copies of the **APPLICATION FOR A STAY OF THE MANDATE OF THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT PENDING THE FILING AND DISPOSTION OF A PETITION FOR A WRIT OF CERTIORARI,** via email and first-class mail, postage prepaid, this 28th day of July 2023.

**[See Attached Service List]**

---

Elizabeth B. Prelogar
Solicitor General
  Counsel of Record
Department of Justice
Washington, D.C. 20530-0001
(202) 514-2217

July 28, 2023

    Due to the continuing delay in receiving incoming mail at the Department of Justice, in addition to mailing your brief via first-class mail, we would appreciate a fax or email copy of your brief. If that is acceptable to you, please fax your brief to Charlene Goodwin, Case Management Supervisor, Office of the Solicitor General, at (202) 514-8844, or email at **SupremeCtBriefs@USDOJ.gov.** Ms. Goodwin's phone number is (202) 514-2217 or 2218. Thank you for your consideration of this request.

No. 23A87

# In the Supreme Court of the United States

WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE, REGION 2

Applicant,

v.

PURDUE PHARMA, L.P., ET AL.,

ON APPLICATION FOR A STAY OF THE MANDATE OF THE UNITED STATES
COURT OF APPEALS FOR THE SECOND CIRCUIT PENDING THE FILING AND
DISPOSTION OF A PETITION FOR A WRIT OF CERTIORARI

RESPONSE OF RONALD BASS AS A TAG-ALONG CREDITOR TO ALL THE
COLLECTIVE STATES AS CLAIMANT/CREDITORS AND PRO SE CLAIMANTS,
AND THE
DISTRICT OF COLUMBIA

RONALD BASS
CREDITOR
450 Little Place, Apt. 53
N. Plainfield, NJ 07060
(908) 372-9321
Ronaldbass12345@gmail.com

I, Ronald Bass and all the collective creditors "the states" and Pro se claimants and the District of Columbia (collectively, the States) holds claims against Purdue Pharma, L.P., et al., were appellees in the court of appeals, and participated in the district court and bankruptcy court, I also participated in the litigation with the United States Judicial Panel on MultiDistrict Litigation lead case MDL No. 2804. While this case was pending in the court of appeals, the States reached a settlement agreement with Purdue Pharma, L.P., certain of its affiliates, and members of the Sacklers family, all of whom are respondents here and were appellants in the court of appeals. See No. 22-110(2d Cir), ECF Nos. 552, 559 (March 11, 2022). Pursuant to that settlement agreement, and subject to the terms and conditions thereof, the States agreed to be consensually bound by the third-party release in the plan of reorganization at issue in the litigation. See No. 19-23649-shl (Bankr. S.D.N.Y.), ECF No. 4410 (March 3, 2023), Ex. B at 31. In addition, under the terms of the settlement agreement, some States agreed that they would not file any brief with or present any argument to the Second Circuit panel hearing; and that, if that appeal was "decided in the Debtor's favor," they would not (a) file a party or amicus brief at the petition stage in the Supreme Court of the United States, asking that court to grant certiorari ... or (b) file a party brief at the merits stage in the Supreme Court should the Supreme Court grant certiorari.

In light of those circumstances, some States inform this Court that they take no position on the application for a stay of the mandate pending the filing and disposition of the petition for a writ of certiorari, or any of the issues raised in the application.

I, do not oppose the filing of the United States Trustee application for a writ of certiorari or anyone else's position concerning the mandate; However, I do question whether the Sackler's family is totally responsible and liable of the opioid damages; The creditor rely on the Supreme Court of the United States **piercing the** (public and private non-debtors actions that's responsible for a non-core related opioid death and claims) **corporation veil** of the State of New Jersey, et al., 42 United States Code, § 1981 as it operates through the 5th and 14th Àmendment, consistent with 18 U.S.C. § 241 "Black Americans, private and public

official are to be held accountable just like white Americans and under the diversity of citizenship, as well".


Respectfully submitted

Ronald Bass

Email to Counsel listing on next page(s)

Page 1

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Case No. 19-23649-rdd

4  Adv. Case No. 19-08289-rrd

5  - - - - - - - - - - - - - - - - - - - - - - - - - - x

6  In the Matter of:

7

8  PURDUE PHARMA, L.P.,

9

10       Debtor.

11  - - - - - - - - - - - - - - - - - - - - - - - - - - x

12  PURDUE PHARMA, L.P., et al,

13            Plaintiff,

14       v.

15  COMMONWEALTH OF MASSACHUSETTS, et al,

16            Defendants.

17  - - - - - - - - - - - - - - - - - - - - - - - - - - x

18

19            United States Bankruptcy Court

20            300 Quarropas Street, Room 248

21            White Plains, NY 10601

22

23            February 17, 2022

24            10:12 a.m.

25

```
1   A P P E A R A N C E S :

2

3   DAVIS, POLK & WARDWELL, LLP

4        Attorneys for the Debtors

5        450 Lexington Avenue

6        New York, NY 10017

7

8   BY:  JACQUELYN KNUDSON (TELEPHONICALLY)

9        MARSHALL SCOTT HUEBNER (TELEPHONICALLY)

10       JAMES I. MCCLAMMY (TELEPHONICALLY)

11

12  CREADORE LAW FIRM, PC

13       Attorneys for NAS Group

14       450 Seventh Avenue, Suite 1408

15       New York, NY 10123

16

17  BY:  DONALD E. CREADORE (TELEPHONICALLY)

18

19  ALSO PRESENT TELEPHONICALLY:

20  RONALD BASS, PRO SE

21  VITALY PINKUSOV, PRO SE

22  ROBERT BONSIGNORE

23  BERNARD ARDAVAN ESKANDARI

24  MATTHEW J. GOLD

25  IRVE GOLDMAN
```

1          MR. HUEBNER:  Oh, Your Honor.  I'm sorry, I

2    misspoke.  It is, of course, March 3rd and I apologize for

3    that.

4          THE COURT:  Okay.  All right.  The -- I see two

5    people on the screen.  The first is Ronald Bass.  He

6    actually filed a document on -- or provided it to the Court

7    on February 9th and then amended it the next day, February

8    10th and I'll focus on that matter.  The document originally

9    provided to the Court contained a number of exhibits that

10   had personally identifying information and other information

11   that our Clerk's office was concerned shouldn't be filed on

12   the docket and informed Mr. Bass of that and I believe he

13   revised it in light of that.  The September 10th -- I'm

14   sorry, February 10th document is titled, Amended Letter

15   Motion Opposing the Injunction to Stay for Third Parties

16   Non-Debtors Release.  I've reviewed this document and I'll

17   note that Mr. Bass is appearing pro se.  And I'm going to

18   ask you, Mr. Bass, if you can just tell me what it is that

19   you are seeking here?  Because I think I understand it, but

20   it's not entirely clear to me, but I'd like to give you the

21   chance to explain it to me.  You're on mute, sir.  You're on

22   mute, Mr. Bass.

23         MR. BASS:  Can you hear me now?

24         THE COURT:  Yeah, now I can, yes.

25         MR. BASS:  Okay.  My concern is that -- are -- is

Page 19

1    exempted for what Objector is requesting does it cover the

2    State of New Jersey?  I need to know the many actions or

3    claims that I am filing against the State of New Jersey

4    that's similar to the situation with the Purdue Pharma.

5            THE COURT:  No.  The answer is no.

6            MR. BASS:  And that covers (indiscernible) I

7    mentioned in my Motion and paperwork.

8            THE COURT:  As I understood it from reviewing the

9    document that you filed, you have raised arguments in other

10   courts.

11           MR. BASS:  You're right.

12           THE COURT:  Like, in the multi-district litigation

13   in Ohio, in New Jersey itself --

14           MR. BASS:  Right.

15           THE COURT:  That you were wronged by either the

16   State of New Jersey or courts or officials in New Jersey.

17           MR. BASS:  Right.

18           THE COURT:  The Preliminary Injunction does not

19   include as a party covered by the Injunction or protected by

20   the Injunction, the State of New Jersey.

21           MR. BASS:  Okay, that's the answer that I was

22   looking for.

23           THE COURT:  Okay.  All right.  I thought that was

24   it.  I just wanted to make sure and --

25           MR. BASS:  Right.

1        THE COURT:  -- again, I don't think there's any

2   Order that needs to say that it just -- you know, the actual

3   Injunction doesn't cover it.  And I want to be clear, and I

4   think you understand this, by saying that I'm not saying

5   anything about the merits of your claims or anyone's

6   defenses.  I'm just saying that this Injunction doesn't

7   preclude you from pursuing them against the State of New

8   Jersey or officials in New Jersey.

9        MR. BASS:  Okay.  Well, that's what I'm trying to

10  get an understanding of.

11       THE COURT:  Okay.

12       MR. BASS:  Yeah.  That's the thing that was

13  bothering me.

14       THE COURT:  Okay.  Very well.

15       MR. BASS:  All right.  Thank you.

16       THE COURT:  Okay.  And then I see Mr. Pinkusov

17  also on the screen.  He sent, I believe, an email to court

18  yesterday stating that he generally opposed -- well, why

19  don't I let you say it, Mr. Pinkusov.  There's no reason for

20  me to summarize it.

21       MR. PINKUSOV:  Good morning, Your Honor.  I'm here

22  purely to see the proceedings and everything that I was

23  going to say is said in my letter and I stand by that.

24       THE COURT:  Okay, that's fine.  Very well.  All

25  right.  Does anyone have anything further to say on the

1    Motion to Extend the Preliminary Injunction through March

2    3rd?

3              MR. BASS:  Yes, one more thing.  Yes, Judge, one

4    more thing.  How can I get a copy of that second

5    (indiscernible) conversation that you had with me?

6              THE COURT:  I'm sorry?  That section of what?

7              MR. BASS:  From the conversation that you had with

8    me about my Motion.

9              THE COURT:  There'll be a transcript of this

10   hearing that will eventually be filed on the docket.  It's

11   probably not going to be that long before it's filed since

12   it's a fairly short hearing.  So, you should just check the

13   docket for it.

14             MR. BASS:  Oh, okay then.  Thanks again.

15             MR. HUEBNER:  And Your Honor, we're happy, as a

16   courtesy, to excerpt the relevant provisions of the

17   transcript (indiscernible) to Mr. Bass when they do become

18   available, which may make it easier for him to get it more

19   quickly.  So, once it's public and we have it, we will

20   certainly excerpt it and send it on.

21             THE COURT:  Okay.

22             MR. BASS:  Thank you.  You'll send it

23   (indiscernible)?

24             MR. HUEBNER:  Yeah, we'll excerpt the section for

25   you, sir, and send them to you in an email, along with a

Page 35

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:   February 18, 2022

Query     Reports     Utilities     Help     Log Out

ECF,REFERRED

# U.S. District Court
## Southern District of New York (White Plains)
### CIVIL DOCKET FOR CASE #: 7:21-cv-08049-UA

In Re: Purdue Pharma L.P.
Assigned to: Judge Unassigned
Case in other court: USBC-SDNY, 19-B-23649 (RDD)
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 09/28/2021
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**

Purdue Pharma L.P.

**Debtor**

Purdue Pharma L.P.

**Appellant**

Ronald Bass

represented by   Ronald Bass
                 450 Little Place
                 Apt. 53
                 N. Plainfield, NJ 07060
                 PRO SE

V.

**Appellee**

Purdue Pharma L.P.

represented by   Benjamin S. Kaminetzky
                 Davis Polk & Wardwell LLP (NYC)
                 450 Lexington Avenue
                 New York, NY 10017
                 (212)-450-4259
                 Fax: (212)-450-3259
                 Email: ben.kaminetzky@dpw.com
                 *LEAD ATTORNEY*
                 *ATTORNEY TO BE NOTICED*

                 Christopher Scott Robertson
                 Davis Polk & Wardwell LLP
                 450 Lexington Avenue
                 New York, NY 10017
                 212-450-4917
                 Email:

christopher.robertson@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Eli James Vonnegut
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
212-450-4331
Email: eli.vonnegut@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Marshall Scott Huebner
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212)-450-4099
Fax: (212)-450-5572
Email:
marshall.huebner@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Timothy E. Graulich
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212)-450-4639
Fax: (212)-701-5639
Email:
timothy.graulich@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Interested Party</u>

The Official Committee of Unsecured    represented by    Erik Preis
Creditors of Purdue Pharma L.P., et                         Akin Gump Strauss Hauer & Feld LLP
al.                                                          One Bryant Park
                                                            New York, NY 10036
                                                            212-872-1000
                                                            Fax: 212-872-1002
                                                            Email: apreis@akingump.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            Mitchell Patrick Hurley
                                                            Akin Gump Strauss Hauer & Feld LLP
                                                            (NYC)

One Bryant Park
New York, NY 10036
212-872-1011
Fax: 212-872-1002
Email: mhurley@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Interested Party

Ad Hoc Committee of Governmental          represented by   Kenneth H. Eckstein
and Other Contingent Litigation                            Kramer Levin Naftalis & Frankel, LLP
Claimants                                                  1177 Avenue of the Americas
                                                           New York, NY 10036
                                                           (212) 715-9100
                                                           Fax: (212) 715-8100
                                                           Email: keckstein@kramerlevin.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           David Ellis Blabey , Jr.
                                                           Kramer, Levin , Naftalis & Frankel,
                                                           LLP
                                                           1177 Avenue of the Americas
                                                           New York, NY 10036
                                                           (212) 715-9100 x7634
                                                           Fax: (212) 715-8000
                                                           Email: dblabey@kramerlevin.com
                                                           *ATTORNEY TO BE NOTICED*

                                                           Rachael Lynn Ringer
                                                           Kramer Levin Naftalis & Frankel
                                                           1177 Avenue of The Americas
                                                           New York, NY 10036
                                                           (212)-715-9506
                                                           Fax: (212)-715-8000
                                                           Email: rringer@kramerlevin.com
                                                           *ATTORNEY TO BE NOTICED*

V.

Intervenor

Ad Hoc Group of Individual Victims        represented by   J. Christopher Shore
of Purdue Pharma, L.P.                                     White & Case LLP (NY)
                                                           1221 Ave of the Americas
                                                           New York, NY 10020
                                                           (212) 819-8200
                                                           Fax: (212) 354-8113
                                                           Email: cshore@whitecase.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2021 | 10 | NOTICE OF APPEARANCE by J. Christopher Shore on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma, L.P...(Shore, J.) (Entered: 10/04/2021) |
| 10/04/2021 | 9 | NOTICE OF APPEARANCE by David Ellis Blabey, Jr on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants.. (Blabey, David) (Entered: 10/04/2021) |
| 10/04/2021 | 8 | NOTICE OF APPEARANCE by Rachael Lynn Ringer on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants.. (Ringer, Rachael) (Entered: 10/04/2021) |
| 10/04/2021 | 7 | NOTICE OF APPEARANCE by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants.. (Eckstein, Kenneth) (Entered: 10/04/2021) |
| 09/30/2021 | 6 | LETTER addressed to Judge Nelson Stephen Roman from Mitchell P. Hurley dated September 30, 2021 Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al...(Hurley, Mitchell) (Entered: 09/30/2021) |
| 09/30/2021 | 5 | NOTICE OF APPEARANCE by Erik Preis on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al...(Preis, Erik) (Entered: 09/30/2021) |
| 09/30/2021 | 4 | NOTICE OF APPEARANCE by Mitchell Patrick Hurley on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al...(Hurley, Mitchell) (Entered: 09/30/2021) |
| 09/28/2021 | 3 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Ronald Bass..(bkar) (Entered: 09/28/2021) |
| 09/28/2021 | 2 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532..(bkar) (Entered: 09/28/2021) |
| 09/28/2021 | | Case Designated ECF. (bkar) (Entered: 09/28/2021) |
| 09/28/2021 | | BANKRUPTCY APPEAL CASE REFERRED BY COURT TO Judge Nelson Stephen Roman as possibly related to 21-cv-7532. (bkar) (Entered: 09/28/2021) |
| 09/28/2021 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received.Document filed by Ronald Bass. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(bkar) (Entered: 09/28/2021) |

## PACER Service Center

SDNY CM/ECF NextGen Version 1.6    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?619432197161.

| Transaction Receipt | | | |
|---|---|---|---|
| 10/05/2021 12:25:42 | | | |
| PACER Login: | US5070 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 7:21-cv-08049-UA |
| Billable Pages: | 3 | Cost: | 0.30 |
| Exempt flag: | Exempt | Exempt reason: | Always |

12BF

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:95-cv-01756-JLL
### Internal Use Only

BASS v. WILSON, et al
Assigned to: Judge Jose L. Linares
Demand: $0
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/17/1995
Date Terminated: 01/23/1998
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

**Plaintiff**

**RONALD BASS**                    represented by   **RONALD BASS**
#139451
DELANEY HALL, FREEDOM UNIT
ROOM 2112B
451 DOREMIUS AVENUE
NEWARK, NJ 07105
PRO SE

V.

**Defendant**

**GEORGE E. WILSON**

**Defendant**

**Attorney General of the State of New
Jersey**

**Defendant**

**CLIFFORD MINOR**                 represented by   **RAYMOND W. HOFFMAN**
*PROSECUTOR*                                        OFFICE OF THE COUNTY
PROSECUTOR
ESSEX COUNTY COURTS BUILDING
NEWARK, NJ 07102
(973)621-4700
Email: raymond.hoffman@njecpo.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**THOMAS CAVER**
*ASST. PROSECUTOR*

**Defendant**

**GWENDOLYN BLUE**
*ASST. PROSECUTOR*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/1995 | 1 | PETITION for writ of habeas corpus (femp) (Entered: 04/18/1995) |
| 04/17/1995 | 2 | ORDER, granting in forma pauperis ( signed by Judge Maryanne T. Barry ) (femp) (Entered: 04/18/1995) |
| 04/17/1995 | 3 | ORDER, set answer due for 6/16/95 for GWENDOLYN BLUE, for THOMAS CAVER, for CLIFFORD MINOR, for ATTORNEY GENERAL, for GEORGE E. WILSON ( signed by Judge Maryanne T. Barry ) (femp) (Entered: 04/18/1995) |
| 04/17/1995 | 4 | NOTICE of Allocation and Assignment filed. Magistrate STANLEY R. CHESLER (femp) (Entered: 04/18/1995) |
| 05/01/1995 | 5 | Notice of MOTION to dismiss PETITION FOR WRIT OF HABEAS CORPUS for failure to state a claim by CLIFFORD MINOR, Motion hearing set for 6/12/95 on [5-1] motion ; w/cert. of serv. & copies of State Court Papers (Brief/PO Subm) (DD) (Entered: 05/02/1995) |
| 05/05/1995 | 6 | Notice of MOTION for a Certificate of Probable Cause purs to 28 USC 2253 & R. App. Pro. 22(b) and for appointment of counsel by RONALD BASS, Motion hearing set for 6/12/95 on [6-1] motion, set for 6/12/95 on [6-2] motion . (w/attached Brief) (DD) (Entered: 05/09/1995) |
| 05/05/1995 | 7 | Notice of MOTION to present a petition for reply under a counterclaim purs to Fed. R. Civ. Pro. 7(a) by RONALD BASS, Motion hearing set for 6/12/95 on [7-1] motion . (w/attached Brief) (DD) (Entered: 05/09/1995) |
| 06/05/1995 | 8 | APPLICATION/MOTION by pltf., RONALD BASS for petition for reply under a counterclaim [copy sent to MTB] (DD) (Entered: 06/07/1995) |
| 06/05/1995 | 9 | NOTICE to supplement Writ of Habeas Corpus Petition by pltf., RONALD BASS [copy sent to MTB] (DD) (Entered: 06/09/1995) |
| 06/12/1995 | 10 | Minute entry: Proceedings recorded by Ct-Reporter: NONE; Minutes of: 6/12/95; The following actions were taken, At call for [5-1] motion to dismiss PETITION FOR WRIT OF HABEAS CORPUS for failure to state a claim under advisement, purs to Rule 78. By Judge Maryanne T. Barry (DD) (Entered: 06/14/1995) |
| 06/12/1995 | 11 | Minute entry: Proceedings recorded by Ct-Reporter: NONE; Minutes of: 6/12/95; The following actions were taken, At call for [7-1] motion to present a petition for reply under a counterclaim purs to Fed. R. Civ. Pro. 7(a) taken under advisement, [6-1] motion for a Certificate of Probable Cause purs to 28 USC 2253 & R. App. Pro. 22(b) taken under advisement, [6-2] motion for appointment of counsel taken under advisement, purs to Rule 78 By Judge Maryanne T. Barry (DD) (Entered: 06/14/1995) |
| 06/15/1995 | 12 | COPY OF SUZETTE PEYTON'S APPLICATION for a restraining Order re Ronald Bass' petition for habeas corpus etc. [Copy to chmbrs] (ar) (Entered: 06/15/1995) |
| 06/19/1995 | 13 | NOTICE of TORT CLAIM by pltf., RONALD BASS (DD) (Entered: 06/21/1995) |
| 07/07/1995 | 14 | NOTICE of Tort Claim by pltf RONALD BASS (sr) (Entered: 07/07/1995) |
| 08/03/1995 | 15 | ADDENDUM TO CERTIFICATION of RONALD BASS Re: in support of TORT CLAIM NOTICE [copy sent to MTB] (DD) (Entered: 08/03/1995) |
| 08/03/1995 | 16 | AFFIDAVIT of MARK BASS Re: in support of TORT CLAIM NOTICE of Ronald Bass [copy sent to MTB] (DD) Modified on 08/03/1995 (Entered: 08/03/1995) |

| 08/21/1995 | 17 | Plaintiff's BRIEF filed (DD) (Entered: 08/21/1995) |
| 08/31/1995 | 18 | LETTER by pltf., RONALD BASS Re: correspondence between Hertz, Inc. (DD) (Entered: 09/01/1995) |
| 08/31/1995 | 19 | Copy of LETTER by pltf. to deft., HERTZ CORPORATION Re: Diversity of Citizenship (DD) (Entered: 09/01/1995) |
| 10/01/1997 | | LETTER by SUZETTE PEYTON on behalf of pltfs. addressed to Judge Bissell re Immigration & Naturlization Service (copy to Judge Bissell) (See 97cv3409) (cs) Modified on 10/03/1997 (Entered: 10/03/1997) |
| 10/06/1997 | 20 | Plaintiff's BRIEF filed {copy sent to MTB} (DD) (Entered: 10/06/1997) |
| 10/06/1997 | | Plaintiff's BRIEF filed (See 97cv3409 for original) (cs) (Entered: 10/07/1997) |
| 10/10/1997 | | NOTICE by pla., RONALD BASS of constitutional tort claims for reply under a counterclaim etc. (see civ 97-3409 for original document) ( Copy to Judge Barry) (cs) (Entered: 10/15/1997) |
| 10/28/1997 | | LETTER by SUZETTE PEYTON addressed to Honorable John W. Bissell in liew of motion for a counterclaim pursuant to FRCP R. 7(a) and R. 14(b) etc. (Copy to Judge Bissell) (See civ. 97-3409 for Original doc. #24) (cs) (Entered: 10/30/1997) |
| 01/23/1998 | 21 | ORDER dismissing [1-1] petition ( signed by Judge Maryanne T. Barry ) (DD) (Entered: 01/23/1998) |
| 01/23/1998 | | Case closed (DD) (Entered: 01/23/1998) |
| 04/13/2000 | 22 | LETTER By pltf;, RONALD BASS Re: "invoking jurisdiction" (DD) (Entered: 04/13/2000) |
| 02/20/2004 | 23 | NOTICE OF APPEAL as to 3 Order, by pla/pro se RONALD BASS. Filing fee $ ifp. Copies of Notice of appeal sent to Clerk,USCA and to all counsel on record (ce, ) (Entered: 02/27/2004) |
| 04/26/2004 | 24 | Letter from RONALD BASS enclosing copies of Cmp. fld. w/the New Jersey Supreme Court; etc. (DD, ) (Entered: 04/26/2004) |

RECEIVED



**New Jersey Judiciary**

APR 25 2022

**Request for Disclosure of Judicial Financial Reporting**
**Statement**

SUPERIOR COURT
CLERK'S OFFICE

| | |
|---|---|
| Please type or print legibly | |

IMPORTANT NOTE: Contact information, including phone number, must be completed for ALL requests.

I request disclosure of the Judicial Financial Reporting Statement(s) for :

Garry J. Furnari - Essex County
Judge(s) Name

CONTACT INFORMATION required for request to be processed. Requests received without this section completed **in**
**full will not be processed.**

Name  Ronald Bass                          Phone 908-374-9321

Address  450 Little Place  Apt 53

City  N. Plainfield                    State NJ       Zip 07060

☐  I would like to review the Judicial Financial Reporting Statement(s) at the Richard J. Hughes Justice
Complex, 25 Market Street, Trenton, N.J. on _____
(date)

☒  I would like the Judicial Financial Reporting Statement(s) mailed to me at the address provided above.

Ronald Bass                                 4-25-22

Signature                                    5-7-22
                                             Date of Request

A fee will be charged for copies, as permitted by *N.J.S.A.* 47:1A-2. Fees are:
.05 per page for letter size (8.5 x 11)
.07 per page for legal size (8.5 x 14)

The fee will be calculated based on the number of pages copied, and you will be notified by the staff of the
Superior Court Clerk's Office of the exact amount due. Copies will be provided upon receipt of payment.
Make checks payable to the *Treasurer, State of New Jersey.* **No cash or credit cards will be accepted.**

Please return the completed Request for Disclosure of Judicial Financial Reporting Statement to:

Superior Court Clerk's Office
Michelle M. Smith, Superior Court Clerk
Hughes Justice Complex
25 Market Street, P.O. Box 037
Trenton, NJ  08625
Phone: 609-984-4200

**TO BE COMPLETED BY THE SUPERIOR COURT CLERKS OFFICE**

| # of Pages Copied | Fee | SC Receipt # | Copies Provided By |
|---|---|---|---|
| | | | |

**RECEIVED**



New Jersey Judiciary

**Request for Disclosure of Judicial Financial Reporting Statement**

APR 25 2022

SUPERIOR COURT

Please type or print legibly

IMPORTANT NOTE:  Contact information, including phone number, must be completed for ALL requests.

I request disclosure of the Judicial Financial Reporting Statement(s) for :

Jose L. Linares (formerly Essex County)

Judge(s) Name

CONTACT INFORMATION required for request to be processed.  Requests received without this section completed **in full will not be processed.**

Name *Ronald Bass*                    Phone *908·374·932*

Address *450 Little Place Apt. 53*

City *N. Plainfield*           State *NJ*      Zip *07060*

☐ I would like to review the Judicial Financial Reporting Statement(s) at the Richard J. Hughes Justice Complex, 25 Market Street, Trenton, N.J. on _____ .
(date)

☒ I would like the Judicial Financial Reporting Statement(s) mailed to me at the address provided above.

*Ronald Bass*                                    *4-25-22*
Signature                                    Date of Request
                                             *5-9-22*

A fee will be charged for copies, as permitted by *N.J.S.A.* 47:1A-2.  Fees are:
.05 per page for letter size (8.5 x 11)
.07 per page for legal size (8.5 x 14)

The fee will be calculated based on the number of pages copied, and you will be notified by the staff of the Superior Court Clerk's Office of the exact amount due.  Copies will be provided upon receipt of payment.  Make checks payable to the *Treasurer, State of New Jersey*.  **No cash or credit cards will be accepted.**

Please return the completed Request for Disclosure of Judicial Financial Reporting Statement to:

> Superior Court Clerk's Office
> Michelle M. Smith, Superior Court Clerk
> Hughes Justice Complex
> 25 Market Street, P.O. Box 037
> Trenton, NJ  08625
> Phone: 609-984-4200

**TO BE COMPLETED BY THE SUPERIOR COURT CLERKS OFFICE**

| # of Pages Copied | Fee | SC Receipt # | Copies Provided By |
|---|---|---|---|
|  |  |  |  |

RECEIVED

**New Jersey Judiciary**

**Request for Disclosure of Judicial Financial Reporting Statement**

APR 25 2022
SUPERIOR COUR
CLERK'S OFFICE

Please type or print legibly

IMPORTANT NOTE: Contact information, including phone number, must be completed for ALL requests.

I request disclosure of the Judicial Financial Reporting Statement(s) for :

Judge Brian R. Martinotti ( formerly in Bergan County)

*Judge(s) Name*

CONTACT INFORMATION required for request to be processed. Requests received without this section completed **in full** will not be processed.

Name  Ronald Bass                                                 Phone  908-374-9321

Address  450 Little Place, Apt. 53

City  N. Plainfiel                            State  N. J     Zip  07060

☐ I would like to review the Judicial Financial Reporting Statement(s) at the Richard J. Hughes Justice Complex, 25 Market Street, Trenton, N.J. on _____.
*(date)*

☒ I would like the Judicial Financial Reporting Statement(s) mailed to me at the address provided above.

*Ronald Bass*                                                    5-9-22
Signature                                                        4-24-22
                                                                 4-25-22
                                                                 Date of Request

A fee will be charged for copies, as permitted by *N.J.S.A.* 47:1A-2. Fees are:
.05 per page for letter size (8.5 x 11)
.07 per page for legal size (8.5 x 14)

The fee will be calculated based on the number of pages copied, and you will be notified by the staff of the Superior Court Clerk's Office of the exact amount due. Copies will be provided upon receipt of payment. Make checks payable to the *Treasurer, State of New Jersey.* No cash or credit cards will be accepted.

Please return the completed Request for Disclosure of Judicial Financial Reporting Statement to:

> Superior Court Clerk's Office
> Michelle M. Smith, Superior Court Clerk
> Hughes Justice Complex
> 25 Market Street, P.O. Box 037
> Trenton, NJ 08625
> Phone: 609-984-4200

**TO BE COMPLETED BY THE SUPERIOR COURT CLERKS OFFICE**

| # of Pages Copied | Fee | SC Receipt # | Copies Provided By |
|---|---|---|---|
| | | | |

# Sales Report by Report Date

Composite

October 1, 2019  to  October 31, 2019

View Date:  November 12, 2019

 **STATE STREET.**

Base Currency: USD - US DOLLAR

| Asset ID | Security Name/Description | Exchange Rate | Fund | | Trd Date / Price | Stl Date | Fall Days / Interest | Broker Name / Commissions | Stl Cur/Loc / Taxes/Fees/Other | Comm Per Shr / Net Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | Shares/Par/Contracts | | | | | | | | | |
| | Units/Original Face | | | | | | | | | |
| 88104LAB9 Total | | | | | | | | | | |
| | 450,000.000 | | | Local | | | 10,765.62 | 0.00 | 0.00 | 477,540.00 |
| | | | | Base | | | 10,765.62 | 0.00 | 0.00 | 477,540.00 |
| 88160RAE1 | TESLA INC | 5.3% | 15 Aug 2025 | | 02 Oct 2019 | 04 Oct 2019 | | MORGAN STANLEY CO INCORPORATED | USD/DTC | |
| | 25,000.000 | 1.000000 | NJFX | | 89.500000 | | 180.35 | 0.00 | 0.00 | |
| | | | | Local | 89.500000 | | 180.35 | 0.00 | 0.00 | 22,375.00 |
| | | | | Base | | | | | | 22,375.00 |
| 88166HAD9 | TEVA PHARMA FIN IV LLC | 2.25% | 18 Mar 2020 | | 21 Oct 2019 | | | CREDIT SUISSE SECURITIES (EUROPE) L | USD/EUR | |
| | 565,000.000 | 1.000000 | NJGR | | 99.000000 | | 1,235.94 | 0.00 | 0.00 | 559,350.00 |
| | | | | Local | 99.000000 | | 1,235.94 | 0.00 | 0.00 | 559,350.00 |
| | | | | Base | | | | | | |
| | -565,000.000 | 1.000000 | NJGR | | 21 Oct 2019 | CANCEL | | CREDIT SUISSE SECURITIES (EUROPE) L | USD/EUR | |
| | | | | Local | 99.000000 | | -1,235.94 | 0.00 | 0.00 | -559,350.00 |
| | | | | Base | 99.000000 | | -1,235.94 | 0.00 | 0.00 | -559,350.00 |
| | 565,000.000 | 1.000000 | NJGR | | 21 Oct 2019 | 28 Oct 2019 | 5 | CREDIT SUISSE SECURITIES (EUROPE) L | USD/EUR | |
| | | | | Local | 99.000000 | | 1,235.94 | 0.00 | 0.00 | 559,350.00 |
| | | | | Base | 99.000000 | | 1,235.94 | 0.00 | 0.00 | 559,350.00 |
| 88166HAD9 Total | | | | | | | | | | |
| | 565,000.000 | | | Local | | | 1,235.94 | 0.00 | 0.00 | 559,350.00 |
| | | | | Base | | | 1,235.94 | 0.00 | 0.00 | 559,350.00 |
| 89055FAA1 | TOPBUILD CORP | 5.625% | 01 May 2026 | | 29 Oct 2019 | 31 Oct 2019 | | J P MORGAN SECURITIES INC | USD/DTC | |
| | 30,000.000 | 1.000000 | NJGS | | 105.000000 | | 843.75 | 0.00 | 0.00 | 31,500.00 |
| | | | | Local | 105.000000 | | 843.75 | 0.00 | 0.00 | 31,500.00 |
| | | | | Base | | | | | | |
| 896818AH4 | TRIUMPH GROUP INC | 4.875% | 01 Apr 2021 | | 24 Oct 2019 | 24 Oct 2019 | | CALLED BONDS | USD/DTC | |
| | 90,000.000 | 1.000000 | NJFX | | 100.000000 | | 280.31 | 0.00 | 0.00 | 90,000.00 |
| | | | | Local | 100.000000 | | 280.31 | 0.00 | 0.00 | 90,000.00 |
| | | | | Base | | | | | | |
| 901109AF5 | TUTOR PERINI CORP | 6.875% | 01 May 2025 | | 10 Oct 2019 | 15 Oct 2019 | | JEFFERIES + COMPANY INC | USD/DTC | |
| | 20,000.000 | 1.000000 | NJGS | | 97.000000 | | 626.39 | 0.00 | 0.00 | 19,400.00 |
| | | | | Local | 97.000000 | | 626.39 | 0.00 | 0.00 | 19,400.00 |
| | | | | Base | | | | | | |
| 901109AF5 | TUTOR PERINI CORP | 6.875% | 01 May 2025 | | 11 Oct 2019 | 16 Oct 2019 | | GOLDMAN SACHS + CO LLC | USD/DTC | |

*[handwritten annotation:]* The State of New Jersey, et al. Investor



**Purdue Pharma L.P.**

One Stamford Forum
Stamford, CT 06901-3431
www.purduepharma.com

13 NOV 2020

Ronald Bass Sr.
450 Little Pl apt 53, N
North Plainfield, NJ  07060

RE: Local Reference Number(s):  PFT-000478317_00635244

Dear James J Bateman III,

Purdue Pharma has received information regarding an adverse experience associated with the use of one of our products. We are interested in obtaining detailed information about the event(s) experienced.

Patient identifier (Initials/ Age/ Gender):  **xx/xx/ xx**
Product(s): **not specified; please provide**
Reported Adverse Event(s):  **not specified; please provide**

Please complete the enclosed follow-up form and return it in the self-addressed stamped envelope which has been provided for your convenience.

Should you have additional questions, please contact the Drug Safety and Pharmacovigilance Department at (888) 726-7535, prompt #2.

Thank you for assisting us in gathering valuable quality and safety information about our products.

Sincerely,
Drug Safety and Pharmacovigilance Purdue Pharma

Enclosures:
Consumer Follow Up Form
SASE

Dedicated to Physicians and Patient



Purdue Pharma L.P.

One Stamford Forum
Stamford, CT 06901-3431
www.purduepharma.com

February 10, 2021

Sr. Ronald Bass
450 Little Place, Apt.53
North Plainfield, NJ 07060

Dear Sr. Ronald Bass,

You recently received a letter from Purdue's Drug Safety and Pharmacovigilance (DSP) team in connection with information in a claim you submitted in the Chapter 11 bankruptcy action pending in the Southern District of New York for Purdue Pharma LP and its affiliates (hereafter, "the Debtors"). We are sending this letter to clarify the reason you were contacted by the Debtors directly.

U.S. Food and Drug Administration (FDA) regulations require the Debtors to review and, where appropriate, submit to FDA adverse drug experience information received from, in this case, individuals like you. Because your claim information alleged an adverse drug experience, the Debtors sent you the prior letter requesting the information to meet FDA's regulatory expectations with respect to follow up. These FDA-related requirements apply to the Debtors as a drug manufacturer, and do not impose any obligations on you to respond.

PLEASE BE AWARE THAT THE LETTER YOU RECEIVED IS NOT PART OF THE BANKRUPTCY PROCEEDING AND WAS SENT SEPARATE AND APART FROM THE CHAPTER 11 CASES. THE BANKRUPTCY PROCESS DOES NOT REQUIRE OR OBLIGATE YOU TO RESPOND TO THE LETTER OR TO PROVIDE ADDITIONAL INFORMATION.

SHOULD YOU ELECT TO PROVIDE ADDITIONAL INFORMATION – OR IF YOU HAVE DONE SO ALREADY -- SUCH INFORMATION SHALL BE USED STRICTLY FOR FDA SAFETY REPORTING PURPOSES. PROVIDING (OR NOT PROVIDING) INFORMATION IN RESPONSE TO THE REQUEST SHALL HAVE NO EFFECT WHATSOEVER ON THE CHAPTER 11 CASES, NOR SHALL IT PREJUDICE YOUR ABILITY TO SUPPLEMENT YOUR CLAIMS AT SOME FUTURE DATE IF OTHERWISE ALLOWED, OR CALLED FOR, IN THE BANKRUPTCY PROCESS.

IF YOU HAVE ANY QUESTIONS ABOUT THIS LETTER, PLEASE CONTACT ARIK PREIS (apreis@akingump.com), AT AKIN GUMP STRAUSS HAUER AND FELD, LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE CHAPTER 11 CASES, WHICH ACTS AS A FIDUCIARY TO ALL UNSECURED CREDITORS.

Thank you for your time. We regret any confusion caused by our prior letter. Given the unique nature of the bankruptcy proceedings, the Debtors are engaged in discussions with FDA at this time about whether they can discontinue sending follow-up letters like the one you received.

Sincerely,
Drug Safety and Pharmacovigilance
Purdue Pharma L.P.

Cc: Arik Preis, Akin Gump Strauss Hauer & Feld, LLP, counsel to the Official Committee of Unsecured Creditors

*Dedicated to Physician and Patient*

RECEIVED

2008 APR 29  AM 10: 44

U S DISTRICT COURT SDNY

**State of New Jersey**

DEPARTMENT OF HUMAN SERVICES
DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES
PO Box 712
TRENTON NJ 08625-0712
TELEPHONE 1-800-356-1561

JON S. CORZINE
*Governor*

JENNIFER VELEZ
*Commissioner*

JOHN R. GUHL
*Director*

July 28, 2008

RONALD BASS
6 ANDREW COURT
GREEN BROOK, NJ 08812-

**GA   187027455101**

Dear Client:

A review of prescription drug claims submitted on your behalf indicates either a higher than usual number or dosage of drugs dispensed, or some other problem with your use of drugs.

In an effort to more closely monitor your usage and to protect your health and well-being, we plan to limit you to the use of one pharmacy of your choice. In this way, the pharmacy can better oversee the drugs that you take. If a medical emergency arises and the pharmacy to which you are restricted is unable to serve you, you may obtain up to a 72-hour supply of your drugs at another pharmacy.

To select a pharmacy, please take the enclosed Pharmacy Selection Form and envelope to the pharmacy of your choice. Be sure to sign and date Part A of the form where indicated, and ask your pharmacist to complete part B. If the pharmacy that is your first choice refuses to accept you, please continue to contact other pharmacies until you find one that will.

**It is important that this form be filled in and returned in the enclosed envelope no later that** ~~Failure to choose a pharmacy and to~~ **return this completed form by this date will result in a pharmacy being selected for you.**

If you have any questions, please call this office at our toll free # 1-877-853-5678 weekdays between the hours of 8:30 a.m. and 4:30 p.m.

- 2 -

During the period of your restriction you have the right to request a change of pharmacy for good cause, by writing to:

**Bureau of Administrative Action**
**and Recoveries**
**Special Status Unit #06**
**PO Box 712**
**Trenton, New Jersey 08625-0712**

Thank you for your cooperation.

Sincerely,

Catherine Z. Gancarz
Special Status Program
Bureau of Administrative Action
and Recoveries

**Enclosures**

SSP-1GA (Rev. 07/06)