AKIN GUMP STRAUSS HAUER & FELD LLP
Arik Preis
Mitchell Hurley
Sara L. Brauner
Edan Lisovicz
One Bryant Park

New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
apreis@akingump.com
mhurley@akingump.com
sbrauner@akingump.com
elisovicz@akingump.com

*Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR NOTICES AND DOCUMENTS OF COREY W. ROUSH**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that The Official Committee of Unsecured Creditors (the "Official Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Chapter 11 Cases"), by and through its undersigned counsel, hereby withdraws Corey W. Roush's appearance in the Chapter 11 Cases, and requests that Corey W. Roush and his email addresses (croush@akingump.com and corey.roush@sidley.com) be removed from all notices, including the Court's CM/ECF electronic notification service, official mailing matrix and other service lists in the Chapter 11 Cases.

The Official Committee will continue to be represented in the Chapter 11 Cases by Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner and Edan Lisovicz of Akin Gump Strauss Hauer & Feld LLP.

Dated: New York, New York
       July 24, 2024

AKIN GUMP STRAUSS HAUER & FELD LLP

By:  /s/ *Arik Preis*
     Arik Preis
     Mitchell Hurley
     Sara L. Brauner
     Edan Lisovicz
     One Bryant Park
     New York, New York 10036
     Tel: (212) 872-1000
     Fax: (212) 872-1002
     apreis@akingump.com
     mhurley@akingump.com
     sbrauner@akingump.com
     elisovicz@akingump.com

     *Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.*, et al.