Hon. Sean H Lane
United States Bankruptcy Court
300 Quarropas Street
White Plain, NY 10601

July 26, 2024

Re: Case No. 19-23649 (SHL)

Dear Judge Lane and Chambers

Find a courtesy copy of my respond to the U.S. Department of Health & Human Services.

Ronald Bass, Sr.

**To:** Jennifer Hoening, Ph.D., MPH
National Study Director, HHS
Kathleen A. Considine
National Field Director, RTI
United States Government

**From:** Ronald Bass, Sr.
450 Little Place, Apt. 53
N. Plainfield, New Jersey 07060
(908) 374-9321
Email: ronaldbass12345@gmail.com

**Response to your second request for me to participate in your opioid research**

July 22, 2024

**Re:** Participant Code ▮▮▮▮▮▮▮

Dear Jennifer Hoening, Ph.D., et al.

I hope this letter finds you in good health. I am writing to bring to your attention a matter of great importance regarding the harm I have experienced due to the prescription and administration of opioid medication, coupled with professional negligence.

I would like to share my story and shed light on the impact that this unfortunate situation has had on my life. It's is my hope that by doing so, we can work together to prevent similar occurrences in the future and seek appropriate measures for resolution to injuries.

Firstly, let me provide some background information. I have been under the care of several medical professionals for certain condition or pain management, and as part to my treatment, I was prescribed opioid medication. Although these drugs are commonly used for pain relief, it became evident that the prescribed dosages and management of the medication were not appropriate for my specific circumstances.

The negligent actions or lack of proper oversight by medical professionals involved in my care have resulted in significant harm to my physical and mental well-being. The prolonged used of opioids has led to a range of adverse effects, including dependency, addiction, and worsening of the underlying condition. Furthermore, the lack of appropriate monitoring and

adjustment of the medication regimen has exacerbated the situation and hindered my ability to regain optimal health.

I want to emphasize the important of holding accountable those responsible for such negligent actions. The impact of this harm extends beyond personal suffering and has affected my ability to carry out daily activities, maintain my constitutional rights under **this** democracy, opportunities of employment, family unification and enjoy a good quality of life. It is imperative that measures are taken to prevent similar situations from occurring and to ensure that those affected receive that necessary support and appropriate care and not be subjected libel.

I kindly request that you investigate this matter thoroughly and take the appropriate steps to address the harm caused by negligent administration of opioid medication. This may include a review of my medical records, consultation with relevant experts, and consideration of appropriate compensation to alleviate the financial burden resulting from the consequences of this negligence.

I am open to discussing this matter further and providing any additional information or supporting documentation that you may require. Please feel free to contact me at your earliest convenience to arrange a meeting or conversation to discuss these issues in more detail.

Thank you for your attention to this matter, and I trust that you will handle it with the utmost care and professionalism. I look forward to your prompt response and a resolution that will help prevent similar instance from occurring in the future.

**5 ATTACHMENTS**

Yours sincerely

*Ronald Bass Sr.*

Our best regards

Cc: U.S. Court of Appeals for the Federal Circuit

Stephen J. Smith, U.S. Dept. of Justice, Commercial Litigation

# PUBLIC LAW 114-145

S. 483




# One Hundred Fourteenth Congress
## of the
## United States of America

**AT THE SECOND SESSION**

*Begun and held at the City of Washington on Monday,
the fourth day of January, two thousand and sixteen*

## An Act

To improve enforcement efforts related to prescription drug diversion and abuse, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

SECTION 1. SHORT TITLE.

This Act may be cited as the "Ensuring Patient Access and Effective Drug Enforcement Act of 2016".

SEC. 2. REGISTRATION PROCESS UNDER CONTROLLED SUBSTANCES ACT.

(a) DEFINITIONS.—
    (1) FACTORS AS MAY BE RELEVANT TO AND CONSISTENT WITH THE PUBLIC HEALTH AND SAFETY.—Section 303 of the Controlled Substances Act (21 U.S.C. 823) is amended by adding at the end the following:
    "(j) In this section, the phrase 'factors as may be relevant to and consistent with the public health and safety' means factors that are relevant to and consistent with the findings contained in section 101.".
    (2) IMMINENT DANGER TO THE PUBLIC HEALTH OR SAFETY.—Section 304(d) of the Controlled Substances Act (21 U.S.C. 824(d)) is amended—
        (A) by striking "(d) The Attorney General" and inserting "(d)(1) The Attorney General"; and
        (B) by adding at the end the following:
    "(2) In this subsection, the phrase 'imminent danger to the public health or safety' means that, due to the failure of the registrant to maintain effective controls against diversion or otherwise comply with the obligations of a registrant under this title or title III, there is a substantial likelihood of an immediate threat that death, serious bodily harm, or abuse of a controlled substance will occur in the absence of an immediate suspension of the registration.".

(b) OPPORTUNITY TO SUBMIT CORRECTIVE ACTION PLAN PRIOR TO REVOCATION OR SUSPENSION.—Subsection (c) of section 304 of the Controlled Substances Act (21 U.S.C. 824) is amended—
    (1) by striking the last three sentences;
    (2) by striking "(c) Before" and inserting "(c)(1) Before"; and
    (3) by adding at the end the following:
"(2) An order to show cause under paragraph (1) shall—
    "(A) contain a statement of the basis for the denial, revocation, or suspension, including specific citations to any laws

S. 483—2

or regulations alleged to be violated by the applicant or registrant;

"(B) direct the applicant or registrant to appear before the Attorney General at a time and place stated in the order, but not less than 30 days after the date of receipt of the order; and

"(C) notify the applicant or registrant of the opportunity to submit a corrective action plan on or before the date of appearance.

"(3) Upon review of any corrective action plan submitted by an applicant or registrant pursuant to paragraph (2), the Attorney General shall determine whether denial, revocation, or suspension proceedings should be discontinued, or deferred for the purposes of modification, amendment, or clarification to such plan.

"(4) Proceedings to deny, revoke, or suspend shall be conducted pursuant to this section in accordance with subchapter II of chapter 5 of title 5, United States Code. Such proceedings shall be independent of, and not in lieu of, criminal prosecutions or other proceedings under this title or any other law of the United States.

"(5) The requirements of this subsection shall not apply to the issuance of an immediate suspension order under subsection (d).".

**SEC. 3. REPORT TO CONGRESS.**

(a) IN GENERAL.—Not later than 1 year after the date of enactment of this Act, the Secretary of Health and Human Services, acting through the Commissioner of Food and Drugs, the Administrator of the Substance Abuse and Mental Health Services Administration, the Director of the Agency for Healthcare Research and Quality, and the Director of the Centers for Disease Control and Prevention, in coordination with the Administrator of the Drug Enforcement Administration and in consultation with the Secretary of Defense and the Secretary of Veterans Affairs, shall submit a report to the Committee on the Judiciary of the House of Representatives, the Committee on Energy and Commerce of the House of Representatives, the Committee on the Judiciary of the Senate, and the Committee on Health, Education, Labor, and Pensions of the Senate identifying—

(1) obstacles to legitimate patient access to controlled substances;

(2) issues with diversion of controlled substances;

(3) how collaboration between Federal, State, local, and tribal law enforcement agencies and the pharmaceutical industry can benefit patients and prevent diversion and abuse of controlled substances;

(4) the availability of medical education, training opportunities, and comprehensive clinical guidance for pain management and opioid prescribing, and any gaps that should be addressed;

(5) beneficial enhancements to State prescription drug monitoring programs, including enhancements to require comprehensive prescriber input and to expand access to the programs for appropriate authorized users; and

(6) steps to improve reporting requirements so that the public and Congress have more information regarding prescription opioids, such as the volume and formulation of prescription opioids prescribed annually, the dispensing of such prescription opioids, and outliers and trends within large data sets.

S. 483—3

(b) CONSULTATION.—The report under subsection (a) shall incorporate feedback and recommendations from the following:
 (1) Patient groups.
 (2) Pharmacies.
 (3) Drug manufacturers.
 (4) Common or contract carriers and warehousemen.
 (5) Hospitals, physicians, and other health care providers.
 (6) State attorneys general.
 (7) Federal, State, local, and tribal law enforcement agencies.
 (8) Health insurance providers and entities that provide pharmacy benefit management services on behalf of a health insurance provider.
 (9) Wholesale drug distributors.
 (10) Veterinarians.
 (11) Professional medical societies and boards.
 (12) State and local public health authorities.
 (13) Health services research organizations.

*[signature]*

Speaker of the House of Representatives.

*[signature]*

~~Vice President of the United States and~~
President of the Senate. Pro Tempore

**APPROVED**

APR 19 2016

*[signature]*

# Union County Files Lawsuit Against Pharmaceutical Manufacturers of Opioids

Submitted by RLS Staff on Dec 26 2018 - 4:22pm.



A lawsuit was filed by Union County against pharmaceutical manufacturers and distributors for reportedly profiting from the unlawful sales of opioid drugs.

Officials say on December 20th, Union County filed suit against pharmaceutical manufacturers and distributors alleging that each company played a critical role in a coordinated and fraudulent scheme to profit from the unlawful sales of opioid drugs.

Despite knowing the dangers of opioid use outside of the approved uses for the drugs, opioid manufacturers and distributors set out to reverse accepted medical conventions regarding the highly addictive nature and usefulness of opioid drugs.


autoweb

2018 Jeep: From $159+

Further, these companies concealed evidence of opioid drug diversion in violation of obligations under state law to identify, monitor, and report suspicious activity indicating such diversion. These schemes resulted in thousands of unnecessary opioid prescriptions throughout the County and caused a national addiction epidemic in the United States.

The suit alleges that Union County suffered significant financial injury associated with the excessive number of opioid prescriptions that have flooded the County in recent years. The suit details the defendants' scheme to encourage the use of opioid drugs to treat conditions for which the drugs were not approved, and the methods by which the defendants knowingly concealed information related to the risks associated with opioid drugs, including addiction and other safety concerns.

The alleged concerted fraudulent scheme has not only created a public-health crisis, but has also increased prescription and addiction-related treatment costs for the County.

The Chairman of the Union County Board of Chosen Freeholders, Sergio Granados, stated that, "The drug companies we are suing have made an enormous profit selling addictive drugs to our residents, many who have suffered great physical and emotional pain, and in some instances, died. Meanwhile Union County Government has paid the bills for the damage they've done. We owe it to our residents to recover whatever costs that we can. We will hold these companies accountable on behalf of our residents."

The County's complaint, which was filed in Union County, asserts claims against defendants under the New Jersey Consumer Fraud Act, the New Jersey Racketeer Influenced and Corrupt Organization Act, the New Jersey Insurance Fraud Prevention Act, as well as common law claims of public nuisance, fraud, and negligent misrepresentation. The County is represented by Kanner & Whiteley, LLC and the Keefe Law Firm.

LawsuitUnion County
Metro Breaking News

HomeUSA News

# Obama signs 'Monsanto Protection Act' written by Monsanto-sponsored senator

28 Mar, 2013 19:04 · Updated 4 years ago

Get short URL



US President Barack Obama (AFP Photo / Brendan Smialowsky / AFP)

- 15245
- 546

Follow RT on Google News

United States President Barack Obama has signed a bill into law that was written in part by the very billion-dollar corporation that will benefit directly from the legislation.

On Tuesday, Pres. Obama inked his name to H.R. 933, a continuing resolution spending bill approved in Congress days earlier. Buried 78 pages within the bill exists a provision that grossly protects biotech corporations such as the Missouri-based Monsanto Company from litigation.

With the president's signature, agriculture giants that deal with genetically modified organisms (GMOs) and genetically engineered (GE) seeds are given the go-ahead to continue to plant and sell man-made crops, even as questions remain

largely unanswered about the health risks these types of products pose to consumers.



In light of approval from the House and Senate, more than 250,000 people signed a petition asking the president to veto the spending bill over the biotech rider tacked on, an item that has since been widely referred to as the "Monsanto Protection Act."

"But Obama ignored [the petition],"IB Times' Connor Sheets writes, "instead choosing to sign a bill that effectively bars federal courts from being able to halt the sale or planting of GMO or GE crops and seeds, no matter what health consequences from the consumption of these products may come to light in the future."

James Brumley, a reporter for Investor Place, explains a little more thoroughly just how dangerous the rider is now that biotech companies are allowed to bypass judicial scrutiny. Up until it was signed, he writes, "the USDA [US Department of Agriculture] oversaw and approved (or denied) the testing of genetically modified seeds, while the federal courts retained the authority to halt the testing or sale of these plants if it felt that public health was being jeopardized. With HR 933 now a law, however, the court system no longer has the right to step in and protect the consumer."

If the president's signature isn't all that surprising, though, consider the genesis of the bill itself. According to an article published Monday in the New York Daily News, US Sen. Roy Blunt (R-Missouri) "worked with Monsanto to craft the language in the bill."



# WIKIPEDIA
The Free Encyclopedia

## ROY BLUNT
FROM WIKIPEDIA, THE FREE ENCYCLOPEDIA

ROY D. BLUNT (BORN JANUARY 10, 1950) IS THE JUNIOR UNITED STATES SENATOR FROM MISSOURI. HE IS A MEMBER OF THE REPUBLICAN PARTY. HIS SENATE SEAT WAS PREVIOUSLY HELD BY REPUBLICAN KIT BOND, UNTIL BOND'S RETIREMENT, AND WILL BE SOLD BY BLUNT TO MONSANTO CORPORATION UPON HIS RETIREMENT.



United States Sen
from Missour
Incumbent
Assumed offic
January 3, 2011

Sen. Blunt defended his bill to the News, shrugging off suggestions that it set a startling precedent that will affect all US agriculture by firing back, "What it says is if you plant a crop that is legal to plant when you plant it, you get to harvest it. But it is only a one-year protection in that bill."
One year could be all it takes to cause catastrophic damage to the environment by allowing laboratory-produced organisms to be planted into the earth without oversight. Under the Monsanto Protection Act, health concerns that arise in the immediate future involving the planting of GMO crops won't be able to be heard by a judge. Blunt, a junior senator that has held elected office since the late '90s, has good reason to whitewash the very bill he helped craft. The Center for Responsive Politics notes that Sen. Blunt received $64,250 from Monsanto to go towards his campaign committee between 2008 and 2012. The Money
Monocle website adds that Blunt has been the largest Republican Party recipient of Monsanto funding as of late.
On the lawmaker's official website, a statement explains a little more as to why he favored HR 933 and the rider within it.
"As the Ranking Member of the Appropriations Subcommittee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies, Senator Blunt played a vital role in writing the fiscal year 2013 Agriculture Appropriations bill. This legislation maintained vital support for research and extension at land grant universities, capacity building grants for non-land grant colleges of agriculture, and competitive funding under the U.S. Department of Agriculture's (USDA) Agriculture and Food Research Initiative (AFRI). The bill also included

funding for conservation activities, housing and business loan programs for rural communities, domestic and international nutrition programs."

Nowhere does the senator's site mention the Monsanto Protection Act by name, although it claims Blunt "supports continued investments in agricultural research and engineering."

"Did Blunt not realize that Monsanto would stand to gain significantly if section 735 survived and HR 933 was signed into law?" asks Brumley. "Not likely,"

"There's no way of getting around the fact this is an abusive conflict of interest," he says.

Clearly isn't Brumley the only one that feels that way either: Blunt's Wikipedia page was vandalized this week to read in the first paragraph, "His Senate seat was previously held by Republican Kit Bond, until Bond's retirement, and will be sold by Blunt to Monsanto Corporation upon his retirement."

**UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES**

ROCKVILLE, MD 20857



Somerset County Resident at:
450 LITTLE PL 53
NORTH PLAINFIELD, NJ 07060

Dear Somerset County Resident:

The U.S. Department of Health and Human Services (**HHS**) is conducting a study called the National Survey on Drug Use and Health (**NSDUH**). Through scientific methods, **your address has been randomly chosen for this study** along with 200,000 other addresses nationwide. NSDUH collects data on the use or non-use of alcohol, tobacco and other substances, as well as mental health and other health-related topics.

Your participation in this study is **voluntary** but **important to the nation**. By participating you help ensure vital information is provided to researchers and agencies for education, treatment, and prevention programs. To ensure your privacy, all answers you give are kept **confidential** by federal law[1] and used only for **statistical purposes** – combined with answers from thousands of other study participants, reported only as overall numbers. **Everyone who is selected for and completes the full interview will receive $30.**

To participate in NSDUH:

- An **adult member** of your household answers a **few general questions online** to determine if zero, one or two household members aged 12 or older may be selected to **complete the full interview**:
    - Visit https://nsduhweb.rti.org/survey (or scan the QR code below).
    - Enter your **Participant Code**: ▮
    - Follow the on-screen instructions to answer the general questions. This will only take a few minutes.
- Then, anyone selected to complete the full interview will be provided a unique link to begin that interview from any internet-enabled device (though a desktop or laptop computer is recommended). (Note that parental permission is required before anyone aged 12–17 can participate.)

A professional interviewer from RTI[2] may attempt to contact you in-person to provide more information. During the interviewer's visit, you can also answer the general questions and if selected, complete the full interview in your home, using a laptop computer.

**If you are unable to respond online and/or would prefer an in-person visit, have questions or need other assistance, please call us toll-free at 1-800-848-4079.** To learn more about the study, please visit https://nsduhweb.rti.org.

Sincerely,

*Jennifer Hoenig*                *Kathleen A. Considine*

Jennifer Hoenig, Ph.D., MPH      Kathleen A. Considine
National Study Director, HHS     National Field Director, RTI

---

[1] Confidentiality is protected by the Confidential Information Protection and Statistical Efficiency Act of 2002 (PL 107-347). Authorized by the U.S. Congress as part of Section 505 of the Public Health Service Act (42 USC 290aa4). Approved by Office of Management and Budget (OMB Approval No. 0930-0110)

[2] RTI International, a nonprofit organization, has been selected to administer this study for the U.S. Dept. of Health and Human Services.



*Sponsored in part by:*
THE HEALTHCARE FOUNDATION OF NEW JERSEY
Founded by the Jewish Community



onald Bass

UMDNJ
The UNIVERSITY HOSPITAL
University of Medicine & Dentistry of New Jersey
NEWARK, NEW JERSEY

**PATIENT**