DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br>**PURDUE PHARMA L.P.**, *et al.*,<br>Debtors.[1] | **Chapter 11**<br>**Case No. 19-23649 (SHL)**<br>**(Jointly Administered)** |

## AGENDA FOR AUGUST 14, 2024 HEARING

Time and Date of Hearing:   August 14, 2024 at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing:   In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 912 6168 0988, Passcode 678640.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Copies of Motions: A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma.

### I. MEDIATION REQUESTS:

1. *Marie Ecke Claims Mediation Motion*. Motion to Mediate Claims for Marie Ecke, Estate of David Jonathan Ecke, Richard Ecke, Andrew Ecke and Peter Sottile filed by Maria Ecke [ECF No. 6555]

    Objection Deadline: August 7, 2024 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Joint Response to Mediation Requests [Joint Response by Purdue and Official Committee of Unsecured Creditors] [ECF No. 6597]

    Related Documents:

    A. Statement filed by Michael Geoffrey Abelow on behalf of Carrie L. McGaha [ECF No. 6520]

    B. Notice of Hearing Regarding Requests to Participate in Mediation [ECF No. 6583]

    Status: This matter is going forward.

2. *Ronald Bass Sr. Claims Mediation Motion*. Letter to Participate in Mediation filed by Ronald Bass Sr. [ECF No. 6566]

    Objection Deadline: August 7, 2024 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Joint Response to Mediation Requests [Joint Response by Purdue and Official Committee of Unsecured Creditors] [ECF No. 6597]

    Related Documents:

    B. Statement filed by Michael Geoffrey Abelow on behalf of Carrie L. McGaha [ECF No. 6520]

    C. Notice of Hearing Regarding Requests to Participate in Mediation [ECF No. 6583]

    D. Letter Regarding Response to the U.S. Department of Health & Housing Services Filed by Ronald Bass Sr. [ECF No. 6587]

    E. Notice of Hearing to Participate in the Mediation filed by Ronald Bass Sr. [ECF No. 6600]

    F. Order Sealing Documents [ECF No. 6604]

    G. Notice of Status Conference [ECF No. 6608]

Status: This matter is going forward.

## II. STATUS CONFERENCE REQUEST:

1. ***Oletta A. Helms Status Conference Request.*** Two Letters Requesting a Status Conference filed by Oletta A. Helms [ECF No. 6551]

Responses Received: None

Related Documents:

    A. Letter Requesting Claims Payment Filed by Oletta A. Helms [ECF No. 6392]

    B. Notice of Status Conference [ECF No. 6608]

Status: This matter is going forward.

Dated:   August 12, 2024
       New York, New York

                                          DAVIS POLK & WARDWELL LLP

                                          By: */s/ Eli J. Vonnegut*
                                                Eli J. Vonnegut

                                          450 Lexington Avenue
                                          New York, New York 10017
                                          Telephone: (212) 450-4000
                                          Facsimile: (212) 701-5800
                                          Marshall S. Huebner
                                          Benjamin S. Kaminetzky
                                          Eli J. Vonnegut
                                          Christopher S. Robertson

                                          *Counsel to the Debtors*
                                          *and Debtors in Possession*