August 26, 2024

Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, Ct 06092

Bankruptcy Court

Southern District of New York

300 Quarropas Street

White Plains, New York 10601-4140

| | |
|---|---|
| In Re: | Chapter 11 |
| Purdue Pharma plc et al. | Case No. 19-23649 (SHL) |
| Mallinckrodt plc et al. | Case No. 20-12522, 1:23-cv-00076, 22cv-4134 |
| Endo International plc et al. | Case No. 22-22549 |

## OBJECTION TO MOTION OF POSTPONEMENT OF MEDIATION

We, the Estate of David Jonathan Ecke, Richard Ecke, Andrew Ecke, Peter Sottile, and Maria Ecke all object to the Debtors' postponement of the Purdue Pharma Case No. 19-23649 mediation. As I stated at the Hearing on August 14, 2024, "This is to confirm my conversation with the Mediator, Mr. Green in the afternoon of Thursday, August 8, 2024, where I told him I just wanted our claims paid in full. Mr. Green told me he did not know how much the Sacklers wanted to pay." I have not heard from the Debtors since that conversation. The Sacklers have not given us enough time to respond to their request for a postponement of the mediation. I did not receive a letter to date, so I object to the postponement.

When the Debtors were mediating with the States, they negotiated quickly, exponentially, expediently, and expeditiously. The States were paid immediately even though they did not lose anyone personally. Why should we the actual victims wait?

**IN MY OPINION, THIS IS NOT AN ACT OF GOOD FAITH.**

Sincerely,

*Maria Ecke*

/s/ Maria Ecke