DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| **Plaintiffs**, | Adv. Pro. No. 19-08289 (SHL) |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS,** *et al.*, | |
| **Defendants.** | |

**AGENDA FOR SEPTEMBER 5, 2024 HEARING**

Time and Date of Hearing:    September 5, 2024 at 11:00 a.m. (prevailing Eastern Time)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Location of Hearing:     In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 996 3943 1400, Passcode 546161.

### I. MATTERS IN MAIN BANKRUPTCY PROCEEDING Case No. 19-23649 AND ADVERSARY PROCEEDING Case No. 19-08289:[2]

1. ***Motion to Extend.*** Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6638; Adv. ECF No. 512]

    Objection Deadline: August 30, 2024 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Objection of Maria Ecke to Postponement of Mediation [ECF No. 6644]

    B. Letter from Ronald Bass Sr. regarding date certain for mediation to be scheduled [ECF No. 6650]

    C. Objection of Ronald Bass in response to Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6658]

    D. Objection of Maria Ecke to Postponement of Mediation [ECF No. 6659]

---

[2] The Debtors' *Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion* was filed on both the main bankruptcy proceeding docket and the adversary proceeding docket, as the relief sought concerns both actions. ECF Numbers refer to the main bankruptcy proceeding docket (No. 19-23649) unless preceded by "Adv.," in which case the number refers to docket entries on the adversary proceeding docket (Adv. No. 19-18289). Where filings were made on both dockets, parallel citations are provided.

E. Nassau County, NY's Objection to the Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [Adv. ECF No. 517]

F. Joinder of Canadian Creditor City of Toronto to the Objection of the County of Nassau to Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [Adv. ECF No. 519]

G. Response of the State of New York to Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [Adv. ECF No. 520]

H. Limited Objection and Joinder of Creditor / Plaintiff Lac La Ronge Indian Band, and the Certain Canadian Municipal and First Nations Creditors, to Entry of an Order Extending the Preliminary Injunction filed by Certain Canadian Municipality Creditors and Canadian First Nation Creditors [ECF No. 6660; Adv. ECF No. 521]

I. Limited Objection to Debtors Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion filed by The State of Maryland [ECF No. 6663; Adv. ECF No. 522]

J. Limited Objection and Joinder of Creditor / Plaintiff Lac La Ronge Indian Band, and the Certain Canadian Municipal and First Nations Creditors, to Entry of an Order Extending the Preliminary Injunction filed by Certain Canadian Municipality Creditors and Canadian First Nation Creditors [Adv. ECF No. 521]

Reply Deadline: July 3, 2024 at 12:00 p.m. (prevailing Eastern Time).

Replies:

A. Reply Memorandum in Further Support Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend the Schedule for the Standing Motion [ECF No. 6667; Adv. ECF No. 525]

B. Statement in Support of the Motion to Extend Mediation filed by Carrie L. McGaha [ECF No. 6666]

C. The Ad Hoc Committee's Statement in Support of the Debtors Motion to (I) Extend the Mediation, (II) Extend the Preliminary Injunction, and (III) Extend the Standing Motion Schedule [ECF No. 6668; Adv. ECF No. 526]

3

D. The Official Committee of Unsecured Creditors Statement in Support of Debtors Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6669; Adv. ECF No. 527]

Related Documents:

A. Memorandum of Law in Support of Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion filed by Debtors [ECF No. 6639; Adv. ECF No. 513]

B. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice for Debtors Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6640; Adv. ECF No. 514]

C. Order Shortening Notice with Respect to Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6641; Adv. ECF No. 515]

D. Notice of Hearing Regarding Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6664; Adv. ECF No. 523]

Status: This matter is going forward on a contested basis.

Dated:   September 3, 2024
        New York, New York

                DAVIS POLK & WARDWELL LLP

                By:  /s/ *Eli J. Vonnegut*
                      Eli J. Vonnegut

                450 Lexington Avenue
                New York, New York 10017
                Telephone: (212) 450-4000
                Facsimile:  (212) 701-5800
                Marshall S. Huebner
                Benjamin S. Kaminetzky
                Eli J. Vonnegut
                Christopher S. Robertson

                *Counsel to the Debtors*
                *and Debtors in Possession*