Honorable Sean H. Lane, U.S.B.J.
United States Bankruptcy Court
Southern District oif New York
300 Quarropas Street, Room 248
White Plains, New York, 10601



August 29, 2024

**Re: In re Purdue Pharma, L.P., et al.**
   **Case No.: 19-23649 (SHL)**

Dear Judge Lane;

   I am objecting to the debtors' motion for an extension of time to mediate the core issues settlement and their motion of non-discharegable (*conflict of Interest and amongst other things) related to the core and non-core issues, which this court maintain jurisdiction over the findings to submit to the United States District Court.

   The Purdue Pharma, L.P., et al., and the Sacklers Family issues concerning the Opioid injuries should be address and resolved at mediation; although, the debtors' have settled with the State of New Jersey, and its public entities, without motioning for an extension of time.

Regards

Ronald Bass, Sr.

**\*McCarter & English, LLP**

Cc: DAVIS POLK & WAEDWELL, LLP
    AKIN GUMP STAUSS HAUER & FELD, LLP
    United States Trustee Office