**Hearing Date and Time: September 23, 2024, at 2:00 p.m. (prevailing Eastern Time)**
**Objection Date and Time: September 20, 2024, at 4:00 p.m. (prevailing Eastern Time)**
**Reply Date and Time: September 22, 2024, at 12:00 p.m. (prevailing Eastern Time)**

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Mitchell Hurley
Arik Preis
Katherine Porter
Sara L. Brauner

*Counsel to the Official Committee of Unsecured*
*Creditors of Purdue Pharma L.P.,* et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR A LETTER OF REQUEST TO THE ROYAL COURT OF JERSEY

**PLEASE TAKE NOTICE** that on September 9, 2024, the Official Committee of Unsecured Creditors of Purdue Pharma, L.P., et al. (the "**Official Committee**") filed its *Motion for a Letter of Request to the Royal Court of Jersey* (the "**Motion**"), and exhibits annexed thereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion (the "**Hearing**") will proceed on **September 23, 2024, at 2:00 p.m.** (prevailing Eastern Time) before the Honorable Sean H. Lane, at the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), 300 Quarropas Street, White Plains, New York 10601, or at such other time as the Court may determine. With the permission of the Court, parties in interest, their attorneys, and witnesses may attend hearings by Zoom. Any person or entity that is permitted to attend the Hearing by Zoom must certify that it is appearing in a permitted capacity by registering its appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **2:00 p.m. on September 22, 2024** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that that the objection deadline (the "**Objection Deadline**") for the Motion shall be on **September 20, 2024, at 4:00 p.m.** (prevailing Eastern Time). Any reply in support of the Motion shall be filed no later than **September 22, 2024, at 12:00 p.m.** (prevailing Eastern Time) in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, dated November 18, 2019 [ECF No. 498] (the "**Case Management Order**"). Such responses and objections shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Court and served in accordance with the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief in respect of this Motion being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Motion, the Official Committee may, on or after the Objection Deadline, submit to the Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma.  You may also obtain copies of any pleadings by visiting the Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| New York, New York<br>Dated: September 9, 2024 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: /s/ *Mitchell Hurley*<br>Mitchell Hurley<br>Arik Preis<br>Katherine Porter<br>Sara L. Brauner<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>mhurley@akingump.com<br>apreis@akingump.com<br>kporter@akingump.com<br>sbrauner@akingump.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma, L.P.,* et al. |