Ronald Bass, Sr.  
450 Little Place, Apt. 53  
N. Plainfield, NJ 07060  
ronaldbass12345@gmail.com  
(908) 374-9321

**Chapter 11**  
**Case No. 19-23649 (SHL)**  
**(Jointly Administered)**

September 8, 2024

James I. McClammy, et al.  
Attorneys for the Debtors  
DAVIS POLK & WARDWELL, LLP  
450 Lexington Avenue  
New York, New York, 10017

**UNITED STATE OF AMERICA**  
**v.**  
**PURDUE PHARMA, L.P.**  
**Criminal N. 20-1028(MCA)**

Arik Preis, et al.  
AKIN GUMP STRAUSS HAUER & FELD, LLP  
One Bryant Park  
New York, New York 10036

William K. Harrington, Trustee  
United States Department of Justice  
United States Trustee Office, Room 10014  
201 Varick Street  
New York, New York 10014

Dear Mr. McClammy, et al.,

 I am writing to formally and legal demand of restitution for the profound and lasting damages inflicted upon myself and my family due to the harmful practices associated with the Sackler family and their pharmaceutical enterprises, particularly in relation to the opioid crisis.

 The impact of these practices has extended far beyond mere financial loss. The physical injuries and health complications resulting from opioid addiction have devastated my family's well-being. The emotional and psychological toll has been significant, leading to strained relationships and a decline in our overall family health. The economic repercussions have been equally severe, as I have incurred substantial medical expenses, lost income, and other financial burdens as a direct result of the actions perpetrated by the Sackler family and the State of New Jersey.

It is imperative to recognize the fraudulent nature of the practices that led to the widespread distribution of addictive substances. The misleading marketing strategies employed by the Sackler family, which downplayed the risks associated with their products, have contributed significantly to the opioid epidemic. This reckless behavior has not only harmed countless individuals but has also shattered families and communities, particularly, **mine.**

Given the criminal conviction as reference above associated with these practices, I am formally requesting restitution for the damages incurred. This includes compensation for medical expenses, lost wages, psychological counseling, and any other costs directly related to the injuries and suffering caused.

I urge you to take this matter seriously and respond promptly along with New Jersey's Attorney General Office, et al., failure to address this request may result in further legal action to secure the restitution owed to my family and me.

Thank you for your attention to this important matter. I look forward to your response.

Sincerely,

*Ronald Bass Sr.*

Ronald Bass, Sr.

President Clinton Administration
"fail to understand" trespassing
on the case under former Gov. Christie,
is either a *'mensch or mouse'*

Courtesy Copy to
Judge's Chamber