DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| **Plaintiffs,** | **Adv. Pro. No. 19-08289 (SHL)** |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS,** *et al.*, | |
| **Defendants.** | |

## AGENDA FOR SEPTEMBER 23, 2024 HEARING

Time and Date of Hearing:   September 23, 2024 at 2:00 p.m. (prevailing Eastern Time)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Location of Hearing:                In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 979 2776 8456, Passcode 057820.

I.   **MATTER IN MAIN BANKRUPTCY PROCEEDING Case No. 19-23649 AND ADVERSARY PROCEEDING Case No. 19-08289:**[2]

1.   ***Motion to Extend.***  Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6705; Adv. ECF No. 537]

Objection Deadline: September 20, 2024 at 3:00 p.m. (prevailing Eastern Time).

Responses Received: [TBD]

Reply Deadline: September 22, 2024 at 4:00 p.m. (prevailing Eastern Time).

Replies Received: [TBD]

Related Documents:

A. Memorandum of Law in Support of Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion filed by Debtors [ECF No. 6706; Adv. ECF No. 538]

---

[2] The Debtors' *Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion* was filed on both the main bankruptcy proceeding docket and the adversary proceeding docket, as the relief sought concerns both actions.  ECF Numbers refer to the main bankruptcy proceeding docket (No. 19-23649) unless preceded by "Adv.," in which case the number refers to docket entries on the adversary proceeding docket (Adv. No. 19-08289).  Where filings were entered on both dockets, parallel citations are provided.

B.  Debtors' Ex Parte Motion for Entry of an Order Shortening Notice for Debtors Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6707; Adv. ECF No. 539]

C.  Order Shortening Notice With Respect To Debtors' Motion To (I) Extend The Mediation; (II) Extend The Preliminary Injunction And Associated Deadlines Including Tolling; And (III) Extend Schedule For The Standing Motion [ECF No. 6713; Adv. ECF No. 540]

Status: This matter is going forward on a [contested] basis.

Dated:    September 19, 2024
          New York, New York

DAVIS POLK & WARDWELL LLP

By:   /s/ *Eli J. Vonnegut*
          Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*