Hon. Sean H. Lane, U.S.B.J.
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York,

September 17, 2024

In re:

**PURDUE PHARMA L.P., et al.,**

Debtors,

**Chapter 11**

**Case No. 19-23649 (SHL)**

**(Jointly Administered)**

Dear Judge Lane

I am requesting permission to participate in the September hearing scheduled for September 23, 2024 at 2:00 p.m. with respect to the Debtors motion to extend the Mediation, extend the Preliminary Injunction and the Tolling.

*Ronald Bass, Sr.*

Ronald Bass, Sr.