DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (SHL)<br><br>(Jointly Administered) |
| **PURDUE PHARMA L.P.,** *et al.*,<br><br>Plaintiffs,<br>v.<br><br>**COMMONWEALTH OF MASSACHUSETTS,** *et al.*,<br><br>Defendants. | Adv. Pro. No. 19-08289 (SHL) |

**AMENDED AGENDA[2] FOR SEPTEMBER 23, 2024 HEARING**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text.**

| | |
|---|---|
| Time and Date of Hearing: | September 23, 2024 at 2:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 979 2776 8456, Passcode 057820. |

I. <u>**MATTER IN MAIN BANKRUPTCY PROCEEDING Case No. 19-23649 AND ADVERSARY PROCEEDING Case No. 19-08289:**</u>[3]

1. *Motion to Extend.* Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6705; Adv. ECF No. 537]

    <u>Objection Deadline</u>: September 20, 2024 at 3:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

    A. **Nassau County, NY's Objection to the Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [Adv. ECF No. 543]**

    B. **Objection of the State of Washington to Motion for an Extension of Injunction [ECF No. 6720; Adv. ECF No. 544]**

    C. **The State of Maryland's Renewed Limited Objection to Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6722; Adv. ECF No. 545]**

---

[3] The Debtors' *Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion* was filed on both the main bankruptcy proceeding docket and the adversary proceeding docket, as the relief sought concerns both actions. ECF Numbers refer to the main bankruptcy proceeding docket (No. 19-23649) unless preceded by "Adv.," in which case the number refers to docket entries on the adversary proceeding docket (Adv. No. 19-08289). Where filings were entered on both dockets, parallel citations are provided.

D. **Statement in Response to Debtors' Motion to Extend the Preliminary Injunction filed by the State of New York [ECF No. 547]**

E. **State of Rhode Island's Limited Objection to Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend the Schedule for the Standing Motion [ECF No. 6724; Adv. ECF No. 548]**

F. **Statement of the Plaintiffs' Executive Committee Concerning Debtors Motion (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6725; Adv. ECF No. 549]**

G. **Motion to Correct the Statement of the Plaintiffs' Executive Committee Concerning Debtors Motion (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6736; Adv. ECF No. 553]**

Reply Deadline: September 22, 2024 at 4:00 p.m. (prevailing Eastern Time).

Replies Received:

A. **Reply Memorandum in Further Support of Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend the Schedule for the Standing Motion [ECF No. 6733; Adv. ECF No. 550]**

B. **The Official Committee of Unsecured Creditors' Statement in Support of the Relief Requested in the Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6734; Adv. ECF No. 551]**

C. **The Multi-State Governmental Entities Group's Statement in Support of the Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No 6735; Adv. ECF No. 552]**

Related Documents:

A. Memorandum of Law in Support of Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated

        Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion filed by Debtors [ECF No. 6706; Adv. ECF No. 538]

B. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice for Debtors Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion [ECF No. 6707; Adv. ECF No. 539]

C. Order Shortening Notice With Respect To Debtors' Motion To (I) Extend The Mediation; (II) Extend The Preliminary Injunction And Associated Deadlines Including Tolling; And (III) Extend Schedule For The Standing Motion [ECF No. 6713; Adv. ECF No. 540]

<u>Status</u>: This matter is going forward on a contested basis.

Dated:   September 23, 2024
           New York, New York

                                          DAVIS POLK & WARDWELL LLP

                                          By:  /s/ *Eli J. Vonnegut*
                                                   Eli J. Vonnegut

                                          450 Lexington Avenue
                                          New York, New York 10017
                                          Telephone: (212) 450-4000
                                          Facsimile:  (212) 701-5800
                                          Marshall S. Huebner
                                          Benjamin S. Kaminetzky
                                          Eli J. Vonnegut
                                          Christopher S. Robertson

                                          *Counsel to the Debtors*
                                          *and Debtors in Possession*