Fr: Ronald Bass, Sr.
450 Little Place, Apt. 53
N. Plainfield, NJ 07060
(908) 374-9321
Email: ronaldbass12345@gmail.com

To: Mr. James J. McClammy, et al.
    **DAVIS POLK & WARDWELL, LLP**
    450 Lexington Avenue
    New York, New York 10017

To: Arik Presis, et al.
    **AKIN GUMP STRAUSS HAUER & FELD, LLP**
    One Bryant Park
    New York, New York 10036

To: United States Trustee Office
    **Department of United States Justice**
    201 Varick Street, Room 1006
    New York, New York 10014

*Courtesy copy to Chamber's*
Hon. Sean H. Lane & Chambers
**United States Bankruptcy Court**
300 Quarropas Street
White Plains, New York 100601

**Chapter 11**

**Case No. 19-23649 (SHL)**

September 1, 2024

Dear Mediators

    I hope this letter finds you and other open for a discussion to share my thoughts on a complex and deeply troubling circumstance(s) I was victim do to the drug addiction that had an serious affect on my life, that highlighted the devastating impact of drug addiction and the moral decay that can result from it.

    Mt drug addiction involved a environmental impact and a loss of self control of a positive life and I became intertwined in cycle of dysfunction behaviors, marked by both personal struggles and sheer foolishness and a lack of good judgment and irresponsible that led me down a dark path of a bad-mindset of subculture behavior of drug addiction, then 1991.

    At the heart of my drug addiction is a deep-seated politically engineered unfortunate problems in urban community, the environment I grew up in that was designed to erode young-men in my neighborhood and elsewhere in the State of New Jersey spirit of success and individual identities and personalities and dreams; which I had succumbed to substance abuse, which has not only altered my personalities but also my priorities, I found myself, prioritizing

where my next fix was going to come from over the basic responsibilities' of my life, which led to a cascading series of failures in my life and personal care and professional responsibilities.

The cycle of addiction and deceit between any social interactions had created a toxic environment where trust has been shattered due to my addiction. I oscillated between moments of genuine care and intense conflict, often blaming other for circumstances and choices and selections that lead to my arrest of a Hertz Rental Car, provided by their employee.

My relationship with others has become a source of contention rather than unity. I felt the weight of my shortcoming, which lead to a blame game that only deepened my dysfunctional relationship with others and anti-social behavior then in 1991.

In conclusion, this type of that drug addiction serves as a stark reminder of how drug addiction can distort love and commitment and a person's self-esteem, it highlights the importance of seeking help and addressing the underlying issues that fuel such destructive behaviors.

Until a person take responsibility and confront their drug addiction(s) and the consequences of their actions, both individually and as a group, they will remain ensnared in this cycle of dysfunctional behaviors.

I was subjected to medical abuse at UMDNJ Hospital and physical assaulted upon my person when I reach out to a State of New Jersey ran Hospitals, I was subjected to abuse.

My point here is that there was no logical reason or any criminal treat to society or the State of New Jersey to interfere with my drug treatment at Arms Acer Rehabilitation and subject me to false imprisonment and physical harm, and presently, because Governor Christie, Administration trespassing on issues that was resolved in front of Judge Eugene Codey of New Jersey Superior Court, through quasi-criminal family court proceeding and Judge Jose L. Linares, see Civil Docket No. 2:95-cv-01756-JLL

Thanks for your time to read some of my experience I had in 1991-1992 and allowing me to share these reflections, It is my hope that by shedding light on this situation we can foster a deeper understanding of the struggles faced by those entangled in addiction and the impact it has on their relationships, specifically on the lives of children.

I look forward to discussing any issue related to this matter with you at the mediation.

*Ronald Bass, Sr.*

Ronald Bass, Sr.

**All Attachments I am requesting a protection on the documents**