**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 19-23649 (SHL)**<br><br>**(Jointly Administered)** |
| **PURDUE PHARMA L.P.**, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**COMMONWEALTH OF MASSACHUSETTS**, *et al.*,<br><br>Defendants. | **Adv. Pro. No. 19-08289 (SHL)** |

### ORDER EXTENDING SCHEDULE FOR THE
### OFFICIAL COMMITTEE'S STANDING MOTION

Upon the motion (the "**Motion**")[2] of Purdue Pharma L.P. and its affiliates that are debtors

and debtors in possession in these proceedings (collectively, the "**Debtors**") for entry of an order

(this "**Order**") extending, as set forth below, the briefing schedule and hearing date for the

Amended Motion of the Official Committee of Unsecured Creditors for Sole Standing to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Motion.

#99053515v3

Commence and Prosecute Estate Causes of Action (the "**Standing Motion**"), *In re Purdue Pharma, L.P.*, 19-23649 (Bankr. S.D.N.Y. Sept. 6, 2024) [ECF No. 6685], provided in the Notice of Hearing on the Standing Motion *In re Purdue Pharma, L.P.*, 19-23649 (Bankr. S.D.N.Y. Sept. 6, 2024) [ECF No. 6686] currently noticing that a hearing on the Standing Motion shall take place on September 23, 2024 at 2:00 p.m. (Prevailing Eastern Time), that the objection deadline for the Standing Motion shall be September 13, 2024, and that any reply in support of the Standing Motion shall be filed no later than September 20, 2024; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief requested is in the best interests of the Debtors, their estates, creditors and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

### IT IS HEREBY ORDERED THAT

1.      The relief requested in the Motion is hereby granted as set forth herein.

2.      Notice of the Motion to Extend as provided therein shall be deemed good and sufficient notice of such Motion to Extend.

3.      A hearing (the "**Hearing**") to consider the relief requested in the Standing Motion will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, 300 Quarropas

Street, White Plains, New York 10601 on **October 29, 2024, at 11:00 a.m. (Prevailing Eastern Time)**.

4.      The responses of the Sacklers represented by Milbank LLP and Debevoise & Plimpton LLP, and any reply to the Standing Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures, *In re Purdue Pharma, L.P.*, No. 19-23649 (Bankr. S.D.N.Y. Nov. 18, 2019) [Dkt. No. 498] (the "**Case Management Order**"), and shall be filed with the Court (a) by registered users of the Court's case filing system, electronically in accordance with General Order M–399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers as set forth in the Case Management Order), in accordance with the customary practices of the Court and General Order M–399, to the extent applicable, and served so as to be actually received, in the case of the responses of the Sacklers represented by Milbank LLP and Debevoise & Plimpton LLP no later than **October 14, 2024**, and in the case of any reply on ***October 24, 2024 at 2:00 p.m. (EST)***.

5.      The Debtors are authorized to take all such actions as are necessary or appropriate to implement the relief granted in this Order.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:   September 27, 2024
         White Plains, New York

                                    **/s/ Sean H. Lane**
                                    THE HONORABLE SEAN H. LANE
                                    UNITED STATES BANKRUPTCY JUDGE

#99053515v3