October 8, 2024

Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

Pro Se

Judge Lane

United States Bankruptcy Court

300 Quarropas Street

White Plains, New York

Phone: 914-467-7241

In Re: 19-23649 (SNL)

In Re: Purdue Pharma L.P., Purdue Pharma Inc., Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Orphir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., et al          *Debtors*

**ORDER**

Docket Nos. 22-110- bk(L),

22-113-bk(Con), 22-115-bk(Con),

22-116-bk(Con), 22-117-bk(Con)

22-119-bk(Con), 22-121-bk(Con),

22-299-bk(Con), 22-203-bk(

## OBJECTION TO THE MEDIATION OF JUDGE LANE

Dear Judge Lane:

I'm requesting that you return my claim to the United States District Court to resolve the issues I have allegedly filed against Purdue Pharma LP et al.

I look forward to hearing from you complying with the order of the Supreme Court of the United States (Case No. 23-124), the rights of creditors' nonconsensual release of the Debtors, which I don't consent to, is the releasing of the Debtors. See attachments.

Sincerely,

*/s/ Maria Ecke*

/s/Ms. Ecke and her family

Cc: Judge Garrity

Cc: Judge Breyer

Cc: Judge Ambro

Cc: Judge Dorsey

Cc: Shelley C. Chapman, Mediator

Cc. Kroll Restructuring Administration

Cc: Edgar C. Gentle III, Trustee for Mallinckrodt PLC., et al and Endo International plc, et al

# MANDATE

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand twenty-three.

Present:
> Jon O. Newman,
> Richard C. Wesley,
> Eunice C. Lee,
> > *Circuit Judges.*

| | |
|---|---|
| In Re: Purdue Pharma L.P., Purdue Pharma Inc, Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF LP, SVC Pharma LP, SVC Pharma Inc., <br><br>*Debtors.* | **ORDER** <br><br>Docket Nos. 22-110-bk(L), <br>22-113-bk(Con), 22-115-bk(Con), <br>22-116-bk(Con), 22-117-bk(Con), <br>22-119-bk(Con), 22-121-bk(Con), <br>22-299-bk(Con), 22-203-bk(XAP) |

On July 29, 2024, the Supreme Court issued a certified copy of its judgment in this case. *See* Dkt. 1059 (certified judgment); S. Ct. R. 45(3) (governing mandates issued by the high Court). That judgment reversed this Court's previous judgment, 69 F.4th 45 (2d Cir. 2023), and remanded the case for further proceedings consistent with the Supreme Court's June 27, 2024 opinion, 144 S. Ct. 2071 (2024).

IT IS HEREBY ORDERED that this case is remanded to the district court for further proceedings consistent with the Supreme Court's decision.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/30/2024

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand twenty-three.

Present:
    Jon O. Newman,
    Richard C. Wesley,
    Eunice C. Lee,
        *Circuit Judges.*

| | |
|---|---|
| In Re: Purdue Pharma L.P., Purdue Pharma Inc, Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF LP, SVC Pharma LP, SVC Pharma Inc.,<br>                           *Debtors.* | **ORDER**<br><br>Docket Nos. 22-110-bk(L),<br>22-113-bk(Con), 22-115-bk(Con),<br>22-116-bk(Con), 22-117-bk(Con),<br>22-119-bk(Con), 22-121-bk(Con),<br>22-299-bk(Con), 22-203-bk(XAP) |

On July 29, 2024, the Supreme Court issued a certified copy of its judgment in this case. *See* Dkt. 1059 (certified judgment); S. Ct. R. 45(3) (governing mandates issued by the high Court). That judgment reversed this Court's previous judgment, 69 F.4th 45 (2d Cir. 2023), and remanded the case for further proceedings consistent with the Supreme Court's June 27, 2024 opinion, 144 S. Ct. 2071 (2024).

IT IS HEREBY ORDERED that this case is remanded to the district court for further proceedings consistent with the Supreme Court's decision.

                                    FOR THE COURT:
                                    Catherine O'Hagan Wolfe, Clerk of Court

