Honorable Sean H. Lane, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4141

October 8, 2024

**Mediation Shall Include The Benefits Of This Creditor**

**In re: PURDUE PHARMA L.P., et al
Case No. 19-23649(SHL)**

Dear Judge Lane

    I am opposing the mediation if it's for the release of the Sacklers family and all of the fictitious persons, who manufactured, distributed, soled, prescribed, managed the operation and global production of the Oyxcotin-opioid, as federal registrants and contractors or partners with Purdue Pharma, LP., who doesn't discloses to this creditor the full liabilities insurnce of each individual entity, affiliate and their indivisual **financial gain** from the manufacturing of Oyxcotin.

    Each physical person and fictitious person must disclose their individual liability insurance that will cover for my opioid related losses, refer to N.J.S.A. 26:2G-39 "Opioid Recovery and Remediation Fund", also I have provided Judge Lane copies of Essex, Union and Somerset Counties, New Jersey Opioid Abatement Report of 2024 and the State of New Jersey Annual Opioid Abatement Report of 2023, which mandated the correction of any harm and double damages done to this creditor/plaintiff and transferred intent because of the prescribed opioid or any mind altering substance.

*Ronald Bass, Sr.*

Ronald Bass, Sr.