Re: Case 19-23649 RDD

To the Honorable Judge SEAN H. LANE

Dear Judge Lane thank you for extending time for me & for mediation, I hope I have not caused the court problems because that was not my intentions, the reason for this letter is to inform you that I cannot afford to pay the mediation cost or any filing fees. I really do not understand the courts rules, sections ect., I never even knew that I was receiving emails untel late dec. 2023 & then I started to try to find out what I had missed, & then in feb. 2024 I rolled my puck up & was hurt really bad & I'm in alot of pain so this has been really hard for me.

I do not want to bother you with my problems so I will get to the point I have tried hard to find a Lawyer to help me understand everything but Can not find one. I Really want this case, the Endo Case + the Others it has been over 4 years since these Started + I Just want them Over with, I have missed all deadlines and Other information I needed, I will take a lesser settlement the only Reason I put $10000.000 00 on my original Claims is that the Lady on the phone ask me what my son's Death was worth,

3.

Thank you for taking the time to read my letter & I would Really Appreciate how you have tried to help me, I wish everyone in the Court was as nice as you.

Oletta Helms
580-532-5458

1169 Cottonwood
Wakita OK 73771

P.S. I have no idea what my claims are doing in the Court & I would really like to know.