Vito Genna, Clerk
Clerk Office of the United States Bankruptcy Court
United States Bankruptcy Court
300 Quaroppas, Street
White Plains, New York 10601

October 20, 2024

**In re: PURDUE PHARMA, LP et. al.,**

          **Debtors**

**Chapter 11**

**Case No. 19-23649 (SHL)**

**(Jointly Administered)**

Dear Mr. Genna, Clerk

      Find copy of letter to Judge Lane under United States Bankrupt Rule, **R.7020** "Permissive Joinder" of all Parties referred to under Civil Action No. **21-cv-8049 (CM)** opioid related damages, see October 2023 Syllabus of the Supreme Court of the United States decision and order, which my non-consensual of "Third Parties" defendants.

                                                  *Ronald Bass, Sr.*

                                                  Ronald Bass, Sr.

cc: Milbank LLP., et al.
    Joseph Hage Aaronson LLC, et al.,
    Ghu Associates LLC, et al.,
    Davis Polk & Wardwell LLP, et al.,
    Kroll Restructuring Administion
    Akin Gump Strauss Hauer & Feld LLP, et al.,
     Personal files

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand twenty-three.

Present:
    Jon O. Newman,
    Richard C. Wesley,
    Eunice C. Lee,
        *Circuit Judges.*

---

In Re: Purdue Pharma L.P., Purdue Pharma Inc, Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF LP, SVC Pharma LP, SVC Pharma Inc.,

        *Debtors.*

**ORDER**

Docket Nos. 22-110-bk(L), 22-113-bk(Con), 22-115-bk(Con), 22-116-bk(Con), 22-117-bk(Con), 22-119-bk(Con), 22-121-bk(Con), 22-299-bk(Con), 22-203-bk(XAP)

---

On July 29, 2024, the Supreme Court issued a certified copy of its judgment in this case. *See* Dkt. 1059 (certified judgment); S. Ct. R. 45(3) (governing mandates issued by the high Court). That judgment reversed this Court's previous judgment, 69 F.4th 45 (2d Cir. 2023), and remanded the case for further proceedings consistent with the Supreme Court's June 27, 2024 opinion, 144 S. Ct. 2071 (2024).

IT IS HEREBY ORDERED that this case is remanded to the district court for further proceedings consistent with the Supreme Court's decision.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court



# MANDATE

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand twenty-three.

Present:
> Jon O. Newman,
> Richard C. Wesley,
> Eunice C. Lee,
> > *Circuit Judges.*

| | |
|---|---|
| In Re: Purdue Pharma L.P., Purdue Pharma Inc, Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF LP, SVC Pharma LP, SVC Pharma Inc., *Debtors.* | **ORDER** <br><br> Docket Nos. 22-110-bk(L), 22-113-bk(Con), 22-115-bk(Con), 22-116-bk(Con), 22-117-bk(Con), 22-119-bk(Con), 22-121-bk(Con), 22-299-bk(Con), 22-203-bk(XAP) |

On July 29, 2024, the Supreme Court issued a certified copy of its judgment in this case. *See* Dkt. 1059 (certified judgment); S. Ct. R. 45(3) (governing mandates issued by the high Court). That judgment reversed this Court's previous judgment, 69 F.4th 45 (2d Cir. 2023), and remanded the case for further proceedings consistent with the Supreme Court's June 27, 2024 opinion, 144 S. Ct. 2071 (2024).

IT IS HEREBY ORDERED that this case is remanded to the district court for further proceedings consistent with the Supreme Court's decision.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/30/2024