UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                                                    Chapter 11

PURDUE PHARMA L.P., *et al.*,                                          Case No. 19-23649 (SHL)

                            Debtors.                                        (Jointly Administered)

------------------------------------------------------------x

## ORDER REGARDING CONTACT WITH CHAMBERS

      The Court has received numerous lengthy pleading submitted by Ronald Bass in the above-captioned cases. These pleadings contain requests for relief on the claims that he has filed in the cases and often attach dozens of pages of sensitive medical and other information regarding Mr. Bass and individuals related to him. At a hearing held on September 5, 2024, the Court explained to Mr. Bass that there is currently an ongoing mediation in the case to determine if a resolution could be reached with the Sackler parties and that this process did not involve the merits of his individual claims. Moreover, the Court explained that nothing about the mediation process would change the claims that he filed or the rights he has with respect to his individual claims, which were preserved and would be addressed at the appropriate time. *See* Hr'g Tr. 43:8-47:5 (Sept. 5, 2024). At that same hearing, the Court also cautioned Mr. Bass that he should not continue to send pleadings to the Court that contain sensitive information, such as medical documents and Mr. Bass agreed not to do so. *See id.* at 61:10-22.

      Since that hearing, however, the Court has continued to receive numerous direct email communications from Mr. Bass, often on a daily basis. Given this deluge of information, the Court must take steps to manage Mr. Bass's numerous submissions, particularly given the burden that such submissions place on Chambers and the Clerk's Office to manage the voluminous amount of sensitive information that Mr. Bass continues to submit. Accordingly, it is hereby

**ORDERED**, that Mr. Bass is barred from contacting the Court by email and is advised that failure to comply with this directive may subject him to sanctions; and it is further

**ORDERED**, that all communications by Mr. Bass to the Court should be submitted by Mr. Bass to the Office of the Clerk of the Court. This can be accomplished through the "Pro Se Upload Tool" located on the Court's website at https://coop.nysb.uscourts.gov/prosefiles, or by mailing submissions by U.S. mail to the Clerk's Office; and it is further

**ORDERED**, that to the extent Mr. Bass is seeking relief before the Court on his individual claims and issues that are not ripe for decision in the above-captioned cases, he is directed to cease filing duplicative pleadings that contain sensitive information, including medical records; and it is further

**ORDERED,** that the Court may strike from the public docket any pleading filed by Mr. Bass that contains sensitive material and may, in its discretion, choose not to respond to filings by Mr. Bass that request adjudication of his individual claims to the extent that such requests are premature at this time or are duplicative of his earlier submissions; and it is further

**ORDERED**, that Debtors' counsel shall serve a copy of this Order upon Mr. Bass by overnight mail and file a certificate of such service in the above-captioned cases.

Dated: White Plains, New York
November 8, 2024

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE