DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>**PURDUE PHARMA L.P.,** *et al.*,<br>Debtors.[1] | Chapter 11<br>Case No. 19-23649 (SHL)<br>(Jointly Administered) |
| **PURDUE PHARMA L.P.,** *et al.*,<br>Plaintiffs,<br>v.<br>**COMMONWEALTH OF MASSACHUSETTS,** *et al.*,<br>Defendants. | Adv. Pro. No. 19-08289 (SHL) |

## AGENDA FOR NOVEMBER 26, 2024 HEARING

Time and Date of Hearing:    November 26, 2024 at 11:00 a.m. (prevailing Eastern Time)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 558 8656, Meeting ID 930 6805 8073, Passcode 746675. |

I. **MATTER IN MAIN BANKRUPTCY PROCEEDING Case No. 19-23649 AND ADVERSARY PROCEEDING Case No. 19-08289:**[2]

1. *Motion to Extend.* Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 6926; Adv. ECF No. 590]

    Objection Deadline: November 22, 2024 at 3:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Opposition to Motion to Extend Purdue Temporary Preliminary Injunction Past December 2024 filed by Fredrick Hill [Adv. ECF No. 596]

    B. Objection of the State of Washington to Motion for an Additional Extension of Injunction [ECF No. 6940; Adv. ECF No. 597]

    C. Nassau County, NY's Objection to the Debtors' Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 6946; Adv. ECF No. 600]

    D. The Multi-State Governmental Entities Group's Statement in Support of the Motion to (I) Extend the Mediation and (II) Extend

---

[2] The Debtors' *Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling* was filed on both the main bankruptcy proceeding docket and the adversary proceeding docket, as the relief sought concerns both actions. ECF Numbers refer to the main bankruptcy proceeding docket (No. 19-23649) unless preceded by "Adv.," in which case the number refers to docket entries on the adversary proceeding docket (Adv. No. 19-08289). Where filings were entered on both dockets, parallel citations are provided.

2

      the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 6948; Adv. ECF No. 602]

E. The State of Maryland's Opposition to Debtors' Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [Adv. ECF No. 603]

F. Statement in Response to Debtor's Motion to Extend the Preliminary Injunction filed by the State of New York [Adv. ECF No. 604]

G. Letter Re: Requests to Participate in Mediation filed by Ronald Bass Sr. [ECF No. 6949]

H. Letter Re: Mediation Shall Include the Benefits of this Creditor filed by Ronald Bass Sr. [ECF No. 6950]

Reply Deadline: November 25, 2024 at 12:00 p.m. (prevailing Eastern Time).

Replies Received:

A. Reply Memorandum in Further Support of Motion to Extend the Mediation and Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 6955; Adv. ECF No. 606]

B. Ad Hoc Committee's Reply to Debtors' Motion to Extend the Mediation and the Preliminary Injunction [ECF No. 6956; Adv. ECF No. 607]

C. Statement of the Official Committee of Unsecured Creditors in Support of Relief Requested in Debtors' Motion to Extend the Mediation and the Preliminary Injunction [ECF No. 6957; Adv. ECF No. 608]

Related Documents:

A. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice for Debtors' Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 6927; Adv. ECF No. 591]

B. Memorandum of Law in Support of Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 6928; Adv. ECF No. 592]

C. Order Shortening Notice with Respect to Debtors' Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 6933; Adv. ECF No. 593]

      D.  Co-Mediators' Second Interim Status Report [ECF No. 6960]

<u>Status</u>: This matter is going forward on a contested basis.

Dated: November 25, 2024
       New York, New York

          DAVIS POLK & WARDWELL LLP

          By: /s/ *Eli J. Vonnegut*
               Eli J. Vonnegut

          450 Lexington Avenue
          New York, New York 10017
          Telephone: (212) 450-4000
          Facsimile: (212) 701-5800
          Marshall S. Huebner
          Benjamin S. Kaminetzky
          Eli J. Vonnegut
          Christopher S. Robertson

          *Counsel to the Debtors*
          *and Debtors in Possession*