UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**OMNIBUS ORDER GRANTING FIFTEENTH INTERIM FEE APPLICATIONS OF PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF <u>ACTUAL AND NECESSARY EXPENSES</u>**

Upon consideration of each of the applications (each, an "**Application**" and collectively, the "**Applications**") filed by those professionals identified on <u>**Schedule A**</u> hereto (each, an "**Applicant**" and collectively, the "**Applicants**"), pursuant to sections 327, 328, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking allowance of interim compensation for professional services rendered and reimbursement of actual and necessary expenses incurred from May 1, 2024 (or the effective date of retention) through and including August 31, 2024 (the "**Fee Period**") in connection therewith; and an independent fee examiner (the "**Fee Examiner**") having been appointed in these cases in accordance with the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023] (the "**Fee Examiner Order**"); and the Fee Examiner having reviewed the Applications in accordance with the Fee Examiner Order; and the Fee Examiner and each Applicant having agreed to the recommended fee and expense reductions as set forth on **Schedule A** hereto; and the Fee Examiner having no objection to the interim allowance and payment of each Applicant's fees and expenses in the amounts set forth on **Schedule A** hereto under the column headings "Fees Allowed for Fifteenth Interim Fee Application" and "Expenses Allowed for Fifteenth Interim Fee Application"; and the total amount of each Applicant's fees and expenses sought in the Fee Period together with the amounts allowed pursuant to prior Fee Applications being set forth on **Schedule B** hereto; and due and proper notice having been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2) and the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529], and it appearing that no other or further notice need be provided; and a hearing having been held on November 20, 2024 to consider the Applications (the "Hearing") and there being no objections to the relief granted herein; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and this matter being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of all of the proceedings had before the Court; and good and sufficient cause appearing for the relief granted hereby,

    IT IS HEREBY ORDERED THAT:

    1.    The Applications are granted as set forth on **Schedule A** hereto.

2. The Applicants are awarded, on an interim basis, (a) compensation for professional services rendered during the Fee Period and (b) reimbursement for actual and necessary expenses incurred by the Applicants, in the amounts set forth under the column headings "Fees Allowed for Fifteenth Interim Fee Application" and "Expenses Allowed for Fifteenth Interim Fee Application" on **Schedule A** hereto.

3. The Debtors are authorized and directed to pay the Applicants promptly the amounts of fees and expenses approved by this Order and set forth under the column headings "Fees Allowed for Fifteenth Interim Fee Application" and "Expenses Allowed for Fifteenth Interim Fee Application" on **Schedule A** hereto, to the extent such amounts have not previously been paid.

4. This Order is a separate order for each Applicant and the appeal of any order with respect to any Applicant shall have no effect on the allowed fees and expenses of the other Applicants.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: November 27, 2024
       White Plains, New York

                                            */s/ Sean H. Lane*
                                            HONORABLE SEAN H. LANE
                                            UNITED STATES BANKRUPTCY JUDGE

**Schedule A**

**Interim Fee Applications: May 1, 2024 through August 31, 2024**

<u>Case No:</u> **19-23649 (SHL)**
<u>Case Name:</u> **In re Purdue Pharma L.P.,** *et al.*

| Applicant | Date and Docket Number of Application | Fees Requested on Fifteenth Interim Fee Application | Expenses Requested on Fifteenth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Fifteenth Interim Fee Application | Expenses Allowed for Fifteenth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| <td colspan="7" align="center">**Debtors' Professionals**</td> |
| AlixPartners, LLP | October 15, 2024 ECF No. 6819 | $2,640,774.50 | $314,594.40 | $11,500.00 | $0.00 | $2,629,274.50 | $314,594.40 |
| Arnold & Porter Kaye Scholer LLP | October 14, 2024 ECF No. 6796 | $190,148.79 | $2,048.00 | $0.00 | $0.00 | $190,148.79 | $2,048.00 |
| Cornerstone Research | October 14, 2024 ECF No. 6797 | $607,425.13 | $237.14 | $0.00 | $0.00 | $607,425.13 | $237.14 |
| Davis Polk & Wardwell LLP | October 15, 2024 ECF No. 6807 | $9,012,857.50 | $68,649.82 | $12,009.70 | $558.06 | $9,000,847.80 | $68,091.76 |
| Dechert LLP | October 15, 2024 ECF No. 6809 | $901,804.95 | $2,478.01 | $1,192.50 | $0.00 | $900,612.45 | $2,478.01 |
| Ernst & Young LLP[2] | October 14, 2024 ECF No. 6806 | $45,000.00 | $0.00 | $0.00 | $0.00 | $45,000.00 | $0.00 |
| Jones Day | October 15, 2024 ECF No. 6822 | $1,335,566.23 | $20,561.22 | $0.00 | $0.00 | $1,335,566.23 | $20,561.22 |

---

[2] By its Thirteenth Interim Fee Application filed on October 14, 2024 [ECF No. 6806], Ernst & Young LLP seeks approval and allowance of fees in the amount of $45,000.00 for the period of May 1, 2024 through and including May 31, 2024.

| Applicant | Date and Docket Number of Application | Fees Requested on Fifteenth Interim Fee Application | Expenses Requested on Fifteenth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Fifteenth Interim Fee Application | Expenses Allowed for Fifteenth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| King & Spalding LLP | October 14, 2024 ECF No. 6789 | $77,077.53 | $0.00 | $0.00 | $0.00 | $77,077.53 | $0.00 |
| Latham & Watkins LLP | October 15, 2024 ECF No. 6821 | $617,604.30 | $934.61 | $7,500.00 | $0.00 | $610,104.30 | $934.61 |
| PJT Partners LP | October 15, 2024 ECF No. 6836 | $900,000.00 | $0.00 | $0.00 | $0.00 | $900,000.00 | $0.00 |
| Reed Smith LLP | October 15, 2024 ECF No. 6810 | $895,948.02 | $1,066.68 | $0.00 | $0.00 | $895,948.02 | $1,066.68 |
| Skadden, Arps, Slate, Meagher & Flom LLP | October 15, 2024 ECF No. 6843 | $227,433.16 | $0.00 | $0.00 | $0.00 | $227,433.16 | $0.00 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | | | | |
| Akin Gump Strauss Hauer & Feld LLP | October 15, 2024 ECF No. 6838 | $10,440,996.00 | $201,201.14 | $26,172.90 | $2,374.38 | $10,414,823.10 | $198,826.76 |
| Bedell Cristin Jersey Partnership | October 15, 2024 ECF No. 6839 | $933,046.00 | $169,022.78 | $2,711.50 | $0.00 | $930,334.50 | $169,022.78 |
| Cole Schotz P.C. | October 15, 2024 ECF No. 6837 | $2,742,749.55 | $5,865.71 | $5,342.25 | $0.00 | $2,737,407.30 | $5,865.71 |
| Jefferies LLC | October 15, 2024 ECF No. 6842 | $900,000.00 | $13,325.99 | $0.00 | $0.00 | $900,000.00 | $13,325.99 |
| Kurtzman Carson Consultants LLC | October 15, 2024 ECF No. 6841 | $17,699.78 | $7,668.71 | $0.00 | $0.00 | $17,699.78 | $7,668.71 |

| Applicant | Date and Docket Number of Application | Fees Requested on Fifteenth Interim Fee Application | Expenses Requested on Fifteenth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Fifteenth Interim Fee Application | Expenses Allowed for Fifteenth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Province, LLC | October 15, 2024 ECF No. 6840 | $5,764,129.75 | $6,041.23 | $0.00 | $811.26 | $5,764,129.75 | $5,229.97 |
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | | | | |
| Brown Rudnick LLP | October 15, 2024 ECF No. 6844 | $1,678,687.00 | $5,779.34 | $5,635.00 | $150.00 | $1,673,052.00 | $5,629.34 |
| FTI Consulting, Inc. | October 15, 2024 ECF No. 6816 | $1,286,310.00 | $373.01 | $10,000.00 | $93.85 | $1,276,310.00 | $279.16 |
| Gilbert LLP | October 15, 2024 ECF No. 6814 | $1,729,611.00 | $17,949.53 | $6,490.00 | $0.00 | $1,723,121.00 | $17,949.53 |
| Houlihan Lokey Capital, Inc. | October 15, 2024 ECF No. 6818 | $800,000.00 | $624.93 | $0.00 | $407.85 | $800,000.00 | $217.08 |
| Kramer Levin Naftalis & Frankel LLP | October 15, 2024 ECF No. 6824 | $3,560,843.50 | $18,007.03 | $24,000.00 | $20.00 | $3,536,843.50 | $17,987.03 |
| Otterbourg P.C. | October 15, 2024 ECF No. 6815 | $546,043.50 | $3,078.52 | $2,285.75 | $0.00 | $543,757.75 | $3,078.52 |
| **Counsel to the Multi-State Governmental Entities Group** | | | | | | | |

| Applicant | Date and Docket Number of Application | Fees Requested on Fifteenth Interim Fee Application | Expenses Requested on Fifteenth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Fifteenth Interim Fee Application | Expenses Allowed for Fifteenth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Caplin & Drysdale, Chartered[3] | October 15, 2024 ECF No. 6845 | $1,222,596.50 | $14,408.64 | $8,100.00 | $0.00 | $1,214,496.50 | $14,408.64 |
| **Counsel to the State of Washington** | | | | | | | |
| Kleinberg, Kaplan, Wolff & Cohen P.C.[4] | October 14, 2024 ECF No. 6795 | $291,697.00 | $188.18 | $0.00 | $0.00 | $291,697.00 | $188.18 |
| **Fee Examiner** | | | | | | | |
| Bielli & Klauder, LLC | October 11, 2024 ECF No. 6787 | $220,000.00 | $0.00 | $0.00 | $0.00 | $220,000.00 | $0.00 |

**DATE ON WHICH ORDER WAS SIGNED 11-27-2024     INITIALS: SHL USBJ**

---

[3] By its Eleventh Interim Fee Application filed on October 15, 2024 [ECF No. 6845], Caplin & Drysdale, Chartered seeks approval and allowance of fees in the amount of $1,222,596.50 and expenses in the amount of $14,408.64 for the period of April 1, 2024 through and including July 31, 2024.

[4] By its Eighth Interim Fee Application filed on October 14, 2024 [ECF No. 6795], Kleinberg, Kaplin, Wolff & Cohen P.C. seeks approval and allowance of fees in the amount of $291,697.00 and expenses in the amount of $188.18 for the period of May 1, 2024 through and including June 26, 2024.

**Schedule B**

**Interim Fee Applications: Petition Date through August 31, 2024**

<u>Case No:</u> **19-23649 (SHL)**
<u>Case Name:</u> **In re Purdue Pharma L.P.,** *et al.*

| Applicant | Total Fees Requested | Total Fees Paid[5] | Total Expenses Requested | Total Expenses Paid[6] |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| AlixPartners, LLP | $45,535,372.00 | $45,204,881.79 | $3,146,189.98 | $3,108,954.02 |
| Arnold & Porter Kaye Scholer LLP | $7,566,825.63 | $7,505,335.12 | $83,841.75 | $83,431.79 |
| Cornerstone Research | $5,568,011.66 | $5,534,026.93 | $1,699.34 | $1,699.34 |
| Davis Polk & Wardwell LLP | $251,548,233.05 | $250,742,226.35 | $2,375,106.55 | $2,366,032.19 |
| Dechert LLP | $28,386,140.75 | $28,258,013.50 | $2,312,095.18 | $2,309,865.59 |
| Ernst & Young LLP | $5,799,060.00 | $5,799,060.00 | $39,246.56 | $39,196.33 |
| Jones Day | $16,762,336.06 | $16,696,589.81 | $1,418,013.90 | $1,416,852.90 |
| King & Spalding LLP | $27,834,651.45 | $27,730,749.44 | $19,184.98 | $19,096.26 |

---

[5] Includes amounts to be paid pursuant to this Order.
[6] Includes amounts to be paid pursuant to this Order.

| Applicant | Total Fees Requested | Total Fees Paid[5] | Total Expenses Requested | Total Expenses Paid[6] |
|---|---|---|---|---|
| Latham & Watkins LLP | $4,758,082.88 | $4,718,386.68 | $17,874.10 | $17,724.08 |
| PJT Partners LP | $20,755,000.00 | $20,755,000.00 | $495,660.95 | $494,540.68 |
| Reed Smith LLP | $7,247,742.63 | $7,200,801.08 | $54,407.51 | $54,039.15 |
| Skadden, Arps, Slate, Meagher & Flom LLP | $46,019,491.39 | $45,735,901.11 | $1,047,293.89 | $1,047,149.43 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | |
| Akin Gump Strauss Hauer & Feld LLP | $122,111,975.50 | $121,404,257.42 | $4,831,176.03 | $4,811,171.31 |
| Bedell Cristin Jersey Partnership | $2,048,634.79 | $2,019,692.99 | $336,271.77 | $336,271.77 |
| Cole Schotz P.C. | $26,488,808.85 | $26,360,127.34 | $15,059.81 | $15,059.81 |
| Jefferies LLC | $12,937,500.00 | $12,937,500.00 | $284,649.27 | $283,450.94 |
| Kurtzman Carson Consultants LLC | $1,005,079.00 | $999,787.17 | $189,082.49 | $180,634.28 |
| Province, LLC | $44,548,377.09 | $44,414,910.06 | $69,586.85 | $63,795.41 |
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | |
| Brown Rudnick LLP | $16,103,999.00 | $15,801,568.93 | $90,471.65 | $88,395.76 |

| Applicant | Total Fees Requested | Total Fees Paid[5] | Total Expenses Requested | Total Expenses Paid[6] |
|---|---|---|---|---|
| FTI Consulting, Inc. | $16,252,104.50 | $16,103,175.50 | $29,705.86 | $29,612.01 |
| Gilbert LLP | $25,430,157.00 | $25,158,550.79 | $449,657.55 | $447,744.92 |
| Houlihan Lokey Capital, Inc. | $11,200,000.00 | $11,200,000.00 | $41,373.17 | $39,226.24 |
| Kramer Levin Naftalis & Frankel LLP | $35,768,025.50 | $35,518,517.75 | $840,363.57 | $839,313.96 |
| Otterbourg P.C. | $5,131,215.50 | $5,096,860.30 | $12,780.13 | $12,680.13 |
| **Counsel to the Multi-State Governmental Entities Group** | | | | |
| Caplin & Drysdale, Chartered | $9,022,797.50 | $8,960,224.85 | $199,390.00 | $191,784.35 |
| **Counsel to the State of Washington[7]** | | | | |
| Kleinberg, Kaplan, Wolff & Cohen P.C. | $4,450,728.77 | $4,447,728.77 | $91,763.35 | $91,763.35 |
| **Fee Examiner** | | | | |
| Bielli & Klauder, LLC | $2,888,375.00 | $2,888,375.00 | $0.00 | $0.00 |

**DATE ON WHICH ORDER WAS SIGNED 11-27-2024    INITIALS: SHL USBJ**

---

[7] At times, Kleinberg, Kaplan, Wolff & Cohen P.C. has also served as counsel to the States of Connecticut, Delaware, Oregon, Rhode Island, Vermont, and the District of Columbia.