Official Form 417A (12/23)

<u>**Purdue Pharma L.P.**</u>
Case No. 19-23649

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

**Amanda Morales**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

**Motion for standing and class certification (personal injury and wrongful death claims right by trial in district court**

For appeals in an adversary proceeding.   For appeals in a bankruptcy case and not in an ✈ Plaintiff adversary proceeding.

- ✈ Defendant   ✈ Debtor
- ✈ Other (describe)   ■ Creditor
- ✈ Trustee
- ✈ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

- Personal injury claims in this case have different interests and the Unsecured Creditors Committee for the creditors hasn't protected interests of claims unrelated to the opioid crisis. Motion for class certification was objected by the debtors and judge Sean Lane denied class certification at hearing 12/12/2024. Wrongful death claims must be tried in district court, not bankruptcy court: **28 U.S.C. § 157(b)(5)** This statute requires that personal injury and wrongful death claims be tried in the district court where the bankruptcy case is pending, or in the district court where the claim arose. **Jury trial rights**

28 U.S.C. § 1411(a) preserves any applicable jury trial rights for individuals asserting a wrongful death claim. A wrongful death judgment may not be considered a debt of the bankruptcy estate and may not be dischargeable in bankruptcy. This is because a wrongful death claim belongs exclusively to the decedent's heirs and is not part of the decedent's estate

2. State the date on which the judgment—or the appealable order or decree—was entered: **December 12, 2024**

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: __Amanda Morales___   Attorney: Pro SE  (505)318-2400  205 Calle Del Banco Bernalillo, NM 87004

Defendants-Appellants:

| Case Number | Debtor Name | Petition Date |
|---|---|---|
| 1923649 | Purdue Pharma L.P. | September 15, 2019 |
| 1923648 | Purdue Pharma Inc. | September 15, 2019 |
| 1923650 | Purdue Transdermal Technologies L.P. | September 15, 2019 |
| 1923651 | Purdue Pharma Manufacturing L.P. | September 15, 2019 |

| Case Number | Debtor Name | Petition Date |
|---|---|---|
| 1923652 | Purdue Pharmaceuticals L.P. | September 16, 2019 |
| 19-23653 | Imbrium Therapeutics L.P. | September 16, 2019 |
| 1923654 | Adlon Therapeutics L.P. | September 16, 2019 |
| 1923655 | Greenfield BioVentures L.P. | September 16, 2019 |
| 1923656 | Seven Seas Hill Corp. | September 16, 2019 |
| 1923657 | Ophir Green Corp. | September 16, 2019 |
| 1923658 | Purdue Pharma of Puerto Rico | September 16, 2019 |
| 1923659 | Purdue Products L.P. | September 16, 2019 |
| 1923660 | Purdue Pharmaceutical Products L.P. | September 16, 2019 |
| 1923661 | Purdue Neuroscience Company | September 16, 2019 |
| 1923662 | Nayatt Cove Lifescience Inc. | September 16, 2019 |
| 1923663 | Button Land L.P. | September 16, 2019 |
| 1923664 | Paul Land Inc. | September 16, 2019 |
| 1923665 | Quidnick Land L.P. | September 16, 2019 |
| 1923666 | Rhodes Associates L.P. | September 16, 2019 |

| Case Number 1923667 | Debtor Name Rhodes Pharmaceuticals L.P. | Petition Date September 16, 2019 |
| Case Number 1923668 | Debtor Name Rhodes Technologies | Petition Date September 16, 2019 |
| Case Number 1923669 | Debtor Name UDF LP | Petition Date September 16, 2019 |
| Case Number 1923670 | Debtor Name SVC Pharma LP | Petition Date September 16, 2019 |
| Case Number 19-23671 | Debtor Name SVC Pharma Inc. | Petition Date September 16, 2019 |

## Debtors' Counsel

- **Davis Polk & Wardwell LLP**

450 Lexington Avenue New York, NY   10017
https://www.davispolk.com/
Phone: 212.450.4000 Fax: 212.701.5800

Marshall S. Huebner
Timothy Graulich
Eli J. Vonnegut

## Counsel to the Committee of Unsecured Creditors

- **Akin Gump Strauss Hauer & Feld LLP**

One Bryant Park New York, NY   10036
https://www.akingump.com/en/
Phone: 212.872.1000
Fax: 212.872.1002
Ira S. Dizengoff
Arik Preis
Mitchell P. Hurley
Sara L. Brauner
Edan Lisovicz

- **Cole Schotz P.C.**

500 Delaware Avenue, Suite 1410
Wilmington, DE   19801
https://www.coleschotz.com/
Phone: 302-651-2006 Fax: 302-574-2106

Justin R. Alberto

# United States Trustee and Court Information

- **United States Bankruptcy Court** Southern District of New York

300 Quarropas Street White Plains, NY   10601-4140
http://www.nysb.uscourts.gov
Phone: 212.668.5637

- **United States Trustee** U.S. Federal Office Building

201 Varick Street, Suite 1006 New York, NY   10014
https://www.justice.gov/ust-regions-r02
Phone: 212.510.0500 Fax: 212.668.2255

Paul Schwartzberg

Official Form 417A  Notice of Appeal and Statement of Election            page 1

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.  **Yes box is checked**

→**X** Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____  /s/ Amanda Morales  _____  Amanda Morales    **Date: 12/24/2024**

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

**Amanda Morales (505)318-2400**

**205 Calle Del Banco Bernalillo, NM 87004**

ajlare356@gmail.com

_____
_____
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]