Chicago, IL 60610
(Phone) 312-787-6322
(FAX) 312-787-7998
(e-mail) wolinskydebra@gmail.com

## CONFIDENTIALITY NOTICE

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any reading, use, dissemination, distributing, copying, or storage of this message or its attachments contained herein (including any reliance hereon) is strictly prohibited.

Personal & Confidential

TO: U.S. Bankruptcy Court Southern District of NY (Poughkeepsie Location)

FAX: _____

DATE: 1/9/2025

PAGES: 3 (including this cover sheet)

RECEIVED JAN 21 2025
U.S. BANKRUPTCY COURT
POUGHKEEPSIE, NY

### COMMENTS

Please See Attached.

I was newly notified of the Disposition of my case of Purdue Pharma and the Sacklers.

Please See Attached.

If this is not your dept. kindly forward to the correct one.

Debra Wolinsky
1325 N STATE Pkwy #7B
Chicago, IL 60610

**Prime Clerk**
Grand Central Station, PO Box 4850
New York NY 10163-4850

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

Windsor 2325 SRF 51684 MMLID: 7927545 PackID: 66 Clm Ack Batch-0399
WOLINSKY, DEBRA RAE
1325 N STATE PKWY #7B
CHICAGO, IL 60610

60610$6117 C007

SRF 51684
PackID: 66
MMLID: 7927545

WOLINSKY, DEBRA RAE
1325 N STATE PKWY #7B
CHICAGO IL 60610

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

## PRIME CLERK RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 4/13/2020.

Your claim has been assigned claim number 5175.

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain highly confidential and shall not be made available to the public. If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma. Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.

**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**