DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak

*Counsel to the Debtors-Appellees
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.* | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS-APPELLEES' DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of

the Local Rules of the United States Bankruptcy Court for the Southern District of New York,

Purdue Pharma L.P. and the other debtors who are appellees in the above-captioned appeal

("**Debtors-Appellees**") hereby submit this designation of additional items to be included in the

record on appeal to the United States District Court for the Southern District of New York in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

connection with Amanda Morales's ("**Ms. Morales's**") appeal from the Order Regarding Class Certification, *In re Purdue Pharma L.P.*, Case No. 19-23649 (RDD) (Bankr. S.D.N.Y. Jan. 9, 2025) [ECF No. 7094].  For the purposes of this designation of additional items to be included in the record on appeal, the Debtors-Appellees will treat Ms. Morales's Designation of Items for Record of Appeal [ECF No. 7074], as only designations of record on appeal, and will not respond to any legal arguments made therein.

DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL

The following items are to be included in the record on appeal:[2]

*In re Purdue Pharma L.P., et al.*, **Case No. 19-23649 (SHL) (Bankr. S.D.N.Y.):**

| Docket Number | Document | Filing Date |
|---|---|---|
| 17 | Statement/ Informational Brief | 9/16/2019 |
| 319 | Notice of Presentment of Amended Case Management Order Establishing Certain Notice, Case Management, and Administrative Procedures | 10/16/2019 |
| 342 | AMENDED Order signed on 10/23/2019 Establishing Certain Notice, Case Management, and Administrative Procedures | 10/24/2019 |
| 498 | Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures | 11/18/2019 |
| 717 | Debtors' Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof | 1/3/2020 |
| 718 | Memorandum of Law /Debtors' Memorandum of Law in Support of Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof | 1/3/2020 |
| 719 | Declaration Pursuant to 28 U.S.C. § 1746 of Jeanne C. Finegan | 1/3/2020 |
| 800 | Order signed on 2/3/2020 Establishing (I) Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof. Proofs of Claim due by 6/30/2020 (related document(s)717). | 2/3/2020 |

---

[2] The following tables list the titles of relevant documents as they appear on their respective dockets.

| **Docket Number** | **Document** | **Filing Date** |
|---|---|---|
| 1178 | Motion to Extend Time / Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 2002 and 3003(c)(3) for Entry of an Order (I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof filed by James I. McClammy on behalf of Purdue Pharma L.P. | 5/20/2020 |
| 1179 | Declaration / Supplemental Declaration of Jeanne C. Finegan | 5/20/2020 |
| 1776 | Transcript regarding Hearing Held on 1/24/2020 at 10:29AM RE: Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement/ Motion of Debtors for Entry of an Order Extending the ExclusivePeriods Within Which to File a Chapter 11 Plan and SolicitAcceptances Thereof..etc... | 9/28/2020 |
| 1221 | Order signed on 6/3/2020 Granting Motion(I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof.  The General Bar Date is extended from Tuesday, June 30, 2020 to Thursday, July 30, 2020, at 5:00 p.m. (Prevailing Eastern Time) (Related Doc # 1178). | 6/3/2020 |
| 3186 | Statement /Notice of Filing of Blackline of Sixth Amended Plan (related document(s)3185) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/15/2021 |
| 3329 | Transcript regarding Hearing Held on 6/3/2020 at 10:03 AM RE: Amended Agenda; Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 2002 and 3003(c)(3) for Entry of an Order (I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof filed by James I. McClammy on behalf of Purdue Pharma L.P...etc. | 7/27/2021 |
| 3461 | Memorandum of Law / Debtors' Memorandum of Law in Support of Confirmation of Debtors' Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Debtor Affiliates and Omnibus Reply to Objections Thereto (related document(s)3185) filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. (Attachments: # 1 Appendix A- Confirmation Objections Chart) | 8/5/2021 |
| 3528 | Statement / Notice of Filing of Thirteenth Plan Supplement Pursuant to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3185) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/10/2021 |
| 3558 | Response to defense (Purdue Pharma) objection to Claimant's motion (related document(s)3505) filed by Amanda Morales. with hearing to be held on 8/16/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 8/13/2021 |
| 3655 | Statement / Notice of Filing of Sixteenth Plan Supplement Pursuant to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors | 8/25/2021 |

| Docket Number | Document | Filing Date |
|---|---|---|
|  | (related document(s)3652) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. |  |
| 3786 | Modified Bench Ruling On For Confirmation Of Eleventh Amended Joint Chapter 11 Plan Signed on 9/17/2021. | 9/17/2021 |
| 3787 | Findings Of Fact, Conclusions Of Law, And Order Confirming The Twelfth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors Signed On 9/17/2021 (related document(s)3726). | 9/17/2021 |
| 4289 | Letter Requesting to Participate in Mediation Filed by Amanda Morales | 1/18/2022 |
| 4302 | Order Signed on 1/21/2022 on Motions to Participate in Mediation (related document(s)4289, 4300, 4299) | 1/21/2022 |
| 6163 | Notice of Presentment of Twelfth Amended Order Extending Time to Object to Dischargeability of Certain Debts filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with presentment to be held on 2/21/2024 (check with court for location) Objections due by 2/16/2024 | 2/7/2024 |
| 6309 | Motion to Allow/ Motion to Take Judicial Notice filed by Amanda Morales. | 4/16/2024 |
| 6310 | Notice of Appeal (related document(s)6274) filed by Amanda Morales. | 4/16/2024 |
| 6312 | Amended Notice of Appeal (related document(s)6310) filed by Amanda Morales. | 4/17/2024 |
| 6869 | Letter /Plaintiff's Amended Motion for Class Certification (related document(s)6811) Filed by Amanda Morales. | 10/22/2024 |
| 6870 | Letter best interest of creditors test in chapter 11 Filed by Amanda Morales | 10/22/2024 |
| 6876 | Letter /Abatement Program and Confirmation Plan Conflict of Interest Filed by Amanda Morales. | 10/23/2024 |
| 6939 | Notice of Hearing Regarding Ms. Morales Letters/ Motions filed by James I. McClammy on behalf of Purdue Pharma L.P.. with hearing to be held on 12/12/2024 at 11:00 AM at Videoconference (ZoomGov) (SHL) Objections due by 12/5/2024 | 11/20/2024 |
| 6990 | Objection / Debtors' Objection to Ms. Morales's Letters/ Motions (related document(s)6869, 6813, 6876, 6870, 6811) filed by James I. McClammy on behalf of Purdue Pharma L.P.. | 12/5/2024 |
| 7030 | Letter Received on 12/12/2024 Requesting Hearing Filed by Amanda Morales. | 12/13/2024 |
| 7036 | Letter Regarding Hearing on 12/12/2024 Filed by Amanda Morales | 12/16/2024 |
| 7037 | Letter Regarding Hearing on 12/12/2024 (clarify issues that I was trying to discuss with the court) Filed by Amanda Morales. | 12/16/2024 |

| **Docket Number** | **Document** | **Filing Date** |
|---|---|---|
| 7042 | Transcript regarding Hearing Held on 12/12/2024 At 11:04 AM RE: Motion For Class Certification.; Etc. Remote electronic access to the transcript is restricted until 3/17/2025. | 12/17/2024 |
| 7063 | Motion for Stay Pending Appeal (related document(s)7062) filed by Amanda Morales. | 12/26/2024 |
| 7065 | Application for In Forma Pauperis Re: Notice of Appeal (related document(s)7062) filed by Amanda Morales. | 12/27/2024 |
| 7075 | Letter RE: Additional Evidence to be Included on the Record Filed by Amanda Morales | 1/6/2025 |
| 7086 | Notice of Hearing Notice of Hearing Regarding Amanda Morales's Letters (related document(s)7030) filed by James I. McClammy on behalf of Purdue Pharma L.P.. with hearing to be held on 2/25/2025 at 11:00 AM at Videoconference (ZoomGov) (SHL) Objections due by 2/18/2025, | 1/8/2025 |
| 7087 | Notice of Hearing Notice of Hearing Regarding Amanda Morales's Letter Requesting a Hearing (related document(s)7030) filed by James I. McClammy on behalf of Purdue Pharma L.P.. with hearing to be held on 2/25/2025 at 11:00 AM at Videoconference (ZoomGov) (SHL) Objections due by 2/18/2025, | 1/8/2025 |
| 7088 | Notice of Hearing / Notice of Hearing Regarding Amanda Moraless Letter Seeking to Include Additional Evidence (related document(s)7030) filed by James I. McClammy on behalf of Purdue Pharma L.P.. with hearing to be held on 2/25/2025 at 11:00 AM at Videoconference (ZoomGov) (SHL) Objections due by 2/18/2025, | 1/8/2025 |
| 7089 | Notice of Hearing / Notice of Hearing Regarding Amanda Morales's Motion for Stay Pending Appeal (related document(s)7063) filed by James I. McClammy on behalf of Purdue Pharma L.P.. with hearing to be held on 2/25/2025 at 11:00 AM at Videoconference (ZoomGov) (SHL) Objections due by 2/18/2025, | 1/8/2025 |

Dated: January 23, 2025  
       New York, New York

Respectfully Submitted,

*/s/ James I. McClammy*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak

*Counsel to the Debtors-Appellees and Debtors in Possession*

6