DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |
| **PURDUE PHARMA L.P.**, *et al.*, | |
| Plaintiffs, | Adv. Pro. No. 19-08289 (SHL) |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS**, *et al.*, | |
| Defendants. | |

**AMENDED AGENDA[2] FOR JANUARY 24, 2025 HEARING**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text.**

| | |
|---|---|
| Time and Date of Hearing: | January 24, 2025 at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 558 8656, Meeting ID 919 8293 5055, Passcode 027854.

I. **MATTER IN MAIN BANKRUPTCY PROCEEDING Case No. 19-23649 AND ADVERSARY PROCEEDING Case No. 19-08289:**[3]

1. *Motion to Extend.* Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7096; Adv. ECF No. 641]

    Objection Deadline: January 22, 2025 at 10:00 a.m. (prevailing Eastern Time).

    Responses Received:

    A. Plaintiff / Creditor / Purdue Temporarily Stayed Case #555 Fredrick Hill's Limited Opposition to Debtors 42nd Extension of Purdue Temporary Preliminary Injunction, Amending it, to Correctly Include Under #555 All Defendants Listed in My NJ Pre-petition Consumer Fraud Oxycontin Personal Injury Lawsuit #CAM-L-3693-19 that Are Not Listed Currently as Related Party Defendants Subject to the Purdue Temporary Preliminary Injunction and, Have Not Filed Bankruptcy [ECF No. 7098; Adv. ECF No. 643]

    B. Objection to Request for Extension of Time to Mediate filed by Ronald Bass Sr. [ECF No. 7112]

---

[3] The Debtors' *Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling* was filed on both the main bankruptcy proceeding docket and the adversary proceeding docket, as the relief sought concerns both actions. ECF Numbers refer to the main bankruptcy proceeding docket (No. 19-23649) unless preceded by "Adv.," in which case the number refers to docket entries on the adversary proceeding docket (Adv. No. 19-08289). Where filings were entered on both dockets, parallel citations are provided.

C. Nassau County, NY's Objection to the Debtors' Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7122; Adv. ECF No. 646]

D. Plaintiff / Creditor / Purdue Temporarily Stayed Case #555 Fredrick Hill's Amended Limited Opposition to Debtors 42nd Extension of Purdue Temporary Preliminary Injunction Order, Amending It, to Correctly Include Under #555 and Footnote #2 All Defendants Listed in My NJ Pre-petition Consumer Fraud Oxycontin Personal Injury Lawsuit #CAM-L-3693-19. That Are Not Listed Currently in 41st Extended Purdue Temporary Preliminary Injunction Order As Related Party Defendants Subject to The Purdue Temporary Preliminary Injunction that Have Not Filed Bankruptcy [ECF No. 7123; Adv. ECF No. 647]

E. State of Maryland's Opposition to Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7126; Adv. ECF No. 648]

Reply Deadline: January 23, 2025 at 2:00 p.m. (prevailing Eastern Time).

Replies Received:

A. **Statement Regarding Debtors' Motion to Extend the Preliminary Injunction filed by the State of New York [Adv. ECF No. 649]**

B. **Reply Memorandum in Further Support of Motion to Extend the Mediation and Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7131; Adv. ECF No. 650]**

C. **The Multi-State Governmental Entities Group's Statement in Support of the Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7130; Adv. ECF No. 651]**

D. **Ad Hoc Committee's Reply to Debtors' Motion to Extend the Mediation and the Preliminary Injunction [ECF No. 7133; Adv. ECF No. 652]**

E. **Statement of the Official Committee of Unsecured Creditors in Support of Relief Requested in Debtors' Motion to Extend the Mediation and the Preliminary Injunction [ECF No. 7134; Adv. ECF No. 653]**

Related Documents:

    A. Order Scheduling Hearing on Request to Extend the Mediation, Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7091; Adv. ECF No. 639]

    B. Memorandum of Law in Support of Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7097; Adv. ECF No. 642]

    C. Co-Mediators' Fourth Interim Status Report [ECF No. 7120]

<u>Status</u>: This matter is going forward on a contested basis.

II. **MATTERS IN MAIN BANKRUPTCY PROCEEDING Case No. 19-23649:**

1. ***Nardello & Co. LLC Retention Application.*** Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Nardello & Co. LLC as Specialized Forensic Financial Advisor, *Nunc Pro Tunc* to July 15, 2024 [ECF No. 7060]

    <u>Objection Deadline</u>: January 14, 2025 at 4:00 p.m. (prevailing Eastern Time).

    <u>Reponses Received</u>: None

    <u>Related Documents</u>:

        A. Declaration of Arik Preis in Support of Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Nardello & Co. LLC as Specialized Forensic Financial Advisor, *Nunc Pro Tunc* to July 15, 2024 [ECF No. 7114]

        B. Certificate of No Objection under 28 U.S.C. § 1746 Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Nardello & Co. LLC as Specialized Forensic Financial Advisor, *Nunc Pro Tunc* to July 15, 2024 [ECF No. 7118]

    <u>Status</u>: This matter is going forward on an uncontested basis.

2. ***Motion to Modify Akin Gump Strauss Hauer & Feld LLP Retention Order.*** Motion of the Official Committee of Unsecured Creditors for Entry of an Order Modifying Akin Gump Strauss Hauer & Feld LLP's Retention Order to Authorize Retention and Employment of Limited Purpose Foreign Counsel, *Nunc Pro Tunc* to Respective Dates of Employment [ECF No. 7061]

    <u>Objection Deadline</u>: January 14, 2025 at 4:00 p.m. (prevailing Eastern Time).

Reponses Received: None

Related Documents:

    A. Supplemental Verified Statement of Roman Baechler (Homburger AG) Pursuant to Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014-1 [ECF No. 7115]

    B. Supplemental Verified Statement of Declan Black (Mason Hayes & Curran LLP) Pursuant to Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014-1 [ECF No. 7116]

    C. Supplemental Verified Statement of Clara Mara-Marhuenda and Jean-Marc Ueberecken (Arendt & Medernach S.A.) Pursuant to Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014-1 [ECF No. 7117]

    D. Certificate of No Objection under 28 U.S.C. § 1746 Regarding Motion of the Official Committee of Unsecured Creditors for Entry of an Order Modifying Akin Gump Strauss Hauer & Feld LLP's Retention Order to Authorize Retention and Employment of Limited Purpose Foreign Counsel, *Nunc Pro Tunc* to Respective Dates of Employment [ECF No. 7119]

Status: This matter is going forward on an uncontested basis.

Dated:   January 23, 2025
          New York, New York

                          DAVIS POLK & WARDWELL LLP

                          By:  /s/ *Eli J. Vonnegut*
                                 Eli J. Vonnegut

                          450 Lexington Avenue
                          New York, New York 10017
                          Telephone: (212) 450-4000
                          Facsimile: (212) 701-5800
                          Marshall S. Huebner
                          Benjamin S. Kaminetzky
                          Eli J. Vonnegut
                          Christopher S. Robertson

                          *Counsel to the Debtors*
                          *and Debtors in Possession*