UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 19-23649<br><br>(Jointly Administered) |

**DECHERT LLP'S FIFTH SUPPLEMENTAL DECLARATION
PURSUANT TO BANKRUPTCY RULE 2014(A)**

I, Shmuel Vasser, hereby declare that the following statements are true and correct to the best of my knowledge after due inquiry as described herein:

1. I am a partner of the law firm of Dechert LLP ("**Dechert**"), which maintains offices at 1095 Avenue of the Americas, New York, New York 10036. I submit this declaration (the "**Fifth Supplemental Declaration**") to provide additional disclosure required under Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") of Dechert's connections with potential parties-in-interest in the Debtors' chapter 11 cases (the "**Chapter 11 Cases**").

2. This Fifth Supplemental Declaration supplements the disclosures provided in Dechert's prior supplemental declarations, [Docket Nos. 488, 683, 817, and 851], and Hayden Coleman's declaration [Docket No. 424-2] filed contemporaneously with the *Application of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Debtors for Authority to Retain and Employ Dechert LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 424] (the "**Retention Application**").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

3. I, or someone working under my supervision, reviewed any client connections to the Debtors' chapter 11 cases based on updated lists of parties-in-interest provided by the Debtors primary chapter 11 counsel, a copy of which is annexed hereto as **Appendix 2**, to determine whether Dechert has an adverse interest to the Debtors' estates. Since the filing of the Retention Application, and the First, Second, Third, and Fourth Supplemental Declarations, Dechert has continued to search its conflicts database for connections with potential parties-in-interest in these Chapter 11 Cases based on updated parties-in-interest lists provided by the Debtors' primary counsel. After reviewing updates to the parties-in-interest in these Chapter 11 Cases, Dechert has not identified any representation or connections with any parties or matters that are currently adverse to the Debtors. To the extent any information disclosed herein requires amendment or modification upon Dechert as new party-in-interest information becomes available, Dechert will submit a supplemental declaration to the Court reflecting such amended or modified information.

4. Dechert and certain of its partners, counsel, and associates currently represent and likely in the future will represent the parties or entities related to the parties listed in **Appendix 1**, all of which are parties in interest in these Chapter 11 Cases. Dechert's representation of these

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Retention Application.

2

entities is not related to Dechert's representation of the Debtors in the matters for which Dechert was retained in the Chapter 11 Cases.

5. Based upon the information available to me, Dechert neither represents nor holds an interest adverse to the interests of the Debtors or their estates with respect to the matters on which Dechert is to be employed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Date:   February 21, 2025

/s/  Shmuel Vasser
Shmuel Vasser

**Appendix 1**

**Current Clients**

| Entity | Relationship to Parties |
|---|---|
| Alan Dunton | Current-Former Directors |
| Albertsons Companies | Customers |
| Amerisource Bergen Corporation | Customers |
| Bank of America N.A. | Vendor |
| Charles Schwab | Vendor |
| Citibank | Financial Institution |
| Colorcon Inc. | Vendor |
| Cornerstone Research Inc. | Vendor |
| Dow Chemical Company | Vendor |
| Goldman Sachs (Asset Mangement) | Financial Institution |
| Goldman Sachs Asset Mangement LP | Vendor |
| Grant Thornton LLP | Vendor |
| Hy Vee | Customers |
| JP Morgan Chase | Financial Institution |
| Kaiser Foundation Health Plan | Vendor |
| Medidata Solutions Inc. | Vendor |
| MWI Veterinary Supply | Customers |
| NEPC LLC | Vendor |
| Paulo Costa | Current-Former Directors |
| Pillsbury Winthrop Shaw Pittman LLP | Creditor Committee Professional |
| Sun Life Pharmaceuticals Industries | Vendor |
| Target Corp. | Customers |
| Tricorbraun Inc. | Vendor |
| UBS Group AG | Financial Institution |
| WalMart Inc. | Vendor |
| Wells Fargo & Company | Financial Institution |
| Wells Fargo Bank NA | Vendor |

## Appendix 2

### Debtor Entities

NAYATT COVE LIFSCIENCE INC.
NYATT COVE LIF SCIENCE INC.
PURDUE PHARMA INC.
PURDUE PHARMA MAUNFACTURING L.P.
PURDUE PHARMA MAUNFACTURING, L.P.
PURDUE PHARMA TECHNOLOGIES INC.
RHODES ASSOCIATES L.P.
RHODES PHARMACEUTICAL INC.
RHODES TECHNOLOGIES
RHODES TECHNOLOGIES INC.

### Other Related Entities

1974 IRREVOCABLE TRUST FBO BEVERLY SACKLER AND JONATHAN D. SACKLER (THE "74-AJ TRUST")
AJ IRREVOCABLE TRUST
ANGONOKA TRUST
AR IRREVOCABLE TRUST
BANELA CORPORATION, A BRITISH VIRGIN ISLANDS COMPANY
BEACON COMPANY
BEACON TRUST
BEAVER POND 1
BEAVER POND 2
BETAL TRUST 12/01/93
BEVERLY SACKLER REVOCABLE TRUST
BEVERLY SACKLER TRUST 1 FBO DAVID ALEX SACKLER 12/20/1989 (THE "GALLO TRUST 1")
BEVERLY SACKLER TRUST 2 FBO DAVID ALEX SACKLER 12/20/1989 (THE "GALLO TRUST 2")
BEVERLY SACKLER TRUST 3 FBO DAVID ALEX SACKLER 12/20/1989 (THE "GALLO TRUST 3")
BJSS 2010 TRUST
BJSS 2013 TRUST
BR HOLDINGS ASSOCIATES INC., A NEW YORK CORPORATION
BR HOLDINGS ASSOCIATES L.P., A DELAWARE LIMITED PARTNERSHIP
BRP TRUST
BSS TRUST 98
CANADIAN PARTNERSHIP TRUST
CAP 1, LLC, A DELAWARE LIMITED LIABILITY COMPANY
CES TRUST, DECEMBER 27, 1989 (CLARE E. SACKLER)
CLOVER TRUST
COBO BAY TRUST
CONSULTING SERVICES INC. (MUNDIPHARMA INTERNATIONAL DANISMANLIK HIZMETLERI ANONIM SIRKETI)
CORNICE FIDUCIARY MANAGEMENT LLC, A WYOMING LIMITED LIABILITY COMPANY
CORNICE TRUST
COVENTRY TECHNOLOGIES L.P.
CRYSTAL FIDUCIARY COMPANY, LLC
CRYSTAL TRUST
DABB TRUST
DAS CHART (DAVID A. SACKLER) 12/20/89
DATA LLC, A WYOMING LIMITED LIABILITY COMPANY
DATA TRUST
DAVID A. SACKLER 2012 TRUST
DECEMBER 17, 2001 TRUST
DIAGONAL BLUE TRUST
E FARMACEUTICOS LTDA.
FAIRFIELD TRUST
FIDINC TRUST
FLAT CREEK PURPOSE TRUST
FPC TRUST
GALLO TRUST 3 F/B/O CLARE ELIZABETH SACKLER
GALLO TRUST 3 F/B/O DAVID A. SACKLER
GALLO TRUST 3 F/B/O MADELEINE SACKLER
GALLO TRUST 3 F/B/O MARIANNA R. SACKLER
GALLO TRUST 3 F/B/O REBECCA K. SACKLER
GOREY TRUST
HALM TRUST
HALM TRUST 06/08/93 DECLARATION OF TRUST BY MILLBORNE LIMITED
HEATHERIDGE TRUST COMPANY LIMITED
HERCULES TRUST
HERCULES TRUST, 06/08/93 DECLARATION OF TRUST BY HILLSIDE LIMITED
ILENE S. LEFCOURT TRUST 88
ILENE S. LEFCOURT TRUST 96
ILENE SACKLER LEFCOURT REVOCABLE TRUST
IRREVOCABLE TRUST UNDER DECLARATION DATED AS OF APRIL 25, 1991
IRREVOCABLE TRUST UNDER DECLARATION DATED AS OF AUGUST 25, 1992

IRREVOCABLE TRUST UNDER DECLARATION DATED AS OF SEPTEMBER 19, 1995 F/B/O ISSUE OF RICHARD S. SACKLER
ISL 2010 FAMILY TRUST
ISL 2011 FAMILY TRUST
JACKSON RIVER TRUST
JDS CT RESIDENCE TRUST 1
JDS CT RESIDENCE TRUST 2
JDS FIDUCIARY MANAGEMENT TRUST
JDS FIELD POINT CIRCLE TRUST (GARAGE PARCEL)
JDS FIELD POINT CIRCLE TRUST (RESIDENCE PARCEL)
JDS NORTH BAY TRUST
JDS REVOCABLE POUROVER TRUST
JDS TRUST, DECEMBER 23, 1989 (JONATHAN SACKLER FAMILY)
JHSS 2010 TRUST
JHSS 2013 TRUST
JML 2010 FAMILY TRUST
JML POUR-OVER TRUST
JONATHAN D. SACKLER LIFE INSURANCE TRUST
JSS TRUST 98
JUNE 5, 1974 SETTLEMENT (MORTIMER: "MAYDEAN TRUSTEE" OR "ANZ ONE LIMITED," JERSEY, UK)
KAS 2010 FAMILY TRUST
KAS 2011 FAMILY TRUST
KATHE A. SACKLER 2001 TRUST
KATHE A. SACKLER TRUST 88
KATHE A. SACKLER TRUST 96
KLT 2010 FAMILY TRUST
KLT POUR-OVER TRUST
KOKINO LLC
LA COUPE TRUST
LINARITE HOLDINGS LLC, A DELAWARE LIMITED LIABILITY COMPANY
MCM FIDUCIARY MANAGEMENT TRUST
MDAS 2010 FAMILY TRUST
MDAS 2011 FAMILY TRUST
MDAS INVESTMENT TRUST
MDS 2002 TRUST
MDS 2006 TRUST
MEDICHEM TRUST
MEERKAT TRUST LUNE RIVER TRUST
MEMPHIS PHARMA TRUST
MEMPHIS PHARMA TRUST, 04/03/95
MIL TRUST
MILLBORNE TRUST COMPANY LIMITED
MILLENNIUM TRUST
MILLSAW REALTY INC., A NEW YORK CORPORATION
MILLSAW REALTY L.P., A DELAWARE LIMITED PARTNERSHIP
MILTON TRUST
MNP CONSULTING LIMITED, A DELAWARE CORPORATION
MONDAI TRUST
MOONSTONE HOLDINGS LLC, A DELAWARE LIMITED LIABILITY COMPANY
MORDAS CONSOLIDATED PURPOSE TRUST
MORDAS OR JERSEY C.I. TRUST NO. 2, 12/16/76 SETTLEMENT BETWEEN MORTIMER DAVID SACKLER AND MORDAS TRUST LIMITED
MORTIMER DA SACKLER TRUST 1996
MORTIMER DA SACKLER TRUST 2002
MORVETTA TRUST
MRCS TRUST, DECEMBER 30, 1989 (MILES R. C. SACKLER)
MRS TRUST, DECEMBER 21, 1989 (MARIANNA R. SACKLER)
MS TRUST, DECEMBER 26, 1989 (MADELEINE SACKLER)
MTS 2002 TRUST
MTS 2006 TRUST
MUNDI LAB TRUST
MUNDIPHARMA INTERNATIONAL CONSULTING SERVICES INC.(MUNDIPHARMA INTERNATIONAL DANIŞMANLIK HIZMETLERI ANONIM ŞIRKETI)
MUNDIPHARMA LABORATORIES GMBH (REPRESENTATIVE OFFICE OF MUNDIPHARMA LABORATORIES GMBH)
MUNDIPHARMA LLC, A DELAWARE LIMITED LIABILITY COMPANY
MUNDIPHARMA LTD., A DELAWARE CORPORATION
MUNDIPHARMA VERWALTUNGSGESELLSCHAFT MBH
NORTH BAY ASSOCIATES
OCTOBER 31, 1974 TRUST
PALP TRUST
PERELLE BAY TRUST
PERTHLITE HOLDINGS LLC, A DELAWARE LIMITED LIABILITY COMPANY
PHARMACEUTICAL RESEARCH ASSOCIATES L.P. F/K/A PURDUE HOLDINGS L.P. PHARMACEUTICALS PTE. LTD. (SINGAPORE))
PICKERING TRUST
PLP ASSOCIATES HOLDINGS INC., A NEW YORK CORPORATION
PLP ASSOCIATES HOLDINGS L.P., A DELAWARE LIMITED PARTNERSHIP
PURDUE PHARMA TECHNOLOGIES INC.
RACINE TRUST
RAYMOND & BEVERLY SACKLER FOUNDATION, INC.
RAYMOND R. SACKLER CREDIT SHELTER TRUST U/A 3/29/2012
RAYMOND R. SACKLER GST EXEMPT MARITAL TRUST U/A 3/29/2012

2

| | |
|---|---|
| RESERVE TRUST | THE MORTIMER AND JACQUELINE SACKLER FOUNDATION |
| RHODES PHARMACEUTICAL INC. | |
| RHODES TECHNOLOGIES INC. | THE MORTIMER D. SACKLER FOUNDATION INC. |
| RHODES TECHNOLOGIES INC., A DELAWARE CORPORATION | |
| | THE PURDUE FREDERICK COMPANY INC., A NEW YORK CORPORATION |
| RICHARD S. SACKLER LIFE INSURANCE TRUST | |
| | THE PURDUE PHARMA TRUST/REGIO TRUST, 12/31/93 SETTLEMENT |
| RICHARD S. SACKLER TRUST F/B/O DAVID A. SACKLER MARCH 8, 1990 | |
| | THE RAYMOND R. SACKLER TRUST 1 DTD 12/23/89 (THE "1A TRUST") |
| RICHARD S. SACKLER TRUST U/A 9/30/2004 | |
| RICHARD SACKLER FAMILY FOUNDATION | THE RAYMOND R. SACKLER TRUST 1B TRUST DTD 12/23/89 (THE "1B TRUST") |
| RKS TRUST, DECEMBER 22, 1989 (REBECCA K. SACKLER) | |
| | THE RAYMOND R. SACKLER TRUST 2 DTD 12/23/89 (THE "2A TRUST") |
| ROSEBAY MEDICAL COMPANY L.P., A DELAWARE LIMITED PARTNERSHIP | |
| | THE RAYMOND R. SACKLER TRUST 2B DTD 12/23/89 (THE "2B TRUST") |
| ROSEBAY MEDICAL COMPANY LLC, A DELAWARE LIMITED LIABILITY COMPANY | |
| | THE SACKLER LEFCOURT CENTER FOR CHILD DEVELOPMENT INC. |
| ROSEBAY MEDICAL COMPANY, INC., A DELAWARE CORPORATION | |
| | THE SHACK SACKLER FOUNDATION |
| ROSELITE HOLDINGS LLC, A DELAWARE LIMITED LIABILITY COMPANY | THE TRUST B U/A/ 11/4/74 FBO BEVERLY SACKLER (THE "74B TRUST") |
| RSS 2012 FAMILY TRUST | THE TRUST U/A 11/5/74 FBO BEVERLY SACKLER (THE "74A TRUST") |
| RSS CT RESIDENCE TRUST 1 | |
| RSS CT RESIDENCE TRUST 2 | THEMAR CONSOLIDATED PURPOSE TRUST |
| RSS FIELD POINT CIRCLE TRUST (GARAGE PARCEL) | THERE E. SACKLER 2008 TRUST |
| | THERESA E. SACKLER 1988 TRUST |
| RSS FIELD POINT CIRCLE TRUST (RESIDENCE PARCEL) | TOM & KELLY TRUST |
| | TRUST BY MORTIMER D. SACKLER & OGIER TRUSTEE LIMITED 08/02/93 SETTLEMENT |
| RSS NORTH BAY TRUST | |
| RSS REVOCABLE POUROVER TRUST | TRUST U/A DATED DECEMBER 23, 1989 FBO THE ISSUE OF JONATHAN D. SACKLER |
| RSS TRUST, DECEMBER 23, 1989 (RICHARD S. SACKLER FAMILY) | |
| | TRUST U/A DATED DECEMBER 23, 1989 FBO THE ISSUE OF RICHARD S. SACKLER, M.D. |
| SACKLER FOUNDATION INC. | |
| SASS 2010 TRUST | TRUST UNDER AGREEMENT DATED AUGUST 29, 2003 F/B/O JONATHAN D. SACKLER |
| SASS 2013 TRUST | |
| SDS 2002 TRUST | TRUST UNDER AGREEMENT DATED AUGUST 29, 2003 F/B/O RICHARD S. SACKLER |
| SDS 2006 TRUST | |
| SILVER TRUST | TRUST UNDER AGREEMENT DATED DECEMBER 23, 1980 F/B/O JONATHAN D. SACKLER ("JDS XPC TRUST") |
| SOFT RIVER PURPOSE TRUST | |
| SS TANAGER TRUST | |
| STANHOPE GATE CORPORATION | TRUST UNDER AGREEMENT DATED DECEMBER 23, 1980 F/B/O RICHARD S. SACKLER ("RSS XPC TRUST") |
| STILLWATER HOLDINGS LLC F/K/A STILLWATER LLC | |
| | TRUST UNDER AGREEMENT DATED DECEMBER 3, 1979 F/B/O JONATHAN D. SACKLER ("JDS BRP TRUST") |
| SUMMER ROAD LLC, A DELAWARE LIMITED LIABILITY COMPANY | |
| TADDEO TRUST | |
| TAHINI TRUST 06/07/82 | TRUST UNDER AGREEMENT DATED DECEMBER 3, 1979 F/B/O RICHARD S. SACKLER ("RSS BRP TRUST") |
| TES BARE TRUST | |
| TES BEACON 2012 TRUST | |
| TES BEACON 2013 TRUST | TRUST UNDER AGREEMENT DATED JUNE 16, 1980 F/B/O JONATHAN D. SACKLER ("JDS FPC TRUST") |
| TES BEACON 2014 TRUST | |
| THE 1974 IRREVOCABLE INVESTMENT TRUST (THE "INVESTMENT TRUST") | |
| | TRUST UNDER AGREEMENT DATED JUNE 16, 1980 F/B/O RICHARD S. SACKLER ("RSS FPC TRUST") |
| THE 1974 IRREVOCABLE TRUST FBO BEVERLY SACKLER AND RICHARD S. SACKLER (THE "74-AR TRUST") | |

3

| | |
|---|---|
| TRUST UNDER AGREEMENT DATED THE 13TH DAY OF MARCH 2009 | SACKLER AND ISSUE OF RICHARD S. SACKLER |
| TRUST UNDER AGREEMENT MADE THE 11TH DAT OF MAY 2005 | TRUST UNDER DECLARATION OF TRUST DATED DECEMBER 17M 1991 F/B/O JONATHAN D. SACKLER AND ISSUE OF JONATHAN D. SACKLER |
| TRUST UNDER DECLARATION OF TRUST DATED AUGUST 23, 1988 F/B/O JONATHAN D. SACKLER AND ISSUE OF JONATHAN D. SACKLER | TRUST UNDER DECLARATION OF TRUST NO. 1 DATED NOVEMBER 25, 1996 |
| TRUST UNDER DECLARATION OF TRUST DATED AUGUST 23, 1988 F/B/O RICHARD S. SACKLER AND ISSUE OF RICHARD S. SACKLER | TRUST UNDER DECLARATION OF TRUST NO. 2 DATED NOVEMBER 25, 1996 |
| TRUST UNDER DECLARATION OF TRUST DATED DECEMBER 17, 1991 F/B/O RICHARD S. | VARUS TRUST |
| | VERWALTUNGSGESELLSCHAFT MBH |
| | XPC TRUST |

**Current Directors and Officers**

| | |
|---|---|
| BRIANNE WEINGARTEN | MARC L. KESSELMAN |
| CRAIG LANDAU, M.D. | MARGARET FELTZ |
| DONOGH MCGUIRE | MICHAEL RONNING |
| DR. SAJJAN DANIEL | MONICA KWARCINSKI |
| EDWARD BORKOWSKI | PETER BOER |
| F. MARK GERACI | RICHARD W. SILBERT |
| HUSSEIN GHNAIMEH | ROXANA ALEALI |
| JOSEPH NORTHINGTON | SAILAJA BHASKAR, PH.D. |
| JULIE DUCHARME | SARAH ROBERTSON |
| KAREN LAUREL | |

**Former Directors and Officers**

| | |
|---|---|
| AARON GRAHAM | JAMES DOLAN |
| ALAN BUTCHER | JAMES DOYLE |
| ANTHONY C. SANTOPOLO, M.D. | JEAN-JACQUES CHARHON |
| BENJAMIN OSHLACK | JOHN H. STEWART |
| BERT WEINSTEIN | JONATHAN G. WHITE |
| BRIANNE WEINGARTEN | JUDY LEWENT |
| CARL GRAF | KAREN LAUREL |
| CAROLINE CHOMIAK | KATHLEEN M. SCHADY |
| CHRISTIAN MAZZI | LARRY A. PICKETT, JR. |
| CRAIG LANDAU, M.D. | LOUIS J. DEBONE |
| DANIELLE NELSON | MAGGIE FELTZ |
| DAVID E. LONG | MAHMOUD MAHMOUDIAN |
| DAVID LONG | MARC KESSELMAN |
| DAVID S. FOGEL | MARK ALFONSO |
| DAVID VOLOSIN | MARK CHASIN |
| DENNIS A. MERLO | MARK FLETCHER |
| DON KYLE | MARK TIMNEY |
| ECKHARD MUHLHAUSER | MARTIN GREENE |
| EDWARD ALBRIGHT | MARY E. OGLE |
| EDWARD MURRAY | MICHAEL COLLINS |
| F. MARK GERACI | MICHAEL FRIEDMAN |
| FRED SCHAEFER | MONICA KWARCINSKI, PH.D. |
| FREDERICK A. SEXTON | PAUL D. GOLDENHEIM, M.D. |
| GARY STILES, M.D. | PETER BOER |
| GLENN VAN BUSKIRK | PHILIP J. PALERMO, PH.D. |
| HANS PETER KIRCHGAESSNER | RANDY SHAMBLEN |
| HOLBROOK BUGBEE | RAUL DAMAS |
| HOWARD R. UDELL | RICH FANELLI |

RICHARD W. SILBERT
ROBERT F. KAIKO
ROBERT J. KUPPER
ROBERT REDER
ROBERT SHAPIRO
ROBERT THEBEAU
ROBIN ABRAMS
ROGER W. CROSWELL, PH.D.
RONALD BURCH
RUSS GASDIA

SAEED MOTAHARI
SUSIE ROBINSON
TERRENCE RONAN
THOMAS L. ANDERSON
TODD BAUMGARTNER, M.D.
VINCENT F. MANCINELLI II
WILLIAM F. HERLIHY
WILLIAM LOOMIS
WILLIAM MALLIN

## Banks

BANK OF OKLAHOMA
DREYFUS FUNDS

GOLDMAN SACHS
GOLDMAN SACHS (ASSET MANAGEMENT)

## Vendors

65 WEST 36 LLC
A Z CORPORATION
A&A PV CONSULTING LIMITED
ACCESS POINTE MANAGED MARKETS LLC
ACG NORTH AMERICA LLC
ACLAIRO PHARMACEUTICAL DEVELOPMENT
ADEN PHARMACOVIGILANCE
AETNA LIFE INSURANCE CO
ALACRITA CONSULTING INC
ALCALIBER S.A.U.
ANALYSIS GROUP INC
ANAQUA SERVICES INC
ANJU SOFTWARE INC
ANKURA INTERMEDIATE HOLDINGS L.P.
ANTARES PHARMA INC
APHENA PHARMA SOLUTIONS
ARCHIVE360 INC
ASCEND PACKAGING SYSTEMS LLC
ASSOCIATION FOR ACCESSIBLE MEDICINE
AZELIS PHARMA & HEALTHCARE US
BASF CORPORATION
BATTELLE MEMORIAL INSTITUTE
BEHAVIORAL HEALTH LEADERSHIP
BENEFITFOCUS.COM INC
BENUVIA OPERATIONS, LLC
BIOSCIENCE LABORATORIES INC
BLUE FIN GROUP INC
BLUTEST LABORATORIES LTD
BURNS GROUP
CAERUS US 1 INC
CAMBREX PROFARMACO MILANO SRL
CAPMATIC AMERICA INC
CARAWAY TEA COMPANY LLC
CBTS LLC
CEBIS INC
CELLACT PHARMA GMBH
CERIDIAN CLIENTS FUND TRUST
CEVA FREIGHT LLC
CHANGE HEALTHCARE SOLUTONS LLC

CHARLES SCHWAB
CHATTEM CHEMICALS INC
CHEMO IBERICA S.A.
CHILD RELATED RESEARCH INC
CHPA EDUCATIONAL FOUNDATION
CITY ELECTRIC SUPPLY CO
CLARIANT CORPORATION
CLEAN EARTH ENVIRONMENTAL SOLUTIONS
CLIANTHA RESEARCH LIMITED
CMK SELECT
CMS COMMUNICATIONS INC
COGENCY GLOBAL
COGNIZANT WORLDWIDE LIMITED
CORDANCE OPERATIONS LLC
CORY PAETH
COVENTRY TAX COLLECTOR
DAVOS CHEMICAL COPORATION
DDP SPECIALTY ELECTRONIC MATERIALS
DEERFIELD GROUP LLC
DISTEK INC
DIVERSIFIED SEARCH LLC
DLA PIPER LL.P. US
DOLT THOMPSON SHEPERD KINNEY
DORSEY & WHITNEY LL.P.
DOVETAIL CONSULTING GROUP LLC
DUBEL & ASSOCIATES LLC
ECG INC
EHEALTHSCREENINGS LLC
EMISAR PHARMA SERVICES LLC
EMPIRE DISCOVERY LLC
EPLUS TECHNOLOGY INC
ESTEVE PHARMACEUTICALS, S.A.EVERFI INC
EURO CELTIQUE S.A.
EVALUATE LIMITED
EVALUATEPHARMA LTD
EVONIK CORPORATION
FCB WORLDWIDE INC
FEDERAL TRADE COMMISSION
FIDELIO HEALTHCARE LIMBURG GMBH

5

FIDELITY INSTITUTIONAL ASSET
FIDELITY INVESTMENTS INSTITUTIONAL
FLAVINE NORTH AMERICA INC
FLETCHER KNIGHT INC
FLORIDA INTL UNIV BOARD OF TRUSTEES
FOXHIRE
FREEDOM INDUSTRIES INC
FREUND VECTOR CORP
FREWITT USA INC
FRONTIER HUB LLC
FW WEBB CO
GARTNER INC
GEODIS USA INC
GERICARE PHARMACEUTICALS
GERRESHEIMER BUNDE GMBH
GLENMARK LIFE SCIENCES LIMITED
GLOBAL OVERVIEW LLC
GLOBALDATA PUBLICATIONS INC
GRANT THORNTON LL.P.
GREENLEAF HEALTH INC
GUIDEPOST SOLUTIONS LLC
HANDA PHARMACEUTICALS LLC
HARMONY FOODS CORPORATION
HCL TECHNOLOGIES CORP SERVS LTD
HCL TECHNOLOGIES CORP SVCS LTD
HCP CONCIERGE LLC
HEALTHCARE RESEARCH WORLDWIDE INC
HEXAWARE TECHNOLOGIES LIMITED
HIGH WATCH RECOVERY CENTER
HILL TOP RESEARCH INC
HOWORTH AIR TECHNOLOGY LTD
HTS ENGINEERING INC
HUMCO HOLDING GROUP
ICON CLINICAL RESEARCH LIMITED
ICONTRACTS INC
IHEALTH DATA SCIENCES LLC
ILC DOVER INC
IMA NORTH AMERICA
INDEX ENCAPSULATION EQUIPT LLC
INDUSTRIAL PHARMACEUTICAL
INFORMA UK LIMITED
INMAR RX SOLUTIONS INC
INSTEDD
INTEGRICHAIN
INTEGRICHAIN INC - R
INTELLIPHARMACEUTICS CORP
INTERCHEM TRADING CORPORATION
INTL BUSINESS MACHINE CORP
INTRALINKS INC
INVIVO BRANDS LLC
IPD ANALYTICS LLC
IPSOS INSIGHT LLC
ISOSCELES INSURANCE LTD
JS CIVIL LAW GROUP PLLC
KALDEROS
KANBAN INDUSTRIES INC

KAPLAN HECKER & FINK LL.P.
KARDEX REMSTAR LLC
KARR TUTTLE CAMPBELL
KLARIA AB
KLEINFELD KAPLAN & BECKER
KORN FERRY HAY GROUP INC
KP PHARMACEUTICAL TECHNOLOGY INC
KPMG LL.P.
KYMANOX CORPORATION
LEARN AND CONFIRM INC
LIBERTY MUTUAL INSURANCE GROUP
LIEBERMAN INC
LINGUIS TECHS INC
LLX SOLUTIONS LLC
LONZA GREENWOOD LLC
LORENZ INTERNATIONAL LLC
LOWENSTEIN SANDLER PC
LUTHER J STRANGE III
LYNN PINKER COX & HURST LL.P.
LYNX GROUP LLC
M FRANK HIGGINS & CO INC
MAGNIT LLC
MAINE BOARD OF PHARMACY
MAINTENANCE MANAGEMENT INC
MAIWALD PATENTANWALTS GMBH
MALVERN PANALYTICAL INC
MANNION CONSULTING LLC
MANUFACTURERS OF AMERICA (PHRMA)
MARINO TORTORELLA & BOYLE PC
MARKET VISION RESEARCH INC
MARKETVISION RESEARCH INC
MARSH MANAGEMENT SERVICES
MAZIKGLOBAL TRADEMARK
MEDEDNOW LLC
MEDIASSOCIATES INC
MERATIVE US L.P.
MOMENTUM ACQUISITION CO
MORRIS NICHOLS ARSHT & TUNNELL LL.P.
MULLENLOWE US INC
MUNDIPHARMA RESEARCH LTD
NEAL & HARWELL PLC
NELSON MULLINS RILEY &
NEPC LLC
NJM PACKAGING INC
NORAMCO LLC
NORTH CAROLINA DEPT OF HEALTH
NOVATEUR VENTURES INC
NOVUM PRS OF DELAWARE INC
NOVUS INTELLIGENCE LLC
NUTRITION AND BIOSCIENCES USA 1 LLC
NYS COMMISSIONER OF TAXATION & FIN
OFFICE OF THE UNITED STATES TRUSTEE
OLD REPUBLIC INSURANCE CO
OPEN TEXT INC
OPTEL GROUP USA
OPTUMINSIGHT LIFE SCIENCES INC

6

PARX SOLUTIONS INC
PATHEON MANUFACTURING SVCS LLC
PATHEON SOFTGELS INC
PEARL MANAGEMENT CONSULTING LLC
PENSION BENEFIT GUARANTY CORP
PEOPLE 2.0 NORTH AMERICA LLC
PETRILLO KLEIN & BOXER LL.P.
PHARMA NOBIS LLC
PHARMACEUTICAL BUYERS INC
PHARMACEUTICAL RESEARCH AND
PHARMACEUTICAL RESEARCH AND
MANUFACTURERS OF AMERICA (PHRMA)
PHARMARON MAF SERVICES (US) LLC
PHILLIPS ADR ENTERPRISES PC
PI TRUST
PINNACLE INNOVATION INC
PLATINUM PRESS INC
POLYPACK INC
POMS CORPORATION
PORTER HEDGES LL.P.
PORZIO LIFE SCIENCES
PPD GLOBAL CENTRAL LABS LLC
PRA INC
PRECISIONXTRACT INC
PREMIER LANDSCAPING
PROGRESSIVE BUSINESS SOLUTIONS INC
PROOFPOINT INC
PROPHARMA PV INC
PURISYS LLC
QRAL GROUP LLC
REDICA SYSTEMS INC
REED SMITH LL.P.
REMEDIUM SECURITY LLC
RESOLUTIONS LLC
RF RLA INC
RIPARIAN LLC
ROBERT S MILLER
RSS WFCM2016-BNK1 - CT OSR LLC
SAS INSTITUTE INC
SCHAWK ASIA PACIFIC PTE LTD
SCHULTE ROTH & ZABEL LL.P.
SERVICENOW INC
SHOPKICK INC
SIDLEY AUSTIN LL.P.
SKARZYNSKI BLACK LLC
SKILLSOFT CORPORATION
SKURKA CONSTRUCTION INC
SLAYBACK PHARMA LLC
SNELL & WILMER LL.P.
SONORAN PREVENTION WORKS
SOVEREIGN PHARMACEUTICALS LLC
SPEARS & IMES LL.P.
SQUIRE PATTON BOGGS US LL.P.
SST CORPORATION
STAFFORD COMMUNICATIONS GROUP INC
STAGEBIO
STAPLES BUSINESS ADVANTAGE
STATE OF DELAWARE DIVISION OF
PROFESSIONAL REGULATION
STATE OF VT
STERNE KESSLER GOLDSTEIN & FOX PLLC
STONHARD DIV OF STONCOR GROUP INC
STRATEGIC RESEARCH INSIGHTS INC
SUN LIFE ASSURANCE COMPANY OF CANAD
SYNEOS HEALTH CONSULTING INC
SYNEOS HEALTH LLC
SYNTEGON US HOLDINGS INC
TECH PAINTING CO INC AND
TGAS ADVISORS LLC
THE AMERICAN ASSN OF POISON
THE LUMINATIONS GROUP LLC
THE MEDICAL AFFAIRS CO LLC
THE TOPSPIN GROUP
THOMAS PACKAGING LLC
TOWARD ZERO CO
TREASURER STATE OF MAINE BOP
TRIANGLE EAST STORAGE INC
TRIRX HUNTSVILLE PHARMA SVCS LLC
UNIVAR USA INC
UNIVERSITY OF CALIFORNIA SAN DIEGO
UPADHYE CWIK LL.P.
UPMC MAGEE WOMENS HOSPITAL
UPPSALA MONITORING CENTRE
US CHAMBER LITIGATION CENTER
VENABLE LL.P.
VENEBIO GROUP LLC
VINYL DEVELOPMENT LLC
VIWIT PHARMACEUTICAL CO LTD
VMWARE INC
VORYS SATER SEYMOUR & PEASE LL.P.
WALKER PAINT COMPANY INC
WATERS TECHNOLOGIES CORPORATION
WAYNE STATE UNIVERSITY
WEIL GOTSHAL & MANGES LL.P.
WELLS FARGO BANK NA
WELOCALIZE INC
WEST VIRGINIA DEPT OF HEALTH &
WEST VIRGINIA DEPT OF HEALTH & HUMAN
RESOURCES
WIGGIN & DANA LL.P.
WILLIS TOWERS WATSON US LLC
WILMER CUTLER PICKERING
WILSON IRON WORKS INC
WOLF&COMPANY P C
ZCL CHEMICALS LTD
ZHEJIANG POLY PHARM CO LTD
ZYCUS INC

### Customers

| | |
|---|---|
| A PLUS CORPORATION | KROGER |
| BRP | LEGACY PHARMACEUTICAL |
| GENET CO INC | PBA HEALTH |
| GENETCO INC | PRICE CHOPPER |
| GIANT EAGLE | VISTAPHARM INC |
| HEB GROCERY CO. | WINCO FOODS LLC |
| INDEPENDENT PHARMACY DISTRIBUTOR (IPD) | WINCO FOODS LLC VISTAPHARM INC |
| KEYSOURCE MEDICAL | WINN DIXIE |

### Government Authorities

| | |
|---|---|
| ADMINISTRATION (DEA) ADMINISTRATION (FDA) | OFFICE OF THE UNITED STATES TRUSTEE |
| | UNITED STATES DEPARTMENT OF JUSTICE |

### Utilities

GREENLIGHT COMMUNITY BROADBAND

### Creditor Committee Professionals

| | |
|---|---|
| BEDELL CRISTIN | HOULIHAN LOKEY |
| COLE SCHOTZ P.C | KURTZMAN CARSON CONSULTANTS LLC |
| COMPASS LEXECON | OTTERBOURG P.C. |
| COULTER & JUSTICE | PILLSBURY WINTHROP SHAW PITTMAN LL.P., |
| GILBERT LL.P. | PULLMAN & COMLEY LLC |

### Debtor Legal Counsel

| | |
|---|---|
| ADVOCACY, LLC | LYTLE SOULE & CURLEE, P.C. |
| ANAQUA SERVICES INC | MAIWALD GMBH |
| BERESFORD BOOTH PPLC | MAIWALD PATENTANWALTS GMBH |
| BERNSTEIN, SHUR, SAWYER & NELSON, P.A. | MCCARTER & ENGLISH LL.P. |
| BROWNSTEIN HYATT FARBER SCHRECK LL.P. | MCCOLLAM, DUPLANTIS & EAGAN LLC |
| COGENCY GLOBAL | MCGUIRE WOODS LL.P. |
| CONYERS DILL & PEARMAN LIMITED | MOREIRA |
| DENTONS US LL.P. | MOURANT OZANNES (JERSEY) LL.P. |
| DUKE EVETT PPLC | NYEMASTER GOODE, P.C. |
| EURO CELTIQUE S.A. | PARKER HURST & BURNETT PLC |
| GREENBERG TRAURIG LL.P. | PARSONS BEHLE & LATIMER |
| HINCKLEY, ALLEN & SNYDER LL.P. | POTOMAC LAW GROUP PLLC |
| HUSCH BLACKWELL LL.P. | POYNER SPRUILL LL.P. |
| LATHAM & WATKINS LL.P. | SEMMES BOWEN & SEMMES |
| LAW OFFICES OF IAN E. BJORKMAN, LLC | WEIL GOTSHAL & MANGES LL.P. |
| LYNCH & PINE ATTORNEYS AT LAW, LLC | WOMBLE BOND DICKINSON (US) LL.P. |

### Director and Officer Legal Counsel

| | |
|---|---|
| ARMSTRONG TEASDALE | BOWMAN & BROOKE LL.P. |
| ARNOLD & PORTER KAYE SCHOLER LL.P. | BUCKLEY LL.P. |
| BABST, CALLAND, CLEMENTS AND ZOMNIR | COTSIRILOS, TIGHE, STREICKER, POULOS & CAMPBELL LTD |
| BARZE TAYLOR NOLES LOWTHER LLC | |
| BLANK ROME LL.P. | DILL DILL CARR STONBRAKER & HUTCHINGS, P.C. |
| BLYTHE GRACE | |

| | |
|---|---|
| DONNELLY, CONROY & GELHAAR, LL.P. | ORRICK HERRINGTON & SUTCLIFFE |
| FRANKFURT KURNIT KLEIN & SELZ | PARSONS BEHLE & LATIMER |
| FREEH SPORKIN & SULLIVAN LL.P. | PAUL HASTINGS LL.P. |
| GOODWIN PROCTER LL.P. | PERKINS COIE |
| GREENBERG TRAURIG LL.P. | PETRILLO KLEIN & BOXER |
| HECKER FINK LL.P. | PORTER HEDGES, LL.P. |
| HERRINGTON LAW | QUINN EMANUEL URQUHART & SULLIVAN, LL.P. |
| HINCKLEY, ALLEN & SNYDER LL.P. | |
| JS CIVIL LAW GROUP PLLC | REED SMITH LL.P. |
| KAPLAN HECKER & FINK LL.P. | RIDLEY MCGREEVY & WINOCUR, P.C. |
| KASOWITZ BENSON TORRES LL.P. | RITCHIE, DILLARD, DAVIES & JOHNSON P.C. |
| LEVAN MUHIC STAPLETON | SCHULTE ROTH & ZABEL LL.P. |
| LOWENSTEIN SANDLER LL.P. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LL.P. |
| LUTHER J STRANGE III | |
| MARINO TORTORELLA & BOYLE PC | SPEARS & IMES LL.P. |
| MARTIN AUERBACH, ESQ. | TROUTMAN SANDERS LL.P. |
| MENZ BONNER KOMAR & KOENIGSBERG LL.P. | |

**Employee Indemnity Legal Counsel**

| | |
|---|---|
| ARNOLD & PORTER KAYE SCHOLER LL.P. | LOWENSTEIN SANDLER LL.P. |
| DAVIS & GILBERT LL.P. | MEHAFFY & WEBER PC |
| DECHERT LL.P. | MEISTER SEELIG & FEIN LL.P. |
| DLA PIPER LL.P. | PARKER HURST & BURNETT PLC |
| FREEH SPORKIN & SULLIVAN LL.P. | PORZIO BROMBERG & NEWMAN P.C. |
| GOODWIN PROCTER LL.P. | REED SMITH LL.P. |
| GREENBERG TRAURIG LL.P. | SHEPPARD MULLIN RICHTER & HAMPTON LL.P. |
| JS CIVIL LAW GROUP PLLC | |
| KAPLAN HECKER & FINK LL.P. | SHER TREMONTE |
| KASOWITZ BENSON TORRES LL.P. | SHUMAN, MCCUSKEY & SLICER |
| LAW OFFICES OF IAN E. BJORKMAN, LLC | TROUTMAN SANDERS LL.P. |
| LIBBY HOOPES BROOKS | |

**Other**

| | |
|---|---|
| ARCADIA CONSUMER HEALTHCARE INC. | CALIBRATI LLC |
| ATLANTIS CONSUMER HEALTHCARE INC. | OTTERBOURG, P.C. |
| BANSK GROUP | TRIGILD, INC |