DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| Plaintiffs, | **Adv. Pro. No. 19-08289 (SHL)** |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS,** *et al.*, | |
| Defendants. | |

**AMENDED AGENDA[2] FOR MAY 22, 2025 HEARING**

Time and Date of Hearing:    May 22, 2025 at 11:00 a.m. (prevailing Eastern Time)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text**.

| | |
|---|---|
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number +1 646 518 9805, Meeting ID 968 0999 0232, Passcode 066537. |

### I. MATTER IN MAIN BANKRUPTCY PROCEEDING Case No. 19-23649 AND ADVERSARY PROCEEDING Case No. 19-08289:[3]

1. *Motion to Extend Time.* Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7421; Adv. ECF No. 686]

    Objection Deadline: May 15, 2025 at 5:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Statement Regarding Debtors' Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling filed by the State of New York [Adv. ECF No. 688]

    B. Fredrick Hill's Opposition to Debtors Motion to Extend Purdue Temporary Preliminary Injunction to June 2025 [ECF No. 7441]

    Reply Deadline: May 20, 2025 at 10:00 a.m. (prevailing Eastern Time).

    Replies Received: None

    Related Documents:

    A. Memorandum of Law in Support of Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7422; Adv. ECF No. 687]

---

[3] The Debtors' *Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling* was filed on both the main bankruptcy proceeding docket and the adversary proceeding docket, as the relief sought concerns both actions. ECF Numbers refer to the main bankruptcy proceeding docket (No. 19-23649) unless preceded by "Adv.," in which case the number refers to docket entries on the adversary proceeding docket (Adv. No. 19-08289). Where filings were entered on both dockets, parallel citations are provided.

      Status: This matter is going forward on a contested basis.

**II.**    **MATTER IN MAIN BANKRUPTCY PROCEEDING Case No. 19-23649:**

1.    *Motion to Dismiss.* Fredrick Hill's Motion to Dismiss this Bankruptcy Case [ECF No. 7413]

      Objection Deadline: May 19, 2025 at 4:00 p.m. (prevailing Eastern Time).

      Responses Received:

          A. Debtors' Objection to Mr. Hill's Motion to Dismiss the Bankruptcy Cases [ECF No. 7449]

      Reply Deadline: May 21, 2025 at 12:00 p.m. (prevailing Eastern Time).

      Replies Received:

          **B. Frederick Hill's Reply to Debtor's Doc 7449 Filed Opposition to My Motion to Dismiss This Purdue Bankruptcy Proceeding [ECF No. 7457]**

      Related Documents:

          C. Notice of Hearing Regarding Fredrick Hill's Motion Seeking to Dismiss this Bankruptcy Case [ECF No. 7431]

          D. Fredrick Hill's Memorandum of Law in Support of My Motion to Dismiss This Purdue Bankruptcy Proceeding [ECF No. 7442]

      Status: This matter is going forward on a contested basis.

      *[Remainder of page intentionally left blank]*

Dated: May 21, 2025
       New York, New York

                                      DAVIS POLK & WARDWELL LLP

                                      By: /s/ *Eli J. Vonnegut*
                                            Eli J. Vonnegut

                                      450 Lexington Avenue
                                      New York, New York 10017
                                      Telephone: (212) 450-4000
                                      Facsimile: (212) 701-5800
                                      Marshall S. Huebner
                                      Benjamin S. Kaminetzky
                                      Eli J. Vonnegut
                                      Christopher S. Robertson

                                      *Counsel to the Debtors*
                                      *and Debtors in Possession*