UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**THIRTEENTH SUPPLEMENTAL DECLARATION OF
ALIXPARTNERS, LLP**

Pursuant to 28 U.S.C. § 1746, I, Jesse DelConte, state under penalty of perjury, that:

1. I am a Partner and Managing Director of AlixPartners, LLP ("**AlixPartners**"),[2] which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "**Debtors**") to supplement the disclosures set forth in the original declaration

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration.

1

dated November 5, 2019 [ECF No. 429] (the "**Original Declaration**"), the supplemental declaration dated December 5, 2019 [ECF No. 578], the supplemental declaration December 18, 2019 [ECF No. 671], the supplemental declaration dated December 19, 2019 [ECF No. 678], the supplemental declaration dated December 15, 2020 [ECF No. 2137], the supplemental declaration dated March 12, 2021 [ECF No. 2468], the supplemental declaration dated August 30, 2021 [ECF No. 3697], the supplemental declaration dated April 20, 2022 [ECF No. 4677], the supplemental declaration dated December 5, 2022 [ECF No. 5277], the supplemental declaration dated August 21, 2023 [ECF No. 5825], the supplemental declaration dated December 15, 2023 [ECF No. 6082], and the supplemental declaration dated September 27, 2024 [ECF No. 6753].

4. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

- As set forth in the Original Declaration, AP follows a practice to solicit from the members of its Boards their connections to the parties in interest independent of AP. In response, one or more of the members of its Boards have offered the following disclosures:

    o Allied Universal Security Services is a vendor to the Debtors. A member of AP's board of directors is also a board member of Allied Universal.

    o McCarter & English LLP, counsel to the Debtors, is a current or former legal services provider to an AP investor or one of its affiliates.

    o OptumHealth Administered Plan, OptumInsight Life Sciences Inc. and OptumRX, Inc. are creditors, customers and vendors to the Debtors. A member of AP's board of directors is an officer of Optum (a UnitedHealth Group company) and a former employee of United.

    o Willkie Farr & Gallagher, a professional in this bankruptcy matter, is a current or former legal services provider to an AP investor or one of its affiliates.

- Abbott Laboratories, Inc., a licensing agreement party and major co-defendant to the Debtors, and affiliated entities, are lenders to a current AP client in matters unrelated to the Debtors.

2

- Accord Healthcare Inc., a related party in this bankruptcy matter, and affiliated entities, are non-adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- Ace American Insurance and Ace Property and Casualty Insurance Company, insurance providers to the Debtors, and affiliated entities ("**Ace**"), are related parties to a current AP client in matters unrelated to the Debtors. Ace is an insurance provider to AP.

- Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis Laboratories FL, Inc., Actavis Laboratories NY, Inc., Actavis Laboratories UT, Inc., Actavis LLC, Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis PLC, Actavis South Atlantic LLC, Actavis Totowa LLC and Actavis, Inc., co-defendants to the Debtors, and affiliated entities, are non-adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- AFSCME District Council 33 Health & Welfare Fund, AFSCME District Council 47 Health & Welfare Fund and American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan, an adverse litigation party to the Debtors, and affiliated entities, are litigation parties and professionals to current AP clients in matters unrelated to the Debtors.

- AIG Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) and American International Reinsurance Company (f/k/a Starr Excess Liability Insurance International Limited), adverse litigation parties to the Debtors and related party in this bankruptcy matter, and affiliated entities, are investors and related parties to current AP clients in matters unrelated to the Debtors.

- Air Liquide Industrial U.S. LP, a creditor to the Debtors, and affiliated entities ("**Air Liquide**"), are non-adverse litigation parties and related parties to current AP clients in matters unrelated to the Debtors. Air Liquide is a former employer of a current AP employee.

- Ajinomoto Althea Inc, a vendor to the Debtors, and affiliated entities, are former employers of a current AP employee.

- Alabama Department of Revenue, a taxing authority to the Debtors, is a shareholder to a former AP client in matters unrelated to the Debtors.

- Albertsons Companies, a customer to the Debtors, is an adverse litigation party and lessor to current AP clients in matters unrelated to the Debtors.

- Allied Universal Security Services, a vendor to the Debtors, and affiliated entities, are vendors to AP.

- Allied World Assurance Company, Ltd., a related party in this bankruptcy matter, and affiliated entities, are current AP clients in matters unrelated to the Debtors.

3

- Amazon.com, a customer to the Debtors, and affiliated entities, are professionals to a former AP client in matters unrelated to the Debtors.

- Anapol Weiss, opposing counsel to the Debtors, is opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Ani Pharmaceuticals Canada Inc., a vendor to the Debtors, and affiliated entities, are adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Ankura Intermediate Holdings LP, a vendor to the Debtors, is a vendor to AP.

- Arch Reinsurance Ltd., a related party in this bankruptcy matter, and affiliated entities, are bondholders to a current AP client in matters unrelated to the Debtors.

- Armstrong Teasdale, a professional in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Armstrong Teasdale is a former AP client in matters unrelated to the Debtors.

- Ascent Health Services LLC and Ascent Pharmaceuticals Inc., creditors and vendors to the Debtors, and affiliated entities, are litigation parties to a former AP client in matters unrelated to the Debtors.

- Auburn Pharmaceutical Company, a customer to the Debtors, is a non-adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Babst, Calland, Clements and Zomnir, a professional in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Bansk Group, a related party in this bankruptcy matter, is a parent company to a former AP client in matters unrelated to the Debtors. Bansk Group is a former AP client in matters unrelated to the Debtors.

- Baron & Budd, opposing counsel to the Debtors, is a current AP client in matters unrelated to the Debtors.

- BASF Corporation, a vendor to the Debtors, and affiliated entities ("**BASF**"), are non-adverse litigation parties, adverse litigation parties, lessors and litigation parties to current and former AP clients in matters unrelated to the Debtors. BASF is a current and former AP client in matters unrelated to the Debtors. BASF is a former employer of a current AP employee.

- Basha's Inc., a customer to the Debtors, is a non-adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Bassford Remele, counsel to the Debtors, is opposing counsel to a former AP client in matters unrelated to the Debtors.

4

- Bates White LLC, a vendor to the Debtors, is a former employer of a current AP employee.

- Bayard, P.A., a professional to the creditors' committee in this bankruptcy matter, is a former AP client in matters unrelated to the Debtors.

- BDO USA LLP and BDO USA, P.C. ("**BDO**"), are vendors and other consultants & advisors to the Debtors. The son of an AP employee that works in the legal department on bankruptcy matters, is a tax manager at BDO. Confidentiality and professional obligations require the AP employee to refrain from discussing any non-public information related to these Chapter 11 Cases.

- Berke, Berke & Berke, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Bernstein, Shur, Sawyer & Nelson, P.A., counsel to the Debtors, is opposing counsel and a professional to former AP clients in matters unrelated to the Debtors.

- Bloodworth Wholesale Drugs, a customer to the Debtors, is a non-adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Bowman & Brooke LLP, a professional in this bankruptcy matter, is counsel to a former AP client in matters unrelated to the Debtors. Bowman & Brooke LLP is a former AP client in matters unrelated to the Debtors.

- BR Holdings Associates Inc., BR Holdings Associates Inc., A New York Corporation, BR Holdings Associates L.P. and BR Holdings Associates L.P., a Delaware Limited Partnership, equityholders and other related entities to the Debtors, are non-adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- Brown Rudnick LLP a professional to the creditors' committee in this bankruptcy matter, is a current AP client in matters unrelated to the Debtors.

- Ceva Freight LLC, a vendor to the Debtors, and affiliated entities, are litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Change Healthcare Solutions LLC, a vendor to the Debtors, and affiliated entities, are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Charles River Laboratories, a vendor to the Debtors, is a current and former AP client in matters unrelated to the Debtors.

- Charles Schwab, a vendor to the Debtors, is a non-adverse litigation party to a former AP client in matters unrelated to the Debtors.

5

- Charter Communications Holding Company, LLC, a sublessee to the Debtors, is a non-adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Chicago Title Co. LLC, a vendor to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- Cigna Health and Life Insurance Co. and Cigna Participant HSA Funding, vendors to the Debtors, and affiliated entities, are director-affiliated companies to a current AP client in matters unrelated to the Debtors.

- The City of Auburn, an adverse litigation party to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- The City of Boston is an adverse litigation party to the Debtors. AP has an office in Boston, Massachusetts.

- The City of Chicago is an adverse litigation party to the Debtors. AP has an office in Chicago, Illinois.

- The City of Denver, an adverse litigation party to the Debtors, is a current AP client in matters unrelated to the Debtors.

- The City of Laredo, Texas, an adverse litigation party to the Debtors, is a bondholder to a former AP client in matters unrelated to the Debtors.

- The City of Los Angeles, CA is an adverse litigation party to the Debtors. AP has an office in Los Angeles, California.

- The City of Metropolis, Illinois, an adverse litigation party to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- The City of New York is an adverse litigation party to the Debtors. AP has an office in New York City.

- The City of Oklahoma City, an adverse litigation party to the Debtors, is a lessor to former AP clients in matters unrelated to the Debtors.

- The City of Philadelphia, an adverse litigation party to the Debtors, is a lessor to former AP clients in matters unrelated to the Debtors.

- The City of Providence, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- The City of West Monroe, Louisiana, an adverse litigation party to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- Cognizant Tech Solutions US Corp and Cognizant Worldwide Limited, vendors and creditors to the Debtors, are professionals to a current AP client in matters unrelated to the Debtors.

- Cohen & Gresser LLP, director and officer counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Cohne Kinghorn, director and officer counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Cole Scott & Kissane, counsel to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors.

- Comcast, a utility provider to the Debtors, and affiliated entities, are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- Compass Lexecon, a professional to the creditors' committee in these bankruptcy cases, is a former employer of current AP employees.

- Conyers Dill & Pearman Limited, counsel to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors. Conyers Dill & Pearman Limited is a vendor to AP.

- Cooper & Elliott, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- The County of Albany, NY, an adverse litigation party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- The County of Contra Costa, an adverse litigation party to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- The County of Mariposa, an adverse litigation party to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- The County of Monroe, an adverse litigation party to the Debtors, is a lessor to a former AP client in matters unrelated to the Debtors.

- The County of Nassau, an adverse litigation party to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Coventry Technologies L.P., a related party in this bankruptcy matter, is a non-adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Cox Business, a utility provider to the Debtors, and affiliated entities ("**Cox**"), are litigation parties to a current AP client in matters unrelated to the Debtors. Cox is a former employer of a current AP employee.

- CVS Caremark Part D Services, L.L.C., CVS Caremark, CVS Distribution, Caremark PCS Health, L.L.C., CVS Health Solutions, L.L.C., CVS Pharmacy Inc. and CVS Rx Services, Inc., creditors, customers and co-defendants to the Debtors, and UCC members in this bankruptcy matter, are employee benefits providers to AP.

- Daniel J. Edelman Limited, a vendor to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Davis & Gilbert LLP, an employee indemnity legal counsel in this bankruptcy matter, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Day Pitney, a professional in this bankruptcy matter, is counsel to a current AP client in matters unrelated to the Debtors.

- Deloitte & Touche LLP and Deloitte Consulting, vendors to the Debtors and consultants / advisors in this bankruptcy matter, are accounting advisors to AP.

- Dewitt Ross, opposing counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Dundon Advisers LLC, a professional to the individual victims' group to the Debtors, is a former employer of a current AP employee.

- DuPont Nutrition, a vendor to the Debtors, and affiliated entities, are former employers of a current AP employee.

- Edelson PC, opposing counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Edward Borkowski, a former director to the Debtors, is a Director to a current AP client in matters unrelated to the Debtors.

- Emisar Pharma Services LLC, a vendor to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- EPlus Technology Inc., a vendor to the Debtors, is a lienholder to a current AP client in matters unrelated to the Debtors.

- Ernst & Young and Ernst & Young (Canada), Court Appointed Information Officer, professionals, consultants / advisors in this bankruptcy matter, are tax advisors to AP.

- Eversource, Eversource Energy, Eversource Energy / CL&P and Eversource Energy / Yankee Gas, utility providers to the Debtors, and affiliated entities, are litigation parties to a current AP client in matters unrelated to the Debtors.

- Evonik Corporation, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Federal Trade Commission, a vendor to the Debtors, is a litigation party to current AP clients in matters unrelated to the Debtors.

- Fidelity Institutional Asset, Fidelity Investments Institutional and Fidelity Managed Income, vendors to the Debtors, and affiliated entities, are joint venture entities and lessors to former AP clients in matters unrelated to the Debtors.

- Florida Agency For Health Care Admn., a vendor to the Debtors, is a bondholder to a former AP client in matters unrelated to the Debtors.

- Frankfurt Kurnit Klein & Selz, a professional in this bankruptcy matter, is a professional to a current AP client in matters unrelated to the Debtors.

- Gilbert LLP, a professional to the creditors' committee in this bankruptcy matter and opposing counsel to the Debtors, is counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Goldman Sachs and Goldman Sachs Asset management LP, vendors and banks to the Debtors, and affiliated entities ("**Goldman Sachs**"), are lienholders to current and former AP clients in matters unrelated to the Debtors. Goldman Sachs is an M&A service provider to AP.

- Goodwin Procter LLP, employee indemnity, a professional in this bankruptcy matter, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Goodwin Procter LLP is a current and former AP client in matters unrelated to the Debtors. Goodwin Procter LLP is a former employer of a current AP employee.

- Greenberg Traurig LLP, a professional in this bankruptcy matter, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Greenberg Traurig LLP is a current and former AP client in matters unrelated to the Debtors.

- The County of Hardin, an adverse litigation party to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Harris County, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- HCL America Inc. and HCL Technologies Corp. Svcs. Ltd., vendors to the Debtors, are current AP clients in matters unrelated to the Debtors.

- He Butt Grocery Company, a customer to the Debtors, and affiliated entities, are lessors to a former AP client in matters unrelated to the Debtors.

- Honeywell Safety Products, a customer to the Debtors, and affiliated entities, are professionals to a former AP client in matters unrelated to the Debtors.

9

- Husch Blackwell LLP, counsel to the Debtors, is a professional, director-affiliated company, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Husch Blackwell LLP is a former AP client in matters unrelated to the Debtors.

- IMA North America, a vendor to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Indiana Dept. of Revenue, a taxing authority to the Debtors, is a lienholder to a former AP client in matters unrelated to the Debtors.

- Ingles Markets Inc., a customer to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- Jackson Lewis PC, counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- John F. Young, opposing counsel to the Debtors, is a shareholder to a current AP client in matters unrelated to the Debtors.

- Judy Lewent, a former Director to the Debtors, is a director to a former AP client in matters unrelated to the Debtors.

- Korn Ferry Hay Group Inc., a vendor to the Debtors, and affiliated entities, is a former employer of a current AP employee.

- Kroger, a customer to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- Laborde Earles Law Firm, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Lakeview Center, Inc., an adverse litigation party to the Debtors, is a lessor to former AP clients in matters unrelated to the Debtors.

- Lewis Thomason King Krieg, counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Group and Liberty Surplus Insurance Corporation (Non-Admitted), insurance providers and vendors to the Debtors and related parties in this bankruptcy matter, are lessors to a former AP client in matters unrelated to the Debtors.

- Mark Timney, a former Director to the Debtors, is a litigation party to former AP clients in matters unrelated to the Debtors.

10

- Matheson Tri-Gas Inc., a utility provider to the Debtors, is a member of the official committee of unsecured creditors that retained AP in Vertex Energy, Inc., a current bankruptcy matter unrelated to the Debtors.

- McCarter & English LLP, counsel to the Debtors, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- MCI Comm Service, a utility provider to the Debtors, and affiliated entities, are professionals to a current AP client in matters unrelated to the Debtors.

- Meijer, a customer to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Mercer Health & Benefits LLC, a vendor to the Debtors, and affiliated entities, are lienholders and shareholders to current and former AP clients in matters unrelated to the Debtors.

- Mitchell, Williams, Selig, Gates & Woodyard, PLLC, counsel to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- MSPA Claims 1, LLC, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Novo Nordisk, a related party in this bankruptcy matter, is a non-adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Nyemaster Goode, P.C., counsel to the Debtors, is counsel to a current AP client in matters unrelated to the Debtors.

- O'Neill & Borges, counsel to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- OptumHealth Administered Plan, OptumInsight Life Sciences Inc. and OptumRX, Inc., creditors, customers and vendors to the Debtors, and affiliated entities, are associated companies to a former AP client in matters unrelated to the Debtors.

- Orrick Herrington & Sutcliffe, a professional in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Orrick Herrington & Sutcliffe is a current and former AP client in matters unrelated to the Debtors.

- Parsons Behle & Latimer, a professional in this bankruptcy matter, is counsel to a former AP client in matters unrelated to the Debtors.

- Perkins Coie, a professional in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Perkins Coie is a

current and former AP client in matters unrelated to the Debtors. Perkins Coie is a legal service provider to AP.

- Pioneer Telephone Cooperative, Inc., an adverse litigation party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Pogust Braslow & Millrood, opposing counsel to the Debtors, is opposing counsel to a former AP client in matters unrelated to the Debtors.

- Potomac Law Group PLLC, counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Prescription Supply Inc., a customer to the Debtors, is a non-adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Price Chopper, a customer to the Debtors, is a non-adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Prince George's County, Maryland, an adverse litigation party to the Debtors, is a litigation party and lender to current and former AP clients in matters unrelated to the Debtors.

- Province, Inc., a professional to the creditors' committee in this bankruptcy matter, is a professional to current AP clients in matters unrelated to the Debtors.

- Rinehardt Law Firm, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Rite Aid Corporation, Rite Aid Corporation of New York, Inc., Rite Aid Headquarters Corporation, Rite Aid of Georgia, Inc., Rite Aid of Maryland, Inc., Rite Aid of Massachusetts Inc., Rite Aid of Michigan, Inc., Rite Aid of New York, Inc., Rite Aid of North Carolina, Inc., Rite Aid of Ohio, Inc. and Rite Aid of West Virginia, Inc., co-defendants to the Debtors, and affiliated entities ("**Rite Aid**"), are former employers of a current AP employee. AP was retained by the official committee of unsecured creditors Rite Aid Corporation, a current bankruptcy matter unrelated to the Debtors.

- Robert Bosch Packaging, a vendor to the Debtors, and affiliated entities, are bondholders and non-adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- Rochester Drug Cooperative Inc., a customer to the Debtors, is a non-adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Russ Gasdia, a former Director to the Debtors, is a litigation party and non-adverse litigation party to former AP clients in matters unrelated to the Debtors.

12

- Salvatore Prescott & Porter, PPLC, employee indemnity, a professional in this bankruptcy matter, is counsel to a current AP client in matters unrelated to the Debtors.

- SAP America, a vendor to the Debtors, is a former employer of current AP employees.

- Scott & Scott, opposing counsel to the Debtors, is counsel to a current AP client in matters unrelated to the Debtors.

- Sheppard Mullin Richter & Hampton LLP ("**Sheppard Mullin**"), employee indemnity legal counsel to the Debtors, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Sheppard Mullin is a current and former AP client in matters unrelated to the Debtors. Sheppard Mullin is a legal service provider to AP.

- Sher Tremonte, employee indemnity legal counsel to the Debtors, is counsel to a current AP client in matters unrelated to the Debtors.

- Shuman, Mccuskey & Slicer, employee indemnity legal counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Sidley Austin LLP, counsel to the Debtors, is a former employer of current AP employees.

- Siemens Industry Inc., a vendor to the Debtors, and affiliated entities, are lienholders to a current AP client in matters unrelated to the Debtors.

- Sodexo Operations LLC, a vendor to the Debtors, and affiliated entities ("**Sodexo**"), are lessors to a former AP client in matters unrelated to the Debtors. Sodexo is a vendor to AP.

- Sommers Schwartz PC, opposing counsel to the Debtors, is counsel to a former AP client in matters unrelated to the Debtors.

- The State of Arizona, an adverse litigation party to the Debtors, is an adverse litigation party and litigation party to current and former AP clients in matters unrelated to the Debtors.

- The State of Arkansas, an adverse litigation party to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- The State of California, an adverse litigation party to the Debtors, is an adverse litigation party, bondholder, lender, lessor and lienholder to current and former AP clients in matters unrelated to the Debtors.

- The State of Connecticut, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- The State of Georgia, an adverse litigation party to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- The State of Hawaii, a taxing authority to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- The State of Idaho, a vendor to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- The State of Maine, a vendor to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- The State of Minnesota, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- The State of Montana, an adverse litigation party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- The State of Nevada, an adverse litigation party to the Debtors, is an adverse litigation party and litigation party to former AP clients in matters unrelated to the Debtors.

- The State of New Hampshire, an adverse litigation party and governmental authority to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- The State of New Mexico, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- The State of North Carolina, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- The State of Oregon, an adverse litigation party to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- The State of Pennsylvania, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- The State of Rhode Island, an adverse litigation party and governmental authority to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- The State of Tennessee, an adverse litigation party to the Debtors, is a bondholder to a current AP client in matters unrelated to the Debtors.

- The State of Texas, an adverse litigation party to the Debtors, is a bondholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

14

- The State of Vermont, an adverse litigation party to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- Stater Brothers Market, a customer to the Debtors, and affiliated entities, are lessors to current and former AP clients in matters unrelated to the Debtors.

- Sterne Kessler Goldstein Fox PLLC, counsel to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Stikeman Elliott LLP, counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Sun Life Assurance Company of Canada, a vendor to the Debtors, and affiliated entities ("**Sun Life**"), are lenders, lessors and non-adverse litigation parties to former AP clients in matters unrelated to the Debtors. Sun Life is a vendor to AP.

- Supervalu and Supervalu Pharmacies Inc. ("**Supervalu**"), customers to the Debtors, are non-adverse litigation parties and lessors to current AP clients in matters unrelated to the Debtors. Supervalu is a vendor to AP.

- Swiss Re International S.E. (f/k/a SR International Business Insurance Company a/k/a Zurich Reinsurance (London) Limited), related parties in this bankruptcy matter, and affiliated entities ("**Swiss Re**"), are bondholders to current and former AP clients in matters unrelated to the Debtors. Swiss Re is a former employer of current AP employees.

- Tenecom Limited (F/K/A Winterthur Swiss Insurance Company), a party in interest in this bankruptcy matter, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Teneo Strategy LLC, a restructuring professional in this bankruptcy matter, and affiliated entities, are current AP clients in matters unrelated to the Debtors.

- Tennessee Board of Pharmacy, a taxing authority to the Debtors, is a non-adverse litigation party to a former AP client in matters unrelated to the Debtors.

- The Navajo Nation, an adverse litigation party to the Debtors, is a current AP client in matters unrelated to the Debtors.

- U.S. Bank Equipment Finance, a creditor to the Debtors, and affiliated entities, are members of the official committee of unsecured creditors that retained AP in Vertex Energy, Inc. and iMedia Brands, Inc., former bankruptcy matters unrelated to the Debtors.

- United Parcel Service and UPS Supply Chain Solutions, vendors to the Debtors, and affiliated entities, are adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- United States Food and Drug Administration, a taxing authority to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- The University of Texas, a licensing agreement and business development party to the Debtors, is a limited partner to a current AP client in matters unrelated to the Debtors.

- Venable LLP, employee indemnity legal counsel to the Debtors, is a vendor to AP.

- Veolia ES Technical Solutions, a vendor and utility provider to the Debtors, and affiliated entities, are former employers of a current AP employee.

- Washington Post Company, LLC, an adverse litigation party to the Debtors, is a non-adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Waters Technologies Corporation, a vendor to the Debtors, is a current and former AP client in matters unrelated to the Debtors.

- Wayne State University, a vendor to the Debtors, is an affiliate to a former AP client in matters unrelated to the Debtors.

- Wegmans Food Markets, a customer to the Debtors, is a lessor to current AP clients in matters unrelated to the Debtors.

- West Virginia Board of Pharmacy, a taxing authority to the Debtors, is a non-adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Willkie Farr & Gallagher (Mediator) ("**Willkie**"), a professional in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Willkie is a current and former AP client in matters unrelated to the Debtors. Willkie is a legal service provider to AP.

- Womble Bond Dickinson (US) LLP, counsel to the Debtors, is a professional and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Zycus Inc., a vendor to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

16

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: May 22, 2025        AlixPartners, LLP
      New York, New York

                                       */s/ Jesse DelConte*
                                       Jesse DelConte
                                       Partner & Managing Director