UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

## ORDER DENYING MOTION TO DISMISS

Upon the motion of Fredrick Hill [ECF No. 7413] (the "**Motion**") requesting that this Court dismiss these chapter 11 cases for cause; and the Court having jurisdiction to consider the matters raised in the Motion pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), and the Motion being a core proceeding under 28 U.S.C. § 157(b) that this Court may decide by a final order consistent with Article III of the United States Constitution, and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409, and there being due and sufficient notice of the Motion; and the Court having reviewed the Motion, the exhibits submitted in support of the Motion, the opposition of the Debtors to the Motion [ECF No. 7449], and Fredrick Hill's Reply to the Debtors' opposition [Dkt. No. 7457]; and upon the record of these chapter 11 cases and the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

record of the hearing held by the Court on the Motion on May 22, 2025 (the "**Hearing**"); and after due deliberation and for the reasons stated by the Court on the record at the Hearing, it is hereby

       ORDERED that the Motion is denied.

Dated: May 27, 2025
White Plains, New York

                          */s/ Sean H. Lane*
                          THE HONORABLE SEAN H. LANE
                          UNITED STATES BANKRUPTCY JUDGE