DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |
| **PURDUE PHARMA L.P.**, *et al.*, | |
| Plaintiffs, | Adv. Pro. No. 19-08289 (SHL) |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS**, *et al.*, | |
| Defendants. | |

## AMENDED AGENDA[2] FOR JUNE 18, 2025 HEARING

Time and Date of Hearing:   June 18, 2025 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text.**

via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 986 2251 5702, Passcode 720992.

I. **MATTERS IN MAIN BANKRUPTCY PROCEEDING Case No. 19-23649:**

1. *Motion to Approve Disclosure Statement.* Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [ECF No. 7439]

    Objection Deadline: June 11, 2025 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Objection to Disclosure Statement filed by Amanda Morales [ECF No. 7353]

    B. Objection to the Disclosure Statement & Request to Come Before the Court to Address the Plan of Reorganization filed by Laureen Ferrante [ECF No. 7420]

    C. Objection to the Hiring of Additional Professional Employees and the Overpayment of Opioid Abatement Funding for Professional Services Including the Exorbitant Fees Charged filed by Maria Ecke [ECF No. 7513]

    D. Objection to Disclosure Statement or Reservation of Rights filed by Tammy Clarke [ECF No. 7519]

    E. Objection to the Approval of Disclosure Documents & Plan filed by Carrie L. McGaha [ECF Nos. 7522, **7595**]

    F. Limited Objection by Mckinsey to Disclosure Statement in Connection with Non-Consensual Release of the Sacklers and Other Third Parties Imposed by The Thirteenth Amended Plan [ECF No. 7524]

    G. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of the Four Winds Tribe Louisiana Cherokee [ECF No. 7525]

    H. Claimant's Objection to Amended Disclosure Statement / Disclosure Statement for Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors filed by Varley W Early III on behalf of Creighton Boyd [ECF No. 7526]

    I. Objection filed by Pamala Bartz Halaschak [ECF No. 7530]

    J. Objection to Disclosure Statement and Plan by Kenney and Kenter Families [ECF No. 7535]

    K. Letter to the Court Regarding Disclosure Statement Hearing filed by Diane Pike [ECF No. 7536]

    **L. Letter to the Court Regarding Disclosure Statement, Hearing, Access to Documents, and Zoom for Government filed by Bradley W. Kennedy [ECF No. 7596]**

    **M. Objection to Disclosure Statement filed by Vitaly Pinkusov [ECF No. 7597]**

Replies Received:

    **N. Debtors' Omnibus Reply in Further Support of the Motion to Approve (I) The Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [ECF No. 7555]**

    **O. State of New York Statement Regarding Debtors' Motions to (I) Extend the Mediation, the Preliminary Injunction, and Associated Deadlines Including Tolling and (II) Approve of the Disclosure Statement [Adv. ECF No. 700]**

    **P. The Multi-State Governmental Entities Group's Statement in Support [ECF No. 7573]**

    **Q. Ad Hoc Committee's Statement in Support of the Debtors' Motions to Approve the Disclosure Statement & extend the Preliminary Injunction [ECF No. 7587]**

      **R. Statement of the Official Committee of Unsecured Creditors Regarding (A) the Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto; and In Support of (B) the Debtors' Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7593]**

<u>Related Documents</u>:

    S. Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 7306]

    T. Disclosure Statement for Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 7307]

    U. Notice of Filing of Blackline of Thirteenth Amended Plan and Amended Disclosure Statement [ECF No, 7308]

    V. Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 7445]

    W. Disclosure Statement for Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 7446]

    X. Notice of Filing of Blackline of Updated Thirteenth Amended Plan and Amended Disclosure Statement [ECF No 7447]

    Y. Notice of Disclosure Statement Hearing [7454]

    Z. Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 7508]

    AA. Disclosure Statement for Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 7509]

    BB. Notice of Filing of Blackline of Updated Thirteenth Amended Plan and Amended Disclosure Statement [ECF No. 7510]

    **CC. Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 7588]**

  **DD. Disclosure Statement for Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 7589]**

  **EE. Notice of Filing of Blackline of Updated Thirteenth Amended Plan and Amended Disclosure Statement [ECF No. 7590]**

  **FF. Notice of Filing of Plan Supplement Pursuant to the Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 7591]**

  **GG. Notice of Filing of Governmental Entity Direct Shareholder Settlement Agreement [ECF No. 7592]**

Status: This matter is going forward on a contested basis.

2. ***Motion to Establish Confirmation Schedule and Protocols.*** Debtors' Motion for Order Establishing Confirmation Schedule and Protocols [ECF No. 7512]

  Objection Deadline: June 13, 2025 at 12:00 p.m. (prevailing Eastern Time).

  Responses Received: None.

  Reply Deadline: June 16, 2025 at 5:00 p.m. (prevailing Eastern Time)

  Replies Received:

   **A. State of New York Statement Regarding Debtors' Motions to (I) Extend the Mediation, the Preliminary Injunction, and Associated Deadlines Including Tolling and (II) Approve of the Disclosure Statement [Adv. ECF No. 700]**

   **B. The Multi-State Governmental Entities Group's Statement in Support [ECF No. 7573]**

  Related Documents:

   A. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice for Debtors' Motion for Order Establishing Confirmation Schedule and Protocols [ECF No. 7511]

   B. Order Shortening Notice with Respect to Debtors' Motion for Order Establishing Confirmation Schedule and Protocols [ECF No. 7529]

  Status: This matter is going forward on an uncontested basis.

5

II. **MATTER IN MAIN BANKRUPTCY PROCEEDING Case No. 19-23649 AND ADVERSARY PROCEEDING Case No. 19-08289:**[3]

1. *Motion to Extend Mediation, Preliminary Injunction and Associated Deadlines.* Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7505; Adv. ECF No. 695]

    Objection Deadline: June 11, 2025 at 12:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Reply Deadline: June 16, 2025 at 5:00 p.m. (prevailing Eastern Time)

    Replies Received:

    **A. State of New York Statement Regarding Debtors' Motions to (I) Extend the Mediation, the Preliminary Injunction, and Associated Deadlines Including Tolling and (II) Approve of the Disclosure Statement [Adv. ECF No. 700]**

    **B. The Multi-State Governmental Entities Group's Statement in Support [ECF No. 7573]**

    **C. Ad Hoc Committee's Statement in Support of the Debtors' Motions to Approve the Disclosure Statement & extend the Preliminary Injunction [ECF No. 7587]**

    **D. Statement of the Official Committee of Unsecured Creditors Regarding (A) the Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto; and In Support of (B) the Debtors' Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7593]**

    Related Documents:

---

[3] The *Debtors' Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling* was filed on both the main bankruptcy proceeding docket and the adversary proceeding docket, as the relief sought concerns both actions. ECF Numbers refer to the main bankruptcy proceeding docket (No. 19-23649) unless preceded by "Adv.," in which case the number refers to docket entries on the adversary proceeding docket (Adv. No. 19-08289). Where filings were entered on both dockets, parallel citations are provided.

A. Notice of Hearing Regarding Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7504; Adv ECF No. 694]

B. Memorandum of Law in Support of Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling [ECF No. 7506; Adv. ECF No. 696]

C. Notice of Filing of Updated Proposed Forty-Sixth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction [ECF No. 7516; Adv. ECF No. 699]

<u>Status</u>: This matter is going forward on an uncontested basis.

Dated:   June 17, 2025
         New York, New York

                                                    DAVIS POLK & WARDWELL LLP

                                                   By:   */s/ Eli J. Vonnegut*
                                                          Eli J. Vonnegut

                                                 450 Lexington Avenue
                                                 New York, New York 10017
                                                 Telephone: (212) 450-4000
                                                 Facsimile:  (212) 701-5800
                                                 Marshall S. Huebner
                                                 Benjamin S. Kaminetzky
                                                 Eli J. Vonnegut
                                                 Christopher S. Robertson

                                                 *Counsel to the Debtors*
                                                 *and Debtors in Possession*