DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## <u>AGENDA FOR JULY 31, 2025 HEARING</u>

| | |
|---|---|
| Time and Date of Hearing: | July 31, 2025 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Hearing will only be conducted via **Zoom for Government®**. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 558 8656, Meeting ID 970 3591 6611, Passcode 344398. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

notice and claims agent, Kroll Restructuring Administration at
https://restructuring.ra.kroll.com/purduepharma.

## I.    UNCONTESTED MATTERS:

1.  ***Interim Fee Applications.*** Notice of Seventeenth Interim Fee Hearing [ECF No. 7634]

    Objection Deadline: July 24, 2025 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    A.  Interim Fee Applications of the following applicants:

    ### Debtors' Professionals

    A.  AlixPartners, LLP [ECF No. 7563]
    B.  Arnold & Porter Kaye Scholer LLP [ECF No. 7574]
    C.  Cornerstone Research [ECF No. 7531]
    D.  Davis Polk & Wardwell LLP [ECF No. 7565]
    E.  Dechert LLP [ECF No. 7566]
    F.  Ernst & Young LLP [ECF No. 7538]
    G.  Jones Day [ECF No. 7579]
    H.  King & Spalding LLP [ECF No. 7553]
    I.  Kroll Restructuring Administration LLC [ECF No. 7537]
    J.  Latham & Watkins LLP [ECF No. 7569]
    K.  PJT Partners LP [ECF No. 7527]
    L.  Reed Smith LLP [ECF No. 7554]
    M.  Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 7582]

    ### Official Committee of Unsecured Creditors' Professionals

    N.  Akin Gump Strauss Hauer & Feld LLP [ECF No.7575]
    O.  Bedell Cristin Jersey Partnership [ECF No. 7577]
    P.  Cole Schotz P.C. [ECF No. 7576]
    Q.  Jefferies LLC [ECF No. 7578]
    R.  Kurtzman Carson Consultants, LLC [ECF No. 7581]
    S.  Province, LLC [ECF No. 7580]

    ### Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals

    T.  Brown Rudnick LLP [ECF No. 7570]
    U.  FTI Consulting, Inc. [ECF No. 7571]
    V.  Gilbert LLP [ECF No. 7561]

W.   Gilbert Strategic Solutions, LLC [ECF No. 7584]
X.   Herbert Smith Freehills Kramer (US) LLP [ECF No. 7586]
Y.   Houlihan Lokey Capital, Inc. [ECF No. 7564]
Z.   Otterbourg P.C. [ECF No. 7568]

### Multi-State Governmental Entities Group

AA.  Caplin & Drysdale, Chartered [ECF No. 7598]

### Fee Examiner

BB.  Bielli & Klauder, LLC [ECF No. 7533]

B.  Supplemental Notice of Seventeenth Interim Fee Hearing [ECF No. 7672]

Status: This matter is going forward on an uncontested basis.

## II.   CONTESTED MATTER:

1.  ***Supplemental Reimbursement Motion.*** Debtors' Motion to Supplement the Order Authorizing the Debtors to Assume the Reimbursement Agreements and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 7503]

Objection Deadline: June 13, 2025 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A.  Objection to the Hiring of Additional Professional Employees and the Overpayment of Opioid Abatement Funding for Professional Services Including the Exorbitant Fees Charged filed by Maria Ecke [ECF No. 7513]

Related Documents:

B.  Notice of Hearing Regarding Debtors' Motion to Supplement the Order Authorizing the Debtors to Assume the Reimbursement Agreements and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 7673]

Status: This matter is going forward on a contested basis.

3

Dated:    July 29, 2025
          New York, New York

                              DAVIS POLK & WARDWELL LLP

                              By:    */s/ Eli J. Vonnegut*_____
                                     Eli J. Vonnegut

                              450 Lexington Avenue
                              New York, New York 10017
                              Telephone: (212) 450-4000
                              Facsimile:  (212) 701-5800
                              Marshall S. Huebner
                              Benjamin S. Kaminetzky
                              Eli J. Vonnegut
                              Christopher S. Robertson

                              *Counsel to the Debtors
                              and Debtors in Possession*