July 30, 2025

Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

United States Bankruptcy Court

300 Quarropas Street

Room 147

White Plains, NY 10601

Attn: Judge Lane

In re: Maria Ecke v. Purdue Pharma  Case No. 19-23649(shl)

Dear Judge Lane:

The Forman Law Offices P.A., 238 NE 1st Ave., Delray Beach, FL 334444 **DO NOT REPRESENT** the claim for the Estate of David Jonathan Ecke. Maria Ecke, Richard Ecke, Andrew Ecke, or Peter Sottile. The law office was dismissed at the very beginning of the trial. Please disregard anything that you receive from them.

Sincerely,          Maria Ecke

Maria Ecke and Family