Dear Court,                                                June 20, 2025

I am writing in reference to the Purdue Pharma Chapter 11 bankruptcy cases. I filed a Non-NAS Personal Injury claim my name is Devin Abel Pratt DOB: ███████ and my Proof of claim Number issued by Kroll (formerly Prime Clerk) is #628187 I am currently incarcerated at Northern State Correctional Facility in Newport Vermont 05855. I am writing to request an extention of Notice of Deadline for personal Injury claimants to Submit forms and Evidence to Determine Eligibility to recieve payment from the personal Injury Trust the existing Deadline is July 28, 2025 at 11:59 pm Eastern Time I can easily provide the Evidence being requested but cannot do so until Im released from Incarceration I do not get released until the End of December 2025 so I am requesting that the courts grant me until February of 2026 to submit the proper evidence. I hope that this is not an inconvenience and that I hear something soon from this Honorable Court
                    Sincerely
                    Devin Abel Pratt

DEVIN A PRATT - #92579
NSCF - 2559 Glenn Rd.
Newport, Vermont
05855

19-23649-shl    Doc 7715    Filed 07/28/25    Entered 08/04/25 15:10:55    Main Document
Pg 2 of 3

WHITE RIV JCT VT 050

22 JUL 2025  AM 2  L

FILED
U.S. BANKRUPTCY COURT
2025 JUL 28 P 1:40
S.D. OF N.Y.

U.S. Bankruptcy Court
for the Southern District of
New York # 300 Quarropas
Street, White Plains,
New York, 10601

Incarcerated Individual
Correspondence from
Northern State
Correctional Facility

LEGAL MAIL

FILED
U.S. BANKRUPTCY COURT
2025 JUL 28 P 1:40
S.D. OF N.Y.