UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

ROSEMARY HELEN ZIZIROS WALKER - CLAIMANT

MARION COUNTY OR CASE # 23CV33935
JOINED TO 19-23649 (SHL)

PURDUE PHARMA LP et al
ON MY OREGON PETITION THE ET AL ARE THE ENTIRE SACKLER FAMILY

Cert of Service
I promise I mailed this to New York -
The Southern District Bankruptcy cout.

COVER

Hi Christine hi Judge,

Please find another* Claim form as I do not know if court got my first one I mailed a long time ago now.

I have also enclosed a document I found online about 'BANKRUPCY' that bankruptcy is to give 'HONEST DEBTORS' a fresh start that neither PURDUE NOR THE SACKLERS are 'HONEST' why I motion NO PURDUE SHOULD NOT GET BANKRUPTCY PROTECTION as The Sacklers should not. The case precedent is Alex Jones (see 'EVIDENCE' 1&2).

Paul Swartzberg wrote the document with the Case # ERROR is not a UST document & Arik has not responded. Again if an error was made on my data EVERY CASE should be reviewed I motion.

Thank you. Have a great day.

Rosemary Helen Ziznewski 7-25-2025
1111 Waller St SE Salem OR 97302
bigrosemary@gmail.com 503-990-1172

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410

# Proof of Claim                                                                 04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): **PURDUE PHARMA & THE SACKLERS**

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Name: **ROSEMARY WALKER**
Number Street: **1111 WALLER ST SE**
City State ZIP Code: **SALEM OR 97302**
Contact phone: **503-990-1172**
Contact email: **bigrosemary@gmail.com**

Where should payments to the creditor be sent? (if different)
Name: _____
Number Street: _____
City State ZIP Code: _____
Contact phone: _____
Contact email: _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**
☐ No ?
☐ Yes. Claim number on court claims registry (if known) **CASE # 23CV33935**   Filed on ___/___/_____

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No   **NOT SURE OTHER THAN MYSELF**
☐ Yes. Who made the earlier filing? _____

Official Form 410                          Proof of Claim                                    page 1

**Part 2:   Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

| | |
|---|---|
| 7. How much is the claim? | $ 100m USD_____. Does this amount include interest or other charges?<br>$48m USD - PURDUE<br>$52m USD - THE SACKLERS<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>___PERSONAL INJURY_____ |

| | |
|---|---|
| 9. Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:                  $_____<br>Amount of the claim that is secured:   $_____<br><br>Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:   $_____<br><br>Annual Interest Rate (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| | |
|---|---|
| 11. Is this claim subject to a ? right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                                   Proof of Claim                                   page 2

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ? ☒ No ☐ Yes. *Check one:* ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. \* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority** $_____ $_____ $_____ $_____ $_____ $_____ |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  **7-26-2025**  IF COURT DID NOT GET MY OTHER PREVIOUS CLAIM FORM
MM / DD / YYYY

_Rosemary Walker_
Signature

Print the name of the person who is completing and signing this claim:

Name: **ROSEMARY   H   WALKER**
        First name    Middle name    Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: **1111 WALLER ST SE SALEM OR 97302**
         Number    Street
         City                          State    ZIP Code

Contact phone **503-9901172**    Email **bigrosemary@gmail.com**

# Ameritox, Ltd.

9930 W Hwy 80; Midland, TX 79706
Phone: 866-287-7584
Fax: 432-561-8619

| | | | | | | |
|---|---|---|---|---|---|---|
| Location: | Conservative Care Specialists Medical Group | Patient: | WALKER, ROSEMARY H | Accession: | P842624 |
| | CCSMGCA01 | Birth Date: | 09/17/1966 | Lab Accession: | 7071003779 |
| Address: | 6815 Noble Avenue Suite 105 | Height: | 66 | Date Collected: | 09/27/2007 |
| | Van Nuys, CA 91405 | Weight: | 190 | Received by Lab: | 10/03/2007 |
| | Fax: (818) 781-4457 | Gender: | Female | Reported: | 10/05/2007 |
| Physician: | Hugh Gibbs, PAC | Patient ID: | ▓▓▓▓0088 | | |

## Supplemental Explanation Report

**Test / Drug Class / Medication    Explanation**

The toxicology results for this patient are consistent. No additional explanation is required.

*** End of Report ***

Disclaimer: This report is meant to supplement the main RX Guardian toxicology report explaining any INCONSISTENT lab results. Patient care treatment decisions are dependent upon numerous factors. The Ameritox RX Guardian Report is another piece of information that the physician can utilize in determining appropriate patient care. The RX Guardian report is not meant to be a sole determining factor for a patient's care but to serve as an additional tool that the provider can review in conjunction with all other factors used in providing care for the patient.

# Ameritox, Ltd.

930 West Hwy 80; Midland, TX 79706
Phone: (866) 287-7584
Fax: (432) 561-8619

| | | |
|---|---|---|
| **Location:** Conservative Care Specialists Medical CCSMGCA01 | **Patient Name:** WALKER, ROSEMARY H | **Accession:** P842624 |
| **Address:** 6815 Noble Avenue Suite 105 Van Nuys, CA 91405 | **Birth Date:** 09/17/1966 | **Lab Accession:** 7071003779 |
| | **Height:** 66 | **Date Collected:** 09/27/2007 |
| | **Weight:** 190 | **Received By Lab:** 10/03/2007 12:16 PM |
| **Fx:** 18187814457 | **Gender:** Female | **Reported:** 10/05/2007 1:12 PM |
| **Physician:** Hugh Gibbs, PAC | **Patient ID:** ████9088 | |

The normalizations of drug immunoassays by FPIA are based on standard lean body mass calculations and specific properties of the drug of interest, e.g., hydrocodone, morphine, etc. These normalizations are compared to ranges based on known compliant patients. The normalizations are only meant to be used as a guide in conjunction with other clinical and behavioral information known to the treating physician. Due to many factors no single method can be accurate for all individuals.

*** End of Report ***

---

**Patient Name:** WALKER, ROSEMARY H
**Physician:** Hugh Gibbs, PAC

**Location:** Conservative Care Specialists
**Accession:** P842624

SHERMAN OAKS HOSPITAL AND HEALTH CENTER

PAGE 1 | CONSULTATION

DATE OF VISIT: 09/20/2001

The patient is coming in today with pain levels of 9 out of 10. Vital signs are stable. The patient complaining of increasing sharp radiating pain all over her body, exacerbated by bending and increased with physical activity as well as this last week's stressful events involving the World Trade Center and alleviated by lying down and medications.

The patient is obviously distraught and the recent events having activated her post traumatic stress disorder and have not improved things. She is having no problems with her medications. We discussed using membrane stabilizers to decrease her radicular symptomatology. To that end, we will be upping her Neurontin aggressively and she will be going up from 800 q.h.s. to 800 t.i.d. over the next three to four weeks. We will continue her on her other medications as above. I highly suggest that she follows up with her psychologist regarding activation of her post traumatic stress disorder and some conservative modalities she can do to decrease its effect on her fibromyalgia.

Jamie Miles, M.D.

JM/MEQ09
D: 09/20/2001    13:30
T: 09/20/2001    15:07
8426

cc: Jamie Miles, M.D.

PATIENT: WALKER, ROSEMARY            RECORD#: 957903
                                      DATE OF CONSULT: 09/20/2001
CONSULTING: Jamie Miles, M.D.
ATTENDING PHYSICIAN:

CONSULTATION

CONSERVATIVE CARE SPECIALISTS MEDICAL GROUP, INC.
6815 Noble Ave., Suite 105, Van Nuys, CA 91405

## PROGRESS REPORT

Date: 4/4/07

☐ B/P: 129/77   ☐ Pulse: 90   ☐ Temp: ___   ☐ Wt: ___

**Chief Complaint:** follow up & Rx fills

**Medications, Supplements, etc. (INCLUDE MEDS FROM OTHER PRACTITIONERS)**
Change/new medication since last visit:  ☐ YES (see pt. med. log)   ☒ NO   ☐ N/A
List effects/side effects

MA Signature: Grace Duran

**Interval history since last visit:** ☐ Visit to other practitioner   ☐ Procedure performed   ☐ N/A

Pain level increased since last visit.
Taken Oxycontin - 20mg q.i.d., not T.i.d

**Interval VASPI Pain Scale**

1   2   3   4   5   6   7   **8**   9   10

**PE:**
Psychological Assessment: ☒ No Change   ☐ Change: ___
HEENT: ☒ No Change   ☐ Change: ___
Upper Back, Neck & Shoulders: ☒ No Change   ☐ Change: ___
Lower Back & Buttocks: ☒ No Change   ☐ Change: ___
Upper Extremities: ☒ No Change   ☐ Change: ___
Lower Extremities: ☒ No Change   ☐ Change: ___
Other: ☒ No Change   ☐ Change: ___

**Assessment, Procedures & Plan:** Increase Oxycontin
Add Gabatin 30mg p.o. qd

Patient Name: Walker, Rosemary

Physician/PA Signature: [signed] PA-C

MENU   'EVIDENCE' (1.)    ②

# Understanding Bankruptcy

Bankruptcy is a set of federal laws and rules that can help individuals and businesses who owe more debt than they can pay. Each of the 94 federal judicial districts handles bankruptcy matters, and in almost all districts, bankruptcy cases are filed in the bankruptcy court. Bankruptcy cases cannot be filed in state court. Bankruptcy laws help people who can no longer pay their creditors get a fresh start by liquidating their assets to pay their debts or by creating a repayment plan.

Bankruptcy laws also protect troubled businesses and provide for orderly distributions to business creditors through reorganization or liquidation. These procedures are covered under Title 11 of the United States Code (the Bankruptcy Code). The vast majority of cases are filed under the three main chapters of the Bankruptcy Code, which are Chapter 7, Chapter 11, and Chapter 13.

Federal courts have exclusive jurisdiction over bankruptcy cases. This means that a bankruptcy case cannot be filed in a state court.

The primary purposes of the law of bankruptcy are:

*I ARGUE SACKLERS (ARE $15) PURDUE IS NOT HONEST THEY DID FALSE CLAIMS MISREPRESENTATION FRAUD*

- to give an honest debtor a "fresh start" in life by relieving the debtor of most debts, and
- to repay creditors in an orderly manner to the extent that the debtor has property available for payment.

*THEREFORE THE RULE & STAY ARE MOOT FOR MY CASE*

Some bankruptcy cases are filed to allow a debtor to reorganize and establish a plan to repay creditors, while other cases involve liquidation of the debtor's property.

*PLUS THE CASE IS NOT DECIDED IT IS ON HOLD SO*

A bankruptcy case normally begins by the debtor filing a petition with the bankruptcy court. A petition may be filed by an individual, by a married couple together, or by a corporation or other entity. The debtor is also required to file statements listing assets, income, liabilities, and the names and addresses of all creditors and how much they are owed. The filing of the petition automatically prevents, or "stays," debt collection actions against the debtor and the debtor's property. As long as the stay remains in effect, creditors cannot bring or continue lawsuits, make wage garnishments, or even make telephone calls demanding payment.

*MERGE MY CASE THEN I DEMAND TO BE HEARD.*

EVIDENCE (2)

AI Overview

Yes, Infowars host Alex Jones was denied bankruptcy protection from paying the Sandy Hook families he defamed, according to PBS and CNN.

Specifically, a Texas judge ruled that Jones cannot use bankruptcy protection to avoid paying the nearly $1.5 billion he owes to the families because of his "willful and malicious" conduct.

This decision is separate from the more recent developments in Jones' bankruptcy case, where the trustee overseeing his personal bankruptcy has accused him of trying to shield over $5 million from creditors through fraudulent asset transfers. These accusations are currently being litigated in federal bankruptcy court.

**Judge rules Alex Jones can't use bankruptcy protection to avoid paying Sandy Hook families | PBS NewsHour**
Oct 20, 2023 — According to a Texas judge, Alex Jones, the host of Infowars, cannot use bankruptcy protection to avoid paying Sandy Hook families. The...
PBS



**Alex Jones accused of hiding money from Sandy Hook ...**
Jun 18, 2025 — The Brief * Alex Jones' bankruptcy trustee has filed three lawsuits alleging the Infowars host fraudulently transferred around $5 million i...
FOX 7 Austin



**Judge rules Alex Jones can't use bankruptcy to avoid paying $1.1 ...**
Oct 20, 2023 — Judge rules Alex Jones can't use bankruptcy to avoid paying $1.1 billion to Sandy Hook families | CNN Business.
CNN



Show all

Dive deeper in AI Mode

AI responses may include mistakes. Learn more