DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Eli J. Vonnegut
Marc J. Tobak

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF ADJOURNMENT OF HEARING**
**ON THE DEBTORS' OBJECTION TO PROOF OF CLAIM NUMBERS**
**144366, 144455, 144465, 144475, 144514, 144535, AND 145592**
**FILED BY CANADIAN MUNICIPALITIES AND TRIBES**

**PLEASE TAKE NOTICE** that on May 19, 2025, the above-captioned Debtors filed the

*Debtors' Objection to Proof of Claim Numbers 144366, 144455, 144465, 144475, 144514,*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*144535, and 145592 Filed by Canadian Municipalities and Tribes* [ECF No. 7450-1] (the "**Objection**"). The Objection had been scheduled to be heard at the August 14, 2025, at 11:00 a.m. (prevailing Eastern Time), omnibus hearing before the Court in the above-captioned cases scheduled for that date (the "**August Omnibus Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any response to the Objection lapsed on July 3, 2025 at 5:00 p.m. and no party filed any response to the Objection.

**PLEASE TAKE FURTHER NOTICE** a hearing on the Objection was originally scheduled for July 31, 2025, which the Debtors subsequently adjourned to the August Omnibus Hearing. *See Notice of Adjournment of Hearing* [ECF No. 7699].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection has been further adjourned to the omnibus hearing scheduled for September 17, 2025, at 11:00 a.m. (prevailing Eastern Time) (the "**September Omnibus Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the September Omnibus Hearing will be conducted via Zoom® videoconference unless otherwise ordered by the Court. Parties wishing to appear at, or attend, an omnibus hearing conducted via Zoom® videoconference are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before such omnibus hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated:   August 12, 2025
         New York, New York

                                DAVIS POLK & WARDWELL LLP

                                By:   */s/ Marc. J. Tobak*

                                450 Lexington Avenue
                                New York, New York 10017
                                Telephone: (212) 450-4000
                                Facsimile:  (212) 701-5800
                                Marshall S. Huebner
                                Benjamin S. Kaminetzky
                                Eli J. Vonnegut
                                James I. McClammy
                                Marc J. Tobak

                                *Counsel to the Debtors*
                                *and Debtors in Possession*