Vitaly Pinkusov
3338 Richlieu Road
Apartment T285
Bensalem, PA 19020-1564
Email: vp005a75a@yahoo.com

**August 14, 2025**

**The Honorable Judge Sean H. Lane**
United States Bankruptcy Court for
the Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601-4140

Re: **PURDUE PHARMA, L.P.,** *et al.,* **Debtors**
**Chapter 11, Case No. 19-23649**
**Jointly Administered**

Dear Judge Lane!

Let me start this Letter by mentioning that Your Honor has advised myself and several other Claimants to wait with our various Objections. Your Honor has admonished us at length for these premature actions. We have been directed to present our Objections at the later scheduled Hearings. We have drawn Your Honor's ire for various instances of not following the established legal proceedings in this Bankruptcy Court.

I would like to apologize for those instances. It is obvious that they bring many barriers to the smooth way of moving things along in any court system. And I do acknowledge this as an indisputable fact:

However, I would like to acknowledge other indisputable facts. I would like to do this in the most respectful and thoughtful fashion. But if my efforts at this will fail, I would like to apologize in Advance, Your Honor, for I have no intentions to disrespect this Court or any other Court. Therefore, I am respectfully submitting these facts for Your Honor's careful consideration.

_a).   There has never been a case like this one in the history of the United States.

_b).   It is obvious that there will be no criminal prosecution of the Sackler family.

This family has been responsible for developing, manufacturing, marketing (in legal avenues and in illegal schemes), purchasing the middlemen loyalty and distribution channels, paying off various medical professionals, and finally, the usage and the resulting abuse of the drug called OxyContin. They have been guided by Greed and Disregard for Human Life. The Great American Opioid Pandemic has taken the lives of over 828,000 people of all the Races, Ethnicities, and Nationalities, and people of all levels of the Socio-Economic Statuses. American Lives. Canadian Lives. Native American Indian Tribes' Lives. And the lives of the citizens of 60+ countries, including my ancestral

countries – Azerbaijan, Ukraine, and Poland. This number amounts to the current population of Indianapolis, Indiana plus the current population of the Borough of Hatboro, Montgomery County, Pennsylvania, where I used to live and where my dear and beloved wife, Elina Goldovsky, has passed away on the morning of December 19, 2007 at the age of 32.

As a result of this great Injustice, the thousands of victims and their families will not have any legal forum to address and to voice their Grievances and Objections to to the crafty legal maneuvering that can make the Sackler the innocent parties. Two years ago I and other victims have made short statements to the Court. This has brought some Temporary Relief, but this is Far, Far Away from anything even close to CLOSURE. I suffer every single day of my Remnants of Life with pain, stiffness, immobility, and various other neurological symptoms. I know that despite having good genes (both of my Grandparents were World War II veterans and have lived to the age of 85), I will die before I reach the Retirement Age of 67.

Yet, there is still no forum, legal and non-legal to address the multitude of Issues.
All we have left is........... this Court and our own and unique tragedies.
It is a shame and a tragedy.
**Let this tragedy transform itself to become the Indictment of the Moral Failure of the United States Department of Justice**. We, the victims, shall sign our names and then present it to the ultimate Jury – our children and grandchildren; and let History be the Final Judge.

_c). The absolute majority of these claimants are *Pro Se* Claimants. That means that these Claimants have filed legal documents "by themselves".

That means that these Claimants have fallen into two separate groups.
Group A is composed of any individuals (including the Incarcerated Individuals) who could not afford to hire a lawyer and have filed legal documents "by themselves".

Additionally, they have been required to submit personal Affidavits that would confirm that they are either indigent, have no income, have income below the current Federal Poverty Level, or must rely on Federal Government Assistance Programs, or State Government Assistance Programs, such as Supplemental Security Income (SSI), State Supplemental Program (SSP), Supplemental Nutrition Assistance Program (SNAP, or formerly known as Food Stamps), and Housing Choice Voucher Programs (HCV, or formerly known as Section 8 Program). This submission has allowed them to avoid paying the Court Fees because they could not afford these Fees.

Group B is composed of any individuals who have wanted to have a complete control over their cases and/or have had a desire to present their cases personally to this Court.

_d). The great majority of the claimants who have filed claims against Purdue Pharma, L.P. do not have any legal education or legal experience. I am personally aware of only one individual who has a current Indiana Law License. His son passed away because of overdose. There might be other individuals who have graduated from the U.S. Law

Schools or individuals who have graduated and passed the Bar Exams of their States.

The great majority of the Claimants do not have any law licenses in any of the 50 United States, Washington, District of Columbia, the Commonwealth of Puerto Rico, Territory of Guam, or the United States Virgin Islands. Needless to say, there are no Bankruptcy Attorneys among them! *And all of these Claimants must navigate this legal system in an ocean of experienced Attorneys!* Thus, they are not expected to follow the established procedures as if they have had the stellar Legal Education. This is the REALITY of their lives!
These Claimants cannot afford reliable Legal Advice! Our Great Nation have left them to fight for their rights by themselves! All they have left is the Internet, the occasional free legal advice from some lawyers, and Your Honor's Directives!

And now that I got off my chest the most painful thoughts and facts, I would like to request that Your Honor will set aside time for us, the poor and the indigent, the passionate and the hopeful, to challenge the qualifications of the Expert Witnesses. I would like to make this request by myself. The Official Committee of Unsecured Creditors does not represent myself individually. It represents my interests only as part of the bigger, collective group interests. I do acknowledge that this Letter will not make the Committee happy. I do acknowledge that this request will not make the Debtors happy. Nevertheless, I would like to proceed with my Request.

I ask that the Court notifies me in writing of Your Decision because I am currently sick and, it is impossible for me to predict if I will be able to attend the future Hearings (even if they are conducted via Zoom).

Sincerely and Respectfully,

Vitaly Pinkusov