# NYSO BANKRUPTCY COURT

RE: PURDUE PHARMA 19-23649

Hi Judge,

PURDUE CONTINUES TO CAUSE ME EXTREME PHYSICAL & EMOTIONAL STRESS & DISTRESS USING MISLEADING DATES & BAD FAITH FOR WHICH I HAVE SOUGHT MAX SANCTIONS FROM PURDUE/ DAVIS POLK WHO REPRESENTS PURDUE.

IN DAVIS POLKS CORRESPONDENCE MARC TOBAK CLEARLY MENTIONS MY 'CLAIMS' 1·30·2024. AGAIN IT WAS PURDUE WHO EMAILED THEIR FORM DUE 7·28·25 @ MIDNIGHT EMAILED & MAILED AGAIN AFTER SPEAKING TO CHRISTINE BEFORE THE DEADLINE. I DON'T KNOW WHY YOU DID NOT GET THE FIRST COURT CLAIM FORM I FOUND I RESENT PRIOR TO PURDUE EMAILING ME THEIR FORM. SINCE YOU BANISHED ME FROM AMENDMENT I EMAIL HOW MOST OF US COMMUNICATE & LIZA OR EMILY NEVER RETURNED MY CALLS FOR OVER A YEAR I HAD NO DATA SENT OR WHERE TO EVEN LOOK UNTIL THE DISCLOSURE STATEMENT ZOOM DAY SAME DAY THE COURT FINALLY RETURNED MY CALL.

→

THE DATE ON THE PROVIDED EVIDENCE THAT STATES 'CLAIMS' WAS BEFORE WHATEVER OTHER DEADLINE PURDUE WROTE FOR ME TO VOTE.

I DON'T KNOW WHY MY CLAIMS WERE NOT ISSUED A # WHEN MY 23CV33935 STILL NOT UPDATED TO MY KNOWLEDGE. I AM REQUESTING AGAIN ALL CLAIMS BE VERIFIED THERE ARE NO OTHER ERRORS OR PURDUE IS USING INCORRECT 'ENTERED' NOT DATED & POSTDATED OR EMAILED DATES. PURDUE CAN NOT HAVE ON THEIR OWN FORMS TO RETURN VIA EMAIL FAX OR MAIL THEN EMAIL ME EMAIL DOES NOT COUNT.

THAT IS VERY BAD FAITH JUDGE.

HAVE A GREAT DAY JUDGE!

CERT OF MAIL    Rosemary *  8·13·2025

I promise I mailed this & sent to Davis Polk via email who has CC's & evidence provided.

1111 Waller St SE Salem OR 97302
503-990-1172
biarosemary@gmail.com

I AM OUT OUT OF INK & MY INTERNET TODAY IS VERY UNSTABLE FYI

## Purdue    Inbox



**Preis, Arik**  7:27 AM (3 hours ago)
to me, Arik

Rosemary,

I understand your frustration but there is an important question here:

When was the first time you filed a proof of claim against Purdue? Was it July 2025, or was it sometime between January 2020 and July 2025?

**Arik Preis**
**Akin**
Direct: +1 212.872.7418

---------- Forwarded message ----------
From: **Tobak, Marc J.** <marc.tobak@davispolk.com>
Date: Tue, Jan 30, 2024 at 12:05 PM
Subject: RE: HI WHAT IS THIS ?
To: rosemary <bigrosemary@gmail.com>


Rosemary,

This document is Thirty-Fourth Amended Preliminary Injunction Order, which the Bankruptcy Court entered on January 23.

Under this order, you are enjoined from continuing to prosecute your suit in Marion County (you will see it listed on page 241 of 292, as entry 560 of Appendix III), and from commencing or continuing any other actions against the Debtors or "Related Parties" arising out of or relating to Purdue's opioid business, for as long as the injunction remains in effect.

The injunction is currently in effect through the earlier of (1) the date that an order confirming a plan of reorganization is entered and not subject to any stay, including the stay pursuant to Federal Rule of Bankruptcy Procedure 3020(e); and (2) the date 30 days after entry of an opinion or order vacating or reversing the May 30, 2023 judgment of the United States Court of Appeals for the Second Circuit in the appeals consolidated and captioned as In re Purdue Pharma L.P. et al., No. 22-110-bk(L).

On page 9, you will see that Judge Lane considered your objection, as well as the papers the Debtors filed, and, on page 12, that the Court overrules your objection to the entry of the preliminary injunction "for the reasons that the Court has explained in overruling prior objections at the Hearings."

This is not a decision on the merits of your claims; it pauses your case, as it has paused the hundreds of other cases listed in the order, to preserve and maximize the value that creditors can obtain from Purdue and ensure fair recoveries among Purdue's creditors.

Best regards,
Marc
**Marc J. Tobak**

**Davis Polk & Wardwell LLP**
+1 212 450 3073 office
+1 646 831 5116 mobile
marc.tobak@davispolk.com

### Re: list of pro se claimants in the purdue pharma case

 **purduepitrust**
to me, Purdue, Arik


Sun, Jul 27, 9:27 AM

Good morning Ms. Walker,

While we are not entirely certain what the request is that you are making, we want to ensure that you are aware that PI Claimants must file their claims with the Purdue PI Trust by the July 28th at 11:59 EST deadline as outlined in the Court order.

If you have previously submitted evidence in the bankruptcy proceedings for Purdue with your Proof of Claim, there is a section on the last page of the claim form that you will need to indicate that, and we can review what was previously submitted.

Best,

Purdue PI Trust

## Re: list of pro se claimants in the purdue pharma case

**rosemary** <bigrosemary@gmail.com>
to purduepitrust, Purdue, Arik, Paul

Sun, Jul 27, 11:13 AM

ok here.

rosemary

catbelt.com
pussycatarian.com
factshowandtell.com

THE PURDUE EMAILED FORM
RETURNED THE SAME SUNDAY
PURDUE SENT IT W/ DEADLINE



in:sent

11 Attachments · Scanned by Gmail

 **Gmail**                                                                rosemary walker <bigrosemary@gmail.com>

---

## CLAIM IN MAIL 7.28.2025 8:53am
1 message

---

**rosemary** <bigrosemary@gmail.com>                                                              Mon, Jul 28, 2025 at 8:53 AM
To: purduepitrust <purduepitrust@purduepitrust.com>, "Tobak, Marc J." <marc.tobak@davispolk.com>, Purdue Akin FR <PurdueAkinFR@akingump.com>, "Preis, Arik" <apreis@akingump.com>, "Schwartzberg, Paul (USTP)" <Paul.Schwartzberg@usdoj.gov>, Purdue Pharma Team <purduepharmateam@ra.kroll.com>, Purdue Pharma Info <purduepharmainfo@ra.kroll.com>





WALKER
1111 WALKER SE
SALEM OR 97302

USMJ
SDNY

ATN: CHRISTINE AZZARO / SHL

NYSD BANKRUPTCY COURT
300 QUARROPAS ST
WHITE PLAINS NY 10601

PORTLAND OR 972
14 AUG 2025 PM 1 L