US Bankruptcy Court Southern District of NY
Re: Purdue Pharma LP et al   Chapter 11
My Marion City Oregon case # 23CV33935   NY Bankruptcy case # 19-23649

## MOTION FOR SANCTION RELIEF

Per 11 USC §105(a) I am requesting sanctions from Purdue Pharma LP et al of the maximum $ allowable per Rule 9011. Purdue is acting in bad faith per 28 USC §1927 & have made false claims about dates about my claim.

This a.m. on 8·12·25 Purdue Pharma 'Ballots' wrote my claim WAS NOT RECEIVED. IT WAS SO PLUS Purdue & I must verified via email they got it. This has caused me even more severe emotional & physical DISTRESS over people publishing FALSE CLAIMS & EVIDENCE SHOWS they are WRONG.

The Court also should note POSTDATED DATES NOT RECEIVED DATES that also cause confusion.

Please award me sanctions for Purdue continuing to ACT IN BAD FAITH.  Yurga Rosember
8·12·2025
1111 Walker St SE Salem OR 97302 →

CERT OF MAILING

I mailed a copy to NYSD Bankruptcy Crt
emailed Marc Tobac for Purdue
Marc said is fine to save me stamp $

## RE: [EXTERNAL] Re: Purdue - Voting Package   Inbox ×

**Purdue Pharma Ballots**

to me, Purdue, Arik, Purdue, Purdue, Purdue, Edgar

Arik/Rosemary:

Claim number 634787 is not entitled to a solicitation package as the claim was filed recently on August 4th wh

If you have any further questions, please let us know.

*[handwritten: WRONG A FALSE CLAIM]*

Best,
Zach

Zach Steinberg
Senior Consultant, Solicitation, Kroll Restructuring Administration

T +1 212 983 2603 | M +1 973 349 6729

 **Gmail**                                rosemary walker <bigrosemary@gmail.com>

*[handwritten: EVIDENCE OF BAD FAITH ?*
*FALSE CLAIM]*

## Re: list of pro se claimants in the purdue pharma case
1 message

---

**purduepitrust** <purduepitrust@purduepitrust.com>                    Mon, Jul 28, 2025 at 8:40 AM
To: rosemary <bigrosemary@gmail.com>
Cc: Purdue Akin FR <PurdueAkinFR@akingump.com>, "Preis, Arik" <apreis@akingump.com>, "Schwartzberg, Paul (USTP)" <Paul.Schwartzberg@usdoj.gov>

Good morning Ms. Walker,

Confirming the Purdue PI Trust receipt of your Non-NAS Claim submission.

Best,

Purdue PI Trust

---

**From:** rosemary <bigrosemary@gmail.com>
**Sent:** Sunday, July 27, 2025 1:13 PM
**To:** purduepitrust <purduepitrust@purduepitrust.com>
**Cc:** Purdue Akin FR <PurdueAkinFR@akingump.com>; Preis, Arik <apreis@akingump.com>; Schwartzberg, Paul (USTP) <Paul.Schwartzberg@usdoj.gov>
**Subject:** Re: list of pro se claimants in the purdue pharma case

ok here.

rosemary

catbelt.com
pussycatarian.com
factshowandtell.com

On Sun, Jul 27, 2025 at 10:27 AM purduepitrust <purduepitrust@purduepitrust.com> wrote:
> Good afternoon Ms. Walker,
>
> Please be advised that as previously stated, the deadline to file claims with the PI Trust is tomorrow, July 28th at 11:59 EST, as outlined in the Court Order.
>
> For your convenience we have attached the claim form to this email. Any deficiencies will be addressed during the deficiency process.
>
> Best,
>
> Purdue PI Trust

When a party involved in a bankruptcy case makes false claims, there are several potential consequences, both civil and criminal.

## 1. Civil penalties

- **Dismissal of the bankruptcy case:** The court may dismiss the case, meaning the debtor loses the protection of the automatic stay and the opportunity to discharge debts.

- **Denial of discharge:** The court may deny the discharge of debts, meaning the debtor remains responsible for paying them after the bankruptcy case.

- **Other remedies:** The court has broad authority to impose sanctions, such as fines, holding the party in contempt of court, and enjoining the party from filing further claims.

- **Revocation of discharge:** If false information is discovered within one year of the bankruptcy discharge, it can be revoked retroactively.

## 2. Criminal penalties

- **Bankruptcy fraud:** Making a knowingly false statement in a bankruptcy filing can lead to charges under federal bankruptcy fraud statutes.

- **Concealment of assets:** Knowingly concealing assets from the bankruptcy court or trustee is a federal crime punishable by fines and imprisonment.

- **Perjury:** Lying under oath during a bankruptcy proceeding, such as at a 341 meeting of creditors, can result in perjury charges.

- **Other crimes:** Bankruptcy fraud often overlaps with other federal crimes, including tax fraud, wire fraud, mail fraud, money laundering, bank fraud, identity theft, and conspiracy, each carrying separate penalties.

- **Penalties:** Criminal convictions for bankruptcy fraud can lead to fines of up to $250,000 and/or imprisonment for up to five years. In more severe cases involving witness tampering or destroying evidence, penalties can be even harsher.

## 3. Long-term consequences

- **Credit score damage:** A bankruptcy filing itself impacts a credit score, but a finding of fraud or perjury can further worsen it, making it difficult to obtain credit or loans in the future.

- **Loss of rights:** A felony conviction can result in restrictions on voting, traveling

outside the country, owning firearms, serving on a jury, and qualifying for certain jobs and security clearances.

- **Deportation:** For permanent residents, a felony conviction can lead to deportation.

- **Loss of government benefits:** Eligibility for government benefits like public housing, food stamps, and Supplemental Social Security Income (SSSI) could be denied.

## Reporting false claims

If you suspect bankruptcy fraud, you can report it to the Office of the U.S. Trustee of the Department of Justice via email at USTP.Bankruptcy.Fraud@usdoj.gov or by regular mail. You can also contact your local FBI office.

## Important considerations

- **Intent is key:** For criminal charges to be filed, the prosecution must demonstrate that the party knowingly and fraudulently misrepresented or omitted material facts with the intent to deceive or mislead the court.

- **Seek legal counsel:** Individuals accused of making false claims in bankruptcy should seek the advice of an experienced bankruptcy attorney as soon as possible.

In summary, making false claims in bankruptcy can have serious consequences, impacting a debtor's financial future and potentially leading to criminal prosecution. Transparency and accuracy are crucial throughout the bankruptcy process.



NYSD Bankruptcy Court
300 Quarropas St
White Plains NY 10601
Attn: CHRISTINE AZZARD / SHL

(Return address: ...ker ...waller St SE, ...n OR 97302)

FILED
U.S. BANKRUPTCY COURT
2025 AUG 18 PM 1:65
S.D. OF N.Y.

PORTLAND OR RPDC 972
14 AUG 2025 PM 1 L
1775