RECEIVED AUG 25 2025 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

NYSD BANKRUPTCY COURT

RE: MOTION IN PURDUE PHARMA LP, 19-23649

JUDGE ONE MY HANDS HAVE HURT SO BAD A RELATIVE HAS JUST ORDERED ICE GLOVES FOR ME. KNOW WHAT HAPPENS WHEN YOU GET DROPPED IN A MALFUNCTIONING ELEVATOR ON YOUR WAY TO WORK YOUR FEET COME OUT FROM UNDERNEATH YOU AND YOU ARE SLAMMED DOWN AND WHEN WE FALL WE PUT OUR HANDS OUT TO CATCH OURSELVES RIGHT. WELL MY HANDS ARE BROKEN JUDGE. SO BAD ALONG WITH OTHER DEGENERATIVE BACK AND NERVE ISSUES AT THE MOMENT MAKING DAILY LIFE WELL SIMPLY NOT POSSIBLE. I CAN STILL BARELY FINGER THIS.

I MOTION TO BE EXCLUDED & OR ALLOWED TO FILL OUT WHATEVER FORM WAS DUE I HAD NO CLUE ABOUT I GUESS IN JUNE & I DON'T REMEMBER BEING MENTIONED IN THE ONLY ZOOM I HAVE ATTENDED IN JULY PRETTY SURE.

I IMAGINE UNLIKE OTHER MAYBE NOT AMERICAN WITH DISABILITIES I AM & I THEREFORE AM ENTITLED TO BE EXCUSED OR ALLOWED TO DO WHATEVER I AM DIRECTED TO GET TO VOTE IN SEPTEMBER. I HAVE A CLAIM # & DID THE FORM FORM FORM IN TIME PER DIRECTION. THE ADA READS.....

(b) Relationship to other laws

Nothing in this chapter shall be construed to invalidate or limit the remedies, rights, and procedures of any Federal law or law of any State or political subdivision of any State or jurisdiction that provides greater or equal protection for the rights of individuals with disabilities than are afforded by this chapter. Nothing in this chapter shall be construed to preclude the prohibition of, or the imposition of restrictions on, smoking in places of employment covered by subchapter I of this chapter, in transportation covered by subchapter II or III of this chapter, or in places of public accommodation covered by subchapter III.

### Sec. 12202. State immunity

A State shall not be immune under the eleventh amendment to the Constitution of the United States from an action in Federal or State court of competent jurisdiction for a

violation of this chapter. In any action against a State for a violation of the requirements of this chapter, remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in an action against any public or private entity other than a State.

UHHHH MY AMENDMENT I IN A FORMAT I AM MOST COMFORTABLE WITH SINCE NO ONE LIKES MY ANNOYING VOICE JUDGE UHHHHHH YOU KNOW.....infringed mine.

(D) Title IV

The Chairman of the Federal Communications Commission, in coordination with the Attorney General, shall implement such plan for assistance for title IV.

Moving on....

(6) Enforcement of rights to public services and accommodations

The remedies and procedures set forth in section 2000e –16 of this title shall be available to any qualified person with a disability who is a visitor, guest, or patron of an instrumentality of Congress and who alleges a violation of the rights and protections under sections 12131 through 12150 of this title or section 12182 or 12183 of this title that are made applicable by this section, except that the authorities of the Equal Employment Opportunity Commission shall be exercised by the chief official of the instrumentality of the Congress.

### Sec. 12212. Alternative means of dispute resolution

Where appropriate and to the extent authorized by law, the use of alternative means of dispute resolution, including settlement negotiations, conciliation, facilitation, mediation, fact-finding, minitrials, and arbitration, is encouraged to resolve disputes arising under this chapter.

Sec. 12213. Severability

Should any provision in this chapter be found to be unconstitutional by a court of law, such provision shall be severed from the remainder of the chapter, and such action shall not affect the enforceability of the remaining provisions of the chapter.

> (2) Technology
>
> The Commission shall ensure that regulations prescribed to implement this section encourage, consistent with section 157(a) of this title, the use of existing technology and do not discourage or impair the development of improved technology.

# Subchapter II - Public Services [Title II]

## Part A - Prohibition Against Discrimination and Other Generally Applicable Provisions

### Sec. 12131. Definitions

As used in this subchapter:

> (1) Public entity
>
> The term "public entity" means
>
>> (A) any State or local government;
>>
>> (B) any department, agency, special purpose district, or other instrumentality of a State or States or local government; and
>>
>> (C) the National Railroad Passenger Corporation, and any commuter authority (as defined in section 24102(4) of title 49).

(2) Qualified individual with a disability

The term "qualified individual with a disability" means an individual with a disability who, with or without reasonable modifications to rules, policies, or practices, the removal of architectural, communication, or transportation barriers, or the provision of auxiliary aids and services, meets the essential eligibility requirements for the receipt of services or the participation in programs or activities provided by a public entity.

### Sec. 12132. Discrimination

Subject to the provisions of this subchapter, no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of services, programs, or activities of a public entity, or be subjected to discrimination by any such entity.

### Sec. 12133. Enforcement

The remedies, procedures, and rights set forth in section 794a of title 29 shall be the remedies, procedures, and rights this subchapter provides to any person alleging discrimination on the basis of disability in violation of section 12132 of this title.

> (ii) Participation in unequal benefit
>
> It shall be discriminatory to afford an individual or class of individuals, on the basis of a disability or disabilities of such individual or class, directly, or through contractual, licensing, or other arrangements with the opportunity to participate in or benefit from a good, service, facility, privilege, advantage, or accommodation that is not equal to that afforded to other individuals.
>
> (iv) Individual or class of individuals

For purposes of clauses (i) through (iii) of this subparagraph, the term "individual or class of individuals" refers to the clients or customers of the covered public accommodation that enters into the contractual,

(B) Integrated settings

Goods, services, facilities, privileges, advantages, and accommodations shall be afforded to an individual with a disability in the most integrated setting appropriate to the needs of the individual.

(D) Administrative methods

An individual or entity shall not, directly or through contractual or other arrangements, utilize standards or criteria or methods of administration

(i) that have the effect of discriminating on the basis of disability; or

(ii) that perpetuate the discrimination of others who are subject to common administrative control.

(i) the imposition or application of eligibility criteria that screen out or tend to screen out an individual with a disability or any class of individuals with disabilities from fully and equally enjoying any goods, services, facilities, privileges, advantages, or accommodations, unless such criteria can be shown to be necessary for the provision of the goods, services, facilities, privileges, advantages, or accommodations being offered;

(iii) a failure to take such steps as may be necessary to ensure that no individual with a disability is excluded, denied services, segregated or otherwise treated differently than other individuals because of the absence of auxiliary aids and services, unless the entity can

> demonstrate that taking such steps would fundamentally alter the nature of the good, service, facility, privilege, advantage, or accommodation being offered or would result in an undue burden;

(C) Demand responsive system

For purposes of subsection (a) of this section, discrimination includes

> (i) a failure of a private entity which operates a demand responsive system and which is not subject to section 12184 of this title to operate such system so that, when viewed in its entirety, such system ensures a level of service to individuals with disabilities, including individuals who use wheelchairs, equivalent to the level of service provided to individuals without disabilities; and

(2) Injunctive relief

In the case of violations of sections 12182(b)(2)(A)(iv) and Section 12183(a) of this title, injunctive relief shall include an order to alter facilities to make such facilities readily accessible to and usable by individuals with disabilities to the extent required by this subchapter. Where appropriate, injunctive relief shall also include requiring the provision of an auxiliary aid or service, modification of a policy, or provision of alternative methods, to the extent required by this subchapter.

> See here is where we need modification of ada policy and all disabled Americans must be provided the same equal protection both non *questionable at the moment & American CRIMINALS are provided...legal representation while in any court again by nature of

disability i we have medical conditions that prevent normal activities like sometimes being able to move at all judge.

(2) Authority of court

In a civil action under paragraph (1) (B), the court—

(A) may grant any equitable relief that such court considers to be appropriate, including, to the extent required by this subchapter—

(i) granting temporary, preliminary, or permanent relief;

(ii) providing an auxiliary aid or service, modification of policy, practice, or procedure, or alternative method; and

(iii) making facilities readily accessible to and usable by individuals with disabilities;

(B) may award such other relief as the court considers to be appropriate, including monetary damages to persons aggrieved when requested by the Attorney General; and

(C) may, to vindicate the public interest, assess a civil penalty against the entity in an amount [*]

(i) not exceeding $50,000 for a first violation; and

(ii) not exceeding $100,000 for any subsequent violation.

[*Agency Note: Please see the Department's title III regulation at 28 CFR 36.504(a)(3) for the most recent civil monetary penalty amounts, which are periodically adjusted in accordance with the Federal Civil Penalties

Inflation Adjustment Act of 1990, Public Law 101-410, 28 USC 2461 note, as amended.]

(3) Single violation

For purposes of paragraph (2) (C), in determining whether a first or subsequent violation has occurred, a determination in a single action, by judgment or settlement, that the covered entity has engaged in more than one discriminatory act shall be counted as a single violation.

(4) Punitive damages

For purposes of subsection (b) (2) (B) of this section, the term "monetary damages" and "such other relief" does not include punitive damages.

(5) Judicial consideration

In a civil action under paragraph (1)(B), the court, when considering what amount of civil penalty, if any, is appropriate, shall give consideration to any good faith effort or attempt to comply with this chapter by the entity. In evaluating good faith, the court shall consider, among other factors it deems relevant, whether the entity could have reasonably anticipated the need for an appropriate type of auxiliary aid needed to accommodate the unique needs of a particular individual with a disability.

## Sec. 12202. State immunity

A State shall not be immune under the eleventh amendment to the Constitution of the United States from an action in Federal or State court of competent jurisdiction for a violation of this chapter. In any action against a State for a violation of the requirements of this chapter, remedies (including remedies both at law and in equity)

are available for such a violation to the same extent as such remedies are available for such a violation in an action against any public or private entity other than a State.

## Sec. 12203. Prohibition against retaliation and coercion

(a) Retaliation

No person shall discriminate against any individual because such individual has opposed any act or practice made unlawful by this chapter or because such individual made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this chapter.

(b) Interference, coercion, or intimidation

It shall be unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or on account of his or her having exercised or enjoyed, or on account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by this chapter.

(c) Remedies and procedures

The remedies and procedures available under sections 12117, 12133, and 12188 of this title shall be available to aggrieved persons for violations of subsections (a) and (b), with respect to subchapter I, subchapter II and subchapter III of this chapter, respectively.

> judge i totally feel bullied by purdue pharma et al....one purdue email reads one thing another purdue email reads a not her....the website wasnot working properly kroll website for purdue. Not cool.

# Choosing Communication Aids and Services

To decide what aid or service is needed to communicate effectively:

- Consider the nature, length, complexity, and context of the communication.
- Consider the person's normal methods of communication. For example, sign language interpreters are effective only for people who use sign language.
    - Unless certain exceptions are met, state/local governments must give primary consideration to the person with a disability's choice of communication aid or service. Learn more about exceptions and what primary consideration means in <u>ADA Requirements: Effective Communication</u>.
    - Businesses and nonprofits that are open to the public should work with the person with a disability whenever possible to decide what aid or service is appropriate.

# Notice

You may require people who need aids or services to request them a reasonable amount of time in advance, based on the length of time you will need to get the aid or service

But a person might make a walk-in request for a communication aid or service. You still need to provide that aid or service as best you can.

> I have been provided no aid mostly at all....christina actually returned all my phone calls since me disabled American was & is still banished from emailing again my preferred method so my voice isnot held against me.

TO WRAP UP SINCE MY HANDS ARE NOW SCREAMING AGAIN, I MOTION I BE ALLOWED TO VOTE. SO PROVIDED WHATEVER I AM SUPPOSED TO DO TO BE ABLE TO PLEASE.

again i request max sanctions against purdue pharma lp, et al their lawyers & associates.

thank you judge have a great day. I would very much like to email again please.

8.15.2025

rosemary helen zizikos walker disabled American   8.15.2025

1111 waller street se salem or 97302 bigrosemary@gmail.com 503.990.1172

cert of service i mailed this to court & emailed to davis polk per ok to email service

# Gmail

rosemary walker <bigrosemary@gmail.com>

## Re: Purdue
1 message

rosemary <bigrosemary@gmail.com>  Thu, Aug 14, 2025 at 7:49 AM
To: "Preis, Arik" <apreis@akingump.com>, "Schwartzberg, Paul (USTP)" <Paul.Schwartzberg@usdoj.gov>

'Bar date' arik we spoke …same day or couple days later because Paul gave me your number.

you said to 'this is the biggest bankruptcy in U.S. history we did blah blah bull shit marketing' funny neither california nor oregon contacted ME nor the dea about the 'bar' for one.
funny not only did I file after so have many other pro se litigants.

AS I UNDERSTAND UNLIKE OTHER PRO SE AMERICANS WHO FILED AFTER THE DATE, MY MARION COUNTY CASE IS A PART OF THE BANKRUPTCY SO THAT IS WHEN MY CLAIM SHOULD HAVE GOTTEN A NUMBER RIGHT.

YOU OR THE COURT OR KROLL JOINED MY CASE TO THE BANKRUPTCY MAKING ME A PART OF THE BANKRUPTCY RIGHT.

I FILED MY ACTION FOR PETITION AGAINST *PURDUE & *THE SACKLERS.

I NEVER KNEW ABOUT ANY OTHER DEADLINES UNTIL FINALLY CHRISTINE CALLED ME & I KNEW WHERE TO LOOK.

I UNDERSTAND EVERYONE TYPING ABOUT A NOT HER DATE I DID NOT KNOW WAS A THING.

THAT BEING TYPED WHAT DOES MY NOT HAVING A VOTE MEAN ARIK?

SOMEONE IS VOTING ON MY BEHALF?

SO I STILL HAVE A CLAIM & WILL GET MY PART *SHOULD BE MAX…OF THE SETTLEMENT RIGHT?

I MAY BE BROKEN NOT STUPID.

OK MY HANDS HURT SO BAD I CAN'T EVEN FINGER.

if you can answer my questions that would be awesome.

can you can direct me to the whatever other deadline so I can read it to argue…..I have been super ill arik…. & being disabled I should have more title & ada rights if I missed a ridiculous deadline while ill I am excused to turn it in late & get to vote.

hopefully I'm becoming a way better pretend lawyer in all areas as I have been forced to play a lawyer in my own reality.

omg the expert $850 an hour of bull shit testimony of how to set up a business for the max tax benefit and not get busted for taxes.

that is only one pile of wasted trees…why don't they have to email because fed ex would go out of business.

Arik DOES SDNYB COURT TELL MY COURT THERE IS AN INJUNCTION?
HOW DOES THAT WORK. MARC SEEMINGLY DID NOT MAIL MY COURT?

have a good day arik.

r

catbelt.com
pussycatarian.com
factshowandtell.com

On Thu, Aug 14, 2025 at 7:15 AM Preis, Arik <apreis@akingump.com> wrote:

Good Morning,

I read your emails from yesterday.

As I understand it the facts are:

1. You did not file a proof of claim as of the bar date in June 2020.
2. Sometime in 2023, you filed a lawsuit against the Sacklers. This lawsuit violated the preliminary injunction, and Marc Tobak sent you an emailing telling you this.
3. The lawsuit you filed did not cure the fact that you did not file a proof of claim as of the bar date in June 2020 (and, for your information, even those people that filed lawsuits prior to June 2020 had an obligation to file a proof of claim that attached their lawsuit).
4. Sometime in 2025 (in July) you filed a proof of claim. Whether it is July or August of 2025 doesn't matter for purposes of receiving the voting package; you would have had to file your proof of claim prior to May 2025 in order to receive a voting package.
5. So I think the disconnect is that you thought that by filing your lawsuit in 2023 (which itself violated a court order), you would have satisfied the obligation to file a proof of claim (which would have been late as well).

Do I have this right? Please do not send me more than one email in response (:, just let me know if the above is correct. I read everything you sent yesterday so please also do not send those again.

Arik

**Arik Preis**

Akin

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7418
Fax: +1 212.872.1002 | apreis@akingump.com | akingump.com | Bio



WALKER
1111 WALLACE RD BE
SALEM OR 97302

NYSD BANKRUPTCY
300 QUARROPAS ST
WHITE PLAINS NY 10601