DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.***,** | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered**) |

**AGENDA FOR SEPTEMBER 17, 2025 OMNIBUS HEARING**

| | |
|---|---|
| Time and Date of Hearing: | September 17, 2025 at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Hearing will only be conducted via Zoom for Government®. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 996 0392 8128, Passcode 713883. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**I.    UNCONTESTED MATTERS:**

1. ***Motion to Authorize KEIP / KERP with Respect to CEO.*** Motion of Debtors for Entry of an Order Authorizing Implementation of 2025 Key Employment Incentive Plans and 2025 Key Employee Retention Plan [ECF No. 7754]

   Objection Deadline: August 28, 2025 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than certain States, the Official Committee of Unsecured Creditors and the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, with respect to whom the Objection Deadline, solely with respect to any potential objections to the CEO's participation in the 2025 KEIP, was extended to September 10, 2025 at 4:00 p.m. (prevailing Eastern Time)).

   Responses Received: None

   Reply Deadline: September 15, 2025 at 4:00 p.m. (prevailing Eastern Time).

   Replies Received:

   A. Debtors' Statement in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of 2025 Key Employee Incentive Plan and 2025 Key Employee Retention Plan [ECF No. 7845]

   Related Documents:

   B. Declaration of Jesse DelConte in Support of the Motion of Debtors for Entry of an Order Authorizing Implementation for 2025 Key Employee Incentive Plan and 2025 Key Employee Retention Plan [ECF No. 7754]

   C. Declaration of Josephine Gartrell in Support of the Motion of the Debtors for Entry of an Order Authorizing Implementation of 2025 Key Employee Incentive Plan and 2025 Key Employee Retention Plan [ECF No. 7754]

   D. Notice of Partial Adjournment of Hearing on Debtors Motion for Entry of an Order Authorizing Implementation of 2025 Key Employee Incentive Plan and 2025 Key Employee Retention Plan [ECF No. 7810]

   Status: This matter is going forward on an uncontested basis.

2. ***Motion to File Second Omnibus Claims Objection Under Seal.*** Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(A) and 107(C) Authorizing the Filing of Certain Information Under Seal in Connection with Debtors' Second Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) [ECF No. 7768]

   Objection Deadline: September 10, 2025 at 4:00p.m. (prevailing Eastern Time).

   Responses Received: None

Related Documents: None

Status: This matter is going forward on an uncontested basis.

## II. CONTESTED MATTERS:

1. *Second Omnibus Claims Objection.* Debtors' Second Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) [ECF No. 7769]

   Objection Deadline: September 10, 2025 at 4:00p.m. (prevailing Eastern Time).

   Responses Received:

   A. Response to Debtors' Second Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) filed by Edward Angelini [ECF No. 7838]

   Related Documents:

   Status: This matter is going forward on a contested basis.

2. *Motion for Late Claims.* Notice of Hearing Regarding Late Claim Motions by Travis Funke, Travis Stewart, British Moss, and Janice Lojko [ECF No. 7736]

   Objection Deadline: September 10, 2025 at 4:00p.m. (prevailing Eastern Time).

   Responses Received:

   A. Debtors' Omnibus (I) Objection to Late Claim Motions Filed by Travis Funke, Travis Stewart, and Janice Lojko, and (II) Response to Late Claim Motion Filed by British Moss [ECF No. 7840]

   Related Documents:

   B. Letter to the Court Seeking Permission to File Late Claim filed by Travis Funke [ECF No. 7507]

   C. Motion for Relief from a Court Order filed by Travis J. Stewart [ECF No. 7625]

   D. Letter to the Court Seeking Permission to File Late Claim filed by British D. Moss [ECF No. 7643]

   E. Letter to the Court Regarding Purdue Pharma Oxycontin Claim filed by Janice S. Lojko [ECF No. 7644]

3

      F. Letter to the Court Regarding Late Claim Motions / Request to File Late Claim filed by Janice S. Lojko [ECF No. 7826]

Status: This matter is going forward on a contested basis.

Dated: September 14, 2025
       New York, New York

                                DAVIS POLK & WARDWELL LLP

                                By: /s/ *Marshall S. Huebner*
                                       Marshall S. Huebner

                                450 Lexington Avenue
                                New York, New York 10017
                                Telephone: (212) 450-4000
                                Facsimile: (212) 701-5800
                                Marshall S. Huebner
                                Benjamin S. Kaminetzky
                                Eli J. Vonnegut
                                Christopher S. Robertson

                                *Counsel to the Debtors*
                                *and Debtors in Possession*