**DAVIS POLK & WARDWELL LLP**

450 Lexington Avenue

New York, New York 10017

Telephone: (212) 450-4000

Facsimile: (212) 701-5800

Marshall S. Huebner

Benjamin S. Kaminetzky

James I. McClammy

Eli J. Vonnegut

Marc J. Tobak

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF PARTIAL ADJOURNMENT OF HEARING
ON THE DEBTORS' SECOND OMNIBUS CLAIMS OBJECTION
(NO LIABILITY, LATE FILED, SATISFIED, DUPLICATIVE, REDUNDANT,
AMENDED AND REPLACED, MISCLASSIFIED, REDUCED,
AND/OR WRONG DEBTOR CLAIMS)**

**PLEASE TAKE NOTICE** that on August 20, 2025, the above-captioned Debtors filed

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

the *Debtors' Second Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims)* [ECF No. 7769] (the "**Objection**").  The Objection is scheduled to be heard at the September 17, 2025, at 11:00 a.m. (prevailing Eastern Time), omnibus hearing before the Court in the above-captioned cases scheduled for that date (the "**September Omnibus Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection has been adjourned to the omnibus hearing to be scheduled for October 2025 (the "**October Omnibus Hearing**") solely with respect to the following claimants: AndersonBrecon, Inc., Edward Angelini, ASM Capital X LLC, Corporate Mailings Inc., CRG Financial LLC, Servolift LLC, the State of New Jersey Division of Taxation, and John Taormina (collectively, the "**Adjourned Claimants**").

**PLEASE TAKE FURTHER NOTICE** that the hearing regarding the remaining claims identified in the Objection will proceed during the September Omnibus Hearing on September 17, 2025 at 11:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing responses to the Objection was September 10, 2025 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that Edward Angelini and John Taormina submitted responses to the Objection, and consented to this adjournment via email.

**PLEASE TAKE FURTHER NOTICE** that, solely with respect to the remaining Adjourned Claimants, the deadline for filing responses has been extended to seven days before the October Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing responses to the Objection has not been extended for any other parties.  Absent an extension having been granted in writing by the Debtors, any Objection that has not yet been filed is untimely.

**PLEASE TAKE FURTHER NOTICE** that the October Omnibus Hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, either via Zoom® videoconference or at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that the October Omnibus Hearing will be conducted via Zoom® videoconference unless otherwise ordered by the Court. Parties wishing to appear at, or attend, an omnibus hearing conducted via Zoom® videoconference are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before such omnibus hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.


Dated:    September 16, 2025
          New York, New York

                    DAVIS POLK & WARDWELL LLP

                    By:    */s/ Marc. J. Tobak*

                    450 Lexington Avenue
                    New York, New York 10017
                    Telephone: (212) 450-4000
                    Facsimile:  (212) 701-5800
                    Marshall S. Huebner
                    Benjamin S. Kaminetzky
                    James I. McClammy
                    Eli J. Vonnegut
                    Marc J. Tobak

                    *Counsel to the Debtors*
                    *and Debtors in Possession*