UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                              Chapter 11

PURDUE PHARMA L.P., *et al.*,                       Case No. 19-23649 (SHL)

                Debtors.         (Jointly Administered)

------------------------------------------------------------x

## SUPPLEMENTAL ORDER REGARDING CONTACT WITH CHAMBERS

The Court previously entered an *Order Regarding Contact with Chambers* [ECF No. 6257] (the "Order"), which barred Rosemary Walker from contacting the Court by email due to prior inappropriate email communications.  Ms. Walker was directed that, to the extent she was seeking relief regarding outstanding, meritorious legal issues in the above-captioned cases, she was required to file an appropriate pleading in writing.  Ms. Walker subsequently began to contact the Court repeatedly by telephone.  Additionally, Ms. Walker recently again contacted the Court by email, despite the Order barring her from doing so.  Ms. Walker is reminded that violation of the Order may subject her to sanctions.  Due to these continuing issues, it is hereby

**ORDERED**, that Ms. Walker is barred from contacting the Court by email or telephone and is advised that failure to comply with this directive may subject her to sanctions; and it is further

**ORDERED**, that all communications by Ms. Walker to the Court should be submitted by Ms. Walker to the Office of the Clerk of the Court.  This can be accomplished through the "Pro Se Upload Tool" located on the Court's website at https://coop.nysb.uscourts.gov/prosefiles, or by mailing submissions by U.S. mail to the Clerk's Office; and it is further

**ORDERED**, that Debtors' counsel shall serve a copy of this Order upon Ms. Walker by email and overnight mail and file a certificate of such service in the above-captioned cases.

**Dated: White Plains, New York**
　　　　**September 17, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sean H. Lane*
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**