DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE TO *PRO SE* CLAIMANTS WHO HAVE FILED OBJECTIONS TO THE PLAN REGARDING THEIR PARTICIPATION IN THE HEARING TO CONSIDER CONFIRMATION OF THE FIFTEENTH AMENDED CHAPTER 11 PLAN FILED BY THE DEBTORS**

This notice applies to certain *pro se* claimants (the "*Pro Se* Claimants" or "You")[1] who filed objections or submissions with the Court raising issues related to confirmation of the *Fifteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors* [Dkt. No. 8168] (as modified, amended or supplemented from time to time, the "Plan").

**PLEASE TAKE NOTICE THAT**:

1. **Confirmation Hearing**. The hearing to consider confirmation of the Plan (the "Confirmation Hearing") will commence on **Wednesday, November 12, 2025, at 10:00 a.m. Prevailing Eastern Time ("EST")** before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the

---

[1] The *Pro Se* Claimants are listed at the end of this notice.

    Southern District of New York, located at One Bowling Green, New York, New York 10004 (the "Bankruptcy Court" or the "Court").

2. **Schedule**. The currently anticipated schedule for the Confirmation Hearing is:[2]

   a. **Wednesday, November 12, 2025 (commencing at 10:00 a.m. EST)**: commencement of the Confirmation Hearing; presentation of evidence.

   b. **Thursday, November 13, 2025 (commencing at 11:00 a.m. EST)**: presentation of *Pro Se* Claimant objections to confirmation of the Plan.

   c. **Friday, November 14, 2025 (commencing at 9:30 a.m. EST)**: oral arguments regarding certain insurance related objections; closing arguments.

3. *Pro Se* **Claimant Objections**. The Bankruptcy Court has reserved time for *Pro Se* Claimants to appear and present their objections to confirmation of the Plan (but not to address unrelated issues, such as issues with respect to your specific claim including timeliness of your claim or allowance of your claim) on **Thursday, November 13, 2025, at 11:00 a.m. (EST)**.

   a. If You wish to appear and present your objections you must register your appearance by **Wednesday, November 12, 2025 at 4:00 p.m. (EST)** at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

   b. You may appear either: (1) remotely by Zoom for Government® or (2) in person at the Bankruptcy Court.

   c. It is currently anticipated that You will have approximately 6-8 minutes to present to the Court (which does not include any time spent responding to any questions from the Court).

   d. *Pro Se* Claimants will present in the order listed at the end of this notice (which is subject to change).

4. **Witness Testimony & Cross-Examination**. Any party, including You, that wishes to examine any witness *is required to do so in person* at the Court during the evidentiary portion of the Confirmation Hearing commencing on **Wednesday, November 12, 2025, at 10:00 a.m. (EST)**.[3] Pursuant to Judge Lane's Chambers Rules on Remote and In-Person Proceedings, no witnesses may be examined remotely over Zoom. For the avoidance of doubt, witnesses may be examined only during the evidentiary portion of the Confirmation Hearing at the time and location noted above.

---

[2] This schedule is subject to change. In addition, this is only a general summary of the schedule and the Debtors will file a more specific schedule at a later date.

[3] The evidentiary portion of the Confirmation Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court, by agenda filed with the Court, and/or by a notice of adjournment filed with the Court and served on all parties entitled to notice.

5. **Observation Only**. You may observe the Confirmation Hearing: (1) remotely by Zoom for Government® or (2) in person at the Bankruptcy Court. If you would like to observe the Confirmation Hearing remotely, you must register your appearance by **Tuesday, November 11, 2025 at 4:00 p.m. (EST)** at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. To the extent that any live examination of witnesses is conducted at trial, only parties to these proceedings—including pro se claimants—may observe by Zoom; nonparties are not permitted to observe live testimony using Zoom.

6. **Continuation of Confirmation Hearing**. The Confirmation Hearing may be continued from time to time by the Court or the Debtors **without further notice** other than by such adjournment being announced in open court, by agenda filed with the Court, and/or by a notice of adjournment filed with the Court and served on all parties entitled to notice.

7. **Copies of the Plan and Other Filings**. Copies of the Plan and other pleadings filed in the Chapter 11 Case may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 7, 2025
New York, New York

By: /s/ *Benjamin S. Kaminetzky*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors*
*and Debtors in Possession*

## *Pro Se* Claimants

The *Pro Se* Claimants will have the opportunity to present their objections to confirmation of the Plan on **Thursday, November 13, 2025, at 11:00 a.m. (EST)** in the order listed below.[1]

1. Carrie McGaha
2. Laureen Ferrante
3. Ronald Bass
4. Ralph Currell
5. Pamela Bartz Halaschak
6. Jaqueline Torres Herrera
7. Mary Janotta
8. Bradley Kennedy
9. Joseph Kenney
10. Charles Moore
11. Amanda Morales
12. Diane Pike
13. Laurie Danielle Pitts-Tillman
14. James Harry Rand
15. Keith Redwood
16. Travis Stewart
17. Rodney Thompson
18. Rosemary Walker
19. Maria Ecke
20. Vitaly Pinkusov
21. Ellen Isaacs

---

[1] This schedule is subject to change.