**DAVIS POLK & WARDWELL LLP**

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

<u>**AMENDED AGENDA[2] FOR CONFIRMATION HEARING**</u>

| | |
|---|---|
| Time and Date of Hearing: | November 12, 2025 at 10:00 a.m. (prevailing Eastern Time); November 13, 2025 at **10:00 a.m.** (prevailing Eastern Time); and November 14, 2025 at 9:30 a.m. (prevailing Eastern Time). In addition, the Court has set aside November 17, 2025, November 18, 2025, and November 19, 2025, in each case beginning at 10:00 a.m. (prevailing Eastern Time), to complete the Agenda items, if any, that may remain. |
| Location of Hearing: | The Hearing will be held in front of the Honorable Sean H. Lane, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York in Courtroom |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text.**

No. 617, located at One Bowling Green, New York, New York 10004.

The Hearing will take place in a hybrid fashion both in person and via Zoom for Government®. Those wishing to participate in the Hearing in person may appear before the Court in Courtroom No. 617 at One Bowling Green. For those wishing to participate remotely, the Hearing will be conducted via Zoom for Government®. Any party that wishes to examine any witness ***is required to do so in person*** at the Court during the evidentiary portion of the Confirmation Hearing commencing on Wednesday, November 12, 2025, at 10:00 a.m. (EST). Pursuant to Judge Lane's Chambers Rules on Remote and In-Person Proceedings, no witnesses may be examined remotely over Zoom. For the avoidance of doubt, witnesses may be examined only during the evidentiary portion of the Confirmation Hearing at the time and location noted above. Any parties wishing to appear at or attend the Hearing (whether "live" or "listen only") are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the business day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

## I.    CONTESTED MATTER:

1.    ***Sixteenth Amended Plan.*** Sixteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 8199]

Plan Objections and Reservations of Rights:

A.    Claimants Objection to Discharge Creditor Debt filed by Amanda Morales [ECF No. 6245]

B.    Complaint Objecting to Debtor's Discharge and For Determination that Certain Debts are Excepted from Discharge filed by Amanda Morales [ECF No. 7206]

C.    Statement Requesting Stay to Remove Judge & Claims Agent from the Bankruptcy Case and Objecting to Attorneys' Fees filed by Rosemary Walker [ECF No. 7246]

D.    Letter filed by Maria Ecke [ECF No. 7289]

E.    Amended Complaint Objecting to Debtors' Discharge and For Determination that Certain Debts are Excepted from Discharge filed by Amanda Morales [ECF No. 7299]

F.    Amended Objection to Joint Motion of the Debtors and the Official

Committee of Unsecured Creditors for an Order (I) Appointing PI and TPP Claims Administrators; (II) Authorizing the Establishment of Claims Deadlines and Claims Objection Procedures; and (III) Granting Related Relief filed by Amanda Morales [ECF No. 7355]

G.    Letter filed by James Harry Rand [ECF No. 7367]

H.    Objection to the Disclosure Statement & Request to Come Before the Court to Address the Plan of Reorganization filed by Laureen Ferrante [ECF No. 7420]

I.    Motion for Full-Satisfaction of Claim and Objection to Discharge of Certain Debts by Personal Injury Claims Arising from the Fraud, Negligence, and Willful Misconduct of Debtors, Sackler Family and Affiliates, and the Governmental and Corporate Entities Who Enabled the Opioid Crisis filed by Carrie McGaha [ECF No. 7432]

J.    Motion for Full-Satisfaction of Claim and Objection to Discharge of Certain Debts by Personal Injury Claims Arising from the Fraud, Negligence, and Willful Misconduct of Debtors, Sackler Family and Affiliates, and the Governmental and Corporate Entities Who Enabled the Opioid Crisis filed by Carrie McGaha [ECF No. 7451]

K.    Letter Requesting Hearing for Motion to Object to Discharge of Debt filed by Amanda Morales [ECF No. 7456]

L.    Objection to Disclosure Statement or Reservation of Rights filed by Tammey Clarke [ECF No. 7519]

M.    Objection to the Approval of Disclosure Documents & Plan filed by Carrie McGaha [ECF No. 7522]

N.    Objection filed by Pamala Bartz-Halaschak [ECF No. 7530]

O.    Objection to Disclosure Statement and Supplemental Submission of Multiple Family Claims filed by Joseph Kenney [ECF No. 7535]

P.    Letter filed by Diane Pike [ECF No. 7536]

Q.    Objection to the Approval of Disclosure Documents and Plan filed by Carrie McGaha [ECF No. 7595]

R.    Letter filed by Bradley W. Kennedy [ECF No. 7596]

S.    Objection to Disclosure Statement filed by Vitaly Pinkusov [ECF No. 7597]

T.    Letter filed by Laureen Ferrante [ECF No. 7604]

U.      Objection to the Disclosure Agreement filed by Maria Ecke [ECF No. 7645]

V.      Judicial Notice and Motion for Jury Trial filed by Charles Moore [ECF No. 7660]

W.      Claim for General Damages; Statement of Relief Sought filed by Charles Moore [ECF No. 7661]

X.      Notice of Appearance and Intent to Provide Expert Testimony from Claimant, Carrie L McGaha [ECF No. 7676]

Y.      Letter filed by Rosemary Walker [ECF No. 7678]

Z.      Notice of Appearance and Intent to Provide Expert Testimony from Claimant, Carrie L McGaha [ECF No. 7683]

AA.     Letter filed by Rosemary Walker [ECF No. 7723]

BB.     Expert Testimony of Carrie L. McGaha, Pro Se Claimant [ECF No. 7724]

CC.     Expert Testimony of Carrie L. McGaha, Pro Se Claimant [ECF No. 7737]

DD.     Letter filed by Vitaly Pinkusov [ECF No. 7755]

EE.     Letter filed by Rosemary Walker [ECF No. 7771]

FF.     Amended Complaint Objecting to Debtor's Discharge and for Determination that Certain Debts Are Excepted from Discharge filed by Amanda Morales [ECF No. 7818]

GG.     Letter Regarding Default Judgment and Defendants Failure to Respond to Complaint Objecting to Debtors Discharge of Creditor Debt filed by Amanda Morales [ECF No. 7819]

HH.     Letter filed by Maria Ecke [ECF No. 7849]

II.     Letter filed by Rosemary Walker [ECF No. 7855]

JJ.     Letter filed by Rosemary Walker [ECF No. 7863]

KK.     Letter Regarding the Estate of Jane Redwood filed by Keith Redwood [ECF No. 7865]

LL.     Letter filed by Rosemary Walker [ECF No. 7885]

MM.     Letter filed by Rosemary Walker [ECF No. 7888]

NN.     Certain Insurers' Limited Objection to Confirmation of the Thirteenth

Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P and its Affiliated Debtors [ECF No. 7895]

OO.    Joinder and Objection of the Travelers Indemnity Company to the Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 7896]

PP.    Limited Objection of Navigators Specialty Insurance Company, American Guarantee and Liability Insurance Company, Steadfast Insurance Company, and XL Insurance America, Inc. to Confirmation of the Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P and its Affiliated Debtors [ECF No. 7897]

QQ.    Objection to the Amended Plan filed by Mary S. Jannotta [ECF No. 7909]

RR.    Objection to the Confirmation of Purdue Pharma Et Al filed by Maria Ecke [ECF No. 7915]

SS.    Request to Preserve Right to File a Claim or Object to Plan Confirmation filed by Jacqueline Torres Herrera [ECF No. 7919]

TT.    Old Republic Insurance Company's Limited Objection and Reservation of Rights to Confirmation of the Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P and its Affiliated Debtors [ECF No. 7937]

UU.    Motion to Pierce the Corporate Veil and Amend Judgment to Include Richard Sackler as a Judgment Debtor filed by Amanda Morales [ECF No. 7940]

VV.    Letter filed by Keith Redwood [ECF No. 7943]

WW.    Letter filed by Keith Redwood [ECF No. 7944]

XX.    Letter filed by the Estate of Jane Redwood [ECF No. 7945]

YY.    Letter filed by Keith Redwood [ECF No. 7946]

ZZ.    Letter filed by Keith Redwood [ECF No. 7947]

AAA.    Reservation of Rights of Johnson & Johnson Regarding the Debtors' Amended Plan [ECF No. 7951]

BBB.    Mayor & City of Baltimore's Objection to Thirteenth Amended Joint Chapter 11 Plan of Reorganization [ECF No. 7955]

CCC.    Objection to the Releasing of the Sacklers, Purdue Pharma et al, Doctor Steven Shifreen, the Distributors, Connecticut Settlement Claim, the

Medicaid Medical Program, Mallinckrodt et al, and McKinsey & Company Inc. by filed Maria Ecke [ECF No. 7961]

DDD.   Objection to Settlement and Motion to Dismiss Bankruptcy filed by Ellen Isaacs [ECF No. 7972]

EEE.   Analysis of Purdue Pharma L.P. filed by Keith Redwood [ECF No. 7997]

FFF.   Motion for Continuance of Mediation for Purdue Pharma by Maria Ecke [ECF No. 8064]

GGG.   Letter filed by Keith Redwood [ECF No. 8078]

HHH.   Second Amended Objection to Settlement and Motion to Dismiss Bankruptcy filed by Ellen Issacs [ECF No. 8084]

III.   Addendum to Objection to Settlement and Motion to Dismiss Bankruptcy filed by Ellen Issacs [ECF No. 8085]

JJJ.   Letter filed by Rosemary Walker [ECF No. 8086]

KKK.   Letter filed by Rosemary Walker [ECF No. 8087]

LLL.   Request for Emergency Hearing filed by Ellen Isaacs [ECF No. 8088]

MMM.   Request for Emergency Hearing filed by Ellen Isaacs [ECF No. 8089]

NNN.   Statement Not to Confirm Purdue Pharma Plan filed by Maria Ecke [ECF No. 8096]

OOO.   Statement Regarding Purdue Pharma Plan filed by Maria Ecke [ECF No. 8097]

PPP.   Letter filed by Rosemary Walker [ECF No. 8098]

QQQ.   Writ of Mandamus filed by Rosemary Walker [ECF No. 8099]

RRR.   Letter filed by Rosemary Walker [ECF No. 8108]

SSS.   Letter filed by Rosemary Walker [ECF No. 8113]

TTT.   Letter filed by Rosemary Walker [ECF No. 8115]

UUU.   Motion for Emergency Dismissal of Bankruptcy Confirmation for Purdue Pharma et al filed by Maria Ecke [ECF No. 8131]

VVV.   Objection Motion Regarding the Estate of Jane A. Redwood filed by Keith Redwood [ECF No. 8132]

6

WWW.   Conditional Vote and Pending Objection to Purdue Plan by Laurie Danielle Pitts-Tillman [via Email]

XXX.    Letter filed by Rosemary Walker [ECF No. 8177]

YYY.    Letter filed by Maria Ecke [ECF No. 8179]

ZZZ.    Letter filed by Laurie Danielle Pitts-Tillman [ECF No. 8186]

AAAA.  Letter filed by Rosemary Walker [ECF No. 8195]

BBBB.  Letter filed by Rosemary Walker [ECF No. 8196]

CCCC.  Letter filed by Amanda Morales [ECF No. 8205]

<u>Related Documents</u>:

DDDD.  Notice of Filing of Plan Supplement Pursuant to the Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 7591]

EEEE.   Order Granting Debtors' Motion for Order Establishing Confirmation Schedule and Protocols [ECF No 7614]

FFFF.    Disclosure Statement for Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 7637]

GGGG.  Notice of Filing of Second Plan Supplement Pursuant to the Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 7877]

HHHH.  Notice of Filing of Certain Direct Claims Shareholder Settlement Agreements [ECF No. 7878]

IIII.     Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 7911]

JJJJ.    Declaration of Craig E. Johnson of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 8068]

KKKK.  Notice of Filing of Third Plan Supplement Pursuant to the Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 8094]

LLLL.    Notice of (I) Hearing to Consider Confirmation of the Fourteenth

Amended Chapter 11 Plan Filed by the Debtors and (II) Related Pre-Trial Conferences [ECF No. 8127]

MMMM.    Stipulation Resolving the Objection of the Mayor & City Council of Baltimore to the Debtors' Chapter 11 Plan of Reorganization [ECF No. 8134]

NNNN.    Joint Witness List for Confirmation Hearing [ECF No. 8163]

OOOO.    Notice of Filing of Fourth Plan Supplement Pursuant to the Fifteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 8171]

PPPP.    Supplemental Declaration of Craig E. Johnson of Kroll Restructuring Administration LLC Regarding Service and Publication of the Confirmation Hearing Notice and the Solicitation of Votes and Tabulation of Ballots Cast on the Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 8173]

QQQQ.    Notice of Filing of [Debtors' Proposed] Findings of Fact, Conclusions of Law, and Order Confirming the Fifteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 8175]

RRRR.    Fifteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 8168]

SSSS.    Notice of Filing of Blackline of Fifteenth Amended Plan [ECF No. 8169]

TTTT.    Motion to Allow Partial Remote Testimony at the Confirmation Hearing [ECF No. 8183]

UUUU.    Order Regarding Certain Incarcerated Claimants' Participation in Hearing on Confirmation of the Fifteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 8198]

VVVV.    Notice of Filing of Blackline of Sixteenth Amended Plan [ECF No. 8200]

WWWW.    Notice of Filing of Fifth Plan Supplement Pursuant to the Sixteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 8201]

XXXX.    Notice of *Pro Se* Claimants Who Have Filed Objections to the Plan Regarding Their Participation in the Hearing to Consider Confirmation

of the Fifteenth Amended Chapter 11 Plan Filed by the Debtors [ECF No. 8202]

**YYYY.**   **Notice of Filing of Revised [Debtors' Proposed] Findings of Fact, Conclusions of Law, and Order Confirming the Sixteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 8214]**

Statements in Support:

ZZZZ.   Debtors' Motion for Leave to Exceed the Page Limit [ECF No. 8162]

AAAAA.   Debtors' Memorandum of Law in Support of Confirmation of Debtors' Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Debtor Affiliates and Omnibus Reply to Objections Thereto [ECF No. 8164]

BBBBB.   Debtors' Omnibus Response to Insurers' Objections to Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization [ECF No. 8156]

CCCCC.   Beacon Company's Statement in Support of Confirmation of the Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 8150]

DDDDD.   The Ad Hoc Group of Individual Victims' Statement in Support of Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization and Limited Reply to Certain Plan Objections [ECF No. 8151]

EEEEE.   Statement of the Raymond Sackler Family in Support of Confirmation of Debtors' Fourteenth Amended Plan of Reorganization and in Reply to Plan Objections [ECF No. 8152]

FFFFF.   The Multi-State Governmental Entities Group's Statement in Support of the Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 8153]

GGGGG.   Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 8165]

HHHHH.   Motion of the Official Committee of Unsecured Creditors for Leave to Exceed the Page Limit in Filing the Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtor [ECF No. 8167]

IIIII.      Ad Hoc Committee's Reply to Plan Objections [ECF No. 8172]

JJJJJ.      Motion to Exceed Page Limit for the Ad Hoc Committee's Reply to
            Plan Objections [ECF No. 8174]

KKKKK.      Order Granting Motion to Exceed Page Limit for Ad Hoc Committee's
            Reply to Plan Objection [ECF No. 8193]

LLLLL.      Motion to Accept Confirmation of Purdue Pharma et al Case No 19-
            23649 filed by Maria Ecke [ECF No. 8194]

MMMMM. Motion to Accept Confirmation of Purdue Pharma et al Case No 19-
            23649 filed by Maria Ecke [ECF No. 8203]

<u>Witness Declarations</u>:

NNNNN.      Declaration of Richard A. Collura [ECF No. 8135]

OOOOO.      Declaration of Mark F. Rule, CFA [ECF No. 8136]

PPPPP.      Declaration of David DeRamus, Ph.D. [ECF No. 8137]

QQQQQ.      Declaration of Jesse DelConte [ECF No. 8138]

RRRRR.      Declaration of Deborah Greenspan [ECF No. 8140]

SSSSS.      Declaration of Gautam Gowrisankaran [ECF No. 8141]

TTTTT.      Declaration of Timothy J. Martin [ECF No. 8142]

UUUUU.      Declaration of Maureen M. Chakraborty, Ph.D. [ECF No. 8143]

VVVVV.      Declaration of Prof. Lawrence A. Hamermesh [ECF No. 8144]

WWWWW. Declaration of Jonathan Greville White [ECF No. 8145]

XXXXX.      Declaration of Jennifer L. Blouin [ECF No. 8146]

YYYYY.      Declaration of John S. Dubel [ECF No. 8147]

ZZZZZ.      Declaration of Jesse DelConte [ECF No. 8148]

AAAAAA.  Declaration of Kirk Lane [ECF No. 8153-1]

BBBBBB.  Declaration of Edgar C. Gentle III, Esq. in Support of the Ad Hoc
            Group of Individual Victims' Statement in Support of Confirmation
            of the Debtors' Joint Chapter 11 Plan of Reorganization and Limited
            Reply to Certain Plan Objections [ECF No. 8154]

CCCCCC.   Exhibit A - Expert Report of Kevin T. McElroy [ECF No. 8155]

DDDDDD.   Exhibit B - Expert Report of Michael Cushing [ECF No. 8157]

EEEEEE.   Declaration of Timothy J. Martin [ECF No. 8160]

FFFFFF.   Declaration of Michael Atkinson in Support of the Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 8166]

GGGGGG.   Declaration of Jessica B. Horewitz, Ph.D. in Support of the Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation [ECF No. 8170]

Status:  This matter is going forward on a contested basis.

## II.   UNCONTESTED MATTER:

2.   ***Ad Hoc Group of Individual Victims' Application for Professional Fees.*** Application of the Ad Hoc Group of Individual Victims Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred by White & Case LLP in Making a Substantial Contribution to these Cases [ECF No. 8051]

**Objection Deadline: November 5, 2025 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants and the States Negotiating Committee, with respect to whom the Objection Deadline was extended).**

Responses Received: None.

Related Documents:

A.   Notice of Hearing Regarding Application of the Ad Hoc Group of Individual Victims Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred by White & Case LLP in Making a Substantial Contribution to these Cases [ECF No. 8052]

**Status: This matter is going forward on an uncontested basis with respect to a portion of the Application; solely for those parties to whom the objection deadline was extended, as set forth above, the remainder of the Application will be adjourned to a date in November 2025 (subject to Court availability) to be scheduled, along with an objection deadline for such parties and deadline to file replies, if any, to be set by the Court.**

*[Remainder of page left intentionally blank.]*

Dated:   November 11, 2025
         New York, New York

DAVIS POLK & WARDWELL LLP

By:   /s/ *Marshall S. Huebner*
      Marshall S. Huebner

450 Lexington Avenue
New York, New York
10017 Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors and
Debtors in Possession*