DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |
| **PURDUE PHARMA L.P.**, *et al.*, | |
| Plaintiffs, | Adv. Pro. No. 19-08289 (SHL) |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS**, *et al.*, | |
| Defendants. | |

**AGENDA FOR NOVEMBER 18, 2025 HEARING**

Time and Date of Hearing:   November 18, 2025 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   The Hearing will only be conducted via Zoom for Government®. Any parties wishing to **participate in** the Hearing are required to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 558 8656, Meeting ID 946 3282 1789, Passcode 180380.

I. **MATTER IN ADVERSARY PROCEEDING Case No. 19-08289:**

1. *Motion to Extend the Preliminary Injunction and Associated Deadlines.* Motion to Extend the Preliminary Injunction and Associated Deadlines Including Tolling [Adv. ECF No. 706]

    Objection Deadline: November 11, 2025 at 12:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Reply Deadline: November 13, 2025 at 5:00 p.m. (prevailing Eastern Time).

    Replies Received: None.

    Related Documents:

    A. Notice of Hearing Regarding Motion to Extend the Preliminary Injunction and Associated Deadlines Including Tolling [Adv. ECF No. 705]

    B. Memorandum of Law in Support of Motion to Extend the Preliminary Injunction and Associated Deadlines Including Tolling [Adv. ECF No. 707]

    Status: This matter is going forward on an uncontested basis.

II. **MATTERS IN MAIN BANKRUPTCY PROCEEDING Case No. 19-23649:**

1. *Ad Hoc Group of Individual Victims' Application for Professional Fees.* Application of the Ad Hoc Group of Individual Victims Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred by White & Case LLP in Making a Substantial Contribution to these Cases [ECF No. 8051]

    Objection Deadline: November 5, 2025 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants and the States Negotiating Committee, with respect to whom the Objection Deadline was extended).

    Responses Received: None.

    Related Documents:

    A. Notice of Hearing Regarding Application of the Ad Hoc Group of Individual Victims Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred by White & Case LLP in Making a Substantial Contribution to these Cases [ECF No. 8052]

    Status: This matter is going forward on an uncontested basis with respect to a portion of the Application; solely for those parties to whom the objection deadline was extended, as set forth above, the remainder of the Application will be adjourned to a date in November 2025 (subject to Court availability) to be scheduled, along with an objection deadline for such parties and deadline to file replies, if any, to be set by the Court.

2. ***Bench Ruling on Request for Confirmation of Eighteenth Amended Plan.*** Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 8233]

    Related Documents:

    A. Notice of Filing of Blackline of Eighteenth Amended Plan [ECF No. 8234]

    B. Notice of Filing of Fourth Revised [Debtors' Proposed] Finding of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 8235]

*[Remainder of page left intentionally blank.]*

Dated: November 14, 2025
       New York, New York

                            DAVIS POLK & WARDWELL LLP

                            By: /s/ *Eli J. Vonnegut*
                                 Eli J. Vonnegut

                            450 Lexington Avenue
                            New York, New York 10017
                            Telephone: (212) 450-4000
                            Facsimile: (212) 701-5800
                            Marshall S. Huebner
                            Benjamin S. Kaminetzky
                            Eli J. Vonnegut
                            Christopher S. Robertson

                            *Counsel to the Debtors*
                            *and Debtors in Possession*