Purdue Pharma Case 19-23649 (SHL)

Nov 7, 2025

To: Honorable James L. Garrity Jr.

From: Jose Teran #960987     Purdue # 124975
SRCI                                     Kroll # 71793
5850 E. Milton Rd              # 21896
Milton FL 32583

RECEIVED NOV 12 2025 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

I am part of Purdue Pharma Opion Lawsuit, I am also a Prisoner in the state of Florida with no access to internet or Phone.

I received by mail PI Claim Form after the July 28, 2025 Deadline. I was not informed of this until after the deadline.

I have written The Opiod Personal injury trust Edgar C. Gentle Esy Claims Administrator Purdue PI Trust about this problem 3 times in the last 4 months

MR Edgar has not replied to any of my Letters on how to Fix this error my address has been on File for over 5 years now.

I have no option but to seek help from you. Can you help me or provide any information to help me?

thank you for your time and patience in this matter.

Kind Regards

Joe [signature]

I was not aware of a deadline until after the deadline date.