SDNY BANKRUPTCY COURT
RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #634787

**MOTION FOR HEARING OR DECISION DATE & EDGAR GENTLE SUBPOENA **WELL PRIOR TO MARCH 1ST 2026 PLEASE**

HELLO JUDGE LANE THIS IS ROSEMARY,

I AM HEREBY DEMANDING A HEARING DATE OR DECISION AS I AM NOT SURE WHAT ELSE I CAN TYPE, WELL BEFORE MARCH 1ST PLEASE THE NEW I CAN'T TRUST EVER CHANGING DATES.
HERE IS EVIDENCE THE BAR DATE IS MOOT. AGAIN AGAIN.

19-23649-shl    Doc 7840    Filed 09/10/25    Entered 09/10/25 15:02:50    Main Document
Pg 5 of 19

Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**") respectfully state as follows in objection to the motions to file proofs of claim after the General Bar Date filed by Travis Funke ("**Mr. Funke**") [Dkt. No. 7507][2], Travis Stewart ("**Mr. Stewart**") [Dkt. No. 7625], and Janice Lojko ("**Ms. Lojko**") [Dkt. Nos. 7644 (original motion), 7826 (supporting letter)] and in response to the motion to file a proof of claim after the claims bar date filed by British Moss ("**Mr. Moss**") [Dkt. No. 7643].

## INTRODUCTION

1.  To date, the Debtors and the Creditors' Committee, with the approval of this Court, have agreed to allow the filing of late proofs of claim by thirty-four individuals. *See* Dkt. Nos. 1661, 1664, 2057, 2069, 2071, 2086, 2088, 2193, 2211, 2458, 2834, 3058, 3342, 3526, 3764, 3894, 3895, 4156, 4219, 4230, 4231, 4262, 4275, 4294, 4415, 4481, 4525, 4617, 4633, 4646, 4653, 4711, 4728. The prior individuals who sought relief from this Court made sufficient individualized assertions regarding the reason for the untimely filing and filed their late claim motions by May 2022 or earlier—significantly closer to the bar date than the motions at issue here, each of which was filed in June and July 2025.[3] The prior group of individuals also included incarcerated individuals who alleged that they received limited information and resources leading up to and following the bar date due to their incarceration and the attendant restrictions caused by the COVID-19 pandemic. *See* Dkt. Nos. 1664, 2057, 2069, 2071, 2086, 2088, 2193, 2458, 2834, 3058, 3342, 3526, 3764, 3894, 3895, 4230, 4231, 4262, 4275, 4294, 4415, 4617, 4633, 4646, 4653,

---

[2] Docket numbers reference docket entries in the above-captioned proceeding unless otherwise noted.

[3] In orders entered between August 2022 and October 2023, decisions on a limited number of late claim motions, all except one of which was filed by incarcerated individuals, were postponed until the first omnibus hearing held at least 21 days after entry by the Court of a final order approving the Debtors' chapter 11 plan of reorganization, to allow the Court to make an informed decision on the Motions based on, among other things, the number of similarly-situated claimants who may subsequently seek to assert late claims in these chapter 11 cases. *See, e.g.*, Dkt. Nos. 5030, 5199, 5373, 5947.

1

I HAVE PROVIDED PROOF OF OVER 180 DAYS OF BEING PRESCRIBED OXYCONTIN (2001-2007) THAT DURING CONFIRMATION WAS THE 'TIER 3' 'MINIMUM EVIDENCE BAR' OF PROOF SPOKEN DURING THE CONFIRMATION HEARING.

*PLUS EVIDENCE OF OTHER DAMAGES.

I MOTION & SUPBEONA EDGAR GENTLE TO ON RECORD LET YOU & ME KNOW DOES MY EVIDENCE MEET THE 'VERY MINIMAL' EVIDENCE REQUIREMENTS AS USED DURING THE CONFIRMATION TO DATE WHICH IS SUNDAY 11.16.2025, CONSIDERING THE 'BAR DATE' IS AGAIN MOOT PER 'DEBTORS'.

KNOW WHAT IS REALLY NOT FAIR THE MORE I THINK ABOUT IT THAT ALL OF US DO NOT KNOW WHETHER OR NOT OUR CLAIM IS ACCEPTED PRIOR TO DECIDING ON WHETHER TO RELEASE THE THIRD PARTIES OR NOT JUST ONE OF MY APPEAL ISSUES, BUT ONLY ONE. I HAVE QUITE A FEW. & THAT I CAN NOT FIND ANY TIERS OR RULES AS TO GOVERN WHO IS ENTITLED TO SACKLER CASH AND WHO ISNOT AND / OR IF THOSE ARE THE SAME REQUIREMENTS WHICH WOULD NOT TAKE INTO CONSIDERATION CLAIMANTS WHO SUED THE SACKLER FAMILY IN COURT NOT VIA A THIRD PARTY RELEASE THAT I LIKELY AM AGREEING TO FAR LESS CASH JUDGE EVERYONE. AGAIN THIS ISNOT THE PLACE FOR MY CONFIRMATION APPEAL ISSUES STILL IMPORTANT EVEN IF TO ONLY A FEW CLAIMS MUST BE ISSUES THAT ARE REDRESSED.

FOR THE MY RECORD, **NO NOT ALL OF US WHO WERE LEGALLY UNDER FALSE CLAIMS PRESCRIBED OXYCONTIN BY OUR MEDICARE & INSURANCE DOCTORS WENT ON TO 'ABUSE' **ILLEGAL STREET DRUGS'.
 I BEG & TO CORRECT THE PRO SE & COURTS RECORD PARDON.

ANY PRO SE CLAIMANTS SPOKE FOR THEMSELVES OR THEIR POSTHUMOUS LEGAL RELATIVES. NOT ME.

I HAVE BEEN TREATED QUASI I HAVE BEEN BUSTED TRIED & CONVICTED OF ILLEGAL DRUG USE BUT ALAS IN REALITY PROVIDED NO PRESUMPTION OF INNOCENCE YET GIVEN THE PUNISHMENT OF SOMEONE BUSTED FOR DRUGS BEING HUMILIATED AND DRUG TESTED, WHICH ISNOT RIGHT NOR FAIR.

WHAT DATE WERE MY CLAIMS / PETITION AGAINST PURDUE PHARMA & THE SACKLER FAMILY FILED?
THEN NEXT QUESTIONS IS THE DATE THAT THIS COURT BECAME AWARE OF 23CV3393 OR IS IT 23CV33935 JUDGE?

| | Related Parties | Action Type | State | Underlying Plaintiff(s) (Last, First) | Case Caption | Court/Case Number |
|---|---|---|---|---|---|---|
| 561. | Richard S. Sackler; the Estate of Jonathan D. Sackler; Jonathan D. Sackler; Mortimer D.A. Sackler; Kathe A. Sackler; Ilene Sackler Lefcourt; the Estate of Beverly Sackler; Beverly Sackler; Theresa Sackler; David A. Sackler; Marianna Sackler; Estate of Mortimer Sackler; Estate of Raymond Sackler; Trust for the Benefit of Members of the Raymond Sackler Family; Raymond | Individual | Oregon | Walker, Rosemary | Walker v. Purdue Pharmaceuticals L.P., et al. | Or. Cir. Ct., Marion Cnty. 23CV3393 |

TO DATE 12:12 PM ON 11/16/2025 MY PETITION WHICH IS A CLAIM NUMBER IS STILL WRONG.  I HAVE ARGUED AD NAUSEUM TO PLEASE CORRECT MY VERY IMPORTANT NUMBER, I DIGRESS JUDGE.

BASED ON THE BAR DATE BEING MOOT AND MY HAVING EVIDENCE AGAIN MIRACULOUS I HAVE ANY…OK I MOVED FROM CALI TO OREGON, WORLDWIDE COVID, SALEM OREGON HAD FIRES THEN ICENADO DURING WHICH I HAD A TREE THROUGH MY ROOF & WAS DISPLACED, I HAVE BEEN BARRED FROM ANTI I ARGUE SOCIAL MEDIA PLATFORMS, HAVE HAD TIMES WITH NO INTERNET & DO NOT HAVE CASH TO 'SUBSCRIBE' TO READ ARTICLES ONLINE OR IN NEWSPAPERS,  NO MATTER HOW BIG THE NOTICE ADVERTISING BUDGET WAS SADLY BIGGER THAN ACTUAL VICTIMS ARE GETTING, I AM NOT THE ONLY PERSON TO HAVE 'SUFFICIENT' REASONS I ACTED WHEN I DID.
ALL TOTALLY 'SUFFICIENT' & VALID REASONS.

I AM GOING TO SCREAM THAT REAL BAR MEMBERS CONTINUE TO USE MADE UP WORDS NOT EVEN IN THE FEDERAL BANKRUPTCY CODE. I MEAN FOR REAL AND THIS IS 'GOOD FAITH' I STRONGLY DISAGREE. THIS IS CONTINUED MALPRACTICE & GROUNDS FOR SANCTIONS & DISCIPLINARY ACTIONS. FIRST IT WAS EMERGENCE…….I ARGUE 'THE SACKLER EMERGENCE FROM CHAPTER 11 BANKRUPTCY WAS A WINDFALL & RELEASE OF LIABILITY' CAN NOT BE A THING OR SENTENCE. THERE IS NO SUCH THINGS AS 'EMERGENCE' NOR SHOULD THERE BE. NOW IT IS 'CRAMDOWN' ….THERE IS NO SUCH THING AS THE TERM 'CRAMDOWN' IN THE FEDERAL BANKRUPTCY CODE.

EXCUSE ME IF I TRUST NOT ONE OF YOU.

FEDERAL BANKRUPTCY LAW IS LIKE ALL LAW IMPORTANT OR WE HAVE A SYSTEM IN CONTEMPT OF ITSELF.
I AM CLAIMING IS EXACTLY WHAT I AM EXPERIENCING & LIVING THROUGH.

JUDGE I AM GOING TO TATTLE TALE ON THE PERSON WHO HIT YOUR GAVEL PRIOR TO YOUR ENTERING AND I HEARD 'SHE TOLD ME TO DO IT' BY A GROWN ASS MAN WHO SHOULD BE SANCTIONED FOR INAPPROPRIATE BEHAVIOR AS THE COURT LAUGHED WHEN THIS ISNOT A LAUGHING MATTER. AT ALL.

PRO SE LITIGANTS HAVE BEEN POOH POOHED AND YOUR ANGRY VOICE USED WITH US WHEN BAR MEMBERS & OTHERS HAVE BEEN ALLOWED TO BLATENLY LIE OR MAKE STATEMENTS THEY OR THEIR PEOPLE, ADMITTING GUILT TO CRIMES OF PURCHASING THEN TAKING ILLEGAL NOT PRESCRIBED DRUGS THAT KILLED THAM ON A RECORD WHAT & I AM NOT ALLOWED TO SAY THAT IS SIMPLY NOT TRUE OR FOR SURE NOT TRUE IN MY PARTICULAR CASE.

FUNNY NOT FUNNY…..DURING THE CONFIRMATION AGAIN ONE OF THE BAR MEMBERS SAID 'AS LAWYERS WE SAY THINGS FIVE TIMES' YET BAR MEMBERS & JUDGES SURE GET INPATIENT WITH NON BAR MEMBERS FOR BEING FORCED TO REPEAT OURSELVES 100 OR MILLION TIMES IF I HAVE TO, NOT ONLY TO BE HEARD BUT HEARD READ AND UNDERSTOOD OR SPOKEN TO TO CLARIFY OR PROVIDED A BAR MEMBER TO TRANSLATE WHAT YOU WOULD THINK IS PUSSYCAT LANGUAGE MAYBE I TYPE & SPEAK ENGLISH AND YOU ALL HEAR RAOW.

SO LET ME GET THIS STRAIGHT, BAR MEMBERS ARE ALLOWED TO REPEAT THEMSELVES FIVE TIMES. DISABLED WITH MEDICAL CONDITIONS THAT PREVENT NORMAL ACTIVITIES NOT BAR MEMBERS GET CHASTISED FOR REPEATING OURSELVES.

THIS ISNOT EVEN CLOSE TO FAIR.

THEN THERE WAS A SCHEDULING ISSUE THE SAME FIRM WHO HANDLES ALL THE BANKRUPTCY CASES AND FIRMS ARE ALL SO BUDDY BUDDY THAT DAVIS POLK OR KROLL CAN 'TALK TO THEIR ASSOCIATES' ABOUT ISSUES BEFORE JUDGE SHL.

EVEN THE 'APPEARANCE' OF MSCONDUCT IS AN APPEARANCE OF MISCONDUCT. THIS TOO IS A SUPER BIG ISSUE WITH THE ENTIRE JUSTICE SYSTEM INCLUDING BANKRUPTCY THAT MUST BE RE EXAMINED. I ARGUE THIS ENTIRE BANKRUPTCY SYSTEM IS TOO BIG WHILE A VERY SMALL COZY WORLD THAT HAS FAILED US ALL.

JUDGE PLEASE GET / SUBPOENA EDGAR GENTLE TO SPEAK TO US ABOUT WHETHER MY EVIDENCE MEETS THE 'TIER 3' 'MINIMUM REQUIRED EVIDENCE BAR' OR NOT AND IF MY CLAIM IS ACCEPTED AGAIN THE BAR DATE BEING MOOT & EDGAR HAVING MY EVIDENCE BEFORE HIM SO YOU CAN MAKE AN INFORMED DECISION AS CLAIMANTS SHOULD BE ABLE TO MAKE PRIOR TO RELEASING ANYONE FROM ANYTHING.
THESE TWO ITEMS ARE UNFAIR TO BE VOTED ON TOGETHER PRIOR TO KNOWING IF CLAIMS ARE APPROVED.

THIS IS MY PARTICULAR CONTINUED MOST IMPORTANT PENDING ISSUE.
MY LIVING TIME LEFT IS OF MY ESSENCE JUDGE.


ROSEMARY HELEN ZIZIROS WALKER
1111 WALLER STREET SE SALEM OR 97302 bigrosemary@gmail.com 503-990-1172
CERT OF SERVICE
I HEREBY PROMISE I EMAILED EDGAR G, ARIK P, MARC T, PURDUE PI TRUST.