US COURT OF APPEALS COURT

RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #634787

** emergency stay & appeal **

I hereby AMEND my appeal DOCKET 8248 to include the future docket number, i will update when the number is available on record, from today 11.18.2025, judge (SHL)'s 'official' confirmation that i have requested both say & appeal.

I can not upload the application to proceed without prepaying fees form as i do not know how to 'flatten' a pdf the court pro se upload tool is reading.



This is beyond frustrating on such an important matter when time is of the essence.

WAIT I FIGURED OUT HOW!!! WOOO HOOO.

I seek relief this case be STAYED until appeal has been heard.

Moving first in the bankruptcy court that confirmed this is yes totally impractical.

I have back to 14 days i believe days to provide my two lists per Antinin i am putting together now, after being hung up on by judge (shl) for daring to call out a fake word not even having anything to do with bankruptcy code rules or laws again since amending my appeal to the who knows 'official' confirmation when just today there have been other 'confirmations', being used on record along with a confirmation plan that includes words again not even part of bankruptcy rules which is outrageous.

I am mailing documents mailed to the pearl street address wrongfully to bowling green antinin corrected i need to send documents i can't upload.

103 Rule 8008FEDERAL RULES OF BANKRUPTCY PROCEDURE
1 So in original. The heading probably should not be italicized.
1 So in original. The heading probably should not be italicized.
(b) MOTION IN THE DISTRICT COURT, BAP, OR COURT OF APPEALS
ON DIRECT APPEAL.
(1) In General. A motion for the relief specified in (a)(1)—or
to vacate or modify a bankruptcy court's order granting such
relief—may be filed in the court where the appeal is pending.
(2) Required Showing. The motion must:
(A) show that moving first in the bankruptcy court
would be impracticable; or
(B) if a motion has already been made in the bankruptcy
court, state whether the court has ruled on it, and if so,
state any reasons given for the ruling.
(3) Additional Requirements. The motion must also include:
(A) the reasons for granting the relief requested and the
facts relied on;
(B) affidavits or other sworn statements supporting facts
subject to dispute; and
(C) relevant parts of the record.
(4) Serving Notice. The movant must give reasonable notice of
the motion to all parties.
(c) Filing a Bond or Other Security as a Condition of Relief. 1 The
district court, BAP, or court of appeals may condition relief on
filing a bond or other security with the bankruptcy court.
(d) Bond or Other Security for a Trustee; Not for the United States.1
The court may require a trustee who appeals to file a bond or
other security. No bond or security is required when:
(1) the United States, its officer, or its agency appeals; or
(2) an appeal is taken by direction of any federal govern-
mental department.
(e) Continuing Proceedings in the Bankruptcy Court.1 Despite Rule

7062—but subject to the authority of the district court, BAP, or court of appeals—while the appeal is pending, the bankruptcy court may:
(1) suspend or order the continuation of other proceedings in the case, or
(2) issue any appropriate order to protect the rights of all parties in interest.
(Added Apr. 25, 2014, eff. Dec. 1, 2014; amended Apr. 26, 2018, eff. Dec. 1, 2018; Apr. 2, 2024, eff. Dec. 1, 2024.)

Last night davis polk marc t called me insinuating if my claim was deemed 'timely' i have argued MY CLAIM IS TIMELY per davis polks own words of allowing prior late claims with sufficient cause & when i KNOW I MEET THE VERY MINIMUM REQUIREMENTS OF TIER 3 EVIDENCE that i KNOW MY CLAIMS ARE VALID.

Again how many purdue claimants sued the sackler family in court? Right none. Today much blah blah was about the 'PLAN' VOTE WHICH ISNOT THE 'RELEASE' AGAIN how can a claimant 'RELEASE' not knowing whether they are getting anything in exchange for the RELEASE.

This confirmation ALLOWS BRIBARY BY THE SACKLER FAMILY THAT BY 'ALLOWING' AN OPT-IN PRIOR TO KNOWING THE WHAT OR WHETHER CLAIMANTS MEET THE REQUIREMENT OF GETTING THE SACKLER CASH WHICH I WILL ASK AGAIN IS WHAT EXACTLY JUDGE…..BEING A PART OF THE PURDUE CLAIM 'SCHEME' WITHOUT EVER FILING A PETITION / CLAIM AGAINST THE SACKLERS SO THE SACKLERS ARE 'BUYING' RELEASE PRIOR TO PROVIDING ANYTHING FOR THE RELEASE' SO IF A CLAIMANT VOTED FOR THE 'PLAN' BUT NOT TO RELEASE THE SACKLERS THAT CLAIMANT IF MEETING THE MINIMUM REQUIREMENT OF TIER 1 2 OR 3 WILL IN FACT GET THEIR HOW MUCH CASH? IF THEY DID NOT OPT IN TO 'RELEASE' WILL THAT CLAIMANT GET THEIR PURDUE CASH YES OR NO.

AGAIN THERE ARE MANY VERY COMPLICATED ISSUES LIKE THE INJUNCTION STOPPING SACKLER LAWSUITS FROM PROCEEDING RIGHT NOW.

JUDGE WHY CAN'T $3 BILLION USD RIGHT OFF THE TOP OF THE $7.4 BILLION OF SACKLER CASH OFF THE TOP BECOME $50K PER PI CLAIMANT.
THE GOVERNMENT WHO IS GETTING MEDICARE TRIPLE MAYBE QUADRUPLE TAXATION BONUS CASH WITHOUT REPRESENTATION IN THIS PLAN WHEN I PAID MEDICARE TAXES SO I SHOULD GET THAT MEDICARE CASH NOT MEDICARE PAID FOR BY TAXPAYERS. THIS IS ONE OF MANY APPEAL ISSUES I DIGRESS……LET THE GOVERNMENT GET THAT $3B RECOUPED OVER 20 NOT 15 YEARS RIGHT.
THAT IS A MUCH MORE FAIR & EQUITABLE DIVISION.