SDNY BANKRUPTCY COURT
US COURT OF APPEALS COURT

RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #634787

I JUST GOT THIS DEFAMATION, THREATENING BULLYING  TEXT.

I AM MOTIONING FOR SECURITY PROTECTION CASH PAID BY THE SACKLER FAMILY & OR PURDUE PHARMA STAT, I WILL GUESS IT AROUND $5K PER WEEK.

THIS NUMBER NEEDS TO BE REPORTED.

THIS ISNOT OK.

OK JUDGE I WOULD LIKE ALL PRIVATE PERSONAL & CONTACT DATA TO BE BLACKLINED AKIN GUMP HAD OFFERED TO DO PLEASE.

WHAT PRIVACY WHERE RIGHT.


ROSEMARY HELEN ZIZIROS WALKER
I WILL NO LONGER PUT MY PRIVATE DATA

CERT SERVICE

I PROMISE I EMAILED ARIK P, EDGAR G, MARC T, PAUL S