Ralph T. Currell
2600 N.W. 63rd St.   #92
Oklahoma City, OK   73116
tommycurrell@yahoo.com
Cell#405-534-3304

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY   10004

Dear Judge Sean H. Lane:

I am not objecting to settlement of the Purdue Pharma L.P. Action. What I am mad about is the fact that as a patient who took the drug and went through treatment center after treatment to get sober we are left out of the settlement.

I have been trying for years to meet your requirements proving I took Oxycontin. I have tried Walgreens, DEA, and Oklahoma Bureau of Narcotics and nobody keeps records back to 1990's when I started.

Thanks,

Ralph T. Currell