SDNY BANKRUPTCY COURT &
US COURT OF APPEALS COURT

RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #634787

I HAVE MOTIONED FOR SECURITY PROTECTION CASH THAT I WILL NEED STAT.
I JUST RECEIVED A NOT HER CALL THIS TIME FROM A NOT HAPPY MAYBE CLAIMANT WHEN I HAVE EVERY RIGHT TO PETITION & APPEAL NOT FAIR EQUAL CONSTITENT OR JUST.

PLEASE REPORT THIS NUMBER ALSO AND PLEASE MAKE SURE MY PRIVATE PERSONAL IDENTIFYING INFORMATION IS REMOVED WHICH IN REALITY IS FAR TOO LATE.

I AM NOT THE ONLY CLAIMANT WHO HAS HAD THIS ISSUE I HAVE LEARNED.

THE GOVERNMENT CAN BLACK OUT WHAT EVER THEY FEEL LIKE IN COURT DOCUMENTS YET MY PRIVACY ACT RIGHTS HAVE BEEN TOTALLY VIOLATED BY KROLL WHO HAS FAILED TO PROTECT PRIVACY YET THEY DID NOT INCLUDE CLAIMANTS NAMES ON CLAIMS TO PROTECT PRIVACY YET POSTED ALL OF OUR DATA ON THEIR WEBSITE.

PLEASE MAKE PURDUE PHARMA & THE SACKLERS COVER SECURITY WHETHER A SECURITY FIRM OR CAMERAS & SYSTEM IN MY APARTMENT THEY WILL HAVE TO ARRANGE SET UP & BILLING AS I HAVE NO CASH. STAT PLEASE.

& WHERE IS MY STAY ORDER TO STOP THE NONSENSE 'OPT-IN' AND THERE IS NO MENTION IN DOC 8272 ABOUT REVOKING OUR RIGHT IF WE DID OPT-IN IN THIS DOCUMENT.

BOTH PEOPLE I KNOW & I ARE WORRIED ABOUT ME.



ROSEMARY HELEN ZIZIROS WALKER    11.24.2025 2:58 PM
I WILL NOT PUT MY INFO HERE ANY LONGER THE COURT HAS IT