# SWORN AFFIDAVIT

Honorable Sean Lane
300 Quarropas St. Room 147
White Plains, NY
　　　　10601

Richard Labansat #2014829
Bill Johnson Correctional Center
1856 E. Flynn St.
Alva, OK  73717

Nov. 14, 2025

RE: Case No. 19-23649 / Claim(s) 37652 & 616264

Dear Judge Lane:

I Richard Labansat being first duly sworn, states the following: While incarcerated, I filed my claim(s) in 2019. I became addicted to pain medication in the early 1980(s) when I was prescribed one of the Oxycontin (family) medications from my orthopedic surgeon. Due to complications from my knee surgery. I was on oxycontin for close to a year and the question of addiction never came up.

Finally my doctor took me off the pain medication and I found myself in the black market under-world for what's turned out to be a life of addiction and incarceration.

After I was released in 2020, I sought legal counsel for my claim(s). I found a law firm or lawyer out of New York named Mr. Longo. He advised, this Honorable Court had advised perspective counselors to advise perspective clients who had already filed there initial claims without counsel. That they did not require

-1-

counsel.

After 40 years of the initial exposure to Oxycontin. The only documentation I could dig up came from my pain management specialist from the period of 2017, 2018, 2019. I was again prescribed from the (family) of oxycontin medications which are documented on the Patients Care Plan of care submitted with the ~~oro~~ RL original claim(s) in 2019.

Now I am being told I did not present the proper ~~document~~ RL documentation 5 years after the fact.

I submitted the proper documentation that I was in fact prescibed oxycontin and Norco (family) medications for years. I just don't have the ASSOCIATED NATIONAL STOCK NUMBERS with each perscription designated by each pharmacy.

Action Requested: Please accept the Patients Care Plan submitted with the original claim(s) in good faith as proof of being addicted by the actions of Purdue Pharma.

I Richard Labansat declare under the penalty of perjury first being duly SWORN, state the afore mentioned information submitted in the original bankruptcy claim(s) and the information submitted in this AFFIDAVIT are true and correct to the best of my knowledge under the laws of perjury of the United States.

/s/ Richard Labansat  11/14/25

-2-

Certificate of Service

I Richard Labansat declare I submitted this Affidavit in the hands of the mail room here at Bill Johnson correctional center to be placed in the United States mail this 14th day of November 2025

/s/ Richard Labansat 11/14/25
Richard Labansat 2014829
Bill Johnson Corr. Center
1856 E. Flynn St.
Alva, OK 73717

[Notary Seal: Angelia Jacobs, Notary Public, State of Oklahoma, #21015536, Exp. 12/01/29]

Angelia Jacobs
12-01-2029
#21015536