Chapter 11
Case No. 19-23649 (SHL)

# Motion for Discovery : Request for Jury Trial

RECEIVED NOV 24 2025 U.S. BANKRUPTCY COURT S.D. OF NEW YORK

A. Any and All Medical Records for OxyCotins and Opiods from 1980 – to present December 2025.

B. All Medical Research relevant to drugs that created the drug addiction, and pandemic.

C. What drug treatment prevents opiod overdose and treatment.

D. How Many Veterans have died due to opium Addition, World Wide.

E. How Many People have been paid? What Race?

(F) The Name of All doctors and Expert, contact info.

(G) This court has the Power to Adjudication on the merits of evidence of guilty Plea by Sacklers, and the acceptance of $34000 out-of-court settlement, and Review the medical Records and Military Records. The Raymond Sacklers has never offer any evidence to challenge the military Records. I have prove my case By the Proponerance of evidence standard, It is clear Error not to grant my out-of-court settlement claim therefore we may proceed to a Jury Trial order by no Longer than Jan 15 2027;

United States Bankruptcy Court
Southern District of New York
In Re
　Purdue Pharma L.P., et al.,
　　　　　Debtors
　　　　　　　Chapter 11
　　　　　　　Case No. 19-23649 (SHL)

Motion for Jury Trial and or court order, Requesting that the Raymond Sackler estate pay $34,000, out of court, Statement, and agreed, quick settlement determine around 02-23-23.

　Comes Now, Pro se, Charles Moore before Honorable Sean H. Lane, in the United States Bankruptcy Judge, United States Bankruptcy court for the Southern District of New York. The Raymond Sackler family has made 15 admendments. This is excessive. They have a cash value of $3.5 Billion, there Lawyers, make $1200 an hour. They have 59,000 qualified Claims. They plead guilty. I have Submitted Reliable evidence My history Military record and up to date Medical Records. My original Claim of $200,000 is before the court.

　Side of the Sackler family, In May the 2007 guilty Plea and settlement. David emailed Jonathan personal liability for the opiod crisis. Purdue $4.6 Billion came from OxyCotin Sales. This was a "milking Program". In re Purdue Pharma 2021 WL 4240974. The Sacklers income for the Lawsuit is $8 Billion, But Financial Records show they made a $11 Billion dollar Profit.

Chapter 11 (page) (Jury)
Case No. 19-23649 (SHL)

Some Family are Suing the Raymond Sackler family over $300,000,000 millions of dollars. I object to the current Amendments and I object to the Restructioning Plan and Request a Jury trial. I object to the Ad Hoc 11 Group Plan, that pays "0" and a Kangaroo court (appeal plan) that is determin by a lawyer who makes $1200 an hour for the Raymond Sackler family.

A 2007 plea Agreement with the U.S, Purdue admitted that it falsely marketed Oxylotin as non-addictive and submitted false claims to the federal Government for Reimfursement of medically unnecessary opiod prescriptions. I was a Victim in the Marines — I refuse to talk, and was force to take the Oxyrotin in 1987. In texas, the number one cause of Veteran Suicids is Opiods this is New Evidence. Street drugs Heroin, was taken by myself as early as Eigth grade and College at SMU. I'n November 2020 Purdue pled guilty to a criminal information filed by the Department of Justice (DOJ) in the U.S. District Court for the District of New Jersey. They admitted to substantial deliberate wrongful Conduct. See USA V. Purdue Pharma L.P No. 2:20-CR-01028; The snow started with 62,000 Claims. There are Separate 2,683 Individual personal Injury claimants; Raymond Sackler family were Well aware that they were exposed to personal liability over Oxylotin. I have Supported the Court with medical Records

Military Records to settle my claim its is clear Error not to support the $34000, out of court settlement or Order a Jury trial to determine the value of my claim. I have given the court and all parties Reliable evidence.

The Sacklers took $10.4 Billion upstream, between 2008 and 2017. The value of 3.4 Billion is a farce. The 18 Billion should be distributed to the 59,000 Claimants and No Claimants can Recive under $34,000. They invested in offshore companies. Plus they have spendthrift trust over 11 Billion in Assets, located in Bailiwick of Jersey. Findings of Fact of Judge Drains are essentially unchallenged. This is a "rare" and unique case and requires a Jury Trial. The Purdue Fredrick Company should pay each claimant $200,000. The value should be $30 Billion and not 8 Billion. Raymond Sackler took an active role in the Company. Plus they Ran MNC, MNP; The DHHS estimates the "economic burden" of prescription opiod misuse in the United States is between $53-72 Billion a year. Allowing the Sackler family to pay "0" to claimants is an undeserve windfall. A Jury trial must be set by January 25, 2027. Bankruptcy courts have the power to enter a final Judgement only in proceedings that stem from the bankruptcy itself or would necessarily be Resolved in the claims allowance process. The Sackler has agree to pay $34,000 for out of court Settlements.

Chapter 11
Case No. 19-23649(SHL)

A court may take judicial notice, whether Requested or Not. Judicial notice may be taken at any stage of the proceeding. Courts may take judicial notice of relevant matters of public record. Raymond Sackler, is responsible for 72 Billion econmic Cost, they have an empire of over $30 Billion, but is only giving it a value of $8 Billion, for Tax evasion. The 15 amendments are done because they can afford to pay $1200 a Lawyer to "Sandbag" the Bankruptcy Personal injury Torts, and gain a tactical advantage over the opponent, by paying their Lawyers to reduce the $34,000 to zero. after 5 years. I OBJect to the Plan and a Request for a Jury trial or the agreed out of court Settlement. We should apply resjudicata and Judicial estoppel because of the Raymond Sackler family guilty Plea.

### Certificate of Service

Copies were sent to Edgar, David Polk, Akins, and Debevoise & Plimpton LLP.

Judicial notice, tuesday Paper DMN reported that the Sackler family members agreed to pay $7 Billion over 15 years - cash - opiod settlements; $850 mill to Individual Victims; The latest plan allows lawsuits against Sackler family members by those who don't opt into the deal. I will not accept the deal, or opt in I'm Suing the Raymond Sackler Family and Requesting a Jury Trial. (Tue Nov. 18).

United States Bankruptcy Court
Southern District of New York

In re:

Purdue Pharma L.P., et al.,
      Debtors

Chapter 11
Case No. 19-23649-(SHL)

Constitutional OBJECTION to the 15th Amendment of the Plan and violation of my Federal Right to a Jury Trial; Clear error not to Award all out of court Settlements claim of $34,000 immediately or within a 90 day Window.

Comes Now, Charles Moore, pro se, I object to the plan of EDGAR C. GENTLE III, ESQ; The court may enter a judgement on the evidence SUA SPONTE; A Judgment on the evidence is proper if there is a total absence of evidence on the same material of fact.

The Sacklers plead guilty. The PI Claims Administrator has no work history in a 68 Billion dollar Lawsuit, he said he has done less 5 Billion over 30 years.

It is constitutional Error, violation of the U.S. Const not to grant a Jury trial, No more delays should be granted a limit of 30 Amendments must be propose. I Request a Jury trial No Later Jan 15, 2027; This Paper Terrorism violates the Due Process Law of 14th Amendment.
Pennsylvania V. Finley, 481 US. 551 (1987).

Chapter 11
Case No. 19-23649(SHL)

To Honorable Judge, I am 56 years old, Marine, College SMU, Ranked 8th in the class of Talented And Gifted Magnet High School — the class of Sheldon Cooper — Big Bang theory, he was Ranked 99 out of 100. At SMU, the current Football players make 36000 a year NIL. My Football days I was Paid $150,000. A Year, My Rent to My Penthouse was 7000 A month, I lived there 5 years. My Work Study Job, Highland Park United Methodist Church. My Neighborhood, Jerry Jones, President, George Bush, SMU Football Coach, Forrest Gregg; I drove a Porshe, Volvo, and BMW. After the NCAA gave the Mustangs the Death Penalty, The NCAA ask the Governor of Texas Why he never Stop paying the Football Players, Clements, the Governor gave his word. The Sackler told everyone they will plead guilty and Pay out $34000 a claim in February 28, 2023, not 1 Single dime has been paid. Instead 15 admendments. Edgar filed 19 pages on 11/03/25, I never Recieved a Copy Until 11-17-25.

I Request a court order for the 59000 timely filed Non-NAS PI Claims be paid 100% and claims rejected be Set for Jury trial on or about Jan 15, 2027. The Sacklers must pay the entire $34000 to All.

Furthermore Honorable Judge, Edgar states, only .4% of the Class of PI Victims in class 10(B) and (Non Nas PI Claims) . 12%;

Chapter 11
Case No. 19-236
49 (SHL)

To Honorable Judge, I Request the .4% of Claims and the .12% get a First Jury trial, No Later than Jan 15, 2027; The First ITem I'm object is the Request of a Picture of the bottle, In Combat the medicine is delivered by needles in 1967 they had air guns. In College small cups. My building was blown-up in Afghanistan, it two burdensome to provide a picture. My Evidence is the Guilty Plea. The Sacklers Should be incarcerated, the Victims are not recieving enough Compensation, the Award should Be $200,000. I agreed to a Speedy out-of-court Settlement, thinking 90 days for $34,000. Instead its 5 years and delay.

My Evidence is current Hospital Records and my Military Records. A Judge can review my Records and grant my $34,000 request, If the Sacklers fight the order, then Set my case for Jury trial on Jan 15, 2026; [1-15-26]

Respectively Submitted Charles Moore

Certificate of Service - Copies - Sent to Davis Polk and Akin Group. On 11-20-2025.

Charles Mo[...]
#1048050 BMF
(Medical) Facility
264 FM 3478
Huntsville TX 77320

HOUSTON TX RPDC 773
20 NOV 2025 PM 5 L

United States Bankruptcy Court
Southern District of New York
One Bowling Green, (New York)
New York, New York 10004

NOV 24 2025

10004-140099

GENERAL OFFENDER CORRESPONDENCE
TEXAS DEPARTMENT OF
CRIMINAL JUSTICE
INSTITUTIONAL DIVISION