Motion To Stay

Dear Clerk

Please file this Motion TO Judge SEAN H LANE's Court for Viewing

Cornelius L Wilson-Bey
Creditor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: | CHAPTER 11 |
| PURDUE PHARMA L.P., ET AL,, | Case No. 19-23649 (SHL) |
| DEBTORS | |

MOTION TO STAY

Cornelius L Wilson-Bey, About a Few weeks ago Sent to this Court a motion for an extention by 90 Day's or A STAY, Cornelius L Wilson-Bey is Now Requesting that this Court grant Him a Stay Due to Recently the Dr who Prescribed him Dilaudid has Relocated. It may take a while to get Proof of The Distribution of Prescribed medication That EDGAR C, GENTLE The Claims Administrator Requested. So Now Mr Cornelius L Wilson ask this Court to grant Him a Stay Untill he get the Proof Requested And Track this Docter Down may take a while And Out of the abundace Of Caution for him Need time.

Without Prejudice UCC 1-308

Cornelius Wilson

11-18-2025 A.D.

## ORDER

It is So Ordered that A STAY is GRANTED To Assist Mr Wilson-Bey the Proper time to get The Deficiency's fixed, And Correct.

---

THE HONORABLE SEAN H LANE
UNITED STATES BANKRUPTCY JUDGE

Cornelius [illegible]
Louisiana STATE PEN
Angola, Louisiana
[70712]

To UNITED STATES BANKRUPTCY COURT
Judge SEAN H. LANE
300 quarropas St WHITE PLAINS
NEW YORK 10601

BATON ROUGE LA 707
19 NOV 2025 AM 3 L
2025
USMS SDNY WP

10601-414000

S.D. OF N.Y.

2025 NOV 25 3:05

FILED



NOT CENSORED
Net Responsible For Contents
La. State Penitentiary

NOV 1 8 2025

LA. STATE PEN.
AN ALL MALE PENAL INSTITUTE