DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

### AGENDA FOR DECEMBER 10, 2025 OMNIBUS HEARING

| | |
|---|---|
| Time and Date of Hearing: | December 10, 2025 at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Hearing will only be conducted via Zoom for Government®. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 993 6862 3354 Passcode 817334. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

I.  **UNCONTESTED MATTER:**

1. *Interim Fee Applications.* Notice of Eighteenth Interim Fee Hearing [ECF No. 8211]

    <u>Objection Deadline</u>: December 3, 2025 at 4:00 p.m. (prevailing Eastern Time)

    <u>Responses Received</u>: None.

    <u>Related Documents</u>:

    A. Interim Fee Applications of the following applicants:

    **Debtors' Professionals**

    A. AlixPartners, LLP [ECF No. 8047]
    B. Arnold & Porter Kaye Scholer LLP [ECF No. 8009]
    C. Cornerstone Research [ECF No. 8000]
    D. Davis Polk & Wardwell LLP [ECF No. 8011]
    E. Dechert LLP [ECF No. 8012]
    F. Jones Day [ECF No. 8013]
    G. King & Spalding LLP [ECF No. 8007]
    H. Kroll Restructuring Administration LLC [ECF No. 8006]
    I. Latham & Watkins LLP [ECF No. 8049]
    J. PJT Partners LP [ECF No. 7934]
    K. Reed Smith LLP [ECF No. 8010]
    L. Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 8032]

    **Official Committee of Unsecured Creditors' Professionals**

    M. Akin Gump Strauss Hauer & Feld LLP [ECF No. 8037]
    N. Bedell Cristin Jersey Partnership [ECF No. 8039]
    O. Cole Schotz P.C. [ECF No. 8038]
    P. Jefferies LLC [ECF No. 8040]
    Q. Kurtzman Carson Consultants, LLC [ECF No. 8042]
    R. Nardello & Co. LLC [ECF No. 8043]
    S. Province, LLC [ECF No. 8041]

    **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

    T. Brown Rudnick LLP [ECF No. 8023]
    U. BrownGreer PLC [ECF No. 8028]
    V. FTI Consulting, Inc. [ECF No. 8024]
    W. Gilbert LLP [ECF No. 8022]
    X. Gilbert Strategic Solutions, LLC [ECF No. 8020]
    Y. Herbert Smith Freehills Kramer (US) LLP [ECF No. 8025]
    Z. Houlihan Lokey Capital, Inc. [ECF No. 8019]
    AA. Otterbourg P.C. [ECF No. 8021]

    BB. Rubris Inc. [ECF No. 8027]

**Multi-State Governmental Entities Group**

    CC. Caplin & Drysdale, Chartered [ECF No. 8044]

**Fee Examiner**

    DD. Bielli & Klauder, LLC [ECF No. 7999]

<u>Status</u>: This matter is going forward on an uncontested basis.

II. **CONTESTED MATTER:**

2. *Second Omnibus Claims Objection with Respect to Adjourned Claimant.*
Debtors' Second Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) [ECF No. 7769] as to claim filed by Edward Angelini.

<u>Objection Deadline</u>: September 10, 2025 at 4:00 p.m. (prevailing Eastern Time)

<u>Responses Received</u>:

A. Response to Debtors' Second Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) [ECF No. 7838]

<u>Related Documents</u>:

B. Notice of Partial Adjournment of Hearing on the Debtors' Second Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) [ECF No. 7857]

C. Notice of Partial Adjournment of Hearing on the Debtors' Second Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) [ECF No. 8054]

D. Notice of Partial Adjournment of Hearing on the Debtors' Second Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) [ECF No. 8074]

E. Notice of Withdrawal of Debtors' Second Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) as to Claim No. 82394,

Submitted by Servolift LLC [ECF No. 8277]

<u>Status</u>: This matter is going forward on a contested basis.

[*Remainder of page left intentionally blank.*]

```
```

Dated:   December 8, 2025
         New York, New York

                DAVIS POLK & WARDWELL LLP

                By:  /s/ *Marshall S. Huebner*
                     Marshall S. Huebner

                450 Lexington Avenue
                New York, New York 10017
                Telephone: (212) 450-4000
                Facsimile: (212) 701-5800
                Marshall S. Huebner
                Benjamin S. Kaminetzky
                Eli J. Vonnegut
                Christopher S. Robertson

                *Counsel to the Debtors*
                *and Debtors in Possession*