**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| Debtors. | (Jointly Administered) |

**ORDER SETTING DEADLINES RELATED TO THE ORDER**
**CONFIRMING THE EIGHTEENTH AMENDED JOINT**
**CHAPTER 11 PLAN OF REORGANIZATION**

The Bankruptcy Court having entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization* (Dkt. No. 8263)[1] (the "**Confirmation Order**") on November 18, 2025; and various motions, letters, and appellate documents having been filed seeking relief with respect to the Confirmation Order; and the Bankruptcy Court having the power to manage its docket in the interest of judicial efficiency;

**IT IS HEREBY ORDERED THAT:**

1. All motions for a stay of the Confirmation Order (the "**Stay Motions**") shall be filed on or before **Thursday, December 18, 2025, at 4:00 p.m. (Prevailing Eastern Time)**.

2. Any responses or objections to the Stay Motions shall be filed on or before **Tuesday December 30, 2025, at 4:00 p.m. (Prevailing Eastern Time)**.

3. Any replies in support of the Stay Motions shall be filed on or before **Thursday, January 8, 2026, at 4:00 p.m. (Prevailing Eastern Time)**.

4. A hearing, if any, to consider such Stay Motions, will be held before the

---

[1] Unless otherwise noted, docket numbers reference entries in the above-captioned chapter 11 proceedings.

Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on a date to be announced in a subsequent notice.

Dated: December 11, 2025
White Plains, New York               */s/ Sean H. Lane*
                                     United States Bankruptcy Judge