December 15, 2025

Maria Ecke

Estate of David Jonathan Ecke

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

United States Bankruptcy Court

Southern District of New York

300 Quarropas Street

White Plains, New York 10601-4140

Attn: Judge Sean H. Lane

| | |
|---|---|
| In re: Purdue Pharma et al | Chapter 11 |
| Debtors | Case No. 19-23649(shl) |
| | (Jointly Administered) |

# NOTICE OF MOTION OF STAY AND STAY OF THE CONFIRMATION OF PURDUE PHARMA ET AL FOR DUE PROCESS AND DESIGNATION OF ITEMS

PLEASE TAKE NOTICE that upon the accompanying Motion to Stay All Distributions, Payments, or Movement of Funds and for and for an Order Directing Production and Forensic Review of Financial Records, the Memorandum of Law, the Table of Authorities, and all other prior pleadings and Proceedings herein, Movant Maria Ecke will move this Court, before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the Bankruptcy Court for the Southern District of  New York, One Bowling Green, New York, NY 10004, at a date and time to be designated by the Court, for entry of an Order:

1.) Staying all distributions, transfers, payments, or movement of funds in this case;

2.) Requiring production of specified financial records, including offshore accounts;

3.) Directing the appointment of an independent forensic accounting team;

4.) Staying related financial proceedings pending review; and

5.) Due Process has not been followed and all the Motions have not been answered prior to Confirmation; and

6.) Granting such other relief as is just and proper.

PLEASE TAKE FURTHER NOTICE that responses or objections to the Motion must be filed in accordance with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the Southern District of New York, and the Court's Case Management Order.

PLEASE TAKE FURTHER NOTICE that failure to file a timely objection may result in the Court granting the relief requested without further notice or hearing.

Dated December 15, 2025

Respectfully submitted,
/s/Maria Ecke
Movant/Appellant
C/o Office of Maria Ecke
8 Glenbrook Drive
West Simsbury, CT 06092