DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors-Appellees
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al*. | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' STATEMENT REGARDING DESIGNATIONS
OF RECORD AND STATEMENTS OF ISSUES ON APPEAL OF
<u>LAURIE DANIELLE PITTS-TILLMAN AND ELLEN ISAACS</u>**

Claimants Laurie Danielle Pitts-Tillman and claimant Ellen Isaacs recently filed

documents styled as designations of record and statements of issues on appeal [ECF Nos. 8341,

8343 (Isaacs), 8344 (Pitts-Tillman)]. The Debtors do not intend to respond to these purported

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

statements of issues and designations of record unless requested or directed to do so by the Court. Neither Ms. Pitts-Tillman nor Ms. Isaacs filed a timely notice of appeal.[2] As a result, "the district court is without jurisdiction to consider" their appeals. *In re Siemon*, 421 F.3d 167, 169 (2d Cir. 2005); *see also In re AMR Corp.*, 566 B.R. 657, 663 (S.D.N.Y. 2017).

Dated:   December 17, 2025            Respectfully Submitted,
         New York, New York

By: */s/ Marc J. Tobak*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors
and Debtors in Possession*

---

[2] Under Rule 8002(a)(1) of the Federal Rules of Bankruptcy Procedure, timely notices of appeal of the November 18, 2025 *Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors* were due 14 days later, on December 2, 2025. Ms. Pitts-Tillman filed an untimely *Notice of Appeal and Statement of Election* [ECF No. 8339] on December 3, 2025, and Ms. Isaacs filed an untimely *Notice of Appeal* [ECF No. 8336] on December 4, 2025.