# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

**In re:**
**PURDUE PHARMA, L.P., et al.,**
Debtors.

Case No. **19-23649**
Chapter **11**

**ELLEN ISAACS**,
Appellant,

v.

**PURDUE PHARMA, L.P., et al.,**
Appellee(s).

# ADDITIONAL DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL

**COMES NOW**, Appellant **Ellen Isaacs**, and pursuant to **Federal Rule of Bankruptcy Procedure 8009**, hereby submits this **Addiitinal Designation of Items to be Included in the Record on Appeal** in connection with her Opening Brief currently pending before the Court.

Appellant designates the following transcripts and docketed filings for inclusion in the appellate record:

# I. TRANSCRIPTS

1. **Transcript of Hearing held on November 12, 2025**

2. **Transcript of Hearing held on November 13, 2025**

3. **Transcript of Hearing held on November 14, 2025**

4. **Transcript of Hearing held on November 18, 2025**

---

# II. FILED DOCUMENTS

5. **Modified Bench Ruling** – *Docket No. 8270*

6. **Objection to Settlement and Motion to Dismiss Bankruptcy** – *Docket No. 7972*

7. **Objection / Second Amended Objection and Motion to Dismiss Bankruptcy** – *Docket No. 8084*

8. **Letter / Addendum to Objection and Motion to Dismiss Bankruptcy** – *Docket No. 8085*

9. **Letter / Request for an Emergency Hearing** – *Docket No. 8088*

10. **Letter / Request for an Emergency Hearing** – *Docket No. 8089*

11. **Findings of Fact, Conclusions of Law, and Order Signed on November 18, 2025 Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors** – *Docket No. 8263*

12. *Order Signed On 4/15/2025, (I) Appointing PI And TPP Claims Administrators; (II) Authorizing The Establishment Of Claims Deadlines And Claims Objection Procedures; And (III) Granting Related Relief (Related Doc # 7310)* - *Docket No. 7382*

13. *Motion to Authorize / Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order (I) Appointing PI and TPP Claims Administrators; (II) Authorizing the Establishment of Claims Deadlines and*

*Claims Objection Procedures; and (III) Granting Related Relief (Corrected Notice) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. with hearing to be held on 4/10/2025 at 11:00 AM at Videoconference (ZoomGov) (SHL) Responses due by 4/3/2025,. (Attachments: # 1 Exhibit A1 PI Trust - NAS Claim Form # 2 Exhibit A2 PI Trust - Non-NAS Claim Form.pdf # 3 Exhibit B Purdue_ Notice of PI TDP Claims Deadline # 4 Exhibit C TPP - Claims Form # 5 Exhibit D TPP - Notice)* - Docket No. 7310

14. *Letter to Judge Chapman dated January 6, 2022 Re: Requesting to participate in the mediation proceedings Filed by Ellen Isaacs.* - Docket No. 4271

/s/Ellen Isaacs, Pro Se Appellant

Ellen Isaacs

Dated: December 17, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on this **17th day of December, 2025**, a true and correct copy of the foregoing **Additional Designation of Items for the Record on Appeal** was served upon all parties entitled to notice in this matter through the Court's CM/ECF electronic filing system and by any additional method required under applicable rules.

/s/Ellen Isaacs
 Appellant
 1029 Queensway Dr.
 Weidman, MI 48893
 Email: **ryansopc@gmail.com**