Case No: 19-23649(shl)
Marie Ello

| Doc # | Description | Date |
|---|---|---|
| 7651 | Document Under Seal Per Court Order. Statement / Debtors' Statement in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan Filed by Darren S. Klein on behalf of Purdue Pharma L.P. . (related document(s)4861, 4794) (No Underlying Document) Attachments: Related: 4794, 4861 | 07/10/2025 |
| 7650 | Document Under Seal Per Court Order. Motion to Authorize / Debtors' Motion for Authorization to Enter into Supply Agreement Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. . (related document(s)879, 894) (No Underlying Document) Attachments: Related: 894, 879 | 07/10/2025 |
| 7649 | Document Under Seal Per Court Order. Declaration of Jon Lowne in Support of Debtors' Motion for Authorization to Enter into Supply Agreement Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. . (related document(s)880, 894) (No Underlying Document) Attachments: Related: 894, 880 | 07/10/2025 |
| 7648 | Document Under Seal Per Court Order. Exhibit B to Motion to File Under Seal Filed by Catherine V. LoTempio on behalf of Ascent Pharmaceuticals, Inc. . (related document(s)4930, 4908) (No Underlying Document) Attachments: Related: 4908, 4930 | 07/10/2025 |
| | Document Under Seal Per Court Order. Notice of Presentment / Motion to Authorize - Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Oncology-Related Assets to Cellact Pharma GmbH Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform their Obligations | |

Under the APA and (III) Granting Related Relief Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. . (related document(s)3836, 3992) (No Underlying Document)

Attachments:
Related: 3836, 3992

Case No: 19-23649(shl)

Marie Ecke

| | | |
|---|---|---|
| 4863 | Document Under Seal Per Court Order. Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan filed by Darren S. Klein on behalf of Purdue Pharma L.P. Filed by Darren S. Klein on behalf of Purdue Pharma L.P. (related document(s)4707, 4708, 4861) . (No Underlying Document)<br>Attachments:<br>Related: 4708, 4707, 4861 | 05/20/2022 |
| 4862 | Order signed on 5/20/2022 Authorizing the Debtors to Implement 2022 Key Employee Retention Plan and 2022 Key Employee Incentive Plan (Related Doc # 4707) .<br>Attachments:<br>Related: 4707 | 05/20/2022 |
| 4861 | Order signed on 5/20/2022 Granting Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information under Seal in Connection with the Debtor's Motion for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan (Related Doc # 4708) .<br>Attachments:<br>Related: 4708 | 05/20/2022 |

Case No: 19-23649 (shl)

4708 <u>Motion to File Under Seal / Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information under Seal in Connection with the Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan (related document(s)4707) filed by Darren S. Klein on behalf of Purdue Pharma L.P. with hearing to be held on 5/18/2022 at 10:00 AM at Videoconference (ZoomGov) (RDD) Responses due by 5/11/2022.. (Attachments: # 1 Exhibit A- Proposed Order)</u>   04/27/2022

Attachments: <u>1</u>
Related: <u>4707</u>

*[handwritten: Maria Elke]*

*[handwritten: Case No: 19-23649 (shl)]*

<u>Notice of Presentment / Motion to Authorize - Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Oncology-Related Assets to Cellact Pharma GmbH Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform their Obligations Under the APA and (III) Granting Related Relief filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.</u>. 3836 <u>with presentment to be held on 10/19/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 10/12/2021.</u> 09/28/2021
<u>(Attachments: # 1 Exhibit A- Proposed Sale Order # 2 Exhibit B- APA)</u>

Attachments: <u>1</u>, <u>2</u>
Related:

Case No:
19-23649 (shl)

Marc Edo

7760 **Motion to File Under Seal - GBM AGILE Agreement filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P. with hearing to be held on 9/4/2025 at 11:00 AM at Videoconference (ZoomGov) (SHL) Responses due by 8/28/2025,.** 08/19/2025
Attachments:
Related:

Case No:
19-23649 (shl)

Maria Ello

Motion to Authorize / Debtors' Motion for Authorization to Enter into Supply Agreement filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. with hearing to be held on 3/18/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 3/11/2020,. 879(Attachments: # 1 Exhibit A- Proposed Order # 2 Exhibit B- Form of Supply Agreement     02/26/2020

Attachments: 1, 2
Related:

Case No: 19-23649(shl)

Mari-820

<u>Motion to Authorize / Debtors' Motion for Authorization to Enter into Supply Agreement filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. with hearing to be held on 3/18/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 3/11/2020,.</u>
879<u>(Attachments: # 1 Exhibit A- Proposed Order # 2 Exhibit B- Form of Supply Agreement</u>    02/26/2020

Attachments: <u>1</u>, <u>2</u>
Related:

Case No: 19-23649(shl)

894 <u>Order signed on 3/3/2020 Granting Debtor's Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and FED. R. BANKR. P. 9018 Authorizing the Filing of Certain Information and Exhibits Under Seal in Connection with the Debtors' Motion for Authorization to Enter into Supply Agreement (Related Doc # 879).</u>    03/04/2020

Attachments:
Related: <u>879</u>

*[Handwritten: Case No: 19-23649(shl)]*

*[Handwritten signature]*

# Fw: Written and Mailed Transcript of the September 11, 2024 Hearing etc

From: sagitarianm2004@yahoo.com (sagitarianm2004@yahoo.com)

To: mgold@kkwc.com; ronaldbass12345@gmail.com; ryansopc@gmail.com; paul.schwartzberg@usdoj.gov; bedmunds@oag.state.md.us

Bcc: sagitarianm2004@yahoo.com

Date: Sunday, November 10, 2024 at 02:07 PM EST

November 10, 2024
Dear Plaintiffs and Attorneys:
Can anyone please tell me who this indiscernible person on the Purdue Mediation Committee is? Why is the person "indiscernible" and why is the matter a secret? I'm confused.
Sincerely,
Ms M. Ecke and Family

----- Forwarded Message -----
From: sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
To: Matthew Gold <mgold@kkwc.com>
Sent: Sunday, November 10, 2024 at 01:59:16 PM EST
Subject: Fw: Written and Mailed Transcript of the September 11, 2024 Hearing etc

November 10, 2024

Dear Attorney Gold:
I, Maria Ecke, omitted to include you in this email because I did not have your email address but now I found it so I am forwarding my email to you.
Sincerely,
M. Ecke and Family

----- Forwarded Message -----
From: sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
To: Arik Preis <apreis@akingump.com>; Mitchell Hurley <mhurley@akingump.com>; Ronald Bass <ronaldbass12345@gmail.com>; Ellen Isaacs <ryansopc@gmail.com>; Schwartzberg Paul (USTP) <paul.schwartzberg@usdoj.gov>; andy.vara@usdoj.gov <andy.vara@usdoj.gov>; bedmunds@oag.state.md.us <bedmunds@oag.state.md.us>
Sent: Sunday, November 10, 2024 at 12:44:27 PM EST
Subject: Written and Mailed Transcript of the September 11, 2024 Hearing etc

November 10, 2024

Maria Ecke
Estate of David Jonathan Ecke
Richard Ecke
Andrew Ecke
Peter Sottile
C/o Office of Maria Ecke

Akin Gump Strauss Hauer & Feld LLP
Attorneys for the Official Committee of Unsecured Creditors
One Bryant Park
New York, NY 10036
Attn: Attorney Arik Preis
Attn: Attorney Mitchell Hurley

In Re: Purdue Pharma L.P. et al, Plaintiffs                    ) Commonwealth of Massachusetts

Dear Attorney Preis and Attorney Hurley:

Can you please have the Debtors mail me a copy of the Transcript of the Hearings on September 8, 2024, and the Purdue Omnibus Hearing on October 29, 2024, for Case No. 19-23649(SNL)? Has the next Hearing been scheduled for November 11, 2024, or November 20, 2024, yet with Judge Lane for Case No. 19-23649(SNL)?

Can you also please ask Mallinckrodt Judge Dorsey for a mailed unredacted copy of the Transcript of the Hearings on Wednesday, October 25, 2023, at 3:00 pm, Thursday, December 14, 2023, Wednesday, December 20, 2023, and the Mallinckrodt Omnibus Hearing at 11:00 am on Tuesday, January 16, 2024 at 11:00 am, for Case No. 20-12522(JTD)? If Aiken, Gump cannot do this then please forward the request to the appropriate parties who can do this.

Sincerely,

Ms. Ecke

Case No. 19-23649(shl)

*Maria Ecke* [signature]