DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**UPDATED NOTICE OF HEARING REGARDING SUBMISSIONS BY *PRO SE*
CLAIMANTS
THAT ARE NOT NOTICES OF APPEAL, STATEMENTS OF ISSUES,
DESIGNATIONS OF RECORD, MOTIONS TO EXTEND TIME TO FILE APPEAL,
MOTIONS OTHERWISE RELATED TO APPEAL, OR MOTIONS TO STAY**

**PLEASE TAKE NOTICE** that on December 23, 2025, the Debtors filed a Notice of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Hearing [ECF No. 8440] (the "**December 23 Hearing Notice**") identifying certain submissions by *pro se* claimants between November 24, 2025 and December 23, 2025 (the "**Pro Se Submissions**") for a hearing on **March 19, 2026 at 11:00 a.m. (Prevailing Eastern Time)** (the "**March Omnibus Hearing**") before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "Bankruptcy Court"); *provided that* such Hearing shall be conducted via Zoom for Government® unless otherwise ordered by the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that the December 23 Hearing Notice stated that "any subsequent motions, letters, or other filings filed by individuals proceeding *pro se* before **March 5, 2026** that are not statements of issues in connection with an appeal of the Confirmation Order, designations of the record in connection with an appeal of the Confirmation Order, motions to extend the time to file an appeal of the Confirmation Order, motions otherwise related to an appeal of the Confirmation Order, or motions to stay the Confirmation Order will also be scheduled for the March Omnibus Hearing (collectively, '**Related Filings**')."

PLEASE TAKE NOTICE that since the filing of the December 23 Hearing Notice, there have been Related Filings in these cases, which are identified in boldface below. As of the date and time of this filing, the Pro Se Submissions and **Related Filings** include:

- Cornelius Wilson-Bey: Motion to Extend Time to Supply Claim Information to the PI Trust [ECF Nos. 8305, 8306]

- Ellen Isaacs:

  o Motion for Forensic Review [ECF No. 8342]

  o Motion to Allow / Motion to Pierce the Corporate Veil and Hold Sackler Family Members Individually Liable and Motion for Hearing on Motion to Pierce the Corporate Veil [ECF Nos. 8418, 8427]

2

- Amanda Morales: Motion for Contempt of both the Court and Debtor and Amended Motion for Contempt of Court [ECF Nos. 8365, 8386]

- Sally Ann Cates: Letter to Judge Lane regarding "Personal Claimant Proof of Claim Form" [ECF No. 8381, **8519**]

- Rosemary Walker:

  o **Motion to Allow / Motion to Revoke Opt-In [ECF Nos. 8437, 8493]**

  o **Motion to Allow/Take Notice & Motion that 'Abatement' be only for Purdue Pharma Brand Oxycontin Opioid Abatement [ECF No. 8443]**

  o **Motion to Allow/New Motion is to Revoke 50% of the USD's Paid by Debtors' to Davis Polk and All and Any Law Firms Involved [ECF No. 8444]**

  o **Emergency Motion to Allow/Seek an Emergency Rule 7009. Pleading Special Matters [ECF No. 8445]**

  o **Letter / Brief for hearing [ECF No. 8449]**

  o **Motion to Allow/Motion for Damages under Injunctive Relief for Violation of Plan 'Promotion' Term [ECF No. 8484]**

  o **Letter Motion re Claim 63478 [ECF No. 8520]**

- Fredrick Hill: **Motion Allowing Filing of Attached NJ Superior Court Motion to Reinstate Frederick Hill's Pre-Petition Lawsuit CAM-L3693-10 on Purdue Bankruptcy's (19-23689) Effective Date [ECF No. 8494, 8518]**

**PLEASE TAKE FURTHER NOTICE** that Debtors do not construe the Pro Se Submissions or Related Filings as notices of appeal from the Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (the "**Confirmation Order**") [ECF No. 8263], statements of issues in connection with an appeal of the Confirmation Order, designations of the record in connection with an appeal of the Confirmation Order, motions to extend the time to file an appeal of the Confirmation Order, motions otherwise related to an appeal of the Confirmation Order, or motions to stay the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that any additional Related Filings will also be scheduled for the March Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that Debtors will respond to the Pro Se Submissions and Related Filings by **March 12, 2026 at 4:00 p.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that any reply briefs in further support of the Pro Se Submissions or Related Filings shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures entered on November 18, 2019 [ECF No. 498], so as to be actually received no later than **March 17, 2026, at 4:00 p.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the March Omnibus Hearing are required to register their appearance by **4:00 p.m. (Prevailing Eastern Time) the day before the Hearing** at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl**.**

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default; provided that objecting parties shall attend the March Omnibus Hearing via Zoom for Government unless otherwise ordered by the Bankruptcy Court.

4

**PLEASE TAKE FURTHER NOTICE** that copies of the Pro Se Submissions, Related

Filings, and other pleadings filed in the Chapter 11 Case may be obtained free of charge by

visiting the website of Kroll Restructuring Administration at

https://restructuring.ra.kroll.com/purduepharma.  You may also obtain copies of any pleadings

by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with

the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the March Omnibus Hearing may be

continued or adjourned thereafter from time to time without further notice other than an

announcement of the adjourned date or dates in open court at the March Omnibus Hearing.

[*Remainder of page intentionally left blank*]

Dated:   January 21, 2026
New York, New York

By: */s/ Marc J. Tobak*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors*
*and Debtors in Possession*

6