Hearing Date and Time: February 26, 2026, at 11:00 a.m. (prevailing Eastern Time)
Response Date and Time: February 20, 2026, at 4:00 p.m. (prevailing Eastern Time)

---

**THIS OBJECTION SEEKS TO EXPUNGE, DISALLOW, REDUCE, RECLASSIFY AND/OR OTHERWISE MODIFY CERTAIN PROOFS OF CLAIM AND SCHEDULED CLAIMS IDENTIFIED HEREIN. CLAIMANTS RECEIVING THIS NOTE OF THE THIRD OMNIBUS OBJECTION TO CLAIMS SHOULD LOCATE THEIR NAMES AND CLAIMS IDENTIFIED ON <u>SCHEDULE 1</u> AND <u>SCHEDULE 2</u> ANNEXED TO THIS NOTICE.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT PURDUE PHARMA L.P.'S COUNSEL, DAVIS POLK & WARDWELL LLP, AT 212-450-4000.**

---

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

---

**NOTICE OF HEARING OF DEBTORS' THIRD OMNIBUS CLAIMS OBJECTION**
**(NO LIABILITY, LATE FILED, SATISFIED, DUPLICATIVE, REDUNDANT,**
**AMENDED AND REPLACED, MISCLASSIFIED, REDUCED,**
**<u>AND/OR WRONG DEBTOR CLAIMS</u>)**

---

[1] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE** that, on January 27, 2026, Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed their *Third Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

The Objection requests that the Bankruptcy Court expunge, disallow, reduce, reclassify, and/or otherwise modify one or more of your claims listed on **Schedule 1** and **Schedule 2** attached hereto, on the ground that one or more of your proofs of claim or scheduled claims (collectively, "**claims**") sets forth claims for which Debtors are not liable, were not timely filed, have been satisfied by Debtors, are duplicative or redundant of other claims, were amended and superseded by other claims, misstate their relative priority under the Bankruptcy Code, assert or are scheduled for amounts greater than supported by Debtors' books and records, and/or are asserted against the wrong debtor entity.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that the *Court-Ordered Omnibus Claims Hearing Procedures* (the "**Omnibus Claims Hearing Procedures**") annexed hereto as **Exhibit A** apply to and govern the objection to your claim(s).  The Omnibus Claims Hearing Procedures provide for certain mandatory actions by a claimant within certain time periods.  Therefore, please review the Omnibus Claims Hearing Procedures carefully.  Failure to comply with the Omnibus Claims Hearing Procedures may result in the expungement, disallowance, reduction, reclassification, and/or other modification of a claim without further notice to a claimant.

If you do NOT oppose the expungement, disallowance, reduction, reclassification, and/or other modification of your claim(s) listed on **Schedule 1** or **Schedule 2**, then you do NOT need to file a written response to the Objection, and you do NOT need to appear at the hearing.

If you DO oppose the expungement, disallowance, reduction, reclassification, and/or other modification of your claim(s) listed on **Schedule 1** or **Schedule 2**, then you MUST file with the Bankruptcy Court <u>and</u> serve on the parties listed below a written response to the Objection so that it is received on or before **4:00 p.m., prevailing Eastern Time on February 20, 2026** (the "**Response Deadline**").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be expunged, disallowed, reduced, reclassified, and/or otherwise modified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by (i) the chambers of the

Honorable Sean H. Lane, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601; (ii) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Marshall S. Huebner, Ben Kaminetzky, James I. McClammy, and Eli J. Vonnegut), counsel to the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, and Sara L. Brauner), counsel to the Official Committee of Unsecured Creditors appointed in these cases.

Except as otherwise permitted under the Omnibus Claims Hearing Procedures, a hearing will be held on February 26, 2026 to consider the Objection. The hearing will be held at 11:00 a.m., prevailing Eastern Time, in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601. If you file a written response to the Objection, you should plan to appear at the hearing. If you timely file a response, the Debtors may continue the hearing with respect to your claim(s) with your consent.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted via Zoom® videoconference unless otherwise ordered by the Bankruptcy Court. Parties wishing to appear at, or attend, the hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Regardless whether the Bankruptcy Court expunges, disallows, reduces, reclassifies, and/or otherwise modifies your claim(s) listed on **Schedule 1** or **Schedule 2** on the grounds set forth above, the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you wish to view the complete Objection, you can do so for free at https://restructuring.ra.kroll.com/purduepharma/.  **CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.**

Dated:    January 27, 2026
              New York, New York

                                    DAVIS POLK & WARDWELL LLP

                                    By:   */s/ James I. McClammy*

                                    450 Lexington Avenue
                                    New York, New York 10017
                                    Telephone: (212) 450-4000
                                    Facsimile:  (212) 701-5800
                                    Marshall S. Huebner
                                    Ben Kaminetzky
                                    James I. McClammy
                                    Eli J. Vonnegut

                                    *Counsel to the Debtors*
                                    *and Debtors in Possession*

## **Exhibit A**

**Court-Ordered Omnibus Claims Hearing Procedures**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## COURT-ORDERED OMNIBUS CLAIMS HEARING PROCEDURES

In accordance with the *Order Approving (I) Omnibus Claims Objection Procedures, (II) Omnibus Claims Settlement Procedures and (III) Omnibus Claims Hearing Procedures*, entered on [Date] [ECF No. xxxx] (the "**Order**"), the Omnibus Claims Hearing Procedures (the "**Omnibus Claims Hearing Procedures**") described herein have been ordered by the United States Bankruptcy Court for the Southern District of New York (the "**Court**") to apply to the chapter 11 cases of Purdue Pharma L.P. and its affiliated debtors.

### Omnibus Claims Hearing Procedures

1. Pursuant to the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, entered on November 18, 2019 [ECF No. 498], the Court established periodic omnibus hearings (the "**Omnibus Hearings**") in these cases. The Debtors shall schedule the return date for claims objections, omnibus or otherwise, for hearing at Omnibus Hearings or other hearings the Debtors may schedule with the Court. The Debtors shall

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

19-23649-shl   Doc 2574   Filed 05/28/26   Entered 05/28/26 23:45:13   Main Document
Pg 8 of 142

schedule the return date for a particular Omnibus Claims Objection within seven (7) days of filing

such Omnibus Claims Objection. In the event that the Debtors do not schedule a return date in

accordance with the preceding sentence, a holder of a claim that is subject to such Omnibus Claims

Objection may request that the Court schedule a return date for such Omnibus Claims Objection.

2.     The Court may enter an order at the scheduled hearing sustaining an objection to

proofs of claim (each, a "**Proof of Claim**") with respect to which no response (a "**Response**")[2] is

properly filed and served.

3.     The hearing to consider an objection to Proofs of Claim as to which a Response is

properly filed and served (each, a "**Contested Claim**") shall be set for a contested hearing (each,

an "**Omnibus Claims Hearing**") to be scheduled as follows:

(a)     For a non-evidentiary hearing to address whether the Contested Claim has failed to state a claim against the Debtors which can be allowed and should be dismissed pursuant to Bankruptcy Rule 7012 or 7056, as applicable (a "**Sufficiency Hearing**"), unless the Debtors serve the holder of the claim (the "**Claimant**") with a Notice of Pre-Trial Conference (as defined herein), the Sufficiency Hearing shall go forward at the return date set in accordance with paragraph 1 of these Omnibus Claims Hearing Procedures. The legal standard of review that will be applied by the Court at a Sufficiency Hearing will be equivalent to the standard applied by the Court upon a motion to dismiss for failure to state a claim upon which relief can be granted or a motion for summary judgment, as applicable.

(b)     If, following a Sufficiency Hearing, the Court determines that the Contested Claim would survive a motion to dismiss or there are disputed issues of material fact, or should the Debtors wish to forgo a Sufficiency Hearing and schedule an evidentiary hearing on the merits of a Contested Claim (a "**Merits Hearing**"), the Debtors may, in their sole discretion, serve upon the relevant Claimant (by email or overnight delivery), with a copy to the Creditors' Committee, the Ad Hoc Committee, and the MSGE Group, and file with the Court, a notice substantially in the form attached to the Order as **<u>Exhibit 2</u>** (a "**Notice of Pre-Trial Conference**") that the scheduled hearing will be treated as a pre-trial conference during which the Court will

---

[2] Any information submitted in connection with a Proof of Claim shall be part of the record with respect to the relevant claim, and any such information already submitted need not be resubmitted in connection with the Omnibus Claims Hearing Procedures.

determine whether to issue a scheduling order applicable to a Merits Hearing and the terms of such order. Such notice may be incorporated into the initial agenda letter for the hearing or may be provided in a separate notice. In accordance with Local Rule 9014-2, the first hearing on any Contested Claim will not be an evidentiary hearing, and there will be no need for any witnesses to appear at such hearing unless the Court orders otherwise in accordance with Local Rule 9014-2. The parties shall confer in advance of the pre-trial conference regarding the nature and length of any discovery that they anticipate will be required.

4.      Discovery with respect to a Contested Claim will not be permitted until either (a) the Court has held a Sufficiency Hearing and determined that the Contested Claim states a claim that could be allowed and should not be dismissed pursuant to Bankruptcy Rules 7012 or 7056, or (b) the Debtors have served on the relevant Claimant a Notice of Pre-Trial Conference with respect to the Contested Claim.

5.      The Debtors may file and serve a reply to a Response no later than 4:00 p.m., prevailing Eastern Time, on the day that is two (2) business days prior to the date of the applicable hearing.

6.      The Debtors, in their sole discretion, are authorized to further adjourn a hearing scheduled in accordance herewith at any time by providing notice to the Court and the Claimant; *provided* that if a Claimant has filed a Response to an Omnibus Claims Objection, the Debtors may adjourn the hearing as to such Contested Claim only with such Claimant's consent.

7.      **Sanctions.** The Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the Omnibus Claims Hearing Procedures.

BY ORDER OF THE COURT

## Schedule 1

**Claims to be Disallowed and Expunged**

No liability claim
Motion Page 5

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Case No. 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

Schedule 1(A)
Pg 11 of 142

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 1 | ABC MOVING & STORAGE INC P.O. BOX 714 GREENVILLE NC 27835-0714 | | 1177883 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $2,093.77 (U) $2,093.77 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been fully waived pursuant to Critical Vendor Agreement |
| 2 | Airgas USA LLC 2015 Vaughn Rd, Bldg 400 Kennesa GA 30144 | | 55964 | Purdue Pharmaceuticals L.P. | 06/30/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $1,713.12 (U) $1,713.12 (T) | No liability claim | Per Debtors' books and records, asserted liability has been waived pursuant to Critical Vendor Agreement |
| 3 | AJINOMOTO ALTHEA INC P.O. BOX 51404 LOS ANGELES CA 90051 | | 1167528 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $700.00 (U) $700.00 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 4 | BAILEY, SANDRA R. 103 CANTERBURY RD WHITE PLAINS NY 10607 | | 615371 | Purdue Pharma L.P. | 08/22/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 5 | Bravo Drugs Pharmacy 1110 Lidflower Street Hollywood FL 33019 | | 267 | Purdue Pharma L.P. | 02/24/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $5,000.00 (U) $5,000.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim. Claimant did not provide support for this claim |
| 6 | CHATTEM CHEMICALS INC ATTN: ED RUSK 3708 SAINT ELMO AVE CHATTANOOGA TN 37409 | | 39 | Purdue Pharma L.P. | 10/25/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $1,895.00 (U) $1,895.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

No liability claim
Motion Page 5

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule [A]
Pg 12 of 142

In re: Purdue Pharma L.P., et al., Case No. 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 7 | ClarusONE Sourcing Servicing LLP<br>Russell Square House<br>Attn: Tom Ahern, Interim Controller<br>10-12 Russell Square<br>London WC1B 5EH<br>United Kingdom | | 137783 | Rhodes Pharmaceuticals L.P. | 07/30/2020 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | No liability claim | Claim is filed as contingent and unliquidated to preserve future rights |
| 8 | Department of Taxation<br>Kevin Wakayama (ly)<br>Department of Taxation State of Hawaii<br>Attn: Bankruptcy Unit<br>PO Box 259<br>Honolulu HI 96809 | | 35302 | Purdue Pharma L.P. | 06/15/2020 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 9 | Department of Taxation<br>State of Hawaii<br>Attn: Bankruptcy Unit<br>PO Box 259<br>Honolulu HI 96809 | | 39006 | Purdue Pharmaceutical Products L.P. | 06/15/2020 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 10 | DUKE UNIVERSITY<br>2400 PRATT ST<br>DURHAM NC 27705 | | 1177894 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,092.18 (U)<br>$21,092.18 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 11 | Dunleavy, Kevin M.<br>336 Shadow Creek Drive<br>Brentwood TN 37027 | | 5124 | Purdue Pharma L.P. | 04/13/2020 | $0.00 (S)<br>$0.00 (A)<br>$450,000.00 (P)<br>$0.00 (U)<br>$450,000.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 12 | Dzwilewski, Georgette M.<br>5575 Ladybird Lane<br>LaJolla CA 92037 | | 688 | Purdue Pharma L.P. | 03/10/2020 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

No liability claim
Motion Page 5

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 12A)
Pg 13 of 142

Case No. 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 13 | Eamon, Danette M. 2700 Thomasville Ave. Henderson NV 89052 | | 3178 | Purdue Pharma L.P. | 04/02/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $342,685.44 (U) $342,685.44 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 14 | GOERICKE, PETER K. 119 SOUTH TERRACE FISHKILL NY 12524 | | 468 | Purdue Pharma L.P. | 02/29/2020 | $0.00 (S) $0.00 (A) $3,886.44 (P) $0.00 (U) $3,886.44 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 15 | INDUSTRIAL PHARMACEUTICAL 1241 HARDT CIRCLE BARTLETT IL 60103 | | 1178134 | Purdue Pharmaceuticals L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $971.89 (U) $971.89 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 16 | IQVIA INC P.O. BOX 8500-784290 PHILADELPHIA PA 19178-4290 | | 1177888 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $30,724.35 (U) $30,724.35 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 17 | Liao, Edward 671 Booth Hill Rd Trumbull CT 06611 | | 5131 | Purdue Pharma L.P. | 04/20/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 18 | National Grid 300 Erie Boulevard West Syracuse NY 13202 | | 57 | Purdue Pharma L.P. | 11/05/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $200,266.83 (U) $200,266.83 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

No liability claim
Motion Page 5

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule 1(A)
Pg 14 of 142

In re Purdue Pharma L.P., Case No. 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 19 | Premiere Communications & Consulting, Inc. Attn: Tyler Hrnicek 516 S. New Hope Road Raleigh NC 27610 | | 101 | Purdue Pharmaceuticals L.P. | 12/04/2019 | $0.00 (S) $3,832.78 (A) $0.00 (P) $0.00 (U) $3,832.78 (T) | No liability claim | Claim is misclassified as Administrative and was subsequently filed as a General Unsecured claim |
| 20 | Individual Claimant Name on File | | 14596 | Purdue Pharmaceutical Products L.P. | 05/28/2020 | $2,000.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $2,000.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 21 | Purple Strategies, LLC 815 Slaters Lane Alexandria VA 22314 | | 24633 | Purdue Pharma L.P. | 06/05/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $22,886.19 (U) $22,886.19 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 22 | Quintiles Commercial US Inc, dba IQVIA IQVIA Commercial US Inc 100 IMS Drive 1725 Route 46 East Parsippany NJ 07054 | | 5460 | Rhodes Pharmaceuticals L.P. | 04/20/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $125,880.75 (U) $125,880.75 (T) | No liability claim | Per Debtors' books and records, asserted liability has been waived pursuant to Critical Vendor Agreement |
| 23 | RHODE ISLAND DIVN OF TAXATION ONE CAPITOL HILL PROVIDENCE RI 02908 | | 65494 | Imbrium Therapeutics L.P. | 06/29/2020 | $0.00 (S) $0.00 (A) $489.17 (P) $30.00 (U) $519.17 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 24 | RHODE ISLAND DIVN OF TAXATION ONE CAPITOL HILL PROVIDENCE RI 02908 | | 74543 | Rhodes Pharmaceuticals L.P. | 06/26/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $6,475.55 (U) $6,475.55 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 25 | RHODE ISLAND DIVN OF TAXATION ONE CAPITOL HILL PROVIDENCE RI 02908 | | 74611 | Purdue Pharma L.P. | 06/26/2020 | $0.00 (S) $0.00 (A) $13,143.32 (P) $25,428.48 (U) $38,571.80 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

No liability claim

Motion Page 5

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule 1(A)

Pg 15 of 142

Case No. 19-23649 (SHL), Jointly Administered

Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 26 | RHODE ISLAND DIVN OF TAXATION ONE CAPITOL HILL PROVIDENCE RI 02908 | | 74661 | Greenfield BioVentures L.P. | 06/26/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $519.17 (U) $519.17 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 27 | Sbrilli, Daniel Joseph 212 Wescott Road Hillsborough NJ 08844 | | 4956 | Purdue Pharma L.P. | 04/15/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 28 | SODEXO OPERATIONS LLC 9801 WASHINGTONIAN BLVD GAITHERSBURG MD 20878 | | 1178087 | Purdue Pharma Manufacturing L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $70,475.64 (U) $70,475.64 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 29 | Sodexo Operations LLC Adrienne Vadell Sturges, Esq. Sodexo, Inc. 9801 Washingtonian Blvd., Suite 1200 Gaithersburg MD 20878 | | 138030 | Purdue Pharma L.P. | 07/29/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $39,186.73 (U) $39,186.73 (T) | No liability claim | Per Debtors' books and records, asserted liability has been waived pursuant to Critical Vendor Agreement |
| 30 | SODEXO OPERATIONS LLC 9801 WASHINGTONIAN BLVD GAITHERSBURG MD 20878 | | 1178254 | Purdue Pharmaceuticals L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $70,439.12 (U) $70,439.12 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 31 | Solvay USA, Inc. Attn: Agyeman Fordjour 504 Carnegie Center Princeton NJ 08540 | | 15 | Purdue Pharma L.P. | 09/27/2019 | $0.00 (S) $88,200.00 (A) $0.00 (P) $0.00 (U) $88,200.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

No liability claim
Motion Page 5

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule (1A)
Pg 16 of 142

19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 32 | The Law Office of Robert H. Alexander, Jr., P.C. Robert H. Alexander, Jr. P.O. Box 868 Oklahoma City OK 73101 | | 137792 | Purdue Pharma L.P. | 07/30/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $75,470.00 (U) $75,470.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 33 | Thompson, Toni Jean P.O. Box 23 Merrimack NH 03054-0023 | | 5697 | Purdue Pharma L.P. | 04/23/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 34 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance 1310 Madrid Street Marshall MN 56258 | | 48 | Rhodes Technologies | 10/30/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $209,161.20 (U) $209,161.20 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 35 | U.S. Customs and Border Protection Attn: REV-Bankruptcy-203Ja 8899 E. 56th Street Indianapolis IN 46249 | | 828 | Rhodes Technologies | 03/10/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 36 | U.S. Customs and Border Protection Attn: REV-Bankruptcy-203Ja 8899 E. 56th Street Suite 100 Indianapolis IN 46249 | | 830 | Rhodes Pharmaceuticals L.P. | 03/10/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 37 | U.S. Customs and Border Protection Attn: REV-Bankruptcy-203Ja 8899 E. 56th Street Indianapolis IN 46249 | | 831 | Purdue Pharma L.P. | 03/10/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 38 | UNITED PARCEL SERVICE P.O. BOX 7247 0244 PHILADELPHIA PA 19170-0001 | | 1177886 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $3,154.66 (U) $3,154.66 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been fully waived pursuant to Critical Vendor Agreement |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

No liability claim

Motion Page 5

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1(A)
Pg 17 of 142

In re Purdue Pharma L.P., No. 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 39 | UPS FREIGHT 28013 NETWORK PL CHICAGO IL 60673 | | 1178116 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $20.56 (U) $20.56 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been fully waived pursuant to Critical Vendor Agreement |
| 40 | UPS SUPPLY CHAIN SOLUTIONS P.O. BOX 650690 DALLAS TX 75265-0690 | | 1177793 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $37,489.72 (U) $37,489.72 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been fully waived pursuant to Critical Vendor Agreement |
| 41 | VALUECENTRIC LLC 23 COBHAM DR ORCHARD PARK NY 14127-4101 | | 1177833 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $47,782.02 (U) $47,782.02 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 42 | Walmart, Inc. c/o Potter Anderson & Corroon LLP Attn: Jeremy W. Ryan 1313 North Market Street Wilmington DE 19801 | | 132006 | Rhodes Pharmaceuticals L.P. | 07/29/2020 | $15,114.05 (S) $0.00 (A) $0.00 (P) $0.00 (U) $15,114.05 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim. Claimant did not provide support for this claim |
| 43 | Williams Scotsman Inc P.O. BOX 91975 Suite 600/Bankruptcy CHICAGO IL 60693 | | 105 | Purdue Pharma L.P. | 12/10/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $5,094.59 (U) $5,094.59 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim. Claimant did not provide support for this claim |
| | **Claims To Be Expunged Totals** | | **Count: 43** | | | **$1,923,302.72** | | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Late filed claims
Motion Page 5-6

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1(B)
Pg 18 of 142

Primary Case Number: 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection |
|---|---|---|---|---|---|---|---|
| 1 | Individual Claimant Name on File | | 634863 | Purdue Pharma L.P. | 10/01/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Late filed claim |
| 2 | Waste Industries<br>c/o RMS<br>PO Box 19253<br>Minneapolis MN 55419 | | 115413 | Purdue Pharma L.P. | 08/04/2020 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,406.53 (U)<br>$2,406.53 (T) | Late filed claim |
| | **Claims To Be Expunged Totals** | | **Count: 2** | | | **$2,406.53** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Satisfied claims
Motion Page 6

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1(C)  Pg 19 of 142

Primary Case Number: 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.
.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 1 | Connecticut Department of Revenue Services Collections Unit / Bankruptcy Team 450 Columbus Blvd., Ste. 1 Hartford CT 06103 | | 42730 | Purdue Pharma L.P. | 06/29/2020 | $0.00 (S) $0.00 (A) $426.81 (P) $2,248.94 (U) $2,675.75 (T) | Satisfied claim | Per Debtors' books and records, asserted liability has been fully paid |
| 2 | Individual Claimant Name on File | | 1167469 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $4,021.16 (U) $4,021.16 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 3 | Golkow Litigation Services One Liberty Place 1650 Market Street, Suite 5150 Philadelphia PA 19103 | | 138091 | Purdue Pharma L.P. | 07/29/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $3,833.05 (U) $3,833.05 (T) | Satisfied claim | Per Debtors' books and records, asserted liability has been fully paid |
| 4 | INVENTIV HEALTH CONSULTING INC 1030 SYNC ST MORRISVILLE NC 27560 | | 1177835 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $156,104.30 (U) $156,104.30 (T) | Satisfied claim | Per Debtors' books and records, asserted liability has been fully paid pursuant to Critical Vendor Agreement |
| 5 | INVENTIV HEALTH CONSULTING INC 1030 SYNC ST MORRISVILLE NC 27560 | | 1177965 | Rhodes Pharmaceuticals L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $206,368.89 (U) $206,368.89 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid pursuant to Critical Vendor Agreement |
| 6 | National Grid P.O. BOX 11739 NEWARK NJ 07101 | | 1167485 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $86.50 (U) $86.50 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 7 | NATIONAL GRID P.O. BOX 11739 NEWARK NJ 07101-4739 | | 1167486 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $656.04 (U) $656.04 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1(C) Pg 20 of 142

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 8 | National Grid P.O. BOX 11739 NEWARK NJ 07101 | | 1167487 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $31.90 (U) $31.90 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 9 | National Grid P.O. BOX 11739 NEWARK NJ 07101 | | 1167489 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $429.84 (U) $429.84 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 10 | National Grid P.O. BOX 11739 NEWARK NJ 07101 | | 1167496 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $87.66 (U) $87.66 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 11 | NATIONAL GRID P.O. BOX 11739 NEWARK NJ 07101-4739 | | 1167501 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $329.08 (U) $329.08 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 12 | National Grid P.O. BOX 11739 NEWARK NJ 07101 | | 1167505 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $7,491.07 (U) $7,491.07 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 13 | New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany NY 12205-0300 | | 629360 | Purdue Pharma L.P. | 12/02/2022 | $0.00 (S) $50.00 (A) $0.00 (P) $0.00 (U) $50.00 (T) | Satisfied claim | Per Debtors' books and records, asserted liability has been fully paid |
| 14 | New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany NY 12205-0300 | | 629365 | Purdue Pharmaceutical Products L.P. | 12/02/2022 | $0.00 (S) $100.00 (A) $0.00 (P) $0.00 (U) $100.00 (T) | Satisfied claim | Per Debtors' books and records, asserted liability has been fully paid |
| 15 | Pennsylvania Department of Revenue Bankruptcy Division PO Box 280946 Harrisburg PA 17128-8989 | | 75 | Greenfield BioVentures L.P. | 11/18/2019 | $0.00 (S) $0.00 (A) $200.83 (P) $0.00 (U) $200.83 (T) | Satisfied claim | Per Debtors' books and records, asserted liability has been fully paid |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Satisfied claims
Motion Page 6

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1(C)Pg 21 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 16 | UNITED PARCEL SERVICE P.O. BOX 7247 0244 PHILADELPHIA PA 19170-0001 | | 1178005 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $37.22 (U) $37.22 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid pursuant to Critical Vendor Agreement |
| 17 | UNITED PARCEL SERVICE P.O. BOX 7247 0244 PHILADELPHIA PA 19170-0001 | | 1177921 | Rhodes Pharmaceuticals L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $86.53 (U) $86.53 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid pursuant to Critical Vendor Agreement |
| | Claims To Be Expunged Totals | | Count: 17 | | | $382,589.82 | | |

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 1 | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 90111 | Purdue Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Duplicate claim | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 90109 | Purdue Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 2 | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 91442 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Duplicate claim | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 87655 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 3 | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 91465 | Purdue Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Duplicate claim | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 89012 | Purdue Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 4 | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 91467 | Nayatt Cove Lifescience Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Duplicate claim | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 91453 | Nayatt Cove Lifescience Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 5 | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 91477 | Purdue Transdermal Technologies L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Duplicate claim | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 87659 | Purdue Transdermal Technologies L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 6 | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 94695 | Purdue Pharmaceutical Products L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Duplicate claim | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 91445 | Purdue Pharmaceutical Products L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule 1(D)
Pg 23 of 142

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 7    Landau, Craig J.<br>38 Island View Avenue<br>Branford CT 06405 | 91449 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate claim | Landau, Craig J.<br>38 Island View Avenue<br>Branford CT 06405 | 91440 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| **Total** | **Count: 7** | | **$0.00** | | | | | **$0.00** |

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1(E)
Pg 24 of 142

Chapter 11 case number: 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 1 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68498 | Greenfield BioVentures L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 2 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 56032 | Purdue Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 3 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 56600 | Purdue Transdermal Technologies L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 4 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 56601 | Imbrium Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 5 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68489 | Purdue Pharma Manufacturing L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 6 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68491 | Ophir Green Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 25 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 7 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68495 | Seven Seas Hill Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 8 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68514 | Purdue Pharma of Puerto Rico | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 9 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68517 | Purdue Pharmaceutical Products L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 10 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68521 | Nayatt Cove Lifescience Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 11 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68646 | Button Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 12 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68649 | SVC Pharma LP | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (F)
Pg 26 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 13 ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 68651 | Rhodes Associates L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 14 ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 74651 | Purdue Pharmaceuticals L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 15 ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75379 | Purdue Neuroscience Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 16 ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75488 | Rhodes Technologies | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 17 ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75490 | Rhodes Pharmaceuticals L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 18 ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75491 | SVC Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (F)
Pg 27 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 19  ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75494 | Paul Land Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 20  ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 74718 | UDF LP | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 21  ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75370 | Quidnick Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 22  ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68643 | Adlon Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 23  ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55953 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 24  ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 74676 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 28 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 25 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75512 | Adlon Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 26 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75371 | Purdue Pharma Manufacturing L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 27 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75375 | Purdue Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 28 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75031 | Purdue Pharma of Puerto Rico | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 29 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75496 | Imbrium Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 30 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75497 | Quidnick Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 29 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 31 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75498 | Purdue Transdermal Technologies L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 32 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75499 | Button Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 33 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75500 | Paul Land Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 34 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75502 | Nayatt Cove Lifescience Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 35 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75504 | Purdue Neuroscience Company | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 36 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75508 | Purdue Pharmaceutical Products L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (E)
Pg 30 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 37 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75509 | Ophir Green Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 38 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75511 | Seven Seas Hill Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 39 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75514 | SVC Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 40 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75515 | UDF LP | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 41 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75516 | Rhodes Technologies | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 42 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75517 | Rhodes Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (E)
Pg 31 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 43 | ACE Property and Casualty Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75518 | Rhodes Associates L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 44 | ACE Property and Casualty Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 74673 | Greenfield BioVentures L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 45 | ACE Property and Casualty Insurance Company<br>c/o Wendy M. Simkulak, Esq.<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia PA 19103 | 74674 | SVC Pharma LP | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 46 | ACE Property and Casualty Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 68659 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 47 | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75556 | Imbrium Therapeutics L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 48 | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 65660 | SVC Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 32 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 49 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78800 | Purdue Pharmaceutical Products L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 50 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78804 | Purdue Neuroscience Company | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 51 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78805 | Nayatt Cove Lifescience Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 52 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78808 | Greenfield BioVentures L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 53 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78810 | Seven Seas Hill Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 54 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75558 | Purdue Transdermal Technologies L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 33 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 55 Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75561 | Purdue Pharma of Puerto Rico | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 56 Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75563 | Ophir Green Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 57 Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75565 | Rhodes Associates L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 58 Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 78794 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 59 Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 78795 | Purdue Pharma Manufacturing L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 60 Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 78796 | Purdue Pharmaceuticals L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (F) Pg 34 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 61 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79470 | Button Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 62 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79480 | SVC Pharma LP | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 63 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79492 | UDF LP | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 64 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79499 | Rhodes Technologies | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 65 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79505 | Rhodes Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 66 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79510 | Quidnick Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 35 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 67 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79513 | Paul Land Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 68 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78806 | Adlon Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 69 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79476 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 70 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78797 | Purdue Pharmaceutical Products L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 71 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75567 | Greenfield BioVentures L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 72 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75569 | Imbrium Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 36 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 73 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75570 | Purdue Pharma Manufacturing L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 74 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75572 | Purdue Transdermal Technologies L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 75 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78792 | Purdue Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 76 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78812 | Purdue Pharma of Puerto Rico | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 77 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79363 | Button Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 78 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79440 | SVC Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 37 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 79  Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79446 | Paul Land Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 80  Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79452 | UDF LP | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 81  Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79455 | Rhodes Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 82  Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79461 | Quidnick Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 83  Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78801 | Purdue Neuroscience Company | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 84  Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75568 | Adlon Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 85 | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 65583 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 86 | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75553 | Rhodes Associates L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 87 | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75549 | SVC Pharma LP | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 88 | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75550 | Rhodes Technologies | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 89 | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75545 | Ophir Green Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 90 | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75546 | Seven Seas Hill Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 39 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 91 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75547 | Nayatt Cove Lifescience Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 92 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 65521 | Purdue Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 93 Liberty Insurance Corporation c/o Cozen O'Connor Mark E. Felger 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137890 | Imbrium Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Liberty Insurance Corporation Mark E. Felger c/o Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 94 Liberty Insurance Corporation c/o Cozen O'Connor Mark E. Felger 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137855 | Rhodes Technologies | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Liberty Insurance Corporation Mark E. Felger c/o Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 95 Liberty Insurance Corporation Mark E. Felger c/o Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137807 | Purdue Transdermal Technologies L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Liberty Insurance Corporation Mark E. Felger c/o Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 96 Liberty Insurance Corporation Mark E. Felger c/o Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137809 | Purdue Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Liberty Insurance Corporation Mark E. Felger c/o Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 40 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 97 | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137811 | Purdue Pharma Manufacturing L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 98 | Liberty Insurance Corporation<br>c/o Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street<br>Wilmington DE 19801 | 137823 | Purdue Pharma of Puerto Rico | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 99 | Liberty Insurance Corporation<br>c/o Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street<br>Wilmington DE 19801 | 137826 | Greenfield BioVentures L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 100 | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137832 | Rhodes Pharmaceuticals L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 101 | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137825 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 102 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137875 | Adlon Therapeutics L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (E)
Pg 41 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 103 Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137884 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 104 Liberty Mutual Fire Insurance Company<br>Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137834 | Button Land L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 105 Liberty Mutual Fire Insurance Company<br>Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137837 | Purdue Neuroscience Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 106 Liberty Mutual Fire Insurance Company<br>Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137839 | Quidnick Land L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 107 Liberty Mutual Fire Insurance Company<br>Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137846 | Nayatt Cove Lifescience Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 108 Liberty Mutual Fire Insurance Company<br>c/o Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137851 | Paul Land Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 109 | Liberty Mutual Fire Insurance Company<br>Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street<br>Wilmington DE 19801 | 137853 | Purdue Pharmaceutical Products L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 110 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137867 | Rhodes Associates L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 111 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137869 | Purdue Pharmaceuticals L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 112 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137872 | Rhodes Technologies | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 113 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137873 | Rhodes Pharmaceuticals L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 114 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137874 | SVC Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 43 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 115 Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137876 | Purdue Pharma Manufacturing L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 116 Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137877 | Ophir Green Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 117 Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137878 | Imbrium Therapeutics L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 118 Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137880 | SVC Pharma LP | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 119 Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137881 | Seven Seas Hill Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 120 Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137882 | Purdue Pharma of Puerto Rico | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (F)
Pg 44 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 121  Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137883 | UDF LP | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 122  Liberty Mutual Fire Insurance Company<br>Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137889 | Purdue Transdermal Technologies L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 123  Liberty Mutual Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137879 | Greenfield BioVentures L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 124  W.W. Grainger,Inc.<br>401 South Wright Road W4W.R47<br>Janesville WI 53546 | 327 | Rhodes Pharmaceuticals L.P. | $6,324.18 (S)<br>$15,153.47 (A)<br>$0.00 (P)<br>$18.47 (U)<br>$21,496.12 (T) | Redundant claim | W.W. Grainger, Inc.<br>401 South Wright Road W4W.R47<br>Janesville WI 53546 | 326 | Rhodes Technologies | $6,324.18 (S)<br>$15,153.47 (A)<br>$0.00 (P)<br>$18.47 (U)<br>$21,496.12 (T) |
| 125  Westchester Fire Insurance Company<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>c/o Michael Morano, Esq.<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962-2075 | 138162 | Purdue Pharma Inc. | $825,508.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>c/o Michael Morano, Esq.<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$825,508.61 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (E)
Pg 45 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 126 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138164 | Purdue Pharmaceuticals L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 127 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138172 | Greenfield BioVentures L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 128 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138184 | Quidnick Land L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 129 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138197 | UDF LP | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 130 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138205 | SVC Pharma LP | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 46 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 131 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138368 | SVC Pharma Inc. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 132 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138398 | Rhodes Pharmaceuticals L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 133 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138403 | Rhodes Technologies | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 134 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138416 | Purdue Neuroscience Company | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 135 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138421 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (E)   Pg 47 of 142

Redundant claims
Motion Page 6-8

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 136 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138425 | Button Land L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 137 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138428 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 138 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138460 | Seven Seas Hill Corp. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 139 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138464 | Ophir Green Corp. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 140 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138474 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Pg 48 of 142

Redundant claims
Motion Page 6-8

Schedule 1 (F)

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 141 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138476 | Purdue Pharmaceutical Products L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 142 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138485 | Imbrium Therapeutics L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 143 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138488 | Adlon Therapeutics L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 144 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138493 | Purdue Transdermal Technologies L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 145 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138496 | Purdue Pharma Manufacturing L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (E)
Pg 49 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 146 | Westchester Fire Insurance Company<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Michael Morano, Esq.<br>1300 Mt. Kemble Ave.<br>PO Box 2075<br>Morristown NJ 07962-2075 | 138469 | Purdue Pharma L.P. | $825,508.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>c/o Michael Morano, Esq.<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$825,508.61 (T) |
| 147 | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 68630 | Adlon Therapeutics L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 148 | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75542 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 149 | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75566 | Rhodes Pharmaceuticals L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 150 | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75564 | UDF LP | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 151 | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75562 | SVC Pharma LP | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 50 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 152 | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75559 | Purdue Pharma Manufacturing L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 153 | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55959 | Rhodes Associates L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 154 | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68639 | Quidnick Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 155 | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75548 | Ophir Green Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 156 | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75551 | Seven Seas Hill Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 157 | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75552 | Greenfield BioVentures L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 51 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 158 | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75554 | Imbrium Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 159 | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75557 | Purdue Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 160 | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75527 | Purdue Transdermal Technologies L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 161 | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75530 | Purdue Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 162 | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75534 | Button Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 163 | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75536 | Nayatt Cove Lifescience Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule 1 (E)
Pg 52 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 164  Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75538 | Purdue Neuroscience Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 165  Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75539 | SVC Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 166  Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75540 | Rhodes Technologies | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 167  Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75541 | Purdue Pharmaceutical Products L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 168  Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75543 | Paul Land Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 169  Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75544 | Purdue Pharma of Puerto Rico | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (Pg Pg 53 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| **Total** | **Count: 169** | | **$18,182,685.54** | | | | | **$18,182,685.54** |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Amended and superseded claims
Motion Page 8-9

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1(F)
Pg 54 of 142

Primary Case No. 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 1 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137862 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and superseded claim | Liberty Mutual Insurance Company<br>Mark E. Felger, Esq.<br>c/o Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137796 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 2 | Liston, Shelli Ranell<br>Porter Hedges LLP<br>Attn: Joseph D. Cohen<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | 138396 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and superseded claim | Liston, Shelli Ranell<br>Porter Hedges LLP<br>Attn: Joseph D. Cohen<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | 138327 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 3 | Sullivan, LeAvis Renee<br>10 Seahorse Ct.<br>Isle of Palms SC 29451 | 83038 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and superseded claim | Sullivan, LeAvis Renee<br>Porter Hedges LLP<br>Attn: Joseph D. Cohen<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | 91433 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 4 | Sullivan, LeAvis Renee<br>Porter Hedges LLP<br>Attn: Joseph D. Cohen<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | 91433 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and superseded claim | Sullivan, LeAvis Renee<br>Joseph D. Cohen<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | 131973 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 5 | Waugh, Jeffrey Scott<br>663 SOUTH TER<br>HUNTINGTON WV 25705-1510 | 138217 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and superseded claim | Waugh, Jeffrey Scott<br>Joseph D. Cohen<br>Porter Hedges LLP<br>1000 Main St., 36th Floor<br>Houston TX 77002 | 137449 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 6 | Weaver, Heather Paster<br>Joseph D. Cohen<br>Porter Hedges LLP<br>1000 Main St., 36th Floor<br>Houston TX 77002 | 138317 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and superseded claim | Weaver, Heather Paster<br>Porter Hedges LLP<br>Attn: Joseph D. Cohen<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | 138334 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Amended and superseded claims
Motion Page 8-9

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1(F)
Pg 55 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 7 | Worley, Brandon 4462 Rock Ridge Lane Akron OH 44333 | 49461 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Amended and superseded claim | Worley, Brandon 4462 Rock Ridge Lane Akron OH 44333 | 56966 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| | **Total** | **Count: 7** | | **$0.00** | | | | | **$0.00** |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

**<u>Schedule 2</u>**

**Claims to be Modified**

Misclassified claims
Motion Page 9-10

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule 2(A)    Pg 57 of 142

Primary Case Number 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Material Needs Consulting, LLC 110 Chestnut Ridge Road, #311 Montvale NJ 07645 | 220 | Rhodes Pharmaceuticals L.P. | 02/22/2020 | NO | $0.00 (S) $4,600.00 (A) $0.00 (P) $0.00 (U) $4,600.00 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $4,600.00 (U) $4,600.00 (T) | Misclassified claim | Claim reclassified from Administrative claim to a General Unsecured claim |
| 2 | MCGILL HOSE & COUPLING, INC PO BOX 408 EAST LONGMEADOW MA 01028-0408 | 246 | Purdue Pharma L.P. | 02/25/2020 | NO | $0.00 (S) $4,819.07 (A) $0.00 (P) $0.00 (U) $4,819.07 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $4,819.07 (U) $4,819.07 (T) | Misclassified claim | Claim reclassified from Administrative claim to a General Unsecured claim |
| 3 | Scifo, Anthony J. 25175 N. Pawnee Rd. Barrington IL 60010 | 814 | Purdue Pharma L.P. | 03/09/2020 | NO | $0.00 (S) $0.00 (A) $18,388.13 (P) $0.00 (U) $18,388.13 (T) | $0.00 (S) $0.00 (A) $13,650.00 (P) $4,738.13 (U) $18,388.13 (T) | Misclassified claim | Claim reclassified from Priority claim to a General Unsecured claim |
| 4 | THE LYNX GROUP LLC 1249 S RIVER RD STE 202A CRANBURY NJ 08512 | 3172 | Imbrium Therapeutics L.P. | 03/19/2020 | NO | $0.00 (S) $54,000.00 (A) $0.00 (P) $0.00 (U) $54,000.00 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $54,000.00 (U) $54,000.00 (T) | Misclassified claim | Claim reclassified from Administrative claim to a General Unsecured claim |
| 5 | Vinyl Development LLC DBA Zudy PO Box 128 South Harwich, MA 02661 | 186 | Purdue Pharma L.P. | 02/10/2020 | NO | $0.00 (S) $900.00 (A) $0.00 (P) $9.00 (U) $909.00 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $909.00 (U) $909.00 (T) | Misclassified claim | Claim reclassified from Administrative claim to a General Unsecured claim |
| | Claims to be modified totals | Count: 5 | | | | $82,716.20 | $82,716.20 | | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reduced claim
Motion Page 9-10

Schedule 2(B)

19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Belway Electrical Contracting Corp<br>66 South Central Avenue<br>Elmsford NY 10523 | 56950 | Purdue Pharma L.P. | 07/02/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$163,046.10 (U)<br>$163,046.10 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,521.10 (U)<br>$3,521.10 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 2 | CENPLEX BUILDING SERVICES<br>6301 ANGUS DR #C<br>RALEIGH NC 27619 | 796 | Purdue Pharma Manufacturing L.P. | 03/05/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,928.63 (U)<br>$3,928.63 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,010.44 (U)<br>$2,010.44 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 3 | CENPLEX BUILDING SERVICES<br>6301 ANGUS DR #C<br>RALEIGH NC 27619 | 1178195 | Purdue Pharmaceuticals L.P. | 10/29/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$959.10 (U)<br>$959.10 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$581.85 (U)<br>$581.85 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 4 | Chemaqua<br>2727 Chemsearch Blvd<br>Irving TX 75062 | 119 | Purdue Pharma L.P. | 12/09/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,144.94 (U)<br>$10,144.94 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,154.97 (U)<br>$7,154.97 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 5 | Consumer Wellness Solutions, Inc.<br>P O Box 402617<br>Atlanta GA 30384-2617 | 3395 | Purdue Pharma L.P. | 04/03/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$776.25 (P)<br>$0.00 (U)<br>$776.25 (T) | $0.00 (S)<br>$0.00 (A)<br>$375.00 (P)<br>$0.00 (U)<br>$375.00 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 6 | DEERFIELD AGENCY<br>950 W VALLEY RD STE 3000<br>WAYNE PA 19087 | 1167585 | Adlon Therapeutics L.P. | 10/29/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,335.00 (U)<br>$15,335.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,605.00 (U)<br>$8,605.00 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 7 | Dell Marketing, L.P.<br>Dell, Inc<br>One Dell Way, RR1, MS 52<br>Round Rock TX 78682 | 28 | Purdue Pharma L.P. | 10/17/2019 | NO | $0.00 (S)<br>$9,126.08 (A)<br>$0.00 (P)<br>$21,135.42 (U)<br>$30,261.50 (T) | $0.00 (S)<br>$9,126.08 (A)<br>$0.00 (P)<br>$20,330.55 (U)<br>$29,456.63 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reduced claim
Motion Page 9-10

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Dell Technologies EMC<br>Dell, Inc<br>One Dell Way, RR1, MS 52<br>Round Rock TX 78682 | 67 | Purdue Pharma L.P. | 11/08/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$43,750.00 (U)<br>$43,750.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$33,979.06 (U)<br>$33,979.06 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 9 | DOMINION ENERGY<br>P.O. BOX 100256<br>COLUMBIA SC 29202-3256 | 1167548 | Purdue Pharma Manufacturing L.P. | 10/29/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,041.91 (U)<br>$6,041.91 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,779.20 (U)<br>$4,779.20 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 10 | Duke Energy Carolinas<br>550 South Tryon Street<br>Charlotte NC 28202 | 74 | Purdue Pharma L.P. | 11/18/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,327.37 (U)<br>$63,327.37 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$43,179.38 (U)<br>$43,179.38 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 11 | eResearchTechnology, Inc.<br>1818 Market Street<br>Suite 1000<br>Philadelphia PA 19103 | 74085 | Imbrium Therapeutics L.P. | 07/22/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,699.34 (U)<br>$5,699.34 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,867.45 (U)<br>$4,867.45 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 12 | Holland & Hart LLP<br>P.O. Box 8749<br>Denver CO 80201-8749 | 196 | Purdue Pharma L.P. | 01/17/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$81,847.76 (U)<br>$81,847.76 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$77,034.87 (U)<br>$77,034.87 (T) | Reduced claim | Portion of the asserted claim is for post petition liabilities and claim has been reduced to the amount reflected in the Debtors' books and |
| 13 | JOHNSON CONTROLS INC<br>P.O. BOX 730068<br>DALLAS TX 75373-0068 | 1178086 | Purdue Pharmaceuticals L.P. | 10/29/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,493.71 (U)<br>$6,493.71 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,937.97 (U)<br>$3,937.97 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reduced claim
Motion Page 9-10

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document    Primary Case No. 19-23649 (SHL), Jointly Administered

Schedule 2(B)    Pg 60 of 142

Purdue Pharma L.P., et. al.

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 14 | Marcum LLP<br>555 Long Wharf Drive, 8th Floor<br>New Haven CT 06511 | 115450 | Purdue Pharma L.P. | 07/30/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,403.63 (U)<br>$9,403.63 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,522.08 (U)<br>$8,522.08 (T) | Reduced claim | Portion of the asserted claim is for post petition finance charges and claim has been reduced to the amount reflected in the Debtors' books and records |
| 15 | MAROVINO VISUAL STRATEGY INC<br>ATT: DOMENICA MELE, CONTROLLER<br>2275 LAKESHORE BLVD WEST, SUITE 201<br>TORONTO ON M8V 3Y3 CANADA | 20 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | 10/08/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,525.00 (U)<br>$8,525.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,525.00 (U)<br>$5,525.00 (T) | Reduced claim | Portion of the asserted claim has been previously satisfied and claim has been reduced to the amount reflected in the Debtors' books and records |
| 16 | PARTICLE SCIENCES INC<br>3894 COURTNEY ST STE 180<br>BETHLEHEM PA 18017 | 1177850 | Purdue Pharma L.P. | 10/29/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,600.94 (U)<br>$1,600.94 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750.00 (U)<br>$750.00 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 17 | REILLY MCDEVITT & HENRICH<br>3 EXECUTIVE CAMPUS STE 310<br>CHERRY HILL NJ 08002 | 47 | Purdue Pharma L.P. | 10/30/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,892.00 (U)<br>$5,892.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,922.50 (U)<br>$4,922.50 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 18 | Sodexo Operations LLC<br>Adrienne Vadell Sturges, Esq.<br>Sodexo, Inc.<br>9801 Washingtonian Blvd., Suite 1200<br>Gaithersburg MD 20878 | 138036 | Purdue Pharma Manufacturing L.P. | 07/29/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,148.26 (U)<br>$24,148.26 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$344.62 (U)<br>$344.62 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records pursuant to Critical Vendor Agreement |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Staples Business Advantage<br>7 Technology Circle<br>Columbia SC 29203 | 62 | Purdue Pharma L.P. | 09/23/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,259.80 (U)<br>$6,259.80 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,532.67 (U)<br>$2,532.67 (T) | Reduced claim | Portion of the asserted claim has been previously satisfied and claim has been reduced to the amount reflected in the Debtors' books and records |
| 20 | The Nielsen Company US, LLC<br>250 East 5th Street<br>9th Floor<br>Cincinnati OH 45202 | 79484 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | 07/13/2020 | YES | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$114,223.50 (U)<br>$114,223.50 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$114,223.50 (U)<br>$114,223.50 (T) | Reduced claim | Claim is liquidated to the asserted amount and as reflected in the Debtors' books and records |
| 21 | Thermo Fisher Scientific<br>Tucker Arensberg, P.C.<br>Jordan S. Blask, Esq.<br>1500 One PPG Place<br>Pittsburgh PA 15222 | 55974 | Purdue Pharma L.P. | 06/30/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$185,471.93 (U)<br>$185,471.93 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$67,669.26 (U)<br>$67,669.26 (T) | Reduced claim | Portion of the asserted claim has been previously satisfied and claim has been reduced to the amount reflected in the Debtors' books and records |
| 22 | Thompson Coburn LLP<br>c/o Mark V. Bossi, Esq.<br>One US Bank Plaza, Suite 2700<br>St. Louis MO 63101 | 958 | Purdue Pharma L.P. | 03/18/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,837.21 (U)<br>$21,837.21 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,936.76 (U)<br>$20,936.76 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 23 | VEEVA SYSTEMS INC<br>4637 CHABOT DR STE 210<br>SAN RAMON CA 94582 | 1178239 | Imbrium Therapeutics L.P. | 10/29/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,392.89 (U)<br>$2,392.89 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$797.63 (U)<br>$797.63 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 24 | WB MASON CO INC<br>ATTN: LISA M FIORE<br>59 CENTRE ST<br>BROCKTON MA 02301 | 516 | Purdue Pharma L.P. | 03/02/2020 | NO | $0.00 (S)<br>$958.74 (A)<br>$0.00 (P)<br>$3,517.83 (U)<br>$4,476.57 (T) | $0.00 (S)<br>$958.74 (A)<br>$0.00 (P)<br>$2,150.38 (U)<br>$3,109.12 (T) | Reduced claim | Portion of the asserted claim has been previously satisfied and claim has been reduced to the amount reflected in the Debtors' books and records |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reduced claim
Motion Page 9-10

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule 2(B)    Pg 62 of 142

Primary Case Document No. 649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 25 | XEROX CORPORATION P.O. BOX 827598 PHILADELPHIA PA 19182 | 1178013 | Rhodes Technologies | 10/29/2019 | NO | $0.00 (S) $0.00 (A) $0.00 (P) $2,369.53 (U) $2,369.53 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $202.30 (U) $202.30 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| | **Claims to be modified totals** | **Count: 25** | | | | **$818,212.87** | **$449,018.36** | | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Wrong debtor claims
Motion Page 9-10

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 2(C)                          Pg 63 of 142

Primary Case Number: 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim number | Current Debtor | Proposed Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CLOCKWELL STRATEGY LLC<br>MAUREEN WENDELL<br>3 LAURA LANE<br>SARATOGA SPRINGS NY 12866 | | 145 | Purdue Pharma L.P. | Imbrium Therapeutics L.P. | 01/06/2020 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,030.77 (U)<br>$29,030.77 (T) | Wrong debtor claim | Claim modified to reflect the Debtor reflected on Debtors' books and records |
| 2 | Euler Hermes N.A. Insurance Co. Agent of United States Pharmacopeial Convention, Inc., The Claim ID 000434516<br>800 Red Brook Blvd.<br>Owings Mills MD 21117 | | 174 | Purdue Pharma L.P. | Purdue Pharmaceuticals L.P. | 01/27/2020 | $0.00 (S)<br>$586.00 (A)<br>$0.00 (P)<br>$14,435.00 (U)<br>$15,021.00 (T) | Wrong debtor claim | Claim modified to reflect the Debtor reflected on Debtors' books and records |
| | **Claims to be modified totals** | | **Count: 2** | | | | **$44,051.77** | | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reduce & reclass claims
Motion Page 9-10

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Primary Case Number: 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

Schedule 2(D)
Pg 64 of 142

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | HB Communications, Inc 60 Dodge Ave North Haven CT 06473 | 50 | Purdue Pharma L.P. | 10/31/2019 | NO | $0.00 (S) $60,797.77 (A) $0.00 (P) $0.00 (U) $60,797.77 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $29,475.84 (U) $29,475.84 (T) | Reduce & reclass | Claim has been reduced to the amount reflected in the Debtors' books and records and reclassified as a general unsecured claim |
| 2 | Nixon Peabody LLP Attn: David Vicinanzo Exchange Place 53 State Street Boston MA 02109 | 23414 | Purdue Pharma L.P. | 06/03/2020 | NO | $201.40 (S) $0.00 (A) $0.00 (P) $14,776.00 (U) $14,977.40 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $12,393.00 (U) $12,393.00 (T) | Reduce & reclass | Claim has been reduced by post-petition liabilities and reclassified as a general unsecured claim |
| 3 | W.W. Grainger, Inc. 401 South Wright Road W4W.R47 Janesville WI 53546 | 283 | Purdue Pharmaceuticals L.P. | 02/20/2020 | YES | $6,324.18 (S) $15,153.47 (A) $0.00 (P) $18.47 (U) $21,496.12 (T) | $0.00 (S) $679.29 (A) $0.00 (P) $0.00 (U) $679.29 (T) | Reduce & reclass | Claim has been reduced to the amount reflected in the Debtors' books and records and reclassified as an administrative claim |
| 4 | W.W. Grainger, Inc. 401 South Wright Road W4W.R47 Janesville WI 53546 | 294 | Purdue Pharma Manufacturing L.P. | 02/20/2020 | YES | $6,324.18 (S) $15,153.47 (A) $0.00 (P) $18.47 (U) $21,496.12 (T) | $0.00 (S) $912.59 (A) $0.00 (P) $0.00 (U) $912.59 (T) | Reduce & reclass | Claim has been reduced to the amount reflected in the Debtors' books and records and reclassified as an administrative claim |
| 5 | W.W. Grainger, Inc. 401 South Wright Road W4W.R47 Janesville WI 53546 | 326 | Rhodes Technologies | 02/20/2020 | YES | $6,324.18 (S) $15,153.47 (A) $0.00 (P) $18.47 (U) $21,496.12 (T) | $0.00 (S) $12,704.79 (A) $0.00 (P) $0.00 (U) $12,704.79 (T) | Reduce & reclass | Claim has been reduced to the amount reflected in the Debtors' books and records and reclassified as an administrative claim |
| | **Claims to be modified totals** | **Count: 5** | | | | **$140,263.53** | **$56,165.51** | | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Wrong debtor reduce claims
Motion Page 9-10

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 2(E)  Pg 65 of 142

Pay case Number: 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original Creditor | Claim to be modified | Current Debtor | Proposed Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | City of Wilson<br>Attn: Matthew Nestor<br>PO Box 10<br>Wilson NC 27894 | 619 | Purdue Pharma Inc. | Purdue Pharmaceuticals L.P. | 03/05/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$174,545.16 (U)<br>$174,545.16 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$109,964.58 (U)<br>$109,964.58 (T) | Wrong debtor reduce claim | Portion of the filed claim has been reduced to the amount and against the Debtor reflected in the Debtors' books and records |
| 2 | CLOCKWELL STRATEGY LLC<br>MAUREEN WENDELL<br>3 LAURA LANE<br>SARATOGA SPRINGS NY 12866 | 144 | Purdue Pharma L.P. | Imbrium Therapeutics L.P. | 01/06/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,369.23 (U)<br>$15,369.23 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,200.00 (U)<br>$7,200.00 (T) | Wrong debtor reduce claim | Portion of the filed claim has been previously satisfied and claim has been reduced to the amount and against the Debtor reflected in the Debtors' books and records |
| 3 | DEERFIELD AGENCY, INC.<br>950 WEST VALLEY ROAD<br>SUITE 3000<br>WAYNE PA 19087 | 4 | Purdue Pharma L.P. | Adlon Therapeutics L.P. | 10/01/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,801.24 (U)<br>$27,801.24 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,730.00 (U)<br>$6,730.00 (T) | Wrong debtor reduce claim | Portion of the filed claim has been previously satisfied and claim has been reduced to the amount and against the Debtor reflected in the Debtors' books and records |
| | **Claims to be modified totals** | **Count: 3** | | | | | **$217,715.63** | **$123,894.58** | | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Page 1

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[*] | **(Jointly Administered)** |

**DEBTORS' THIRD OMNIBUS CLAIMS OBJECTION
(NO LIABILITY, LATE FILED, SATISFIED, DUPLICATIVE, REDUNDANT,
AMENDED AND REPLACED, MISCLASSIFIED, REDUCED,
AND/OR WRONG DEBTOR CLAIMS)**

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE OR MODIFY CERTAIN
PROOFS OF CLAIM AND SCHEDULED CLAIMS IDENTIFIED HEREIN.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES
AND CLAIMS ON SCHEDULE 1 AND SCHEDULE 2 TO EXHIBIT A ANNEXED TO
THIS OBJECTION.**

---

[*] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## TABLE OF CONTENTS

PAGE

RELIEF REQUESTED........................................................................................................1

JURISDICTION AND VENUE .........................................................................................2

BACKGROUND ................................................................................................................3

OBJECTION.......................................................................................................................4

      I.      Claims to be Disallowed and Expunged (Schedule 1)............................................5

      II.     Claims to be Modified (Schedule 2) ......................................................................9

COMPLIANCE WITH THE PROCEDURES ORDER.............................................10

RESERVATION OF RIGHTS .........................................................................................11

NOTICE............................................................................................................................12

NO PRIOR REQUEST ....................................................................................................12

## <u>TABLE OF AUTHORITIES</u>

<span style="text-align:right;">P<small>AGE</small>(S)</span>

C<small>ASES</small>

*In re AMR Corp.*,
2014 WL 7333394 (Bankr. S.D.N.Y. Dec. 12, 2014) ............................................................. 6

*In re Branded Operations Holdings, Inc.*,
2025 WL 1156492 (Bankr. S.D.N.Y. Apr. 17, 2025) ............................................................. 4

*In re DDI Corp.*,
304 B.R. 626 (Bankr. S.D.N.Y. 2004) ................................................................................... 6

*In re Dewey & Leboeuf LLP*,
2014 WL 201586 (Bankr. S.D.N.Y. Jan. 16, 2014) ............................................................... 8

*In re Ditech Holding Corp.*,
2021 WL 3435453 (Bankr. S.D.N.Y. Aug. 4, 2021) .............................................................. 6

*In re Endo Int'l PLC*,
2024 WL 5114113 (Bankr. S.D.N.Y. Dec. 13, 2024) ............................................................ 6

*In re Endo Int'l PLC*,
2024 WL 5114119 (Bankr. S.D.N.Y. Dec. 13, 2024) ............................................................ 5

*In re Enron Corp.*,
2005 WL 3874285 (Bankr. S.D.N.Y. Oct. 5, 2005) ............................................................... 8

*In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson & Casey*,
160 B.R. 882 (Bankr. S.D.N.Y. 1993) ................................................................................... 7

*In re Johns-Manville Corp.*,
53 B.R. 346 (Bankr. S.D.N.Y. 1985) ..................................................................................... 4

*In re MF Glob. Holdings Ltd.*,
2014 WL 1317507 (Bankr. S.D.N.Y. Mar. 13, 2014) ........................................................... 6

*In re Roman Cath. Diocese of Rockville Ctr.*,
2025 WL 2301607 (Bankr. S.D.N.Y. Aug. 8, 2025) .............................................................. 4

*In re SVB Fin. Grp.*,
2025 WL 467575 (Bankr. S.D.N.Y. Feb. 11, 2025) ............................................................... 5

*In re Ultra Stores, Inc.*,
2009 WL 6765351 (Bankr. S.D.N.Y. Dec. 17, 2009) ............................................................ 7

<span style="text-align:center">S<small>TATUTES</small> & R<small>ULES</small></span>

11 U.S.C. § 101 ................................................................................................................ 1

11 U.S.C. § 101(5) .......................................................................................................... 3

11 U.S.C. § 502(a) .......................................................................................................... 4

11 U.S.C. § 502(b) .................................................................................................. 1, 2, 4

11 U.S.C. § 502(b)(1) ..................................................................................................... 5

11 U.S.C. § 502(b)(9) ..................................................................................................... 6

11 U.S.C. § 1106(a)(1) ................................................................................................... 4

11 U.S.C. § 1107(a) ........................................................................................................ 3

11 U.S.C. § 1108 ............................................................................................................. 3

11 U.S.C. § 1111(a) ........................................................................................................ 4

28 U.S.C. § 157 ............................................................................................................... 2

28 U.S.C. § 157(b)(2) ..................................................................................................... 2

28 U.S.C. § 1334 ............................................................................................................. 2

28 U.S.C. § 1408 ............................................................................................................. 2

28 U.S.C. § 1409 ............................................................................................................. 2

Fed. R. Bankr. P. 1015(b) .............................................................................................. 3

Fed. R. Bankr. P. 3007(d) ....................................................................................... 1, 2, 4

Fed. R. Bankr. P. 3007(d)(2)(A) ................................................................................. 7, 8

Fed. R. Bankr. P. 3007(d)(2)(E) .................................................................................... 6

Fed. R. Bankr. P. 3007(e)(1) ........................................................................................ 10

Fed. R. Bankr. P. 3007(e)(2) ........................................................................................ 10

Fed. R. Bankr. P. 3007(e)(3) ........................................................................................ 11

Fed. R. Bankr. P. 3007(e)(4) ........................................................................................ 11

Fed. R. Bankr. P. 3007(e)(5) ........................................................................................ 11

Fed. R. Bankr. P. 7008 ................................................................................................... 2

<span style="text-align:center">O<small>THER</small> A<small>UTHORITIES</small></span>

U.S. Const. art. III ......................................................................................................... 2

***

**Note on Citation Format**:  Unless otherwise noted, emphasis has been added to quotations, and internal quotations, brackets, citations, and footnotes have been omitted.

iv

Purdue Pharma L.P. ("**Purdue**") and its affiliates that are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**") hereby file their *Third Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims)* (this "**Objection**").  In support of this Objection, the Debtors respectfully state as follows:

### RELIEF REQUESTED

1.      By this Objection, and pursuant to section 502(b) of the United States Code, 11 U.S.C. § 101 *et seq*. (as amended or modified, the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's *Corrected Order Approving (I) Omnibus Claims Objection Procedures, (II) Omnibus Claims Settlement Procedures and (III) Omnibus Claims Hearing Procedures* [ECF No. 2878] (the "**Procedures Order**"), the Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Order**"), disallowing and expunging the proofs of claim and scheduled claims (the "**claims**") listed on **Schedule 1** annexed thereto and modifying the claims listed in **Schedule 2** annexed thereto.[1]

2.      The Debtors have examined the claims identified on **Schedule 1** to the Order and have determined that, as set forth herein and therein, the claims listed in that schedule (collectively, the "**Claims to be Disallowed and Expunged**") assert or are claims that either (i) set forth claims for which Debtors are not liable, (ii) were not timely filed, (iii) have been satisfied by Debtors, (iv) are duplicative or redundant of other claims, or (v) were amended and superseded by other claims.  Accordingly, pursuant to section 502(b) of the Bankruptcy Code,

---

[1] Creditors can obtain copies of the cover page of certain proofs of claim filed in these chapter 11 cases free of charge at https://restructuring.ra.kroll.com/purduepharma/.

1

Bankruptcy Rule 3007(d), and this Court's Procedures Order, the Debtors seek entry of an order, in the form of **Exhibit A**, disallowing and expunging the Claims to be Disallowed and Expunged from the claims register as and to the extent set forth herein.

3.      The Debtors have examined the claims identified on **Schedule 2** to the Order and have determined that, as set forth herein and therein, the claims listed in that schedule (collectively, the "**Claims to be Modified**") are claims that (i) misstate their relative priority under the Bankruptcy Code, (ii) assert or are scheduled for amounts greater than supported by Debtors' books and records, and/or (iii) are asserted against the wrong debtor entity. Accordingly, pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007(d), and this Court's Procedures Order, the Debtors seek entry of an order modifying the Claims to be Modified in the manner set forth in **Schedule 2**.

## JURISDICTION AND VENUE

4.      The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction to hear and determine this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and, pursuant to Bankruptcy Rule 7008, the Debtors consent to entry of a final order by the Court in connection with this Objection to the extent that it is later determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

5.      Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2

## BACKGROUND

6.      On September 15, 2019 (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On September 27, 2019, the United States Trustee for Region 2 appointed the official committee of unsecured creditors [ECF No. 131].

7.      Information about the Debtors' businesses and the events leading up to the Petition Date can be found in the *Debtors' Informational Brief* filed on September 16, 2019 [ECF No. 17].

8.      The Chapter 11 Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the *Order Directing Joint Administration of Chapter 11 Cases* [ECF No. 59], entered by the Court on September 18, 2019, in each of the Chapter 11 Cases.

9.      On January 3, 2020, the Debtors filed the Debtors' *Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof* [ECF No. 717] (the "**Bar Date Motion**").  On February 3, 2020, the Bankruptcy Court entered an order approving the Bar Date Motion [ECF No. 800] (the "**Bar Date Order**"), establishing 5:00 p.m. (Prevailing Eastern Time) on June 30, 2020 (the "**Initial General Bar Date**") as the deadline for all persons and entities (including, without limitation, individuals, partnerships, corporations, joint ventures, trusts, governmental units and Native American Tribes), holding a prepetition claim, as defined in Section 101(5) of the Bankruptcy Code, against the Debtors which arose on or prior to the Petition Date, to file a proof of claim.  The

Initial General Bar Date was extended, by a subsequent order [ECF No. 1221], to July 30, 2020

at 5:00 p.m. (Prevailing Eastern Time) (the "**General Bar Date**").

      10.     On April 22, 2021, this Court approved the Procedures Order, which, *inter alia*,

authorizes the Debtors to file omnibus objections to claims on various grounds, including those

set forth in Bankruptcy Rule 3007(d) and certain additional grounds set forth in the Procedures

Order.

## OBJECTION

      11.     A filed proof of claim "is deemed allowed, unless a party in interest . . . objects."

11 U.S.C. § 502(a).  The duties of a debtor in possession generally include objecting to improper

claims.  *See* 11 U.S.C. §§ 1111(a), 1106(a)(1); *see also In re Johns-Manville Corp.*, 53 B.R. 346,

352 (Bankr. S.D.N.Y. 1985) ("The trustee or debtor-in-possession has the duty of examining

each proof of claim and objecting to the allowance of any claim that is improper.").

      12.     "[B]y producing evidence equal in force to [the claimant's] *prima facie* case, an

objector can negate a claim's presumptive legal validity, thereby shifting the burden back to the

claimant to prove by a preponderance of the evidence that under applicable law the claim should

be allowed."  *In re Roman Cath. Diocese of Rockville Ctr.*, 2025 WL 2301607, at *4 (Bankr.

S.D.N.Y. Aug. 8, 2025).  Section 502(b) of the Bankruptcy Code provides, in relevant part, that

the bankruptcy court shall disallow any claim that "is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law" or "not timely filed."  11 U.S.C.

§ 502(b).  In addition to disallowing a claim, a court may also modify the claim by reducing its

value, reclassifying the claim to reflect the appropriate priority status, or redesignating it to the

appropriate debtor entity.  *In re Branded Operations Holdings, Inc.*, 2025 WL 1156492, at *5–8

(Bankr. S.D.N.Y. Apr. 17, 2025); Order Granting Debtors' Thirty-Sixth Omnibus Obj. to Claims

(Misclassified and Wrong Debtor Borrower Claims) at 2, *In re Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y. Nov. 20, 2013), ECF No. 5895.

## I.    Claims to be Disallowed and Expunged (Schedule 1)

13.    As set forth in further detail below, **Schedule 1** lists those claims which Debtors request that the Court disallow and expunge from the Debtors' claims register because these claims (1) set forth claims for which Debtors are not liable (the "**No Liability Claims**," **Schedule 1(A)**); (2) were filed after the General Bar Date (the "**Late Filed Claims**," **Schedule 1(B)**); (3) have been satisfied by Debtors (the "**Satisfied Claims**," **Schedule 1(C)**); (4) are duplicative of other claims (the "**Duplicative Claims**," **Schedule 1(D)**); (5) are redundant of other claims (the "**Redundant Claims**," **Schedule 1(E)**); or (6) were amended and superseded by other claims (the "**Amended and Replaced Claims**," **Schedule 1(F)**).

14.    *No Liability Claims*: **Schedule 1(A)** lists the No Liability Claims.  Section 502(b)(1) of the Bankruptcy Code provides that a court should disallow a claim to the extent it "is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1); *see also In re SVB Fin. Grp.*, 2025 WL 467575, at *5 (Bankr. S.D.N.Y. Feb. 11, 2025) (disallowing and expunging no liability claims); *In re Endo Int'l PLC*, 2024 WL 5114119, at *6 (Bankr. S.D.N.Y. Dec. 13, 2024) (same).  As set forth in further detail in **Schedule 1(A)**, based upon Debtors' review of the No Liability Claims and the Debtors' books and records, Debtors have concluded that each of the No Liability Claims seeks recovery for which Debtors cannot be held liable.  The Debtors, therefore, object to the No Liability Claims and request that the No Liability Claims be disallowed and expunged from the Debtors' claims register.

15.    *Late Filed Claims*: **Schedule 1(B)** lists the Late Filed Claims.  Section 502(b)(9) of the Bankruptcy Code states that a court should disallow a claim to the extent it is "not timely

filed," with certain exceptions that are not applicable to the claims at issue.  11 U.S.C.
§ 502(b)(9); *see also In re Ditech Holding Corp.*, 2021 WL 3435453, at *5–6 (Bankr. S.D.N.Y.
Aug. 4, 2021) (disallowing and expunging a late-filed claim); *In re DDI Corp.*, 304 B.R. 626,
630 (Bankr. S.D.N.Y. 2004) (same).  The deadline to file claims was July 30, 2020.  *See supra*
¶ 9.  Each of the claims listed in **Schedule 1(B)** was filed after that date and is not the subject of
a granted or pending motion to extend the time for filing such claim.  The Debtors, therefore,
object to the Late Filed Claims and request that the Late Filed Claims be disallowed and
expunged from the Debtors' claims register.

16.    *Satisfied Claims*: **Schedule 1(C)** lists the Satisfied Claims.  Bankruptcy Rule
3007(d)(2)(E) permits omnibus objections to claims on grounds that the claims "have been
satisfied."  Fed. R. Bankr. P. 3007(d)(2)(E); *see also In re Endo Int'l PLC*, 2024 WL 5114113, at
*4 (Bankr. S.D.N.Y. Dec. 13, 2024) ("The Court finds that if the Satisfied Claims are not
disallowed and expunged, the Claimants may obtain additional payments on account of claims
that have been satisfied in full.  That is plainly prejudicial to the Debtors and their creditors
holding allowed claims."); *In re MF Glob. Holdings Ltd.*, 2014 WL 1317507, at *1 (Bankr.
S.D.N.Y. Mar. 13, 2014) (disallowing and expunging satisfied claims); *In re AMR Corp.*, 2014
WL 7333394, at *1 (Bankr. S.D.N.Y. Dec. 12, 2014) (SHL) (same).  As set forth in further detail
in **Schedule 1(C)**, based upon Debtors' review of the Satisfied Claims against their books and
records, Debtors have concluded that each of the Satisfied Claims has already been satisfied.
The Debtors, therefore, object to the Satisfied Claims and request that the Satisfied Claims be
disallowed and expunged from the Debtors' claims register.

17.    *Duplicative Claims* and *Redundant Claims*: **Schedule 1(D)** lists the Duplicative
Claims; **Schedule 1(E)** lists the Redundant Claims.  Bankruptcy Rule 3007(d)(2)(A) permits

omnibus objections to claims on grounds that the claims "duplicate other claims."  Fed. R.

Bankr. P. 3007(d)(2)(A); *See also In re Finley, Kumble, Wagner, Heine, Underberg, Manley,

Myerson & Casey,* 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple

recoveries for an identical injury are generally disallowed."); *In re Ultra Stores, Inc.*, 2009 WL

6765351, at *1 (Bankr. S.D.N.Y. Dec. 17, 2009) (disallowing and expunging duplicate claims);

Order Granting Debtors' Eighth Omnibus Obj. to Claims (redundant borrower claims), *In re

Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y. July 15, 2013), ECF No. 4242

(disallowing and expunging redundant claims that were "duplicates of (though not identical to)

corresponding claims" that had also been filed).  As set forth in **Schedule 1(D)**, based upon

Debtors' review of the Duplicative Claims, the claims register, and Debtors' books and records,

Debtors have concluded that each of the Duplicative Claims is an exact copy of another claim.

Similarly, as set forth in **Schedule 1(E)**, based upon Debtors' review of the Redundant Claims,

the claims register, and Debtors' books and records, Debtors have concluded that each of the

Redundant Claims is substantively duplicative of—though not identical to—another claim.  The

Debtors, therefore, object to the Duplicative Claims and the Redundant Claims and request that

the Duplicative Claims and the Redundant Claims be disallowed and expunged from the

Debtors' claims register.

18.    For the avoidance of doubt, Claimants holding Duplicative Claims or Redundant

Claims identified in **Schedule 1(D)** and **Schedule 1(E)** will still have a claim against the Debtors

as listed on **Schedule 1(D)** and **Schedule 1(E)** under the heading "Surviving Claims."  Indeed,

each corresponding Surviving Claim is shown directly next to each Duplicative or Redundant

Claim on the applicable Schedule.  Disallowance or expungement of the Duplicative Claims or

Redundant Claims will not affect the Surviving Claims, which will remain on the Debtors'

7

claims register until withdrawn by the relevant Claimants, paid by the Debtors, disallowed by the Court, or expunged on other grounds set forth in the plan of reorganization or Procedures Order, subject to the Debtors' right to object to the claims in the future, or concurrently, on any ground.

19.     *Amended and Replaced Claims*: **Schedule 1(F)** lists the Amended and Replaced Claims.  As stated above, Bankruptcy Rule 3007(d)(2)(A) permits omnibus objections to claims on grounds that the claims "duplicate other claims."  Fed. R. Bankr. P. 3007(d)(2)(A). Consistent with this principle, Courts routinely disallow and expunge proofs of claim that have been amended and replaced.  *In re Dewey & Leboeuf LLP*, 2014 WL 201586, at *2 (Bankr. S.D.N.Y. Jan. 16, 2014) (disallowing and expunging a claim that had been amended and superseded by a subsequently filed claim by the same creditor); *In re Enron Corp.*, 2005 WL 3874285, at *1 n.1 (Bankr. S.D.N.Y. Oct. 5, 2005) (explaining that, "[i]nasmuch as the Initial Claim was amended and superseded by the Amended Claim, it was disallowed and expunged"); *see also* Order Granting the Reorganized Debtor's First Omnibus Objection to Certain: (I) Amended Claims; and (II) Duplicate Claims, *In re Centric Brands LLC*, No. 20-22637 (SHL) (Bankr. S.D.N.Y. Feb. 26, 2021), ECF No. 821 (order disallowing and expunging amended and duplicate claims).  As set forth in **Schedule 1(F)**, based upon Debtors' review of the Amended and Replaced Claims, the claim register, and Debtors' books and records, Debtors have concluded that each of the Amended and Replaced Claims have been amended and superseded by another claim.  The Debtors, therefore, object to the Amended and Replaced Claims and request that the Amended and Replaced Claims be disallowed and expunged from the Debtors' claims register.

20.     For the avoidance of doubt, Claimants holding Amended and Replaced Claims identified in **Schedule 1(F)** will still have a claim against the Debtors as listed on **Schedule 1(F)**

8

under the heading "Surviving Claims."  Indeed, each corresponding Surviving Claim is shown

directly next to each Amended and Replaced Claim on **Schedule 1(F)**.  Disallowance or

expungement of the Amended and Replaced Claims will not affect the Surviving Claims, which

will remain on the Debtors' claims register until withdrawn by the relevant Claimants, paid by

the Debtors, disallowed by the Court, or expunged on other grounds set forth in the plan of

reorganization or Procedures Order, subject to the Debtors' right to object to the claims in the

future, or concurrently, on any ground.

**II.    Claims to be Modified (Schedule 2)**

21.    As noted above, courts may modify claims by reducing their value, reclassifying

their priority status, or redesignating them to the appropriate debtor entity.  *See supra* ¶ 12

(collecting cases).

22.    **Schedule 2** lists the Claims to be Modified.  Based upon Debtors' review of the

Claims to be Modified, the claims register, and the Debtors' books and records, Debtors have

concluded that each of the Claims to be Modified should be modified (1) because they misstate

their relative priority under the Bankruptcy Code (the "**Misclassified Claims**," **Schedule 2(A)**),

(2) because they assert or are scheduled for amounts than are greater than supported by Debtors'

books and records (the "**Reduce Claims**," **Schedule 2(B)**), (3) because they are asserted against

the wrong debtor entity (the "**Wrong Debtor Claims**," **Schedule 2(C)**), or (4) for some

combination of the foregoing reasons (the "**Misclassified and Reduce Claims**," **Schedule 2(D)**;

and the "**Reduce Wrong Debtor Claims**," **Schedule 2(E)**).  The Debtors, therefore, object to the

Claims to be Modified and request that these Claims be modified to reflect the appropriate claim

amounts, relative priority status, and/or debtor entity, as appropriate, as set forth in **Schedule 2**.

23.    For the avoidance of doubt, Claimants holding Claims to be Modified identified

in **Schedule 2** will still have a claim against the Debtors.  Modification of these claims will not

9

affect the Claims to Be Modified except as set forth in **Schedule 2**,[2] and these claims will

remain, as modified, on the Debtors' claims register until withdrawn by the relevant Claimants,

paid by the Debtors, disallowed by the Court, or expunged on other grounds set forth in the plan

of reorganization or Procedures Order, subject to the Debtors' right to object to the claims in the

future on any ground.

## COMPLIANCE WITH THE PROCEDURES ORDER

24.     The Debtors believe that the content of this Objection is in full compliance with

the applicable Bankruptcy Rules and the Procedures Order for the following reasons:

(a)     this Objection conspicuously states on the first page that "**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE OR MODIFY CERTAIN PROOFS OF CLAIM AND SCHEDULED CLAIMS IDENTIFIED HEREIN.  CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 AND SCHEDULE 2 TO EXHIBIT A ANNEXED TO THIS OBJECTION**";[3]

(b)     Schedule 1 and Schedule 2 to the Order list the claims subject to this Objection in alphabetical order based on the Claimant's name and contain a reference to the applicable claim number;[4]

(c)     Schedule 1 and Schedule 2 to the Order provide the grounds for the objections to the claims and a cross-reference to the page(s) in this Objection pertinent to the stated grounds;[5]

(d)     this Objection states in the title the identity of the objecting party (the Debtors) and the grounds for the objection;[6]

---

[2] For the Reduce Claims (**Schedule 2(B)**), the Misclassified and Reduce Claims (**Schedule 2(D)**), and the Reduce Wrong Debtor Claims (**Schedule 2(E)**), the modified values of the Claims are listed in their respective Schedules under the heading "Modified Claim amount and/or priority (1)."

[3] *See* Fed. R. Bankr. P. 3007(e)(1).

[4] *See* Fed. R. Bankr. P. 3007(e)(2).

[5] *See* Fed. R. Bankr. P. 3007(e)(3).

[6] *See* Fed. R. Bankr. P. 3007(e)(4).

(e)    this Objection is numbered appropriately;[7] and

(f)    the grounds asserted are that the proofs of claim or scheduled claims set forth claims for which Debtors are not liable, were not timely filed, have been satisfied by Debtors, are duplicative or redundant of other claims, were amended and superseded by other claims, misstate their relative priority under the Bankruptcy Code, assert or are scheduled for amounts greater than supported by Debtors' books and records, and/or are asserted against the wrong debtor entity.

25.    For the foregoing reasons, the Debtors respectfully submit that the content of this Objection is in full compliance with the Bankruptcy Rules and the Procedures Order.

26.    The Debtors further respectfully state that notice and service of this Objection will be in full compliance with the Bankruptcy Rules and the Procedures Order for the following reasons:

(a)    this Objection will be filed with the Court, made publicly available for free on Kroll's website for the Chapter 11 Cases, at https://restructuring.ra.kroll.com/purduepharma/, and served upon (i) the U.S. Trustee; and (ii) counsel for the official committee of unsecured creditors, the ad hoc committee of governmental and other contingent litigation claimants and the multi-state governmental entities group;[8]

(b)    the Debtors will also serve each Claimant affected and, if known, its counsel with an Omnibus Claims Objection Notice, as defined in the Procedures Order;[9] and

(c)    this Objection will be set for hearing.[10]

## RESERVATION OF RIGHTS

27.    The Debtors hereby reserve the right, as applicable, to object in the future to any claims subject to this Objection on any ground and to amend, modify, or supplement this

---

[7] *See* Fed. R. Bankr. P. 3007(e)(5).

[8] *See* Procedures Order ¶ 2(g), (h).

[9] *See id.* ¶ 2(f).

[10] *See id.* ¶ 7(a).

Objection to the extent an objection to a claim is not granted.  A separate notice and hearing will be scheduled for any such objection.

28.     Nothing contained herein is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors, or (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any claim.

## NOTICE

29.     Notice of this Objection will be provided to (a) the entities on the Master Service List (as defined in the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [ECF No. 498] and available on the Debtors' case website at https://restructuring.ra.kroll.com/purduepharma/) and (b) any person or entity with a particularized interest in the subject matter of this Objection (together with the entities on the Master Service List, the "**Notice Parties**").  The Debtors respectfully submit that no further notice is required.

## NO PRIOR REQUEST

30.     The Debtors have not previously sought the relief requested herein from the Court or any other court.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the proposed form of order, substantially in the form attached hereto, granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Dated:    January 27, 2026
          New York, New York

By: */s/ James I. McClammy*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors*
*and Debtors in Possession*

## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

### ORDER GRANTING DEBTORS' THIRD OMNIBUS CLAIMS OBJECTION (NO LIABILITY, LATE FILED, SATISFIED, DUPLICATIVE, REDUNDANT, AMENDED AND REPLACED, MISCLASSIFIED, REDUCED, AND/OR WRONG DEBTOR CLAIMS)

Upon the omnibus objection, dated January 27, 2026 (the "**Objection**")[2] of Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**") for entry of an order (this "**Order**"), pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and this Court's *Corrected Order Approving (I) Omnibus Claims Objection Procedures, (II) Omnibus Claims Settlement Procedures and (III) Omnibus Claims Hearing Procedures* [ECF No. 2878], seeking to disallow and expunge the claims listed on **Schedule 1** attached hereto (the "**Claims to be Disallowed and Expunged**") on the ground that such claims either set forth claims for which Debtors cannot be liable, were not timely filed, have

---

[1] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Objection.

been satisfied by Debtors, are duplicative or redundant of other claims, or were amended and

superseded by other claims, and the claims listed on **Schedule 2** attached hereto (the "**Claims to**

**be Modified**"), on the ground that such claims misstate their relative priority under the Bankruptcy

Code, assert or are scheduled for amounts greater than supported by Debtors' books and records,

and/or are asserted against the wrong debtor entity; and the Court having jurisdiction to consider

the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b) and

the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and

consideration of the Objection and the relief requested therein being a core proceeding under 28

U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409;

and due and proper notice of the Objection having been provided to the Notice Parties, and it

appearing that no other or further notice need be provided; and the Court having reviewed the

Objection and held a hearing to consider the relief requested in the Objection (the "**Hearing**"); and

the Court having determined that the legal and factual bases set forth in the Objection and at the

Hearing establish good and sufficient cause for the relief granted herein; and the Court having

determined that the relief requested is in the best interests of the Debtors, their estates, their

creditors and all parties in interest; and upon all of the proceedings had before the Court and after

due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is granted.

2.      Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, the

claims listed on **Schedule 1** attached hereto are disallowed and expunged from the claims registry.

3.      Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, the

claims listed on **Schedule 2** attached hereto are modified in the manner set forth in **Schedule 2**.

4.      The contents of the Objection and the notice procedures set forth therein are good and sufficient notice and satisfy the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York, and no other or further notice of the Objection or the entry of this Order shall be required.

5.      The Debtors, Kroll, and the Clerk of this Court are authorized to take all such actions as are necessary or appropriate to implement the relief granted in this Order.

6.      Nothing in this Order shall constitute an admission of the validity, nature, amount or priority of any claims asserted in these Chapter 11 Cases.

7.      Entry of this Order is without prejudice to the Debtors' rights to seek authorization to modify or supplement the relief granted herein.

8.      The terms and conditions of this Order are effective immediately upon entry.

9.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

White Plains, New York
Dated: _____, 2026

_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

## **Schedule 1 to Exhibit A**

**Claims to be Disallowed and Expunged**

No liability claim
Motion Page 5

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule 1(A)

Pg 88 of 142

19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| # | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 1 | ABC MOVING & STORAGE INC P.O. BOX 714 GREENVILLE NC 27835-0714 | | 1177883 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $2,093.77 (U) $2,093.77 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been fully waived pursuant to Critical Vendor Agreement |
| 2 | Airgas USA LLC 2015 Vaughn Rd, Bldg 400 Kennesa GA 30144 | | 55964 | Purdue Pharmaceuticals L.P. | 06/30/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $1,713.12 (U) $1,713.12 (T) | No liability claim | Per Debtors' books and records, asserted liability has been waived pursuant to Critical Vendor Agreement |
| 3 | AJINOMOTO ALTHEA INC P.O. BOX 51404 LOS ANGELES CA 90051 | | 1167528 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $700.00 (U) $700.00 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 4 | BAILEY, SANDRA R. 103 CANTERBURY RD WHITE PLAINS NY 10607 | | 615371 | Purdue Pharma L.P. | 08/22/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 5 | Bravo Drugs Pharmacy 1110 Lidflower Street Hollywood FL 33019 | | 267 | Purdue Pharma L.P. | 02/24/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $5,000.00 (U) $5,000.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim. Claimant did not provide support for this claim |
| 6 | CHATTEM CHEMICALS INC ATTN: ED RUSK 3708 SAINT ELMO AVE CHATTANOOGA TN 37409 | | 39 | Purdue Pharma L.P. | 10/25/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $1,895.00 (U) $1,895.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

No liability claim
Motion Page 5

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule 1(A)
Pg 89 of 142

19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 7 | ClarusONE Sourcing Servicing LLP<br>Russell Square House<br>Attn: Tom Ahern, Interim Controller<br>10-12 Russell Square<br>London WC1B 5EH<br>United Kingdom | | 137783 | Rhodes Pharmaceuticals L.P. | 07/30/2020 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | No liability claim | Claim is filed as contingent and unliquidated to preserve future rights |
| 8 | Department of Taxation<br>Kevin Wakayama (ly)<br>Department of Taxation State of Hawaii<br>Attn: Bankruptcy Unit<br>PO Box 259<br>Honolulu HI 96809 | | 35302 | Purdue Pharma L.P. | 06/15/2020 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 9 | Department of Taxation<br>State of Hawaii<br>Attn: Bankruptcy Unit<br>PO Box 259<br>Honolulu HI 96809 | | 39006 | Purdue Pharmaceutical Products L.P. | 06/15/2020 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 10 | DUKE UNIVERSITY<br>2400 PRATT ST<br>DURHAM NC 27705 | | 1177894 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,092.18 (U)<br>$21,092.18 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 11 | Dunleavy, Kevin M.<br>336 Shadow Creek Drive<br>Brentwood TN 37027 | | 5124 | Purdue Pharma L.P. | 04/13/2020 | $0.00 (S)<br>$0.00 (A)<br>$450,000.00 (P)<br>$0.00 (U)<br>$450,000.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 12 | Dzwilewski, Georgette M.<br>5575 Ladybird Lane<br>LaJolla CA 92037 | | 688 | Purdue Pharma L.P. | 03/10/2020 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

No liability claim
Motion Page 5

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Case No. 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

Schedule 1(A)
Pg 90 of 142

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 13 | Eamon, Danette M. 2700 Thomasville Ave. Henderson NV 89052 | | 3178 | Purdue Pharma L.P. | 04/02/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $342,685.44 (U) $342,685.44 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 14 | GOERICKE, PETER K. 119 SOUTH TERRACE FISHKILL NY 12524 | | 468 | Purdue Pharma L.P. | 02/29/2020 | $0.00 (S) $0.00 (A) $3,886.44 (P) $0.00 (U) $3,886.44 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 15 | INDUSTRIAL PHARMACEUTICAL 1241 HARDT CIRCLE BARTLETT IL 60103 | | 1178134 | Purdue Pharmaceuticals L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $971.89 (U) $971.89 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 16 | IQVIA INC P.O. BOX 8500-784290 PHILADELPHIA PA 19178-4290 | | 1177888 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $30,724.35 (U) $30,724.35 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 17 | Liao, Edward 671 Booth Hill Rd Trumbull CT 06611 | | 5131 | Purdue Pharma L.P. | 04/20/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 18 | National Grid 300 Erie Boulevard West Syracuse NY 13202 | | 57 | Purdue Pharma L.P. | 11/05/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $200,266.83 (U) $200,266.83 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

No liability claim
Motion Page 5

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1(A)
Pg 91 of 142

In re Purdue Pharma L.P., Case No. 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|
| 19 Premiere Communications & Consulting, Inc. Attn: Tyler Hrnicek 516 S. New Hope Road Raleigh NC 27610 | | 101 | Purdue Pharmaceuticals L.P. | 12/04/2019 | $0.00 (S) $3,832.78 (A) $0.00 (P) $0.00 (U) $3,832.78 (T) | No liability claim | Claim is misclassified as Administrative and was subsequently filed as a General Unsecured claim |
| 20 Individual Claimant Name on File | | 14596 | Purdue Pharmaceutical Products L.P. | 05/28/2020 | $2,000.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $2,000.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 21 Purple Strategies, LLC 815 Slaters Lane Alexandria VA 22314 | | 24633 | Purdue Pharma L.P. | 06/05/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $22,886.19 (U) $22,886.19 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 22 Quintiles Commercial US Inc, dba IQVIA IQVIA Commercial US Inc 100 IMS Drive 1725 Route 46 East Parsippany NJ 07054 | | 5460 | Rhodes Pharmaceuticals L.P. | 04/20/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $125,880.75 (U) $125,880.75 (T) | No liability claim | Per Debtors' books and records, asserted liability has been waived pursuant to Critical Vendor Agreement |
| 23 RHODE ISLAND DIVN OF TAXATION ONE CAPITOL HILL PROVIDENCE RI 02908 | | 65494 | Imbrium Therapeutics L.P. | 06/29/2020 | $0.00 (S) $0.00 (A) $489.17 (P) $30.00 (U) $519.17 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 24 RHODE ISLAND DIVN OF TAXATION ONE CAPITOL HILL PROVIDENCE RI 02908 | | 74543 | Rhodes Pharmaceuticals L.P. | 06/26/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $6,475.55 (U) $6,475.55 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 25 RHODE ISLAND DIVN OF TAXATION ONE CAPITOL HILL PROVIDENCE RI 02908 | | 74611 | Purdue Pharma L.P. | 06/26/2020 | $0.00 (S) $0.00 (A) $13,143.32 (P) $25,428.48 (U) $38,571.80 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

No liability claim
Motion Page 5
Schedule 1(A)
Pg 92 of 142
Case No. 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 26 | RHODE ISLAND DIVN OF TAXATION ONE CAPITOL HILL PROVIDENCE RI 02908 | | 74661 | Greenfield BioVentures L.P. | 06/26/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $519.17 (U) $519.17 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 27 | Sbrilli, Daniel Joseph 212 Wescott Road Hillsborough NJ 08844 | | 4956 | Purdue Pharma L.P. | 04/15/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 28 | SODEXO OPERATIONS LLC 9801 WASHINGTONIAN BLVD GAITHERSBURG MD 20878 | | 1178087 | Purdue Pharma Manufacturing L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $70,475.64 (U) $70,475.64 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 29 | Sodexo Operations LLC Adrienne Vadell Sturges, Esq. Sodexo, Inc. 9801 Washingtonian Blvd., Suite 1200 Gaithersburg MD 20878 | | 138030 | Purdue Pharma L.P. | 07/29/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $39,186.73 (U) $39,186.73 (T) | No liability claim | Per Debtors' books and records, asserted liability has been waived pursuant to Critical Vendor Agreement |
| 30 | SODEXO OPERATIONS LLC 9801 WASHINGTONIAN BLVD GAITHERSBURG MD 20878 | | 1178254 | Purdue Pharmaceuticals L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $70,439.12 (U) $70,439.12 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 31 | Solvay USA, Inc. Attn: Agyeman Fordjour 504 Carnegie Center Princeton NJ 08540 | | 15 | Purdue Pharma L.P. | 09/27/2019 | $0.00 (S) $88,200.00 (A) $0.00 (P) $0.00 (U) $88,200.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

No liability claim
Motion Page 5

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1(A)
Pg 93 of 142

19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 32 | The Law Office of Robert H. Alexander, Jr., P.C. Robert H. Alexander, Jr. P.O. Box 868 Oklahoma City OK 73101 | | 137792 | Purdue Pharma L.P. | 07/30/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $75,470.00 (U) $75,470.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 33 | Thompson, Toni Jean P.O. Box 23 Merrimack NH 03054-0023 | | 5697 | Purdue Pharma L.P. | 04/23/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 34 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance 1310 Madrid Street Marshall MN 56258 | | 48 | Rhodes Technologies | 10/30/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $209,161.20 (U) $209,161.20 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 35 | U.S. Customs and Border Protection Attn: REV-Bankruptcy-203Ja 8899 E. 56th Street Indianapolis IN 46249 | | 828 | Rhodes Technologies | 03/10/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 36 | U.S. Customs and Border Protection Attn: REV-Bankruptcy-203Ja 8899 E. 56th Street Suite 100 Indianapolis IN 46249 | | 830 | Rhodes Pharmaceuticals L.P. | 03/10/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 37 | U.S. Customs and Border Protection Attn: REV-Bankruptcy-203Ja 8899 E. 56th Street Indianapolis IN 46249 | | 831 | Purdue Pharma L.P. | 03/10/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim |
| 38 | UNITED PARCEL SERVICE P.O. BOX 7247 0244 PHILADELPHIA PA 19170-0001 | | 1177886 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $3,154.66 (U) $3,154.66 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been fully waived pursuant to Critical Vendor Agreement |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

No liability claim
Motion Page 5

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1(A)
Pg 94 of 142

In re Purdue Pharma L.P., 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 39 | UPS FREIGHT 28013 NETWORK PL CHICAGO IL 60673 | | 1178116 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $20.56 (U) $20.56 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been fully waived pursuant to Critical Vendor Agreement |
| 40 | UPS SUPPLY CHAIN SOLUTIONS P.O. BOX 650690 DALLAS TX 75265-0690 | | 1177793 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $37,489.72 (U) $37,489.72 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been fully waived pursuant to Critical Vendor Agreement |
| 41 | VALUECENTRIC LLC 23 COBHAM DR ORCHARD PARK NY 14127-4101 | | 1177833 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $47,782.02 (U) $47,782.02 (T) | No liability claim | Per Debtors' books and records, scheduled liability has been waived pursuant to Critical Vendor Agreement |
| 42 | Walmart, Inc. c/o Potter Anderson & Corroon LLP Attn: Jeremy W. Ryan 1313 North Market Street Wilmington DE 19801 | | 132006 | Rhodes Pharmaceuticals L.P. | 07/29/2020 | $15,114.05 (S) $0.00 (A) $0.00 (P) $0.00 (U) $15,114.05 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim. Claimant did not provide support for this claim |
| 43 | Williams Scotsman Inc P.O. BOX 91975 Suite 600/Bankruptcy CHICAGO IL 60693 | | 105 | Purdue Pharma L.P. | 12/10/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $5,094.59 (U) $5,094.59 (T) | No liability claim | Company's books and records reflect no liability with respect to this claim. Claimant did not provide support for this claim |
| | **Claims To Be Expunged Totals** | | **Count: 43** | | | **$1,923,302.72** | | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Late filed claims
Motion Page 5-6

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1(B)
Pg 95 of 142

Primary case number 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection |
|---|---|---|---|---|---|---|---|
| 1 | Individual Claimant Name on File | | 634863 | Purdue Pharma L.P. | 10/01/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Late filed claim |
| 2 | Waste Industries<br>c/o RMS<br>PO Box 19253<br>Minneapolis MN 55419 | | 115413 | Purdue Pharma L.P. | 08/04/2020 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,406.53 (U)<br>$2,406.53 (T) | Late filed claim |
| | **Claims To Be Expunged Totals** | | **Count: 2** | | | **$2,406.53** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Satisfied claims
Motion Page 6

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1(C)   Pg 96 of 142

Primary case number 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.
.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 1 | Connecticut Department of Revenue Services Collections Unit / Bankruptcy Team 450 Columbus Blvd., Ste. 1 Hartford CT 06103 | | 42730 | Purdue Pharma L.P. | 06/29/2020 | $0.00 (S) $0.00 (A) $426.81 (P) $2,248.94 (U) $2,675.75 (T) | Satisfied claim | Per Debtors' books and records, asserted liability has been fully paid |
| 2 | Individual Claimant Name on File | | 1167469 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $4,021.16 (U) $4,021.16 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 3 | Golkow Litigation Services One Liberty Place 1650 Market Street, Suite 5150 Philadelphia PA 19103 | | 138091 | Purdue Pharma L.P. | 07/29/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $3,833.05 (U) $3,833.05 (T) | Satisfied claim | Per Debtors' books and records, asserted liability has been fully paid |
| 4 | INVENTIV HEALTH CONSULTING INC 1030 SYNC ST MORRISVILLE NC 27560 | | 1177835 | Purdue Pharma L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $156,104.30 (U) $156,104.30 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid pursuant to Critical Vendor Agreement |
| 5 | INVENTIV HEALTH CONSULTING INC 1030 SYNC ST MORRISVILLE NC 27560 | | 1177965 | Rhodes Pharmaceuticals L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $206,368.89 (U) $206,368.89 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid pursuant to Critical Vendor Agreement |
| 6 | National Grid P.O. BOX 11739 NEWARK NJ 07101 | | 1167485 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $86.50 (U) $86.50 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 7 | NATIONAL GRID P.O. BOX 11739 NEWARK NJ 07101-4739 | | 1167486 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $656.04 (U) $656.04 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Satisfied claims
Motion Page 6

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document

Schedule 1(C) Pg 97 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 8 | National Grid P.O. BOX 11739 NEWARK NJ 07101 | | 1167487 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $31.90 (U) $31.90 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 9 | National Grid P.O. BOX 11739 NEWARK NJ 07101 | | 1167489 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $429.84 (U) $429.84 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 10 | National Grid P.O. BOX 11739 NEWARK NJ 07101 | | 1167496 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $87.66 (U) $87.66 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 11 | NATIONAL GRID P.O. BOX 11739 NEWARK NJ 07101-4739 | | 1167501 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $329.08 (U) $329.08 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 12 | National Grid P.O. BOX 11739 NEWARK NJ 07101 | | 1167505 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $7,491.07 (U) $7,491.07 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid |
| 13 | New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany NY 12205-0300 | | 629360 | Purdue Pharma L.P. | 12/02/2022 | $0.00 (S) $50.00 (A) $0.00 (P) $0.00 (U) $50.00 (T) | Satisfied claim | Per Debtors' books and records, asserted liability has been fully paid |
| 14 | New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany NY 12205-0300 | | 629365 | Purdue Pharmaceutical Products L.P. | 12/02/2022 | $0.00 (S) $100.00 (A) $0.00 (P) $0.00 (U) $100.00 (T) | Satisfied claim | Per Debtors' books and records, asserted liability has been fully paid |
| 15 | Pennsylvania Department of Revenue Bankruptcy Division PO Box 280946 Harrisburg PA 17128-8989 | | 75 | Greenfield BioVentures L.P. | 11/18/2019 | $0.00 (S) $0.00 (A) $200.83 (P) $0.00 (U) $200.83 (T) | Satisfied claim | Per Debtors' books and records, asserted liability has been fully paid |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Satisfied claims
Motion Page 6

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1(C)  Pg 98 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 16 | UNITED PARCEL SERVICE P.O. BOX 7247 0244 PHILADELPHIA PA 19170-0001 | | 1178005 | Rhodes Technologies | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $37.22 (U) $37.22 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid pursuant to Critical Vendor Agreement |
| 17 | UNITED PARCEL SERVICE P.O. BOX 7247 0244 PHILADELPHIA PA 19170-0001 | | 1177921 | Rhodes Pharmaceuticals L.P. | 10/29/2019 | $0.00 (S) $0.00 (A) $0.00 (P) $86.53 (U) $86.53 (T) | Satisfied claim | Per Debtors' books and records, scheduled liability has been fully paid pursuant to Critical Vendor Agreement |

| Claims To Be Expunged Totals | | Count: 17 | | | | $382,589.82 | | |

Duplicate claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1(D)        Pg 99 of 142

19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 1 | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 90111 | Purdue Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Duplicate claim | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 90109 | Purdue Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 2 | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 91442 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Duplicate claim | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 87655 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 3 | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 91465 | Purdue Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Duplicate claim | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 89012 | Purdue Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 4 | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 91467 | Nayatt Cove Lifescience Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Duplicate claim | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 91453 | Nayatt Cove Lifescience Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 5 | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 91477 | Purdue Transdermal Technologies L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Duplicate claim | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 87659 | Purdue Transdermal Technologies L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 6 | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 94695 | Purdue Pharmaceutical Products L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Duplicate claim | Landau, Craig J. 38 Island View Avenue Branford CT 06405 | 91445 | Purdue Pharmaceutical Products L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Duplicate claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1(D)                Pg 100 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 7 | Landau, Craig  J.<br>38 Island View Avenue<br>Branford CT 06405 | 91449 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate claim | Landau, Craig  J.<br>38 Island View Avenue<br>Branford CT 06405 | 91440 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| **Total** | | **Count: 7** | | **$0.00** | | | | | **$0.00** |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 101 of 142

Chapter 11 case number: 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 1 | ACE American Insurance Company<br>Duane Morris LLP c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 68498 | Greenfield BioVentures L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 2 | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 56032 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 3 | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 56600 | Purdue Transdermal Technologies L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 4 | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 56601 | Imbrium Therapeutics L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 5 | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 68489 | Purdue Pharma Manufacturing L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 6 | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 68491 | Ophir Green Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 102 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | | | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 7 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68495 | Seven Seas Hill Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 8 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68514 | Purdue Pharma of Puerto Rico | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 9 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68517 | Purdue Pharmaceutical Products L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 10 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68521 | Nayatt Cove Lifescience Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 11 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68646 | Button Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 12 | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68649 | SVC Pharma LP | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

Schedule 1 (E)
Pg 103 of 142

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 13  ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68651 | Rhodes Associates L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 14  ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 74651 | Purdue Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 15  ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75379 | Purdue Neuroscience Company | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 16  ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75488 | Rhodes Technologies | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 17  ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75490 | Rhodes Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 18  ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75491 | SVC Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE American Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 104 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 19 | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75494 | Paul Land Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 20 | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 74718 | UDF LP | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 21 | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75370 | Quidnick Land L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 22 | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 68643 | Adlon Therapeutics L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 23 | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55953 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE American Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55951 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 24 | ACE Property and Casualty Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 74676 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 105 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 25 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75512 | Adlon Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 26 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75371 | Purdue Pharma Manufacturing L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 27 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75375 | Purdue Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 28 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75031 | Purdue Pharma of Puerto Rico | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 29 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75496 | Imbrium Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 30 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75497 | Quidnick Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 106 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 31 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75498 | Purdue Transdermal Technologies L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 32 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75499 | Button Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 33 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75500 | Paul Land Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 34 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75502 | Nayatt Cove Lifescience Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 35 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75504 | Purdue Neuroscience Company | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 36 ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75508 | Purdue Pharmaceutical Products L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (E)
Pg 107 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 37 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75509 | Ophir Green Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 38 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75511 | Seven Seas Hill Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 39 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75514 | SVC Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 40 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75515 | UDF LP | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 41 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75516 | Rhodes Technologies | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 42 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75517 | Rhodes Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 108 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 43 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75518 | Rhodes Associates L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 44 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 74673 | Greenfield BioVentures L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 45 | ACE Property and Casualty Insurance Company c/o Wendy M. Simkulak, Esq. Duane Morris LLP 30 S. 17th Street Philadelphia PA 19103 | 74674 | SVC Pharma LP | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 46 | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 68659 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | ACE Property and Casualty Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75493 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 47 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75556 | Imbrium Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 48 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 65660 | SVC Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (E)
Pg 109 of 142

Redundant claims
Motion Page 6-8

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 49 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78800 | Purdue Pharmaceutical Products L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 50 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78804 | Purdue Neuroscience Company | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 51 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78805 | Nayatt Cove Lifescience Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 52 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78808 | Greenfield BioVentures L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 53 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78810 | Seven Seas Hill Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 54 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75558 | Purdue Transdermal Technologies L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule 1 (E)
Pg 110 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 55 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75561 | Purdue Pharma of Puerto Rico | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 56 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75563 | Ophir Green Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 57 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75565 | Rhodes Associates L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 58 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78794 | Purdue Pharma Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 59 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78795 | Purdue Pharma Manufacturing L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 60 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78796 | Purdue Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (E)
Pg 111 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 61 | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 79470 | Button Land L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 62 | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 79480 | SVC Pharma LP | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 63 | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 79492 | UDF LP | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 64 | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 79499 | Rhodes Technologies | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 65 | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 79505 | Rhodes Pharmaceuticals L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 66 | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 79510 | Quidnick Land L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Executive Risk Indemnity Inc.<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document

Schedule 1 (E)
Pg 112 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 67 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79513 | Paul Land Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 68 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78806 | Adlon Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 69 | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79476 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Executive Risk Indemnity Inc. Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75555 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 70 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78797 | Purdue Pharmaceutical Products L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 71 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75567 | Greenfield BioVentures L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 72 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75569 | Imbrium Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 73 | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75570 | Purdue Pharma Manufacturing L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 74 | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75572 | Purdue Transdermal Technologies L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 75 | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 78792 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 76 | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 78812 | Purdue Pharma of Puerto Rico | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 77 | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 79363 | Button Land L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 78 | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 79440 | SVC Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Federal Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 79 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79446 | Paul Land Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 80 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79452 | UDF LP | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 81 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79455 | Rhodes Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 82 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 79461 | Quidnick Land L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 83 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 78801 | Purdue Neuroscience Company | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 84 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75568 | Adlon Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 115 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 85 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 65583 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 86 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75553 | Rhodes Associates L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 87 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75549 | SVC Pharma LP | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 88 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75550 | Rhodes Technologies | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 89 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75545 | Ophir Green Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 90 Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75546 | Seven Seas Hill Corp. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (E)
Pg 116 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 91 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75547 | Nayatt Cove Lifescience Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 92 | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 65521 | Purdue Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Federal Insurance Company Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia PA 19103 | 75537 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 93 | Liberty Insurance Corporation c/o Cozen O'Connor Mark E. Felger 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137890 | Imbrium Therapeutics L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Liberty Insurance Corporation Mark E. Felger c/o Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 94 | Liberty Insurance Corporation c/o Cozen O'Connor Mark E. Felger 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137855 | Rhodes Technologies | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Liberty Insurance Corporation Mark E. Felger c/o Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 95 | Liberty Insurance Corporation Mark E. Felger c/o Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137807 | Purdue Transdermal Technologies L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Liberty Insurance Corporation Mark E. Felger c/o Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 96 | Liberty Insurance Corporation Mark E. Felger c/o Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137809 | Purdue Pharmaceuticals L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Redundant claim | Liberty Insurance Corporation Mark E. Felger c/o Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 117 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 97 | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137811 | Purdue Pharma Manufacturing L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 98 | Liberty Insurance Corporation<br>c/o Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street<br>Wilmington DE 19801 | 137823 | Purdue Pharma of Puerto Rico | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 99 | Liberty Insurance Corporation<br>c/o Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street<br>Wilmington DE 19801 | 137826 | Greenfield BioVentures L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 100 | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137832 | Rhodes Pharmaceuticals L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 101 | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137825 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Insurance Corporation<br>Mark E. Felger<br>c/o Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137802 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 102 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137875 | Adlon Therapeutics L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (E)
Pg 118 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 103 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137884 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 104 | Liberty Mutual Fire Insurance Company<br>Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137834 | Button Land L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 105 | Liberty Mutual Fire Insurance Company<br>Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137837 | Purdue Neuroscience Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 106 | Liberty Mutual Fire Insurance Company<br>Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137839 | Quidnick Land L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 107 | Liberty Mutual Fire Insurance Company<br>Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137846 | Nayatt Cove Lifescience Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 108 | Liberty Mutual Fire Insurance Company<br>c/o Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street<br>Suite 1001<br>Wilmington DE 19801 | 137851 | Paul Land Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule 1 (E)
Pg 119 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 109 Liberty Mutual Fire Insurance Company<br>Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street<br>Wilmington DE 19801 | 137853 | Purdue Pharmaceutical Products L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 110 Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137867 | Rhodes Associates L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 111 Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137869 | Purdue Pharmaceuticals L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 112 Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137872 | Rhodes Technologies | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 113 Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137873 | Rhodes Pharmaceuticals L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 114 Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137874 | SVC Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 120 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 115 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137876 | Purdue Pharma Manufacturing L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 116 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137877 | Ophir Green Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 117 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137878 | Imbrium Therapeutics L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 118 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137880 | SVC Pharma LP | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 119 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137881 | Seven Seas Hill Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 120 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137882 | Purdue Pharma of Puerto Rico | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule 1 (cont.)
Pg 121 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 121 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137883 | UDF LP | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Helmsman Management Services, LLC<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137820 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 122 | Liberty Mutual Fire Insurance Company<br>Cozen O'Connor<br>Mark E. Felger<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137889 | Purdue Transdermal Technologies L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 123 | Liberty Mutual Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137879 | Greenfield BioVentures L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 10801 | 137830 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 124 | W.W. Grainger,Inc.<br>401 South Wright Road W4W.R47<br>Janesville WI 53546 | 327 | Rhodes Pharmaceuticals L.P. | $6,324.18 (S)<br>$15,153.47 (A)<br>$0.00 (P)<br>$18.47 (U)<br>$21,496.12 (T) | Redundant claim | W.W. Grainger, Inc.<br>401 South Wright Road W4W.R47<br>Janesville WI 53546 | 326 | Rhodes Technologies | $6,324.18 (S)<br>$15,153.47 (A)<br>$0.00 (P)<br>$18.47 (U)<br>$21,496.12 (T) |
| 125 | Westchester Fire Insurance Company<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>c/o Michael Morano, Esq.<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962-2075 | 138162 | Purdue Pharma Inc. | $825,508.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>c/o Michael Morano, Esq.<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$825,508.61 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Schedule 1 (E)
Pg 122 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 126 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138164 | Purdue Pharmaceuticals L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 127 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138172 | Greenfield BioVentures L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 128 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138184 | Quidnick Land L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 129 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138197 | UDF LP | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 130 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138205 | SVC Pharma LP | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 123 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 131 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138368 | SVC Pharma Inc. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 132 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138398 | Rhodes Pharmaceuticals L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 133 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138403 | Rhodes Technologies | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 134 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138416 | Purdue Neuroscience Company | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 135 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138421 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (E)
Pg 124 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 136 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138425 | Button Land L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 137 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138428 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 138 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138460 | Seven Seas Hill Corp. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 139 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138464 | Ophir Green Corp. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 140 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138474 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 125 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 141 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138476 | Purdue Pharmaceutical Products L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 142 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138485 | Imbrium Therapeutics L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 143 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138488 | Adlon Therapeutics L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 144 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138493 | Purdue Transdermal Technologies L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |
| 145 | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138496 | Purdue Pharma Manufacturing L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company McElroy, Deutsch, Mulvaney & Carpenter, LLP c/o Michael Morano, Esq. 1300 Mt. Kemble Avenue P.O. Box 2075 Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S) $0.00 (A) $0.00 (P) $0.00 (U) $825,508.61 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 126 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 146 Westchester Fire Insurance Company<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Michael Morano, Esq.<br>1300 Mt. Kemble Ave.<br>PO Box 2075<br>Morristown NJ 07962-2075 | 138469 | Purdue Pharma L.P. | $825,508.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$825,508.61 (T) | Redundant claim | Westchester Fire Insurance Company<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>c/o Michael Morano, Esq.<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962-2075 | 138500 | Purdue Pharma L.P. | $825,508.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$825,508.61 (T) |
| 147 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 68630 | Adlon Therapeutics L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 148 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75542 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 149 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75566 | Rhodes Pharmaceuticals L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 150 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75564 | UDF LP | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 151 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75562 | SVC Pharma LP | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 127 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 152 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75559 | Purdue Pharma Manufacturing L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 153 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 55959 | Rhodes Associates L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 154 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 68639 | Quidnick Land L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 155 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75548 | Ophir Green Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 156 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75551 | Seven Seas Hill Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 157 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75552 | Greenfield BioVentures L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 128 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 158 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75554 | Imbrium Therapeutics L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 159 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75557 | Purdue Pharmaceuticals L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 160 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75527 | Purdue Transdermal Technologies L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 161 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75530 | Purdue Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 162 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75534 | Button Land L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 163 Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75536 | Nayatt Cove Lifescience Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1 (E)
Pg 129 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 164 | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75538 | Purdue Neuroscience Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 165 | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75539 | SVC Pharma Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 166 | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75540 | Rhodes Technologies | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 167 | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75541 | Purdue Pharmaceutical Products L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 168 | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75543 | Paul Land Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 169 | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75544 | Purdue Pharma of Puerto Rico | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant claim | | Westchester Surplus Lines Insurance Company<br>Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia PA 19103 | 75533 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Redundant claims
Motion Page 6-8

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1 (E)
Pg 130 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| Total | Count: 169 | | $18,182,685.54 | | | | | $18,182,685.54 |

Amended and superseded claims
Motion Page 8-9

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 1(F)    Pg 131 of 142

Primary Case No. 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 1 | Liberty Mutual Fire Insurance Company<br>Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137862 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and superseded claim | Liberty Mutual Insurance Company<br>Mark E. Felger, Esq.<br>c/o Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington DE 19801 | 137796 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 2 | Liston, Shelli Ranell<br>Porter Hedges LLP<br>Attn: Joseph D. Cohen<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | 138396 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and superseded claim | Liston, Shelli Ranell<br>Porter Hedges LLP<br>Attn: Joseph D. Cohen<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | 138327 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 3 | Sullivan, LeAvis Renee<br>10 Seahorse Ct.<br>Isle of Palms SC 29451 | 83038 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and superseded claim | Sullivan, LeAvis Renee<br>Porter Hedges LLP<br>Attn: Joseph D. Cohen<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | 91433 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 4 | Sullivan, LeAvis Renee<br>Porter Hedges LLP<br>Attn: Joseph D. Cohen<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | 91433 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and superseded claim | Sullivan, LeAvis Renee<br>Joseph D. Cohen<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | 131973 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 5 | Waugh, Jeffrey Scott<br>663 SOUTH TER<br>HUNTINGTON WV 25705-1510 | 138217 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and superseded claim | Waugh, Jeffrey Scott<br>Joseph D. Cohen<br>Porter Hedges LLP<br>1000 Main St., 36th Floor<br>Houston TX 77002 | 137449 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 6 | Weaver, Heather Paster<br>Joseph D. Cohen<br>Porter Hedges LLP<br>1000 Main St., 36th Floor<br>Houston TX 77002 | 138317 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and superseded claim | Weaver, Heather Paster<br>Porter Hedges LLP<br>Attn: Joseph D. Cohen<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | 138334 | Purdue Pharma L.P. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Amended and superseded claims
Motion Page 8-9

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 1(F)   Pg 132 of 142

Primary case number: 19-23649 (SHL)
Project name: Purdue Pharma L.P.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 7 | Worley, Brandon 4462 Rock Ridge Lane Akron OH 44333 | 49461 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Amended and superseded claim | Worley, Brandon 4462 Rock Ridge Lane Akron OH 44333 | 56966 | Purdue Pharma L.P. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| | Total | Count: 7 | | $0.00 | | | | | $0.00 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

**<u>Schedule 2 to Exhibit A</u>**

**Claims to be Modified**

Misclassified claims
Motion Page 9-10

Schedule 2(A)

Primary Case Number: 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Material Needs Consulting, LLC<br>110 Chestnut Ridge Road, #311<br>Montvale NJ 07645 | 220 | Rhodes Pharmaceuticals L.P. | 02/22/2020 | NO | $0.00 (S)<br>$4,600.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,600.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,600.00 (U)<br>$4,600.00 (T) | Misclassified claim | Claim reclassified from Administrative claim to a General Unsecured claim |
| 2 | MCGILL HOSE & COUPLING, INC<br>PO BOX 408<br>EAST LONGMEADOW MA 01028-0408 | 246 | Purdue Pharma L.P. | 02/25/2020 | NO | $0.00 (S)<br>$4,819.07 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,819.07 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,819.07 (U)<br>$4,819.07 (T) | Misclassified claim | Claim reclassified from Administrative claim to a General Unsecured claim |
| 3 | Scifo, Anthony J.<br>25175 N. Pawnee Rd.<br>Barrington IL 60010 | 814 | Purdue Pharma L.P. | 03/09/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$18,388.13 (P)<br>$0.00 (U)<br>$18,388.13 (T) | $0.00 (S)<br>$0.00 (A)<br>$13,650.00 (P)<br>$4,738.13 (U)<br>$18,388.13 (T) | Misclassified claim | Claim reclassified from Priority claim to a General Unsecured claim |
| 4 | THE LYNX GROUP LLC<br>1249 S RIVER RD STE 202A<br>CRANBURY NJ 08512 | 3172 | Imbrium Therapeutics L.P. | 03/19/2020 | NO | $0.00 (S)<br>$54,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$54,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$54,000.00 (U)<br>$54,000.00 (T) | Misclassified claim | Claim reclassified from Administrative claim to a General Unsecured claim |
| 5 | Vinyl Development LLC DBA Zudy<br>PO Box 128<br>South Harwich, MA 02661 | 186 | Purdue Pharma L.P. | 02/10/2020 | NO | $0.00 (S)<br>$900.00 (A)<br>$0.00 (P)<br>$9.00 (U)<br>$909.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$909.00 (U)<br>$909.00 (T) | Misclassified claim | Claim reclassified from Administrative claim to a General Unsecured claim |
| | **Claims to be modified totals** | **Count: 5** | | | | **$82,716.20** | **$82,716.20** | | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reduced claim
Motion Page 9-10

19-23649-shl   Doc 8544   Filed 01/27/26   Entered 01/27/26 23:44:15   Main Document
Schedule 2(B)      Pg 135 of 142

Primary Case Number 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Belway Electrical Contracting Corp<br>66 South Central Avenue<br>Elmsford NY 10523 | 56950 | Purdue Pharma L.P. | 07/02/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$163,046.10 (U)<br>$163,046.10 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,521.10 (U)<br>$3,521.10 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 2 | CENPLEX BUILDING SERVICES<br>6301 ANGUS DR #C<br>RALEIGH NC 27619 | 796 | Purdue Pharma Manufacturing L.P. | 03/05/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,928.63 (U)<br>$3,928.63 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,010.44 (U)<br>$2,010.44 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 3 | CENPLEX BUILDING SERVICES<br>6301 ANGUS DR #C<br>RALEIGH NC 27619 | 1178195 | Purdue Pharmaceuticals L.P. | 10/29/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$959.10 (U)<br>$959.10 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$581.85 (U)<br>$581.85 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 4 | Chemaqua<br>2727 Chemsearch Blvd<br>Irving TX 75062 | 119 | Purdue Pharma L.P. | 12/09/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,144.94 (U)<br>$10,144.94 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,154.97 (U)<br>$7,154.97 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 5 | Consumer Wellness Solutions, Inc.<br>P O Box 402617<br>Atlanta GA 30384-2617 | 3395 | Purdue Pharma L.P. | 04/03/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$776.25 (P)<br>$0.00 (U)<br>$776.25 (T) | $0.00 (S)<br>$0.00 (A)<br>$375.00 (P)<br>$0.00 (U)<br>$375.00 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 6 | DEERFIELD AGENCY<br>950 W VALLEY RD STE 3000<br>WAYNE PA 19087 | 1167585 | Adlon Therapeutics L.P. | 10/29/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,335.00 (U)<br>$15,335.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,605.00 (U)<br>$8,605.00 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 7 | Dell Marketing, L.P.<br>Dell, Inc<br>One Dell Way, RR1, MS 52<br>Round Rock TX 78682 | 28 | Purdue Pharma L.P. | 10/17/2019 | NO | $0.00 (S)<br>$9,126.08 (A)<br>$0.00 (P)<br>$21,135.42 (U)<br>$30,261.50 (T) | $0.00 (S)<br>$9,126.08 (A)<br>$0.00 (P)<br>$20,330.55 (U)<br>$29,456.63 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document

Reduced claim
Motion Page 9-10

Schedule 2(B)

Pg 136 of 142

Primary Case No. 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Dell Technologies EMC Dell, Inc One Dell Way, RR1, MS 52 Round Rock TX 78682 | 67 | Purdue Pharma L.P. | 11/08/2019 | NO | $0.00 (S) $0.00 (A) $0.00 (P) $43,750.00 (U) $43,750.00 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $33,979.06 (U) $33,979.06 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 9 | DOMINION ENERGY P.O. BOX 100256 COLUMBIA SC 29202-3256 | 1167548 | Purdue Pharma Manufacturing L.P. | 10/29/2019 | NO | $0.00 (S) $0.00 (A) $0.00 (P) $6,041.91 (U) $6,041.91 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $4,779.20 (U) $4,779.20 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 10 | Duke Energy Carolinas 550 South Tryon Street Charlotte NC 28202 | 74 | Purdue Pharma L.P. | 11/18/2019 | NO | $0.00 (S) $0.00 (A) $0.00 (P) $63,327.37 (U) $63,327.37 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $43,179.38 (U) $43,179.38 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 11 | eResearchTechnology, Inc. 1818 Market Street Suite 1000 Philadelphia PA 19103 | 74085 | Imbrium Therapeutics L.P. | 07/22/2020 | NO | $0.00 (S) $0.00 (A) $0.00 (P) $5,699.34 (U) $5,699.34 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $4,867.45 (U) $4,867.45 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 12 | Holland & Hart LLP P.O. Box 8749 Denver CO 80201-8749 | 196 | Purdue Pharma L.P. | 01/17/2020 | NO | $0.00 (S) $0.00 (A) $0.00 (P) $81,847.76 (U) $81,847.76 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $77,034.87 (U) $77,034.87 (T) | Reduced claim | Portion of the asserted claim is for post petition liabilities and claim has been reduced to the amount reflected in the Debtors' books and |
| 13 | JOHNSON CONTROLS INC P.O. BOX 730068 DALLAS TX 75373-0068 | 1178086 | Purdue Pharmaceuticals L.P. | 10/29/2019 | NO | $0.00 (S) $0.00 (A) $0.00 (P) $6,493.71 (U) $6,493.71 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $3,937.97 (U) $3,937.97 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reduced claim
Motion Page 9-10

Primary Case Docket No.: 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 14 | Marcum LLP<br>555 Long Wharf Drive, 8th Floor<br>New Haven CT 06511 | 115450 | Purdue Pharma L.P. | 07/30/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,403.63 (U)<br>$9,403.63 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,522.08 (U)<br>$8,522.08 (T) | Reduced claim | Portion of the asserted claim is for post petition finance charges and claim has been reduced to the amount reflected in the Debtors' books and records |
| 15 | MAROVINO VISUAL STRATEGY INC<br>ATT: DOMENICA MELE, CONTROLLER<br>2275 LAKESHORE BLVD WEST, SUITE 201<br>TORONTO ON M8V 3Y3 CANADA | 20 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | 10/08/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,525.00 (U)<br>$8,525.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,525.00 (U)<br>$5,525.00 (T) | Reduced claim | Portion of the asserted claim has been previously satisfied and claim has been reduced to the amount reflected in the Debtors' books and records |
| 16 | PARTICLE SCIENCES INC<br>3894 COURTNEY ST STE 180<br>BETHLEHEM PA 18017 | 1177850 | Purdue Pharma L.P. | 10/29/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,600.94 (U)<br>$1,600.94 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750.00 (U)<br>$750.00 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 17 | REILLY MCDEVITT & HENRICH<br>3 EXECUTIVE CAMPUS STE 310<br>CHERRY HILL NJ 08002 | 47 | Purdue Pharma L.P. | 10/30/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,892.00 (U)<br>$5,892.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,922.50 (U)<br>$4,922.50 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 18 | Sodexo Operations LLC<br>Adrienne Vadell Sturges, Esq.<br>Sodexo, Inc.<br>9801 Washingtonian Blvd., Suite 1200<br>Gaithersburg MD 20878 | 138036 | Purdue Pharma Manufacturing L.P. | 07/29/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,148.26 (U)<br>$24,148.26 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$344.62 (U)<br>$344.62 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records pursuant to Critical Vendor Agreement |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Staples Business Advantage 7 Technology Circle Columbia SC 29203 | 62 | Purdue Pharma L.P. | 09/23/2019 | NO | $0.00 (S) $0.00 (A) $0.00 (P) $6,259.80 (U) $6,259.80 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $2,532.67 (U) $2,532.67 (T) | Reduced claim | Portion of the asserted claim has been previously satisfied and claim has been reduced to the amount reflected in the Debtors' books and records |
| 20 | The Nielsen Company US, LLC 250 East 5th Street 9th Floor Cincinnati OH 45202 | 79484 | Purdue Products L.P. (f/k/a Avrio Health L.P.) | 07/13/2020 | YES | $0.00 (S) $0.00 (A) $0.00 (P) $114,223.50 (U) $114,223.50 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $114,223.50 (U) $114,223.50 (T) | Reduced claim | Claim is liquidated to the asserted amount and as reflected in the Debtors' books and records |
| 21 | Thermo Fisher Scientific Tucker Arensberg, P.C. Jordan S. Blask, Esq. 1500 One PPG Place Pittsburgh PA 15222 | 55974 | Purdue Pharma L.P. | 06/30/2020 | NO | $0.00 (S) $0.00 (A) $0.00 (P) $185,471.93 (U) $185,471.93 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $67,669.26 (U) $67,669.26 (T) | Reduced claim | Portion of the asserted claim has been previously satisfied and claim has been reduced to the amount reflected in the Debtors' books and records |
| 22 | Thompson Coburn LLP c/o Mark V. Bossi, Esq. One US Bank Plaza, Suite 2700 St. Louis MO 63101 | 958 | Purdue Pharma L.P. | 03/18/2020 | NO | $0.00 (S) $0.00 (A) $0.00 (P) $21,837.21 (U) $21,837.21 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $20,936.76 (U) $20,936.76 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 23 | VEEVA SYSTEMS INC 4637 CHABOT DR STE 210 SAN RAMON CA 94582 | 1178239 | Imbrium Therapeutics L.P. | 10/29/2019 | NO | $0.00 (S) $0.00 (A) $0.00 (P) $2,392.89 (U) $2,392.89 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $797.63 (U) $797.63 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| 24 | WB MASON CO INC ATTN: LISA M FIORE 59 CENTRE ST BROCKTON MA 02301 | 516 | Purdue Pharma L.P. | 03/02/2020 | NO | $0.00 (S) $958.74 (A) $0.00 (P) $3,517.83 (U) $4,476.57 (T) | $0.00 (S) $958.74 (A) $0.00 (P) $2,150.38 (U) $3,109.12 (T) | Reduced claim | Portion of the asserted claim has been previously satisfied and claim has been reduced to the amount reflected in the Debtors' books and records |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reduced claim
Motion Page 9-10

Schedule 2(B)
Pg 139 of 142

Primary Case No. 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 25 | XEROX CORPORATION P.O. BOX 827598 PHILADELPHIA PA 19182 | 1178013 | Rhodes Technologies | 10/29/2019 | NO | $0.00 (S) $0.00 (A) $0.00 (P) $2,369.53 (U) $2,369.53 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $202.30 (U) $202.30 (T) | Reduced claim | Claim has been reduced to the amount reflected in the Debtors' books and records |
| | **Claims to be modified totals** | **Count: 25** | | | | **$818,212.87** | **$449,018.36** | | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Wrong debtor claims
Motion Page 9-10

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 2(C)                Pg 140 of 142

Primary Case Number: 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original creditor | Claim transferred to | Claim number | Current Debtor | Proposed Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CLOCKWELL STRATEGY LLC MAUREEN WENDELL 3 LAURA LANE SARATOGA SPRINGS NY 12866 | | 145 | Purdue Pharma L.P. | Imbrium Therapeutics L.P. | 01/06/2020 | $0.00 (S) $0.00 (A) $0.00 (P) $29,030.77 (U) $29,030.77 (T) | Wrong debtor claim | Claim modified to reflect the Debtor reflected on Debtors' books and records |
| 2 | Euler Hermes N.A. Insurance Co. Agent of United States Pharmacopeial Convention, Inc., The Claim ID 000434516 800 Red Brook Blvd. Owings Mills MD 21117 | | 174 | Purdue Pharma L.P. | Purdue Pharmaceuticals L.P. | 01/27/2020 | $0.00 (S) $586.00 (A) $0.00 (P) $14,435.00 (U) $15,021.00 (T) | Wrong debtor claim | Claim modified to reflect the Debtor reflected on Debtors' books and records |
| | **Claims to be modified totals** | | **Count: 2** | | | | **$44,051.77** | | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reduce & reclass claims
Motion Page 9-10

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 2(D)    Pg 141 of 142

Primary Case Number: 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | HB Communications, Inc 60 Dodge Ave North Haven CT 06473 | 50 | Purdue Pharma L.P. | 10/31/2019 | NO | $0.00 (S) $60,797.77 (A) $0.00 (P) $0.00 (U) $60,797.77 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $29,475.84 (U) $29,475.84 (T) | Reduce & reclass | Claim has been reduced to the amount reflected in the Debtors' books and records and reclassified as a general unsecured claim |
| 2 | Nixon Peabody LLP Attn: David Vicinanzo Exchange Place 53 State Street Boston MA 02109 | 23414 | Purdue Pharma L.P. | 06/03/2020 | NO | $201.40 (S) $0.00 (A) $0.00 (P) $14,776.00 (U) $14,977.40 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $12,393.00 (U) $12,393.00 (T) | Reduce & reclass | Claim has been reduced by post-petition liabilities and reclassified as a general unsecured claim |
| 3 | W.W. Grainger, Inc. 401 South Wright Road W4W.R47 Janesville WI 53546 | 283 | Purdue Pharmaceuticals L.P. | 02/20/2020 | YES | $6,324.18 (S) $15,153.47 (A) $0.00 (P) $18.47 (U) $21,496.12 (T) | $0.00 (S) $679.29 (A) $0.00 (P) $0.00 (U) $679.29 (T) | Reduce & reclass | Claim has been reduced to the amount reflected in the Debtors' books and records and reclassified as an administrative claim |
| 4 | W.W. Grainger, Inc. 401 South Wright Road W4W.R47 Janesville WI 53546 | 294 | Purdue Pharma Manufacturing L.P. | 02/20/2020 | YES | $6,324.18 (S) $15,153.47 (A) $0.00 (P) $18.47 (U) $21,496.12 (T) | $0.00 (S) $912.59 (A) $0.00 (P) $0.00 (U) $912.59 (T) | Reduce & reclass | Claim has been reduced to the amount reflected in the Debtors' books and records and reclassified as an administrative claim |
| 5 | W.W. Grainger, Inc. 401 South Wright Road W4W.R47 Janesville WI 53546 | 326 | Rhodes Technologies | 02/20/2020 | YES | $6,324.18 (S) $15,153.47 (A) $0.00 (P) $18.47 (U) $21,496.12 (T) | $0.00 (S) $12,704.79 (A) $0.00 (P) $0.00 (U) $12,704.79 (T) | Reduce & reclass | Claim has been reduced to the amount reflected in the Debtors' books and records and reclassified as an administrative claim |
| | **Claims to be modified totals** | **Count: 5** | | | | **$140,263.53** | **$56,165.51** | | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Wrong debtor reduce claims
Motion Page 9-10

19-23649-shl    Doc 8544    Filed 01/27/26    Entered 01/27/26 23:44:15    Main Document
Schedule 2(E)Pg 142 of 142

Pin./case Number: 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original Creditor | Claim to be modified | Current Debtor | Proposed Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | City of Wilson<br>Attn: Matthew Nestor<br>PO Box 10<br>Wilson NC 27894 | 619 | Purdue Pharma Inc. | Purdue Pharmaceuticals L.P. | 03/05/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$174,545.16 (U)<br>$174,545.16 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$109,964.58 (U)<br>$109,964.58 (T) | Wrong debtor reduce claim | Portion of the filed claim has been reduced to the amount and against the Debtor reflected in the Debtors' books and records |
| 2 | CLOCKWELL STRATEGY LLC<br>MAUREEN WENDELL<br>3 LAURA LANE<br>SARATOGA SPRINGS NY 12866 | 144 | Purdue Pharma L.P. | Imbrium Therapeutics L.P. | 01/06/2020 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,369.23 (U)<br>$15,369.23 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,200.00 (U)<br>$7,200.00 (T) | Wrong debtor reduce claim | Portion of the filed claim has been previously satisfied and claim has been reduced to the amount and against the Debtor reflected in the Debtors' books and records |
| 3 | DEERFIELD AGENCY, INC.<br>950 WEST VALLEY ROAD<br>SUITE 3000<br>WAYNE PA 19087 | 4 | Purdue Pharma L.P. | Adlon Therapeutics L.P. | 10/01/2019 | NO | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,801.24 (U)<br>$27,801.24 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,730.00 (U)<br>$6,730.00 (T) | Wrong debtor reduce claim | Portion of the filed claim has been previously satisfied and claim has been reduced to the amount and against the Debtor reflected in the Debtors' books and records |
| | **Claims to be modified totals** | **Count: 3** | | | | | **$217,715.63** | **$123,894.58** | | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total