SDNY BANKRUPTCY COURT

RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #63478

MOTIONS SANCTIONS RESPONSE TO DOC 8545, 8546 & 8547

NO HEARING DATE WELL BEFORE MARCH 1ST HAS BEEN SCHEDULED RE MS WALKERS PETITIONS FOR WHICH MS WALKER SEEKS $10K USD PER DAY ON TOP OF PREVIOUSLY REQUESTED SANCTION AMOUNTS.

NO LETTER THAT MS WALKER REVOKED HER OPT-IN FOR THE SACKLER CASH BRIBE IN EXCHANGE FOR AN IN PERPETUITY RELEASE SO THE NON DEBTOR SACKLERS AVOID FUTURE LITIGATION FOR WHICH MS WALKER SEEKS $10K PER DAY ON TOP OF PREVIOUSLY REQUESTED SANCTION AMOUNTS.

NO SECURITY SYSTEM CASH HAS BEEN PROVIDED TO MS WALKER WHO DOESNOT HAVE UP FRONT CASH TO PURCHASE FOR WHICH I SEEK $1M USD SHOULD COVER IT INCLUDING DAMAGES QUASI MS WALKER DOESNOT EVEN EXIST.

WHERE ARE MS WALKERS 50% & 25% REVOCATION BILLS FOR THE PURDUE PHARMA ACCEPTED PI CLAIM TRUST TO BE EQUALLY DISTRIBUTED FOR LEGAL INCOMPETENCE?

AKIN GUMP HAS SCHEDULES NO ZOOM FOR PRO SE'S FOR THE NEXT WEEK 2.4.26 HEARING TO EXPLAIN PROCEDURE WHICH MS WALKER HAS REQUESTED BUT ALAS……THIS ISNOT CONSISTENT WITH THE SEVERAL ZOOMS WHERE WELL I CAN ONLY TYPE FOR MYSELF I WAS COERCED INTO CHECKING THE OPT IN BOX, FUNNY THE GOVERNMENT USED THIS TERM SEE…



**DOC 8545**

I OBJECT TO FILINGS UNDER SEAL. MY PRIVATE IDENTIFIABLE DATA HAS ALREADY BEEN EXPOSED AND I CONTINUOUSLY

BIT LATE FOR THIS CONSIDERING ALL PRO SE FILINGS MINUS LEGAL REPRESENTATION HAVE ALREADY BEEN EXPOSED & HAVE CAUSED SOME OF US TO BE HARASSED NOT STOPPED IT.

**Constitute personally identifiable information that is vital information to perpetrators of identity theft, stalking, and intimate partner violence alike, and that publishing such information facilitates an identity thief's search for data and a stalker's or abuser's ability to find
his or her target."**

UM HOW WILL THE NON DEBTORS BE COMING AFTER PURDUE PI CLAIMANTS FOR RETRIBUTION?

**10. Here, more than sufficient cause exists for the Court to grant the relief requested. The Personal Identifying Information in the Objection includes the names and physical addresses of Claimants that, if publicly disclosed, could create undue risk to the individual Claimants' interests.**

QUASI THIS HASNOT ALREADY HAPPENED. LOOK AT HOW MY PTSD UPSET VOICE IS TREATED QUASI I HAVE NO RIGHT TO EVEN SPEAK BECAUSE NO ONE LIKES MY VOICE. WAIT SO WE MAY BE DIAGNOSED WITH WHAT EXACTLY IS AN 'UNFAVORABLE MEDICAL CONDITION' QUASI BEING A PATIENT PRESCRIBED

PURDUE PHARMA DRUGS BY OUR DOCTORS AND MEDICARE AND THE GOVERNMENT ALLOWED ARE NOT 'UNFAVORABLE MEDICAL CONDITIONS' AND IN FACT THIS IS WHY PURDUE PHARMA PI CLAIMANTS SHOULD BE ASSOCIATED VERY CLEARLY THAT DUE TO PURDUE PHARMA WE DO IN FACT HAVE MEDICAL CONDITIONS RELATED TO INJURIES FROM TAKING PURDUE PHARMA DRUGS AND WHY PURDUE PI CLAIMANT PATIENT VICTIMS ARE WHO SHOULD BE GETTING THE $7.4 BILLION USD AND THE GOVERNMENT GETTING THE $800M USD SO PURDUE PATIENT VICTIMS ARE PROVIDED CASH FOR FUTURE MEDICAL CONDITIONS WE MAY NOT EVEN BE AWARE OF AND WE ARE WHO GET THE PURDUE PHARMA OPIOID 'ABATEMENT' AS WE ARE THE IN FACT VICTIMS.

**11. Moreover, as in Endo, publicly disclosing the names and addresses of certain Claimants may risk "necessarily associat[ing] them with an unfavorable medical condition."**

THIS MAKES NO SENSE

**Here, the Objection seeks to disallow Claims predicated on personal injury liability**

WOW PROVES MY PREVIOUS STATEMENT THAT WE ALREADY HAVE THE 'SOCIAL STIGMA INJURIES & DAMAGES FROM NOT 'OPIOID ADDICTION' BUT SPECIFICALLY HAVING BEEN A PATIENT PRESCRIBED *PURDUE PHARMA BRAND OPIOIDS….NOT JUST ANY OLD OPIOIDS IN THIS VERY PARTICULAR PURDUE PHARMA CASE AND FOR WHICH DAVIS POLK I WILL LIKE REAL LAWYERS REPEAT MYSELF AGAIN AGAIN AGAIN WILL REFUSE CLAIMS IF OUR DOCTORS DID NOT SPECIFICALLY WRITE 'OXYCONTIN' & WHY THE PATIENT VICTIMS MUST GET THE $7.4B AS PURDUE PHARMA PATIENT VICTIMS ARE WHO NEED THE ABATEMENT CASH NOT DRUG ADDICTS ON FENTANYL, HEROIN, CRACK, COCAINE, LSD, SHROOMS, ALCOHOL, OR ANY OTHER DRUG I HAVE NEVER EVEN HEARD OF.  THIS ALSO BEGS AGAIN THE QUESTION SO AMERICAN TAXPAYERS WILL BE PAYING ALL FUTURE NEW COMPANY KNOA DEATH & INJURY CLAIMS AND WHY ANY CASH *WRONGFULLY I ARGUE PAID TO STATES & GOVERNMENT MUST BE PLACED IN A TRUST FOR ALL FUTURE INJURY & DEATH CAUSED BY THE SAME DRUGS PURDUE PHARMA IS IN BANKRUPTCY OVER.

**privacy interests is uniquely significant in 'opioid' cases," in light of social stigma related to opioid addiction**

WAIT SO 'PROTECTABLE' NOT OUR MEDICAL CONDITIONS PAYABLE DAMAGES FOR ALL FUTURE MEDICAL ISSUES & ABATEMENT…..OBVIOUSLY YOU ALL HAVE NOT MEDICARE WHERE WE THE DISABLED PEOPLE ARE TREATED LIKE BUGS

DUE TO OUR MEDICAL CONDITIONS CAUSED BY USE OF PURDUE PHARMA BRAND DRUGS.

**Claimants' medical information constitutes a protectable interest**

**NEXT DOC 8546**

THIS IS EXACTLY WHY THE *PREMATURE BOX CLICK OPT-IN FOR A NON DEBTOR SACKLER CASH BRIBE IN EXCHANGE FOR AN IN PERPETUITY RELEASE SO THE NON DEBTOR SACKLERS AVOID FUTURE LITIGATION IN FACT TOOK AWAY THE RIGHTS OF EVERY PURDUE PHARMA CLAIMAINT WHOSE ISSUES ARE NOT RESOLVED PRIOR TO THE MARCH 1ST 2023 NEW DEADLINE UNLESS THIS COURT & DEBTORS COUNCIL CAN GUARANTEE EVERY PURDUE PHARMA PI CLAIM WILL BE RESOLVED BY THEN.

**The Objection requests that the Bankruptcy Court disallow and expunge the claims listed on Schedule 1 attached hereto (collectively, "Claims to be Disallowed and Expunged"), on the ground that they lack sufficient supporting documentation.**

YET AGAIN DEBTORS & THEIR COUNCIL WANT TO MANDATE DATES & CERTAIN TIME PERIODS WHILE CHANGING ALLOWING AMENDING OR NOT EVEN SETTING OTHER DATES OF VITAL IMPORTANCE TO ANY PLAN…..BUT ALAS RIGHTS IN THIS CASE ARE VERY NOT RECIPROCAL.

**certain mandatory actions by a claimant within certain time periods**

WOW JUST NO NOTICE AT ALL BECAUSE DEBTORS WROTE SO…..uh huh beyond not fair.

**Failure to comply with the Omnibus Claims Hearing Procedures may result in the expungement or disallowance of a claim without further notice to a claimant.**

WHAT THIS SHOULD READ IS 'IF YOU FAIL TO COMPLY TOO BAD YOU HAVE ALREADY GIVEN UP THE RIGHT TO PETITION THE NON DEBTOR SACKLERS IN COURT IF YOU WERE NOT INFORMED IF YOU HAVE LEGAL REPRESENTATION YOU GAVE UP THAT RIGHT IF YOU OPTED IN VIA PREMATURE BOX CHECK IF YOU DO NOT REVOKE THE BOX CHECK PRIOR TO MARCH 1, 2026' WHEN PURDUE PI CLAIMANTS HAVE NO THING TO RELEASE THE NON DEBTOR SACKLERS FOR TO BEGIN WITH.

**If you do NOT oppose the disallowance and expungement of your claim(s) listed on Schedule 1, then you do NOT need to file a written response to the Objection, and you do NOT need to appear at the hearing**

PFFFFFHHHHH UNLESS DEBTORS & DEBTORS COUNCIL ADJOURN & AMEND THE DATES MANY OF WHICH HAVE NEVER EVEN BEEN SET, AGAIN AGAIN AGAIN AGAIN & IF YOU HAVE NO CASH & ARE A QUALIFIED PAUPER YOU HAVE NO RIGHTS AT ALL TO THE SAME E COURT THAT REQUIRES NO MAIL SERVICE & NOT ONLY WASTES TAXPAYER CASH SPENT ON ECOURT FILING SYSTEM BUT CASH & TIME & THE USPS IS NOT ALWAYS COMPETETENT LIKE LAWYERS & JUDGES.

**A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Sean H. Lane, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601; (ii) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Marshall S. Huebner, Ben Kaminetzky, Marc J. Tobak, and Joshua N. Shinbrot), counsel to the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Arik Preis, Mitchell P. Hurley, Sara L. Brauner, and Theodore James Salwen), counsel to the Official Committee of Unsecured Creditors appointed in these cases.**

WHAT LATER DATE….OBVIOUSLY AFTER THE MARCH 1, 26 NEW NON DEBTOR SACKLER BRIBE OPT OUT DEADLINE THAT ISNOT FAIR AGAIN.

**he Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date**

THIS IS A NOT HER AMENDMENT I TO PETITION INFRINGEMENT & VIOLATION, QUASI WE THE PEOPLE HAVE NO CONSTITUTIONAL OR OTHER PROVIDED RIGHTS AT ALL.

**CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS**

**DOC 8547**

RIDICULOUS WHEN THEY ARE IN NO DATE OR NUMBER ORDER AND THERE ARE OVER 8500 PAGES. SO IS MS WALKERS CLAIM FOR WHICH I HAVE RECEIVED ZERO DEFICIENCY NOTICE TO DATE & SINCE EDGAR RESPONDED IN NOVEMBER OF 2025 HE HAD BEGUN, I DIGRESS, INCLUDED YES OR NO?



WAIT SO AKIN GUMP IS REPRESENTING THE DEBTORS ALSO ALONG WITH DAVIS POLK……hmmmmmmm

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN PROOFS OF CLAIM AND SCHEDULED CLAIMS IDENTIFIED HEREIN. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 TO EXHIBIT A ANNEXED TO THIS OBJECTION. TO THE EXTENT THAT YOU ARE THE HOLDER OF A CLAIM SUBJECT TO THIS OBJECTION AND YOU DO NOT OBJECT, YOU WILL BE DEEMED TO CONSENT TO THE RESOLUTION OF THIS OBJECTION IN RESPECT OF YOUR CLAIM BY A FINAL ORDER ENTERED BY THE BANKRUPTCY COURT**

OK OWWWWWWWWWWWWW MY ARTHRITIS IS A NIGHTMARE SO MS WALKER IS DAH DAH DAH DAH DONE.


ROSEMARY HELEN ZIZIROS WALKER    1.28.26 7:32 AM

CERT OF SERVICE I PROMISE I EMAILED AKIN, DAVIS POLK, EDGAR G, PAUL S & PURDUE PI TRUST