DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**AGENDA FOR FEBRUARY 4, 2026 HEARING
REGARDING MOTIONS FOR STAY PENDING APPEAL**

| | |
|---|---|
| Time and Date of Hearing: | February 4, 2026 at 2:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | The Hearing will be held in front of the Honorable Sean H. Lane, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York. |
| | The Hearing will take place in a hybrid fashion both in person and via Zoom for Government®. Those wishing to participate in the Hearing in person may appear before the Court in Courtroom No. 147, located at 300 Quarropas Street, White Plains, New York 10601. For those wishing to participate remotely, the Hearing will be conducted via Zoom for Government®. Any party that wishes to |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

examine any witness *is required to do so in person* at the Court during the evidentiary portion of the Hearing. Pursuant to Judge Lane's Chambers Rules on Remote and In-Person Proceedings, no witnesses may be examined remotely over Zoom. Any parties wishing to appear at or attend the Hearing (whether "live" or "listen only") are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the business day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 558 8656, Meeting ID 996 6187 9117 Passcode 264889.

### I. Motions for Stay Pending Appeal

1. ***Ellen Issacs Stay Motion.*** Emergency Motion for Stay Pending Appeal [ECF No. 8338]

    Related Documents:

    A. Notice of Motion filed by Ellen Isaacs [ECF No. 8342]

    Status: This matter is going forward on a contested basis.

2. ***Rosemary Walker Stay Motion.*** Motion to Stay the Confirmation [ECF No. 8387]

    Related Documents:

    A. Letter to Stay the Plan Confirmation Right Now Request Damages & Fines Motion filed by Rosemary Walker [ECF No. 8410]

    B. Letter Regarding Additional Request to Stay the Confirmation filed by Rosemary Walker [ECF No. 8448]

    Status: This matter is going forward on a contested basis.

3. ***Amanda Morales Stay Motion.*** Motion for Stay Pending Appeal to Vacate Purdue Pharma's Plan Provisions that Extinguish All Opioid Claims Including Failure to Warn Oxycontin Interactions Antidepressants Causing Serotonin Syndrome Wrongful Death Claims Unrelated to the Opioid Crisis and Remand with Instructions that Such Claims be Decided on the Merits [ECF No. 8408]

    Status: This matter is going forward on a contested basis.

4. ***Maria Ecke Stay Motion.*** Notice of Motion of Stay and Stay of the Confirmation of Purdue Pharma et. al. for Due Process and Designation of Items [ECF No. 8419]

> <u>Status</u>: This matter is going forward on a contested basis.

5. ***Mary Jannotta Stay Motion.*** Motion for Stay Pending Appeal [ECF No. 8435-1]

   <u>Status</u>: This matter is going forward on a contested basis.

6. ***Keith Redwood Stay Motion.*** Motion to Stay Appeal for Purposes of Mediation and Conditional Voluntary Dismissal [ECF No. 8472][2]

   <u>Status</u>: This matter is going forward on a contested basis.

II. **Omnibus Oppositions to Motions for Stay Pending Appeal**

   1. ***Debtors'*** Omnibus Memorandum of Law in Opposition to Motions to Stay the Confirmation Order [ECF No. 8458]

      A. Declaration of Jesse DelConte [ECF No. 8459]

      B. Debtors' Limited Statement in Response to Keith E. Redwood's Motion to Stay Appeal [ECF No. 8495]

   2. ***Official Committee of Unsecured Creditors'*** Opposition to Motions for Stay Pending Appeal [ECF No. 8462]

   3. ***Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants'*** Objection to Motions Seeking a Stay of the Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization [ECF No. 8461]

   4. ***Multi-State Governmental Entities Group's*** Opposition to the Motions for Stay Pending Appeal [ECF No. 8457]

   5. ***Ad Hoc Group of Individual Victims'*** Joinder in Oppositions to Motions for Stay Pending Appeal [ECF No. 8460]

III. **Replies in Further Support of Motions for Stay Pending Appeal**

   1. ***Rosemary Walker***

      A. Response to the Opposition of the Multi-State Governmental Entities Group to the Motions for Stay Pending Appeal [ECF No. 8468]

      B. Response to The Ad Hoc Group of Individual Victims' Joinder in Oppositions to Motions for Stay Pending Appeal [ECF No. 8469]

      C. Response to Debtors' Opposition to Motions to Stay [ECF No. 8475]

---

[2] Keith Redwood's motion was filed on January 2, 2026, which is 15 days after the December 18, 2025 deadline to file such motions set by the *Order Setting Deadlines Related to the Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization* (ECF No. 8394) (the "**Scheduling Order**").

2. *Amanda Morales* Response to Debtors' Objection for Stay Pending Appeal [ECF No. 8476]

3. *Laurie Danielle Pitts-Tillman* Protective Response and Reservation of Rights Regarding Stay Pending Appeal [ECF No. 8470]

**IV. Related Notices and Orders**

1. Order Setting Deadlines Related to the Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization [ECF No. 8394]

2. Notice of Hearing on Motions for Stay Pending Appeal [ECF No. 8533]

Dated: February 1, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

By: /s/ *Ben Kaminetzky*
Ben Kaminetzky

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors
and Debtors in Possession*