SDNY BANKRUPTCY COURT

RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #63478

MOTION FOR SANCTIONS

THIS WAS & IS COERCION & BLACKMAIL FOR A MO MONEY BRIBE BY LAWYERS & DEBTORS LAWYERS …..WHO CAN NOT GIVE LEGAL ADVICE BUT ALAS……DID IN BLACK & WHITE MS WALKER WILL REPEAT HERSELF AGAIN AGAIN WHEN PURDUE PHARMA CHAPTER 11 BANKRUPTCY PI CLAIMANTS HAVE NO CLAIM TO RELEASE THE NON DEBTOR SACKLERS FOR WHICH MS WALKER, ME IN FACT DOES HAVE A PENDING PETITION THAT MUST BE RELEASED TO PROCEED STAT.

MS WALKER SEEKS $10M USD FOR PREMATURELY GIVING UP MY RIGHT TO SUE THE SACKLERS WHICH I ALSO SEEK ADDITIONAL FINES & DAMAGES OF $1M USD AS MS WALKER HAS YET TO RECEIVE A LETTER THAT I REVOKED MY OPT-IN THAT HAS YET TO BE WRITTEN AND NOW THAT 3.1.26 DEADLINE IS MOOT AND MUST BE EXTENDED.

19-23649-shl Doc 8558 Filed 01/30/26 Entered 01/30/26 10:15:27 Main Document
Pg 32 of 34

**Elect to Grant or Not Grant the Third-Party Releases:** You may, through your ballot or your participation in the applicable direct claims shareholder settlement (as described in the Disclosure Statement and the Plan), elect to grant or not to grant releases of any actual or potential claims that you have against Sackler family members, and certain other individuals and related entities, relating to Purdue Pharma L.P. and its affiliated debtors (i.e., the third-party releases). **Electing to grant or to not grant the third-party releases is completely voluntary, but you may receive less compensation if you do not elect to grant such third-party releases. The Debtors and the Creditors' Committee recommend that you elect to grant the third-party releases.**

A CLEAR CALIFORNIA CIVIL CODE 1542 VIOLATION BUT ALAS……..



WHILE MS WALKER IS CALLING BULL SHIT HERE AS MY ENTIRE BODY IS SCREAMING IN PAIN SO I AM DONE……RE DOC 8555 SO FAR……

19-23649-shl Doc 8555 Filed 01/29/26 Entered 01/29/26 11:51:21 Main Document
Pg 1 of 3





Pg 3 of 5

*which is what date?
After 3.1.26 opt-in revocation date
*not non debtor sacklers
*ms Walker met per Purdue pi trust email
*moot & ms walker had extraordinary cause

information regarding both Non-NAS PI Claim and NAS PI Claim requirements, please review the Non-NAS PI Claim and NAS PI Claim sections below.

Communications regarding individual claim status ... will not occur until after the Effective Date, which is anticipated to occur no earlier than late March 2026. For information related to the FAQs referenced ... recently filed "**NOTICE OF PUBLICATION OF UPDATED FAQS FOR HOLDERS OF NAS PI CLAIMS AND NON-NAS PI CLAIMS**" on the Chapter 11 Docket, please see the **FAQs Tab**.

*** * * The PI Claims Deadline Under the Purdue PI Trust Has Passed .* * ***

As outlined in the Purdue Personal Injury Trust Distribution Procedures for Non-NAS PI Channeled Claims and NAS PI Channeled Claims, the PI Claims Deadline for submittal of claims to the Purdue PI Trust was July 28, 2025, at 11:59 PM Eastern Time. This deadline has passed.

Under the Non-NAS and NAS Trust Distribution Procedures, a similar discretionary late period was allowed for claims that were not submitted by the deadline due to an extraordinary ... has also passed.

purduepitrust.com

*WHY DID THIS TAKE SO LONG
**PURDUE
*Eighteenth
*not non debtor sacklers
*NOT NON DEBTOR SACKLERS
*WRONFULLY
*TOTALLY NOT FAIR
*so pudue claimants who do not opt-in to the non debtor opt-in bribe get screwed by 22% why? they have no thing to release the non debtors for

November 18, 2025, and the Court approved the Plan on November 18, 2025.

**INTRODUCTION**

On April 15, 2025, the United States Bankruptcy Court for the Southern District of New York entered an Order appointing the PI and TPP Claims Administrators, authorizing the establishment of Claims Deadlines and claims objections procedures, and granting related relief (the "**April 15, 2025 Order**"). The PI Claims Administrator is Ed Gentle. Under the **April 15, 2025 Order**, the Bankruptcy Court approved procedures for the PI Claims Administrator to gather information from personal injury claimants in order to determine if a personal injury claimant will be eligible ... in accordance with the Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors (as may be amended, modified or supplemented, the "**Plan**"), the Purdue PI Trust Distribution Procedures for Non-NAS PI Channeled Claims (the "**Non-NAS PI TDP**") and for NAS PI Channeled Claims (the "**NAS PI TDP**"), and the Purdue Personal Injury Trust Agreement (the "**PI Trust**"). These documents can be found under the **Pleadings and Important Documents Tab**. On November 18, 2025, the Court approved the Plan.

The two types of personal injury claims that are channeled ... for which the PI Claims Administrator is requesting that

purduepitrust.com

8:15

2 of 40

duepitrust.com

**Pudue
*NO THING MENTIONS THIRD PARTY NON DEBTOR SACKLER RELEASE
*NO CRAMDOWN
*Purdue
*typo

November 18, 2025, the Court approved the Plan.

The two types of personal injury claims that are channeled to the **PI Trust** and for which the PI Claims Administrator is requesting that PI Claimants complete and submit the applicable PI Trust Claim Form are the Non-NAS Personal Injury Claims ("**Non-NAS PI Claims**") and the Neonatal Abstinence Syndrome Personal Injury Claims ("**NAS PI Claims**"). More information on the two types of PI Claims can be found below and on the **Non-NAS PI Claims Tab** and the **NAS PI Claims Tab**. Capitalized words used herein but not defined shall have the meaning given to such words in the Plan.

**NON-NAS PI CLAIMS**

A **Non-NAS PI Claim** means a Claim against any Debtor that is for alleged opioid-related personal injury or other similar opioid-related Cause of Action against any Debtor, in each case, that arose prior to the Petition Date, and that is not an NAS PI Claim, a Third-Pary Payor Claim or a Hospital Claim, or held by a Domestic Governmental Entity.

**Eligibility and Claim Requirements:**

In order to be eligible for a Distribution from the **PI Trust** for a Non-NAS PI Channeled Claim, a claimant will, among other things, be required to ...

purduepitrust.com



responses by the Trust.

- For Claimants that are represented by a Firm, communication regarding deficiencies will be coordinated by the Trust with your Firm and the Firm will reach out to you, if needed.
- For Claimants that are not represented by a Firm (Pro Se Claimants), communications regarding deficiencies will be coordinated by the Trust with you via mail.

Deficiencies may include but are not limited to: 1) no Claim Form or incomplete information on the Claim Form, 2) no HIPAA or incomplete information on the HIPAA, 3) for PI Claimants – no evidence or proof of use of a Qualifying Purdue Opioid with a prescription date before September 15, 2019, or illegible/incomplete records submitted, 4) for NAS Claimants – no evidence that demonstrates a diagnosis by a licensed medical provider of a medical, physical, cognitive or emotional condition resulting from the NAS Child's intrauterine exposure to opioids or opioid replacement or treatment medication, including but not limited to the condition known as **NAS**, 5) lack of or untimely Proof of Claim paperwork, and/or 6) no or incomplete information required for minor or deceased claimants. For further information regarding both Non-NAS PI Claim and NAS PI Claim requirements, please review the Non-NAS PI Claim and NAS PI Claim sections below.

EXCUSE THE HELL OUT OF ME BUT WHAT IS FAIR EQUAL JUST OR CONSISTENT THAT THE GOVERNMENT WAS PRE-PAID AND PURDUE PI PATIENT CLAIMANTS NOT PEOPLE WHO 'WRONGFULLY USED OPIOIDS' BUT WERE PRESCRIBED PURDUE PHARMA DRUGS BY OUR DOCTORS PAID BY THE MEDICARE I PAID TAXES FOR, HAVE NOT BEEN…..I'LL BE EXPECTING RESPONSES TO ALL MY QUESTIONS NEXT WEEK.

& TO NOT BE INTERRUPTED NOR SILENCED PLEASE. AGAIN WILL ANYONE BE EXPLAINING PROCEDURES CONSISTENT WITH THE CONFIRMATION HEARING OR NOT & WHOEVER IS TESTIFYING YES I MUST HAVE DUE PROCESS TO CROSS NOT IN PERSON UNLESS COURT IS SENDING ME A TICKET TO NEW YORK BY 2.4.26 AND A HOTEL SO POOR QUALIFIED DISABLED PAUPER MS WALKER HAS AMENDMENT I RIGHTS.

& WHAT NO AMERICANS WITH DISABILITIES & TITLE II & III ACCOMMODATION RIGHTS FOR YET A NOT HER HEARING COURT I HAVE REQUESTED?

ROSEMARY HELEN ZIZIROS WALKER 1.31.2026

CERT OF SERVICE I PROMISE I EMAILED AKIN, DAVIS POLK, EDGAR, PURDUE PI TRUST, PAUL S