UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: PURDUE PHARMA L.P., et al.,　　Chapter 11
Debtors.　　Case No. 19-23649 (SHL)

Laurie Danielle Pitts-Tillman,
Appellant,

v.

Purdue Pharma L.P., et al.,
Appellees.

EMERGENCY MOTION FOR STAY PENDING APPEAL
(Late-Filed Due to Pro Se Status and Indigency)

COMES NOW Appellant, Laurie Danielle Pitts-Tillman, appearing pro se and in forma pauperis, and respectfully moves this Court for an emergency stay of enforcement and implementation of the appealed orders pending resolution of the appeal, and states:

1. Appellant timely filed a Notice of Appeal from the orders approving distributions and claim determinations affecting Appellant's rights.

2. Without a stay, the appeal will be rendered effectively moot due to irreversible distributions and administrative actions, depriving Appellant of meaningful appellate review.

3. Appellant has a substantial likelihood of success on the merits, including but not limited to:
   a. Lack of subject-matter jurisdiction and statutory authority to bind non-consenting individual claimants;
   b. Constitutional violations, including due process and takings concerns;
   c. Failure to require proper accounting and findings supporting distributions and offsets.

4. Appellant will suffer irreparable harm absent a stay because distributions cannot be unwound once completed.

5. Granting a stay will not substantially harm Appellees, who are institutional parties capable of preserving funds pending appeal."

6. The public interest favors preserving appellate review and preventing irreparable deprivation of individual rights.

7. Appellant did not file this motion earlier due to pro se status, indigency, lack of access to transcripts, and confusion regarding procedural requirements. Appellant acted promptly upon learning a stay was required.

WHEREFORE, Appellant respectfully requests that this Court:

A. Grant an emergency stay pending appeal;
B. Alternatively, grant a temporary administrative stay while the District Court considers a stay;
C. Waive any bond requirement due to indigency under Fed. R. Bankr. P. 8007; and
D. Grant such other relief as the Court deems just and proper.

Respectfully presented,
/s/ Laurie Danielle Pitts-Tillman
Pro Se Appellant
5116 Ga Highway 99
Brunswick, Ga. [31525]
912-506-8875
Greatmommy2002@icloud.com
Greatmommy2002@gmail.com


Date: February 4, 2026

CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I served a true and correct copy of the following document:

- Emergency Motion for Stay Pending Appeal (Late-Filed)

upon all parties entitled to notice via the Court's CM/ECF electronic noticing system.

As a pro se filer without full CM/ECF access, I caused service to be made by U.S. Mail to any parties not receiving electronic notice, including counsel for the Debtors and the Office of the United States Trustee, at their addresses as listed on the Court's docket.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 4, 2026

/s/ Laurie Danielle Pitts-Tillman
Pro Se Appellant
5116 Ga Highway 99
Brunswick, Ga. [31525]