DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF HEARING ON MOTIONS FOR STAY PENDING APPEAL

**PLEASE TAKE NOTICE** that on November 18, 2025, the Court entered the Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization (Dkt. No. 8263) (the "**Confirmation Order**");

**PLEASE TAKE FURTHER NOTICE** that on December 11, 2025, the Court entered the Order Setting Deadlines Related to the Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization (Dkt. No. 8394) (the "**Scheduling Order**"), pursuant to which all motions for a stay of the Confirmation Order (the "**Stay Motions**") were due to be filed by December 18, 2025; any responses or objections to the Stay Motions[1] were due to be filed by

---

[1] The Stay Motions are the motions seeking a stay pending appeal filed by Ellen Isaacs (Dkt. Nos. 8338, 8342); Amanda Morales (Dkt. Nos. 8408); Maria Ecke (Dkt. No. 8419); Rosemary Walker (Dkt. Nos. 8387, 8410, 8448); Mary Jannotta (Dkt. No. 8435); Keith Redwood (Dkt. No. 8472); and Laurie Danielle Pitts-Tillman (Dkt. No. 8582).

December 30, 2025; and any replies in support of Stay Motions were due to be filed by January 8, 2026.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Stay Motions was held on **February 4, 2026, at 2:00 p.m. (Prevailing Eastern Time)** before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601.

PLEASE TAKE FURTHER NOTICE that a hearing will be held on **February 12, 2026, at 2:30 p.m. (Prevailing Eastern Time)** (the "**Hearing**") before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601; *provided that* the Hearing shall be held via Zoom for Government® unless otherwise ordered by the Court.

PLEASE TAKE FURTHER NOTICE that parties wishing to participate in the Hearing are required to register their appearance by **4:00 p.m. (Prevailing Eastern Time) on February 11, 2026** at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

PLEASE TAKE FURTHER NOTICE that copies of the Plan, Confirmation Brief, and other pleadings filed in the Chapter 11 Case may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: February 10, 2026
       New York, New York

By: */s/ Marc J. Tobak*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors
and Debtors in Possession*

3