DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**AGENDA FOR FEBRUARY 12, 2026 HEARING**
**REGARDING MOTIONS FOR STAY PENDING APPEAL**

Time and Date of Hearing:    February 12, 2026 at 2:30 p.m. (prevailing Eastern Time)

Location of Hearing:    The Hearing will only be conducted via Zoom for Government®. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 959 7309 8364 Passcode 453398.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## I.    BENCH RULING ON MOTIONS FOR STAY PENDING APPEAL

1.  ***Ellen Issacs Stay Motion.*** Emergency Motion for Stay Pending Appeal [ECF No. 8338]

2.  ***Rosemary Walker Stay Motion.*** Motion to Stay the Confirmation [ECF No. 8387]

3.  ***Amanda Morales Stay Motion.*** Motion for Stay Pending Appeal to Vacate Purdue Pharma's Plan Provisions that Extinguish All Opioid Claims Including Failure to Warn Oxycontin Interactions Antidepressants Causing Serotonin Syndrome Wrongful Death Claims Unrelated to the Opioid Crisis and Remand with Instructions that Such Claims be Decided on the Merits [ECF No. 8408]

4.  ***Maria Ecke Stay Motion.*** Notice of Motion of Stay and Stay of the Confirmation of Purdue Pharma et. al. for Due Process and Designation of Items [ECF No. 8419]

5.  ***Mary Jannotta Stay Motion.*** Motion for Stay Pending Appeal [ECF No. 8435-1]

6.  ***Keith Redwood Stay Motion.*** Motion to Stay Appeal for Purposes of Mediation and Conditional Voluntary Dismissal [ECF No. 8472]

7.  ***Laurie Danielle Pitts-Tillman Stay Motion***. Motion for Stay Pending Appeal [ECF No. 8582]


Dated:    February 10, 2026
          New York, New York


DAVIS POLK & WARDWELL LLP

By:  /s/ *Marc J. Tobak*
        Marc J. Tobak

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors*
*and Debtors in Possession*