United States Bankruptcy Court of Southern District of New York.

I Wayne M Miller am writing to you about a letter that I wrote you on 5/05/2022 requesting to be withdrawn from (2) Claim numbers. I got ahold of Kroll to see about my claim that I did'nt want withdrawn from, but during my phone call with Kroll I was told I had been withdrawn from all of my claims which #'s are 628674, 628688 and 628689. In my letter I wrote to the courts, I only asked to be withdrawn from only two (2) claims. I am asking the courts in the most respectful way possible to please open my claim of personal injury Proof of Claim to be reinstated to the fullest way possible. I apolagize for the miscommunication, But Please side with me on this decission, I have endured so much negative outcomes from being addicted to the opioid medications that these ruthless pill pushers were shoving down are throats. I had my first Sackler pill when I was 14 years old, and because of them I have lost so much life, because of those pain pills years and years behind bars locked up, which caused so much pain and heartache for not only me but everybody around me, I missed out on so much of my life being a father, son and friend because of these people, so im sitting here bagging you the court to please understand my dilema that is in front of me, the only chance that I have to get something back from this evil organization to help give me some peace of mind from all the ill things I put people through and that myself had to go through, could all be lost and thrown away over a letter. I truly and honestly ask to please let me win this fight I've been battling for years against these people. I truly am sorry for any inconvience that I have caused and thank you from the deepest part of my heart to taking this time to hear me out please help me with the utmost respect possible. Please have a great day.

Phone # 509-680-1007

Wayne M Miller
1401 East Street
Addy, WA 99101
millerwayne553@gmail.com
2/10/2026

FILED
U.S. BANKRUPTCY COURT
2026 FEB 17 P 1: 25
S.D. OF N.Y.