DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF NINETEENTH INTERIM FEE HEARING**

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") with respect to the applications for allowance of interim compensation and reimbursement of expenses for the period of September 1, 2025 (or the effective date of retention), through and including December 31, 2025 (the "**Interim Fee Applications**"), filed by certain professionals retained in the above-captioned chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), will be held on **March 19, 2026, at 11:00 a.m. (prevailing Eastern Time)** before

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"); *provided that* such Hearing shall be conducted **via Zoom for Government**® unless otherwise ordered by the Bankruptcy Court. The Interim Fee Applications and the amounts requested therein are set forth as follows:

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| **Debtors' Professionals** | | | |
| AlixPartners, LLP [ECF No. 8673] | Financial Advisor | $4,187,335.00 | $239,171.53 |
| Arnold & Porter Kaye Scholer LLP [ECF No. 8660] | Special Counsel | $290,821.13 | $2,048.00 |
| BDO USA, P.C. [ECF No. 8664][2] | Consultant | $114,270.60 | $0.00 |
| Cornerstone Research [ECF No. 8624][3] | Consultant | $346,190.00 | $46,345.68 |
| Davis Polk & Wardwell LLP [ECF No. 8661] | Debtors' Counsel | $12,958,695.50 | $123,649.13 |
| Dechert LLP [ECF No. 8666] | Special Counsel | $1,026,609.19 | $884.94 |
| Ernst & Young LLP [ECF No. 8537][4] | Accountant | $550,000.00 | $72.80 |
| Jones Day [ECF No. 8679] | Special Counsel | $1,798,551.16 | $1,642,222.14 |
| King & Spalding LLP [ECF No. 8648] | Special Counsel | $119,318.07 | $465.52 |
| Kroll Restructuring Administration LLC [ECF No. 8638] | Administrative Advisor | $396,748.87 | $0.00 |

---

[2] BDO USA, P.C.'s Interim Fee Application covers the period of October 1, 2025, through December 31, 2025.

[3] Cornerstone Research's Interim Fee Application covers the period of September 1, 2025, through November 30, 2025.

[4] Ernst & Young LLP's Interim Fee Application covers the period of May 1, 2025, through December 31, 2025.

2

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| Latham & Watkins LLP [ECF No. 8671] | Special Counsel | $1,168,623.90 | $6,598.89 |
| PJT Partners LP [ECF No. 8557] | Investment Banker | $900,000.00 | $0.00 |
| Reed Smith LLP [ECF No. 8652] | Special Insurance Counsel | $1,183,317.81 | $1,101,147.79 |
| Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 8680] | Special Counsel | $460,338.65 | $0.00 |
| **Official Committee of Unsecured Creditors' Professionals** | | | |
| Akin Gump Strauss Hauer & Feld LLP [ECF No. 8670] | Official Committee of Unsecured Creditors' Counsel | $8,649,695.00 | $88,354.42 |
| Bedell Cristin Jersey Partnership [ECF No. 8674] | Special Foreign Counsel | $30,280.00 | $3,332.45 |
| Cole Schotz P.C. [ECF No. 8672] | Co-Counsel | $821,555.10 | $44.39 |
| Jefferies LLC [ECF No. 8675] | Investment Banker | $900,000.00 | $26,087.50 |
| Kurtzman Carson Consultants LLC [ECF No. 8678] | Information Agent | $20,824.13 | $8,883.07 |
| Province, LLC [ECF No. 8677] | Financial Advisor | $2,516,518.18 | $3,583.19 |
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | |
| Brown Rudnick LLP [ECF No. 8662] | Co-Counsel | $555,489.00 | $223.04 |
| BrownGreer PLC [ECF No. 8653] | Co-Counsel | $57,815.50 | $0.00 |
| FTI Consulting, Inc. [ECF No. 8656] | Financial Advisor | $2,799,379.00 | $292.50 |
| Gilbert LLP [ECF No. 8654] | Co-Counsel | $1,477,518.75 | $5,561.34 |
| Gilbert Strategic Solutions, LLC [ECF No. 8655] | Information Agent | $568,175.00 | $2,210.00 |
| Herbert Smith Freehills Kramer LLP [ECF No. 8667] | Co-Counsel | $6,046,812.00 | $28,554.59 |

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| Houlihan Lokey Capital, Inc. [ECF No. 8657] | Investment Banker and Co-Financial Advisor | $800,000.00 | $0.00 |
| Otterbourg P.C. [ECF No. 8658] | Co-Counsel | $262,705.50 | $224.72 |
| Rubris Inc. [ECF No. 8659] | Information Agent | $0.00 | $1,130.50 |
| **Multi-State Governmental Entities Group** | | | |
| Caplin & Drysdale, Chartered [ECF No. 8693][5] | Counsel | $900,209.50 | $20,141.23 |
| **Fee Examiner** | | | |
| Bielli & Klauder, LLC [ECF No. 8637] | Fee Examiner | $220,000.00 | $0.00 |

**PLEASE TAKE FURTHER NOTICE** that the Interim Fee Applications were electronically filed with the Bankruptcy Court. Copies of the Interim Fee Applications and all other documents filed publicly in these chapter 11 cases may be obtained free of charge at https://restructuring.ra.kroll.com/purduepharma/. You may also obtain copies of any such pleadings by visiting the Bankruptcy Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing are required to register their appearance by **11:00 a.m. (prevailing Eastern Time) on March 18, 2026**, at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Instructions and additional information about the Bankruptcy Court's remote attendance procedures can be found at https://www.nysb.uscourts.gov/ecourt-appearances. The Bankruptcy Court will circulate by email

---

[5] Caplin & Drysdale, Chartered's Fee Application covers the period of August 1, 2025, through November 30, 2025.

4

the Zoom link to the Hearing to those parties who properly made an electronic appearance prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Interim Fee Applications shall be (a) in writing, in English, and in text-searchable format, (b) filed with the Bankruptcy Court electronically, and (c) served so as to be received no later than **4:00 p.m. (prevailing Eastern Time) on March 12, 2026** (the "**Objection Deadline**"), in each case, in accordance with the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), the Bankruptcy Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529], the Bankruptcy Court's *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* [ECF No. 498], and the Bankruptcy Court's Chambers' Rules (available at https://www.nysb.uscourts.gov/content/judge-sean-h-lane), to the extent applicable.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are timely filed and served with respect to the Interim Fee Applications, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court a proposed order granting the Interim Fee Applications, which order the Bankruptcy Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing or a later hearing or by filing a notice with the Bankruptcy Court.

[*Remainder of page intentionally left blank*]

Dated: February 19, 2026
       New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Marshall S. Huebner*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*