UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

## ORDER DENYING MOTIONS FOR STAYS PENDING APPEAL

Upon the motions of *pro se* claimants Ellen Isaacs [Dkt. Nos. 8338, 8342], Amanda Morales [Dkt. Nos. 8408], Maria Ecke [Dkt. No. 8419], Rosemary Walker [Dkt. Nos. 8387, 8410, 8448], Mary Jannotta [Dkt. No. 8435], Keith Redwood [Dkt. No. 8472], and Laurie Danielle Pitts-Tillman [Dkt. No. 8582] (collectively, the "**Stay Motions**"), all of which seek a stay pending appeal of this Court's Order confirming the Debtors' Eighteenth Amended Plan of Reorganization [Dkt. No. 8263] (the "**Plan**,"[2] and such order the "**Confirmation Order**") and the Court having jurisdiction to decide the Motions pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), as a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not defined herein shall have the meaning set forth in the Plan.

U.S.C. §§ 1408 and 1409; and upon the objections to the Motions by the Debtors [Dkt. No. 8458], the Official Committee of Unsecured Creditors (the "**UCC**") [Dkt. No. 8462], the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**AHC**") [Dkt. No. 8461], the Multi-State Governmental Entities Group (the "**MSGE**") [Dkt. No. 8457], and the Ad Hoc Group of Individual Victims [Dkt. No. 8460]; and upon the Declaration of Jesse DelConte [Dkt. No. 8459], and there being due and sufficient notice of the Motions and the opportunity for a hearing thereon; and upon the record of the hearing held by the Court on the Motions on February 4, 2026 (the "**Hearing**"); and after due deliberation and for the reasons stated by the Court in its bench ruling on February 12, 2026, the Court having determined that the requests for stays pending appeal are not warranted with respect to the Confirmation Order, including because the movants have failed to demonstrate a risk of irreparable harm absent a stay and there would be substantial harm to the Debtors' creditors in the event of a stay beyond the date on which the Debtors would otherwise be prepared to consummate the Plan; now, therefore, IT IS HEREBY ORDERED THAT:

1. The Stay Motions are DENIED;

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:   February 20, 2026
         White Plains, New York

                                                          */s/ Sean H. Lane*
                                                          _____
                                                          **THE HONORABLE SEAN H. LANE**
                                                          **UNITED STATES BANKRUPTCY JUDGE**