UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (SHL)

RE: Response to Omnibus Claims Objection – Garry L. Gentry

Claimant: Garry L. Gentry
Address: 418 Chestnut Ave
Tifton, GA 31794

To the Court and Interested Parties:

I am submitting this response in opposition to the proposed disallowance and expungement of my personal injury claim identified on Schedule 1 of the Omnibus Claims Objection to Unsubstantiated Claims.

I timely filed a claim in connection with long-term prescribed opioid use for chronic pain management. I have been prescribed opioid medications over an extended period of time, including hydrocodone and oxycodone. Due to the nature of my medical condition and treatment, my ability to maintain consistent employment and income has been significantly impacted.

At the time my claim was originally filed, I did not submit supporting documentation. I am now providing available records, including pharmacy prescription history and Social Security earnings documentation, to substantiate my claim and demonstrate the impact of long-term opioid treatment on my health and earning capacity.

These records show ongoing prescriptions for qualifying opioid medications and reduced earnings during periods of medical impairment. I respectfully request that this documentation be accepted as evidence supporting my claim and that my claim not be disallowed or expunged.

I am willing to provide any additional information reasonably requested and to cooperate in good faith with the claims review process.

For these reasons, I respectfully request that my claim remain on the claims register and be allowed to proceed for review and potential resolution.

Sincerely,

Garry L. Gentry
418 Chestnut Ave
Tifton, GA 31794
Date: 02.15.2026
Phone: 229-256-8029

+++CUST Windsor 2325 SRF 94439 PackID: 10933 AdrID: 5086587 SVC: Omni
Gentry, Garry L
418 Chestnut Ave
Tifton GA 31794

Unsubstantiated claims  
Motion Pages 9 - 13

Schedule 1

Primary case number: 19-23649 (SHL), Jointly Administered  
Purdue Pharma L.P., et. al.

| Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|
| Gentry, Garry L<br>418 Chestnut Ave<br>Tifton GA 31794 | | 34881 | Purdue Pharma L.P. | 06/16/2020 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,000.00 (U)<br>$29,000.00 (T) | Unsubstantiated claim | Claimant failed to provide information to substantiate claim |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Claimant: Garry L. Gentry
Address: 418 Chestnut Ave
Tifton, GA 31794

This packet is submitted in response to the Omnibus Claims Objection to Unsubstantiated Claims and is intended to oppose disallowance and expungement of the above-referenced claim.

CONTENTS:

1. Signed Response Letter
2. Exhibit A – Claim Identification Page
3. Exhibit B – Pharmacy Records
4. Exhibit C – Social Security Earnings

Submitted in good faith to substantiate the claim and request continued eligibility for review and settlement.

Date: 02.15.2026