DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Marc J. Tobak

*Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| **Debtors.**[1] | **(Jointly Administered)** |

## AGENDA FOR FEBRUARY 26, 2026 OMNIBUS HEARING

| | |
|---|---|
| Time and Date of Hearing: | February 26, 2026 at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The location of the Hearing (i.e., via Zoom for Government® or in person) is yet to be determined. The Debtors will file an amended agenda disclosing the location of the Hearing prior to the Hearing. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**I.     UNCONTESTED MATTERS:**

1. ***Debtors' Third Omnibus Claims Objection.*** Debtors' Third Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended And Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) [ECF No. 8544]

   Objection Deadline: February 20, 2026 at 4:00 p.m. (prevailing Eastern Time)

   Responses Received: None.[2]

   Related Documents:

   A. Notice of Partial Adjournment of Debtors' Third Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended And Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) and Filing Of Amended Proposed Order [ECF No. 8775]

   Status: This matter is going forward on an uncontested basis as to all claims except those adjourned in the Debtors' *Notice of Partial Adjournment of Debtors' Third Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended And Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) and Filing Of Amended Proposed Order* [ECF No. 8775].

2. ***Motion to File Debtors' and Official Committee of Unsecured Creditors' Omnibus Claims Objection Under Seal.*** Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 107(c) Authorizing the Filing of Certain Information Under Seal in Connection with the Omnibus Claims Objection of the Debtors and Official Committee of Unsecured Creditors to Unsubstantiated Claims [ECF No. 8545]

   Objection Deadline: February 20, 2026 at 4:00 p.m. (prevailing Eastern Time)

   Responses Received: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

3. ***Debtors' and Official Committee of Unsecured Creditors' Omnibus Claims Objection.*** Omnibus Claims Objection of the Debtors and Official Committee of Unsecured Creditors to Unsubstantiated Claims [ECF No. 8547]

   Objection Deadline: February 20, 2026 at 4:00 p.m. (prevailing Eastern Time)

---

[2] Although no claimants identified in this objection have objected to this objection, Debtors have adjourned the hearing on this objection as to those claimants identified in the Debtors' *Notice of Partial Adjournment of Debtors' Third Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended And Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) and Filing Of Amended Proposed Order* [ECF No. 8775].

Responses Received: None.[3]

Related Documents:

A. Notice of Hearing of Omnibus Claims Objection of the Debtors and Official Committee of Unsecured Creditors to Unsubstantiated Claims [ECF No. 8546]

B. Notice of Partial Withdrawal of Omnibus Claims Objection of the Debtors and Official Committee of Unsecured Creditors to Unsubstantiated Claims and Filing of Amended Proposed Order [ECF No. 8774]

Status: This matter is going forward on an uncontested basis.

II. **CONTESTED MATTER**:

4. ***Motion to File Debtors' Third Omnibus Claims Objection Under Seal***. Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 107(c) Authorizing the Filing of Certain Information Under Seal in Connection with Debtors' Third Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) [ECF No. 8543]

Objection Deadline: February 20, 2026 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

A. Response filed by Rosemary Walker [ECF No. 8550][4]

Related Documents: None.

Status: This matter is going forward on a contested basis.

[*Remainder of page left intentionally blank.*]

---

[3] As set forth in the *Notice of Partial Withdrawal of Omnibus Claims Objection of the Debtors and Official Committee of Unsecured Creditors to Unsubstantiated Claims and Filing of Amended Proposed Order* [ECF No. 8774], the Debtors have withdrawn this objection as to all claims from whose claimants Debtors or the UCC received a response (either on this case's docket, or directly through mail, email, or telephone correspondence).

[4] The Debtors do not intend to file a reply in support of its motion to file under seal, but will address Ms. Walker's arguments at the hearing.

3

Dated:   February 24, 2026
        New York, New York

                                   DAVIS POLK & WARDWELL LLP

                                   By:  /s/ *Eli J. Vonnegut*
                                       Eli J. Vonnegut

                                 450 Lexington Avenue
                                 New York, New York 10017
                                 Telephone: (212) 450-4000
                                 Facsimile: (212) 701-5800
                                 Marshall S. Huebner
                                 Benjamin S. Kaminetzky
                                 Eli J. Vonnegut
                                 Marc J. Tobak

                                 *Counsel to the Debtors*
                                 *and Debtors in Possession*