DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson
Joshua Y. Sturm
Abraham Bane

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF STATUS CONFERENCE REGARDING ORDER TO (I) ENFORCE THE
CONFIRMATION ORDER AND (II) TO SHOW CAUSE REGARDING COMPLIANCE
WITH THE CONFIRMATION ORDER**

**PLEASE TAKE NOTICE** that, on February 24, 2026, the Bankruptcy Court (as defined below) entered the *Order to (I) Enforce the Confirmation Order and (II) to Show Cause Regarding Compliance with the Confirmation Order* [D.I. 8764] (the "**Show Cause Order**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that paragraph 2 of the Show Cause Order provides that "To the extent Richard S. Sackler does not complete and irrevocably execute the Specified Settlement Documents prior to the Execution Deadline, Richard S. Sackler and Lin Gao shall appear, in person, before this Court on February 25, 2026, at 2:00 p.m. (the "**Hearing Date**") to show cause why: (i) Richard S. Sackler has not completed and irrevocably executed the Specified Settlement Documents by the Specified Settlement Document Deadline; (ii) the Court should not hold Richard S. Sackler or any other party in contempt of court for violation of paragraph 33(e) of the Confirmation Order; (iii) the Court should not compel Richard S. Sackler's compliance with the Confirmation Order pursuant to sections 105(a) and 1142(b) of the Bankruptcy Code and paragraph 33(i) of the Confirmation Order; and (iv) the Court should not impose monetary sanctions on Richard S. Sackler or any other party for failure to comply with the obligations set forth in paragraph 33 of the Confirmation Order. If, at the conclusion of any hearing held on the Hearing Date, Richard S. Sackler has been unable to show the Court that he is in compliance with paragraph 33(e) of the Confirmation Order, he shall complete and irrevocably execute the Specified Settlement Documents at such hearing."

**PLEASE TAKE FURTHER NOTICE** that the hearing provided for in the Show Cause Order has been converted to a status conference (the "**Conference**"), which has been scheduled for **February 25, 2026, at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Conference shall be conducted via Zoom® videoconference unless otherwise ordered by the Bankruptcy Court.  Any parties wishing to participate in the Conference are required to register their appearance **as soon as practicable**

**before the Conference** at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Members of the public who wish to listen to, but not participate in, the Conference free of charge may do so by calling the following muted, listen-only number: **+1 646 518 9805, Meeting ID 937 2996 1712, Passcode 352234**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan and Confirmation Order may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma/. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   February 25, 2026
         New York, New York

DAVIS POLK & WARDWELL LLP

By:   */s/ Eli J. Vonnegut*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson
Joshua Y. Sturm
Abraham Bane

*Counsel to the Debtors
and Debtors in Possession*