2-19-26

Katherine Rogers
522 Academy Drive
Seymour, IN. 37865
865-438-0302 or
865-323-6488

Honorable Sean H. Lane
U.S. Bankruptcy Court
300 Quarropas St.
White Plains, N.Y. 10601

RE: Cody Lee Mattie  457232
Katherine Sue Rogers  127347
Charles R. Rogers  126965
Bryan Keith Mattie - (The Addict Who Passed From a drug overdose) No Claim Number
my son.

Dear Honorable Lane,
   This letter is in regards to the (COURT Order OMNIBUS CLAIMS HEARING) to take place via Zoom on February 26. I would like to take part in the hearing. I have been seeking counsel, to no avail. I will continue to see if I can find an attorney.

   The main reason I originally stopped the claim was because I was told by employees at Kroll, I wouldn't qualify. It was because I didn't include paperwork for Bryan, my son who passed away from an overdose.

I have no idea why I didn't think to include Bryan Mattie in this claim. Maybe because he had passed away in 2017, plus I did the claims last minute. When I called Kroll & explained what happened, they told me we would not qualify. She would <u>not</u> send me paperwork with a claim number. Not a day has gone by, that I haven't kicked myself for being so stupid. I just considered it a done deal, until I got this letter with hope of a second chance. Also, she said without Bryan PW, it would not work.

My son hated the idea of addiction. He called such people pill heads. He had back problems and went to the doctor for help. He had gone to the chiropractor quite often for this. This all started when Cody was a baby. Cody is his son. The doctor then other doctors gave him <u>VERY LARGE AMOUNTS</u> of hydrocodone. He would go to the doctors for Rx, then he started doing Oxycodone, etc. off the streets. This destroyed his life and his son's life, Cody Mattie. In turn, as Cody's POA, our lives have been spent trying to save Cody. I lost function of half my heart from Broken Heart Syndrome. I recovered from that. I lost function of heart the day the police came to the door to report his death. I was in the hospital 2½ days, then planned a funeral. My family didn't use drugs,

Bryan was the first person I ever dwelt with, who had an addiction. I will be 80 this year and I am all Cody has. He is my major concern, except we are now broke. Cody is young and can maybe have a future. Cody loved his father so much. Story to long to tell. I will break it down. Cody, in middle school walked in on father. Then both he & I realized that Bryan had a major drug problem. Cody, immediately had problems in school. He started rebelling so much, social services took him away. He ran constantly. Police looking for him time after time. He would sabatage himself. Long story short, he went to prison with a long sentence. He is still there. I haven't seen him in years. It is N. West, TN a very bad prison. He has been hurt several times. He is now in the medical because he was attacked in the cell by a krypt. He has a broken rib, lost 2 teeth & really roughed up. He has early stage cirrohis, diagnosed there, hepatitis which not treated causes cirrohis. He has PTSD and emotional issues added on to what he had before prison. No one in my family ever went to jail. This has been a nightmare, and it never ends. We need any money we can get. I feel like it was unfair to not let me correct my mistake.

It felt so unfair to just be coldly dismissed, because I made a huge clerical error. There was such a time constraint, it didn't dawn on me until later. I think of it almost every day. I probably shouldn't have told all this at this time, but I thought it might help to understand where I stand right now. Thank you in advance for any consideration and understanding for Cody, my husband and I.

Sincerely,

Katherine Sue Rogers

P.S. I am sorry this is not typed. We have a problem with our laptop. I am also in treatment for Stage 3 Cancer. Cody will serve his full term and come home in a few months. He was given a very long sentence and he is serving every minute of it. He will never be the same. I scared for him in prison, and scared for him to come home. He became an addict when he went to this prison, after 2 yrs. in another prison. He needed help then, and now I am helpless.