Purdue Pharma L.P. et al.,
Chapter 11
Case No. 19-23649 (SHL)

Michael E. Johnson
4821 Stagecoach Trail
Temple, TX. 76502

FILED
U.S. BANKRUPTCY COURT
2026 FEB 19 P 3: 35
S.D. OF N.Y.

To the Court;

I received official notice that my claim; 129325 was going to be dismissed because it was "Unsubstantiated." The comments section indicated that: "Claimant failed to provide information to substantiate claim." When I initially made this claim, I was told by the person I spoke with, who was speaking on behalf of Purdue Pharma indicated to me that "the important thing was for me to submit the affidavit and that my signing that document would be taken as "sworn testimony" in court. I was told further that the point was to help those who had essentially lost their lives due to these drugs, which I have. It is now extremely difficult for me to focus even enough to send this objection to disallowing my claim. Further, I have no idea, other than my sworn word, what possible evidence I could submit that would substantiate the claim. The original doctors who prescribed these medications are not going to admit that something they prescribed damaged me. And while it might be possible for me to get Baylor to send something indicating that I had failed to finish the required paperwork to continue in my position they would not be able to say whether or not it was due to these drugs. But I can swear that, up until these drugs, I did not miss deadlines related to my employment.

I have not previously sent in any "supporting documentation" because I did not know I would be required to do so.

I am enclosing documentation of *some* of the narcotics that have been prescribed for me since 2008. The initial prescriptions were filled in a small drugstore that has been out of business for more than a decade now and proof of those scripts is no longer available. The enclosed proof of prescriptions should provide proof that I have been on narcotics for an extended period. That most of the earlier prescriptions were for Oxycontin or Oxycodone. And that currently I have been moved to buprenorphine to try and maintain what faculties I have left.

I would ask that the court uphold all or part of my claim based on this evidence plus my sworn word. If this is not an option I would ask that the court provide me with additional time, understanding that because of the drugs I am not as able to meet deadlines as I once was, and to clarify what type of "evidence" the court would deem appropriate to prove what I already know to be true; that these drugs have ruined my life.

Again, I was told that the whole purpose of this process was to help those who had been damaged, not to place barriers to individuals such as myself getting relief, thus meaning all the damages would revert to the states for drug programs rather than help persons like myself rebuild their lives.

I apologize for the lack of order in the individual prescriptions. In order to meet this deadline I packed up and sent you what evidence I did have.

Thank you for your time and attention to this matter.

Michael E. Johnson