February 16, 2026

I write this letter in reference to Notice of Hearing of Omnibus Claims Objection of the debtors and official committee of unsecured creditors to unsubstantiated claims.

i. A caption setting forth the name of the bankruptcy court, the name of the debtors, the case number, and the title of the objection to which the response is directed;

i. Name of Bankruptcy Court: United States Bankruptcy Court of the Southern District of New York.

Debtors:

Counsel to the debtors and debtors in possession:

Davis Polk & Wardwell LLP

450 Lexington Avenue, NY, NY 10017

Ph 212.450.4000

Fx 212.701.5800

 /s/ Ben Kaminetzky

Case number: 19-23649

Claim #614529

ii. The name of the claimant: Joseph Edward Bruney

Description of the basis for the amount of the claim:

Due to the prescribed Tramadol and Oxycodone Joseph had a seizure while driving, resulting in hitting a telephone pole. Joseph was transported to Santa Rosa  Medical Center where it was determined that his seizure was due to the adverse effect of mixing tramadol with oxycodone as prescribed by his doctor. Joseph suffered injuries including left eye partial blindness, issues with hiding, vertigo, tbi, bad headaches, dental damage requiring surgery. Joseph also bit his tongue in the accident, and has

had speech problems requiring speech therapy. Joseph has since had issues obtaining a driver's license.

iii. A concise statement setting forth the reasons why the claim should not be expunged, disallowed, reduced, declassified, and/or otherwise modified:

As a result of the accident Joseph has reduced thinking process, health issues, and difficulty with memory putting him at a disadvantage

iv. All documentation: See accident August 2012 report from Florida state troopers accident, Medical records from prescriber at Santa Rosa Community Clinic, Prescription records from Walgreens for Tramadol and Oxycodone, and Medical Records from Santa Rosa Medical Center.

v. The address(es) to which the debtors must return any reply to your response remains:

Joseph Edward Bruney

c/o Jennifer Wentz Meador

300 Lakeshore Drive, Enterprise, AL 36330

Phone: 678.641.1477

vi. The name, address, and telephone number of the person posessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf:

Jennifer Wentz Meador

300 Lakeshore Drive, Enterprise, AL 36330

Phone: 678.641.1477