SDNY BANKRUPTCY COURT

RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #6347

NO OBJECTION FILED ALSO MOOT

JUDGE,

ON SEPTEMBER 17, 2025 YOU HELD A HEARING FOR LATE CLAIMS FOR PEOPLE IN PRISON AND A NOT HER LATE CLAIM FILEE.

SO WHY DID YOU HAVE A HEARING ABOUT LATE CLAIMS FILED WELL AFTER MY PETITION WAS FILED THAT YOU STILL HAVE YET TO RULE ON FROM WHAT I KNOW ABOUT THIS CASE JUDGE.

YOU AGAIN VIOLATED MY AMENDMENT I DISCONNECTING ME BEFORE MY BEING ABLE TO HEAR ARIKS ANSWER AS TO THE DATE WHEN MY SURE LATE CLAIM HEARING WOULD BE SCHEDULED.

AGAIN WHY IS DAVIS POLK OR AKIN GUMP THE BOSS OF MY PETITION WHEN MARC TOBAK MADE VERY CLEAR THAT YOU JUDGE IN FACT MUST HEAR AND DECIDE MY VERY PARTICULAR CASE PETITION THAT IS UNLIKE ANY ONE ELSES I CAN READ AND WHY WHEN CLEARLY I HAVE MOTIONED HAS MY HEARING NOT BEEN SCHEDULED SO I CAN MOVE ON TO ARGUE WHY MY PETITION AGAINST THE SACKLERS MUST BE ALLOWED TO PROCEED AS MY LIVING TIME LEFT IS OF MY WHILE NO ONE ELSES ESSENCE TO BE HEARD PRIOR TO THIS COURT LITERALLY CAUSING ME TO BECOME POSTHUMOUS LEGAL.



Mon, Oct 9, 2023,
8:03 PM

**Tobak, Marc J.**
**<marc.tobak@davispolk.com>**

Ms. Walker,

As indicated in the letter I sent, the Bankruptcy Code and the order of the bankruptcy court stay certain cases brought against Purdue Pharma L.P., its affiliated debtors, and certain individuals and entities "related" to Purdue.

I understand from your email that you wish to object to the stay of the case you filed against Purdue Pharma L.P. in Oregon state court.  The stay is issued by the U.S. Bankruptcy Court for the Southern District of New York, and your objection must be filed in the bankruptcy court, in the adversary case *Purdue Pharma L.P. v. Commonwealth of Massachusetts*, Adv. Pro. No. 19-08289 (Bankr. S.D.N.Y.).

I understand that you are proceeding without an attorney.  Your objection can be filed with the bankruptcy court in one of two ways:

 By emailing your objection to the Chambers of the Honorable Sean H. Lane, at the following email address:  SHL.orders@nysb.uscourts.gov

or

 By sending your objection by mail to:

Chambers of the Honorable Sean H. Lane
 United States Bankruptcy Court for the Southern District of New York
 300 Quarropas Street
 White Plains, NY 10601-4140

Purdue and its lawyers, including me, cannot file your objection in the Bankruptcy Court for you.

You can read filings in the bankruptcy court on this website: https://restructuring.ra.kroll.com/purduepharma/    That is not the official docket, and documents cannot be filed on that website.

 Sincerely,

Marc J. Tobak

**Marc J. Tobak**

**Davis Polk & Wardwell** LLP

+1 212 450 3073 office
marc.tobak@davispolk.com



Mon, Oct 9, 2023, 8:29 PM

**Tobak, Marc J.**
**<marc.tobak@davispolk.com>**

Ms. Walker,

 First, to be absolutely clear, the papers you received, and my emails, are not about any decision on whether you have a valid claim against Purdue Pharma L.P., members of the Sackler family, or anyone else.

 The purpose of the stay and injunction are to pause suits relating to Purdue so that claims can be addressed in the Purdue bankruptcy case.  If you have filed a claim in that case, it will be addressed under the procedures ordered by the bankruptcy court.  If you did not file a bankruptcy claim, the deadline to file claims was July 30, 2020.

 The Oregon state courts do not have the power to issue orders in the bankruptcy case.  Your case in Oregon against Purdue Pharma L.P. is automatically stayed by federal bankruptcy law, and the case against members of the Sackler family will be stayed by bankruptcy court order if you do not file a timely objection.  If you wish your objection to be considered by the bankruptcy court, you should send it by email or mail to the bankruptcy court at the addresses in my prior email.   If you do file an objection, we will file a response, and the bankruptcy court will decide whether to stay you claims against the members of the Sackler family.

Sincerely,

**Marc J. Tobak**

**Davis Polk & Wardwell** LLP



Tue, Oct 17, 2023,
6:59 AM

**Tobak, Marc J.**
**<marc.tobak@davispolk.com>**

to me, Erwin, GUTRIDGE,
MAR-ADA@ojd.state.or.us, NYSBdb_SHL,
Terry, constituentservices,
evening@cbsnews.com



Dear Ms. Walker,

Thank you.  There is no need to send me a paper copy; a complete emailed copy of your filing is sufficient.

Regards,

Marc

**Marc J. Tobak**

Sun, Oct 22, 2023,
2:12 PM

**Tobak, Marc J.**
<marc.tobak@davispolk.com>

Ms. Walker,

I represent only Purdue Pharma and its affiliated debtors in their bankruptcy cases. I do not represent Purdue in any other case, and do not represent any of the Sacklers.

Best,

Marc

**Marc J. Tobak**

**Davis Polk & Wardwell** LLP

**Tobak, Marc J.**
<marc.tobak@davispolk.com>



Wed, Dec 20, 2023, 5:51 AM

Rosemary,

Thank you for your email. Just as a point of clarification, I do not represent Purdue in your case in Oregon state court, and cannot accept service for Purdue of papers in that case. I represent Purdue only in the bankruptcy case; because Purdue is in bankruptcy, entry of a default judgment against it would be null and void as a violation of the automatic stay under the bankruptcy code.

Relatedly, we filed the attached statement asking the bankruptcy court to enter the injunction against your case in Oregon state court. The bankruptcy court has enjoined hundreds of similar actions. It would not be fair to allow one case to go forward, and if all cases go forward the result will be to destroy the value of Purdue's estate and to make that value unavailable for opioid abatement and victim compensation.

Under the court's prior orders, the bankruptcy court may decide to issue the injunction without a hearing, or may hold a hearing.  Even if the court does hold a hearing, the court will decide only whether to issue the injunction; nothing in the stay or injunction process will weigh the legal validity of your complaint.

If we do not correspond before, best wishes for the holiday season and the new year.

 Marc

**Marc J. Tobak**

**Davis Polk & Wardwell LLP**

+1 212 450 3073 office

marc.tobak@davispolk.com

Tue, Jan 30, 2024,
12:05 PM

**Tobak, Marc J.
<marc.tobak@davispolk.com>**

Rosemary,

 This document is Thirty-Fourth Amended Preliminary Injunction Order, which the Bankruptcy Court entered on January 23.

Under this order, you are enjoined from continuing to prosecute your suit in Marion County (you will see it listed on page 241 of 292, as entry 560 of Appendix III), and from commencing or continuing any other actions against the Debtors or "Related Parties" arising out of or relating to Purdue's opioid business, for as long as the injunction remains in effect.

The injunction is currently in effect through  the earlier of (1) the date that an order confirming a plan of reorganization is entered and not subject to any stay, including the stay pursuant to Federal Rule of Bankruptcy Procedure 3020(e); and (2) the date 30 days after entry of an opinion or order vacating or reversing the May 30, 2023 judgment of the United States Court of Appeals for the Second Circuit in the appeals consolidated and captioned as In re Purdue Pharma L.P. et al., No. 22-110-bk(L).

On page 9, you will see that Judge Lane considered your objection, as well as the papers the Debtors filed, and, on page 12, that the Court overrules your objection to the entry of the preliminary injunction "for the reasons that the Court has explained in overruling prior objections at the Hearings."

This is not a decision on the merits of your claims; it pauses your case, as it has paused the hundreds of other cases listed in the order, to preserve and maximize the value that creditors can obtain from Purdue and ensure fair recoveries among Purdue's creditors.

Best regards,

Marc

**Marc J. Tobak**

**Davis Polk & Wardwell** LLP

> LOOK I AM **NOT A LAWYER.
>
> I AM A QUALIFIED DISABLED AMERICAN WOMAN PAUPER.
>
> I DID NOT AND STILL DO NOT UNDERSTAND WHAT MY STILL INCORRECT MARION COUNTY CASE NUMBER BEING 'JOINED' MEANS OTHER THAN I HAVE FIGURED OUT THAT YOU JUDGE HAVE TO HOLD A HEARING ABOUT YES MY VERY VALID WHY I FILED LATE HARDSHIP CLAIM AFTER THE MOOT BAR DATE AS OTHER LATE CLAIMS WERE ACCEPTED MAKING THE BAR AND ALL DATES AGAIN MOOT INCLUDING DEADLINES FOR THE SACKLERS TO SIGN DOCUMENTS AND PROVIDE THEM SO THE CASH CAN YES BE PROVIDED TO US VICTIMS.
>
> WHEN IS IT MY TURN TO BE HEARD.
>
> YOU CAN AGAIN SCHEDULE A HEARING FOR THE NON DEBTOR SACKLERS THE NOT EVEN NIGHT SAME MORNING WHEN THE SACKLERS FAIL TO PROVIDE SIGNED DOCUMENTS HOLDING UP THIS ENTIRE BANKRUPTCY BUT ALAS I AM NOT THE WEALTHY & POWERFUL SACKLERS JUST A QUALIFIED DISABLED AMERICAN WOMAN PAUPER WITH NOT ONE SINGLE RIGHT TO DATE TO EVEN SPEAK ABOUT MY OWN AMENDMENT I.
>
> YOU AGAIN HAVE MOOTED MY RIGHTS BY NOT HEARING ME PRIOR TO MARCH 1ST 2026 JUDGE AGAIN THE ENTIRE POINT OF RECIPROCAL AND ALL OF US BEING ALLOWED TO CHANGE OUR MINDS WHEN WE WERE FORCED & COERCED TO PREMATURELY CHECK A BOX FOR A CASH BRIBE SO THE NON DEBTOR SACKLERS AVOID FUTURE LITIGATION FROM PURDUE PI CLAIMANTS

WITH NO PETITION TO RELEASE THE SACKLERS FOR OTHERWISE ALL OF US WOULD AUTOMATICALLY HAVE OUR CASES AGAINST THE SACKLERS HEARD AS SOON AS OUR CLAIMS WERE DENIED IN THE 19-23649 PURDUE PHARMA BANKRUPTCY WHY I ASKED MARC THE QUESTION I DID TODAY WHEN THE QUESTION WAS ASKED AND MARC WAS RESPONDING I WAITED UNTIL THERE WAS SILENCE TO ASK MY QUESTION JUDGE YOU RAISED YOUR VOICE AT ME YET AGAIN PRIOR TO AN ANSWER.

THIS IS SUPER SO NOT FAIR NOT RECIPROCAL AND FAIR EQUAL OR JUST OR ANY CONSISTENT PROCESS. WHY WAS MY LATE CLAIM NOT INCLUDED IN THE 9.17.2025 HEARING? THE SECOND TIME YOU JUDGE INFRINGED ON MY AMENDMENT I FOR YES EMAILING LIZA SO I COULD LISTEN I DID NOT EVEN PARTICIPATE SPEAKING IN.

BUT ALAS I WAS MENTIONED

PAGE 11 9.17.2025 TRANSCRIPT

There is, as you
10 saw earlier, Ms. Walker, Rosemary Walker had filed a letter
11 about voting. The Court entered an order on that, so we've
12 sort of already got that teed up. But it's another example
13 of a different kind of issue, a random issue that will come
14 up from time to time.

PAGE 16

6 THE COURT: All right. That would be wonderfully
7 helpful. And again, the idea is we want everybody to be
8 heard, but at an appropriate time.

PAGE 19 YOU SAID THIS JUDGE THEN DARE TO THREATEN TO DENY THE TITLE II & III RIGHTS OF A QUALIFIED DISABLED AMERICAN WOMAN PAUPER A PAUPER WHO OBVIOUSLY CAN NOT AFFORD TO FLY TO NEW YORK. I WANT TO SCREAM.

11 And just again, trying to give some background for
12 these things, the reason why we try to figure out whether
13 people need to come to court is the same reason we allow
14 people on Zoom, is to try to keep costs down in a case that
15 was always going to be an expensive case.

PAGE 25

7 individuals who are Claimants, who filed based on being
8 victims of the opioid crisis,

WHAT OPIOID CRISIS….PURDUE PHARMA BRAND? OH LATE CLAIMS SO WHY WAS MINE NOT INCLUDED JUDGE?

So I know there are some people who are here
17 specifically for the late claims.

PAGE 38 WOW PRO SE LATE CLAIMS BEING HEARD BUT ALAS NOT MS WALKERS

18 The next item on the agenda is the late claim
19 motions filed by various individuals who are proceeding pro
20 se.

PAGE 40 SO SOME PEOPLE GET DUE PROCESS WHILE MS WALKER HAS HAD NONE & AGAIN THE BAR DATE IS MOOT AS THE COURT ALSO STATED YOU ARE VERY AWARE LATE CLAIMS HAVE BEEN ALLOWED WHY MINE TOO MUST BE ALLOWED WITH VALID HARDSHIP ISSUES JUDGE.

10 THE COURT: All right. So I'm fine with that.
11 That makes sense, in the interest of due process. And I
12 think Mr. Stewart has been here at other hearings, so we
13 know that he is interested.
14 That leads me to a question, is I did see in other
15 circumstances, I guess going back a ways, that there have
16 been in certain circumstances where there's been a late -- a
17 motion to allow a late claim,

PAGE 42 MS WALKER TOO IS BOTH MENTALLY & PHYSICALLY NOT A CRIMINAL BUT QUALIFIED DISABLED AMERICAN WOMAN PAUPER WHO MUST HAVE THE SAME EQUAL PROTECTION OF INCARCERATED PEOPLE JUDGE.

23 In addition, the motions that are on for today
24 were filed after the record voting date, which I believe is
25 May 12th, 2025.

10 that he describes, including having been in solitary
11 confinement for various parts of his incarceration, as well
12 as his stated disability of being mentally impaired, and he
13 provides some documentation to support that, we believe it

14 would make more sense for the claims administrator, as part
15 of the Trust distribution procedures for the PI trust to,
16 you know, do a more thorough review of his circumstances to
17 determine whether or not that claim should be accepted as
18 timely.

PAGE 43

but perhaps it could, but somebody would still have a
5 right of redress if the Claims Administrator decided not to
6 permit the claim.

PAGE 45 BUT MS WALKER SHOULD CONTINUE TO FEEL STRESSED….JUDGE?

6 THE COURT: And what it means is that there will
7 be a -- There is somebody who is going to administer the
8 trust here, and that person will be in contact with you to
9 get more information.
10 MR. MOSS: All right.
11 THE COURT: And we'll see how it goes from there.
12 So it essentially puts off a decision on this until after
13 there's more information that we manage to get on your
14 situation. And you have all your rights to come back to
15 talk to me if you don't like how it works out, and so -- But
16 the Debtor is saying that they want to give this a closer
17 look. So that's the idea, so you shouldn't feel stressed
18 that you have to present anything today.

PAGE 48-49

20 THE COURT: All right. I appreciate your
21 comments. Let me just let you know what I'm going to do.
22 I'm going to take in all the information everybody gives me
23 today, and I am going to think about it, I'm going to look
24 at the papers, and I'm going to look at the law, and then
25 I'm going to -- I'm not going to give people an answer
Page 48

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 today. I'm going to do one of two things. I'm either going
2 to issue a written decision that will explain what my answer

3 is, and why, or I will do the same thing from the bench at a
4 future hearing. If I do that, I will -- we will make sure
5 to reach out to folks, to let you know what hearing that's
6 going to get.

PAGE 55

16 THE COURT: So as I as I explained to Mr. Funke,
17 I'm going to take this, what the Court calls that we take it
18 under advisement, meaning that there's no ruling today. I
19 go back and I consider what people have said, I look at the
20 law, and then I will provide a decision one way or the
21 other, either in writing or in a bench ruling, which if I do
22 that, I will make sure to let you know when that hearing is.

I AM AGAIN GOING TO STATE JUDGE THE ONLY WAY TO ENSURE THAT NO OTHER AMERICAN CITIZEN EVER ABUSES OR OVERDOSES FROM PURDUE PHARMA BRAND OR NEW COMPANY NAME BRAND OPIOID DRUGS IS TO ENSURE NO DOCTOR IS EVER ALLOWED TO PRESCRIBE THOSE DRUGS OTHER THAN IF WE AMERICANS ARE IN THE HOSPITAL OR AT HOME IN HOSPICE CARE.

AS HAS BEEN STATED BY ARIK PRIES THIS 'OPIOID' EPIDEMIC HAS BEEN GOING ON FOR OVER FOUR DECADES AND PEOPLE RIGHT NOW THIS MINUTE ARE IN HOSPITALS FROM OVERDOSING ON PURDUE PHARMA BRAND OXYCONTIN.

SO HOW IN ANY GOOD FAITH THIS COURT COULD ALLOW THESE DRUGS TO BE CONTINUED TO BE PRESCRIBED FOR AMERICANS TO BECOME POSTHUMOUS LEGAL FROM MAKES ZERO COMMON SENSE AT ALL.

JUST THINK NO ABATEMENT AT ALL REQUIRED IN PERPETUITY AS THESE PURDUE IN THIS PARTICULAR CASE WOULD NOT BE BEING PRESCRIBED OUTSIDE OF HOSPITALS OR ON DEATH BEDS. RIGHT.

MS WALKER CONTINUES TO BE HARASSED FROM PHONE # 586-280-0747 GUESS THEY FORGOT TO BLOCK THEIR NUMBER STATING I CALLED THEM I CERTAINLY HAVE NOT BUT HITTING THE GREEN NOT RED TO VOICEMAIL BUTTON THAT WHEN I HAVE ANSWERED HAVE RECORDED THE CALL.



JUDGE CONTINUED HARASSMENT IS HAPPENING AS I TYPE THIS DOCUMENT. THIS PERSON STATED THEY HAVE AN ATTORNEY WHO IF TRUE NEEDS TO BE SANCTIONED AND DISBARRED.

THIS PERSON STATES THEY HAVE 'SCREENSHOTS' AND 'MESSAGES' FROM ME THEY SHOWED TO THEIR LAWYER WHICH IS AN OUTRIGHT LIE.

SOMEONE HAS TO LOOK UP THIS NUMBER IF IT IS RELATED TO A CLAIM & DO SOMETHING TO STOP THIS AS BLOCKING NUMBERS OBVIOUSLY IS NOT WORKING WHEN THEY CALL FROM A NOT HER PHONE.

I AGAIN MOTION FOR A SECURITY SYSTEM REQUESTED MANY TIMES NOW JUDGE. IF I END UP MURDERED IT IS ON THIS COURT.

ROSEMARY HELEN ZIZIROS WALKER 2.26.26 2:21 PM

CERT OF SERVICE I PROMISE I EMAILED DAVIS POLK AKIN GUMP PAUL S EDGAR G PURDUE PI TRUST