DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF SCHEDULED OMNIBUS HEARING DATES**

**PLEASE TAKE NOTICE** that pursuant to the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* [ECF No. 498], the United States Bankruptcy Court for the Southern District of New York has scheduled the following omnibus hearing dates and times for matters in the above-captioned chapter 11 cases:

- Thursday, March 19, 2026 at 11:00 a.m. (prevailing Eastern Time)
- Monday, April 20, 2026 at 11:00 a.m. (prevailing Eastern Time)
- Wednesday, May 20, 2026 at 11:00 a.m. (prevailing Eastern Time)
- Wednesday, June 24, 2026 at 11:00 a.m. (prevailing Eastern Time)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that, to the extent of any inconsistency, the foregoing dates supersede any previously scheduled omnibus hearing dates.

**PLEASE TAKE FURTHER NOTICE** that the omnibus hearings will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, via Zoom® videoconference unless otherwise ordered by the Court. Parties wishing to appear at, or attend, an omnibus hearing conducted via Zoom® videoconference are required to register their appearance 24 hours in advance of such omnibus hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated:   March 4, 2026
         New York, New York

                                            DAVIS POLK & WARDWELL LLP

                                            By:   */s/ Christopher S. Robertson*
                                                   Christopher S. Robertson

                                            450 Lexington Avenue
                                            New York, New York 10017
                                            Telephone: (212) 450-4000
                                            Facsimile: (212) 701-5800
                                            Marshall S. Huebner
                                            Benjamin S. Kaminetzky
                                            Eli J. Vonnegut
                                            Christopher S. Robertson

                                            *Counsel to the Debtors*
                                            *and Debtors in Possession*