DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Eli J. Vonnegut
Marc J. Tobak

*Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.[1]** | **(Jointly Administered)** |

## AGENDA FOR MARCH 19, 2026 OMNIBUS HEARING

Time and Date of Hearing:    March 19, 2026 at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing:    The Hearing will only be conducted via Zoom for Government®. Any parties wishing to **participate in** the Hearing are required to register their appearance by 11:00 a.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 558 8656, Meeting ID 961 0208 8655 Passcode 677053.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## I. UNCONTESTED MATTERS:

1. *Interim Fee Applications.* Notice of Nineteenth Interim Fee Hearing [ECF No. 8698]

   Objection Deadline: March 12, 2026 at 4:00 p.m. (prevailing Eastern Time)

   Responses Received: None.

   Related Documents: Interim Fee Applications of the following applicants:

   **Debtors' Professionals**

   A.   AlixPartners, LLP [ECF No. 8673]
   B.   Arnold & Porter Kaye Scholer LLP [ECF No. 8660]
   C.   BDO USA, P.C. [ECF No. 8664]
   D.   Cornerstone Research [ECF No. 8624]
   E.   Davis Polk & Wardwell LLP [ECF No. 8661]
   F.   Dechert LLP [ECF No. 8666]
   G.   Ernst & Young LLP [ECF No. 8537]
   H.   Jones Day [ECF No. 8679]
   I.   King & Spalding LLP [ECF No. 8648]
   J.   Kroll Restructuring Administration LLC [ECF No. 8638]
   K.   Latham & Watkins LLP [ECF No. 8671]
   L.   PJT Partners LP [ECF No. 8557]
   M.   Reed Smith LLP [ECF No. 8652]
   N.   Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 8680]

   **Official Committee of Unsecured Creditors' Professionals**

   O.   Akin Gump Strauss Hauer & Feld LLP [ECF No. 8670]
   P.   Bedell Cristin Jersey Partnership [ECF No. 8674]
   Q.   Cole Schotz P.C. [ECF No. 8672]
   R.   Jefferies LLC [ECF No. 8675]
   S.   Kurtzman Carson Consultants, LLC [ECF No. 8678]
   T.   Province, LLC [ECF No. 8677]

   **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

   U.   Brown Rudnick LLP [ECF No. 8662]
   V.   BrownGreer PLC [ECF No. 8653]
   W.   FTI Consulting, Inc. [ECF No. 8656]
   X.   Gilbert LLP [ECF No. 8654]
   Y.   Gilbert Strategic Solutions, LLC [ECF No. 8655]
   Z.   Herbert Smith Freehills Kramer (US) LLP [ECF No. 8667]
   AA.  Houlihan Lokey Capital, Inc. [ECF No. 8657]
   BB.  Otterbourg P.C. [ECF No. 8658]
   CC.  Rubris Inc. [ECF No. 8659]

**Multi-State Governmental Entities Group**

DD.  Caplin & Drysdale, Chartered [ECF No. 8693]

**Fee Examiner**

EE.  Bielli & Klauder, LLC [ECF No. 8637]

Status: This matter is going forward on an uncontested basis.

2. ***Debtors' Motion Authorizing Production of Anonymized Information in Insurance Arbitration***. Motion of the Debtors for an Order Authorizing the Production of Anonymized Information Regarding Personal Injury Claims in Insurance Arbitration Subject to Protective Order [ECF No. 8834]

Objection Deadline: March 12, 2026 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None.

Reply Deadline: March 17, 2026 at 12:00 p.m. (prevailing Eastern Time)

Replies: None.

Related Documents:

A. Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion of the Debtors for an Order Authorizing the Production of Anonymized Information Regarding Personal Injury Claims in Insurance Arbitration Subject to Protective Order [ECF No. 8929]

Status: On March 17, 2026, the Debtors filed a certificate of no objection with respect to this motion. Accordingly, a hearing on this matter is necessary only to the extent the Court has any questions or concerns.

II.  **CONTESTED MATTERS**:

3. **Pro Se *Submissions***. Submissions and Related Filings by *Pro Se* Claimants That Are Not Notices of Appeal, Statements of Issues, Designations of Record, Motions to Extend Time to File Appeal, Motions Otherwise Related to Appeal, or Motions to Stay.

**Cornelius Wilson-Bey**

A.   Motion to Extend Time to Supply Claim Information to the PI Trust [ECF Nos. 8305, 8306]

B.   Motion to Allow re Zoom Hearing [ECF No. 8548]

**Ellen Issacs**

C.     Motion for Forensic Review [ECF No. 8342]

D.     Motion to Allow / Motion to Pierce the Corporate Veil and Hold Sackler Family Members Individually Liable and Motion for Hearing on Motion to Pierce the Corporate Veil [ECF Nos. 8418, 8427]

**Amanda Morales**

E.     Motion for Contempt of both the Court and Debtor and Amended Motion for Contempt of Court [ECF Nos. 8365, 8386]

**Sally Ann Cates**

F.     Letter to Judge Lane regarding "Personal Claimant Proof of Claim Form" [ECF Nos. 8381, 8519]

**Rosemary Walker**

G.     Motion to Allow / Motion to Revoke Opt-In [ECF Nos. 8437, 8493]

H.     Motion to Allow/Take Notice & Motion that 'Abatement' be only for Purdue Pharma Brand Oxycontin Opioid Abatement [ECF No. 8443]

I.     Motion to Allow/New Motion is to Revoke 50% of the USD's Paid by Debtors' to Davis Polk and All and Any Law Firms Involved [ECF No. 8444]

J.     Emergency Motion to Allow/Seek an Emergency Rule 7009. Pleading Special Matters [ECF No. 8445]

K.     Letter / Brief for Hearing [ECF No. 8449]

L.     Motion to Allow/Motion for Damages under Injunctive Relief for Violation of Plan 'Promotion' Term [ECF No. 8484]

M.     Letter Motion re Claim 63478 [ECF No. 8520]

N.     Motion to Allow & Sanctions [ECF No. 8528]

O.     Motion to Allow Motions Be Acted on 1.22.2026 [ECF Nos. 8532, 8534]

P.     Response to Doc 8548 & Action On Motion For **Immediate Payment Of Defamation & Libel Damages From The Court Previously Requested [ECF No. 8553]

Q.     Motion for Sanctions [ECF No. 8568]

R.     After 2.4.2026 Hearing Motions Issues & Waiver Estoppel Motion [ECF No. 8584]

S.     Motions to Allow [ECF No. 8597]

T.      Demand for Hearing, Motions & Sanctions [ECF No. 8608]

U.      Statement re Opt Out [ECF No. 8611]

V.      Letter /Request for Hearing Date Prior to 3/1/2026 Deadline [ECF No. 8749]

W.      Letter to Judge Lane In Re: Claim No. 6347 [ECF No. 8777]

X.      Letter to Judge Lane In Re: Claim No. 6347 [ECF No. 8831]

Y.      Letter In Re: Hardship Late Claim (Claim No. 634787) [ECF No. 8855]

Z.      Letter In Re: (Claim No. 634787) [ECF No. 8856]

AA.     Letter to Judge Lane In Re: Hearing Comments & Motions & Ada Fines (Claim No. 6347) [ECF No. 8857]

BB.     Letter to Judge Lane In Re: Purdue PI Trust (Claim #634787) [ECF No. 8858]

**Frederick Hill**

CC.     Motion Allowing Filing of Attached NJ Superior Court Motion to Reinstate Frederick Hill's Pre-Petition Lawsuit CAM-L3693-10 on Purdue Bankruptcy's (19-23689) Effective Date [ECF Nos. 8494, 8518]

DD.     Memorandum Of Facts In Support Of Fredrick Hill's March 19th 2026 Motion To Order Fredrick Hill Can File Attached NJ Superior Court Motion To Reinstate His Temporarily Stayed–Indefensible NJ Pre-Petition Consumer Fraud Oxycontin Personal Injury Lawsuit Cam-L-3693-19 When The Purdue Temporary Preliminary Injunction Order Is Lifted On The Purdue Bankruptcy Effective Date Adding To Doc-8489 In Case #19-23649 [Adv. Pro. ECF No. 714][2]

**Ronald Bass:**

EE.     Letter Re: Withdrawal of Reference [ECF Nos. 8530, 8531]

Response Deadline: March 12, 2026 at 4:00 p.m. (prevailing Eastern Time)

FF.     Debtors' Omnibus Response to Submissions by Pro Se Claimants That Are Not Notices of Appeal, Statements of Issues, Designations of Record, Motions to Extend Time to File Appeal, Motions Otherwise Related to Appeal, or Motions to Stay [ECF No. 8919]

GG.     Omnibus Response and Joinder of the Official Committee of Unsecured Creditors in Respect of Various Motions Set for March 19, 2026 Omnibus

---

[2] ECF Numbers refer to the main bankruptcy proceeding docket (No. 19-23649) unless preceded by "Adv.," in which case the number refers to docket entries on the adversary proceeding docket (*Purdue Pharma, L.P., et al. v. Commonwealth of Massachusetts, et al.*, Adv. No. 19-08289 (SHL) (Bankr. S.D.N.Y.)).

Hearing [ECF No. 8920]

Reply Deadline: March 17, 2026 at 4:00 p.m. (prevailing Eastern Time)

Replies Received:

HH.   Response to Doc 8919 Prior to 3.19.26 Hearing filed by Rosemary Walker [ECF No. 8921]

II.   Frederick Hill's Reply to Debtor and UCC March 12th 2026 Oppositions to My Current Motion [Adv. Pro. ECF No. 715]

Related Documents:

JJ.   Notice of Hearing Regarding Submissions by *Pro Se* Claimants That Are Not Notices of Appeal, Statements of Issues, Designations of Record, Motions to Extend Time to File Appeal, Motions Otherwise Related to Appeal, or Motions to Stay [ECF No. 8440]

KK.   Updated Notice of Hearing Regarding Submissions by *Pro Se* Claimants That Are Not Notices of Appeal, Statements of Issues, Designations of Record, Motions to Extend Time to File Appeal, Motions Otherwise Related to Appeal, or Motions to Stay [ECF No. 8527]

LL.   Second Updated Notice of Hearing Regarding Submissions by *Pro Se* Claimants That Are Not Notices of Appeal, Statements of Issues, Designations of Record, Motions to Extend Time to File Appeal, Motions Otherwise Related to Appeal, or Motions to Stay [ECF No. 8890]

Status: These matters are going forward on a contested basis.

[*Remainder of page left intentionally blank.*]

Dated:      March 17, 2026
            New York, New York

                                        DAVIS POLK & WARDWELL LLP

                                        By:  /s/ *Benjamin S. Kaminetzky*
                                             Benjamin S. Kaminetzky

                                        450 Lexington Avenue
                                        New York, New York 10017
                                        Telephone: (212) 450-4000
                                        Facsimile: (212) 701-5800
                                        Marshall S. Huebner
                                        Benjamin S. Kaminetzky
                                        James I. McClammy
                                        Eli J. Vonnegut
                                        Marc J. Tobak

                                        *Counsel to the Debtors*
                                        *and Debtors in Possession*