DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
James I. McClammy
Eli J. Vonnegut
Marc J. Tobak

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.[1]** | **(Jointly Administered)** |

**NOTICE OF FILING OF FOURTH AMENDED PROPOSED ORDER
IN CONNECTION WITH OMNIBUS CLAIMS OBJECTION OF
THE DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO UNSUBSTANTIATED CLAIMS**

**PLEASE TAKE NOTICE** that on January 28, 2026, the above-captioned Debtors and

the Official Committee of Unsecured Creditors ("**UCC**") filed the *Omnibus Claim Objection of*

*the Debtors and Official Committee of Unsecured Creditors to Unsubstantiated Claims* [ECF

No. 8547] (the "**Objection**").  The Objection was heard at the February 26, 2026, at 11:00 a.m.

---

[1] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

(prevailing Eastern Time), omnibus hearing before the Court in the above-captioned cases (the "**February Omnibus Hearing**").

**PLEASE TAKE FURTHER NOTICE** that Debtors and the UCC previously filed a *Notice of Partial Withdrawal of Omnibus Claim Objection of the Debtors and Official Committee of Unsecured Creditors to Unsubstantiated Claims and Filing of Amended Proposed Order* [ECF No. 8774], an *Amended Notice of Partial Withdrawal of Omnibus Claims Objection of the Debtors and Official Committee of Unsecured Creditors to Unsubstantiated Claims and Filing of Second Amended Proposed Order* [ECF No. 8826], and a *Second Amended Notice of Partial Withdrawal of Omnibus Claims Objection of the Debtors and Official Committee of Unsecured Creditors to Unsubstantiated Claims and Filing of Third Amended Proposed Order* [ECF No. 8911], pursuant to which the Objection was withdrawn as to certain claims without prejudice (the "**Withdrawn Claims**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the list of Withdrawn Claims, which is unchanged from the version of this list filed with the *Second Amended Notice of Partial Withdrawal of Omnibus Claims Objection of the Debtors and Official Committee of Unsecured Creditors to Unsubstantiated Claims and Filing of Third Amended Proposed Order* [ECF No. 8911].

**PLEASE TAKE FURTHER NOTICE** that Debtors expressly reserve all potential objections to the Withdrawn Claims, including those set forth in the Objection.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is the *Fourth Amended Proposed Order to Omnibus Claim Objection of the Debtors and Official Committee of Unsecured Creditors to Unsubstantiated Claims* (the "**Fourth Amended Proposed Order**").

2

Schedule 1 to the Fourth Amended Proposed Order includes all claims identified in the Objection except the Withdrawn Claims.

**PLEASE TAKE FURTHER NOTICE** that a redline comparing the Fourth Amended Proposed Order against the original version filed with the Objection is attached hereto as **Exhibit C**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the UCC have confirmed that no claims under the names of the following individuals who appeared at the February Omnibus Hearing, or on whose behalf another individual appeared, are included in Schedule 1 to the Fourth Amended Proposed Order: Luke Anderson; Diane Kathryn Bogush; Erick William Bohling; Gregory Collins; Larry Cornwall; Roy Cornwall; Nancy Eberg; Ilya Fenin; James Fox; Michael Galipeau; Caitlin Gandolfi; Robert Graham; Valia Hinton; Deborah Johnson; Salaam Khalifah; Stephanie Rhae Linquist-Eckard; Cynthia E. Macdonald; David John Mack; Tomasz Magdziak; Janet Mansfield; Robert D. Melenski; Jonathan Mills; Diana Nave; William Thomas Norman; Cecilia Perez; Aja Michelle Pinder; Christopher J. Punch; Kyle V. Randels; Michael Anthony Rayer; Donna Rivella; Amanda Silcox; Patrick Sommer; Patricia St. Pierre; Lori Steele; Jennifer Suddreth; Robert C. Talles, Jr.; Angela Dean Vigil; Michele L. Wagner; and Shawn Ward.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Fourth Amended Proposed Order and all related papers may be obtained free of charge by visiting the website of Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/purduepharma/.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   March 20, 2026
        New York, New York

DAVIS POLK & WARDWELL LLP

/s/ *Marc J. Tobak*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
James I. McClammy
Eli J. Vonnegut
Marc J. Tobak

*Counsel to the Debtors
and Debtors in Possession*