**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## OMNIBUS ORDER GRANTING NINETEENTH INTERIM FEE APPLICATIONS OF PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF <u>ACTUAL AND NECESSARY EXPENSES</u>

Upon consideration of each of the applications (each, an "**Application**" and collectively, the "**Applications**") filed by those professionals identified on <u>**Schedule A**</u> hereto (each, an "**Applicant**" and collectively, the "**Applicants**"), pursuant to sections 327, 328, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking allowance of interim compensation for professional services rendered and reimbursement of actual and necessary expenses incurred from September 1, 2025 (or the effective date of retention) through and including December 31, 2025 (the "**Fee Period**") in connection therewith; and an independent fee examiner (the "**Fee Examiner**") having been appointed in these cases in accordance with the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023] (the "**Fee Examiner Order**"); and the Fee Examiner having reviewed the Applications in accordance with the Fee Examiner Order; and the Fee Examiner and each Applicant having agreed to the recommended fee and expense reductions as set forth on **Schedule A** hereto; and the Fee Examiner having no objection to the interim allowance and payment of each Applicant's fees and expenses in the amounts set forth on **Schedule A** hereto under the column headings "Fees Allowed for Nineteenth Interim Fee Application" and "Expenses Allowed for Nineteenth Interim Fee Application"; and the total amount of each Applicant's fees and expenses sought in the Fee Period together with the amounts allowed pursuant to prior Fee Applications being set forth on **Schedule B** hereto; and due and proper notice having been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2)  and the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529], and it appearing that no other or further notice need be provided; and a hearing having been held on March 19, 2026 to consider the Applications (the "**Hearing**") and there being no objections to the relief granted herein; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and this matter being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of all of the proceedings had before the Court; and good and sufficient cause appearing for the relief granted hereby,

    IT IS HEREBY ORDERED THAT:

1.    The Applications are granted as set forth on **Schedule A** hereto.

2.       The Applicants are awarded, on an interim basis, (a) compensation for professional services rendered during the Fee Period and (b) reimbursement for actual and necessary expenses incurred by the Applicants, in the amounts set forth under the column headings "Fees Allowed for Nineteenth Interim Fee Application" and "Expenses Allowed for Nineteenth Interim Fee Application" on **Schedule A** hereto.

3.       The Debtors are authorized and directed to pay the Applicants promptly the amounts of fees and expenses approved by this Order and set forth under the column headings "Fees Allowed for Nineteenth Interim Fee Application" and "Expenses Allowed for Nineteenth Interim Fee Application" on **Schedule A** hereto, to the extent such amounts have not previously been paid.

4.       This Order is a separate order for each Applicant and the appeal of any order with respect to any Applicant shall have no effect on the allowed fees and expenses of the other Applicants.

5.       This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: March 23, 2026
       White Plains, New York

                                        */s/ Sean H. Lane*
                                        HONORABLE SEAN H. LANE
                                        UNITED STATES BANKRUPTCY JUDGE

**Schedule A**

**Interim Fee Applications: September 1, 2025 through December 31, 2025**

<u>Case No:</u> **19-23649 (SHL)**
<u>Case Name:</u> **In re Purdue Pharma L.P.,** *et al.*

| Applicant | Date and Docket Number of Application | Fees Requested on Nineteenth Interim Fee Application | Expenses Requested on Nineteenth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Nineteenth Interim Fee Application | Expenses Allowed for Nineteenth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| **Debtors' Professionals** | | | | | | | |
| AlixPartners, LLP | February 17, 2026 ECF No. 8673 | $4,187,335.00 | $239,171.53 | $16,584.00 | $0.00 | $4,170,751.00 | $239,171.53 |
| Arnold & Porter Kaye Scholer LLP | February 17, 2026 ECF No. 8660 | $290,821.13 | $2,048.00 | $0.00 | $0.00 | $290,821.13 | $2,048.00 |
| BDO USA, P.C.[2] | February 17, 2026 ECF No. 8664 | $114,270.60 | $0.00 | $0.00 | $0.00 | $114,270.60 | $0.00 |
| Cornerstone Research[3] | February 11, 2026 ECF No. 8624 | $346,190.00 | $46,345.68 | $0.00 | $0.00 | $346,190.00 | $46,345.68 |
| Davis Polk & Wardwell LLP | February 17, 2026 ECF No. 8661 | $12,958,695.50 | $123,649.13 | $21,559.90 | $0.00 | $12,937,135.60 | $123,649.13 |
| Dechert LLP | February 17, 2026 ECF No. 8666 | $1,026,609.19 | $884.94 | $0.00 | $0.00 | $1,026,609.19 | $884.94 |

---

[2] BDO USA, P.C.'s Interim Fee Application covers the period of October 1, 2025, through December 31, 2025.

[3] Cornerstone Research's Interim Fee Application covers the period of September 1, 2025, through November 30, 2025.

| Applicant | Date and Docket Number of Application | Fees Requested on Nineteenth Interim Fee Application | Expenses Requested on Nineteenth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Nineteenth Interim Fee Application | Expenses Allowed for Nineteenth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Ernst & Young LLP[4] | January 23, 2026 ECF No. 8537 | $550,000.00 | $72.80 | $0.00 | $0.00 | $550,000.00 | $72.80 |
| Jones Day | February 17, 2026 ECF No. 8679 | $1,798,551.16 | $1,642,222.14 | $0.00 | $0.00 | $1,798,551.16 | $1,642,222.14 |
| King & Spalding LLP | February 16, 2026 ECF No. 8648 | $119,318.07 | $465.52 | $0.00 | $0.00 | $119,318.07 | $465.52 |
| Kroll Restructuring Administration LLC | February 13, 2026 ECF No. 8638 | $396,748.87 | $0.00 | $0.00 | $0.00 | $396,748.87 | $0.00 |
| Latham & Watkins LLP | February 17, 2026 ECF No. 8671 | $1,168,623.90 | $6,598.89 | $4,889.00 | $0.00 | $1,163,734.90 | $6,598.89 |
| PJT Partners LP | January 29, 2026 ECF No. 8557 | $900,000.00 | $0.00 | $0.00 | $0.00 | $900,000.00 | $0.00 |
| Reed Smith LLP | February 17, 2026 ECF No. 8652 | $1,183,317.81 | $1,101,147.79 | $0.00 | $1,552.11 | $1,183,317.81 | $1,099,595.68 |
| Skadden, Arps, Slate, Meagher & Flom LLP | February 17, 2026 ECF No. 8680 | $460,338.65 | $0.00 | $0.00 | $0.00 | $460,338.65 | $0.00 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | | | | |
| Akin Gump Strauss Hauer & Feld LLP | February 17, 2026 ECF No. 8670 | $8,649,695.00 | $88,354.42 | $62,911.33 | $0.00 | $8,586,783.67 | $88,354.42 |

[4] Ernst & Young LLP's Interim Fee Application covers the period of May 1, 2025, through December 31, 2025.

| Applicant | Date and Docket Number of Application | Fees Requested on Nineteenth Interim Fee Application | Expenses Requested on Nineteenth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Nineteenth Interim Fee Application | Expenses Allowed for Nineteenth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Bedell Cristin Jersey Partnership | February 17, 2026 ECF No. 8674 | $30,280.00 | $3,332.45 | $0.00 | $425.96 | $30,280.00 | $2,906.49 |
| Cole Schotz P.C. | February 17, 2026 ECF No. 8672 | $821,555.10 | $44.39 | $0.00 | $0.00 | $821,555.10 | $44.39 |
| Jefferies LLC | February 17, 2026 ECF No. 8675 | $900,000.00 | $26,087.50 | $0.00 | $0.00 | $900,000.00 | $26,087.50 |
| Kurtzman Carson Consultants, LLC | February 17, 2026 ECF No. 8678 | $20,824.13 | $8,883.07 | $0.00 | $0.00 | $20,824.13 | $8,883.07 |
| Province, LLC | February 17, 2026 ECF No. 8677 | $2,516,518.18 | $3,583.19 | $0.00 | $528.00 | $2,516,518.18 | $3,055.19 |
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | | | | |
| Brown Rudnick LLP | February 17, 2026 ECF No. 8662 | $555,489.00 | $223.04 | $6,923.00 | $0.00 | $548,566.00 | $223.04 |
| BrownGreer PLC | February 17, 2026 ECF No. 8653 | $57,815.50 | $0.00 | $0.00 | $0.00 | $57,815.50 | $0.00 |
| FTI Consulting, Inc. | February 17, 2026 ECF No. 8656 | $2,799,379.00 | $292.50 | $17,406.50 | $0.00 | $2,781,972.50 | $292.50 |
| Gilbert LLP | February 17, 2026 ECF No. 8654 | $1,477,518.75 | $24,254.74[5] | $16,068.75 | $0.00 | $1,461,450.00 | $24,254.74 |

---

[5] Gilbert LLP requested total expenses of $24,254.74, which includes out-of-pocket expenses in the amount of $5,561.34 and expenses for retained expert costs in the amount of $18,693.40.

| Applicant | Date and Docket Number of Application | Fees Requested on Nineteenth Interim Fee Application | Expenses Requested on Nineteenth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Nineteenth Interim Fee Application | Expenses Allowed for Nineteenth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Gilbert Strategic Solutions, LLC | February 17, 2026 ECF No. 8655 | $568,175.00 | $2,210.00 | $0.00 | $0.00 | $568,175.00 | $2,210.00 |
| Herbert Smith Freehills Kramer (US) LLP | February 17, 2026 ECF No. 8667 | $6,046,812.00 | $28,554.59 | $33,000.00 | $0.00 | $6,013,812.00 | $28,554.59 |
| Houlihan Lokey Capital, Inc. | February 17, 2026 ECF No. 8657 | $800,000.00 | $0.00 | $0.00 | $0.00 | $800,000.00 | $0.00 |
| Otterbourg P.C. | February 17, 2026 ECF No. 8658 | $262,705.50 | $224.72 | $0.00 | $0.00 | $262,705.50 | $224.72 |
| Rubris Inc. | February 17, 2026 ECF No. 8659 | $0.00 | $1,130.50 | $0.00 | $0.00 | $0.00 | $1,130.50 |
| **Counsel to the Multi-State Governmental Entities Group** | | | | | | | |
| Caplin & Drysdale, Chartered[6] | February 18, 2026 ECF No. 8693 | $900,209.50 | $20,141.23 | $3,245.00 | $209.83 | $896,964.50 | $19,931.40 |
| **Fee Examiner** | | | | | | | |
| Bielli & Klauder, LLC | February 13, 2026 ECF No. 8637 | $220,000.00 | $0.00 | $0.00 | $0.00 | $220,000.00 | $0.00 |

---

[6] Caplin & Drysdale, Chartered's Fee Application covers the period of August 1, 2025, through November 30, 2025.

**DATE ON WHICH ORDER WAS SIGNED 3-23-2026     INITIALS: SHL USBJ**

**Schedule B**

**Interim Fee Applications: Petition Date through December 31, 2025**

**Case No:** **19-23649 (SHL)**
**Case Name:** **In re Purdue Pharma L.P.,** *et al.*

| Applicant | Total Fees Requested | Total Fees Paid[7] | Total Expenses Requested | Total Expenses Paid[8] |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| AlixPartners, LLP | $59,371,987.50 | $58,967,653.69 | $4,171,847.51 | $4,134,611.55 |
| Arnold & Porter Kaye Scholer LLP | $8,316,844.74 | $8,255,354.23 | $92,033.75 | $91,623.79 |
| BDO USA, P.C. | $114,270.60 | $114,270.60 | $0.00 | $0.00 |
| Cornerstone Research | $6,637,186.82 | $6,603,202.09 | $66,081.55 | $66,081.55 |
| Davis Polk & Wardwell LLP | $299,696,418.55 | $298,722,972.95 | $2,869,727.32 | $2,860,652.96 |
| Dechert LLP | $34,602,193.60 | $34,457,678.00 | $2,321,360.51 | $2,318,683.09 |
| Ernst & Young LLP | $7,974,060.00 | $7,974,060.00 | $40,922.63 | $40,872.40 |
| Jones Day | $22,812,840.37 | $22,745,646.41 | $3,340,070.84 | $3,338,333.55 |

---

[7] Includes amounts to be paid pursuant to this Order.
[8] Includes amounts to be paid pursuant to this Order.

| Applicant | Total Fees Requested | Total Fees Paid[7] | Total Expenses Requested | Total Expenses Paid[8] |
|---|---|---|---|---|
| King & Spalding LLP | $28,407,314.66 | $28,303,412.65 | $19,650.50 | $19,561.78 |
| Kroll Restructuring Administration LLC | $1,672,107.58 | $1,670,607.58 | $343.50 | $343.50 |
| Latham & Watkins LLP | $10,515,272.18 | $10,465,428.98 | $46,045.25 | $45,895.23 |
| PJT Partners LP | $24,355,000.00 | $24,355,000.00 | $495,781.93 | $494,661.66 |
| Reed Smith LLP | $11,010,160.17 | $10,962,978.62 | $1,269,644.43 | $1,267,645.97 |
| Skadden, Arps, Slate, Meagher & Flom LLP | $47,773,672.47 | $47,490,082.19 | $1,049,233.82 | $1,049,089.36 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | |
| Akin Gump Strauss Hauer & Feld LLP | $158,726,253.00 | $157,837,117.91 | $5,701,808.09 | $5,671,249.31 |
| Bedell Cristin Jersey Partnership | $2,685,122.29 | $2,655,605.49 | $391,812.32 | $391,386.36 |
| Cole Schotz P.C. | $36,784,028.55 | $36,648,348.04 | $20,918.05 | $20,918.05 |
| Jefferies LLC | $16,537,500.00 | $16,537,500.00 | $364,265.87 | $363,067.54 |
| Kurtzman Carson Consultants, LLC | $1,111,273.87 | $1,105,982.04 | $234,222.09 | $225,773.88 |
| Province, LLC | $54,267,784.83 | $54,133,181.80 | $83,097.54 | $73,789.61 |

| Applicant | Total Fees Requested | Total Fees Paid[7] | Total Expenses Requested | Total Expenses Paid[8] |
|---|---|---|---|---|
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | |
| Brown Rudnick LLP | $17,914,067.50 | $17,601,806.43 | $93,470.48 | $91,030.51 |
| BrownGreer PLC | $126,039.00 | $126,039.00 | $0.00 | $0.00 |
| FTI Consulting, Inc. | $24,012,953.50 | $23,809,732.50 | $30,814.86 | $30,721.01 |
| Gilbert LLP | $30,604,611.50 | $30,286,648.94 | $546,840.33 | $544,927.70 |
| Gilbert Strategic Solutions, LLC | $2,088,450.00 | $2,088,450.00 | $9,094.03 | $9,094.03 |
| Herbert Smith Freehills Kramer (US) LLP | $60,932,023.25 | $60,563,461.67 | $949,361.02 | $947,778.58 |
| Houlihan Lokey Capital, Inc. | $14,400,000.00 | $14,400,000.00 | $41,373.17 | $39,226.24 |
| Otterbourg P.C. | $5,845,743.00 | $5,811,387.80 | $13,004.85 | $12,904.85 |
| Rubris Inc. | $1,500,000.00 | $1,500,000.00 | $21,964.00 | $21,964.00 |
| **Counsel to the Multi-State Governmental Entities Group** | | | | |
| Caplin & Drysdale, Chartered | $13,030,840.25 | $12,945,528.60 | $288,596.29 | $277,823.47 |

| Applicant | Total Fees Requested | Total Fees Paid[7] | Total Expenses Requested | Total Expenses Paid[8] |
|---|---|---|---|---|
| **Fee Examiner** | | | | |
| Bielli & Klauder, LLC | $3,768,375.00 | $3,768,375.00 | $0.00 | $0.00 |

**DATE ON WHICH ORDER WAS SIGNED 3-23-2026    INITIALS: SHL USBJ**