Hearing Date and Time: **April 20, 2026 at 11:00 a.m.**
Objection Deadline: **April 13, 2026 at 4:00 p.m.**

**THE LAW OFFICES OF RICHARD J. CORBI PLLC**
104 West 40th St., 4th Floor
New York, NY 10018
(646) 571-2033
Richard J. Corbi
rcorbi@corbilaw.com
*Co-Counsel to Michael R. Madia, Creditor*

*-And-*

**McDonnell Crowley, LLC**
500 Hooper Avenue
Toms River NJ 08753
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Co-Counsel to Michael R. Madia, Creditor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | Case No. 19-23649 (SHL)<br><br>(Jointly Administered)<br><br>Chapter 11 |

**NOTICE OF HEARING ON *EX PARTE* MOTION OF MR. MICHAEL R. MADIA FOR AN ORDER, PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AUTHORIZING THE ISSUANCE OF SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS BY CERTAIN THIRD PARTIES**

PLEASE TAKE NOTICE that on **April 20, 2026 at 11:00 a.m. (ET)**, (the "**Hearing**"), the undersigned will present the *Ex Parte Motion of Mr. Michael R. Madia for an Order, Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, Authorizing the Issuance of Subpoenas for the Production of Documents by Certain Third Parties* (the "**Motion**"), related proposed order and exhibits in support of the Motion submitted herewith, to the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "**Court**"), 300 Quarropas Street, White Plains, New York 10601.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the relief requested in the Application (each an "**Objection**") shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of

*In re Purdue Pharma, L.P., et al.*, Case No. 19-23649 (SHL) by registered users of the Court's electronic filing system; and (d) be served so as to be actually received by **April 13, 2025 at 4:00 p.m., prevailing Eastern Time** (the "**Objection Deadline**"), on (i) so as to be actually received by the chambers of the Honorable Sean H. Lane, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601; (ii) The Law Offices of Richard J. Corbi PLLC, 104 West 40th St., 4th Floor, New York, New York 10018 (Attn: co-counsel to Mr. Michael R. Madia; (iii) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, Wilmington, Delaware 19801 (Attn: Robert J. Dehney, Sr., Matthew B. Harvey, and Alexis L. Sullivan), co-counsel to the Debtors; and (iv) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, and Sara L. Brauner), counsel to the Official Committee of Unsecured Creditors appointed in these cases; and (v) any other party who has filed a notice of appearance and request for service of papers pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that if a written Objection is not timely filed and served, the Court may grant the Motion without a hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted via Zoom® videoconference unless otherwise ordered by the Bankruptcy Court. Parties wishing to appear at, or attend, the hearing are required to register their appearance by **4:00 p.m. (prevailing Eastern Time)** the day before the hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: April 6, 2026

Respectfully submitted,

*/s/ Richard J. Corbi*
Richard J. Corbi
**THE LAW OFFICES OF RICHARD J. CORBI PLLC**
104 West 40th Street, 4th Floor
New York, NY 10018
Phone: 646-571-2033
Email: rcorbi@corbilaw.com

*Co-Counsel to Michael R. Madia, Creditor*

2