**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CRIMINAL SENTENCING**

On November 24, 2020, Purdue Pharma L.P. pleaded guilty to a three-count felony

information charging it with one count of dual-object conspiracy to defraud the United States and

to violate the Food, Drug, and Cosmetic Act, and two counts of conspiracy to violate the Federal

Anti-Kickback Statute.  On April 21, 2026, Purdue Pharma L.P. will be sentenced for the crimes

to which it pleaded guilty. Individuals who wish to submit a victim impact statement in

connection with the criminal case may do so as set forth below.

**PLEASE TAKE NOTICE THAT**:

1. **Sentencing Hearing.** A sentencing hearing in the criminal case of *United States v.*
   *Purdue Pharma L.P.*, No. 2:20-cr-01028-MCA (D.N.J.) is scheduled for April 21,
   2026. The sentencing hearing will take place via video conference before the
   Honorable Judge Madeline Cox Arleo, District Court Judge for the District of New

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Jersey. Individuals with an intent to provide a victim impact statement are directed to consult the April 9, 2026, Text Order, attached as Exhibit A and reprinted below, for instructions on how and when to submit written statements.

2. **DOJ Website.** Additional information about the criminal proceedings is available through the Department of Justice's Victim Notification System webpage: https://www.justice.gov/criminal/criminal-vns/case/united-states-v-purdue-pharma-lp.

3. **Text Order.** The following Text Order was entered as docket entry number 29 in the criminal case of *United States v. Purdue Pharma L.P.*, No. 2:20-cr-01028-MCA (D.N.J.) in the United Stated District Court for the District of New Jersey:

**TEXT ORDER as to the submission of victim impact statements. Written statements must be submitted by April 16, 2026 at 5:00pm. Individuals must elect whether they want their statement to be: (1) accessible only to the Court, the government, and defendant [PRIVATE], or (2) publicly accessible [PUBLIC]. Statements submitted without an election will be treated as PRIVATE. A limited number of individuals will have an opportunity to provide an oral statement at the April 21, 2026 sentencing hearing, which will be held via video conference. Individuals who desire an opportunity to provide an oral statement must submit a PUBLIC written statement and indicate their desire to speak by April 16, 2026 at 5:00pm. Elections and statements must be submitted through the Department of Justice's Victim Notification Program (VNS) webpage: https://www.justice.gov/criminal/criminal-vns/case/united-states-v-purdue-pharma-lp. Individuals are directed to utilize the victim impact statement form available on the VNS website to make elections and provide written statements. So Ordered by Judge Madeline Cox Arleo on 4/8/2026. (aa, ) (Entered: 04/09/2026)**

*See* Exhibit A, Text Order, *United States v. Purdue Pharma L.P.*, Crim. No. 20-1028 (MCA) (Dkt. Entry 29) (highlighted for ease of reference).

2

Date: New York, New York
April 9, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By:  /s/ Lawrence H. Fogelman
LAWRENCE H. FOGELMAN
PETER ARONOFF
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2800
Lawrence.Fogelman@usdoj.gov
Peter.Aronoff@usdoj.gov

# EXHIBIT A

4/9/26, 11:06 AM

**Query**    **Reports**    **Utilities**    **Help**    **Log Out**

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:20-cr-01028-MCA-1

---

Case title: USA v. PURDUE PHARMA L.P.

Date Filed: 11/24/2020

---

Assigned to: Judge Madeline Cox Arleo

**Defendant (1)**

**PURDUE PHARMA L.P.**

represented by **ELISSA BAUR**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MCGUIREWOODS LLP
800 EAST CANAL STREET
RICHMOND, VA 23219
804-775-1140
Email: ebaur@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN DONLEY ADAMS**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MCGUIREWOODS LLP
800 EAST CANAL STREET
RICHMOND, VA 23219
804-775-4744
Email: jadams@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PATRICK J FITZGERALD**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PATRICK J. FITZGERALD LAW OFFICE
P.O. BOX 277
49117
NEW BUFFALO, IN 49117
312-758-4454
Email: patrick.fitzgerald@skadden.com
*TERMINATED: 03/29/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**ANDREW MUSCATO**
SKADDEN ARPS SLATE MEAGHER &

FLOM LLP
ONE MANHATTAN WEST
NEW YORK, NY 10001-8602
212-735-3000
Email: amuscato@skadden.com
*ATTORNEY TO BE NOTICED*

**JEFFREY S. BUCHOLTZ**
KING & SPALDING, LLP
1700 PENNSYLVANIA AVENUE, NW
SUITE 200
WASHINGTON, DC 20006
(202) 737-0500
Fax: (202) 626-3737
Email: jbucholtz@kslaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**JENNIFER L. BRAGG**
COUNSEL NOT ADMITTED TO USDC-
NJ BAR
LATHAM & WATKINS LLP
555 11TH ST NW
STE 1000
WASHINGTON, DC 20004
202-637-2200
Email: jennifer.bragg@lw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**MAYA P. FLORENCE**
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
500 BOYLSTON STREET
BOSTON, MA 02116
(617) 573-4800
Fax: (617) 573-4822
Email: maya.florence@skadden.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**WILLIAM ELLIOTT RIDGWAY**
COUNSEL NOT ADMITTED TO USDC-
NJ BAR
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
320 S. CANAL ST.
47TH FLOOR
CHICAGO, IL 60606-5707
312-407-0700
Fax: 312-407-0711
Email: william.ridgway@skadden.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|

CONSPIRACY TO DEFRAUD THE
UNITED STATES AND TO VIOLATE
THE FEDERAL FOOD, DRUG AND
COSMETIC ACT (dof 5/2007-2/2018)
(1)

CONSPIRACY TO DEFRAUD THE
UNITED STATES-CONSPIRACY TO
VIOLATE THE FEDERAL ANTI-
KICKBACK STATUTE (dof 6/2009-2018)
(2)

CONSPIRACY TO DEFRAUD THE
UNITED STATES-VIOLATE THE
FEDERAL ANTI-KICKBACK STATUE
(dof 3/2015-4/2019)
(3)

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|

None

### Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|

None

---

### Plaintiff

| | |
|---|---|
| **USA** | represented by **GABRIEL H SCANNAPIECO**<br>ARNALL GOLDEN GREGORY LLP<br>2100 PENNSYLVANIA AVE NE<br>STE 350S<br>WASHINGTON, DC 20037<br>202-677-4919<br>Email: gabe.scannapieco@agg.com<br>*TERMINATED: 09/08/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**R. DAVID WALK , JR**<br>OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF NEW JERSEY<br>970 BROAD STREET<br>SUITE 700<br>NEWARK, NJ 07102 |

4/9/26, 11:06 19-23649-shl    Doc 9021    Filed 04/09/26 - U.S. Entered 04/09/26 15:09:35 District Court New Jersey Main Document

Pg 8 of 11

973-645-2815
Email: david.walk@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**ROBERT TOLL**
DOJ-USAO
DISTRICT OF NEW JERSEY
970 BROAD STREET
ROOM 700
NEWARK, NJ 07102
973-645-2800
Email: robert.toll@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**STEPHEN FERKETIC**
US ATTORNEYS OFFICE, DISTRICT OF
NJ
970 BROAD STREET
4TH FLOOR
NEWARK, NJ 07102
(973) 645-2729
Email: Stephen.Ferketic@usdoj.gov
*TERMINATED: 08/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**MARYANN MCGUIRE**
DOJ-CIV
CRIMINAL DIVISION, FRAUD
SECTION
1400 NEW YORK AVENUE, NW
STE 1040
WASHINGTON, DC 20005
202-532-4520
Email: maryann.n.mcguire@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**OWEN C.J. FOSTER**
DOJ-USAO
VERMONT
11 ELMWOOD AVENUE
3RD FLOOR, BOX 571
BURLINGTON, VT 05401
802-951-6725
Email: owen.c.j.foster@usdoj.gov
*TERMINATED: 09/22/2022*
*ATTORNEY TO BE NOTICED*

**SEAN MICHAEL SHERMAN**
DOJ-USAO
271-A CADMAN PLAZA EAST
4TH FLOOR
BROOKLYN, NY 11201
718-254-6262
Email: sean.sherman@usdoj.gov
*TERMINATED: 08/09/2023*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2020 | 1 | INFORMATION as to PURDUE PHARMA L.P. (1) count(s) 1, 2, 3. (aa, ) (Entered: 11/24/2020) |
| 11/24/2020 | 2 | WAIVER OF INDICTMENT by PURDUE PHARMA L.P. (aa, ) (Entered: 11/24/2020) |
| 11/24/2020 | 3 | Minute Entry for proceedings held before Judge Madeline Cox Arleo:Plea Agreement Hearing as to PURDUE PHARMA L.P. held on 11/24/2020. Plea entered by PURDUE PHARMA L.P. (1) Guilty Count 1,2,3. Sentencing date to be set. (Court Reporter/Recorder Charles McGuire.) (aa, ) (Entered: 11/24/2020) |
| 11/24/2020 | 4 | ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS as to PURDUE PHARMA L.P. Signed by Judge Madeline Cox Arleo on 11/24/20. (aa, ) (Entered: 11/24/2020) |
| 11/24/2020 | 5 | APPLICATION for permission to enter Plea of guilty as to PURDUE PHARMA L.P. (aa, ) (Entered: 11/24/2020) |
| 11/24/2020 | 6 | PLEA AGREEMENT as to PURDUE PHARMA L.P. (aa, ) (Entered: 11/24/2020) |
| 11/24/2020 | | Attorney update in case as to PURDUE PHARMA L.P. Attorney PATRICK FITZGERALD for PURDUE PHARMA L.P. added. (aa, ) (Entered: 11/24/2020) |
| 11/24/2020 | 7 | CONSENT JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE (MONEY JUDGMENT) as to PURDUE PHARMA L.P.. (Finance notified). Signed by Judge Madeline Cox Arleo on 11/24/2020. (dc, ) (Entered: 11/25/2020) |
| 11/25/2020 | 8 | NOTICE OF ATTORNEY APPEARANCE GABRIEL H SCANNAPIECO appearing for USA. (SCANNAPIECO, GABRIEL) (Entered: 11/25/2020) |
| 12/10/2020 | 9 | NOTICE OF ATTORNEY APPEARANCE SEAN MICHAEL SHERMAN appearing for USA. (SHERMAN, SEAN) (Entered: 12/10/2020) |
| 12/17/2020 | 10 | NOTICE OF ATTORNEY APPEARANCE: PATRICK J FITZGERALD appearing for PURDUE PHARMA L.P. (Attachments: # 1 Certificate of Service)(FITZGERALD, PATRICK) (Entered: 12/17/2020) |
| 12/17/2020 | 11 | NOTICE OF ATTORNEY APPEARANCE: ANDREW MUSCATO appearing for PURDUE PHARMA L.P. (Attachments: # 1 Appendix 1 - Ridgway Notice, # 2 Appendix 2 - Florence Notice, # 3 Appendix 3 - Bragg Notice, # 4 Appendix 4 - Bucholtz Notice) (MUSCATO, ANDREW) (Entered: 12/17/2020) |
| 01/05/2021 | 12 | Transcript of Guilty Plea as to PURDUE PHARMA L.P. held on November 24, 2020, before Judge Madeline Cox Arleo. Court Reporter: Charles McGuire (215-840-7030). Transcript may be viewed at the court public terminal or purchased through the Court Reporter only. (wh) (Entered: 01/06/2021) |

| 11/05/2021 | 14 | NOTICE OF ATTORNEY APPEARANCE OWEN C.J. FOSTER appearing for USA. (FOSTER, OWEN) Modified on 11/5/2021 (jc, ). (Main Document 14 replaced on 11/9/2021) (dc). (Entered: 11/05/2021) |
|---|---|---|
| 11/05/2021 | | CLERK'S QUALITY CONTROL MESSAGE:The Notice of Appearance, document #14 filed by Owen C. J. Foster on 11/5/2021 was uploaded prior to being flattened. Before uploading fillable forms to ECF you must flatten the file to prevent other users from manipulating or editing the information. The easiest way to flatten a PDF form is by selecting Print to PDF and saving the flattened form, other PDF software may differ. Please visit our website at http://www.njd.uscourts.gov/cmecf-user-guide-information under Flattening PDF Forms for guidance. Your document has been corrected. This message is for informational purposes only. (dc, ) (Entered: 11/09/2021) |
| 09/22/2022 | 15 | MOTION to Withdraw as Attorney by Owen C.J. Foster. by USA as to PURDUE PHARMA L.P.. (FOSTER, OWEN) (Entered: 09/22/2022) |
| 09/22/2022 | | Attorney update in case as to PURDUE PHARMA L.P.. Attorney OWEN C.J. FOSTER terminated. (aa, ) (Entered: 12/15/2022) |
| 03/29/2023 | 16 | NOTICE *of Withdrawal of Appearance of Patrick Fitzgerald* as to PURDUE PHARMA L.P. (FITZGERALD, PATRICK) (Entered: 03/29/2023) |
| 08/09/2023 | 17 | Substitution of Attorney - Attorney R. DAVID WALK, JR for USA added. Attorney STEPHEN FERKETIC terminated. (WALK, R.) (Entered: 08/09/2023) |
| 09/08/2023 | 18 | NOTICE OF ATTORNEY APPEARANCE MARYANN MCGUIRE appearing for USA. Attorney GABRIEL H SCANNAPIECO terminated. (MCGUIRE, MARYANN) (Entered: 09/08/2023) |
| 02/17/2026 | 19 | NOTICE OF ATTORNEY APPEARANCE ROBERT TOLL appearing for USA. (TOLL, ROBERT) (Entered: 02/17/2026) |
| 02/26/2026 | | Set Hearings as to PURDUE PHARMA L.P.: Sentencing set for 4/21/2026 at 2:00 PM in Newark - Courtroom 4A before Judge Madeline Cox Arleo. (aa, ) (Entered: 02/26/2026) |
| 02/27/2026 | 20 | Letter from USA requesting conference (WALK, R.) (Entered: 02/27/2026) |
| 03/03/2026 | 21 | NOTICE OF ATTORNEY APPEARANCE: JOHN DONLEY ADAMS appearing for PURDUE PHARMA L.P. (ADAMS, JOHN) (Entered: 03/03/2026) |
| 03/03/2026 | 22 | NOTICE OF ATTORNEY APPEARANCE: ELISSA BAUR appearing for PURDUE PHARMA L.P. (BAUR, ELISSA) (Entered: 03/03/2026) |
| 03/23/2026 | 23 | MOTION for Victim Rights *Alternative Notice to Victims* by USA as to PURDUE PHARMA L.P.. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Certificate of Service Certificate of Service)(MCGUIRE, MARYANN) (Entered: 03/23/2026) |
| 03/26/2026 | 24 | Letter from Purdue Pharma to The Honorable Madeline Cox Arleo, Dated March 26, 2026 re: Request to Join in the Government's request for a conference (MUSCATO, ANDREW) (Entered: 03/26/2026) |
| 04/01/2026 | 25 | ORDER granting 23 Unopposed Motion to Authorize Alternative Victim Notification Procedures pursuant to 18 U.S.C. 3771(d)(2) as to PURDUE PHARMA L.P. (1). Signed by Judge Madeline Cox Arleo on 3/31/2026. (dam) (Entered: 04/01/2026) |
| 04/01/2026 | 26 | Letter from USA requesting continuance for sentencing memorandum (WALK, R.) (Entered: 04/01/2026) |
| 04/01/2026 | | Set Hearings as to PURDUE PHARMA L.P.: Status Conference set for 4/8/2026 at 11:00 AM via Video Conference before Judge Madeline Cox Arleo. (aa, ) (Entered: 04/01/2026) |

| 04/06/2026 | 28 | Letter from Official Committee of Unsecured Creditors regarding April 8, 2026 virtual status conference (DE LEO, ANTHONY) (Entered: 04/06/2026) |
|---|---|---|
| 04/08/2026 | 29 | TEXT ORDER as to the submission of victim impact statements. Written statements must be submitted by April 16, 2026 at 5:00pm. Individuals must elect whether they want their statement to be: (1) accessible only to the Court, the government, and defendant [PRIVATE], or (2) publicly accessible [PUBLIC]. Statements submitted without an election will be treated as PRIVATE. A limited number of individuals will have an opportunity to provide an oral statement at the April 21, 2026 sentencing hearing, which will be held via video conference. Individuals who desire an opportunity to provide an oral statement must submit a PUBLIC written statement and indicate their desire to speak by April 16, 2026 at 5:00pm. Elections and statements must be submitted through the Department of Justice's Victim Notification Program (VNS) webpage: https://www.justice.gov/criminal/criminal-vns/case/united-states-v-purdue-pharma-lp. Individuals are directed to utilize the victim impact statement form available on the VNS website to make elections and provide written statements. So Ordered by Judge Madeline Cox Arleo on 4/8/2026. (aa, ) (Entered: 04/09/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/09/2026 11:05:32 | | | |
| **PACER Login:** | lfogelma | **Client Code:** | USA |
| **Description:** | Docket Report | **Search Criteria:** | 2:20-cr-01028-MCA Start date: 1/1/1980 End date: 4/9/2026 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |