**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re: PURDUE PHARMA L.P., et al.                    Case No.: 19-23649

                                                     Chapter 11


    Debtor

-------------------------------------------------------------x

## ORDER

Before the Court are requests by several parties to extend the General Bar Date (as defined below) as to allow them to file a late proof of claim. *See e.g.*, *Letter to the Court Regarding Purdue Pharma Oxycotin Claim Filed by Janice S. Lojko* [ECF No. 7644] (the "Original Motion"), *Letter to the Court Regarding Late Claims Motions / Request to File Late Claim filed by Janice S. Lojko* [ECF No. 7826]; *Letter filed by Travis Funke* [ECF No. 7507]; *Motion for Relief by Travis J. Stewart* [ECF No. 7625] (collectively, the "Motions for Late Claims"). An objection to the Motion has been filed by the above-captioned debtors (collectively the "Debtors"). *See Debtors' Omnibus (I) Objection to Late Claim Motions Filed by Travis Funke, Travis Steward, and Janice Lojko, And (II) Response to Late Claims Motion Filed by British Moss* [ECF No. 7840]. Those Motions for Late Claims were heard before the Court at a hearing on September 17, 2025 (the "September Hearing").

Both before the September Hearing and continuing even after confirmation of Debtors' plan of reorganization in November 2025, additional requests for similar relief have been requested by other parties. *See e.g.*, Letter by Jacqueline Torres Herrera [ECF No. 7917] (requesting right to file late claim among other relief); Letter by Jose Teran [ECF No. 8240] (same). The Court understands that the Debtors intend to schedule a hearing in the upcoming months on any outstanding motions that seek permission to file a late claim. Given that

approach, the Court has already postponed issuing a decision as to some pending late filed claim motions. *See e.g.*, *Stipulation and Agreed Order Postponing a Decision on the Motion to File Proof of Claim After Bar Date* [ECF No. 5907]; *Order Postponing Decision on Late Claim Motion Filed by British Moss* [ECF No. 8059]. To promote efficiency and consistency, the Court intends to issue one decision on all pending motions related to late filed claims, with that decision to occur after the contemplated omnibus hearing on these issues in the coming months. Accordingly, the Court will stay its ruling on the Motions for Late Claims filed by Ms. Lojko, Mr. Funke and Mr. Stewart until that time. The Court appreciates the patience of all parties in connection with any delay, with such delay being necessary to address the issue of late filed claims in a consistent manner.

**IT IS SO ORDERED.**

Dated: White Plains, New York
        April 14, 2026

                                        */s/ Sean H. Lane*
                                         UNITED STATES BANKRUPTCY JUDGE

**Copies To:**

Janice Lojko
41 Plymouth Way
Santa Rosa, CA 95403
Email: jlojko4818@hotmail.com

Travis M. Funke
Heritage Trail Correctional Facility
501 W Main St
Plainfield, IN 46168

Travis J. Stewart
Oshkosh Correctional Institution
1730 W. Snell Rd.
Oshkosh, WI 54903

British Moss
19562 S.E. Institutional Dr.
Blountstown, FL. 32424