<div style="display:flex; justify-content:space-between">

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Marc J. Tobak

*Counsel to the Debtors*
*and Debtors in Possession*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

*Co-Counsel to the Debtors*
*and Debtors in Possession*

</div>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**AGENDA FOR APRIL 20, 2026 OMNIBUS HEARING**

Time and Date of Hearing:     April 20, 2026 at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing:     The Hearing will only be conducted via Zoom for Government®. Any parties wishing to **participate in** the Hearing are required to register their appearance by 11:00 a.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 918 4000 0584 Passcode 161172.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## I.   UNCONTESTED MATTERS:

1. **Ex Parte *Rule 2004 Motion***. *Ex Parte* Motion of Mr. Michael R. Madia for an Order, Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, Authorizing the Issuance of Subpoenas for the Production of Documents by Certain Third Parties [ECF No. 8970]

   Objection Deadline: April 13, 2026 at 4:00 p.m. (prevailing Eastern Time)

   Responses Received: None.

   Related Documents:

   A. Notice of Hearing on *Ex Parte* Motion of Mr. Michael R. Madia for an Order, Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, Authorizing the Issuance of Subpoenas for the Production of Documents by Certain Third Parties [ECF No. 9006]

   Status: This matter is going forward on an uncontested basis.

2. ***Fourth Omnibus Claims Objection.*** Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) [ECF No. 8964]

   Objection Deadline: April 13, 2026 at 4:00 p.m. (prevailing Eastern Time)

   Responses Received: None.

   Related Documents:

   A. Notice of Partial Adjournment of Hearing on Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) and Filing of Amended Proposed Order [ECF No. 9045]

   Status: This matter is going forward on an uncontested basis as to all claims except those adjourned in the Debtors' *Notice of Partial Adjournment of Hearing on Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) and Filing of Amended Proposed Order* [ECF No. 9045].

## II.   CONTESTED MATTER:

3. ***Third Omnibus Claims Objection with Respect to Adjourned Claimants***. Debtors' Third Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) [ECF No. 8544] as to claims filed by the Rhode Island Division of Taxation and the Law Office of Robert H. Alexander, Jr., P.C.

   Objection Deadline: February 20, 2026 at 4:00 p.m. (prevailing Eastern Time) (for

all parties other than the Rhode Island Division of Taxation, with respect to whom the Objection Deadline was extended to March 12, 2026 at 4:00 p.m. (prevailing Eastern Time) and the Law Office of Robert H. Alexander, Jr., P.C. with respect to whom the Objection Deadline was extended to April 13, 2026 at 4:00 p.m. (prevailing Eastern Time))

Responses Received:

A.  Response and Opposition of the Rhode Island Division of Taxation to Debtors' Third Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) [ECF No. 8915]

Related Documents:

B.  Notice of Partial Adjournment of Debtors' Third Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) and Filing of Amended Proposed Order [ECF No. 8775]

C.  Notice Regarding Debtors' Third Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) [ECF No. 8900]

D.  Notice of Partial Adjournment of Debtors' Third Omnibus Claims Objection (No Liability, Late Filed, Satisfied, Duplicative, Redundant, Amended and Replaced, Misclassified, Reduced, and/or Wrong Debtor Claims) and Filing of Second Amended Proposed Order [ECF No. 8934]

Status: This matter is going forward on a contested basis.

[*Remainder of page left intentionally blank.*]

Dated: April 16, 2026
New York, New York

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DAVIS POLK & WARDWELL LLP |
| 1201 N. Market Street | By: /s/ *Marc J. Tobak* |
| Wilmington, Delaware 19801 | Marc J. Tobak |
| Telephone: (302) 658-9200 | |
| Facsimile: (302) 658-3989 | 450 Lexington Avenue |
| Robert J. Dehney, Sr. | New York, New York 10017 |
| Matthew B. Harvey | Telephone: (212) 450-4000 |
| Alexis L. Sullivan | Facsimile: (212) 701-5800 |
| | Marshall S. Huebner |
| *Co-Counsel to the Debtors* | Benjamin S. Kaminetzky |
| *and Debtors in Possession* | Eli J. Vonnegut |
| | Marc J. Tobak |
| | |
| | *Counsel to the Debtors* |
| | *and Debtors in Possession* |