HERBERT SMITH FREEHILLS KRAMER (US) LLP
Kenneth H. Eckstein
Rachael Ringer
David E. Blabey Jr.
Elan Daniels
Ashish Virmani
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100

*Attorneys for the Ad Hoc Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23469 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

### STATEMENT IN SUPPORT OF APPROVING SETTLEMENT AGREEMENT
### BETWEEN THE DEBTORS AND MCKINSEY & COMPANY, INC.

The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the

"**Ad Hoc Committee**"), which consists of (i) ten States, (ii) the court-appointed Plaintiffs'

Executive Committee in the multi-district litigation captioned *In re National Prescription Opiate*

*Litigation*, Case No. 17-md-02804 (N.D. Ohio) (iii) six counties, cities, parishes, or municipalities,

and (iv) one federally recognized American Indian Tribe, hereby files this statement in support of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

the relief requested in the *Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlement Agreement Between the Debtors and McKinsey & Company, Inc.* (the "**Motion**").[2]   The Ad Hoc Committee supports the relief requested in the Motion, in accordance with the terms of the agreed proposed order attached thereto as Exhibit A (the "**Proposed Order**"), approving the Settlement and Release Agreement (the "**Settlement Agreement"**) by and among (i) the Debtors and (ii) McKinsey & Company. Inc. ("**McKinsey**").

As set forth in the Motion, the Debtors' estates hold certain valuable causes of action (the "**Causes of Action"**) against McKinsey arising out of, among other things, the consulting services McKinsey provided to the Debtors.  Those Causes of Action have been the subject of extensive investigation and analysis by both the Official Committee of Unsecured Creditors (the "**UCC**") and the Ad Hoc Committee, each of which was acutely focused on the maximization of value for their respective constituencies and the Estates.  The resolution of the Causes of Action was the subject of lengthy negotiations among the UCC, the Ad Hoc Committee, and McKinsey over many months, overseen by the Honorable Shelley C. Chapman (ret.).  While the Ad Hoc Committee believes in the merits of the Causes of Action, their prosecution would also involve attendant risks, burdens, time, and costs.  Accordingly, the Ad Hoc Committee, together with the other supporting parties, determined that the Settlement Agreement represented a prudent and value-maximizing resolution of the claims.  The provision of $65 million to the MDT following emergence and an additional $60 million on or prior to the first anniversary of the Effective Date will substantially improve distributions to MDT Beneficiaries and is a well justified resolution of this matter.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

Dated: April 28, 2026                    Respectfully submitted

/s/ *Kenneth H. Eckstein*
Kenneth H. Eckstein
Rachael Ringer
David E. Blabey Jr.
Elan Daniels
Ashish Virmani
HERBERT SMITH FREEHILLS KRAMER (US) LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: Kenneth.Eckstein@hsfkramer.com
         Rachael.Ringer@hsfkramer.com
         David.Blabey@hsfkramer.com
         Elan.Daniels@hsfkramer.com
         Ashish.Virmani@hsfkramer.com

*Attorneys for the Ad Hoc Committee*