DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Marc J. Tobak
Abraham Bane

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AGENDA FOR APRIL 30, 2026 HEARING

| | |
|---|---|
| Time and Date of Hearing: | April 30, 2026 at 10:30 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Hearing will only be conducted via Zoom for Government®. Any parties wishing to **participate in** the Hearing are required to register their appearance by 11:00 a.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 558 8656, Meeting ID 963 1877 0303 Passcode 205476. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**I.**   **CONTESTED MATTER:**

1. ***McKinsey Settlement Agreement***. Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlement Agreement Between the Debtors and McKinsey & Company, Inc. [ECF No. 9016]

   Objection Deadline: April 22, 2026 at 4:00 p.m. (prevailing Eastern Time)

   Responses Received:

   A. Response to Settlement with McKinsey & Company, Inc. filed by Carrie L. McGaha [ECF No. 9039]

   B. Response to Settlement with McKinsey & Company, Inc. filed by Carrie L. McGaha [ECF No. 9080]

   C. Corrected Response to Settlement with McKinsey & Company, Inc. filed by Carrie L. McGaha [ECF No. 9095]

   D. Statement in Support of Approving Settlement Agreement Between the Debtors and McKinsey & Company, Inc. filed by the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants [ECF No. 9096]

   E. Statement of the Official Committee of Unsecured Creditors in Support of the Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlement Agreement Between the Debtors and McKinsey & Company, Inc. [ECF No. 9097]

   Related Documents:

   F. Mediator's Status Report [ECF No. 9017]

   Status: This matter is going forward on a contested basis.

   *[Remainder of page left intentionally blank.]*

Dated:      April 28, 2026
            New York, New York

.

                                              DAVIS POLK & WARDWELL LLP
                                              By:   /s/ *Marshall S. Huebner*
                                                    Marshall S. Huebner

                                              450 Lexington Avenue
                                              New York, New York 10017
                                              Telephone: (212) 450-4000
                                              Facsimile: (212) 701-5800
                                              Marshall S. Huebner
                                              Benjamin S. Kaminetzky
                                              Eli J. Vonnegut
                                              Marc J. Tobak
                                              Abraham Bane


                                              *Counsel to the Debtors*
                                              *and Debtors in Possession*