Official Form 17A (12/14)

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1.  Name(s) of appellant(s):   rosemary helen ziziros walker
    _____

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    For appeals in an adversary proceeding.

    ☒ Plaintiff
    ☐ Defendant
    ☐ Other (describe) _____

    For appeals in a bankruptcy case and not in an adversary proceeding.

    ☐ Debtor
    ☒ Creditor
    ☐ Trustee
    ☐ Other (describe) _____

### Part 2:  Identify the subject of this appeal

1.  Describe the judgment, order, or decree appealed from: ___doc 8966_____

2.  State the date on which the judgment, order, or decree was entered: ___I am not sure in March after the 3-18-26 hearing___

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party: __purdue pharma__   Attorney: Davis Polk
    _____
    _____
    _____
    _____

2.  Party: sdny bankruptcy court   Attorney: judge lane ?
    _____
    _____
    _____
    _____

Official Form 17A (12/14)

## **Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## **Part 5: Sign below**

rosemary helen ziziros walker
_____
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Date: 4.30/206
_____

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
~~rosemary Helen ziziros walker~~
~~1111 waller Street se~~
Salem or 97302

**note I am an ada pauper woman & my computer broke so this was the soonest I had access to file this document so I motion ada accomodations my appeal be accepted .

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

you have my pauper papers on file & no thing has changed