SDNY US DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

**MOTION FOR IMMEDIATE STAY AGAIN

judge lane,

Right now, there's an injunction in place. And that injunction, as per the plan, simply terminates on the effective date. And the effective date should be the only piece of paper people need to be comfortable that the injunction to which they were bound doesn't exist.

you sir never had a meeting of the minds nor understood obviously my very valid important legal issues from the confirmation hearing days during which 'MS WALKER CHANGED THE PLAN'. Amd the now moot 3.1.26 deadlineLet me get this straight…..'from 'time to time' davis polk can do what ever when ever they want but that isnot reciprocal so bar dates and deadlines can be moved again & again & again for years over years regardless of what the MORE ILLEGAL THAN PRIOR TO HARRINGTON JUDGE LANE A PREMATURE OPT-IN VOTE FOR A NON DEBTORS SACKLER CASH BRIBE IN EXCHANGE FOR AN INPERPETUITY RELEASE FROM PURDUE PHARMA PI VICTIMS WHO HAVE NO LAW SUIT OR CLAIMS TO RELEASE THE NON DEBTORS SACKLERS FOR I IN FACT DO JUDGE LANE.

SO WE STILL HAVE THE MESS OF MY OPT-IN AND REVOKATION OF MY OPT-IN.

How is a one sided pre mature opt-in reciprocal when there were so many of US purdue pi claimants had no idea if our claim was accepted or not and you all in fact have created exactly what you all claimed to have been trying to avoid 'A RUSH TO THE COURTHOUSE' judge lane.

Then the courthouse will tell purdue pi claimants who likely can't afford the bill bill bills to enforce their rights they have no rights as maybe they moved so live in a different state….maybe their person or people died over a quarter century ago why i motioned you to ENSURE STANDING for all purdue pi claimants claims DENIED in fact will be able to have standing to sue the sackler family.

I will be arguing the DOJ PLEA WAS PRIOR TO HARRINGTON that the un i argue supreme court wrote the sacklers did 'MILKIING PROGRAM' for which YES THE SACKLERS MUST BE PUNISHED FOR or the sacklers in fact have been ABOVE THE LAW like those who wrote an unconstitutional rejected by the highest court in this land court again WHY 50% OF THEIR

CASH EARNED ON THIS CASE MUST BE REVOKED AND EQUALLY DISTRIBUTED TO PURDUE PHARMA PI CLAIMANTS …TYPING OF CASH….

DID RICHARD SACKLER SIGN THE DOCUMENTS THAT HAD NOT BEEN 'CONSUMMATED' AND NO ONE WILL ANSWER THAT ALL DATES HAVE BEEN MOOTED BUT ALAS JUDGE YOU PROVIDED ZERO SANCTIONS WHICH IS YOUR STUPID JOB IT IS WRITTEN…I OBVIOUSLY CAN'T RIGHT…I CAN ONLY MAKE YOU DO WHAT IT READS YOU ARE SUPPOSED WHEN WHEN RICHARD SACKLER MISSES BLACK AND WHITE TYPED DEADLINE AFTER DEADLINE AFTER DEADLINE.

JUDGE I WAS NOT INVOLVED IN THE NEGOTIATING OF ANY OF THIS BULL SHIT PLAN THAT IF CAN BE CHANGED FROM TIME TO TIME FOR ONE PARTY MUST RECIPROCALLY TO STEAL THE TWICE IMPEACHED PUSSY GRABBER WHO DID CAMPAIGN FINANCE VIOLATIONS PAYING OFF STORMY DANIELS ADMITTED GUILT TO RIPPING OFF CHARITY CHARITY MSHANDLED OUR NO LONGER TOP SECRETS AND PUT THEM IN A MAR A SHIT HOLE TOILET A TOILET WHO LIED ABOUT MEXICO PAYING FOR THE WALL DID NOT STOP RUSSIAS WAR ON UKRAINE BEFORE BEING UNCONSTITUTIONALLY SWORN IN AS ARTICLE 2 SECTION 3 CLEARLY DISQUALIFIES FELON WHO TOOK NO CARE TO FAITHFULLY EXECUTE ANY LAWS DONALD J TRUMPS FAVORITE WORD.

SO NO TODAY CAN NOT BE THE EFFECTIVE DATE UNTIL MY OPT-IN OPT-OUT IS RESOLVED.

THEN WHY ON EARTH IS PURDUE PHARMA BANKRUPTCY SETTLEMENTS FLOWING FROM A NEW PUBLIC BENEFIT COMPANY FOR SOME GIANT MONEY LAUNDERING TAX SCAM….I THOUGHT THERE ARE TRUSTS SET UP & RUN BY EDGAR NOT KNOA SO SOMEONE IS GOING TO EXPLAIN WHY YOU ALL DECIDED TO SET IT UP THIS WAY BECAUSE THAT READS NOT RIGHT TO ME.

**NEW MOTION***

I AM REQUESTING A NOT HER IMMEDIATE STAY UNTIL MS WALKERS & NOT JUST MY PRE-MATURE COERCED OPT-IN SACKLERS CASH BRIBE FOR A RELEASE SO NON DEBGTORS SACKLERS AVOID FUTURE LITIGATION IS RESOLVED & THE AMENDMENT 1 ISSUE THAT PURDUE VICTIMS FROM AFTER THE MOOT BAR DATE MUST HAVE THE RIGHT TO FILE CLAIMS SO THEIR RIGHT TO PETITION FOR REDRESS ISNOT VIOLATED BY THIS BANKRUPTCY COURT WHICH HAS IN FACT VIOLATED AMENDMENT I JUDGE LANE.

YOU KNOW I AM DISABLED NOT SUPPOSED TO WORK SO PURDUE PHARMA & THE SACKLERS & THIS COURT ARE CONTINUING TO CAUSE ME EXTREME PAIN & SUFFERING. JUDGE LANE DID YOU HEAR THE SENTENCING HEARING YOU NEED TO IF NOT.

TO STATE YOU HAVE NO CONTROL OVER THE MONEY FOR MEDICAL CARE FOR ALL US DAMAGED AND NOW YOU ALL HAVE DIAGNOSED ME WITH OPIOID DISEASE I HAVE PURDUE BRAND PHARMA OPIOID DISEASE BECAUSE MY INCOMPETENT GOVERNMENT ALLOWED MY WORKERS COMP INSURANCE MEDICARE DOCTORS TO PRESCRIBE ME A DRUG THAT GAVE ME PURDUE PHARMA BRAND OPIOID DISEASE MAYBE VOICE WHY MY VOICE ANNOYS YOU SO MUCH JUDGE LANE OR IS IT PURDUE PHARMA BRAND OPIOID DISEASE WHY YOU GET SO FRUSTRATED WITH ME…..RIGHT. ONE LADY HAD A BRAIN ANNUERISM PROBABLY FROM PURDUE PHARMA BRAND OPIOID DISEASE….EVERY MESSED UP MEDICAL ISSUE I HAVE POSSIBLY IS FROM MY PURDUE PHARMA BRAND OPIOID DISEASE SO HOW IS THERE NOT A PORTION OF THE $7.4 BILLION GOING TO THE 137K ACCEPTED PURDUE PI CLAIMANTS FUTURE MEDICAL CARE….BECAUSE DAVIS POLK AND AKIN GUMP DON'T GIVE A FUCK OR NEVER EVER CONSIDERED THAT AND WAS A PATIENT TRUSTEEE OR WHATEVER I ASKED THAT IS IN THE BANKRUPTCY PROCEDURES EVER EVEN ASSIGNED JUDGE LANE BECAUSE I AM ARGUING NONE OF YOU HAVE WORKED IN GOOD OR COMPETENT FAITH ON BEHALF OF ANY OF US.

I have to go….and my body can not continue to type any longer and i have 3 hours of medicals tests today.

YOU MUST ISSUE A STAY ON AN EFFECTIVE DATE UNTIL I KNOW IF MY COERCED OPT-IN OR MY REVOKATION OF MY OPT-IN OR IF I WILL HAVE TO DECIDE BASED ON WHAT IS ARGUED AND DECIDED AS YOU ALL MADE THIS MESS I TRIED TO RESOLVE BUT ALAS MS WALKER WILL NOT HAVE MY RIGHTS VIOLATED BY A BANKRUPTCY COURT OR JUDGE.


ROSEMARY HELEN ZIZIROS WALKER

CERT OF SERVICE

I promise i emailed service to marc t, arik, paul s, edgar g, purdue pi trust