**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

### ORDER GRANTING DEBTORS' FOURTH OMNIBUS CLAIMS OBJECTION (NO LIABILITY AND/OR MISCLASSIFIED CLAIMS) AS TO THE MISCLASSIFIED CLAIM

Upon the *Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims)*, dated March 23, 2026 [ECF No. 8964] (the "**Objection**")[2] of Purdue Pharma L.P. ("**Purdue**") and its affiliates that are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**") for entry of an order (this "**Order**"), pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001(c)(1), 3001(d), and 3007(d), and this Court's *Corrected Order Approving (I) Omnibus Claims Objection Procedures, (II) Omnibus Claims Settlement Procedures and (III) Omnibus Claims Hearing Procedures* [ECF No. 2878] (the "**Procedures Order**"), seeking to disallow and expunge the claim listed on **Schedule 1** attached hereto (the "**Misclassified Claim**"), on the ground that it misstates its secured status under

---

[1] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Objection.

the Bankruptcy Code; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and the Debtors having adjourned to a future date hearing on the Objection as it relates to certain of the claims (collectively, the "**Adjourned Claims**") identified therein filed by ACE American Insurance Company, ACE Property and Casualty Insurance Company, Executive Risk Indemnity Inc., Federal Insurance Company, Helmsman Management Services, LLC, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Old Republic Insurance Company, The Travelers Indemnity Company, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company (collectively, the "**Adjourned Claimants**"); and upon consideration of the Objection and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Objection and held a hearing on April 20, 2026 (the "**Hearing**") to consider the relief requested in the Objection as it relates to the claim listed in **Schedule 1** attached hereto; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish good and sufficient cause for the relief granted herein; and the Court having determined that the relief requested is in the best interests of the Debtors, their estates, their creditors and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

2

**IT IS HEREBY ORDERED THAT:**

1.       The Objection is granted solely with regard to the Misclassified Claim listed in **Schedule 1** hereto.

2.       Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001(c)(1), 3001(d), and 3007, and the Procedures Order, the claim listed in **Schedule 1** attached hereto is hereby reclassified as an Other General Unsecured Claim (Class 11(c)) under the Plan.

3.       The contents of the Objection and the notice procedures set forth therein are good and sufficient notice and satisfy the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York, and no other or further notice of the Objection or the entry of this Order shall be required.

4.       The Debtors, Kroll, and the Clerk of this Court are authorized to take all such actions as are necessary or appropriate to implement the relief granted in this Order.

5.       Nothing in this Order shall constitute an admission of the validity, nature, amount or priority of any claims asserted in these Chapter 11 Cases.

6.       Entry of this Order is without prejudice to the Debtors' rights to seek authorization to modify or supplement the relief granted herein.

7.       The terms and conditions of this Order are effective immediately upon entry.

8.       The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

9.       This Order is made without prejudice to the Debtors' rights to pursue the Objection with respect to the Adjourned Claims at a later date, and all rights, defenses, and responses of the Debtors and the Adjourned Claimants with respect to the Adjourned Claims are hereby reserved.

White Plains, New York
Dated: May 7, 2026

*/s/ Sean H. Lane*

_____

THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

**Misclassified Claim**

Misclassified Claim
Motion Pages 5-7

19-23649-shl    Doc 9167    Filed 05/07/26    Entered 05/07/26 17:17:15    Main Document
Schedule 1
Pg 6 of 6

Primary Case Number 19-23649 (SHL), Jointly Administered
Purdue Pharma L.P., et. al.

| | Original Creditor | Claim to be modified | Current Debtor | Date filed/scheduled | Unliquidated | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Banc of America Leasing & Capital, LLC Fleischer, Fleischer & Suglia, PC 601 Rt. 73 N., Suite 305 Marlton NJ 08053 | 77 | Purdue Pharma L.P. | 11/20/2019 | No | $683,077.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $683,077.00 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $683,077.00 (U) $683,077.00 (T) | Misclassified Claim | Claim reclassified from Secured claim to a General Unsecured claim |
| | **Claims to be modified totals** | **Count: 1** | | | | **$683,077.00** | **$683,077.00** | | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Page 1