KATTEN MUCHIN ROSENMAN LLP
Joshua S. Rubenstein
Bonnie Lynn Chmil
Julia M. Winters
50 Rockefeller Plaza
New York, NY 10020-1605
Phone: +1.212.940.8800
Fax: +1.212.940.8776
joshua.rubenstein@katten.com
bonnie.chmil@katten.com
jwinters@katten.com

*Attorneys for Frank S. Vellucci, Daniel S. Connolly and Rory Held,*
*as Successor Co-Trustees of the Crystal Trust and the Data Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| | : |
| **In re:** | : **Chapter 11** |
| | : |
| **PURDUE PHARMA L.P., et al.,** | : **Case No. 19-23649 (SHL)** |
| | : **Jointly Administered** |
| **Plan Administration Trust.[1]** | : |
| | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 107(C) AUTHORIZING THE FILING OF CERTAIN INFORMATION UNDER SEAL IN CONNECTION WITH THE MOTION TO ENFORCE THE CONFIRMATION ORDER

Frank S. Vellucci, Daniel S. Connolly and Rory Held, in their capacities as trustees of

certain trusts in the B-Side Payment Group 1 (collectively, the "Trustees"), file this Motion for

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, were as follows: Purdue Pharma L.P. (7484); Purdue Pharma, Inc. (7486); Purdue Transdermal Technologies L.P. (1868); Purdue Pharma Manufacturing L.P. (3821); Purdue Pharmaceuticals L.P. (0034; Imbrium Therapeutics L.P. (8810); Adlon Therapeutics L.P. (6745); Greenfield Bio Ventures L.P. (6150); Seven Seas Hill Corp. (4591); Ophir Green Corp. (4594); Purdue Pharma of Puerto Reco (3925); Purdue Products L.P. (4140); Purdue Pharmaceutical Products L.P. (3902); Purdue Neuroscience Company (4712); Nayatt Cove Lifescience Inc. (7805); Button Land L.P. (7502); Rhodes Associates L.P. (N/A); Paul Land Inc. (7425); Quidnick Land L.P. (7584); Rhodes Pharmaceuticals L.P. (6166); Rhodes Technologies (7143); UDF LP (0495); SVC Pharma LP (5717); and SVC Pharma Inc. (4014). The Debtors' corporate headquarters was located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

305401274

Entry of Order Authorizing the Filing of Certain Information Under Seal in Connection with the Motion to Enforce the Confirmation Order (the "Motion"), pursuant to sections 105(a) and 107(c) of the Bankruptcy Code, seeking entry of an order, in the form attached hereto as Exhibit A, for the purpose of filing under seal certain portions of their forthcoming Motion to Enforce the Confirmation Order (the "Motion to Enforce").[2]

### RELIEF REQUESTED

1.      By this Motion, the Trustees request the entry of an order, pursuant to sections 105(a) and 107(c) of the Bankruptcy Code, (i) authorizing the Trustees to file under seal certain information referenced in the Motion to Enforce that was filed under seal by other parties (the "Confidential Information"),  and (ii) directing that such information remain under seal, remain confidential and not be made available to any third party absent authorization under an order from this Court.  In accordance with Local Bankruptcy Rules and Chambers' Rules, the Trustees shall provide an unredacted copy of the Motion to Enforce to the Court and Clerk of Court.[3]

### JURISDICTION AND VENUE

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C.  157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicate for the relief requested herein is sections 105(a) and 107(c) of the Bankruptcy Code.

---

[2] Capitalized terms used but not defined herein have the meaning ascribed to them in the Motion to Enforce.

[3] The Trustees requested that the RSS Parties consent to the Trustees providing unredacted copies of the Motion to Enforce to the Third Party Beneficiaries, as such term is defined in the Aug. 1 2025 Settlement Stipulation [D.I. 7713], however, the RSS Parties refused. Accordingly, at this time, the Trustees will only serve unredacted copies on the RSS Parties.

305401274

**BASIS FOR RELIEF REQUESTED**

6.      Bankruptcy Code section 107 provides bankruptcy courts with the power to issue orders that will protect individuals or entities from potential harm resulting from the disclosure of confidential or sensitive information.   This includes section 107(c), which provides that bankruptcy courts "for cause, may protect" certain personal information if its disclosure "would create undue risk of identity theft or other unlawful injury to the individual or the individual's property."  11 U.S.C. 107(c)(1).

7.      In this case, the RSS Parties filed certain of the Exhibits to the Motion to Enforce under seal pursuant to state court statute, and thus the Trustees are compelled to request to seal such documents and references to the information contained therein.  *Fubotv Inc. v. Walt Disney Co.*, 2024 WL 1884974, at *1-2 (S.D.N.Y. Apr. 30, 2024) (granting motion to seal information that had previously been ordered sealed).  In addition, certain information in the Motion to Enforce is redacted to protect the identity of specific individuals.  *See In re Endo Int'l plc,* 2022 WL 16640880, at *10 (Bankr. S.D.N.Y. Nov. 2, 2022).

8.      The Trustees believe that sufficient cause exists for the Court to grant the relief requested.  Moreover, the proposed redactions to the Motion to Enforce are as limited as possible.

**NOTICE**

9.      Notice of this Motion will be provided to (a) the RSS Parties and (b) any person or entity with a particularized interest in the subject matter of the Motion to Enforce.  The Trustees respectfully submit that no further notice is required.

10.      No prior request for the relief sought herein has been made by the Trustees to this or any other court.

WHEREFORE, for the foregoing reasons, the Trustees respectfully request that the Court

grant the relief requested herein and such other and further relief as it deems just and proper.

Dated: New York, New York
      May 14, 2026

          KATTEN MUCHIN ROSENMAN LLP

          By: */s/ Julia M. Winters*
            Joshua S. Rubenstein
            Bonnie Lynn Chmil
            Julia M. Winters
          50 Rockefeller Plaza
          New York, NY 10020-1605
          Phone: +1.212.940.8800
          Fax:   +1.212.940.8776
          joshua.rubenstein@katten.com
          bonnie.chmil@katten.com
          jwinters@katten.com

          *Attorneys for Frank S. Vellucci, Daniel S.*
          *Connolly and Rory Held,*
          *as Successor Co-Trustees of the Crystal Trust*
          *and the Data Trust*

305401274