KATTEN MUCHIN ROSENMAN LLP
Joshua S. Rubenstein
Bonnie Lynn Chmil
Julia M. Winters
50 Rockefeller Plaza
New York, NY 10020-1605
Phone: +1.212.940.8800
Fax: +1.212.940.8776
joshua.rubenstein@katten.com
bonnie.chmil@katten.com
jwinters@katten.com

*Attorneys for Frank S. Vellucci, Daniel S. Connolly and Rory Held,
as Successor Co-Trustees of the Crystal Trust and the Data Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **PURDUE PHARMA L.P., et al.,** | : Case No. 19-23649 (SHL) |
| | : **Jointly Administered** |
| **Plan Administration Trust.**[1] | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION TO SCHEDULE EXPEDITED HEARING AND
TO SHORTEN NOTICE FOR TRUSTEES' MOTION TO
<u>ENFORCE THE CONFIRMATION ORDER</u>**

Frank S. Vellucci, Daniel S. Connolly and Rory Held, in their capacities as trustees of

certain trusts in the B-Side Payment Group 1 (collectively, the "<u>Trustees</u>"), by their attorneys

Katten Muchin Rosenman LLP, hereby move this Court, the Honorable Sean H. Lane presiding,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, were as follows: Purdue Pharma L.P. (7484); Purdue Pharma, Inc. (7486); Purdue Transdermal Technologies L.P. (1868); Purdue Pharma Manufacturing L.P. (3821); Purdue Pharmaceuticals L.P. (0034; Imbrium Therapeutics L.P. (8810); Adlon Therapeutics L.P. (6745); Greenfield Bio Ventures L.P. (6150); Seven Seas Hill Corp. (4591); Ophir Green Corp. (4594); Purdue Pharma of Puerto Reco (3925); Purdue Products L.P. (4140); Purdue Pharmaceutical Products L.P. (3902); Purdue Neuroscience Company (4712); Nayatt Cove Lifescience Inc. (7805); Button Land L.P. (7502); Rhodes Associates L.P. (N/A); Paul Land Inc. (7425); Quidnick Land L.P. (7584); Rhodes Pharmaceuticals L.P. (6166); Rhodes Technologies (7143); UDF LP (0495); SVC Pharma LP (5717); and SVC Pharma Inc. (4014). The Debtors' corporate headquarters was located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

305410286

pursuant to Section 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an order, substantially in the form attached hereto as Exhibit A, scheduling an expedited hearing on the Trustees' (I) Motion to Enforce the Confirmation Order (the "Motion to Enforce"), and (II) Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 107(c) Authorizing the Filing of Certain Information Under Seal in Connection with the Motion to Enforce the Confirmation Order (the "Sealing Motion"), filed contemporaneously herewith.[2]

Bankruptcy Rule 9006(c)(1) provides that the Court "may—for cause and with or without a motion or notice—reduce the time" when a specified time is required for an act to be done. FED. R. BANKR. P. 9006(c)(1). As set forth in the Motion to Enforce, the RSS Parties have filed several Interference Actions in state court that violate paragraph 33 of the Confirmation Order. The return dates for two such Interference Actions are May 27, 2026, and May 28, 2026, necessitating that the Trustees move with haste to obtain an order directing the RSS Parties to withdraw or dismiss the Interference Actions. The Trustees also have reason to believe that, absent swift enforcement of the Confirmation Order, the RSS Parties may file additional actions in state court that violate this Court's Order. Accordingly, the Trustees respectfully request a hearing on the Motion to Enforce and Sealing Motion on May 27, 2026, or as soon as possible thereafter and prior to June 5, 2026.[3]

To the extent that the Court is amenable to scheduling the hearing on May 27, 2026 (or can only provide an earlier date), the Trustees request that the Court grant shortened notice. Shortened notice will not prejudice any party because the RSS Parties consented to this Court's expedited

---

[2] Capitalized terms used but not defined herein have the meaning ascribed to them in the Motion to Enforce.

[3] The Trustees are mindful of the Memorial Day holiday and also do not want to unduly shorten notice by having the hearing prior to May 22, 2026, if the Court is able to accommodate a hearing between May 27 and June 5, 2026.

adjudication pursuant to the August 1, 2025 Settlement Stipulation. *See* D.I. 7713, Stip. ¶ 9. Moreover, as set forth herein and in the Motion to Enforce, ample cause exists to shorten notice.

WHEREFORE, the Trustees respectfully request that the Court enter an Order pursuant to Federal Rule of Bankruptcy Procedure 9006(c) setting an expedited hearing and shortening the time for notice of the hearing (if necessary) to consider the Motion to Enforce and Sealing Motion, and that the Court grant such other and further relief as this Court deems just and proper.

Dated: New York, New York
     May 14, 2026

        KATTEN MUCHIN ROSENMAN LLP

        By*:   /s/ Julia M. Winters*
          Joshua S. Rubenstein
          Bonnie Lynn Chmil
          Julia M. Winters
        50 Rockefeller Plaza
        New York, NY 10020-1605
        Phone: +1.212.940.8800
        Fax:   +1.212.940.8776
        joshua.rubenstein@katten.com
        bonnie.chmil@katten.com
        jwinters@katten.com

        *Attorneys for Frank S. Vellucci, Daniel S.*
        *Connolly and Rory Held,*
        *as Successor Co-Trustees of the Crystal Trust*
        *and the Data Trust*

305410286

3