MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

*Co-Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.** [1] | **(Jointly Administered)** |

**NOTICE OF FURTHER ADJOURNMENT OF HEARING ON
DEBTORS' FOURTH OMNIBUS CLAIMS OBJECTION
(NO LIABILITY AND/OR MISCLASSIFIED CLAIMS)
<u>AS TO THE NO LIABILITY CLAIMS</u>**

**PLEASE TAKE NOTICE** that, on March 23, 2026, Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed their *Fourth Omnibus Claims Objection (No Liability, and/or Misclassified Claims)* [ECF No. 8964] (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The Objection was originally

---

[1] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

scheduled to be heard at the omnibus hearing before the Court on April 20, 2026, at 11:00 am (prevailing Eastern Time) (the "**April Omnibus Hearing**").

**PLEASE TAKE FURTHER NOTICE** that prior to the April Omnibus Hearing, solely with respect to ACE American Insurance Company, ACE Property and Casualty Insurance Company, Executive Risk Indemnity Inc., Federal Insurance Company, Helmsman Management Services, LLC, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Old Republic Insurance Company, The Travelers Indemnity Company, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company (collectively, the "**Adjourned Claimants**"), the hearing on the Objection was adjourned to the omnibus hearing scheduled for May 20, 2026, at 11:00 a.m. (prevailing Eastern Time) (the "**May Omnibus Hearing**") [ECF No. 9045].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection with respect to all claims identified therein, other than those of the Adjourned Claimants, was held during the April Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that prior to the May Omnibus Hearing, solely with respect to the Adjourned Claimants, the hearing on the Objection was adjourned to a date and time to be determined [ECF No. 9081].

**PLEASE TAKE FURTHER NOTICE** that the deadline for the Adjourned Claimants to file any responses to the Objection has been further extended to **<u>June 1, 2026, at 4:00 p.m. (prevailing Eastern Time)</u>**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection with respect to the Adjourned Claimants will be held, if necessary, at a **<u>date and time to be determined</u>** (the "**Further Adjourned Hearing**").

2

**PLEASE TAKE FURTHER NOTICE** that the Further Adjourned Hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, either via Zoom® videoconference or at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, at a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** that copies of all papers filed in these chapter 11 cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/purduepharma/. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   May 18, 2026
        Wilmington, Delaware

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       By:   */s/ Matthew B. Harvey*

       1201 N. Market Street
       Wilmington, Delaware 19801
       Telephone: (302) 658-9200
       Facsimile: (302) 658-3989
       Robert J. Dehney, Sr.
       Matthew B. Harvey
       Alexis L. Sullivan

       *Co-Counsel to the Debtors*
       *and Debtors in Possession*