DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Eli J. Vonnegut
Marc J. Tobak

*Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

### AGENDA FOR MAY 20, 2026 OMNIBUS HEARING

Time and Date of Hearing:     May 20, 2026 at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing:     The Hearing will only be conducted via Zoom for Government®. Any parties wishing to **participate in** the Hearing are required to register their appearance by 11:00 a.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 558 8656, Meeting ID 986 8386 1375 Passcode 691221.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

I.   **CONTESTED MATTERS**:

1.   ***Late Claim Motions***. Submissions and Related Filings by *Pro Se* Claimants That Are Related to Late Filed Claims.

**Don Hardin**

A.   Motion to File Proof of Claim After Claims Bar Date [ECF No. 3897]

**Wayne B. Anderson**

B.   Motion to File Proof of Claim After Claims Bar Date [ECF No. 4520]

**Seung Han**

C.   Motion to File Proof of Claim After Claims Bar Date [ECF No. 4888]

**Roy Howard Murray**

D.   Motion to Allow / Request for Motion Docket [ECF No. 4889]

**Edward N. Whitman**

E.   Motion to File Proof of Claim After Claims Bar Date re: Claim 628995 [ECF No. 5095]

**Richard L. Paiva**

F.   Motion to File Proof of Claim After Claims Bar Date  [ECF No. 5269]

**Willard J. Hall:**

G.   Motion to File Proof of Claim After Claims Bar Date [ECF No. 5859]

**Travis M. Funke**

H.   Letter Regarding Request to File Late Claim [ECF No. 7507]

**Travis L. Stewart**

I.   Motion for Relief from a Court Order [ECF No. 7625]

**British D. Moss**

J.   Letter regarding Permission to File Late Claim [ECF No. 7643]

**Janice S. Lojko**

K.   Letter Regarding Purdue Pharma Oxycontin Claim in the Death of My Spouse Richard G. Lojko [ECF No. 7644]

L.      Letter Regarding Notice of Hearing Regarding Late Claim Motions /
Request to File Late Claim [ECF No. 7826]

M.      Letter Regarding Motion to Object to Debtors Objection of My Late Claim
Filing [ECF No. 7854]

**Eddie M. Vargas, Sr.**

N.      Motion to File Late Claim [ECF No. 7694]

**Michael Walker**

O.      Notice to File Late Claim [ECF No. 7792]

**Rosemary Walker**

P.      Motion for Sanctions [ECF No. 7825]

Q.      Motion for Sanctions [ECF No. 7853]

**Sally Ann Cates**

R.      Letter Regarding "General Opioid Claimant Proof of Claim Form" [ECF
No. 7886]

**Jacquiline Torres Herrera**

S.      Letter Re: Request to Preserve Right to File a Claim or Object to Plan
Confirmation [ECF No. 7919]

**Michael C. Stevens**

T.      Motion Requesting Confirmation of Timely Filed Claims and Proposed
Order [ECF No. 8446]

Response Deadline: May 13, 2026 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

U.      Maria Christina Ricarte's, as Trustee of the Plan Administration Trust,
Omnibus Response and Objection to Motions to File Proofs of Claim After
Claims Bar Date (All Movants) [ECF No. 9143]

V.      Supplemental Briefing on Late Claim Motion filed by Richard L. Paiva [ECF
No. 9144]

W.      Letter filed by Rosemary Walker [ECF No. 9160]

Related Documents:

X.   PI Claims Administrator's Recommendation Regarding the Late Claim Motion filed by British Moss (B. D. Moss) [ECF No. 9062]

Y.   PI Claims Administrator's Recommendation Regarding the Late Claim Motion filed by Michael Walker (M. Walker) [ECF No. 9064]

Z.   Notice of Hearing on Late Claim Motions  [ECF No. 9084]

*Prior Responses by the Debtors and Official Committee of Unsecured Creditors*

AA.   Debtors' Objection to Don Hardin's Motion to File Proof of Claim after Claims Bar Date (D. Hardin) [ECF No. 4099]

BB.   Notice of Filing Proposed Order Granting Late Claim Motions (incl. W. Anderson) [ECF No. 4682]

CC.   Debtors' and the Official Committee of Unsecured Creditors' Joint Response to Motions to File Proofs of Claim after Claims Bar Date (S. Han & R. H. Murry) [ECF No. 5010]

DD.   Debtors' and the Official Committee of Unsecured Creditors' Joint Response to Motion to File Proof of Claim after Claims Bar Date (E. N. Whitman) [ECF No. 5183]

EE.   Debtors' and the Official Committee of Unsecured Creditors' Joint Response to Motion to File Proof of Claim after Claims Bar Date (R. L. Paiva) [ECF No. 5345]

FF.   Debtors' Omnibus (I) Objection to Late Claim Motions Filed by Travis Funke, Travis Stewart, and Janice Lojko, and (II) Response to Late Claim Motion Filed by British Moss (T. Funke,  T. L. Stewart, J. S. Lojko, & B. D. Moss) [ECF No. 7840]

*Prior Orders on Late Claim Motions*

GG.   Order Postponing Decision on Late Claim Motions (S. Han & R. H. Murry) [ECF No. 5030]

HH.   Order Postponing Decision on Late Claim Motion (E. N. Whitman) [ECF No. 5199]

II.   Order Postponing Decision on Late Claim Motion (R. L. Paiva) [ECF No. 5373]

4

JJ.  So-Ordered Stipulation and Agreed Order Postponing a Decision on the Motion to File Proof of Claim After Bar Date (W. J. Hall) [ECF No. 5947]

KK.   Order Postponing Decision on Late Claim Motion Filed by Michael Walker (M. Walker) [ECF No. 8058]

LL. Order Postponing Decision on Late Claim Motion Filed by British Moss (B. D. Moss) [ECF No. 8059]

MM.  Order Re: Late Proofs Of Claim (All Movants) [ECF No. 9032]

NN.   Order Re: Late Proofs Of Claim (All Movants) [ECF No. 9033]

OO.   Order Re: Late Proofs Of Claim (All Movants) [ECF No. 9034]

*Prior Rosemary Walker Filings*

PP. Letter to Judge Lane In Re: Claims filed by Rosemary Walker [ECF No. 7771]

QQ.   Letter Re: Request for Hearing Re Previous Motions to Get Answers from the Court filed by Rosemary Walker [ECF No. 7855]

RR.   Letter Regarding Writ of Mandamus filed by Rosemary Walker [ECF 8108]

SS. Emergency Motion to Allow / Urgent Emergency Motion to Strike Exhibit Et Al filed by Rosemary Walker [ECF No. 8222]

TT. Motion for Hearing or Decision Date & Edgar Gentle Subpoena filed by Rosemary Walker [ECF No. 8242]

UU.   Motion filed by Rosemary Walker [ECF No. 8532]

VV.   Statement filed by Rosemary Walker [ECF No. 8611]

WW.  Response to Doc. 8966, 9084 & Motion for Response & Motions filed by Rosemary Walker [ECF No. 9118]

XX.   Motion for Immediate Stay Fairness & Consistency filed by Rosemary Walker [ECF No. 9147]

YY.   Letter filed by Rosemary Walker [ECF No. 9163]

ZZ.   Motion filed by Rosemary Walker [ECF No. 9166]

AAA. Motion for Emergency Hearing filed by Rosemary Walker [ECF No. 9172]

<u>Reply Deadline</u>: May 18, 2026 at 12:00 p.m. (prevailing Eastern Time)

Replies Received:

BBB. Maria Christina Ricarte's, as Trustee of the Plan Administration Trust, Reply to Supplemental Briefing on Motions to File Proof of Claim After Claims Bar Date [ECF No. 9197]

Status: These matters are going forward on a contested basis.


[*Remainder of page left intentionally blank.*]

Dated:   May 18, 2026
        New York, New York

DAVIS POLK & WARDWELL LLP

By:  /s/ *Marshall S. Huebner*
         Marshall S. Huebner

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Eli J. Vonnegut
Marc J. Tobak

*Counsel to the Debtors
and Debtors in Possession*