**Hearing Date and Time: June 24, 2026, at 11:00 a.m. (prevailing Eastern Time)**
**Objection Date and Time: June 17, 2026, at 4:00 p.m. (prevailing Eastern Time)**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.[1]** | **(Jointly Administered)** |

**NOTICE OF HEARING ON APPLICATION OF MOURANT OZANNES (JERSEY) LLP
AND MOURANT OZANNES, BVI AS AN ORDINARY COURSE PROFESSIONAL FOR
COMPENSATION FOR SERVICES RENDERED IN EXCESS OF THE TIER 1 OCP
CAP FOR THE PERIOD FROM FEBRUARY 1, 2026 THROUGH APRIL 30, 2026**

 **PLEASE TAKE NOTICE** that on June 3, 2026, the above-captioned debtors and debtors

in possession (collectively, the "**Debtors**") filed the application of Mourant Ozannes (Jersey) LLP

("**Mourant Jersey**") and Mourant Ozannes, British Virgin Islands ("**Mourant BVI**" and, together

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

with Mourant Jersey, "**Mourant**") as an ordinary course professional providing services as Jersey counsel and British Virgin Islands counsel, respectively, for the Debtors for compensation for services rendered in excess of the Tier 1 OCP Cap as set forth in the *Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business* Nunc Pro Tunc *to the Petition Date* [ECF No. 548] (the "**OCP Order**") for the period from February 1, 2026 through April 30, 2026 (the "**Mourant Fee Application**"). The amount of fees requested to be allowed in the Mourant Fee Application is $182,950.53.

PLEASE TAKE FURTHER NOTICE that a hearing on the Mourant Fee Application will be held on **June 24, 2026, at 11:00 a.m. (prevailing Eastern Time)** (the "**Hearing**") before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"); *provided that* such Hearing shall be conducted **via Zoom for Government**® unless otherwise ordered by the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that parties wishing to participate in the Hearing are required to register their appearance by **4:00 p.m. (Prevailing Eastern Time) the day before the Hearing** at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.  The Debtors will file an agenda before the Hearing, which may modify or supplement the motions to be heard at the Hearing.

PLEASE TAKE FURTHER NOTICE that any responses or objections (the "**Objections**") to the Mourant Fee Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New

York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with Local Bankruptcy Rule 5005-2 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD or other electronic media, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and Local Bankruptcy Rule 5005-2, to the extent applicable, and shall be served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [ECF No. 498], so as to be filed and received no later than **June 17, 2026** at **4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Mourant Fee Application, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court a proposed order granting the Mourant Fee Application, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default; *provided that* objecting parties shall attend the Hearing **via Zoom for Government**® unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Mourant Fee Application may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   June 3, 2026
         New York, New York

                                          DAVIS POLK & WARDWELL LLP

                                          By:   */s/ Christopher S. Robertson*

                                          450 Lexington Avenue
                                          New York, New York 10017
                                          Telephone: (212) 450-4000
                                          Facsimile:  (212) 701-5800
                                          Marshall S. Huebner
                                          Benjamin S. Kaminetzky
                                          Eli J. Vonnegut
                                          Christopher S. Robertson

                                          *Counsel to the Debtors*
                                          *and Debtors in Possession*