UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                            :        Chapter 11
                                                  :
PURDUE PHARMA L.P., et al.                        :        Case No. 19-23649 (SHL)
                                                  :
                    Debtors.          :                   (Jointly Administered)
--------------------------------------------------------x

RESPONSE TO OMNIBUS CLAIMS OBJECTION ORDER, REQUEST FOR
REINSTATEMENT OF CLAIM NO. 16074, AND
MOTION FOR EXTENSION OF TIME DUE TO LACK OF TIMELY
NOTICE AND EXTENUATING CIRCUMSTANCES

--------------------------------------------------------x

Philip Ciganer ("Claimant"), a creditor in the above-captioned Chapter 11 proceedings, hereby respectfully submits this Response and Motion to the Court. Claimant requests that the Court permit a late response to the Order Granting Omnibus Claims Objection Entered on April 24, 2026 (the "Disallowance Order"), extend the time to file a substantive objection, and instruct the Debtors and the Official Committee of Unsecured Creditors ("UCC") to designate Claim No. 16074 as a "Reinstated Claim" pursuant to Paragraph 3 of the Disallowance Order.

In support of this Motion, Claimant respectfully represents as follows:

### I.   BACKGROUND

1.   Claimant is the original creditor for Claim No. 16074 against Debtor Purdue Pharma L.P., timely filed on May 20, 2020, in the total amount of $10,000,000.00.

2.   On April 24, 2026, this Court entered the Disallowance Order, which expunged Claimant's claim on the grounds that it was unsubstantiated.

3.   Paragraph 3 of the Disallowance Order provides that if a claimant files a response within thirty (30) days of the order's entry (by May 24, 2026), the Debtors and the UCC retain the discretion to reinstate the claim without further order of the Court.

### II.   ARGUMENT FOR EXTENSION OF TIME AND EXCUSABLE NEGLECT

4.   **Lack of Timely Notice**: Claimant did not receive timely or sufficient actual notice of the Omnibus Claims Objection or the entry of the Disallowance Order in a manner allowing for a response prior to the May 24, 2026 deadline.

5.   **Extenuating Circumstances**: In addition to the breakdown/delay in notice delivery, Claimant faced severe, unavoidable extenuating circumstances during this response period, which are detailed extensively in the attached Declaration.

6. **Excusable Neglect Standard:** Under Federal Rule of Bankruptcy Procedure 9006(b)(1), the Court has the authority to permit a late filing where the failure to meet a deadline was the result of "excusable neglect" (Pioneer Inv. Servs. v. Brunswick Assocs. (91-1695), 507 U.S. 380 (1993)

7. Here, the delay is minimal—a matter of days following the expiration of the 30-day window. No prejudice will be suffered by the Debtors or the estate, as the Debtors and UCC have until May 29, 2026, to file the official schedule of Reinstated Claims on the court docket.

8. Claimant is acting in absolute good faith and moved as swiftly as humanly possible upon discovering the Disallowance Order.

### III.    SUBSTANTIATION OF CLAIM

9. Claimant maintains a valid, substantive right to recovery against the Debtors' estate. Due to the rapid timelines and lack of notice, Claimant is actively gathering the primary supporting documentation required by the PI Claims Administrator.

10. Claimant requests a brief extension of time to formally submit this substantiating evidence to the Debtors' claims agent, Kroll Restructuring Administration LLC.

*11. Plaintiff has submitted a detailed Declaration attesting to the legitimacy of the claim and the facts supporting its legitimacy.*

### IV. PRAYER FOR RELIEF

WHEREFORE, Claimant Philip Ciganer respectfully requests that this Court:

- GRANT an extension of time to file a formal response to the claims objection;

- DIRECT the Debtors and the UCC to consider this response timely filed under Paragraph 3 of the Disallowance Order;

- ORDER that Claim No. 16074 be added to the schedule of Reinstated Claims to avoid unjust expungement; and

- Grant such other and further relief as this Court deems just and proper.

Dated: June 3, 2026
Beacon, New York

Respectfully submitted,

Philip Ciganer, Claimant Pro Se
476 Main St., Apt B
Beacon, NY 12508
845-765-8491 (land line)
914-588-9654 (cell)
phil@townecrier.com