DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.[1]** | **(Jointly Administered)** |

### AGENDA FOR JUNE 24, 2026 OMNIBUS HEARING

Time and Date of Hearing:     June 24, 2026 at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing:     The Hearing will only be conducted via Zoom for Government®. Any parties wishing to **participate in** the Hearing are required to register their appearance by 11:00 a.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 987 8882 4526     Passcode     811231.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

I.    **UNCONTESTED MATTER:**

1. ***NAS Claimant Distributions Motion.*** Joint Motion for Order Respecting NAS Claimant Distributions [ECF No. 9201]

> Objection Deadline: June 17, 2026 at 4:00 p.m. (prevailing Eastern Time).

> Responses Received: None.

> Related Documents: None.

> Status: This matter is going forward on an uncontested basis.

II.    **CONTESTED MATTERS:**

2. ***NAS Proof of Claim Forms Motion.*** Motion to Deem Proof of Claim Forms Timely Filed [ECF No. 9130]

> Objection Deadline: June 17, 2026 at 4:00 p.m. (prevailing Eastern Time).

> Responses Received:

> A. Objection of the Purdue Personal Injury Trust to Motion to Deem Proof of Claim Forms Timely Filed [ECF No. 9372]

> Related Documents: None.

> Status: This matter is going forward on a contested basis.

3. ***Mourant Ozannes (Jersey) LLP and Mourant Ozannes, BVI Fee Application.*** Application of Mourant Ozannes (Jersey) LLP and Mourant Ozannes, BVI as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period from February 1, 2026 Through April 30, 2026 [ECF No. 9287]

> Objection Deadline: June 17, 2026 at 4:00 p.m. (prevailing Eastern Time).

> Responses Received:

> A. Objection to Application of Mourant Ozannes (Jersey) LLP and Mourant Ozannes, BVI as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period from February 1, 2026 Through April 30, 2026 filed by Amanda Morales [ECF No. 9322]

> B. Letter In Support of the Court Giving Serious Consideration to the Objection Filed by Amanda Morales Regarding the Fee Application of Mourant Ozannes and All Fee Applications filed by Carrie L. McGaha

[ECF No. 9336]

C. Letter In Support of the Court Giving Serious Consideration to the Objection Filed by Amanda Morales Regarding the Fee Application of Mourant Ozannes and All Fee Applications filed by Carrie L. McGaha [ECF No. 9366]

Related Documents:

D. Notice of Hearing on Application of Mourant Ozannes (Jersey) LLP and Mourant Ozannes, BVI as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period from February 1, 2026 Through April 30, 2026 [ECF No. 9286]

Status: This matter is going forward on a contested basis.

[*Remainder of page left intentionally blank.*]

Dated:    June 22, 2026
        New York, New York

.

DAVIS POLK & WARDWELL LLP
By:  /s/ *Marshall S. Huebner*
        Marshall S. Huebner

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*