DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF ADJOURNMENT OF HEARING ON APPLICATION OF MOURANT OZANNES (JERSEY) LLP AND MOURANT OZANNES, BVI AS AN ORDINARY COURSE PROFESSIONAL FOR COMPENSATION FOR SERVICES RENDERED IN EXCESS OF THE TIER 1 OCP CAP FOR THE PERIOD FROM FEBRUARY 1, 2026 THROUGH APRIL 30, 2026**

**PLEASE TAKE NOTICE** that on June 3, 2026, Mourant Ozannes (Jersey) LLP ("**Mourant Jersey**") and Mourant Ozannes, BVI ("**Mourant BVI**" and, together with Mourant Jersey, "**Mourant**") filed *Application of Mourant Ozannes (Jersey) LLP and Mourant Ozannes, BVI as an Ordinary Course Professional for Compensation for Services Rendered in Excess of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*the Tier 1 OCP Cap for the Period from February 1, 2026 Through April 30, 2026* [Docket No. 9287] (the "**Mourant Fee Application**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Mourant Fee Application was held on June 24, 2026, at 11:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Mourant Fee Application is going forward on a continued basis to the omnibus hearing scheduled for **July 21, 2026, at 11:00 a.m. (prevailing Eastern Time)** (the "**July Omnibus Hearing**") before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, either via Zoom® videoconference or at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline with respect to the Mourant Fee Application was June 17, 2026, at 4:00 p.m. (prevailing Eastern Time), and has passed.

**PLEASE TAKE FURTHER NOTICE** that the July Omnibus Hearing will be conducted via Zoom® videoconference unless otherwise ordered by the Court.  Parties wishing to appear at, or attend, an omnibus hearing conducted via Zoom® videoconference are required to register their appearance by 11:00 a.m. (prevailing Eastern Time) the day before such omnibus hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated:   July 8, 2026
         New York, New York

                                        DAVIS POLK & WARDWELL LLP

                                        By:   /s/ Christopher S. Robertson

                                        450 Lexington Avenue
                                        New York, New York 10017
                                        Telephone: (212) 450-4000
                                        Facsimile:  (212) 701-5800
                                        Marshall S. Huebner
                                        Benjamin S. Kaminetzky
                                        Eli J. Vonnegut
                                        Christopher S. Robertson

                                        *Counsel to the Debtors
                                        and Debtors in Possession*

3