DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

### AGENDA FOR JULY 21, 2026 OMNIBUS HEARING

Time and Date of Hearing:    July 21, 2026 at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing:    The Hearing will only be conducted via Zoom for Government®. Any parties wishing to **participate in** the Hearing are required to register their appearance by 11:00 a.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 558 8656, Meeting ID 936 4479 5719 Passcode 538112.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## I.   FEE APPLICATIONS:

1. ***Uncontested Interim and Final Fee Applications.*** Supplemental Notice of Fee Hearing [ECF No. 9388]

   Objection Deadline: July 14, 2026 at 4:00 p.m. (prevailing Eastern Time)

   Responses Received: None.

   Reply Deadline: July 17, 2026 at 12:00 p.m. (prevailing Eastern Time)

   Replies: None.

   Related Documents:

   A.  Notice of Fee Hearing [ECF No. 9382]

   *Interim and Final Fee Applications of the following applicants:*

   **Debtors' Professionals**

   B.  AlixPartners, LLP [ECF No. 9361]
   C.  Arnold & Porter Kaye Scholer LLP [ECF No. 9342]
   D.  BDO USA, P.C. [ECF No. 9354]
   E.  Dechert LLP [ECF Nos. 9340, 9452]
   F.  Ernst & Young LLP [ECF No. 9321]
   G.  Jones Day [ECF No. 9360]
   H.  Kroll Restructuring Administration LLC [ECF No. 9324]
   I.   Latham & Watkins LLP [ECF No. 9350]
   J.  PJT Partners LP [ECF No. 9358]
   K.  Reed Smith LLP [ECF No. 9337]
   L.  Sullivan & Worcester LLP [ECF No. 9338]

   **Official Committee of Unsecured Creditors' Professionals**

   M.  Akin Gump Strauss Hauer & Feld LLP [ECF No. 9356]
   N.  Bedell Cristin Jersey Partnership [ECF No. 9349]
   O.  Cole Schotz P.C. [ECF No. 9345]
   P.  Jefferies LLC [ECF No. 9347]
   Q.  Kurtzman Carson Consultants LLC [ECF No. 9348]
   R.  Nardello & Co. LLC [ECF No. 9351]
   S.  Province, LLC [ECF No. 9346]

   **Joint Debtors' and Official Committee of Unsecured Creditors' Professional**

   T.  KPMG LLP [ECF No. 9317]

   **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

U.  Brown Rudnick LLP [ECF No. 9339]
V.  BrownGreer PLC [ECF No. 9341]
W.  FTI Consulting, Inc [ECF No. 9353]
X.  Gilbert LLP [ECF No. 9343]
Y.  Gilbert Strategic Solutions, LLC [ECF No. 9364]
Z.  Houlihan Lokey Capital, Inc [ECF No. 9344]
AA.  Otterbourg P.C. [ECF No. 9355]
BB.  Rubris Inc. [ECF No. 9352]

**Multi-State Governmental Entities Group**

CC.  Caplin & Drysdale, Chartered [ECF No. 9335]

**States' Professionals**

DD.  Kleinberg, Kaplan, Wolff & Cohen P.C. [ECF No. 9323]
EE. Pullman & Comley, LLC [ECF No. 9325]

**Fee Examiner**

FF. Bielli & Klauder, LLC [ECF No. 9334]

Status: This matter is going forward on an uncontested basis.

2.  *Contested Interim and Final Fee Applications.* Supplemental Notice of Fee Hearing [ECF No. 9388]

Objection Deadline: July 14, 2026 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

A.  Objection to Application Final Fee Application of King & Spalding LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors and Debtors in Possession for (I) the Twentieth Interim Period from January 1, 2026 Through May 1, 2026 and (II) the Final Compensation Period from September 15, 2019 Through May 1, 2026 filed by Amanda Morales [ECF 9436]

B.  Amended Objection to Application Final Fee Application of King & Spalding LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors and Debtors in Possession for (I) the Twentieth Interim Period from January 1, 2026 Through May 1, 2026 and (II) the Final Compensation Period from September 15, 2019 Through May 1, 2026 filed by Amanda Morales [ECF 9437]

C.  Objection to Application Twentieth Interim and Final Fee Application of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for (I) the Twentieth Interim Compensation Period from January 1, 2026 Through May 1, 2026, and (II) the Final Compensation Period of September 15, 2019

Through May 1, 2026 filed by Amanda Morales [ECF 9444]

D. Objection to Combined Twentieth Interim and Final Fee Application of Herbert Smith Freehills Kramer (US) LLP, as Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for (I) the Twentieth Interim Fee Period from January 1, 2026 Through May 1, 2026, and (II) the Total Compensation Period from September 16, 2019 Through May 1, 2026 filed by Amanda Morales [ECF 9445]

E. Objection to Davis Polk & Wardwell Final Fee Application filed by Amanda Morales [ECF 9446]

F. Objection to the Thirteenth Interim and Final Application of Cornerstone Research for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Consultant to the Debtors for the Period from January 14, 2020 Through May 1, 2026 filed by Amanda Morales [ECF No. 9449]

Untimely Response Received:

G. Objection to Kramer Levin Naftalis & Frankel Fee Application filed by Amanda Morales [ECF No. 9461] (filed on July 15, 2026; entered on July 17, 2026)

Reply Deadline: July 17, 2026 at 12:00 p.m. (prevailing Eastern Time)

Replies:

H. Reply to Amanda Morales' Objection to Application Twentieth Interim and Final Fee Application of Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 9454]

I. Reply in Further Support of Twentieth Interim and Final Fee Application of King & Spalding LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors and Debtors in Possession for (I) the Twentieth Interim Period from January 1, 2026 Through May 1, 2026 and (II) the Final Compensation Period from September 15, 2019 Through May 1, 2026 [ECF No. 9455]

J. Reply to Objection of Amanda Morales to the Twentieth and Final Application of Davis Polk and Wardwell LLP for the Period from September 15, 2019, Through May 1, 2026 and Omnibus Reply to Objections to Numerous Final Fee Applications from Estate Professionals [ECF No. 9456]

K. Reply in Support of the Twentieth Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of September 26, 2019 Through and Including May 1, 2026 [ECF No. 9457]

L. Reply to Objection of Amanda Morales to the Combined Twentieth and Final Fee

Application of Herbert Smith Freehills Kramer (US) LLP, as Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for (I) the Twentieth Interim Fee Period from January 1, 2026 Through May 1, 2026, and (II) the Total Compensation Period from September 16, 2019 Through May 1, 2026 [ECF No. 9458]

Related Documents:

M. Notice of Fee Hearing [ECF No. 9382]

*Final Fee Applications of the following applicants:*

**Debtors' Professionals**

N. Cornerstone Research [ECF No. 9316]
O. Davis Polk & Wardwell LLP [ECF No. 9357]
P. King & Spalding LLP [ECF No. 9318]
Q. Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 9362]

**Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

R. Herbert Smith Freehills Kramer (US) LLP [ECF No. 9363]

Status: This matter is going forward on a contested basis.

3. ***Mourant Ozannes (Jersey) LLP and Mourant Ozannes, BVI Final Fee Application.*** Application of Mourant Ozannes (Jersey) LLP and Mourant Ozannes, BVI as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period from February 1, 2026 Through April 30, 2026 [ECF No. 9287].

Objection Deadline: June 17, 2026, at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

A. Objection to Application of Mourant Ozannes (Jersey) LLP and Mourant Ozannes, BVI as an Ordinary Course Professional for Compensation for Services Rendered In Excess of the Tier 1 OCP Cap for the Period from February 1, 2026 Through April 30, 2026 filed by Amanda Morales [ECF No. 9322]
B. Letter In Support of the Court Giving Serious Consideration to the Objection Filed by Amanda Morales Regarding the Application of Mourant Ozannes (Jersey) LLP and Mourant Ozannes, BVI as an Ordinary Course Professional for Compensation for Services Rendered In Excess of the Tier 1 OCP Cap for the Period from February 1, 2026 Through April 30, 2026 and All Fee Applications filed by Carrie L. McGaha [ECF No. 9336]
C. Letter In Support of the Court Giving Serious Consideration to the Objection Filed by Amanda Morales Regarding the Application of Mourant Ozannes

(Jersey) LLP and Mourant Ozannes, BVI as an Ordinary Course Professional for Compensation for Services Rendered In Excess of the Tier 1 OCP Cap for the Period from February 1, 2026 Through April 30, 2026 and All Fee Applications filed by Carrie L. McGaha  [ECF No. 9366]

   D. Letter Regarding Objection to Mourant's Application for Fees and Today's Hearing filed by Amanda Morales [ECF No. 9393]

Related Documents:

   E. Notice of Hearing on Application of Mourant Ozannes (Jersey) LLP and Mourant Ozannes, BVI as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period from February 1, 2026 Through April 30, 2026 [ECF No. 9286]

   F. Declaration of Ian Montgomery in Support of Application of Mourant Ozannes (Jersey) LLP and Mourant Ozannes, BVI as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period from February 1, 2026 Through April 30, 2026 [ECF No. 9431]

   G. Notice of Adjournment of Hearing on Application of Mourant Ozannes (Jersey) LLP and Mourant Ozannes, BVI as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period from February 1, 2026 Through April 30, 2026 [ECF No. 9432]

Status: This matter is going forward on a contested basis.

## II.   OTHER MATTER:

4. ***Raymond Sackler Family Motion to Declare Joseph Anthony Reyna's Actions to be in Violation of the Plan.*** The Raymond Sackler Family's Motion For Entry of an Order (I) Declaring Joseph Anthony Reyna's Actions to be in Violation of the Plan of Reorganization and Confirmation Order, (II) Directing Him to Withdraw the Claims that He has Asserted in the Texas Lawsuit, (III) Enjoining Him From Filing Any New Claims Against Released Parties Without Prior Review by This Court, and (IV) Enjoining Him from Further Action in Contravention of the Plan and Confirmation Order [Corrected Notice] [ECF No. 9420]

Objection Deadline: July 20, 2026 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None.

Related Documents:

   A. The Raymond Sackler Family's Motion For Entry Of An Order (I) Declaring Joseph Anthony Reyna's Actions to be in Violation of the Plan of Reorganization and Confirmation Order, (II) Directing Him to Withdraw the Claims that He has Asserted in the Texas Lawsuit, (III) Enjoining Him from Filing Any New Claims Against Released Parties Without Prior Review by This Court, and (IV) Enjoining Him from Further Action In Contravention of the Plan and Confirmation Order [ECF No. 9418]

   B. Declaration of Peter R. Jerdee in Support of The Raymond Sackler Family's

Motion For Entry Of An Order (I) Declaring Joseph Anthony Reyna's Actions to be in Violation of the Plan of Reorganization, (II) Directing Him to Withdraw the Claims that He has Asserted in the Texas Lawsuit, (III) Enjoining Him from Filing Any New Claims Against Released Parties Without Prior Review by This Court, and (IV) Enjoining Him from Further Action in Contravention of the Plan and Confirmation Order [ECF No. 9419]

C. The Joinder of Mortimer D.A. Sackler and Kathe Sackler to the Raymond Sackler Family's Motion for Entry of an Order (I) Declaring Joseph Anthony Reyna's Actions to be in Violation of the Plan of Reorganization, and (II) Enjoining Him from Further Action in Contravention of the Plan and Confirmation Order [ECF No. 9423]

Status: This matter is going forward on an uncontested basis.

[*Remainder of page left intentionally blank.*]

Dated:    July 17, 2026
           New York, New York

                    DAVIS POLK & WARDWELL LLP

                    By:  /s/ *Marshall S. Huebner*
                          Marshall S. Huebner

                    450 Lexington Avenue
                    New York, New York 10017
                    Telephone: (212) 450-4000
                    Facsimile: (212) 701-5800
                    Marshall S. Huebner
                    Benjamin S. Kaminetzky
                    Eli J. Vonnegut
                    Christopher S. Robertson

                    *Counsel to the Debtors*
                    *and Debtors in Possession*