UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. BANKRUPTCY COURT

2026 JUL 27 P 5:32

S.D. OF N.Y.

7/20/26

Dear Clerk of the Honorable Sean H. Lane,

In re Purdue Pharma Case No. 19-23649

I am a claimant to the civil action above, and have been incarcerated since the inception of the filing of Chapter 11.

On March 9, 2026, I received documents which were dated January 28, 2026 titled OMNIBUS CLAIMS OBJECTION OF THE DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO UNSUBSTANTIATED CLAIMS which must be an error.

I was transferred to another facility in March of 2025, and I sent multiple letters with my new address and requests for an update or if more information was necessary to support my claim but never received a response from the Debtors Counsel or Committee overseers.?

Due to this failure, I should not be expunged from the civil action when I have been in compliance with all documents being mailed to the proper individuals.

I sent a response to this Court on the day I received these documents but no reply was returned what must I do?

(1)

This is my second attempt to resolve any issues which I never knew existed. Please kindly respond, upon receipt of this request for an update.

Sincerely,

July 20, 2026

Orlandus F. Calhoun Jr.
Orlandus F. Calhoun Jr.
Inmate No. 349122
Gus Harrison Correction
2727 E. Beecher St.
Adrian, MI. 49221

FILED
U.S. BANKRUPTCY COURT
2026 JUL 27 P 5:32
S.D. OF N.Y.

(2)