ASK LLP
60 East 42nd Street, 46th Floor
New York, New York 10165
Tel.: (212) 267-7342
Fax: (212) 918-3427
Edward E. Neiger
Jennifer A. Christian

*Co-Counsel for Ad Hoc Group of Individual*
*Victims of Purdue Pharma L.P., et al.*[1]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Purdue Pharma L.P., *et al.*,[2] | ) Case No. 19-23649 (SHL) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**NOTICE OF PRESENTMENT OF THE APPLICATION
OF THE AD HOC GROUP OF INDIVIDUAL VICTIMS OF
PURDUE PHARMA L.P., ET AL. FOR ENTRY OF AN ORDER
APPROVING PAYMENT OF COMPENSATION AND EXPENSES
INCURRED BY ATTORNEYS AND ADVISORS FOR THE AD HOC
GROUP FOR THE PERIOD OCTOBER 22, 2019 THROUGH MAY 1, 2026
PURSUANT TO SECTION 5.9(h) OF THE EIGHTEENTH AMENDED JOINT
<u>CHAPTER 11 PLAN OF REORGANIZATION AND 11 U.S.C. § 1129(a)(4)</u>**

**PLEASE TAKE NOTICE** that the *Application of the Ad Hoc Committee of Individual*

*Victims of Purdue Pharma L.P., et al. for Entry of an Order Approving Payment of Compensation*

---

[1]   The Ad Hoc Group has been dissolved except to address certain administrative matters provided for under the Plan and Confirmation Order. This Application is filed in accordance with the Confirmation Order and Plan.

[2]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*and Expenses Incurred by Attorneys and Advisors for the Ad Hoc Group for the Period October 22, 2019 Through May 1, 2026 Pursuant to Section 5.9(h) of the Eighteenth Amended Joint Chapter 11 Plan of Reorganization and Section 1129(a)(4) of the Bankruptcy Code* [Docket No. 9516 (the "Application"), filed in the above-captioned chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), will be presented to the Honorable Sean H. Lane of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), 300 Quarropas Street, White Plains, New York 10601, on **August 17, 2026, at 4:00 p.m. (prevailing Eastern Time)** (the "Presentment Date"), which Presentment Date satisfies the fourteen (14) days' notice requirement set forth in paragraph 14 of the Confirmation Order [Docket No. 8263].

**PLEASE TAKE FURTHER NOTICE** that any objection to the Application must be in must be in writing, filed with the Clerk of the Bankruptcy Court, served upon the undersigned attorneys for the Ad Hoc Group of Individual Victims, and delivered as a courtesy copy to Chambers of the Honorable Sean H. Lane, so as to be received no later than **August 13, 2026, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that each such objection, if any, shall state the name of the objecting party, its status as a party-in-interest, and the nature and basis of the objection.

**PLEASE TAKE FURTHER NOTICE** that the Application seeks approval of the following compensation and reimbursement of expenses:

| FIRM | AMOUNT |
|---|---|
| ASK LLP | $2,933,706.00 |
| Andrews & Higgins | $6,624,735.00 |
| Protiviti Inc. | $704,606.00 |
| Dundon Advisers LLC | $105,110.67 |

| Gentle, Turner & Benson, LLC | $592,147.55 |
|---|---|
| **TOTAL** | **$10,960,305.22** |

**PLEASE TAKE FURTHER NOTICE** that the Application was electronically filed with the Bankruptcy Court. Copies of the Application and all other documents filed in the chapter 11 cases may be obtained free of charge by visiting the claims and noticing agent's website at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, unless the Court orders otherwise, no hearing will be held absent the timely filing of an objection. If no objection is timely filed, the Ad Hoc Group shall, promptly after the Presentment Date has passed, submit the proposed order to Chambers for the Court's consideration pursuant to Local Bankruptcy Rule 9013-2(d), and the Court may enter the proposed order without further notice or a hearing. If a timely objection is filed, the Court will notify the moving party and the objecting party of the date and time of any hearing.

Dated: July 30, 2026
New York, New York

ASK LLP

By: */s/ Edward E. Neiger*
Edward E. Neiger
Jennifer A. Christian
60 East 42nd Street, 46th Floor
New York, New York 10165
Tel.: (212) 267-7342
Fax: (212) 918-3427
eneiger@askllp.com
jchristian@askllp.com

*Co-Counsel for Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al.*

3