MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

*Co-Counsel to the Plan Administration Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.** [1] | **(Jointly Administered)** |

**NOTICE OF FURTHER ADJOURNMENT OF HEARING ON DEBTORS' FOURTH OMNIBUS CLAIMS OBJECTION (NO LIABILITY AND/OR MISCLASSIFIED CLAIMS)**

**PLEASE TAKE NOTICE** that, on March 23, 2026, Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed their *Fourth Omnibus Claims Objection (No Liability, and/or Misclassified Claims)* [ECF No. 8964] (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

---

[1] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection with respect to Banc of America Leasing & Capital, LLC's claim identified therein was held during the omnibus hearing on April 20, 2026, at 11:00 am (prevailing Eastern Time), and on May 7, 2026, the Bankruptcy Court entered the *Order Granting Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) as to the Misclassified Claim* [ECF No. 9167], reclassifying Banc of America Leasing & Capital, LLC's claim.  The hearing on the Objection with respect to all other claims identified therein was adjourned to a date and time to be determined [ECF No. 9081].

**PLEASE TAKE FURTHER NOTICE** that, by notice filed on June 30, 2026 [ECF No. 9408], the Objection was withdrawn without prejudice solely as to the claims by ACE American Insurance Company, ACE Property and Casualty Insurance Company, Executive Risk Indemnity Inc., Federal Insurance Company, and Westchester Surplus Lines Insurance Company identified in Exhibit A thereto (the "**Withdrawn Claims**").

**PLEASE TAKE FURTHER NOTICE** that the deadline for Helmsman Management Services, LLC, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Old Republic Insurance Company, The Travelers Indemnity Company, and Westchester Fire Insurance Company (collectively, the "**Adjourned Claimants**") to file any responses to the Objection has been further extended to **September 8, 2026, at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection with respect to the Adjourned Claimants will be held, if necessary, at a **date and time to be determined** (the "**Adjourned Hearing**").

2

**PLEASE TAKE FURTHER NOTICE** that the Adjourned Hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, either via Zoom® videoconference or at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, at a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** that copies of all papers filed in these chapter 11 cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/purduepharma/.   You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   August 3, 2026
         Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:   */s/ Matthew B. Harvey*

1201 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

*Co-Counsel to the Plan Administration Trust*

3