UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PURDUE PHARMA L.P., *et al.*,

Debtors.[1]

Chapter 11

Case No. 19-23649 (SHL)

(Jointly Administered)

**OMNIBUS ORDER GRANTING TWENTIETH AND FINAL FEE APPLICATIONS OF PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR <u>REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES</u>**

Upon consideration of each of the applications (each, an "**Application**" and collectively, the "**Applications**") filed by those professionals identified on **<u>Schedule A</u>** and **<u>Schedule B</u>** (collectively, the "**Schedules**") hereto (each, an "**Applicant**" and collectively, the "**Applicants**"), pursuant to sections 327, 328, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking final allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred (a) from January 1, 2026 through May 1, 2026 (the "**20th Fee Period**"); and (b) from September 15, 2019 (or the applicable effective date of retention) through May 1, 2026 (the "**Final Fee Period**") in connection therewith; and an independent fee

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

examiner (the "**Fee Examiner**") having been appointed in these cases in accordance with the

*Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and*

*Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11*

*U.S.C. § 327* [ECF No. 1023] (the "**Fee Examiner Order**"); and the Fee Examiner having

reviewed the Applications in accordance with the Fee Examiner Order; and the Fee Examiner and

each Applicant having agreed to the recommended fee and expense reductions as set forth on

**Schedule A** hereto; and the Fee Examiner having no objection to the allowance and payment of

each Applicant's fees and expenses in the amounts set forth on **Schedule A** hereto under the

column headings "Fees Allowed for Twentieth Fee Application" and "Expenses Allowed for

Twentieth Fee Application"; and the total amount of each Applicant's fees and expenses sought

for the 20th Fee Period, together with the amounts previously allowed on an interim basis pursuant

to all prior Applications, being set forth on **Schedule B** hereto; and due and proper notice having

been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2) and the *Order Authorizing*

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*

[ECF No. 529], and it appearing that no other or further notice need be provided; and a hearing

having been held on July 21, 2026 to consider the Applications (the "**Hearing**") and all objections

to the Applications or the relief granted herein not otherwise withdrawn or resolved having been

overruled; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b)

and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012

(Preska, C.J.); and this matter being a core proceeding under 28 U.S.C. § 157(b); and venue being

proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of all of the

proceedings had before the Court; and good and sufficient cause appearing for the relief granted hereby,

IT IS HEREBY ORDERED THAT:

1.       The Applications are granted on a final basis as set forth on Schedule A and Schedule B hereto.

2.       The Plan Administration Trust is authorized and directed to pay to each Applicant, from funds held in the Professional Fee Escrow Account (as defined in the *Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [ECF No. 8233]), the fees and expenses approved by this Order and set forth in the Schedules, less any amounts previously paid to such Applicant during these chapter 11 cases on account of such fees and expenses.

3.       This Order is a separate order for each Applicant and the appeal of any order with respect to any Applicant shall have no effect on the allowed fees and expenses of the other Applicants.

4.       This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: August 4, 2026
         White Plains, New York

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE

**Schedule A**

**Twentieth Fee Applications: January 1, 2026 through May 1, 2026**

<u>Case No:</u> **19-23649 (SHL)**
<u>Case Name:</u> **In re Purdue Pharma L.P.,** *et al.*

| Applicant | Date and Docket Number of Application | Fees Requested on Twentieth Fee Application | Expenses Requested on Twentieth Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Twentieth Fee Application | Expenses Allowed for Twentieth Fee Application |
|---|---|---|---|---|---|---|---|
| **Debtors' Professionals** | | | | | | | |
| AlixPartners, LLP | June 15, 2026 ECF No. 9361 | $4,301,257.50 | $236,376.32 | $40,000.00 | $0.00 | $4,261,257.50 | $236,376.32 |
| Arnold & Porter Kaye Scholer LLP | June 15, 2026 ECF No. 9342 | $275,768.06 | $2,048.00 | $0.00 | $0.00 | $275,768.06 | $2,048.00 |
| BDO USA, P.C. | June 15, 2026 ECF No. 9354 | $183,445.10 | $0.00 | $0.00 | $0.00 | $183,445.10 | $0.00 |
| Cornerstone Research[2] | June 12, 2026 ECF No. 9316 | $2,856.00 | $1,334.08 | $0.00 | $389.50 | $2,856.00 | $944.58 |
| Davis Polk & Wardwell LLP | June 15, 2026 ECF No. 9357 | $11,530,019.50 | $60,658.96 | $33,840.00 | $900.00 | $11,496,179.50 | $59,758.96 |
| Dechert LLP | July 16, 2026 ECF No. 9452 | $1,505,191.05 | $16,057.24 | $5,260.00 | $0.00 | $1,499,931.05 | $16,057.24 |
| Ernst & Young LLP | June 15, 2026 ECF No. 9321 | $940,000.00 | $1,647.30 | $0.00 | $0.00 | $940,000.00 | $1,647.30 |

---

[2] Cornerstone Research's Application with respect to the interim fee period covers the period of December 1, 2025 through May 1, 2026.

| Applicant | Date and Docket Number of Application | Fees Requested on Twentieth Fee Application | Expenses Requested on Twentieth Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Twentieth Fee Application | Expenses Allowed for Twentieth Fee Application |
|---|---|---|---|---|---|---|---|
| Jones Day | June 15, 2026 ECF No. 9360 | $1,701,357.72 | $178,011.72 | $0.00 | $854.43 | $1,701,357.72 | $177,157.29 |
| King & Spalding LLP | June 15, 2026 ECF No. 9318 | $133,983.05 | $1,552.69 | $0.00 | $0.00 | $133,983.05 | $1,552.69 |
| Kroll Restructuring Administration LLC | June 15, 2026 ECF No. 9324 | $315,556.00 | $0.00 | $0.00 | $0.00 | $315,556.00 | $0.00 |
| Latham & Watkins LLP | June 15, 2026 ECF No. 9350 | $1,826,552.25 | $35,426.24 | $470.00 | $0.00 | $1,826,082.25 | $35,426.24 |
| PJT Partners LP | June 15, 2026 ECF No. 9358 | $14,087,258.06 | $0.00 | $0.00 | $0.00 | $14,087,258.06 | $0.00 |
| Reed Smith LLP | June 15, 2026 ECF No. 9337 | $1,278,822.40 | $221,495.34 | $0.00 | $0.00 | $1,278,822.40 | $221,495.34 |
| Skadden, Arps, Slate, Meagher & Flom LLP | June 15, 2026 ECF No. 9362 | $1,162,251.88 | $4,914.18 | $0.00 | $0.00 | $1,162,251.88 | $4,914.18 |
| Sullivan & Worcester LLP[3] | June 15, 2026 ECF No. 9338 | $12,489.00 | $0.00 | $0.00 | $0.00 | $12,489.00 | $0.00 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | | | | |
| Akin Gump Strauss Hauer & Feld LLP | June 15, 2026 ECF No. 9356 | $8,375,561.50 | $31,294.65 | $10,000.00 | $0.00 | $8,365,561.50 | $31,294.65 |

---

[3] Sullivan & Worcester LLP's Application with respect to the interim fee period covers the period of October 1, 2021 through October 31, 2021.

| Applicant | Date and Docket Number of Application | Fees Requested on Twentieth Fee Application | Expenses Requested on Twentieth Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Twentieth Fee Application | Expenses Allowed for Twentieth Fee Application |
|---|---|---|---|---|---|---|---|
| Bedell Cristin Jersey Partnership | June 15, 2026 ECF No. 9349 | $23,201.50 | $0.00 | $0.00 | $0.00 | $23,201.50 | $0.00 |
| Cole Schotz P.C. | June 15, 2026 ECF No. 9345 | $138,919.95 | $97.20 | $6,500.00 | $0.00 | $132,419.95 | $97.20 |
| Jefferies LLC | June 15, 2026 ECF No. 9347 | $1,031,250.00 | $20,355.00 | $0.00 | $0.00 | $1,031,250.00 | $20,355.00 |
| Kurtzman Carson Consultants, LLC dba Verita Global | June 15, 2026 ECF No. 9348 | $17,114.99 | $5,733.56 | $0.00 | $0.00 | $17,114.99 | $5,733.56 |
| Nardello & Co. LLC[4] | June 15, 2026 ECF No. 9351 | $19,847.00 | $58.47 | $0.00 | $0.00 | $19,847.00 | $58.47 |
| Province, LLC | June 15, 2026 ECF No. 9346 | $2,913,720.30 | $8.00 | $0.00 | $0.00 | $2,913,720.30 | $8.00 |
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | | | | |
| Brown Rudnick LLP | June 15, 2026 ECF No. 9339 | $318,148.50 | $142.40 | $4,024.30 | $0.00 | $314,124.20 | $142.40 |
| BrownGreer PLC | June 15, 2026 ECF No. 9341 | $96,810.50 | $0.00 | $0.00 | $0.00 | $96,810.50 | $0.00 |
| FTI Consulting, Inc. | June 15, 2026 ECF No. 9353 | $2,491,811.00 | $708.02 | $13,704.50 | $0.00 | $2,478,106.50 | $708.02 |

---

[4] Nardello & Co. LLC's Application with respect to the interim fee period covers the period of September 1, 2025 through May 1, 2026.

| Applicant | Date and Docket Number of Application | Fees Requested on Twentieth Fee Application | Expenses Requested on Twentieth Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Twentieth Fee Application | Expenses Allowed for Twentieth Fee Application |
|---|---|---|---|---|---|---|---|
| Gilbert LLP | June 15, 2026 ECF No. 9343 | $1,048,025.50 | $2,999.88 | $11,907.30 | $0.00 | $1,036,118.20 | $2,999.88 |
| Gilbert Strategic Solutions, LLC | June 15, 2026 ECF No. 9364 | $612,875.00 | $2,889.59 | $0.00 | $0.00 | $612,875.00 | $2,889.59 |
| Herbert Smith Freehills Kramer (US) LLP | June 15, 2026 ECF No. 9363 | $9,252,480.25 | $15,021.17 | $50,000.00 | $0.00 | $9,202,480.25 | $15,021.17 |
| Houlihan Lokey Capital, Inc.[5] | June 15, 2026 ECF No. 9344 | $800,000.00 | $0.00 | $0.00 | $0.00 | $800,000.00 | $0.00 |
| Otterbourg P.C. | June 15, 2026 ECF No. 9355 | $294,569.00 | $3,997.66 | $0.00 | $959.96 | $294,569.00 | $3,037.70 |
| **Multi-State Governmental Entities Group** | | | | | | | |
| Caplin & Drysdale, Chartered[6] | June 15, 2026 ECF No. 9335 | $412,596.00 | $15,080.36 | $4,200.00 | $144.00 | $408,396.00 | $14,936.36 |
| **Counsel to the State of Washington** | | | | | | | |
| Kleinberg, Kaplan, Wolff & Cohen P.C.[7] | June 15, 2026 ECF No. 9323 | $1,464,411.01 | $4,370.17 | $400,000 | $0.00 | $1,064,411.01 | $4,370.17 |

[5] Houlihan Lokey Capital, Inc.'s Application with respect to the interim fee period covers the period of January 1, 2026 through April 30, 2026.

[6] Caplin & Drysdale, Chartered's Application with respect to the interim fee period covers the period of December 1, 2025 through May 1, 2026.

[7] The State of Washington's Application with respect to payments to its counsel Kleinberg, Kaplan, Wolff & Cohen P.C. for the interim fee period covers the period of June 27, 2024 through June 6, 2025.

| Applicant | Date and Docket Number of Application | Fees Requested on Twentieth Fee Application | Expenses Requested on Twentieth Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Twentieth Fee Application | Expenses Allowed for Twentieth Fee Application |
|---|---|---|---|---|---|---|---|
| **Counsel to the States of Connecticut, Delaware, Rhode Island, Vermont, Oregon and the District of Columbia** | | | | | | | |
| Pullman & Comley, LLC | June 15, 2026 ECF No. 9325 | $3,250 | $0.00 | $0.00 | $0.00 | $3,250 | $0.00 |
| **Fee Examiner** | | | | | | | |
| Bielli & Klauder, LLC | June 15, 2026 ECF No. 9334 | $220,000.00 | $0.00 | $0.00 | $0.00 | $220,000.00 | $0.00 |

**Schedule B**

**Twentieth Fee Applications: Petition Date through May 1, 2026**

**Case No: 19-23649 (SHL)**
**Case Name: In re Purdue Pharma L.P., *et al.***

| Applicant | Date and Docket Number of Application | Total Fees Requested | Total Fees Paid[8] | Total Expenses Requested | Total Expenses Paid[9] |
|---|---|---|---|---|---|
| Debtors' Professionals | | | | | |
| AlixPartners, LLP | June 15, 2026 ECF No. 9361 | $63,673,245.00 | $63,228,911.19 | $4,408,223.83 | $4,370,987.87 |
| Arnold & Porter Kaye Scholer LLP | June 15, 2026 ECF No. 9342 | $8,592,612.80 | $8,531,122.29 | $94,081.75 | $93,671.79 |
| BDO USA, P.C. | June 15, 2026 ECF No. 9354 | $297,715.70 | $297,715.70 | $0.00 | $0.00 |
| Cornerstone Research | June 12, 2026 ECF No. 9316 | $6,640,042.82 | $6,606,058.09 | $67,415.63 | $67,026.13 |
| Davis Polk & Wardwell LLP | June 15, 2026 ECF No. 9357 | $311,226,438.05 | $310,219,152.45 | $2,930,386.28 | $2,920,411.92 |
| Dechert LLP | July 16, 2026 ECF No. 9452 | $36,107,384.65 | $35,957,609.05 | $2,337,417.75 | $2,334,740.33 |

[8] Includes amounts to be paid pursuant to this Order.
[9] Includes amounts to be paid pursuant to this Order.

| Applicant | Date and Docket Number of Application | Total Fees Requested | Total Fees Paid[8] | Total Expenses Requested | Total Expenses Paid[9] |
|---|---|---|---|---|---|
| Ernst & Young LLP | June 15, 2026 ECF No. 9321 | $8,914,060.00 | $8,914,060.00 | $42,569.93 | $42,519.70 |
| Jones Day | June 15, 2026 ECF No. 9360 | $24,514,198.09 | $24,447,004.13 | $3,518,082.56 | $3,515,490.84 |
| King & Spalding LLP | June 15, 2026 ECF No. 9318 | $28,541,297.71 | $28,437,395.70 | $21,203.19 | $21,114.47 |
| Kroll Restructuring Administration LLC | June 15, 2026 ECF No. 9324 | $1,987,663.58 | $1,986,163.58 | $343.50 | $343.50 |
| Latham & Watkins LLP | June 15, 2026 ECF No. 9350 | $12,341,824.43 | $12,291,511.23 | $81,471.49 | $81,321.47 |
| PJT Partners LP | June 15, 2026 ECF No. 9358 | $38,442,258.06 | $38,442,258.06 | $495,781.93 | $494,661.66 |

| Applicant | Date and Docket Number of Application | Total Fees Requested | Total Fees Paid[8] | Total Expenses Requested | Total Expenses Paid[9] |
|---|---|---|---|---|---|
| Reed Smith LLP | June 15, 2026 ECF No. 9337 | $12,288,982.57 | $12,241,801.02 | $1,491,139.77 | $1,489,141.31 |
| Skadden, Arps, Slate, Meagher & Flom LLP | June 15, 2026 ECF No. 9362 | $48,935,924.35 | $48,652,334.07 | $1,054,148.00 | $1,054,003.54 |
| Sullivan & Worcester LLP | June 15, 2026 ECF No. 9338 | $480,250.50 | $459,016.09 | $285.95 | $285.95 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | | |
| Akin Gump Strauss Hauer & Feld LLP | June 15, 2026 ECF No. 9356 | $167,101,814.50 | $166,202,679.41 | $5,733,102.74 | $5,702,543.96 |
| Bedell Cristin Jersey Partnership | June 15, 2026 ECF No. 9349 | $2,708,323.79 | $2,678,806.99 | $391,812.32 | $391,386.36 |
| Cole Schotz P.C. | June 15, 2026 ECF No. 9345 | $36,922,948.50 | $36,780,767.99 | $21,015.25 | $21,015.25 |
| Jefferies LLC | June 15, 2026 ECF No. 9347 | $17,568,750.00 | $17,568,750.00 | $384,620.87 | $383,422.54 |
| Kurtzman Carson Consultants, LLC dba Verita Global | June 15, 2026 ECF No. 9348 | $1,128,388.86 | $1,123,097.03 | $239,250.73 | $235,377.32 |
| Nardello & Co. LLC | June 15, 2026 ECF No. 9351 | $666,142.50 | $665,492.50 | $70,828.59 | $70,828.59 |

| Applicant | Date and Docket Number of Application | Total Fees Requested | Total Fees Paid[8] | Total Expenses Requested | Total Expenses Paid[9] |
|---|---|---|---|---|---|
| Province, LLC | June 15, 2026 ECF No. 9346 | $57,181,505.13 | $57,046,902.10 | $83,105.54 | $73,797.61 |
| **Joint Debtors and Official Committee of Unsecured Creditors Professional** | | | | | |
| KPMG LLP | June 12, 2026 ECF No. 9317 | $3,991,127.65 | $3,920,528.25 | $1,207.15 | $1,207.15 |
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | | |
| Brown Rudnick LLP | June 15, 2026 ECF No. 9339 | $18,232,216.00 | $17,915,930.63 | $93,612.88 | $91,172.91 |
| BrownGreer PLC | June 15, 2026 ECF No. 9341 | $222,849.50 | $222,849.50 | $0.00 | $0.00 |
| FTI Consulting, Inc. | June 15, 2026 ECF No. 9353 | $26,504,472.00 | $26,287,546.50 | $31,522.88 | $31,429.03 |
| Gilbert LLP | June 15, 2026 ECF No. 9343 | $31,652,637.00 | $31,322,767.14 | $546,840.33 | $547,927.58 |
| Gilbert Strategic Solutions, LLC | June 15, 2026 ECF No. 9364 | $2,701,325.00 | $2,701,325.00 | $11,983.62 | $11,983.62 |
| Herbert Smith Freehills Kramer (US) LLP | June 15, 2026 ECF No. 9363 | $70,184,503.50 | $69,765,941.92 | $964,382.19 | $962,799.75 |
| Houlihan Lokey Capital, Inc. | June 15, 2026 ECF No. 9344 | $15,200,000.00 | $15,200,000.00 | $41,373.17 | $39,226.24 |
| Otterbourg P.C. | June 15, 2026 ECF No. 9355 | $6,140,312.00 | $6,105,956.80 | $17,002.51 | $15,942.55 |

| Applicant | Date and Docket Number of Application | Total Fees Requested | Total Fees Paid[8] | Total Expenses Requested | Total Expenses Paid[9] |
|---|---|---|---|---|---|
| Rubris Inc. | June 15, 2026 ECF No. 9352 | $1,500,000.00 | $1,500,000.00 | $21,964.00 | $21,964.00 |
| **Counsel to the Multi-State Governmental Entities Group** | | | | | |
| Caplin & Drysdale, Chartered | June 15, 2026 ECF No. 9335 | $13,443,436.25 | $13,353,924.60 | $303,676.65 | $292,759.83 |
| **Counsel to the State of Washington** | | | | | |
| Kleinberg, Kaplan, Wolff & Cohen P.C.[10] | June 15, 2026 ECF No. 9323 | $5,915,139.78 | $5,512,139.78 | $96,133.52 | $96,133.52 |
| **Counsel to the States of Connecticut, Delaware, Rhode Island, Vermont, Oregon and the District of Columbia** | | | | | |
| Pullman & Comley, LLC | June 15, 2026 ECF No. 9325 | $645,722.00 | $645,722.00 | $1,532.18 | $1,532.18 |
| **Fee Examiner** | | | | | |
| Bielli & Klauder, LLC[11] | June 15, 2026 ECF No. 9334 | $3,988,375.00 | $3,988,375.00 | $0.00 | $0.00 |

[10] The State of Washington filed its last interim fee application in this case covering fees and expenses paid to its counsel Kleinberg, Kaplan, Wolff & Cohen P.C. during the period of May 1, 2024 through June 26, 2024 [ECF No. 6795], which was approved in the *Omnibus Order Granting Fifteenth Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [ECF No. 6965]. Its final fee application also covers the period of June 27, 2024 through June 6, 2025, which is not covered by any previous interim fee application.

[11] Bielli & Klauder, LLC will file its Final Fee Application once all Final Fee Applications for the Retained Professionals are resolved and approved by the Bankruptcy Court. For the avoidance of doubt, Bielli & Klauder, LLC's fees are not being approved on a final basis pursuant to this Order.