PROVIDED FOR
AT CALHOUN CI CI:

JUN 26 2026

STAFF INITIALS
INMATE INITIALS

U.S. Bankruptcy District Court
Southern District of New York

AUG - 7 2026

RECEIVED
SDNY PRO SE OFFICE
2026 JUL -7 AM 11:09

Breitsh Moss,
   Plaintiff/Claimant,

vs.

Purdue Pharma L.P., etal.,
   Defendant(s)/Debtors,

In Their official Capacity.

Case no: 19-23649

Motion to Compel Distribution/
and or, Accounting

Comes Now The claimant, and Respectfully moves This Court for An Order Compelling The Trustees' claims Administrators, or other(s) Responsible Party To Provide [A] Full Accounting of All distributions made Under The Purdue Pharma L.P. etal Bankruptcy settlement, Including The Recipients' of Such Funds, The Amount distributed, and The legal Basis for Those disbursements. Further, The claimant (Breitsh Moss) Requests An Explanation As to why No distribution Has Been made In Favor of The claimant (moss) Despite The Existence of Similary situated claimants' who Have Begun Receiving Payment. This Motion is Brought Pursuant To The Court's equitable Authority Under 11 U.S.C. § 105(a), The Trustee's duty of Accountability Under 11 U.S.C. § 704(a)(2),

Page (1) of (2)

and THE Reporting obligations Imposed By Fed. R. Bankr. P. 2015, In Order To Preserve fairness, Transparency, and the Proper Administration of THE Bankruptcy Estate.

## Relief Sought

THE Claimant, Is Requesting for [A]LL Said Documents and or, Information Be Discharged To THE Claimant (Moss) within (10) days of Receiving This motion To Compel...[.]

## Certification of Declaration

I Declare Under THE Penalty OF Perjury That THE Fore Going statements Herein Are True/ Correct To THE Best OF MY Abilities, and MY Knowledge." Duly Executed" on 6-06-2026 . Respectfully Submitted By:

/s/ Mr. British Moss
_____
British Moss, Pro-se
19562 S.E. Institutional Dr.
Rank-E5/Dorm-F2130-S
Calhoun C.I. #184797
Blountstown, Fla. 32424

PAGE (2) OF (2)