ASK LLP
60 East 42nd Street, 46th Floor
New York, New York 10165
Tel.: (212) 267-7342
Fax: (212) 918-3427
Edward E. Neiger
Jennifer A. Christian

*Co-Counsel for Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al.*[1]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Purdue Pharma L.P., *et al.*,[2] | Case No. 19-23649 (SHL) (Jointly Administered) |
| Debtors. | |

**NOTICE OF HEARING ON APPLICATION OF THE AD HOC GROUP OF INDIVIDUAL VICTIMS OF PURDUE PHARMA L.P., ET AL. FOR ENTRY OF AN ORDER APPROVING PAYMENT OF COMPENSATION AND EXPENSES INCURRED BY ATTORNEYS AND ADVISORS FOR THE AD HOC GROUP FOR THE PERIOD OCTOBER 22, 2019 THROUGH MAY 1, 2026 PURSUANT TO SECTION 5.9(h) OF THE EIGHTEENTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION AND 11 U.S.C. § 1129(a)(4)**

**PLEASE TAKE NOTICE** that on July 30, 2026, the Ad Hoc Group of Individual Victims of Purdue Pharma, L.P., *et al.*, filed the *Application of the Ad Hoc Committee of Individual Victims*

1 The Ad Hoc Group has been dissolved except to address certain administrative matters provided for under the Plan and Confirmation Order. This Application is filed in accordance with the Confirmation Order and Plan.

2 The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).

*of Purdue Pharma L.P., et al. for Entry of an Order Approving Payment of Compensation and Expenses Incurred by Attorneys and Advisors for the Ad Hoc Group for the Period October 22, 2019 Through May 1, 2026 Pursuant to Section 5.9(h) of the Eighteenth Amended Joint Chapter 11 Plan of Reorganization and Section 1129(a)(4) of the Bankruptcy Code* [Docket No. 9516] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that the deadline to file and serve objections to the Application has expired.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **October 7, 2026, at 11:00 a.m. (prevailing Eastern Time)** (the "Hearing") before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "Bankruptcy Court"); provided that such Hearing shall be conducted via Zoom for Government® unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing are required to register their appearance by 4:00 p.m. (Prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Registration to appear at the Hearing does not extend the deadline for filing or serving an objection and does not permit any person or entity to raise an objection that was not timely filed and served.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.

Dated: August 24, 2026
New York, New York

ASK LLP

By: */s/ Edward E. Neiger*
Edward E. Neiger
Jennifer A. Christian
60 East 42nd Street, 46th Floor
New York, New York 10165
Tel.: (212) 267-7342
Fax: (212) 918-3427
eneiger@askllp.com
jchristian@askllp.com

*Co-Counsel for Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al.*