**UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Case No. 19-23649 (SHL) |
| PURDUE PHARMA L.P., et al., | § | Jointly Administered |
| | § | |
| Debtors. | § | |

# NOTICE OF COMPLIANCE WITH THE COURT'S AUGUST 14, 2026 ORDER

**TO THE HONORABLE SEAN H. LANE, UNITED STATES BANKRUPTCY**

JUDGE:

Joseph Anthony Reyna, appearing pro se, files this Notice of Compliance to inform the Court that he has complied with Paragraph 5 of the Court's August 14, 2026 Order.

1. On August 14, 2026, the Court entered its Order Granting in Part and Denying in Part the Raymond Sackler Family's Motion for Entry of an Order (I) Declaring Joseph Anthony Reyna's Actions to Be in Violation of the Plan of Reorganization and Confirmation Order, (II) Directing Him to Withdraw the Claims That He Has Asserted in the Texas Lawsuit, (III) Enjoining Him From Filing Any New Claims Against Released Parties Without Prior Review by This Court, and (IV) Enjoining Him From Further Action in Contravention of the Plan and Confirmation Order. ECF No. 9535 (the "Order").

2. Paragraph 5 of the Order directs that "within 14 days of entry of this Order, Mr. Reyna shall withdraw all the claims that he has asserted in the Texas Lawsuit with prejudice, with the exception of Count 4, which shall be withdrawn without prejudice." Order ¶ 5. The deadline set by Paragraph 5 is August 28, 2026.

3. The Texas Lawsuit, Cause No. 2025CI16535 (408th Judicial District Court, Bexar County, Texas), was removed on August 5, 2026 to the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, where it is pending as Reyna v. Sackler, et al., Adv. Pro. No. 26-05050-MMP.

4. On August 26, 2026, and before the deadline set by Paragraph 5, Mr. Reyna filed in Adv. Pro. No. 26-05050-MMP his Notice of Compliance With the August 14, 2026 Order and Motion to Dismiss This Adversary Proceeding Under Federal Rule of Civil Procedure 41(a)(2). A true and correct copy of that filing, and of the proposed order submitted with it, is attached as Exhibit A.

5. By that filing, Mr. Reyna withdrew Counts 1, 2, 3, 5, 6, and 7 with prejudice and withdrew Count 4 (Public Nuisance) without prejudice, exactly as Paragraph 5 of the Order directs. Because Paragraph 5 directs different prejudice treatment for Count 4, that filing also asks the Western District of Texas court to enter an order implementing Paragraph 5 under Federal Rule of Civil Procedure 41(a)(2), as incorporated by Federal Rule of Bankruptcy Procedure 7041, so that the disposition is effective of record. Mr. Reyna seeks no term or condition beyond what Paragraph 5 directs.

6. Mr. Reyna files this Notice so that the record before this Court reflects that the withdrawal Paragraph 5 requires was made before the deadline. Mr. Reyna intends to comply with the Order and with the injunctions set out in Section 10.4 and Section 11.1(f) of the Plan and in the Confirmation Order.

7. Mr. Reyna preserves the rights that Paragraph 7 of the Order reserves to him, on the terms Paragraph 7 states. Mr. Reyna asserts no claim by this Notice and seeks no relief from this Court other than that it take notice of the filing described above.

Respectfully submitted,

/s/ Joseph Anthony Reyna
Joseph Anthony Reyna
5900 Balcones Drive, STE 100
Austin, Texas 78731
(512) 200-3069
whitehat@joecattt.com
Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2026, a true and correct copy of the foregoing was served by electronic mail on the following counsel, and by such further means as the Court's electronic filing system may effect:

Mara Leventhal Christopher J. Stanley Benjamin A. Taylor Paul Jerdee

**JOSEPH HAGE AARONSON LLC**

mleventhal@jhany.com cstanley@jhany.com btaylor@jhany.com pjerdee@jhany.com

Counsel for the Raymond Sackler Family

Jasmine Ball Jared W. Stahl DEBEVOISE & PLIMPTON LLP jball@debevoise.com jwstahl@debevoise.com

**MILBANK LLP**

ataub@milbank.com alees@milbank.com dporat@milbank.com

James C. Dougherty

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

jcdougherty@mintz.com

David J. Beck David Judd

**BECK REDDEN LLP**

dbeck@beckredden.com djudd@beckredden.com

/s/ Joseph Anthony Reyna
Joseph Anthony Reyna
5900 Balcones Drive, STE 100
Austin, Texas 78731
(512) 200-3069
whitehat@joecattt.com
Plaintiff, Pro Se