**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK_**

In re: **PURDUE PHARMA L.P., et al., Debtors.**

Chapter 11 Case No. **19-23649 (SHL)**

(Jointly Administered)

## REQUEST FOR SPECIAL NOTICE, DESIGNATION OF NOTICE ADDRESS, AND NOTICE OF PRO SE APPEARANCE

PLEASE TAKE NOTICE that **Donald Oscar Harris**, a personal-injury claimant appearing **pro se**, respectfully requests **special notice** under Federal Rule of Bankruptcy Procedure **2002**, and hereby **designates the address and email stated below** for all notices under Rule **2002(g)**.

Pursuant to Rule **9010(a)**, the undersigned gives notice that he appears **on his own behalf** in this case. The undersigned requests that the Clerk of the Court, the Debtors, the Purdue Pharma Trust, all plan and creditor trustees, the U.S. Trustee, and all other parties responsible for service **add the undersigned to every applicable noticing and service list**, and serve him with **all notices, motions, applications, reports, accountings, pleadings, and other papers** that the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, the confirmed Plan, the Confirmation Order, or any other order of this Court requires to be served.

## REQUEST FOR NOTICE OF ALL ASSET-RELATED TRANSACTIONS AND ACCOUNTINGS

Without limiting the foregoing request, the undersigned specifically requests **all required notice** concerning any proposed or reported use, sale, lease, transfer, assignment, conveyance, liquidation, abandonment, settlement, allocation, distribution, encumbrance, substitution, conversion, or other disposition of **money, property, assets, proceeds, or any legal or equitable interest** relating directly or indirectly to these proceedings, including but not limited to:

**Cash and Cash Equivalents:**

1. Fiat currency, bank accounts, electronic funds, escrow deposits, reserve funds, settlement funds, trust accounts, tax refunds, receivables, cash collateral, and other liquid assets.

**Negotiable Instruments, Securities, and Commercial Rights:**

2. Promissory notes, drafts, letters of credit, certificates of deposit, bonds, stocks, membership interests, options, derivatives, commercial paper, chattel paper, payment intangibles, and investment property.

**Digital Assets:**

3. Cryptocurrency, digital tokens, blockchain-based assets, smart-contract rights, electronic wallets, digital proprietary data, domain names, and virtual holdings.

**Tangible Personal Property:**

4. Equipment, inventory, goods, machinery, vehicles, commodities, records, supplies, and all other physical property.

**Intangible and Non-Cash Assets:**

5. Intellectual property, patents, trademarks, copyrights, licenses, royalties, goodwill, contractual rights, causes of action, avoidance actions, contribution rights, reimbursement rights, and other choses in action.

**Insurance and Indemnification Rights:**

6. Insurance policies, coverage rights, insurance proceeds, settlement proceeds, indemnity agreements, guarantees, surety rights, subrogation rights, and rights to defense or reimbursement.

**Real Property Interests:**

7. Land, buildings, fixtures, leases, leaseholds, deeds, easements, rents, profits, mineral rights, future interests, reversions, and all other legal or equitable interests in real property.

**Successor, Affiliate, Estate, and Trust Transfers:**

8. Assets or interests transferred to or from any Debtor, non-debtor affiliate, estate, successor entity, public-benefit corporation, trust, creditor trust, the Purdue Pharma Trust, KNOA Pharma, or any reorganized or successor enterprise, including all consideration received and all traceable proceeds.

This request seeks notice and service to the fullest extent permitted by applicable law and existing Court orders. It does **not waive** any objection, appellate issue, claim, defense, jury-trial right, jurisdictional challenge, right to request an accounting, or any other right or remedy of the undersigned.

Respectfully submitted,
/s/ **Donald Oscar Harris**
All rights reserved
**Donald Oscar Harris, Pro Se**

Personal Injury Claimant — Claim No. **128700**
11952 Crossbill Drive
Klamath Falls, Oregon 97601
Email: **medonnieoscar@gmail.com**
Phone: **(501) 458-0010**
Date: **August 28, 2026**

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2026, I filed the foregoing Request for Special Notice, Designation of Notice Address, and Notice of Pro Se Appearance through the Court's electronic filing system for pro se individuals. Notice of this filing will be transmitted through the Court's CM/ECF system to all registered participants entitled to electronic notice.

/s/ **Donald Oscar Harris**
Donald Oscar Harris
All rights reserved
Date: August 28, 2026