**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.* | ) | Case No. 19-23649-SHL |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| PURDUE PHARMA L.P., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Pro. No. 21-07005 |
| | ) | |
| vs. | ) | |
| | ) | |
| AIG SPECIALTY INSURANCE COMPANY (f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY), et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**MOTION TO WITHDRAW LYNN H. MURRAY AS *PRO HAC VICE***
**ATTORNEY OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

American Guarantee and Liability Insurance Company ("American Guarantee") and Steadfast Insurance Company ("Steadfast") (collectively, "Movants"), by and through undersigned counsel, hereby certify as follows:

1. On August 18, 2026, Movants filed the Motion to Withdraw Lynn H. Murray as *Pro Hac Vice* Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1(e) (Dkt. 9548) (the "Motion") via the Court's ECF system, which sent notification of this filing to all registered users.

2. As of September 1, 2026, no objection or request for hearing has been filed with the Court or received by the undersigned counsel.

3. Accordingly, Movants respectfully request that the Court enter the proposed order attached to the Motion at Exhibit A.

Dated: September 1, 2026

Respectfully submitted,

**American Guarantee and Liability Insurance Company and Steadfast Insurance Company**

By: /s/ *Riley C. Mendoza*
Riley C. Mendoza (*pro hac vice*)
**Shook, Hardy & Bacon L.L.P.**
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
rmendoza@shb.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on **September 1, 2026**, she caused a true and correct copy of the foregoing **CERTIFICATE OF NO OBJECTION REGARDING MOTION TO WITHDRAW AS PRO HAC VICE ATTORNEY OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)** to be electronically filed via the Court's ECF system, which will send notification of this filing to all registered users.

/s/ *Riley C. Mendoza*