September 1, 2026

Maria Ecke – Claim No. 16810

Estate of David Jonathan Ecke – Claim No. 628554

Richard Ecke – Claim No. 22855

Andrew Ecke – Claim No. 23016

Peter Sottile – Claim No. 16817

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

United States Bankruptcy Court

Southern District of New York

In re:

| | |
|---|---|
| Purdue Pharma L.P. et al | Chapter 11 |
| Debtors | Case No. 19-23649(SHL) |
| | (Jointly Administered) |

**Motion To See If All Our Claims Have Been Accepted And Are Being Processed Especially That Of The Estate of David Jonathan Ecke – Claim No. 628554**

When I write to Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert Dehney, Sr., Matthew B. Harvey, Alexis L. Sullivan, for the Debtors and Edgar Gentle, Esq., PI Claims Administrator, Purdue PI Trust, P.O. Box 361930, Hoover, Alabama 35236, Attn: Edgar Gentle III, as the Trustee for Purdue Pharma, I cannot get a Legally Binding answer concerning our Claims: Maria Ecke, Claim No.16810, Estate of David Jonathan Ecke, Claim No. 628554, Richard Ecke, Claim No. 22855, Andrew Ecke, Claim No. 23016, and Peter Sottile, Claim No. 16817. Judge Lane, can you please have the Debtors answer the question in a LEGALLY BINDING MANNER? See attached.

/s/ Maria Ecke Maria Ecke

## Re: Claim Nos. 628554, 16810, 22855, 23016, and 16817

**From:** purduepitrust (purduepitrust@purduepitrust.com)
**To:** sagitarianm2004@yahoo.com
**Date:** Tuesday, August 25, 2026 at 12:02 PM EDT

Good morning Ms. Ecke,

Please be advised that the PI Trust does not provide individual claim status updates and only provides updates on the settlement as a whole. Please see the information below.

**Claims Processing Update as of June 8, 2026**

*The Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* and the Purdue Personal Injury Trust ("Purdue PI Trust") became Effective on May 1, 2026. The Purdue PI Trust was funded with the initial distribution on the same day and has since been fully funded.

We are reviewing deficiency responses and will be sending claims status letters over the next few months. The status letters will detail whether the claim has been deemed as Qualified and Allowed under the terms of the applicable PI TOP, and therefore entitled to payment, in addition to providing the details of any appeal rights claimants may have with respect to their claims.

After claims status letters have been sent, we will begin the process of making distributions on Qualified and Allowed claims, which is expected to BEGIN in the third quarter of 2026.

The awards per claimant for Qualified and Allowed Non-NAS Personal Injury Tiers 1 and 2 and Qualified and Allowed NAS PI Claims have been computed. After deductions for operating expenses of the Trust (including claims and lien resolution expenses) and certain professional fees and other assessments provided for under the Plan, but prior to deductions for the individual claimant's attorneys' fees/costs and medical liens, if applicable, they equal:

$16,294 for Qualified and Allowed Non-NAS PI Tier 1 Claims

$8,147 for Qualified and Allowed Non-NAS Tier 2 Claims

$25,653 for Qualified and Allowed NAS PI Claims

A second payment may be made once all contingencies are resolved.

Best,

Purdue PI Trust

---

**From:** sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
**Sent:** Tuesday, August 25, 2026 10:33 AM
**To:** rdehney@morrisnichols.com <rdehney@morrisnichols.com>; mharvey@morrisnichols.com <mharvey@morrisnichols.com>; asullivan@morrisnichols.com <asullivan@morrisnichols.com>; MARIA ECKE <sagitarianm2004@yahoo.com>; purduepitrust <purduepitrust@purduepitrust.com>
**Subject:** Claim Nos. 628554, 16810, 22855, 23016, and 16817

August 25, 2026

Maria Ecke, Claim No.16810
Estate of David Jonathan Ecke, Claim No. 628554
Richard Ecke, Claim No. 22855
Andrew Ecke, Claim No. 23016
Peter Sottile, Claim No. 16817
c/o Office of Maria Ecke
8 Glenbrook Drive
West Simsbury, CT 06092

Case No: 19-23649 (SHL)
Maria Ecke

Morris, Nichols, Arsht & Tunnell LLP

1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn: Robert Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

Edgar Gentle, Esq.
PI Claims Administrator, Purdue PI Trust
P.O. Box 361930
Hoover, Alabama 35236
Attn: Edgar Gentle III

Dear Ladies and/or Gentlemen:
Can you please tell me what Tier and in what amount each of the above-approved claims is? I would appreciate a timely response.
Sincerely,
/s/Maria Ecke

Case No: 19-23649(SHL) [signature]

Maria Ecke, Claim No.16810
Estate of David Jonathan Ecke, Claim No. 628554
Richard Ecke, Claim No. 22855
Andrew Ecke, Claim No. 23016
Peter Sottile, Claim No. 16817
c/o Office of Maria Ecke
8 Glenbrook Drive
West Simsbury, CT 06092

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn: Robert Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

Edgar Gentle, Esq.
PI Claims Administrator, Purdue PI Trust
P.O. Box 361930
Hoover, Alabama 35236
Attn: Edgar Gentle III

Dear Ladies and/or Gentlemen:
Can you please tell me what Tier and in what amount each of the above-approved claims is? I would appreciate a timely response.
Sincerely,
/s/Maria Ecke

Case No: 19-23649 (SHL) ME

Fw: Claim Nos. 628554, 16810, 22855, 23016, and 16817

From: sagitarianm2004@yahoo.com (sagitarianm2004@yahoo.com)
To: ronaldbass12345@gmail.com
Date: Tuesday, August 25, 2026 at 12:32 PM EDT

Ron,
This is the only answer that I have received yet. I don't feel that it is an answer.
Maria

----- Forwarded Message -----
From: purduepitrust <purduepitrust@purduepitrust.com>
To: sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
Sent: Tuesday, August 25, 2026 at 12:02:51 PM EDT
Subject: Re: Claim Nos. 628554, 16810, 22855, 23016, and 16817

Good morning Ms. Ecke,

Please be advised that the PI Trust does not provide individual claim status updates and only provides updates on the settlement as a whole. Please see the information below.

**Claims Processing Update as of June 8, 2026**

*The Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* and the Purdue Personal Injury Trust ("Purdue PI Trust") became Effective on May 1, 2026. The Purdue PI Trust was funded with the initial distribution on the same day and has since been fully funded.

We are reviewing deficiency responses and will be sending claims status letters over the next few months. The status letters will detail whether the claim has been deemed as Qualified and Allowed under the terms of the applicable PI TOP, and therefore entitled to payment, in addition to providing the details of any appeal rights claimants may have with respect to their claims.

After claims status letters have been sent, we will begin the process of making distributions on Qualified and Allowed claims, which is expected to BEGIN in the third quarter of 2026.

The awards per claimant for Qualified and Allowed Non-NAS Personal Injury Tiers 1 and 2 and Qualified and Allowed NAS PI Claims have been computed. After deductions for operating expenses of the Trust (including claims and lien resolution expenses) and certain professional fees and other assessments provided for under the Plan, but prior to deductions for the individual claimant's attorneys' fees/costs and medical liens, if applicable, they equal:

$16,294 for Qualified and Allowed Non-NAS PI Tier 1 Claims

$8,147 for Qualified and Allowed Non-NAS Tier 2 Claims

$25,653 for Qualified and Allowed NAS PI Claims

A second payment may be made once all contingencies are resolved.

Best,

Purdue PI Trust

---

From: sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
Sent: Tuesday, August 25, 2026 10:33 AM
To: rdehney@morrisnichols.com <rdehney@morrisnichols.com>; mharvey@morrisnichols.com <mharvey@morrisnichols.com>; asullivan@morrisnichols.com <asullivan@morrisnichols.com>; MARIA ECKE <sagitarianm2004@yahoo.com>; purduepitrust <purduepitrust@purduepitrust.com>
Subject: Claim Nos. 628554, 16810, 22855, 23016, and 16817

August 25, 2026

Case No: 19-23649 (SHL) M E