HERBERT SMITH FREEHILLS
KRAMER (US) LLP
Kenneth H. Eckstein
Rachael Ringer
David Blabey
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al*.<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (SHL)<br><br>(Jointly Administered) |

**COUNTER DESIGNATION**
**OF ITEMS TO BE INCLUDED IN THE RECORD**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, Herbert Smith Freehills Kramer (US) LLP ("HSF Kramer")[2], hereby submits this counter designation of items

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Appellant's Notice of Appeal (Dkt. No. 9530) identifies as Appellee the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "AHC"). The AHC effectively ceased to exist on May 1, 2026 (the Plan Effective Date) except for certain limited purposes. The fee application that Appellant appears to be seeking to appeal (Dkt. No. 9363) was submitted by and on behalf of HSF Kramer, as counsel to the AHC. Certain interests of the AHC have been succeeded to by the Purdue Master Disbursement Trust, which is also represented by HSF Kramer, and which Appellant appears to have confused with the AHC in related appeals of the Bankruptcy Court's Confirmation Order currently pending before Judge Nelson Roman. *See In re Purdue Pharma L.P., et al.*, Case No. 25-cv-10158 (S.D.N.Y.) Dkt No. 65. Accordingly, although not named as an Appellee, HSF Kramer submits this Counter Designation of the Record out of an abundance of caution.

to be included on the record on appeal to the United States District Court for the Southern District of New York (the "**Counter Designation of the Record**") in connection with the appeal of Amanda Morales from the Omnibus Order Granting Twentieth and Final Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses (the "Fee Order"), *In re Purdue Pharma L.P.*, Case No. 19-23649 (SHL) (Bankr. S.D.N.Y. Nov. 18, 2025) (Dkt. No. 9524). The Counter-Designation of the Record is responsive to Appellant Amanda Morales' Designation of Contents (Dkt. No. 9545).

DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The following items are to be included in the record on appeal:[3]

***In re Purdue Pharma L.P., et al.*, Case No. 19-23649 (SHL) (Bankr. S.D.N.Y.):**

| **Docket Number[4]** | **Document** | **Filing Date** |
|---|---|---|
| 72 | Order signed on 9/18/2019 Granting Motion Establishing Certain Notice, Case Management, and Administrative Procedures | 9/18/2019 |
| 257 | Notice of Filing of Term Sheet with Ad Hoc Committee | 10/8/2019 |
| 279 | Statement / Verified Statement Pursuant to Bankruptcy Rule 2019 filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 10/10/2019 |
| 394 | Motion to Assume the Prepetition Reimbursement Agreement with Ad Hoc Committee, and to Pay the Fees and Expenses of the Ad Hoc Committee's Professionals filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. | 10/29/2019 |
| 529 | Order signed on 11/21/2019 Granting Motion Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals | 11/21/2019 |
| 550 | Transcript regarding Hearing Held on November 19, 2019 at 10:31 AM | 11/27/2019 |
| 553 | Order signed on 12/2/2019 Granting Motion Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals | 12/02/2019 |

[3] The following table lists the titles of relevant documents as they appear on their respective dockets.

[4] For the avoidance of doubt, references to docket numbers for all docket entries identified in this Counter Designation of the Record include all exhibits filed with a particular docket entry.

| Docket Number[4] | Document | Filing Date |
|---|---|---|
| 634 | First Monthly Fee Statement / First Monthly Fee Statement of Kramer Levin Naftalis & Frankel LLP, Co-Counsel to the Ad Hoc Committee, For Compensation and Reimbursement of Expenses for the Period From September 16, 2019 Through October 31, 2019 | 12/09/2019 |
| 1023 | Order signed on 4/8/2020 Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. Section 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. Section 327 | 04/08/2020 |
| 7502 | Statement / Notice of Change of Firm Name and Email Addresses filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 06/04/2025 |
| 9322 | Objection to Application of Mourant Ozannes (Jersey) LLP and Mouzant Ozannes, BVI as an Ordinary Course professional for Compensation for Services Rendered in Excess of the Tier I OCP Cap for the Period from February 1, 2026 Through April 30, 2026 | 06/15/2026 |
| 9363 | Application for Final Professional Compensation / Combined Twentieth Interim and Final Fee Application of Herbert Smith Freehills Kramer (US) LLP, as Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for (i) the Twentieth Interim Fee Period from January 1, 2026 Through May 1, 2026,(ii) the Total Compensation Period from September 16, 2019 through May 1, 2026 | 06/15/2026 |
| 9436 | Objection to Application Final Fee Application of King & Spalding LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to The Debtors and Debtors in Possession for (I) The Twentieth Interim Period From January 1, 2026 Through May 1, 2026 AND (II) The Final Compensation Period From September 15, 2019 Through May 1, 2026 | 07/10/2026 |
| 9437 | Objection /Amended Objection to Application Final Fee Application of King & Spalding LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to The Debtors and Debtors in Possession for (I) The Twentieth Interim Period From January 1, 2026 Through May 1, 2026 AND (II) The Final Compensation Period From September 15, 2019 Through May 1, 2026 | 07/10/2026 |
| 9444 | Objection to Motion /OBJECTION to Application Twentieth Interim And Final Fee Application Of Skadden, Arps, Slate, Meagher & Flom LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Special Counsel To The Debtors For (I) The Twentieth Interim Compensation Period From January 1, 2026 Through And Including May 1, 2026, And (II) The | 07/13/2026 |

| Docket Number[4] | Document | Filing Date |
|---|---|---|
| | Final Compensation Period Of September 15, 2019 Through And Including May 1, 2026 | |
| 9445 | Objection to Motion /OBJECTION TO Combined Twentieth Interim and Final Fee Application of Herbert Smith Freehills Kramer (US) LLP, as Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for (i) the Twentieth Interim Fee Period from January 1, 2026 Through May 1, 2026,(ii) the Total Compensation Period from September 16, 2019 through May 1, 2026 | 07/13/2026 |
| 9446 | Objection to Motion /OBJECTION TO Davis Polk & Wardwell LLP Final Fee Application (related document(s)9357) | 07/13/2026 |
| 9449 | Objection to Motion /Third Interim Application of Cornerstone Research for Services Rendered and Reimbursement of Expenses Incurred as Consultant to the Debtors for the Period from January 14, 2020 through May 1, 2026 | 07/14/2026 |
| 9458 | Response / Reply to Objection of Amanda Morales to the Combined Twentieth and Final Fee Application of Herbert Smith Freehills Kramer (US) LLP, as Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for (i) the Twentieth Interim Fee Period from January 1, 2026 Through May 1, 2026, and (ii) the Total Compensation Period from September 16, 2019 Through May 1, 2026 | 07/17/2026 |
| 9461 | Objection to Motion /Kramer Levin Naftalis & Frankel Fee Application | 07/17/2026 |
| 9468 | Objection to the Amended Twentieth Interim and Final Fee Application of Dechert LLP for Allowance of Compensation and Reimbursement of Expenses (related document(s)9452) | 07/20/2026 |
| 9469 | Response /Untimely Response Received Docket No. 9461; Objection to Kramer Levin Naftalis & Frankel Fee Application | 07/20/2026 |
| 9502 | Transcript regarding Hearing Held on 07/21/2026 At 12:29 PM RE: Motion To Approve The Raymond Sackler Family's Corrected Notice of Hearing and Motion For Entry Of An Order (i) Declaring Joseph Anthony Reynas Actions To Be In Violation Of The Plan Of Reorganization and Confirmation Order, (ii) Directing Him To Withdraw The Claims That He Has Asserted In The Texas Lawsuit, (iii) Enjoining Him From Filing Any New Claims Against Released Parties Without Prior Review By This Court, and (iv) Enjoining Him From Further Action In Contravention Of The Plan And Confirmation Order.; Etc. | 07/23/2026 |
| 9524 | Omnibus Order signed on 8/4/2026 Granting Twentieth and Final Applications of Professionals for Allowance and Payment of | 08/04/2026 |

| Docket Number[4] | Document | Filing Date |
|---|---|---|
| | Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses for Cornerstone Research | |
| 9530 | Notice of Appeal (related document(s)9524) filed by Amanda Morales. Filing fee collected, receipt #FEENOTPAID | 08/13/2026 |
| 9531 | Application for In Forma Pauperis Re: Notice of Appeal | 08/13/2026 |
| 9532 | Statement of Issues | 08/13/2026 |
| 9533 | Motion for Stay Pending Appeal | 08/13/2026 |
| 9545 | Designation of Contents (appellant) | 08/17/2026 |
| 9550 | Order Signed On 8/20/2026, Denying Motion For Stay Pending Appeal Re: Amanda Morales | 08/20/2026 |

Dated: September 2, 2026
New York, New York

Respectfully Submitted,

*/s/ Rachael Ringer*

HERBERT SMITH FREEHILLS
KRAMER (US) LLP
Kenneth H. Eckstein
Rachael Ringer
David Blabey
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000