UNITED STATES BANRUPCY COURT

SOUTHERN DUSTRICT OF NEW YORK

Purdue Pharma L.P.,st al. Chapter 11 Case No. 19-23649. .

PURDUE PHARMA L.P., P.F. LABORATORIES, INC.,

PURDUE PHARMACEUTICALS L.P.,

PURDUE PHARMA TECHNOLOGIES, INC.,

and RHODES TECHNOLOGIES,

*DEFENDANTS*

AMANDA MORALES

*PLANTIFF*

LETTER COURT CLERK NEEDS TO FILE AND TRANSFER ALL RELEVENT MOTIONS TO DISTRICT ON APPEAL

The clerk didn't file the statement of issues to district court on appeal. It was timely filed and needs to be included in record and filings. The designated record I filed needs to be transferred to the district court as well. I have due process rights. The amount of "errors" by the clerk is getting old, it's always something. Please correct this as soon as possible.

Amanda Morales

205 Calle Del Banco

Bernalillo, NM 87004

(505)318-2400

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8/17/2026,a copy

of the document(s) entitled **Order Transcript form D-P**

To Defendants was/were emailed to.

**Ad Hoc Committee of governmental creditors**

**Herbert Smith Freehill Kramer LLC**

**Kenneth Eckstein Kenneth.Eckstein@hsfkramer.com**

**Rachel Ringer Rachael.Ringer@hsfkramer.com**

**David Blabey David.Blabey@hsfkramer.com**

**Kenneth H. Eckstein:** Serves as the primary attorney filing official motions, statements, and requests for service of papers directly on behalf of the Purdue Master Disbursement Trust.

**Counsel to the Committee of Unsecured Creditors**

Akin Gump Strauss Hauer & Feld LLP

**Purdue Akin FR • PurdueAkinFR@akingump.com**

Michael Hurley mhurley@akingump.com

Edan Lisovicz elisovicz@akingump.com

**Counsel of Purdue pharma**

Kaminetzky, Benjamin S. • ben.kaminetzky@davispolk.com
LEAD ATTORNEY

James McClammy
james.mcclammy@davispolk.com
LEAD ATTORNEY

Joshua N. Shinbrot
joshua.shinbrot@davispolk.com