MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

*Co-Counsel to the Plan Administration Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**AGENDA FOR SEPTEMBER 10, 2026 OMNIBUS HEARING**

Time and Date of Hearing: September 10, 2026 at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing: The Hearing will only be conducted via Zoom for Government®. Any parties wishing to **participate in** the Hearing are required to register their appearance by 11:00 a.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgibin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 957 1709 0958 Passcode 423900.

[1] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## I. UNCONTESTED MATTERS:

1. ***Procedures for Late-Filed Claims Motion.*** Motion of the Plan Administration Trust for Entry of an Order Implementing Certain Procedures for Late-filed Claims [ECF No. 9555]

   Objection Deadline: September 3, 2026, at 4:00 p.m. (prevailing Eastern Time)

   Response Received: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

2. ***Motion to Extend Deadline.*** Motion of the Plan Administration Trust for Entry of an Order Extending the Deadline to Object to Certain Administrative Claims [ECF No. 9565]

   Objection Deadline: September 3, 2026, at 4:00 p.m. (prevailing Eastern Time)

   Response Received: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

Dated: September 8, 2026
Wilmington, Delaware

By: */s/ Matthew B. Harvey*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

*Co-Counsel to the Plan Administration Trust*