**Hearing Date and Time: October 7, 2026, at 11:00 a.m. (prevailing Eastern Time)**
**Response Date and Time: September 23, 2026 at 4:00 p.m. (prevailing Eastern Time)**

Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8271

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF HEARING ON TWENTIETH INTERIM AND FINAL APPLICATION OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER DAVID M. KLAUDER, ESQUIRE FOR THE INTERIM PERIOD FROM MAY 1, 2026 THROUGH JULY 31, 2026 AND THE FINAL PERIOD FROM APRIL 8, 2020 THROUGH JULY 31, 2026**

**PLEASE TAKE NOTICE** that on September 9, 2026, Bielli & Klauder, LLC ("**B&K**"), counsel to the Fee Examiner, David M. Klauder, Esquire (the "**Fee Examiner**"), filed the *Twentieth Interim and Final Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Fee Examiner David M.*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Klauder, Esquire for the Interim Period from May 1, 2026 Through July 31, 2026 and the Final Period from April 8, 2020 Through July 31, 2026* (the "**Application**"). A hearing on the Application will be held on **October 7, 2026, at 11:00 a.m. (prevailing Eastern Time)** (the "**October Omnibus Hearing**") before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the deadline to file and serve any responses or objections to the Application is **September 23, 2026, at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**"). Any responses or objections to the Application must: (i) be in writing, (ii) comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (iii) be filed with the Bankruptcy Court so as to be received on or before the Objection Deadline, and (iv) be served on the following on or before the Objection Deadline: Bielli & Klauder, LLC, 1905 Spruce Street, Philadelphia, PA 19103, Attn: Thomas D. Bielli (tbielli@bk-legal.com) and David M. Klauder (dklauder@bk-legal.com).

**PLEASE TAKE FURTHER NOTICE** that if no objections or responses to the Application are timely filed and served, BK may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Application, which may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma/. You may also obtain copies of any pleadings

by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the October Omnibus Hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, via Zoom® videoconference unless otherwise ordered by the Court. Parties wishing to appear at, or attend, the October Omnibus Hearing via Zoom® videoconference are required to register their appearance 24 hours in advance of such omnibus hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: September 9, 2026

**BIELLI & KLAUDER LLC**

*<u>/s/ Thomas D. Bielli</u>*

Thomas D. Bielli, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*