SEP 14 2026

**RUSSELL F. YOUNG**
PO Box 315661
Tamuning, GU 96931
(671) 253-3303 / (671) 888-6633
youngolf888@gmail.com

September 4, 2026

Ed Gentle, Esq.
PI Claims Administrator
c/o Purdue Personal Injury Trust
PO Box 361930
Hoover, AL 35236-1930

By email: purduepitrust@purduepitrust.com
By U.S. Mail

**Re:** In re Purdue Pharma L.P., et al., Case No. 19-23649 (SHL)
Proof of Claim No. 24545 — Russell Young
Schedule 1. Row 58487
Submission of Supplemental Declaration and Physician's Statement

Dear Mr. Gentle:

I am writing as a pro se claimant in connection with Proof of Claim No. 24545, which I filed on June 10, 2020, in the Purdue Pharma chapter 11 case. As you know, my claim was disallowed under the Order entered April 24, 2026 [ECF No. 9092] on the ground that it was unsubstantiated. On May 26, 2026, I filed a Response on the docket of these chapter 11 cases under Paragraph 3 of that Order and sent your office a companion letter of the same date, enclosing the substantiation I then had, including the 2002 Straub Clinic and Hospital Discharge Summary.

Today I am filing a Supplemental Declaration on the docket of these chapter 11 cases, together with a signed statement from my treating physician. This letter is the companion submission to your office.

## WHAT I AM ENCLOSING

1. My Supplemental Declaration, filed today on the docket, together with Exhibit B.

2. A signed physician's statement from Faraz Ouhadi, M.D., of Evergreen Health Center, LLC, dated August 24, 2026 (Exhibit B to the Supplemental Declaration).

**WHAT THIS ADDS**

Since my May 26 filing, I obtained a direct, signed statement from Dr. Ouhadi — my treating physician since approximately 2002 — confirming that he prescribed me pain medication on a regular, ongoing basis for the serious back injury documented in the Straub records, and that during that period he prescribed his patients, where medically appropriate, opiate pain medications "including OxyContin, hydrocodone, and other medications manufactured or marketed by Purdue Pharma." Dr. Ouhadi further states that, based on his treatment relationship with me, my injury, and his medical practice during that period, it would be consistent with his practice and medical judgment that he prescribed me OxyContin and/or similar opiate pain medication as part of my continuing pain management. Dr. Ouhadi also confirms that his own office records from that period have since been discarded, consistent with what I previously reported to you.

**WHAT I AM STILL SEEKING**

I have not stopped looking for further documentation. I continue to pursue any other source you identify, and pharmacy-level, prescriber-level, or insurance/PBM records that might identify, by manufacturer or NDC number, the specific opioid products dispensed to me before September 15, 2019. I will promptly supplement the record further with anything I am able to obtain, and I remain prepared to sign any release the Trust requires.

I appreciate the continued opportunity to have my claim evaluated on its merits.

Please direct any further correspondence to me at the address, phone, and email above. I will respond promptly.

Respectfully,

Russell Young

Russell F. Young
Pro Se Claimant

**Enclosures:**

Supplemental Declaration of Pro Se Claimant Russell Young, with Exhibit B (Dr. Ouhadi's Statement, dated August 24, 2026)
Copy of the Supplemental Declaration as filed on the docket

# EVERGREEN HEALTH CENTER, LLC

520 Route 8 Suite 106 Maite, GU 96910-5040
Phone: (671) 922-0118 | Fax: (671) 472-3981

August 24, 2026

Physician's statement/declaration

I, Faraz Ouhadi, M.D., am a physician licensed to practice medicine in Guam. I have practiced medicine in Guam since 2001.
I make this statement based on my personal knowledge, professional medical judgment, and recollection of my treatment relationship with Mr. Russell Young.

1. Mr. Russell Young has been my patient since approximately 2002, following injury he sustained after a three- story fall.

2. I treated Mr. Young after he suffered a serious back injury which caused him significant and ongoing pain.

3. As part of his medical care and pain management, Mr. Young was prescribed pain medication on a regular basis for an extended period, Including monthly prescription over the course of many years.

4. My clinic no longer possesses the paper medical records from that period. Those records would have included documentation regarding his treatment history and prescribed medications.

5. Because that paper records have since been discarded in the ordering course of record retention, my clinic cannot reasonably reconstruct the complete prescription records from that period.

6. I oversaw Mr. Young's medical care and pain management from approximately 2002 to date present, including the period following his surgery at the Straub Hospital in Hawaii and his lengthy rehabilitation.

7. During that general time period, I prescribed opiate pain medications, including OxyContin, hydrocodone, and other medications manufactured or marketed by Purdue Pharma, to patients where medically appropriate for pain management.

8. Based on my treatment relationship with Mr. Young, his serious back injury, his surgery and rehabilitation history, and my medical practice during that time period, it would be consistent with my practice and the medical judgment that I prescribed Mr. Young OxyContin and/or similar opiate pain medication as part of his continuing pain management.

I declare that the foregoing is true and correct to the best of my knowledge, recollection, and professional belief.

Physician name: Faraz Ouhadi, M.D

Medical license number: M-1360