MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

*Co-Counsel to the Plan Administration Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** ***et al.*****,** | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF (I) PARTIAL ADJOURNMENT OF HEARING ON DEBTORS' FOURTH OMNIBUS CLAIMS OBJECTION (NO LIABILITY AND/OR MISCLASSIFIED CLAIMS) AND (II) FILING OF AMENDED PROPOSED ORDER**

**PLEASE TAKE NOTICE** that, on March 23, 2026, Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed their *Fourth Omnibus Claims Objection (No Liability, and/or Misclassified Claims)* [ECF No. 8964] (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

[1] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection with respect to Banc of America Leasing & Capital, LLC's claim identified therein was held during the omnibus hearing on April 20, 2026, at 11:00 am (prevailing Eastern Time), and on May 7, 2026, the Bankruptcy Court entered the *Order Granting Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) as to the Misclassified Claim* [ECF No. 9167], reclassifying Banc of America Leasing & Capital, LLC's claim. The hearing on the Objection with respect to all other claims identified therein was adjourned to a date and time to be determined [ECF No. 9081].

**PLEASE TAKE FURTHER NOTICE** that, by notice filed on June 30, 2026 [ECF No. 9408], the Objection was withdrawn without prejudice solely as to the claims by ACE American Insurance Company, ACE Property and Casualty Insurance Company, Executive Risk Indemnity Inc., Federal Insurance Company, and Westchester Surplus Lines Insurance Company identified in Exhibit A thereto.

**A. *Objection as to Liberty Claims Proceeding to Hearing on October 7, 2026.***

**PLEASE TAKE FURTHER NOTICE** that the deadline for Helmsman Management Services, LLC, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, and Liberty Mutual Insurance Company (collectively, "**Liberty**") to file any responses to the Objection was **September 8, 2026, at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection solely with respect to Liberty will be held on **October 7, 2026, at 11:00 a.m. (prevailing Eastern Time)** (the "**October Omnibus Hearing**"). Liberty, through its counsel, has consented to this matter going forward at the October Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Plan Administration Trust[2] hereby files the *Amended Proposed Order Granting the Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) as to Claim Nos. 137796, 137802, 137820, and 137830* (the "**Amended Proposed Order**"), sustaining the Objection solely with respect to the Liberty claims identified therein. The Amended Proposed Order is attached hereto as **Exhibit A**. Counsel to Liberty has reviewed the Amended Proposed Order, and Liberty does not object to its entry.

**PLEASE TAKE FURTHER NOTICE** that a redline (the "**Redline**") comparing the Amended Proposed Order against the version of the proposed order originally filed with the Objection is attached hereto as **Exhibit B**.

### B. *Extension of ORIC's Deadline to Respond to the Objection and Adjournment of Hearing on Objection as to Its Claim.*

**PLEASE TAKE FURTHER NOTICE** that, solely with respect to Old Republic Insurance Company ("**ORIC**"), the deadline to file any responses to the Objection has been further extended to **September 18, 2026, at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection with respect to ORIC will be held, if necessary, at a **date and time to be determined**.

### C. *Extension of Travelers' and Westchester Fire's Deadline to Respond to the Objection and Adjournment of Hearing on Objection as to Their Claims.*

**PLEASE TAKE FURTHER NOTICE** that, solely with respect to The Travelers Indemnity Company ("**Travelers**") and Westchester Fire Insurance Company ("**Westchester**

[2] On May 1, 2026 (the "**Effective Date**"), the *Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* (the "**Plan**"), which is attached as Exhibit A to ECF No. 8263, became effective. On the Effective Date and pursuant to section 5.3 of the Plan, the Plan Administration Trust was established, and the Debtors' remaining claims administration and reconciliation obligations (other than those related to Channeled Claims and Federal Government Unsecured Claims)—including those related to the Objection—were transferred, assigned, and vested in the Plan Administration Trust.

**Fire**"), the deadline to file any responses to the Objection has been further extended to **October 8, 2026, at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection solely with respect to Travelers and Westchester Fire will be held, if necessary, at a **date and time to be determined**.

**D. *October Omnibus Hearing Details, Registration Procedures, and Access to Papers Filed in These Cases.***

**PLEASE TAKE FURTHER NOTICE** that the October Omnibus Hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, either via Zoom® videoconference or at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that the October Omnibus Hearing will be conducted via Zoom® videoconference unless otherwise ordered by the Bankruptcy Court. Parties wishing to appear at, or attend, the hearing are required to register their appearance by 11:00 a.m. (prevailing Eastern Time) the day before the hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that copies of all papers filed in these chapter 11 cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/purduepharma/. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Signature Page Follows]*

Dated: September 15, 2026
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Matthew B. Harvey*

1201 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

*Co-Counsel to the Plan Administration Trust*