SEP 17 2026

-----------------------------------------------------x

In re: : Chapter 11

:

PURDUE PHARMA L.P., et al., : Case No. 19-23649 (SHL)

:

Debtors. : (Jointly Administered)

-----------------------------------------------------x

# MOTION FOR LEAVE TO FILE LATE PROOFS OF CLAIM PURSUANT TO FED. R. BANKR. P. 9006(b)(1) ON BEHALF OF MINOR CHILDREN

## I. INTRODUCTION & RELIEF SOUGHT

1. Megan Szeman ("Movant"), as parent, natural guardian, and next friend of minor children A.T. (born April 2022) and A.T. (born September 2024), respectfully moves this Honorable Court for an Order permitting the filing of late Proofs of Claim pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1).

2. Movant seeks an Order directing the Claims Agent (Kroll Restructuring Administration LLC) and the Purdue Personal Injury Trust to accept and deem as timely filed *nunc pro tunc* the attached Proofs of Claim for personal injury damages resulting from Neonatal Abst 低下 (NAS) caused by intrauterine exposure to Purdue Pharma opioid products.

## II. FACTUAL BACKGROUND

1. Prior to and throughout the General Bar Date of July 30, 2020, Movant suffered from severe dependency on prescription opioid medications manufactured, marketed, and distributed by Debtors (specifically OxyContin).

2. Movant has acted in full good faith and with complete diligence regarding existing claims tied to the 2020 Bar Date. Movant timely filed an individual Personal Injury Proof of Claim prior to the Bar Date. Additionally, Movant timely filed an approved NAS Proof of Claim on behalf of her eldest child, A.T. (born January 2020).

3. As a direct result of Movant's active dependency during the prior notice windows, combined with the subsequent arrival of additional infant children, Movant faced significant medical and cognitive hardship.

4. Minor child A.T. was born in April 2022, and minor child A.T. was born in September 2024. Both minor children were diagnosed at birth with Neonatal Abstinence

Syndrome (NAS) resulting directly from intrauterine opioid exposure, and both suffer with Developmental and Learning Disabilities.

5. Neither minor claimant was born prior to the General Bar Date established in this proceeding (July 30, 2020). Because neither minor claimant physically existed prior to the Bar Date, it was a physical and legal impossibility for Proofs of Claim to be submitted on their behalf prior to July 30, 2020.

6. Following the birth of minor child A.T. in September 2024, Movant underwent a successful tubal ligation procedure. Consequently, Movant's family structure is biologically finalized, rendering it impossible for any future infant or NAS claims to be asserted by Movant.

## III. LEGAL ARGUMENT

1. Under Federal Rule of Bankruptcy Procedure 9006(b)(1), the Court may permit a late filing after the expiration of a specified deadline where the failure to act was the result of **excusable neglect**.

2. Under the equitable principles set forth in *Pioneer Investment Services Co. v. Brunswick Associates Ltd.*, 507 U.S. 380 (1993), excusable neglect is fully satisfied here:

**Reason for Delay:** The minor claimants were unborn at the time of the 2020 General Bar Date. Unborn infants cannot assert claims, nor can a guardian assert claims for individuals who do not yet exist.

**Lack of Prejudice to the Debtors/Estate:** Allowing these two claims will not disrupt the distribution of the Plan, as the Purdue Personal Injury Trust structure was specifically designed to handle and resolve Channelled NAS Personal Injury Claims. Granting this Motion will not expose the Debtors, the Estate, or the Personal Injury Trust to indefinite exposure or future late claims from Movant's family, as Movant's medical history (including a completed tubal ligation in 2024) guarantees that these are the final infant claims that will ever be brought.

**Good Faith and Diligence:** Movant's timely, approved filings for her and her 2020 child establish complete good faith. Movant does not seek to re-litigate established dates, but rather to secure equal access to necessary medical and developmental resources for her younger children who were born after the deadline.

## IV. PRAYER FOR RELIEF

WHEREFORE, Movant Megan Szeman respectfully requests that this Court enter an Order:

1. Granting this Motion in its entirety;

2. Deeming the Proofs of Claim attached hereto as **Exhibit A** (for minor A.T., born April 2022) and **Exhibit B** (for minor A.T., born September 2024) as timely filed *nunc pro tunc*;

3. Directing the Personal Injury Trust Administrator to process these claims under the NAS Trust Distribution Procedures; and

4. Granting such other and further relief as the Court deems just and proper.

Dated: September 4, 2026
Respectfully submitted,

Megan Szeman, obo minors AT and AT, *Pro Se*

1955 Choctaw Trl, Middleburg, FL 32068

szemanmegan@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on 09/08/2026, a true and correct copy of the foregoing Motion for Leave to File Late Proofs of Claim (including Exhibits A and B) was served via First-Class U.S. Mail upon:

Clerk of Court, U.S. Bankruptcy Court SDNY, One Bowling Green, New York, NY 10004

Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232

Purdue Personal Injury Trust via email at purduepitrust@purduepitrust.com

Megan Szeman, Pro Se

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

# Personal Injury Claimant Proof of Claim Form
## (Including Parents and Guardians)

**You may file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit PurduePharmaClaims.com.**

**Read the instructions at the end of this document before filling out this form. This form is for individuals to assert an unsecured claim against the Debtors seeking damages based on actual or potential future personal injury to the claimant or another (for example, deceased, incapacitated, or minor family member) related to the taking of a Purdue Opioid and/or the taking of another opioid for which You believe Purdue is responsible for Your damages.**

**Do not** use this form to assert only a non-personal injury claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids. File such claims on a General Opioid Claimant Proof of Claim Form. However, if You have a claim against the Debtors based on or involving the production, marketing and sale of opioids, in addition to Your claim based on personal injury, You may include information related to that claim on the Personal Injury Claimant Proof of Claim Form by completing Part 5 of this form.

**Do not** use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a) and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim Form (Form 410).

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Creditors may include parents, foster parents, and guardians submitting claims on behalf of minors with Neonatal Abstinence Syndrome ("NAS"). Instructions and definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. You shall supplement Your responses if You learn that they are incomplete or incorrect in any material respect.

Personal Injury Claimant Proof of Claim Forms and any supporting documentation submitted with the form shall remain highly confidential and shall not be made available to the public. For the avoidance of doubt, all pages of the Personal Injury Claimant Proof of Claim Form and supporting documentation shall be treated as highly confidential and made available only to Prime Clerk, the Court and to those that agree to be bound by the Protective Order.

**Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.**

Please note that supporting documentation is requested in certain portions of the form. Please provide the requested information to the best of Your ability. At Your discretion, You may also provide additional information to supplement Your claim in any manner available to You.

**Do not send original documents**, as they will not be returned, and they may be destroyed after scanning.

## Part 1: Identify the Claim

1. **Who is the creditor?**

Megan Szeman, obo AT, a minor child

Name of the individual to be paid for this claim. If the creditor is a minor (under 18), please provide only the minor's initials.

Other names the creditor used with the debtor, including maiden or other names used:

_______________

If Your claim is based on personal injury to another (for example, a deceased, incapacitated, or minor family member), please provide the name of that other person (that is, the injured person). If the injured person is a minor (under 18), please provide only the minor's initials:

AT

If You are submitting a claim on behalf of another person, please provide Your name and relationship to that person:

Megan Szeman, custodial mother

If you are submitting a claim on behalf of a minor, are You the Legal Guardian?

☐ No ☒ Yes

| | |
|---|---|
| 2. **What is the year of birth, gender, and last 4 digits of the social security number of the creditor (or injured person, if the claim is based on the personal injury of another)?** | Year of Birth: 2022<br>Gender: ☒ Male ☐ Female<br>Last 4 Digits of Social Security Number (if available): XXX-XX- 2 1 4 8 |
| 3. **Where should notices and payments to the creditor be sent?**<br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Name: Megan Szeman<br>Number Street: 1955 Choctaw Trl<br>City State ZIP Code: Middleburg, FL 32068<br>Contact phone (904) 537-7566<br>Contact email szemanmegan@gmail.com<br><br>**Where should payments to the creditor be sent?** (if different)<br>Name: Megan Szeman<br>Number Street: 1955 Choctaw Trl<br>City State ZIP Code: Middleburg, FL 32068<br>Contact phone (904) 537-7566<br>Contact email szemanmegan@gmail.com |
| 4. **Does this claim amend one already filed?** | ☒ No.<br>☐ Yes. Claim number on court claims registry (if known)________ Filed on ________ MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No.<br>☐ Yes. Who made the earlier filing? ________ |

## Part 2: Attorney Information (Optional)

| | |
|---|---|
| 6. **Are You represented by an attorney in this matter?**<br>You do not need an attorney to file this form. | ☒ No.<br>☐ Yes. If yes, please provide the following information:<br>Law Firm Name ________<br>Attorney Name ________<br>Address ________<br>City ________ State ________ ZIP Code ________<br>Contact phone ________ Contact email ________ |

## Part 3: Information as of September 15, 2019, the Petition Date, About Your Claim

| | |
|---|---|
| 7. **How much is the claim?** | $ ________ or<br>☒ Unknown. |
| 8. **Select all that apply to You.** | ☐ Creditor has been injured by use of an opioid.<br>☐ Although Creditor is not currently aware of any injury, Creditor wants to file now to keep the ability to seek payment if Creditor has a future injury or harm due to use of an opioid.<br>☐ Creditor has a claim arising out of another person's use of an opioid. ***Please answer all questions in Part 4 as if that person (the injured person) is filling out the form.***<br>☒ Creditor is submitting a claim on behalf of a minor with NAS. ***Please answer all questions in Part 4 as if the birth mother of the minor is filling out the form (to the extent such information is available to You).*** |

| | |
|---|---|
| 9. **Briefly describe the type of injury alleged from Your use or another person's use of an opioid. Select all that apply.**<br><br>Attach additional sheets if necessary. | ☐ Death<br>☐ Overdose<br>☐ Addiction/Dependence/Substance Use Disorder<br>☐ Lost Wages/Earning Capacity<br>☐ Loss of Consortium<br>☒ NAS-related<br>    ☒ Learning Disability<br>    ☐ Spina Bifida<br>    ☒ Developmental Disability<br>    ☐ Heart Defects<br>    ☐ Congenital Defects or Malformations<br>☐ Expenses for Treatment<br>☐ Other (describe): ______ |
| 10. **Describe the basis for Your claim, including all alleged causes of action, sources of damages, etc., You are asserting against the Debtors.**<br><br>Attach additional sheets if necessary. | I, Megan Szeman, became addicted to opiates in 2013 after suffering substantial injuries in a car accident. I had been prescribed opiates previously, but those were short-term prescriptions at lower doses. However, after sustaining injuries in 2013, I was prescribed OxyContin, which was the primary medication that caused my addiction. During active addiction, I experienced severe life disruptions, including dropping out of college, incarceration, and periods in rehabilitation.<br><br>My prescriptions varied over the years, but by 2019, I was being prescribed 120 Oxycodone 30 mg tablets monthly when I became pregnant with my daughter. Upon learning of my pregnancy, my medication was changed under medical supervision to buprenorphine 8 mg, an opiate intended to reduce fetal harm during pregnancy. While my ability to function increased after switching to buprenorphine, the medication maintains physical dependency and causes withdrawal upon birth.<br><br>As a direct result of intrauterine opiate exposure, three of my children were born with Neonatal Abstinence Syndrome (NAS). My son, who is the injured party of this claim, was diagnosed with NAS at birth and required extended NICU care. He currently exhibits significant developmental, cognitive, and behavioral injuries, including signs of ADHD, Oppositional Defiant Disorder (ODD), and a learning disability. My addiction, decline, and my child's resulting health conditions are all due to doctors mislabeling medications and overprescribing opioids to receive manufacturer kickbacks, with Purdue Pharma driving and promoting these actions. |
| 11. **Please identify and quantify each category of damages or monetary relief that You allege, including all injunctive relief that You seek. Check as many boxes as are applicable.** | ☒ Compensatory: $______ or ☒ Unknown<br>(for example, lost wages, pain and suffering, expenses not reimbursed, loss of consortium, etc.)<br>☐ Punitive: $______ or ☐ Unknown<br>☐ Other (describe): ______ |

**12. Have You ever filed a lawsuit against any of the Debtors at any time?**

☒ No

☐ Yes. If yes, please provide the following information and attach supporting documentation:

**Case Caption:** ______________________

**Court and Case/Docket Number:** ______________________

**Attorney Information:**

Law Firm Name

Attorney Name

Address

City State ZIP Code

Contact phone ______________ Contact email ______________

**Part 4: Information About Opioid Use**

If You have a claim arising out of another person's use of an opioid, please answer these questions as if the injured person is filling out the form. If You are submitting a claim on behalf of a minor with NAS, please answer these questions as if the birth mother of the minor is filling out the form (to the extent such information is available to You).

**13. Were You prescribed or administered a Purdue brand name opioid by a healthcare professional?**

☐ Unknown (select if You were prescribed a prescription opioid but do not know the specific medication).

☐ No.

☒ Yes. If yes, please provide the following information to the extent reasonably available:

**Please identify the Purdue brand name opioid(s) that You were prescribed or administered by a healthcare professional. Check as many medications as applicable.**

☐ Butrans®

☐ DHC Plus®

☐ Dilaudid®

☐ Hysingla ER®

☐ MS Contin®

☐ MSIR®

☒ OxyContin®

☐ OxyFast®

☐ OxyIR®

☐ Palladone®

☐ Ryzolt

**14. Were You ever prescribed or administered *any* opioid (other than a Purdue brand name opioid) by a healthcare professional?**

☐ Unknown (select if You were prescribed a prescription opioid but do not know the specific medication).

☐ No.

☒ Yes. If yes, please provide the following information to the extent reasonably available:

Non-Purdue Brand Name Opioid, if known: Buprenorphine

**Please identify the generic opioid(s) that You were prescribed or administered by a healthcare professional. Check as many medications as applicable.**

☐ Buprenorphine transdermal system

☐ Hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®)

☐ Hydromorphone immediate-release tablets

☐ Hydromorphone oral solution

☐ Morphine extended-release tablets

☐ Other Generic: ______________

☐ Oxycodone extended-release tablets

☒ Oxycodone immediate-release tablets

☐ Oxycodone and acetaminophen tablets (generic to Percocet®)

☐ Tramadol extended-release tablets

## Part 5: Other (Non-Personal Injury) Opioid-Related Claims

**15. Do You believe You have any other claims against the Debtors based on or involving the Debtors' production, marketing and sale of Purdue Opioids that are not based on a personal injury?**

☒ No.

☐ Yes. If yes, please describe the nature of the claim(s) (Attach additional sheets if necessary).

**16. How much is the claim?**

$ ____________ or

☒ Unknown.

## Part 6: Supporting Documentation

**17. Please provide the following supporting documentation if You would like (but You are not required) to supplement this proof of claim.**

- Provide any documents supporting Your claim, including but not limited to: any complaint that You have filed against the Debtor(s), prescriptions, pharmacy records or statements showing prescriptions, or any records supporting Your claims of damages.

## Part 7: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized agent.

☐ Other (describe): ____________

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 09/04/2026 (mm/dd/yyyy)

[signature]
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Megan Michelle Szeman (First name / Middle name / Last name)

Title: ____________

Company: ____________

Address: 1955 Choctaw Trl (Number / Street)

Middleburg, FL 32068 (City / State / ZIP Code)

Contact phone: (904) 537-7566

Email: szemanmegan@gmail.com

MOTHER: Szeman
CSN NO.: 10163973624
MEDICAL RECORD NO.: 24267601

ADMISSION INDICATIONS: NAS.

PREGNANCY & LABOR
MATERNAL AGE: 32 years. G/P: G4 T3 Pr0 Ab1 LC3.
PRENATAL LABS: BLOOD TYPE: O pos. SYPHILIS SCREEN: Negative on 3/9/2022. HEPATITIS SCREEN: Nonreactive on 3/9/2022. HIV SCREEN: Nonreactive on 3/9/2022. RUBELLA SCREEN: Immune on 12/22/2021. GBS CULTURE: Negative on 3/9/2022. OTHER LABS: UDS positive for methamphetamine and buprenorphine NIPT: negative.
ESTIMATED GESTATION BY OB: 39 weeks 4 days. PRENATAL CARE: Inadequate.
PREGNANCY COMPLICATIONS: Anemia, anxiety, obesity and urinary tract infection. PREGNANCY MEDICATIONS: Buprenorphine, adderall, iron and nitrofurantoin.
LABOR: Not present. TOCOLYSIS: None. BIRTH HOSPITAL: UF Health Jacksonville.
OBSTETRICAL ATTENDANT: Roach, Allison MD.

BIRTH
DATE: [redacted]2022 TIME: 16:49 hours
WEIGHT: 3.490kg (49.7 percentile) LENGTH: 52.7cm (81.3 percentile) HC: 36.0cm (72.3 percentile)
GEST AGE: 39 weeks 4 days GROWTH: AGA
RUPTURE OF MEMBRANES: At delivery. AMNIOTIC FLUID: Clear. PRESENTATION: Vertex. DELIVERY: Indicated cesarean section. INDICATION: Previous cesarean section. SITE: In the delivery room O.R. ANESTHESIA: Epidural.
APGARS: 8 at 1 minute, 9 at 5 minutes. CORD pH: 7.310. CORD pCO2: 49. CORD PO2 20. CORD BICARB: 24.7. CORD BE: -2.1. ARTERIAL CORD pH: 7.260. ARTERIAL CORD pCO2: 58. ARTERIAL CORD PO2 15. ARTERIAL CORD BICARB: 26.0. ARTERIAL CORD BE: -2.1.

ADMISSION
ADMISSION DATE: [redacted]/2022 TIME: 14:00 hours
ADMISSION TYPE: Transfer from Newborn Nursery. REFERRING HOSPITAL: UF Health Jacksonville. REFERRING PHYSICIAN: Alviedo, Neil MD. ADMISSION INDICATIONS: NAS.

ADMISSION PHYSICAL EXAM
WEIGHT: 3.170kg (22.9 percentile)
TEMP: 37.5. HR: 181. RR: 60. BP: 93/55 URINE OUTPUT: X6. STOOL: X1.
HEENT: Normacephalic, AF open, soft & flat, red reflex OU and no eye/adnexa redness, swelling or discharge.
RESPIRATORY: Normal respiratory effort, symmetrical chest, lungs CTA with

SHANDS JACKSONVILLE
Health Information Management Department
655 West Eighth Street
Jacksonville FL 32209


equal BS, no audible grunting or stridor and no retractions.
CARDIAC: Cardiac impulse normal, normal perfusion, femoral pulse regular, pulses normal and equal and regular rhythm.
ABDOMEN: Normal bowel sounds and soft, not distended, no masses or HSM.
GU: Normal term male features and s/p circumcision, healing well.
NEUROLOGIC: Normally reactive, Increased tone, hypertonic musculature, normal suck reflex, normal grasp reflex and symmetrical extremity movements.
SPINE: Neck and spine supple, no thyromegaly and no mass, sinus or dimple of neck or spine.
EXTREMITIES: Normal ROM all extremities, Hypertonic musculature, no clavicular crepitus and no Ortolani or Barlow sign.
SKIN: Pink, well perfused, dry and warm.

RESPIRATORY SUPPORT
SUPPORT: Room air

CURRENT PROBLEMS & DIAGNOSES
TERM BIRTH, HOSPITAL
ONSET: [redacted]2022 STATUS: Active
COMMENTS: Scheduled repeat CS at 39w 4d.
PLANS: Assess and provide thermal, nutritional, fluid, electrolyte support as indicated.
DRUG EXPOSURE IN UTERO
ONSET: [redacted]2022 STATUS: Active
COMMENTS: Maternal Buprenorphine and adderal use: her UDS positive for buprenorphine and methamphetamines.
PLANS: NAS scoring and Follow clinically.
NEONATAL DRUG WITHDRAWAL
ONSET: [redacted]2022 STATUS: Active
COMMENTS: UDS on baby: positive for buprenorphine and methamphetamines. Monitoring for drug withdrawal.
PLANS: NAS scoring, follow clinically and continue non-pharmacologic soothing measures.
HYPERBILIRUBINEMIA - OTHER EXCESSIVE HEMOLYSIS
ONSET: [redacted]2022 STATUS: Active
COMMENTS: Mom: O+/Infant: A+ coombs positive 4/6: t/d bili: 6.8/0.4 acceptable.
PLANS: DAT +, Repeat bili 4/7 and follow bilirubin levels.
PAIN ASSESSMENT/MANAGEMENT
ONSET: 4/6/2022 STATUS: Active
COMMENTS: Neonatal abstinence signs expected.
PLANS: Use non-pharmacological measures to treat pain/discomfort or pharmacologic treatment as indicated for drug withdrawal.
PSYCHOSOCIAL ASSESSMENT
ONSET: [redacted]2022 STATUS: Active

**H&P Notes (continued)**

COMMENTS: Family updated with plan at bedside.
PLANS: Evaluate and provide support as indicated, Social worker/case management consult and keep parents updated.

ADMISSION FLUID INTAKE
Based on 3.170kg.
FEEDS: Similac Sensitive 20 kcal/oz PO ad lib
TOLERATING FEEDS: Fairly well. ORAL FEEDS: Po ad lib with cues. TOLERATING ORAL FEEDS: Fairly well. COMMENTS: Tolerating feeds in the nursery. No emesis. Voiding and stooling appropriately. PLANS: Similac sensitive PO ad lib, monitor hydration and monitor weight/growth.

TRACKING
HEARING SCREENING: Last study on 4/5/2022: Passed.
FURTHER SCREENING: Hearing screen indicated and newborn screen indicated.

PREPARED BY
Electronically Signed By/On: Chandler Kemp, DO (24971): 4/6/2022 17:31h

Electronically Signed by Samarth Shukla, MD 9493 on 04/06/2022 1941.

Electronically signed by Shukla, Samarth, MD at 04/06/22 1939

**Discharge Summary Note**

**Discharge Summary by Driscoll, William R, DO at 4/9/2022 1300**

Author: Driscoll, William R, DO | Service: Neonatology (JX) | Author Type: Physician
Filed: 04/09/22 1259 | Date of Service: 04/09/22 1300 | Status: Signed
Editor: Driscoll, William R, DO (Physician)

UF HEALTH JACKSONVILLE
NEONATOLOGY

DISCHARGE SUMMARY

NAME: Szeman, Boy/Megan Michelle (Boy)
MEDICAL RECORD NO.: 24267601
ADMITTED: [redacted]/2022

SHANDS JACKSONVILLE
Health Information Management Department
655 West Eighth Street
Jacksonville FL 32209


CSN NO.: 10163973624
DISCHARGED: 04/09/2022

MOTHER: Szeman

PREGNANCY & LABOR
MATERNAL AGE: 32 years. G/P: G4 T3 Pr0 Ab1 LC3.
PRENATAL LABS: BLOOD TYPE: O pos. SYPHILIS SCREEN: Negative on 3/9/2022. HEPATITIS SCREEN: Nonreactive on 3/9/2022. HIV SCREEN: Nonreactive on 3/9/2022. RUBELLA SCREEN: Immune on 12/22/2021. GBS CULTURE: Negative on 3/9/2022. OTHER LABS: UDS positive for methamphetamine and buprenorphine
NIPT: negative.
ESTIMATED GESTATION BY OB: 39 weeks 4 days. PRENATAL CARE: Inadequate.
PREGNANCY COMPLICATIONS: Anemia, anxiety, obesity and urinary tract infection.
PREGNANCY MEDICATIONS: Buprenorphine, adderall, iron and nitrofurantoin.
LABOR: Not present. TOCOLYSIS: None. BIRTH HOSPITAL: UF Health Jacksonville.
OBSTETRICAL ATTENDANT: Roach, Allison MD.

BIRTH
DATE: [redacted]2022 TIME: 16:49 hours
WEIGHT: 3.490kg (49.7 percentile) LENGTH: 52.7cm (81.3 percentile) HC: 36.0cm (72.3 percentile)
GEST AGE: 39 weeks 4 days GROWTH: AGA
RUPTURE OF MEMBRANES: At delivery. AMNIOTIC FLUID: Clear. PRESENTATION: Vertex. DELIVERY: Indicated cesarean section. INDICATION: Previous cesarean section. SITE: In the delivery room O.R. ANESTHESIA: Epidural.
APGARS: 8 at 1 minute, 9 at 5 minutes. CORD pH: 7.310. CORD pCO2: 49. CORD PO2 20. CORD BICARB: 24.7. CORD BE: -2.1. ARTERIAL CORD pH: 7.260. ARTERIAL CORD pCO2: 58. ARTERIAL CORD PO2 15. ARTERIAL CORD BICARB: 26.0. ARTERIAL CORD BE: -2.1.

ADMISSION
ADMISSION DATE: 4/6/2022 TIME: 14:00 hours
ADMISSION TYPE: Transfer from Newborn Nursery. REFERRING HOSPITAL: UF Health Jacksonville. REFERRING PHYSICIAN: Alviedo, Neil MD. FOLLOW-UP PHYSICIAN: Dr. Mike Hardin. ADMISSION INDICATIONS: NAS.

ADMISSION PHYSICAL EXAM
WEIGHT: 3.170kg (22.9 percentile) LENGTH: 52.7cm (78.1 percentile) HC: 36.0cm (69.0 percentile)
TEMP: 37.5. HR: 181. RR: 60. BP: 93/55 URINE OUTPUT: X6. STOOL: X1.
HEENT: Normacephalic, AF open, soft & flat, red reflex OU and no eye/adnexa redness, swelling or discharge.

**[redacted]2022 - Admission (Discharged) in 3S NAS (continued)**

**Discharge Summary Note (continued)**

RESPIRATORY: Normal respiratory effort, symmetrical chest, lungs CTA with equal BS, no audible grunting or stridor and no retractions.
CARDIAC: Cardiac impulse normal, normal perfusion, femoral pulse regular, pulses normal and equal and regular rhythm.
ABDOMEN: Normal bowel sounds and soft, not distended, no masses or HSM.
GU: Normal term male features and s/p circumcision, healing well.
NEUROLOGIC: Normally reactive, Increased tone, hypertonic musculature, normal suck reflex, normal grasp reflex and symmetrical extremity movements.
SPINE: Neck and spine supple, no thyromegaly and no mass, sinus or dimple of neck or spine.
EXTREMITIES: Normal ROM all extremities, Hypertonic musculature, no clavicular crepitus and no Ortolani or Barlow sign.
SKIN: Pink, well perfused, dry and warm.

ADMISSION LABORATORY STUDIES
[redacted]/2022: Blood Type: A+

RESOLVED DIAGNOSES
NEONATAL DRUG WITHDRAWAL
ONSET: [redacted]2022 RESOLVED: [redacted]2022
COMMENTS: UDS on baby: positive for buprenorphine and methamphetamines. Monitored for drug withdrawal. Hypertonia noted however infant is consolable with non-pharmacological therapy. Acceptable NAS scores, no medical intervention by 5 days of life.
DRUG EXPOSURE IN UTERO
ONSET: [redacted]2022 RESOLVED: [redacted]/2022
COMMENTS: Maternal Buprenorphine and adderall use: mom UDS positive for buprenorphine and methamphetamines.
HYPERBILIRUBINEMIA - OTHER EXCESSIVE HEMOLYSIS
ONSET: [redacted]/2022 RESOLVED: [redacted]2022
COMMENTS: Mom: O+/Infant: A+ coombs positive. Serial bilirubin was below light level.
PAIN ASSESSMENT/MANAGEMENT
ONSET: [redacted]2022 RESOLVED: [redacted]/2022
COMMENTS: Neonatal abstinence signs expected. Infant did not require treatment.
PSYCHOSOCIAL ASSESSMENT
ONSET: [redacted]/2022 RESOLVED: [redacted]/2022
COMMENTS: Family updated with plan at bedside. Mother roomed in with infant during NAS observation.

ACTIVE DIAGNOSES
TERM BIRTH, HOSPITAL
ONSET: [redacted]2022 STATUS: Active
COMMENTS: Scheduled repeat CS at 39w 4d. Taking Sim Sensitive po ad lib with

good volumes. Voiding and stooling.
PLANS: Pediatrician to follow newborn screen.

SUMMARY INFORMATION
CCHD SCREENING:
[redacted]2022: Passed.
HEARING SCREENING:
[redacted]/2022: Passed.
NEWBORN SCREENING:
[redacted]/2022: Results pending.
[redacted]/2022: Results pending.
BLOOD TYPE: A pos.
PEAK BILIRUBIN: 7.3/0.4 on [redacted]/2022. PHOTOTHERAPY DAYS: 0.
LAST HEMATOCRIT: 44 on [redacted]/2022. LAST RETIC COUNT: 6.0 on [redacted]/2022.
CIRCUMCISION: [redacted]2022.

IMMUNIZATIONS & PROPHYLAXES
IMMUNIZATIONS & PROPHYLAXES: Hepatitis B on 4/4/2022.

RESPIRATORY SUPPORT
Room air from [redacted]2022 until [redacted]/2022

NUTRITIONAL SUPPORT
Oral feeds from [redacted]/2022 until [redacted]/2022

DISCHARGE PHYSICAL EXAM
WEIGHT: 3.080kg (14.8 percentile) LENGTH: 52.7cm (73.1 percentile) HC: 36.0cm (63.4 percentile)
TEMP: 37-37.5. HR: 147-157. RR: 40-58. BP: 105/66 URINE OUTPUT: X9. STOOL: X6.
HEENT: Normacephalic, AF open, soft & flat, red reflex OU and no eye/adnexa redness, swelling or discharge.
RESPIRATORY: Normal respiratory effort, symmetrical chest, lungs CTA with equal BS, no audible grunting or stridor and no retractions.
CARDIAC: Normal perfusion, regular rhythm and no murmur.
ABDOMEN: Soft, not distended, no masses or HSM and normal bowel sounds.
GU: Normal term male features, s/p circumcision, healing well and testes descended bilaterally.
NEUROLOGIC: Increased tone but consolable, normal suck reflex, normal grasp reflex and symmetrical extremity movements.
SPINE: Neck and spine supple.
EXTREMITIES: Normal ROM all extremities and no Ortolani or Barlow sign.
SKIN: Pink, well perfused, dry and warm.

DISCHARGE LABORATORY STUDIES

**[redacted]2022 - Admission (Discharged) in 3S NAS (continued)**

**Discharge Summary Note (continued)**

[redacted]2022: Blood Type: A+
[redacted]2022: DAT: positive
[redacted]2022: bilirubin: peak TB 7.3 at 5 days of life
[redacted]2022: Urine drug screen: + amphetamines, +buprenorphine

DISCHARGE & FOLLOW-UP
DISCHARGE TYPE: Home. DISCHARGE DATE: [redacted]2022 FOLLOW-UP PHYSICIAN: Dr. Mike Hardin. PROBLEMS AT DISCHARGE: Term birth, hospital. POSTMENSTRUAL AGE AT DISCHARGE: 40 weeks 2 days.
RESPIRATORY SUPPORT: Room air.
FEEDINGS: Similac Sensitive ad lib.
OUTPATIENT APPOINTMENTS: Dr. Mike Hardin and Monday 4/11 at 3:10pm.
DOCUMENTATION: Preparation for discharge and post hospital care, including Discharge Summary preparation, patient examination, parental/guardian counseling, scheduling outpatient follow-up appointment(s), and any home health agency care, and preparation of outpatient prescriptions required 40 minutes to complete.

DIAGNOSES DURING THIS HOSPITALIZATION
5 day old 39 week AGA male newborn
Term birth, hospital
Neonatal drug withdrawal (P96.1)
Drug exposure in utero (P04.9)
Hyperbilirubinemia - other excessive hemolysis (P58.8)
Pain assessment/management
Psychosocial assessment (Z65.8)

PREPARED BY
Electronically Signed By/On: Stephanie Prudencio, DO (22259): [redacted]2022 12:14h

COPIES TO: Roach, Allison MD, Alviedo, Neil MD and Dr. Mike Hardin

Electronically Signed by William Driscoll, DO 5454 on [redacted]2022 1300.

Electronically signed by Driscoll, William R, DO at [redacted]/22 1259

**Clinical Notes**

**Discharge Instructions**

**Haynes, Marleana, RN at [redacted]2022 1320**

Rpt# 103

# Care 1st Pharmacy



11/11/2021

## Rx History of SZEMAN, MEGAN

2:56:23 PM

Patient # 1911/from 1/1/2018 to 11/11/2021/Non Financial,at location: Main

| Rx Nbr | Fill/Entered | NDC | Medication | Prescriber | DQTY | DAYS | Auth Refills | Sig Code |
|---|---|---|---|---|---|---|---|---|
| **SZEMAN, MEGAN** | | | | | | | | |
| 20004274 - 0 | 5/9/2018 | 00378-4547-01 | AMPHETAMINE SALTS 30MG | FARMER, DANNY | 60 | 30 | 0 | |
| 6905 - 0 | 5/14/2018 | 53489-0119-05 | DOXYCYCLINE HYCLATE 100 MG CAP | FARMER, DANNY | 30 | 30 | 3 | 1CQD |
| 20004305 - 0 | 5/14/2018 | 00406-8530-01 | OXYCODONE HCL 30 MG TABLET | FARMER, DANNY | 90 | 30 | 0 | |
| 20004498 - 0 | 6/8/2018 | 00378-4547-01 | AMPHETAMINE SALTS 30MG | FARMER, DANNY | 60 | 30 | 0 | |
| 20004508 - 0 | 6/11/2018 | 00406-8530-01 | OXYCODONE HCL 30 MG TABLET | FARMER, DANNY | 90 | 30 | 0 | |
| 50002249 - 0 | 11/7/2018 | 42858-0502-03 | BUPRENORPHINE 8MG SL TABLETS | FAROOQUE, MOHAMMAD | 42 | 14 | 0 | 1TIDSL |
| 50002482 - 0 | 1/4/2019 | 42858-0502-03 | BUPRENORPHINE 8MG SL TABLETS | FAROOQUE, MOHAMMAD | 45 | 15 | 0 | 1TIDSL |
| 50002583 - 0 | 1/25/2019 | 42858-0502-03 | BUPRENORPHINE 8MG SL TABLETS | FAROOQUE, MOHAMMAD | 45 | 15 | 0 | 1TIDSL |
| 20006155 - 0 | 2/1/2019 | 00406-8894-01 | AMPHETAMINE SALTS 30 MG TABLET | FAROOQUE, MOHAMMAD | 60 | 30 | 0 | |
| 20006328 - 0 | 3/1/2019 | 00406-8894-01 | AMPHETAMINE SALTS 30 MG TABLET | FAROOQUE, MOHAMMAD | 60 | 30 | 0 | |
| 50002716 - 0 | 3/1/2019 | 42858-0502-03 | BUPRENORPHINE 8MG SL TABLETS | FAROOQUE, MOHAMMAD | 45 | 15 | 0 | 1TIDSL |
| 50003045 - 0 | 5/22/2019 | 00054-0177-13 | BUPRENORPHINE 8 MG TABLET SL | FAROOQUE, MOHAMMAD | 45 | 15 | 0 | 1TIDSL |
| 50003140 - 0 | 6/13/2019 | 00054-0177-13 | BUPRENORPHINE 8 MG TABLET SL | FAROOQUE, MOHAMMAD | 21 | 7 | 0 | 1TIDSL |
| 50003140 - 1 | 6/19/2019 | 00054-0177-13 | BUPRENORPHINE 8 MG TABLET SL | FAROOQUE, MOHAMMAD | 24 | 8 | 0 | 1TIDSL |
| 50004121 - 0 | 1/28/2020 | 00054-0177-13 | BUPRENORPHINE 8 MG TABLET SL | FAROOQUE, MOHAMMAD | 21 | 7 | 0 | 1TIDSL |
| 14010 - 0 | 7/23/2020 | 00093-0054-05 | BUSPIRONE HCL 10 MG TABLET | CORDERO, DIANA | 60 | 30 | 0 | 1bid |
| 14011 - 0 | 7/23/2020 | 67877-0320-05 | IBUPROFEN 600 MG TABLET | CORDERO, DIANA | 90 | 30 | 2 | |
| 50005022 - 0 | 7/23/2020 | 00054-0177-13 | BUPRENORPHINE 8 MG TABLET SL | CORDERO, DIANA | 90 | 30 | 0 | 1TIDSL |
| 50005023 - 0 | 7/23/2020 | 00228-2031-96 | ALPRAZOLAM 1 MG TABLET | CORDERO, DIANA | 30 | 30 | 0 | 1QD |
| 20009850 - 0 | 8/20/2020 | 00406-8894-01 | AMPHETAMINE SALTS 30 MG TABLET | CORDERO, DIANA | 30 | 15 | 0 | 1bid |
| 50005179 - 0 | 8/20/2020 | 00228-2031-96 | ALPRAZOLAM 1 MG TABLET | CORDERO, DIANA | 15 | 15 | 0 | 1QD |
| 50005180 - 0 | 8/20/2020 | 00054-0177-13 | BUPRENORPHINE 8 MG TABLET SL | CORDERO, DIANA | 45 | 15 | 0 | 1TIDSL |
| 20009946 - 0 | 9/3/2020 | 00406-8894-01 | AMPHETAMINE SALTS 30 MG TABLET | CORDERO, DIANA | 30 | 15 | 0 | 1bid |
| 50005239 - 0 | 9/3/2020 | 00054-0177-13 | BUPRENORPHINE 8 MG TABLET SL | CORDERO, DIANA | 45 | 15 | 0 | 1TIDSL |
| 50005240 - 0 | 9/3/2020 | 00228-2031-96 | ALPRAZOLAM 1 MG TABLET | CORDERO, DIANA | 15 | 15 | 0 | 1QD |
| 20010038 - 0 | 9/18/2020 | 00406-8894-01 | AMPHETAMINE SALTS 30 MG TABLET | CORDERO, DIANA | 60 | 30 | 0 | 1bid |
| 50005316 - 0 | 9/18/2020 | 00228-2031-96 | ALPRAZOLAM 1 MG TABLET | CORDERO, DIANA | 45 | 30 | 0 | |
| 50005317 - 0 | 9/18/2020 | 00054-0177-13 | BUPRENORPHINE 8 MG TABLET SL | CORDERO, DIANA | 60 | 20 | 0 | 1TIDSL |
| 50005317 - 1 | 10/9/2020 | 00054-0177-13 | BUPRENORPHINE 8 MG TABLET SL | CORDERO, DIANA | 30 | 10 | 0 | 1TIDSL |
| 20010231 - 0 | 10/16/2020 | 00406-8894-01 | AMPHETAMINE SALTS 30 MG TABLET | CORDERO, DIANA | 30 | 15 | 0 | 1bid |
| 50005451 - 0 | 10/16/2020 | 00054-0177-13 | BUPRENORPHINE 8 MG TABLET SL | CORDERO, DIANA | 21 | 7 | 0 | 1TIDSL |
| 50005452 - 0 | 10/16/2020 | 00228-2031-96 | ALPRAZOLAM 1 MG TABLET | CORDERO, DIANA | 23 | 14 | 0 | |
| 20010317 - 0 | 10/29/2020 | 00406-8894-01 | AMPHETAMINE SALTS 30 MG TABLET | CORDERO, DIANA | 30 | 15 | 0 | 1bid |
| 50005451 - 1 | 10/29/2020 | 00054-0177-13 | BUPRENORPHINE 8 MG TABLET SL | CORDERO, DIANA | 12 | 4 | 0 | 1TIDSL |
| 50005506 - 0 | 10/29/2020 | 00228-2031-96 | ALPRAZOLAM 1 MG TABLET | CORDERO, DIANA | 23 | 14 | 0 | |
| 50005542 - 0 | 11/5/2020 | 00054-0177-13 | BUPRENORPHINE 8 MG TABLET SL | CORDERO, DIANA | 45 | 15 | 0 | 1TIDSL |
| 20010408 - 0 | 11/12/2020 | 00406-8894-01 | AMPHETAMINE SALTS 30 MG TABLET | CORDERO, DIANA | 30 | 15 | 0 | 1bid |
| 50005576 - 0 | 11/12/2020 | 00228-2031-96 | ALPRAZOLAM 1 MG TABLET | CORDERO, DIANA | 23 | 14 | 0 | |
| 50005605 - 0 | 11/18/2020 | 00054-0177-13 | BUPRENORPHINE 8 MG TABLET SL | CORDERO, DIANA | 45 | 15 | 0 | 1TIDSL |
| 20010510 - 0 | 11/25/2020 | 00406-8894-01 | AMPHETAMINE SALTS 30 MG TABLET | CORDERO, DIANA | 30 | 15 | 0 | 1bid |

# EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

# Personal Injury Claimant Proof of Claim Form

## (Including Parents and Guardians)

**You may file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit PurduePharmaClaims.com.**

**Read the instructions at the end of this document before filling out this form. This form is for individuals to assert an unsecured claim against the Debtors seeking damages based on actual or potential future personal injury to the claimant or another (for example, deceased, incapacitated, or minor family member) related to the taking of a Purdue Opioid and/or the taking of another opioid for which You believe Purdue is responsible for Your damages.**

**Do not** use this form to assert only a non-personal injury claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids. File such claims on a General Opioid Claimant Proof of Claim Form. However, if You have a claim against the Debtors based on or involving the production, marketing and sale of opioids, in addition to Your claim based on personal injury, You may include information related to that claim on the Personal Injury Claimant Proof of Claim Form by completing Part 5 of this form.

**Do not** use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a) and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim Form (Form 410).

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Creditors may include parents, foster parents, and guardians submitting claims on behalf of minors with Neonatal Abstinence Syndrome ("NAS"). Instructions and definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. You shall supplement Your responses if You learn that they are incomplete or incorrect in any material respect.

Personal Injury Claimant Proof of Claim Forms and any supporting documentation submitted with the form shall remain highly confidential and shall not be made available to the public. For the avoidance of doubt, all pages of the Personal Injury Claimant Proof of Claim Form and supporting documentation shall be treated as highly confidential and made available only to Prime Clerk, the Court and to those that agree to be bound by the Protective Order.

**Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.**

Please note that supporting documentation is requested in certain portions of the form. Please provide the requested information to the best of Your ability. At Your discretion, You may also provide additional information to supplement Your claim in any manner available to You.

**Do not send original documents**, as they will not be returned, and they may be destroyed after scanning.

## Part 1: Identify the Claim

1. **Who is the creditor?**

Megan Szeman obo A.T., a minor child
Name of the individual to be paid for this claim. If the creditor is a minor (under 18), please provide only the minor's initials.

Other names the creditor used with the debtor, including maiden or other names used:

If Your claim is based on personal injury to another (for example, a deceased, incapacitated, or minor family member), please provide the name of that other person (that is, the injured person). If the injured person is a minor (under 18), please provide only the minor's initials:

A.T.

If You are submitting a claim on behalf of another person, please provide Your name and relationship to that person:

Megan Szeman, mother

If you are submitting a claim on behalf of a minor, are You the Legal Guardian?

☐ No ☒ Yes

| | |
|---|---|
| 2. **What is the year of birth, gender, and last 4 digits of the social security number of the creditor (or injured person, if the claim is based on the personal injury of another)?** | Year of Birth: 2024<br>Gender: ☐ Male ☒ Female<br>Last 4 Digits of Social Security Number (if available): XXX-XX-3 9 6 1 |
| 3. **Where should notices and payments to the creditor be sent?**<br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Megan Szeman<br>Name<br>1955 Choctaw Trl<br>Number Street<br>Middleburg FL 32068<br>City State ZIP Code<br>Contact phone (904)537-7566<br>Contact email szemanmegan@gmail.com<br><br>**Where should payments to the creditor be sent?** (if different)<br>Megan Szeman<br>Name<br>1955 Choctaw Trl<br>Number Street<br>Middleburg FL 32068<br>City State ZIP Code<br>Contact phone (904)537-7566<br>Contact email szemanmegan@gmail.com |
| 4. **Does this claim amend one already filed?** | ☒ No.<br>☐ Yes. Claim number on court claims registry (if known)________ Filed on ________ MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No.<br>☐ Yes. Who made the earlier filing? ________ |

**Part 2: Attorney Information (Optional)**

| | |
|---|---|
| 6. **Are You represented by an attorney in this matter?**<br>You do not need an attorney to file this form. | ☒ No.<br>☐ Yes. If yes, please provide the following information:<br>________<br>Law Firm Name<br>________<br>Attorney Name<br>________<br>Address<br>________<br>City State ZIP Code<br>Contact phone ________ Contact email ________ |

**Part 3: Information as of September 15, 2019, the Petition Date, About Your Claim**

| | |
|---|---|
| 7. **How much is the claim?** | $ ________ or<br>☒ Unknown. |
| 8. **Select all that apply to You.** | ☐ Creditor has been injured by use of an opioid.<br>☐ Although Creditor is not currently aware of any injury, Creditor wants to file now to keep the ability to seek payment if Creditor has a future injury or harm due to use of an opioid.<br>☐ Creditor has a claim arising out of another person's use of an opioid. ***Please answer all questions in Part 4 as if that person (the injured person) is filling out the form.***<br>☒ Creditor is submitting a claim on behalf of a minor with NAS. ***Please answer all questions in Part 4 as if the birth mother of the minor is filling out the form (to the extent such information is available to You).*** |

**9. Briefly describe the type of injury alleged from Your use or another person's use of an opioid. Select all that apply.**

Attach additional sheets if necessary.

- ☐ Death
- ☐ Overdose
- ☐ Addiction/Dependence/Substance Use Disorder
- ☐ Lost Wages/Earning Capacity
- ☐ Loss of Consortium
- ☒ NAS-related
  - ☒ Learning Disability
  - ☐ Spina Bifida
  - ☒ Developmental Disability
  - ☐ Heart Defects
  - ☐ Congenital Defects or Malformations
- ☐ Expenses for Treatment
- ☐ Other (describe): ______________________________

**10. Describe the basis for Your claim, including all alleged causes of action, sources of damages, etc., You are asserting against the Debtors.**

Attach additional sheets if necessary.

I, Megan Szeman, developed a severe opioid dependency in 2013 after suffering substantial injuries in a motor vehicle accident. I was initially prescribed OxyContin, which was the primary medication that caused my addiction. Over the following years, I was prescribed various opioid formulations, culminating in a monthly prescription of 120 Oxycodone 30 mg in 2019.

Upon becoming pregnant, I was transitioned under medical supervision to buprenorphine 8 mg as a harm-reduction measure. While considered safer during pregnancy, buprenorphine is an opioid that maintains physical dependency and causes Neonatal Abstinence Syndrome (NAS). I have remained on buprenorphine since 2019, and as a direct result of intrauterine exposure, three of my children were born with NAS.

The minor child who is the subject of this claim was born with NAS, required several weeks of intensive care in the NICU following delivery, and currently suffers from ongoing behavioral, cognitive, and developmental diagnoses due to intrauterine opioid exposure. My addiction and my child's resulting injuries are directly tied to Purdue Pharma's fraudulent marketing and overprescribing of OxyContin and other manufactured opioids.

**11. Please identify and quantify each category of damages or monetary relief that You allege, including all injunctive relief that You seek. Check as many boxes as are applicable.**

- ☐ Compensatory: $__________ or ☒ Unknown
  (for example, lost wages, pain and suffering, expenses not reimbursed, loss of consortium, etc.)
- ☐ Punitive: $__________ or ☒ Unknown
- ☐ Other (describe): ______________________________

**12. Have You ever filed a lawsuit against any of the Debtors at any time?**

☒ No

☐ Yes. If yes, please provide the following information and attach supporting documentation:

**Case Caption:** ______________________

**Court and Case/Docket Number:** ______________________

**Attorney Information:**

______________________
Law Firm Name

______________________
Attorney Name

______________________
Address

______________________
City State ZIP Code

Contact phone ______________ Contact email ______________

**Part 4: Information About Opioid Use**

If You have a claim arising out of another person's use of an opioid, please answer these questions as if the injured person is filling out the form. If You are submitting a claim on behalf of a minor with NAS, please answer these questions as if the birth mother of the minor is filling out the form (to the extent such information is available to You).

**13. Were You <u>prescribed or administered</u> a Purdue brand name opioid by a healthcare professional?**

☐ Unknown (select if You were prescribed a prescription opioid but do not know the specific medication).

☐ No.

☒ Yes. If yes, please provide the following information to the extent reasonably available:

**Please identify the Purdue brand name opioid(s) that You were prescribed or administered by a healthcare professional. Check as many medications as applicable.**

☐ Butrans®
☐ DHC Plus®
☐ Dilaudid®
☐ Hysingla ER®
☐ MS Contin®
☐ MSIR®
☒ OxyContin®
☐ OxyFast®
☐ OxyIR®
☐ Palladone®
☐ Ryzolt

**14. Were You ever <u>prescribed or administered</u> *any* opioid (other than a Purdue brand name opioid) by a healthcare professional?**

☐ Unknown (select if You were prescribed a prescription opioid but do not know the specific medication).

☐ No.

☒ Yes. If yes, please provide the following information to the extent reasonably available:

Non-Purdue Brand Name Opioid, if known: Buprenorphine

**Please identify the generic opioid(s) that You were prescribed or administered by a healthcare professional. Check as many medications as applicable.**

☐ Buprenorphine transdermal system
☐ Hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®)
☐ Hydromorphone immediate-release tablets
☐ Hydromorphone oral solution
☐ Morphine extended-release tablets
☐ Other Generic: ______________
☐ Oxycodone extended-release tablets
☒ Oxycodone immediate-release tablets
☐ Oxycodone and acetaminophen tablets (generic to Percocet®)
☐ Tramadol extended-release tablets

## Part 5: Other (Non-Personal Injury) Opioid-Related Claims

**15. Do You believe You have any other claims against the Debtors based on or involving the Debtors' production, marketing and sale of Purdue Opioids that are not based on a personal injury?**

☒ No.

☐ Yes. If yes, please describe the nature of the claim(s) (Attach additional sheets if necessary).

**16. How much is the claim?**

$ ____________________ or

☒ Unknown.

## Part 6: Supporting Documentation

**17. Please provide the following supporting documentation if You would like (but You are not required) to supplement this proof of claim.**

☒ Provide any documents supporting Your claim, including but not limited to: any complaint that You have filed against the Debtor(s), prescriptions, pharmacy records or statements showing prescriptions, or any records supporting Your claims of damages.

## Part 7: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized agent.

☐ Other (describe): ____________________

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 09/04/2026 (mm/dd/yyyy)

Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Megan (First name) | Michelle (Middle name) | Szeman (Last name) |
| Title | Guardian of minor A.T. | | |
| Company | | | |
| Address | 1955 Choctaw Trl (Number Street) | | |
| | Middleburg (City) | FL (State) | 32068 (ZIP Code) |
| Contact phone | (904)537-7566 | Email | szemanmegan@gmail.com |

# Discharge Summary (A[redacted]

Signed Oct 4, 2024

**Discharge Summary signed by V Gorantla, MD at 10/4/2024 12:14 PM**

DISCHARGE SUMMARY

NAME: Szeman, Babygirl (Girl)
ADMITTED: [redacted]/2024
DISCHARGED: 10/4/2024
MOTHER: Szeman, Megan
ADMISSION ID: 3060184088
MED REC ID: 52190344

PREGNANCY & LABOR
MATERNAL AGE: 34 years. G/P: G4 P3 T3 Pr0 Ab0 LC3.
PRENATAL LABS: BLOOD TYPE: O pos. SYPHILIS SCREEN: Nonreactive. HEPATITIS SCREEN: Nonreactive. HIV SCREEN: Nonreactive. RUBELLA SCREEN: Positive. GBS CULTURE: Not done.
ESTIMATED DATE OF DELIVERY: [redacted]/2024.
ESTIMATED GESTATION BY OB: 39 weeks 1 days.
PRENATAL CARE: Inadequate. PREGNANCY COMPLICATIONS: Lale PNC. PREGNANCY MEDICATIONS: Subutex and aderall.
LABOR: Not present. BIRTH HOSPITAL: Baptist Medical Center - Clay. OBSTETRICAL ATTENDANT: Jade L. Pizarro, M.D.. LABOR & DELIVERY MEDICATIONS: Ancef X 1.

BIRTH
DATE: [redacted]/2024 TIME: 10:40 hours
WEIGHT: 3.420kg (62.2 percentile) LENGTH:

51.0cm (71.6 percentile) HC: 34.0cm (43.3 percentile)
GEST AGE: 39 weeks 1 days GROWTH: AGA
RUPTURE OF MEMBRANES: At delivery. AMNIOTIC FLUID: Clear. PRESENTATION: Vertex. DELIVERY: Elective cesarean section. INDICATION: Previous cesarean section. SITE: In the delivery room. ANESTHESIA: Spinal.
APGARS: 8 at 1 minute, 9 at 5 minutes.
Routine.

ADMISSION
ADMISSION DATE: [redacted]/2024
ADMISSION TYPE: Transfer from Newborn Nursery.
FOLLOW-UP PHYSICIAN: T. Michael Hardin, D.O.
ADMISSION INDICATIONS: NAS observation.
Dr. Gorantla aware of admission and agrees with plan of care.

ADMISSION PHYSICAL EXAM
WEIGHT: 2.980kg (22.4 percentile) LENGTH: 52.0cm (80.0 percentile) HC: 34.0cm (36.7 percentile)
TEMP: 36.9. HR: 143. RR: 47. BP: 106/58 (73)
URINE OUTPUT: X 4. STOOL: X 2.
CONDITION: Vitals reviewed in EMR.
HEENT: AF flat & soft and RED REFLEX DEFERRED.
RESPIRATORY: BLBS = and clear and without labor.
CARDIAC: RRR without murmur, pulses and perfusion acceptable.
ABDOMEN: Soft, nontender, active bowel sounds and dried cored remnant.
GU: Normal term female features.
NEUROLOGIC: High pitched cry, irritable and difficult to console and generalized increased tone.
SPINE: No gross deformity.
EXTREMITIES: Nondysmorphic.
SKIN: Mottled, pink, warm and jaundice to face

and trunk.

ADMISSION LABORATORY STUDIES
[redacted]2024 04:42h: TBili:10.6 DBili:0.7
[redacted]2024 05:24h: TBili:12.5 DBili:0.7
[redacted]2024: Blood Type: A Pos

RESOLVED DIAGNOSES
APNEA WITH BRADYCARDIA
ONSET: [redacted]2024 RESOLVED: [redacted]/2024
COMMENTS: Had x1 event on [redacted] with HR 71 for 10 seconds self-corrected. None since.
RHINOVIRUS/ENTEROVIRUS
ONSET: [redacted]/2024 RESOLVED: 10/4/2024
MEDICATIONS: Acetaminophen 15mg/kg prn for temps >/= 38 C from 9/27/2024 to 9/30/2024 (3 days total).
COMMENTS: Febrile on DOL 12 with peak of 38.1C (100.6F) and some other variable temperature elevations. No other symptoms noted. Sepsis screening sent. CBC & CRP benign. RVP + for Rhinovirus/Enterovirus. Blood culture NGF. UC finalized with <1000 CFU of E. Coli (see diagnosis). No respiratory symptoms appreciated on exam.
AT RISK FOR ANEMIA FROM ABO ISOIMMUNIZATION
ONSET: 9/16/2024 RESOLVED: 9/20/2024
COMMENTS: Mother O+, Infant A+, DAT positive. Initial Hct 48.5% with retic 7.23%. 9/20 TsB levels downtrending. Will obtain Hct/TsB levels as needed.
NEONATAL DRUG WITHDRAWAL
ONSET: [redacted]/2024 RESOLVED: 10/4/2024
MEDICATIONS: Buprenorphine from [redacted]/2024 to [redacted]/2024 (8 days total).
PHYSIOLOGIC JAUNDICE
ONSET: [redacted]/2024 RESOLVED: [redacted]/2024
COMMENTS: Infant DAT Pos. TB levels acceptable thus far. [redacted] TsB 12 (slight ddecrease); mild facial jaundice. [redacted] TB continues on the

downtrend to 10.7/0.8, well below light level for age. Without intervention.
DRUG EXPOSURE IN UTERO
ONSET: [redacted]/2024 RESOLVED: [redacted]/2024

ACTIVE DIAGNOSES
RESOLVED E. COLI URINARY TRACT INFECTION
ONSET: [redacted]/2024 STATUS: Active
MEDICATIONS: Ceftazidime 50mg/kg IV q8h from [redacted]/2024 to [redacted]/2024 (6 days total); Cefazolin 50 mg/kg q8h X 3 doses from 10/3/2024 to [redacted]/2024 (1 days total).
PROCEDURES: Renal ultrasound on 10/4/2024 (1. Mild left proximal urinary tract dilatation (UTD P1). , 2. Minimal urinary bladder debris. ).
PLANS: Pediatrician to schedule and follow up RUS in 1 month. Pediatirican to refer to nephrology as needed after repeat or VCUG as needed.
PSYCHOSOCIAL ASSESSMENT
ONSET: [redacted]/2024 STATUS: Active
PLANS: Keep parents updated. Follow with social work.
TERM BIRTH, SINGLE, C-SECTION
ONSET: [redacted]/2024 STATUS: Active
PROCEDURES: Therapy evaluations on [redacted]/2024 (ongoing with referrals at discharge as needed).
PLANS: Routine screenings per gestational age. Optimize nutrition. Monitor growth.

SUMMARY INFORMATION
CCHD SCREENING: Last study on [redacted]/2024: Passed 99%/96%.
HEARING SCREENING: Last study on 10/4/2024: ABR Passed bilaterally.
NEWBORN SCREENING: Last study on [redacted]/2024: All normal results.
URINE CMV SCREENING: Last study on [redacted]/2024:

Not detected.
BLOOD TYPE: A pos.
PEAK BILIRUBIN: 12.5/0.7 on 9/17/2024.
PHOTOTHERAPY DAYS: 0.
LAST HEMATOCRIT: 40 on 9/25/2024. LAST RETIC COUNT: 7.2 on [redacted]/2024.

IMMUNIZATIONS & PROPHYLAXES
IMMUNIZATIONS & PROPHYLAXES: Erythromycin Ointment on [redacted]/2024, Vitamin K on 9/13/2024 and Hepatitis B on [redacted]/2024.

RESPIRATORY SUPPORT
Room air from [redacted]/2024 until 10/4/2024

NUTRITIONAL SUPPORT
Oral feeds from [redacted]/2024 until 10/4/2024

DISCHARGE PHYSICAL EXAM
WEIGHT: 3.750kg (45.2 percentile) LENGTH: 54.0cm (79.4 percentile) HC: 35.5cm (43.3 percentile)
CONDITION: Vitals reviewed in EMR.
HEENT: AFF & soft and red reflex present bilaterally.
RESPIRATORY: Breath sounds clear and equal.
CARDIAC: RRR without murmur and pulses and perufsion acceptable.
ABDOMEN: Soft, nontender, nondistended and active bowel sounds.
GU: Term female features and perianal erythema with barrier cream in use.
NEUROLOGIC: Active, alert, and responsive, tone appropriate for gestational age and mild hypertonia.
SPINE: No obvious external deformity.
EXTREMITIES: Moves all spontaneously and negative Ortalani and Barlow.
SKIN: Pink, warm, and dry and mottled.

DISCHARGE LABORATORY STUDIES
9/25/2024 20:27h: WBC:10.9X10*3 Hgb:13.8 Hct:39.9 Plt:644X10*3 S:31 L:55 M:12 Eo:1 Ba:1
9/25/2024 20:27h: blood - peripheral culture: no growth - final
9/25/2024 21:45h: urine culture: E. coli (< 10,000 CFU)
9/28/2024: urine culture: no growth - final
9/25/2024: CRP: <0.1
9/25/2024: resp viral panel: +Rhinovirus/Enterovirus

DISCHARGE & FOLLOW-UP
DISCHARGE TYPE: Home. DISCHARGE DATE: 10/4/2024 FOLLOW-UP PHYSICIAN: T. Michael Hardin, D.O. PROBLEMS AT DISCHARGE: Resolved E. Coli urinary tract infection; psychosocial assessment; term birth, single, c-section.
POSTMENSTRUAL AGE AT DISCHARGE: 42 weeks 1 days.
RESPIRATORY SUPPORT: Room air.
FEEDINGS: Similac Pro-Total Comfort 20 ad lib on demand.
MEDICATIONS: 1. OTC poly vis sol with iron 1 mL oral daily.
OUTPATIENT APPOINTMENTS: 1. Pediatrician 10/4/24 - Dr. Hardin. 10 am.
OTHER FOLLOW-UP: 2. Babies Early Developement Clinic.
DOCUMENTATION: Preparation for discharge and post hospital care, including Discharge Summary preparation, patient examination, parental/guardian counseling, scheduling outpatient follow-up appointment(s) and any home health agency care, and preparation of outpatient prescriptions required >30 minutes to complete.

DIAGNOSES DURING THIS HOSPITALIZATION

21 day old 39 week AGA female newborn
Apnea with bradycardia (770.81)
Rhinovirus/Enterovirus
E. Coli urinary tract infection resolved (771.82)
At risk for anemia from ABO isoimmunization (773.1)
Neonatal drug withdrawal
Physiologic jaundice (774.6)
Psychosocial assessment
Drug exposure in utero
Term birth, single, c-section (V30.01)

PROCEDURES DURING THIS HOSPITALIZATION
Therapy evaluations on 9/23/2024
Renal ultrasound on 10/4/2024

DISCHARGE ATTENDING
Discharge Attending Physician: Venkatesan Gorantla, MD

PREPARED BY
Prepared By: Electronically Signed By/On: Beth Shell, APRN 10/4/2024 10:10h

COPIES TO: Jade L. Pizarro, M.D. and T. Michael Hardin, D.O.

Electronically Signed by Venkatesan Gorantla, MD on 10/04/2024 1214.

Electronically signed by V Gorantla, MD at 10/4/2024 12:14 PM