UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X

In re: British D. Moss, As Next of Kin To Gail A. Moss (deceased), Creditor/Claimant(s),
vs.
**PURDUE PHARMA L.P., et al.,**

Debtors.

Chapter 11
Case No. 19-23649 (SHL)

---------------------------------------------X

PROVIDED FOR MAILING
AT CALHOUN CI ON

SEP 14 2026

STAFF INITIALS MK
INMATE INITIALS MB

**[PROPOSED] ORDER GRANTING CLAIMANT/CREDITOR BRITISH D. MOSS'S MOTION FOR EXPEDITED DETERMINATION OF CLAIM STATUS, ACCOUNTING, AND DISTRIBUTION OF ALL FUNDS PRESENTLY DUE**

Upon consideration of the Motion of Claimant/Creditor **British D. Moss**, appearing pro se, for an expedited determination of claim status, accounting, enforcement of prior relief, and distribution of all funds presently due under the confirmed Plan and applicable Trust Distribution Procedures (the "Motion"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having authority under applicable provisions of the Bankruptcy Code, including 11 U.S.C. §§ 105(a), 502, 1141, and 1142; and due and sufficient notice having been provided; and after consideration of any responses or objections; and after due deliberation; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

2. Within **fourteen (14) days** after entry of this Order, the Purdue Personal Injury Trust, PI Claims Administrator, Plan Administration Trust, and/or other entity presently responsible for administration of the personal-injury claims of British D. Moss shall provide Claimant with a written accounting and status determination identifying:

a. each proof of claim associated with British D. Moss;

b. the status of each such claim;

c. whether each claim has been determined to be Qualified;

d. whether each claim has been determined to be Allowed;

e. the applicable personal-injury tier or classification;

f. the gross distribution attributable to each Qualified and Allowed claim;

g. any deduction, assessment, reserve, offset, lien, holdback, or other reduction applicable to such distribution;

h. the net amount presently payable to Claimant;

i. whether payment has been authorized;

j. the anticipated date of payment; and

k. if payment has not been authorized, the specific provision of the confirmed Plan, Trust Distribution Procedures, Court order, claims-administration requirement, deficiency, objection, lien, or other legal basis preventing payment.

3. To the extent any claim of British D. Moss has been determined to be **Qualified and Allowed**, all conditions precedent to the applicable distribution have been satisfied, and payment is presently required under the confirmed Plan and applicable Trust Distribution Procedures, the entity responsible for such distribution shall process and transmit to Claimant all amounts presently due **without unnecessary administrative delay and in accordance with the confirmed Plan and applicable Trust Distribution Procedures**.

4. Nothing contained in this Order shall be construed to modify the confirmed Plan, alter the Trust Distribution Procedures, grant Claimant an unauthorized priority over similarly situated creditors, or require distribution of amounts that have not yet become payable under the Plan or Trust Distribution Procedures.

5. Nothing herein prevents Claimant from challenging any adverse claims determination, withholding, deduction, classification, or other determination through procedures otherwise available under the confirmed Plan, Trust Distribution Procedures, Bankruptcy Code, Federal Rules of Bankruptcy Procedure, or prior orders of this Court.

6. The responsible claims-administration entity shall send the written determination required by Paragraph 2 to Claimant at his address of record:

**British D. Moss**
DC #184798
Calhoun Correctional Institution
19562 S.E. Institutional Drive
Blountstown, Florida 32424

7. This Court shall retain jurisdiction to interpret, implement, and enforce this Order consistent with the confirmed Plan and applicable law.

**Dated:** ____________________
White Plains, New York
**HONORABLE SEAN H. LANE**
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X

In re: British D. Moss. As Next of Kin To Gail A. Moss (deceased). Claimant(s).

VS
**PURDUE PHARMA L.P., et al.,**

Debtors.

Chapter 11
Case No. 19-23649 (SHL)

---------------------------------------------X

**CERTIFICATE OF SERVICE**

I, **British D. Moss**, Claimant/Creditor appearing pro se, hereby certify that on September 14, 2026, I caused true and correct copies of the following documents:

1. Motion of Claimant/Creditor British D. Moss for Expedited Determination of Claim Status, Enforcement of Prior Relief, Accounting, and Distribution of All Funds Presently Due Under the Confirmed Plan and Applicable Trust Distribution Procedures;

2. Declaration of British D. Moss;

3. Exhibits, if any;

4. Proposed Order; and

5. Any Notice of Hearing required by the Court,

to be placed in the institutional mail system at **Calhoun Correctional Institution**, with postage prepaid where required, addressed to the parties and entities identified on the attached **Service List**.

I further certify that, because I am presently incarcerated, I deposited the foregoing documents into the correctional institution's legal/institutional mail system for forwarding to the identified recipients.

I declare under penalty of perjury pursuant to **28 U.S.C. § 1746** that the foregoing is true and correct.

Executed on: September 14, 2026
Blountstown, Florida

/s/ Mr. British D. Moss
BRITISH D. MOSS
Claimant/Creditor, Pro Se
DC #184798
Calhoun Correctional Institution
19562 S.E. Institutional Drive
Blountstown, Florida 32424

Britt Moss
19562 S.E. Institutional Dr.
DC# 184797/ DORM-F2130-S
Calhoun Correctional Institution
Blountstown, Florida 32424-5156.

PENSACOLA FL 325
16 SEP 2026 AM 11

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 32424
02 7H
0006199693
$ 000.78⁰
SEP 14 2026

ATTN: Official Clerk of Courts
U.S. District Courts Bankruptcy Division.
300 Quarropas Street
ROOM #248
White Plains, New York 10601

10601-414000