USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 12/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD BASS,

Appellant,

-against-

PURDUE PHARMA L.P.,

Appellee.

25-CV-10282 (NSR)

ORDER GRANTING IFP APPLICATION

NELSON S. ROMÁN, United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915. Access to this Order is restricted to Case Participants, court personnel, and public terminals. The Clerk of Court is kindly directed to mail this Endorsement to *pro se* Appellant at the address listed on ECF.

SO ORDERED:

Dated: December 23, 2025
White Plains, New York

NELSON S. ROMÁN
United States District Judge