USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 4/01/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH E. REDWOOD,

Appellant,

-against-

PURDUE PHARMA L.P.,

Appellee.

25-CV-10327 (NSR)

ORDER GRANTING IFP APPLICATION

NELSON S. ROMÁN, United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915. The Clerk of Court is kindly directed to mail a copy of this Order to *pro se* Appellant at the address listed on ECF.

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Dated: April 1, 2026
White Plains, New York