USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 5/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

PURDUE PHARMA L.P.,
Debtor.

MARIA ECKE,
Appellant,

-against-

PURDUE PHARMA L.P., *et al.*,

Appellees.

No. 25-CV-10420 (NSR)

**ORDER GRANTING IFP APPLICATION**

NELSON S. ROMÁN, United States District Judge:

Leave to proceed in this Court, and for appeal, without prepayment of fees is authorized. *See* Fed. R. App. P. 24; 28 U.S.C. § 1915. The Clerk of Court is kindly directed to (1) mail a copy of this Order to *pro se* Appellant at the address listed on ECF, and show service on the docket; and (2) transmit this Order to the United States Court of Appeals for the Second Circuit.

Dated: May 11, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge