Stephan E. Hornung
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel.: (212) 309-6000
stephan.hornung@morganlewis.com

*Co-Counsel for Richard Sackler, M.D. and Lin Gao*

Barry Pollack
HARRIS TRZASKOMA, LLP
1300 19th Street, NW, Suite 700
Washington, D.C. 20036
Tel.: (202) 230-9647
bpollack@harristrz.com

*Co-Counsel for Richard Sackler, M.D. and Lin Gao*

Anne Penachio
PENACHIO MALARA LLP
245 Main Street, Ste. 450
White Plains, NY 10601
Tel.: (914) 946-2889
apenachio@pmlawllp.com

*Co-Counsel for Richard Sackler, M.D.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| | Chapter 11 |
| In re: | Case No. 19-23649 (SHL) |
| PURDUE PHARMA L.P., et al.[1] | Jointly Administered |

**NOTICE OF APPEAL**

**Part 1: Identify the appellant(s)**

1. Names of appellants: Richard S. Sackler and Lin Gao

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, were as follows: Purdue Pharma L.P. (7484); Purdue Pharma, Inc. (7486); Purdue Transdermal Technologies L.P. (1868); Purdue Pharma Manufacturing L.P. (3821); Purdue Pharmaceuticals L.P. (0034; Imbrium Therapeutics L.P. (8810); Adlon Therapeutics L.P. (6745); Greenfield Bio Ventures L.P. (6150); Seven Seas Hill Corp. (4591); Ophir Green Corp. (4594); Purdue Pharma of Puerto Rico (3925); Purdue Products L.P. (4140); Purdue Pharmaceutical Products L.P. (3902); Purdue Neuroscience Company (4712); Nayatt Cove Lifescience Inc. (7805); Button Land L.P. (7502); Rhodes Associates L.P. (N/A); Paul Land Inc. (7425); Quidnick Land L.P. (7584); Rhodes Pharmaceuticals L.P. (6166); Rhodes Technologies (7143); UDF LP (0495); SVC Pharma LP (5717); and SVC Pharma Inc. (4014). The Debtors' corporate headquarters was located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2. Position of appellants in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   Interested Parties in this bankruptcy case.

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   D.I. 9590 - This appeal is from the Order Enforcing the Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors (attached as Exhibit "A") and the bench decision, issued by the Court on August 21, 2026, which currently remains under seal, and has not yet been uploaded to the docket. Appellants appeal from the Order and the bench decision in their entirety.

2. State the date on which the judgment, order, or decree was entered:

   September 11, 2026. A limited motion for re-argument is pending. This notice is filed out of an abundance of caution to ensure timely notice with respect to those issues not subject to the limited motion for re-argument.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| PARTY REPRESENTED BY: | REPRESENTED BY: |
|---|---|
| **Appellants**<br>Richard S. Sackler and Lin Gao | Stephan Hornung<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel.: (212) 309-6000<br>stephan.hornung@morganlewis.com<br><br>Barry Pollack<br>HARRIS TRZASKOMA, LLP<br>1300 19th Street, NW, Suite 700<br>Washington, D.C. 20036<br>Tel.: (202) 230-9647<br>bpollack@harristrz.com<br><br>*Co-Counsel for Richard Sackler, M.D. and Lin Gao* |

| **PARTY REPRESENTED BY:** | **REPRESENTED BY:** |
|---|---|
| | Anne Penachio<br>PENACHIO MALARA LLP<br>245 Main Street, Ste. 450<br>White Plains, NY 10601<br>Tel.: (914) 946-2889<br>apenachio@pmlawllp.com<br><br>*Co-Counsel for Dr. Richard Sackler, M.D* |
| **<u>Appellees</u>**<br>Frank S. Vellucci, Daniel S. Connolly, and Rory Held, in their capacities as trustees of certain trusts in the B-Side Payment Group (the "Trustees") | Joshua S. Rubenstein<br>Bonnie Lynn Chmil<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>Tel.: (212)940-8800<br>joshua.rubenstein@katten.com<br>bonnie.chmil@katten.com<br>jwinters@katten.com |
| Purdue Master Disbursement Trust | Kenneth H. Eckstein<br>Rachael Ringer<br>David E. Blabey Jr.<br>HERBERT SMITH FREEHILLS KRAMER (US) LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Tel.: (212) 715-9100 |

**<u>Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)</u>**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[ ] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Dated: New York, New York
September 25, 2026

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ Stephan E. Hornung
Stephan E. Hornung
101 Park Avenue
New York, NY 10178
Tel.: (212) 309-6000
stephan.hornung@morganlewis.com

- and -

Barry Pollack
HARRIS TRZASKOMA, LLP
1300 19th Street, NW, Suite 700
Washington, D.C. 20036
Tel.: (202) 230-9647
bpollack@harristrz.com

*Co-Counsel for Richard Sackler, M.D. and Lin Gao*

Anne Penachio
PENACHIO MALARA LLP
245 Main Street, Ste. 450
White Plains, NY 10601
Tel.: (914) 946-2889
apenachio@pmlawllp.com

*Co-Counsel for Richard Sackler, M.D.*

**CERTIFICATE OF SERVICE**

I, Stephan E. Hornung, hereby certify that on September 25, 2026, I caused a true and correct copy of the foregoing Notice of Appeal to be served by the Court's Case Management/Electronic Case Filing (CM/ECF) System upon all parties registered to receive electronic service.

Dated: New York, New York
September 25, 2026

/s/ Stephan E. Hornung
Stephan E. Hornung

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **PURDUE PHARMA L.P., et al.,** | : | **Case No. 19-23649 (SHL)** |
| **Plan Administration Trust.**[1] | : | **Jointly Administered** |

**ORDER ENFORCING THE *FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THE EIGHTEENTH JOINT CHAPTER 11 PLAN OF REORGANIZATION OF PURDUE PHARMA L.P. AND ITS AFFILIATED DEBTORS***

UPON THE MOTION of Frank S. Vellucci, Daniel S. Connolly and Rory Held, in their capacities as trustees of certain trusts in the B-Side Payment Group 1 (collectively, the "Trustees"), for entry of an order (this "Order"), pursuant to the Debtors' Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [D.I. 7368] (the "Plan"), the Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [D.I. 8263] (the "Confirmation Order"), and sections 105(a) and 1142 of title 11 of the United States Code (the "Bankruptcy Code"), seeking to enforce the Shareholder Settlement Document Undertakings provisions of the Confirmation Order and to direct Richard S. Sackler and Lin Gao (the "RSS

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, were as follows: Purdue Pharma L.P. (7484); Purdue Pharma, Inc. (7486); Purdue Transdermal Technologies L.P. (1868); Purdue Pharma Manufacturing L.P. (3821); Purdue Pharmaceuticals L.P. (0034; Imbrium Therapeutics L.P. (8810); Adlon Therapeutics L.P. (6745); Greenfield Bio Ventures L.P. (6150); Seven Seas Hill Corp. (4591); Ophir Green Corp. (4594); Purdue Pharma of Puerto Reco (3925); Purdue Products L.P. (4140); Purdue Pharmaceutical Products L.P. (3902); Purdue Neuroscience Company (4712); Nayatt Cove Lifescience Inc. (7805); Button Land L.P. (7502); Rhodes Associates L.P. (N/A); Paul Land Inc. (7425); Quidnick Land L.P. (7584); Rhodes Pharmaceuticals L.P. (6166); Rhodes Technologies (7143); UDF LP (0495); SVC Pharma LP (5717); and SVC Pharma Inc. (4014). The Debtors' corporate headquarters was located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Parties") to comply with their obligations thereunder (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, and Paragraph 33(j) of the Confirmation Order; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the RSS Parties having filed a Response in opposition to the Motion [D.I. 9204] and a Supplemental Objection [D.I. 9359] (collectively, the "RSS Objections"); and the Purdue Master Disbursement Trust ("MDT") having filed a Statement in support of the Motion [D.I. 9389], joining in the request for relief in the Motion and requesting reimbursement of the MDT's reasonable fees and expenses in relation thereto; and a hearing having been held on June 29, 2026, to consider the relief requested in the Motion and MDT Statement (the "Hearing"); and upon the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Motion and MDT Statement establish just cause for the relief granted herein; and the Court having issued a bench ruling granting the Motion on August 21, 2026 (the "Bench Ruling"); and after due deliberation and sufficient cause appearing therefore, it is

**IT IS HEREBY ORDERED THAT:**

1. For the reasons set forth in the Bench Ruling, the Motion is granted in full.

2. The RSS Objections are overruled in their entirety, and the RSS Parties' request for document production is denied as moot.

3. The RSS Parties and their counsel are directed to withdraw or dismiss each of the Interference Actions immediately, consistent with the Court's Bench Ruling that was "So Ordered" on the record at the Hearing.

4. The request of the Trustees and MDT for reimbursement of reasonable legal fees and expenses related to the Motion, including any fees or expenses incurred in related proceedings, is granted, and the Trustees and MDT may submit to the Court applications for reimbursement (each a "Fee Request").

5. The RSS Parties are directed to reimburse all Fee Requests approved by the Court within seven (7) days of the Court's approval thereof.

6. Within 30 days of the Court's Bench Ruling, the parties shall submit submissions as to whether any aspects of the Bench Ruling shall remain under seal and, if so, why.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

White Plains, New York
Dated: September 11, 2026

***/s/ Sean H. Lane***
UNITED STATES BANKRUPTCY JUDGE