HERBERT SMITH FREEHILLS KRAMER

**Rachael Ringer**
Partner
+1 212 715 9506
+1 212 715 8187
rachael.ringer@hsfkramer.com

1177 Avenue of the Americas
New York, New York 10036
**T** +1 212 715 9100
**F** +1 212 715 8000

September 28, 2026

The Honorable Sean H. Lane
United States Bankruptcy Court for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *In re Purdue Pharma L.P., et al.*, Case No. 19-23649 (SHL) – Submission Regarding Sealing of Bench Ruling (Dkt. No. 9590)

Via ECF

Dear Judge Lane:

We write on behalf of the Purdue Master Disbursement Trust (the "MDT"), together with counsel to Frank S. Vellucci, Daniel S. Connolly, and Rory Held, in their capacities as trustees of certain trusts of the Sackler B-Side Payment Group 1 (the "Trustees").

By its Order dated September 11, 2026 [Dkt. No. 9590], this Court at paragraph 6 directed the parties to make submissions as to whether any aspects of this Court's August 21 Bench Ruling on the motion to enforce filed by the Trustees (the "Bench Ruling") should remain under seal. The MDT and the Trustees have carefully reviewed the Bench Ruling and respectfully submit that they do not believe any portion of the Bench Ruling needs to be redacted or maintained under seal, and the Bench Ruling may be made public without any redaction.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

/s/ Rachael Ringer
Rachael Ringer
Partner, Herbert Smith Freehills Kramer (US) LLP
Counsel to the Purdue Master Disbursement Trust

/s/ Joshua S. Rubenstein
Joshua S. Rubenstein
Partner, Katten Muchin Rosenman LLP
and
Julia M. Winters
Partner, McDermott Will & Schulte LLP
Counsel to the Sackler B-Side Payment Group 1 Trustees