**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| | Case No. 19-23649 (SHL) |
| PURDUE PHARMA L.P., et al.[1] | (Jointly Administered) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern District of New York Teva Pharmaceuticals USA, Inc., Anda, Inc., Teva Canada Limited, and related entities (collectively, "Teva") in the above-captioned chapter 11 case, by and through its undersigned counsel, hereby moves this Court for entry of an Order withdrawing the appearance of Michael H. Goldstein, as counsel of record for Teva and removal as counsel from the Court's CM/ECF system service list for the above-referenced action.

As grounds therefore, the undersigned states that Michael H. Goldstein will no longer be affiliated with Goodwin Procter LLP as of October 1, 2026.

Dated: September 30, 2026

**GOODWIN PROCTER LLP**

By: */s/Michael H. Goldstein*
Michael H. Goldstein
The New York Times Building
620 Eighth Avenue
New York, New York 10018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, were as follows: Purdue Pharma L.P. (7484); Purdue Pharma, Inc. (7486); Purdue Transdermal Technologies L.P. (1868); Purdue Pharma Manufacturing L.P. (3821); Purdue Pharmaceuticals L.P. (0034); Imbrium Therapeutics L.P. (8810); Adlon Therapeutics L.P. (6745); Greenfield Bio Ventures L.P. (6150); Seven Seas Hill Corp. (4591); Ophir Green Corp. (4594); Purdue Pharma of Puerto Reco (3925); Purdue Products L.P. (4140); Purdue Pharmaceutical Products L.P. (3902); Purdue Neuroscience Company (4712); Nayatt Cove Lifescience Inc. (7805); Button Land L.P. (7502); Rhodes Associates L.P. (N/A); Paul Land Inc. (7425); Quidnick Land L.P. (7584); Rhodes Pharmaceuticals L.P. (6166); Rhodes Technologies (7143); UDF LP (0495); SVC Pharma LP (5717); and SVC Pharma Inc. (4014). The Debtors' corporate headquarters was located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Tel.: 212-813-8800
Email: wweintraub@goodwinlaw.com
hsteel@goodwinlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Anda, Inc., Teva Canada Limited*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 30, 2026, a copy of the foregoing *Motion to Withdraw Michael H. Goldstein as an Attorney of Record* was filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on September 30, 2026.

By:*/s/ Michael H. Goldstein*
Michael H. Goldstein