# PENACHIO MALARA, LLP

ATTORNEYS AT LAW

245 Main Street, Suite 450
White Plains, New York 10601

FRANCIS J. MALARA*
ANNE J. PENACHIO*

JENNIFER RAGGO, Paralegal

*Also admitted in CT

Telephone (914) 946-2889
Facsimile (914) 206-4884
www.pmlawllp.com

frank@pmlawllp.com
anne@pmlawllp.com
jraggo@pmlawllp.com


October 1, 2026

Electronically Filed

The Honorable Sean H. Lane
Chief United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

In re: Purdue Pharma L.P., et al. - Case No. 19-23649 (SHL)

Dear Judge Lane:

This letter is sent on behalf of Lin Gao and Richard Sackler to address whether any aspects of this Court's August 21 Bench Ruling on the motion to enforce filed by the Trustees Frank Vellucci, Daniel Connolly, and Rory Held (the "Bench Ruling") should remain under seal.

In that the Bench Ruling does not implicate sensitive family issues or financial data and is limited to legal analysis, no portion needs to be redacted or maintained under seal, and the Bench Ruling may be made public without any redaction. The Wyoming pleadings remain under seal and nothing herein should be construed as a waiver.

Thank you for your continued attention to this matter.

Respectfully,

*Anne Penachio*
Anne Penachio