MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

*Co-Counsel to the Plan Administration Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**AGENDA FOR OCTOBER 7, 2026 OMNIBUS HEARING**

Time and Date of Hearing: October 7, 2026 at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing: The Hearing will only be conducted via Zoom for Government®. Any parties wishing to **participate in** the Hearing are required to register their appearance by 11:00 a.m. (prevailing Eastern Time) the day before the Hearing at: https://ecf.nysb.uscourts.gov/cgibin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 558 8656, Meeting ID 927 4415 6739, Passcode 007139.

[1] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

# I. UNCONTESTED MATTERS:

1. ***Uncontested Interim and Final Fee Application of Bielli & Klauder, LLC.*** Twentieth Interim and Final Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Fee Examiner David M. Klauder, Esquire for the Interim Period from May 1, 2026 Through July 31, 2026 and the Final Period from April 8, 2020 Through July 31, 2026 [ECF No. 9585].

   Objection Deadline: September 23, 2026, at 4:00 p.m. (prevailing Eastern Time)

   Responses Received: None.

   Related Documents:

   A. Notice of Hearing on Twentieth Interim and Final Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Fee Examiner David M. Klauder, Esquire for the Interim Period from May 1, 2026 Through July 31, 2026 and the Final Period from April 8, 2020 Through July 31, 2026 [ECF No. 9586].

   Status: This matter is going forward on an uncontested basis.

2. ***Fourth Omnibus Claims Objection.*** Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) [ECF No. 8964] solely as to claims filed by Liberty Mutual Insurance Company, Liberty Insurance Corporation, Helmsman Management Services, LLC, and Liberty Mutual Fire Insurance Company.

   Objection Deadline: Extended to September 8, 2026, at 4:00 p.m. (ET) for Helmsman Management Services, LLC, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, and Liberty Mutual Insurance Company.

   Responses Received: None.

   Related Documents:

   A. Notice of Partial Adjournment of Hearing on Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) and Filing of Amended Proposed Order [ECF No. 9045].

   B. Notice of Further Adjournment of Hearing on Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) as to the No Liability Claims [ECF No. 9089].

   C. Order Granting Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) as to the Misclassified Claim [ECF No. 9167].

D. Notice of Further Adjournment of Hearing on Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) as to the No Liability Claims [ECF No. 9199].

E. Notice of Further Adjournment of Hearing on Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) as to the No Liability Claims [ECF No. 9282].

F. Notice of Partial Withdrawal and Notice of Further Adjournment of Hearing on Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims)[ECF No. 9408].

G. Notice of Further Adjournment of Hearing on Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) [ECF No. 9519].

H. Notice of (I) Partial Adjournment of Hearing on Debtors' Fourth Omnibus Claims Objection (No Liability and/or Misclassified Claims) and (II) Filing of Amended Proposed Order [ECF No. 9595].

Status: This matter is going forward on an uncontested basis.

## II. CONTESTED MATTER:

**3.** ***Uncontested by the Notice Parties Fee Application of the Ad Hoc Group of Individual Victims.*** Application of the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., *et al.* for Entry of an Order Approving Payment of Compensation and Expenses Incurred by Attorneys and Advisors for the Ad Hoc Group for the Period October 22, 2019 Through May 1, 2026 Pursuant to Section 5.9(h) of the Eighteenth Amended Joint Chapter 11 Plan of Reorganization and 11 U.S.C. § 1129(a)(4) [ECF No. 9516].

Objection Deadline: August 13, 2026, at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

A. Objection of Laurie Danielle Pitts-Tillman to Applications for Compensation of Retained Professionals [ECF No. 9526].

B. Objection of Maureen Mulroy Kielian for John Andre' Kielian to the Application of the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., *et al.*, for Entry of an Order Approving Payment of Compensation and Expenses Incurred by Attorneys and Advisors for the Ad Hoc Group for the Period October 22, 2019 Through May 1, 2026, to the Extent such Compensation Is Proposed to Be Paid from the Purdue Personal Injury Trust [ECF No. 9527].

Related Documents:

C. Notice of Presentment of the Application of the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., *et al.* for Entry of an Order Approving Payment

of Compensation and Expenses Incurred by Attorneys and Advisors for the Ad Hoc Group for the Period October 22, 2019 Through May 1, 2026 Pursuant to Section 5.9(h) of the Eighteenth Amended Joint Chapter 11 Plan of Reorganization and 11 U.S.C. § 1129(a)(4) [ECF No. 9517].

D. Debtors' Statement in Support of the Motion of the Ad Hoc Group of Individual Victims' Motion for an Order Approving Certain Professional Fees [ECF No. 9538].

E. Statement of the Official Committee of Unsecured Creditors in Support of Application for Professional Compensation Filed by Ad Hoc Group of Individual Victims [ECF No. 9539].

F. Certificate Regarding Objection Deadline with Respect to Application of the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., *et al.* for Entry of an Order Approving Payment of Compensation and Expenses Incurred by Attorneys and Advisors for the Ad Hoc Group for the Period October 22, 2019 Through May 1, 2026 Pursuant to Section 5.9(h) of the Eighteenth Amended Joint Chapter 11 Plan of Reorganization and 11 U.S.C. § 1129(a)(4) [ECF No. 9544].

G. Notice of Hearing on Application of the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., *et al.* for Entry of an Order Approving Payment of Compensation and Expenses Incurred by Attorneys and Advisors for the Ad Hoc Group for the Period October 22, 2019 Through May 1, 2026 Pursuant to Section 5.9(h) of the Eighteenth Amended Joint Chapter 11 Plan of Reorganization and 11 U.S.C. § 1129(a)(4) [ECF No. 9554].

H. Reply of the Ad Hoc Group of Individual Victims in Further Support of Application for Approval of Payment of Compensation and Expenses [ECF No. 9629].

I. Supplemental Certificate Regarding Objection Deadline for the Application for Approval of Payment of Compensation and Expenses and Satisfaction of Conditions Under Paragraph 14 of the Confirmation Order [ECF No. 9630].

Status: Uncontested by the Notice Parties – Under paragraph 14 of the *Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [ECF No. 8263], unless the Debtors, the Creditors' Committee, or the U.S. Trustee files an objection by the date that is three (3) days prior to the hearing on the fee application, the Court may enter an order approving the application without a hearing. No objection has been filed or otherwise received from the Debtors, the Creditors' Committee, or the U.S. Trustee; however, responses were filed by Laurie Danielle Pitts-Tillman and Maureen Mulroy Kielian. This matter is going forward.

Dated: October 5, 2026
Wilmington, Delaware

By: */s/ Matthew B. Harvey*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

*Co-Counsel to the Plan Administration Trust*