Wednesday, October 7, 2026

Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

United States Bankruptcy Court

Southern District of New York

In re:

| | |
|---|---|
| Purdue Pharma L.P. et al | Chapter 11 |
| Debtors | Case No. 19-23649(SHL) |
| | (Jointly Administered) |

**MOTION FOR TRANSPARENCY CONCERNING CLAIMS AND OTHER DOCUMENTS FROM PURDUE PHARMA L.P. ET AL**

I have asked many times for transcripts and other documents but I have not received anything. Today, Wednesday, October 7, 2026, I am asking for a written and Emailed copy of the Transcript and the Order which Judge Lane will be writing concerning this Hearing.

I have asked numerous times for information about claims from Attorney Edgar Gentle, but I have not received any Legally Binding documentation. When will I receive it? I am including just one of my requests which I wrote to the purduepitrust@purduepitrust.com. I have also asked other questions which were not answered. When will I get the answers?

This was especially important about the HIPAA request. I received a partial answer from the purduepitraust.com many months later. Why is that?

/s/Maria Ecke Maria Ecke

September 1, 2026

Maria Ecke – Claim No. 16810

Estate of David Jonathan Ecke – Claim No. 628554

Richard Ecke – Claim No. 22855

Andrew Ecke – Claim No. 23016

Peter Sottile – Claim No. 16817

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

United States Bankruptcy Court

Southern District of New York

In re:

| | |
|---|---|
| Purdue Pharma L.P. et al | Chapter 11 |
| Debtors | Case No. 19-23649(SHL) |
| | (Jointly Administered) |

**Motion To See If All Our Claims Have Been Accepted And Are Being Processed Especially That Of The Estate of David Jonathan Ecke – Claim No. 628554**

When I write to Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert Dehney, Sr., Matthew B. Harvey, Alexis L. Sullivan, for the Debtors and Edgar Gentle, Esq., PI Claims Administrator, Purdue PI Trust, P.O. Box 361930, Hoover, Alabama 35236, Attn: Edgar Gentle III, as the Trustee for Purdue Pharma, I cannot get a Legally Binding answer concerning our Claims: Maria Ecke, Claim No.16810, Estate of David Jonathan Ecke, Claim No. 628554, Richard Ecke, Claim No. 22855, Andrew Ecke, Claim No. 23016, and Peter Sottile, Claim No. 16817. Judge Lane, can you please have the Debtors answer the question in a LEGALLY BINDING MANNER? See attached.

/s/ Maria Ecke

Re: Claim Nos. 628554, 16810, 22855, 23016, and 16817

**From:** purduepitrust (purduepitrust@purduepitrust.com)

**To:** sagitarianm2004@yahoo.com

**Date:** Tuesday, August 25, 2026 at 12:02 PM EDT

Good morning Ms. Ecke,

Please be advised that the PI Trust does not provide individual claim status updates and only provides updates on the settlement as a whole. Please see the information below.

**Claims Processing Update as of June 8, 2026**

*The Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* and the Purdue Personal Injury Trust ("Purdue PI Trust") became Effective on May 1, 2026. The Purdue PI Trust was funded with the initial distribution on the same day and has since been fully funded.

We are reviewing deficiency responses and will be sending claims status letters over the next few months. The status letters will detail whether the claim has been deemed as Qualified and Allowed under the terms of the applicable PI TOP, and therefore entitled to payment, in addition to providing the details of any appeal rights claimants may have with respect to their claims.

After claims status letters have been sent, we will begin the process of making distributions on Qualified and Allowed claims, which is expected to BEGIN in the third quarter of 2026.

The awards per claimant for Qualified and Allowed Non-NAS Personal Injury Tiers 1 and 2 and Qualified and Allowed NAS PI Claims have been computed. After deductions for operating expenses of the Trust (including claims and lien resolution expenses) and certain professional fees and other assessments provided for under the Plan, but prior to deductions for the individual claimant's attorneys' fees/costs and medical liens, if applicable, they equal:

$16,294 for Qualified and Allowed Non-NAS PI Tier 1 Claims

$8,147 for Qualified and Allowed Non-NAS Tier 2 Claims

$25,653 for Qualified and Allowed NAS PI Claims

A second payment may be made once all contingencies are resolved.

Best,

Purdue PI Trust

---

**From:** sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
**Sent:** Tuesday, August 25, 2026 10:33 AM
**To:** rdehney@morrisnichols.com <rdehney@morrisnichols.com>; mharvey@morrisnichols.com <mharvey@morrisnichols.com>; asullivan@morrisnichols.com <asullivan@morrisnichols.com>; MARIA ECKE <sagitarianm2004@yahoo.com>; purduepitrust <purduepitrust@purduepitrust.com>
**Subject:** Claim Nos. 628554, 16810, 22855, 23016, and 16817

August 25, 2026

Maria Ecke, Claim No.16810
Estate of David Jonathan Ecke, Claim No. 628554
Richard Ecke, Claim No. 22855
Andrew Ecke, Claim No. 23016
Peter Sottile, Claim No. 16817
c/o Office of Maria Ecke
8 Glenbrook Drive
West Simsbury, CT 06092

Case No: 19-23649 (SHL)

Maria Ecke

Morris, Nichols, Arsht & Tunnell LLP

1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn: Robert Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

Edgar Gentle, Esq.
PI Claims Administrator, Purdue PI Trust
P.O. Box 361930
Hoover, Alabama 35236
Attn: Edgar Gentle III

Dear Ladies and/or Gentlemen:
Can you please tell me what Tier and in what amount each of the above-approved claims is? I would appreciate a timely response.
Sincerely,
/s/Maria Ecke

Case No: 19-23649(SHL) [signature]

Maria Ecke, Claim No.16810
Estate of David Jonathan Ecke, Claim No. 628554
Richard Ecke, Claim No. 22855
Andrew Ecke, Claim No. 23016
Peter Sottile, Claim No. 16817
c/o Office of Maria Ecke
8 Glenbrook Drive
West Simsbury, CT 06092

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn: Robert Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

Edgar Gentle, Esq.
PI Claims Administrator, Purdue PI Trust
P.O. Box 361930
Hoover, Alabama 35236
Attn: Edgar Gentle III

Dear Ladies and/or Gentlemen:
Can you please tell me what Tier and in what amount each of the above-approved claims is? I would appreciate a timely response.
Sincerely,
/s/Maria Ecke

Case No: 19-23649 (SHL)

Fw: Claim Nos. 628554, 16810, 22855, 23016, and 16817

From: sagitarianm2004@yahoo.com (sagitarianm2004@yahoo.com)

To: ronaldbass12345@gmail.com

Date: Tuesday, August 25, 2026 at 12:32 PM EDT

Ron,
This is the only answer that I have received yet. I don't feel that it is an answer.
Maria

----- Forwarded Message -----
**From:** purduepitrust <purduepitrust@purduepitrust.com>
**To:** sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
**Sent:** Tuesday, August 25, 2026 at 12:02:51 PM EDT
**Subject:** Re: Claim Nos. 628554, 16810, 22855, 23016, and 16817

Good morning Ms. Ecke,

Please be advised that the PI Trust does not provide individual claim status updates and only provides updates on the settlement as a whole. Please see the information below.

**Claims Processing Update as of June 8, 2026**

*The Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* and the Purdue Personal Injury Trust ("Purdue PI Trust") became Effective on May 1, 2026. The Purdue PI Trust was funded with the initial distribution on the same day and has since been fully funded.

We are reviewing deficiency responses and will be sending claims status letters over the next few months. The status letters will detail whether the claim has been deemed as Qualified and Allowed under the terms of the applicable PI TOP, and therefore entitled to payment, in addition to providing the details of any appeal rights claimants may have with respect to their claims.

After claims status letters have been sent, we will begin the process of making distributions on Qualified and Allowed claims, which is expected to BEGIN in the third quarter of 2026.

The awards per claimant for Qualified and Allowed Non-NAS Personal Injury Tiers 1 and 2 and Qualified and Allowed NAS PI Claims have been computed. After deductions for operating expenses of the Trust (including claims and lien resolution expenses) and certain professional fees and other assessments provided for under the Plan, but prior to deductions for the individual claimant's attorneys' fees/costs and medical liens, if applicable, they equal:

$16,294 for Qualified and Allowed Non-NAS PI Tier 1 Claims

$8,147 for Qualified and Allowed Non-NAS Tier 2 Claims

$25,653 for Qualified and Allowed NAS PI Claims

A second payment may be made once all contingencies are resolved.

Best,

Purdue PI Trust

---

**From:** sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
**Sent:** Tuesday, August 25, 2026 10:33 AM
**To:** rdehney@morrisnichols.com <rdehney@morrisnichols.com>; mharvey@morrisnichols.com <mharvey@morrisnichols.com>; asullivan@morrisnichols.com <asullivan@morrisnichols.com>; MARIA ECKE <sagitarianm2004@yahoo.com>; purduepitrust <purduepitrust@purduepitrust.com>
**Subject:** Claim Nos. 628554, 16810, 22855, 23016, and 16817

August 25, 2026

Case No: 19-23649 (SHL) ME

**Message View**

Transcript of Hearing on October 7, 2026

Sent

Sent

- Message. For JAWS, turn virtual PC Cursor on if needed.

MARIA ECKE

To: me, and 12 others · Wed, Oct 7 at 6:31 PM

**Message Body**

Wednesday, October 7, 2026

Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

sagitarianm2004@yahoo.com

Marshall Huebner

Mitchell Hurley

Arik Preis

Judge Lane

In re: Purdue Pharma LLP et al Case No. 19-23649(SHL)

(Jointly Administered)

Marshall Heubner, Mitchell Hurley, Arik Preis, and Judge Lane,

Please mail by United States Postal Service and Email me the Transcript of today's Hearing in the Bankruptcy Court of the Southern District of New York and the Opinion and Order of Judge Lane. I have not been receiving many of the Transcripts of Hearings by mail or Email that I have requested. Thank you,

Maria Ecke

# Re: Disclaimer of HIppa #3

From: sagitarianm2004@yahoo.com (sagitarianm2004@yahoo.com)

To: purduepitrust@purduepitrust.com

Bcc: sagitarianm2004@yahoo.com; ronaldbass12345@gmail.com

Date: Thursday, August 13, 2026 at 06:52 PM EDT

Dear Edgar Gentle :

You still have not answered the question that I asked. Is there a monetary amount that you will deduct from the claim if you do not get #3 of HIPAA? There should not be anything taken off. You can tell the amount of the liens in question #4 (Medical Liens). Can you please send me a copy of the information that is disclosed by the United States Postal Service?

Maria Ecke

On Tuesday, July 1, 2025 at 03:26:13 PM EDT, purduepitrust <purduepitrust@purduepitrust.com>

wrote:from

Good afternoon Ms. Ecke,

If you mark out sections of the HIPAA and we are unable to use it for lien resolution purposes, we will need to you to resubmit a clean (not marked out) HIPAA.

Please be advised that we are only using the HIPAAs for lien resolution purposes.

Best,

Purdue PI Trust

**From:** sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
**Sent:** Tuesday, July 1, 2025 2:16 PM
**To:** purduepitrust <purduepitrust@purduepitrust.com>
**Subject:** Re: Disclaimer of HIppa #3

Good Afternoon Pi Trust:

I would like to know in advance so that I complete it properly. Please advise.

Maria Ecke

On Monday, June 30, 2025 at 05:01:34 PM EDT, purduepitrust <purduepitrust@purduepitrust.com> wrote:

Good afternoon Ms. Ecke,

Please complete the claim form and HIPAA, and provide it to the PI Trust. Once we review and process the claim, we will determine whether it is deficient.

Best,

Purdue PI Trust

**From:** sagitarianm2004@yahoo.com
<sagitarianm2004@yahoo.com>
**Sent:** Monday, June 30, 2025 3:33 PM
**To:** purduepitrust
<purduepitrust@purduepitrust.com>
**Subject:** Disclaimer of HIppa #3

You don't often get email from sagitarianm2004@yahoo.com. Learn why this is important

Dear Trustee:

If I don't want part of the HIPPA disclosed, does the amount of the claim go down? It shouldn't go down.

Maria Ecke

Fw: No HIPPA Release

# Fw: No HIPPA Release

From: sagitarianm2004@yahoo.com (sagitarianm2004@yahoo.com)

To: sagitarianm2004@yahoo.com

Date: Thursday, August 13, 2026 at 04:22 PM EDT

----- Forwarded Message -----

**From:** purduepitrust <purduepitrust@purduepitrust.com>

**To:** sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>

**Sent:** Monday, September 15, 2025 at 11:35:55 AM EDT

**Subject:** Re: No HIPPA Release

Good morning Ms. Ecke,

Confirming receipt of this email regarding the HIPAA on behalf of David Ecke.

Please be advised that the HIPAAs are only to be used for lien resolution purposes once claims have been allowed under the claims review procedures. The Trust does not use the HIPAA to obtain any evidence or documentation.

As you have expressly stated that you do not want the HIPAA used, it will not be used.

Best,

Purdue PI Trust

---

**From:** sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>

**Sent:** Monday, September 15, 2025 7:38 AM
**To:** purduepitrust <purduepitrust@purduepitrust.com>; Ronald Bass <ronaldbass12345@gmail.com>; paul.shwartzberg@usdoj.gov <paul.shwartzberg@usdoj.gov>
**Subject:** No HIPPA Release

To Whom It May Concern:
I demand that you acknowledge receipt of the letter I sent regarding my son, David Jonathan Ecke's, private healthcare information via email. Do not violate the HIPPA law.
Maria Ecke and Family