Bradley W. Kennedy, D.D.S., formally
aka, dba ABLE FAMILY DENTISTRY PC (TM)

ADCRR No. 211800
Lewis - Barchey Complex L72, L72
Red Unit, Bldg 6-A-16 Lower

New Address For Court Mail
801 E. Jefferson Street
Phoenix, AZ 85034
https://corrections.az.gov./inmate-mail

FILED
U.S. BANKRUPTCY COURT
2026 OCT 13 P 3:19
S.D. OF N.Y.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re<br>PURDUE PHARMA, L.P., et al.,<br>Debtors | Chapter 11<br>Case No. 19-23649 (SHL)<br><br>NOTICE NEW ADDRESS FOR COURT MAIL by ADCRR Policy Require Courts, Lawyers, require Bar Codes<br><br>And Request Debtors Send Mail From March 2026 to Current Address |

Bradley W. Kennedy, DDS, Claimant in fore going matter, Notices and moves the court order Debtors to send their pleadings. March 2026 was last legal mail received from Debtors. Mail has been stopped being delivered to Claimant.
* A bar code is required by ADCRR from court and licensed lawyers. See https://corrections.az.gov./inmate-mail.

Respectfully Submitted. 8th day October 2026. Dr. Kennedy Claimant
Plese return conformed copy.

Copies:
Hon. Sean H. Lane.
300 Quarropas Street
White Plains, New York 10601
Ryan Thornell, Director ADCRR / Ms. Annett Chambers Smith, Federal Oversight Receivership
J.
25 KB 38,41

## INMATE COURT MAIL ADDRESS UPDATE FORM

*for use by inmates with active court cases*

The Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR) is making changes to inmate mail in 2026. One change is a new address for mail that courts send to inmates. Inmates with active court cases must fill out this form to update the address courts use to send mail. A separate form must be filled out and filed for each active case.

DATE: October 8, 2026

COURT NAME: United States Bankruptcy Court
Southern District of New York

CASE NUMBER: Chapter 11. Case NO. 19-23649
(Honorable Sean H. Lane) Re. Purdue Pharma L.P. et al

NAME: (first, middle, last) Bradley W. Kennedy, D.D.S.; formally aka, dba ABLE FAMILY DENTISTRY, PC (TM)

DATE OF BIRTH: —

### NEW ADDRESS FOR COURT MAIL

*INSTRUCTIONS: On the lines in the box below, clearly write your name, ADCRR inmate number, prison complex, and assigned unit. IMPORTANT: The listed address is for mail from courts and attorneys. Others who send mail to inmates should visit https://corrections.az.gov/inmate-mail to confirm what address they should use.*

| | |
|---|---|
| Bradley W. Kennedy, DDS. aka ABLE FAMILY DENTISTRY P.C. (TM) | 211800 |
| *First Name, Middle Initial, Last Name* | *ADCRR Inmate Number* |
| Lewis Barchey - L72, L72 | Red Unit. Bldg. 6-A-16-Lower |
| *Prison Complex* | *Assigned Unit* |

801 E Jefferson Street

Phoenix, AZ 85034

SIGNATURE: /S/ Brad Kennedy DDS.
Qui tam

*Form provided by the Arizona Administrative Office of the Courts, July 2026*

C Ashley Oddo, ESQ, ADCRR; ARS §§ 38-341; (A)(B); § 13-713, (A)(B)(C-1-3)(H); 38-84602, (A to D)
J159 10/03/2026
18 USC § 4; 242; § 3600, (e)(i)(A)(B)(i)(ii); 3600A, (F) § 1702 seq. $1300
34 USCS § 40722, (a)(1 to 4); § 34 USCS § 10271-10273
Access to courts, media... cover-up murder of Mikelle Biggs 1999 & DNA; 404pgs.

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Bradley W. Kennedy. DDS formally dba ABLE FAMILY DENTISTRY PC (TM)
ADC # 211800
Arizona State Prison Complex Lewis-Barchey L72. L72. Bldg 6A 16-Low
Unit
801 E Jefferson Street
City Phoenix [redacted] AZ 85034
~~(INDIGENT MAIL)~~

US POSTAGE IMI PITNEY BOWES
ZIP 85326 $ 000.78[0]
02 4W
0000386030 OCT 07 2026

Hon. Sean H. Lane,
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

"LEGAL MAIL"

1060134140 C009

FILED
U.S. BANKRUPTCY COURT
2026 OCT 13 P 3:19
S.D. OF N.Y.

FILED
U.S. BANKRUPTCY COURT
2026 OCT 13 P 3:18
S.D. OF N.Y.