Wednesday, October 14, 2026

Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

United States Bankruptcy Court

Southern District of New York

In re:

| | |
|---|---|
| Purdue Pharma L.P. et al | Chapter 11 |
| Debtors | Case No. 19-23649(SHL) |
| | (Jointly Administered) |

# MOTION FOR OPPOSITION TO RICHARD SACKLER AND LIN GAO'S MOTION TO BE CONSOLIDATED AND MOTION FOR TRANSPARENCY

We, Maria Ecke, Estate of David Jonathan Ecke, Richard Ecke, Andrew Ecke, and Peter Sottile, strongly oppose Richard Sackler and family members' Motion to be Consolidated under the Purdue Pharma Plan and Its Stipulations.

I have not received the transcript from the Debtors concerning the Hearing on October 7, 2026, nor your order, nor heard from them. When will I get the information that I need? What is Mr. Israel's email address and physical address?

/s/Maria Ecke

Wednesday, October 14, 2026

Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

United States Bankruptcy Court

Southern District of New York

In re:

| | |
|---|---|
| Purdue Pharma L.P. et al | Chapter 11 |
| Debtors | Case No. 19-23649(SHL) |
| | (Jointly Administered) |

# MOTION FOR OPPOSITION TO RICHARD SACKLER AND LIN GAO'S MOTION TO BE CONSOLIDATED AND MOTION FOR TRANSPARENCY

We, Maria Ecke, Estate of David Jonathan Ecke, Richard Ecke, Andrew Ecke, and Peter Sottile, strongly oppose Richard Sackler and family members' Motion to be Consolidated under the Purdue Pharma Plan and Its Stipulations.

I have not received the transcript from the Debtors concerning the Hearing on October 7, 2026, nor your order, nor heard from them. When will I get the information that I need? What is Mr. Israel's email address and physical address?

/s/Maria Ecke

**Message View**

RE: Failure Notice

Inbox

Inbox

- Message. For JAWS, turn virtual PC Cursor on if needed.

Arik Preis

To: me · Thu, Oct 15 at 9:57 AM

**Message Body**

Ok.

**From:** sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
**Sent:** Thursday, October 15, 2026 9:55 AM
**To:** Preis, Arik <apreis@akingump.com>; MARIA ECKE <sagitarianm2004@yahoo.com>
**Subject:** Fw: Failure Notice

**EXTERNAL Email**

October 15, 2026

Good Morning Mr. Preis:

I received this failure notice again. I guess that I will have to email my requests to you to send to Harold Israel because I am rejected due to security policies.

Maria Ecke

----- Forwarded Message -----

**From:** MAILER-DAEMON@yahoo.com <mailer-daemon@yahoo.com>

**To:** "sagitarianm2004@yahoo.com" <sagitarianm2004@yahoo.com>

**Sent:** Wednesday, October 14, 2026 at 02:28:09 PM EDT

**Subject:** Failure Notice

Sorry, we were unable to deliver your message to the following address.

<hisrael@lplegal.com>:

**Message View**

RE: Failure Notice

Inbox

Inbox

- Message. For JAWS, turn virtual PC Cursor on if needed.

Arik Preis

To: me · Wed, Oct 14 at 2:29 PM

**Message Body**

Harold D. Israel | LP

You have the right email address. I copied in his website you can get it from there as well (same one).

Here is rachael

Rachael Ringer | Herbert Smith Freehills Kramer | Global law firm

**From:** sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
**Sent:** Wednesday, October 14, 2026 2:21 PM
**To:** Preis, Arik <apreis@akingump.com>
**Subject:** Fw: Failure Notice

**EXTERNAL Email**

Wednesday, October 14, 2026

Attn: Arik Preis:

I copied the email address and sent the message to him, but it came back as a failure. What is the correct email address and what is the physical address for him also? What is the physical address for Rachel Ringer?

Maria Ecke

----- Forwarded Message -----

**From:** sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>

**To:** hisrael@lplegal.com <hisrael@lplegal.com>; MARIA ECKE <sagitarianm2004@yahoo.com>

**Sent:** Wednesday, October 14, 2026 at 02:17:59 PM EDT

**Subject:** Fw: Failure Notice

----- Forwarded Message -----

**From:** "mailer-daemon@yahoo.com" <mailer-daemon@yahoo.com>

**To:** "sagitarianm2004@yahoo.com" <sagitarianm2004@yahoo.com>

**Sent:** Wednesday, October 14, 2026 at 02:11:49 PM EDT

**Subject:** Failure Notice

Sorry, we were unable to deliver your message to the following address.

<hisrael@lpegal.com>:

No mx record found for domain=lpegal.com; reason=empty dns record

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

**Message View**

Failure Notice

Inbox

Inbox

- Message. For JAWS, turn virtual PC Cursor on if needed.

Yahoo

To: me · Wed, Oct 14 at 2:28 PM

**Message Body**

Sorry, we were unable to deliver your message to the following address.

<hisrael@lplegal.com>:

554: Email rejected due to security policies -
https://community.mimecast.com/docs/DOC-1369#554
[qz0nERmMNbOpm2ndWvWgSA.us50]

**Message View**

RE: Transcript of Hearing on October 7, 2026

Inbox

Inbox

- Message. For JAWS, turn virtual PC Cursor on if needed.

Arik Preis

To: me, Cc: Preis, · Wed, Oct 14 at 12:43 PM

**Message Body**

I copied them on the email I sent last time (on October 8 at 928 AM). I do not know if they will email you the transcripts, but you should ask them as they are probably still getting them themselves. I am fairly certain they will not pay to mail them to you. Here are their email addresses again. When you email them, please remove me from your emails.

1.) Harold Israel - hisrael@lplegal.com (counsel to PI Trust)

2.) Rachael Ringer - rringer@hsfkramer.com (counsel to MDT)

Arik

**From:** sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
**Sent:** Wednesday, October 14, 2026 10:19 AM
**To:** Preis, Arik <apreis@akingump.com>
**Subject:** Re: Transcript of Hearing on October 7, 2026

October 14, 2026

Attn: Mr. Preis:

Can you please give me the name and address of the person to whom I should send the request? I have NOT heard from anyone to date and the next hearing is coming up.

Maria Ecke

On Thursday, October 8, 2026 at 09:28:25 AM EDT, Preis, Arik <apreis@akingump.com> wrote:

These requests should no longer be directed to Akin Gump. I have added the MDT counsel and PI Trust counsel to this email and removed Akin Gump.

Arik

**From:** sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
**Sent:** Wednesday, October 7, 2026 6:32 PM
**To:** Marshall S. Huebner <marshall.huebner@davispolk.com>; MARIA ECKE <sagitarianm2004@yahoo.com>; Preis, Arik <apreis@akingump.com>; Schwartzberg Paul (USTP) <paul.schwartzberg@usdoj.gov>; ronald bass <ronaldbass12345@gmail.com>; Amanda Morales <moralesamanda912@gmail.com>; Trail of Truth <trailoftruthnational-gmail.com@shared1.ccsend.com>; Charles Elliot Anderson Jr. <thankyoulord2019@gmail.com>; Ellen Isaacs <ryansopc@gmail.com>; Liza Ebanks-Holley <liza_ebanks@nysb.uscourts.gov>; Vitaly Pinkusov <vp005a75a@yahoo.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Ramona D. Elliott <ramona.d.elliott@usdoj.gov>
**Subject:** Transcript of Hearing on October 7, 2026

**EXTERNAL Email**

Wednesday, October 7, 2026

Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

sagitarianm2004@yahoo.com

Marshall Huebner

Mitchell Hurley

Arik Preis

Judge Lane

In re: Purdue Pharma LLP et al Case No. 19-23649(SHL)

(Jointly Administered)

Marshall Heubner, Mitchell Hurley, Arik Preis, and Judge Lane,

Please mail by United States Postal Service and Email me the Transcript of today's Hearing in the Bankruptcy Court of the Southern District of New York and the Opinion and Order of Judge Lane. I have not been receiving many of the Transcripts of Hearings by mail or Email that I have requested. Thank you,

Maria Ecke

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

Re: Transcript of Hearing on October 7, 2026

Inbox

Inbox

- Message. For JAWS, turn virtual PC Cursor on if needed.

Marshall S. Huebner

To: apreis@akingump.com, Cc: me, and 4 others · Thu, Oct 8 at 9:54 AM

**Message Body**

Nor to Davis Polk. We will no longer /not be accommodating or replying to any request like this. The cases have concluded and we have a very limited role going forward. Please feel free to get them off of the websites when available.

**Marshall S. Huebner**

**Davis Polk & Wardwell LLP**

+1 212 450 4099 office

marshall.huebner@davispolk.com

On Oct 8, 2026, at 9:28 AM, Preis, Arik <apreis@akingump.com> wrote:

These requests should no longer be directed to Akin Gump. I have added the MDT counsel and PI Trust counsel to this email and removed Akin Gump.

Arik

**From:** sagitarianm2004@yahoo.com <sagitarianm2004@yahoo.com>
**Sent:** Wednesday, October 7, 2026 6:32 PM
**To:** Marshall S. Huebner <marshall.huebner@davispolk.com>; MARIA ECKE <sagitarianm2004@yahoo.com>; Preis, Arik <apreis@akingump.com>; Schwartzberg Paul (USTP) <paul.schwartzberg@usdoj.gov>; ronald bass <ronaldbass12345@gmail.com>; Amanda Morales <moralesamanda912@gmail.com>; Trail of Truth <trailoftruthnational-gmail.com@shared1.ccsend.com>; Charles Elliot Anderson Jr. <thankyoulord2019@gmail.com>; Ellen Isaacs <ryansopc@gmail.com>; Liza Ebanks-Holley <liza_ebanks@nysb.uscourts.gov>; Vitaly Pinkusov <vp005a75a@yahoo.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Ramona D. Elliott <ramona.d.elliott@usdoj.gov>
**Subject:** Transcript of Hearing on October 7, 2026

**EXTERNAL Email**

Wednesday, October 7, 2026

Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

sagitarianm2004@yahoo.com

Marshall Huebner

Mitchell Hurley

Arik Preis

Judge Lane

In re: Purdue Pharma LLP et al Case No. 19-23649(SHL)

(Jointly Administered)

Marshall Heubner, Mitchell Hurley, Arik Preis, and Judge Lane,

Please mail by United States Postal Service and Email me the Transcript of today's Hearing in the Bankruptcy Court of the Southern District of New York and the Opinion and Order of Judge Lane. I have not been receiving many of the Transcripts of Hearings by mail or Email that I have requested. Thank you,

Maria Ecke

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is inten