Michael Walker 17-A-3801
Creditor (Pro-se)

**Woodbourne Correctional Facility**
99 Prison Road PO. Box 1000
Woodbourne, New York 12788
SDU Sensorial Disability Unit
Housing unit D-2-**17**

**Via: Free Matter For The Blind Postage**
To: Chief Clerk of Court
US Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green NYC 10004-1408

**Commission For The Blind**
Registration # **179844**

Re: 19-23649 (SHL) ECF 7792

Dear Counsel :

I'm the legally blind (I/I) incarcerated individual and creditor in the above mentioned referenced matter, in that capacity . I write to the court based upon a failure to receive pro rata payments when meeting the necessary requirements confirmation Effective date Nov 2025 while actively voting (yes) ballot and PI administrators did not oppose late claim. See: ECF. [7792].

With this much in mind, I have taken the necessary steps in contacting PI. Trust Edgar C. Gentle has not responded to any of my notices concerning my status in receiving pro rata checks when notifying him to wire payments it has been (90) days since the Court has granted approval July 2 2026. I m requesting the Court to provide me information on my status.

Respectfully

[signature]

Michael Walker