Date 10/5/026

OCT 15 2026

From Mr Michael Walker 17B3801
Woodbourne C.F
99 Prison Road
PO Box 1000
Woodbourne New York
12788-1000
Housing unit D-2-17

To Hon. Sean H Lane

Re 19-23649 (SHL) [ECF NO. 7792]

Your Honor

I'am the legally Blind qualified individual, member of a particular class base belonging to the

1)

Commission for the Blind
Registration # 179849, I write
to you in the capacity of
the above mentioned Reference
matter, in that capacity
I'm seeking your special
attention concerning a failure
to receive funds based
above [ECF NO. 7792] VIA
confirmation NOV. 19 2025
coupled with, confirmation
by Trust administrator
it has been 90 days
since your Decision
order

I have Reached out
to PI Trustee Mr Edgar
C Gentle II (Trustee Opioid
Personal Injury Trust,
Address 501 Riverchase
Parkway Ste 100 Hoover
AL 35244, In which
I provide transfer to
Account by wiring funds
Nor have I receive
Any Response, has left
Me seeking your special
Attention In this matter
please confirm

Respectfully

X [signature]