UNITED STATES BANKRUPCY COURT

SOUTHERN DISTRICT OF NEW YORK

Purdue Pharma L.P.,st al. Chapter 11 Case

No. 19 -23649.

AMANDA MORALES

*PLANTIFF*

PURDUE PHARMA L.P., P.F. LABORATORIES, INC.,

PURDUE PHARMACEUTICALS L.P.,

PURDUE PHARMA TECHNOLOGIES, INC.,

and RHODES TECHNOLOGIES,

*DEFENDANTS*

**OBJECTION TO RICHARD SACKLERS MOTION TO RE ARGUE CONFIRAMTION PLAN STIPULATIONS**

Joss Sackler, the wife of former Purdue board member David Sackler, admitted deleting WhatsApp messages showing she was the intended recipient of a shipment of prescription drugs seized by US border agents in 2024. Sackler, who said she was addicted to opioids at the time, pleaded guilty to obstructing a federal grand jury investigation into the transaction.

A box containing the drugs from outside the country was seized by U.S. Customs and Border Protection at Miami International Airport in June 2024, triggering the probe by Homeland Security Investigations. That was the same month the Supreme

Court blocked a previous Purdue opioid settlement, ruling it would improperly shield the Sackler family from lawsuits.

Sackler, who has a Ph.D. in linguistics and launched a women's fashion brand in 2019, told federal officials she was the intended recipient of the drugs within days after learning of the investigation, according to her lawyer. She faces a maximum of 20 years in prison when sentenced in July, though federal sentencing guidelines will likely call for a more lenient punishment.

At the time agents seized the box of drugs meant for Sackler in June 2024, the US Supreme Court was about to issue a 5-4 decision that blocked a bankruptcy plan calling for the Sackler family to pay as much as $6 billion in exchange for a release from all current and future opioid-related lawsuits.

In May 2026, Joss Sackler pleaded guilty to one felony count of obstruction of justice in a Miami federal court. In August 2026, U.S. District Judge Kathleen Williams sentenced Joss Sackler to 9 months of home confinement with GPS monitoring. A court-ordered $25,000 fine, 250 hours of mandatory community service and compulsory participation in mental health counseling and substance abuse treatment.

The defense team highlighted the intense psychological toll and unique public scrutiny Sackler endured. They argued that because of her married surname, she received numerous death threats from a public furious over the opioid epidemic, despite the fact that she was never employed by Purdue Pharma. They contended that this extraordinary public hostility, combined with her severe physical pain, pushed her into a state of panic where she made "poor choices" under the influence of her addiction.

People in New Mexico where I live are dying. It's so bad that Bernalillo County declared it a state of emergency . Sacklers created this problem and need to comply with the obligations they agreed to. Why are they always the exception? The expectation for special treatment in every situation is unacceptable.

Bernalillo County, New Mexico has an estimated population of 665,021 residents. Bernalillo County accounts for nearly one-third of New Mexico's total population.

An average of six deaths a week means that roughly every 28 hours, another Bernalillo County resident loses their life to a fentanyl overdose. This baseline contributes directly to the county's devastating mortality rate of 54.1 overdose deaths per 100,000 residents—a figure that is more than double the national average (~23.1 per 100k).

On October 14, 2026, the Bernalillo County, New Mexico Board of County Commissioners unanimously passed a 5-0 resolution declaring a civil state of emergency over the escalating fentanyl crisis

The decision was prompted by severe local data showing that Bernalillo County leads the state in drug overdose deaths, averaging about six fentanyl-related deaths per week. While national overdose trends have begun to decline, New Mexico saw a nearly 30% surge from 2024 to 2025, with an additional 32% increase projected into late 2026.

Overdose trends highlight a widening gap between New Mexico and federal averages:

- **The National Trend:** Nationwide drug overdose deaths **decreased by nearly 35%** since the beginning of 2024, according to CDC data.
- **The New Mexico Trend:** Conversely, New Mexico experienced a **23% to 28% spike** in overdose deaths between 2023 and 2025, climbing from 775 to 967 annually. Projections into late 2026 indicate an additional **30% localized increase**.
- National Rank: As of late 2026, New Mexico ranks first in the United States for age-adjusted drug overdose death rates

Recent testing from northern and central New Mexico counties found batches contaminated with up to 20% pure fentanyl, meaning unsuspecting users face instant respiratory failure before their bodies can process the dosage.

New Mexico is one of only three states (alongside Arizona and Colorado) bucking the positive national trend. Instead of declining, New Mexico's overdose fatalities surged by over 10%, building on prior consecutive yearly climbs.

Federal health officials attribute the national decline heavily to the widespread, ubiquitous availability of the overdose antidote Naloxone (Narcan). While New Mexico has distributed thousands of doses, severe rural isolation and low treatment facility occupancy rates (only 21% to 50% in state-funded clinics) mean life-saving interventions are not reaching users quickly enough.

Living in New Mexico and seeing how the problem here is getting worse and not better is overwhelming. If the obligations the Sacklers agreed to are interfered with more people in my state will die. The problem is already really bad here as it is, if any stipulations of the plan are delayed or changed there will be more deaths and more suffering.

Amanda Morales

ajlare356@gmail.com

| National Rank | State / Jurisdiction | All-Drug Death Rate *(per 100k)* | Opioid-Specific Death Rate *(per 100k)* |
|---|---|---|---|
| **#1** | **New Mexico** | **46.5** | **33.9** *(Highest in US)* |
| **#2** | **Alaska** | **45.1** | **29.8** |
| **#3** | **West Virginia** | **39.2** | **28.6** |
| **#4** | **Arizona** *(Neighbor)* | **38.7** | **23.1** |
| **#10** | **Colorado** *(Neighbor)* | **28.5** | **17.2** |
| *N/A* | **United States** | **~23.1** | **13.1** |

**BERNALILLO COUNTY**
**BOARD OF COUNTY COMMISSIONERS**
**ADMINISTRATIVE RESOLUTION NO. 2026 109**

# A RESOLUTION DECLARING BERNALILLO COUNTY TO BE IN A STATE OF EMERGENCY AS A RESULT OF THE FENTANYL CRISIS

**WHEREAS,** pharmaceutical companies began aggressively marketing prescription opioids in the late 1990s. In New Mexico, manufacturers and major pharmacy chains flooded the state with massive quantities of prescription painkillers; and

**WHEREAS,** according to evidence presented in New Mexico's landmark opioid lawsuits, pharmaceutical distributors and retail pharmacies failed to monitor, report, or halt suspiciously large orders of opioids entering the state during this period; and

**WHEREAS,** as awareness of pill mills grew, tighter regulations were placed on traditional prescription opioids in the early 2010s. However, aggressive marketing for specialized, highly potent fentanyl formulations continued; and

**WHEREAS,** pharmaceutical companies targeted doctors to prescribe powerful, rapid-onset fentanyl medications (such as Subsys or Actiq)—which were strictly approved only for breakthrough cancer pain—for off-label uses like chronic back pain or migraines; and

**WHEREAS,** state lawsuits later revealed that between 2006 and 2019, pharmaceutical giants poured hundreds of millions of opioid pills and dosages into New Mexico communities, far exceeding what was medically necessary for the population; and

**WHEREAS,** the widespread overprescribing by the pharmaceutical industry directly fueled an addiction crisis. When state and federal crackdown finally restricted the supply of legal prescriptions in the mid-2010s, it created a massive demand for alternatives. Around 2014 to 2015, illicitly manufactured fentanyl (counterfeit pills and powder smuggled by cartels)

flooded the New Mexico market to fill the void, leading to the severe spike in overdose deaths seen today.

**WHEREAS,** the U.S. Drug Enforcement Administration (DEA) has come under investigation with allegations exposed government records detailing how federal agents permitted hundreds of thousands—and potentially millions—of counterfeit fentanyl pills to "walk" onto the streets of New Mexico between 2023 and 2025; and

**WHEREAS,** given New Mexico's history with the opioid crisis, this revelation has had a devastating, compounding impact on its residents; and

**WHEREAS,** whistleblower DEA Special Agent David Howell directly stated, “We poisoned our community to make cases”, warning that federal authorities intentionally left lethal drugs on the street that directly fed into local addictions and fatalities; and

**WHEREAS,** by allowing these shipments to proceed, the federal strategy effectively treated New Mexico communities as a testing ground for high-level operations, placing the burden of a lethal cartel supply chain directly onto local families and overextended municipal healthcare systems; and

**WHEREAS,** the timing of the DEA's operation directly correlates with New Mexico’s worsening numbers. Driven largely by fake pills and accidental exposures, New Mexico leads the United States in drug overdose deaths, experiencing a massive 23% to 28% spike in recent years while the national average has actually declined; and

**WHEREAS,** Bernalillo County consistently suffers the highest total number of drug overdose deaths in New Mexico; and

**WHEREAS,** in 2025, the rate of opioid overdose deaths in Bernalillo County was about six per week, according to the Santa Fe New Mexican and the New Mexico Department of Health Bureau of Vital Records and Health Statistics; and

**WHEREAS,** the Metropolitan Detention Center supports roughly 80 to 120 detoxing individuals daily; and

**WHEREAS,** Bernalillo County has taken measures to address the fentanyl crisis, including interventions to both prevent addiction and to offer help to people who are already addicted; and

**WHEREAS,** the escalating fentanyl crisis presents an unusual threat to the health and safety of the residents of the county and threatens to unreasonably strain the medical and emergency service resources available in the county.

**NOW, THEREFORE,** in consultation with the county manager and the director of emergency management, the Board finds and declares that the fentanyl crisis constitutes a civil emergency as contemplated in Chapter 22, Article III of the Bernalillo County Code; that the Emergency Management Powers set out therein are vested in the county manager; and that the civil emergency status is effective immediately and shall remain in effect until modified or terminated by the Board; and

**BE IT FURTHER RESOLVED,** the Board finds that the fentanyl crisis constitutes a disaster threatening widespread harm that is beyond local control and requires outside resources; and

**BE IT FURTHER RESOLVED,** the Board requests that a copy of this resolution be transmitted to all members of Bernalillo County's state and federal legislative delegations and to executive staff within the state administration, and further requests that a state of emergency

be proclaimed pursuant to the New Mexico All Hazard Emergency Management Act (NMSA 1978, Sections 12-10-1 to 12-10-10).

Done this 14th day of October 2026.

**BOARD OF COUNTY COMMISSIONERS**

Adriann Barboa, Chair

Frank A. Baca, Vice-Chair

Barbara Baca, Member

Walt Benson, Member

Eric C. Olivas, Member

BERNALILLO COUNTY COUNTY CLERK SEAL STATE OF NEW MEXICO

APPROVED AS TO FORM:

W. Ken Martinez, County Attorney

ATTEST:

Michelle S. Kavanaugh

Michelle S. Kavanaugh, County Clerk

New Mexico Department of Justice

October 14, 2026

Bernalillo County Board of County Commissioners
One Civic Plaza NW
Albuquerque, NM 87102

Dear Chair Barboa and Members of the Board of County Commissioners:

The New Mexico Department of Justice supports Bernalillo County's emergency declaration in response to the fentanyl crisis devastating communities across our state. Fentanyl continues to pose an extraordinary threat to public health and safety, claiming lives, harming families, and placing significant strain on local emergency services and law enforcement.

We share the concerns outlined in the proposed resolution, particularly regarding allegations that the U.S. Drug Enforcement Administration (DEA) knowingly permitted fentanyl pills to enter New Mexico communities. The New Mexico Department of Justice is actively investigating the DEA in connection with allegations involving fentanyl reaching our communities. These allegations raise serious questions about the protection of New Mexicans and the accountability of the federal agencies entrusted with safeguarding public health and safety. Our investigation is ongoing, and we are committed to following the facts wherever they lead.

The scale of this crisis demands urgent action and a coordinated response at every level of government. Local communities should not be left to shoulder the consequences of a crisis that threatens lives, overwhelms public resources, and extends beyond the capacity of any single jurisdiction to address alone. An emergency declaration can help elevate the urgency of this issue and underscore the need for additional state resources, assistance, and sustained collaboration.

The New Mexico Department of Justice remains committed to protecting New Mexicans, pursuing accountability where warranted, and supporting efforts to prevent fentanyl from reaching our communities. We appreciate Bernalillo County's leadership in confronting this crisis and urge a strong, coordinated response to protect the health, safety, and future of New Mexico families.

Sincerely,

Raúl Torrez
New Mexico Attorney General