**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 19-23649 (SHL)<br>(Jointly Administered) |

**NOTICE OF HEARING ON THE MOTION OF CERTAIN
THIRD-PARTY PAYORS FOR ALLOWANCE OF CLAIMS**

**PLEASE TAKE NOTICE** that a hearing on the Motion of Certain Third-Party Payors for Allowance of Claims (the "Motion") will be held on **November 18, 2026, at 11:00 a.m.** (prevailing Eastern Time), or as soon thereafter as counsel can be heard, before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), via Zoom videoconference unless otherwise ordered by the Court. Parties wishing to appear at or attend an omnibus hearing conducted via Zoom videoconference are required to register their appearance 24 hours in advance of such omnibus hearing at http://ecf.nysb.uscourts.gov/cgi-bin/nysbApperances.pl.

**PLEASE TAKE NOTICE** that any responses or objections to the Motion (the "Objections") must: (i) be made in writing; (ii) state with particularity the grounds therefore; (iii) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with proof of service, and two courtesy copies delivered to the Chambers of the Honorable Sean H. Lane, 300 Quarropas Street, White Plains, New York 10601; and (iv) to be served upon (a) Jennifer C. McEntee, Esquire, Ciardi Ciardi &

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent.

Astin, 1905 Spruce Street, Philadelphia, PA 19103 (jcranston@ciardilaw.com), Albert A. Ciardi, III, Esquire, Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103 (aciardi@ciardilaw.com); (b) co-counsel for the Certain TPPs, Donald E. Haviland, Esquire and William H. Platt, Esquire, Haviland Hughes, 124 South Maple Avenue, Suite 220, Ambler, PA 19002 (haviland@havilandhughes.com) and (platt@havilandhughes.com), so as to be received no later than **November 11, 2026 at 4:00 p.m.** (prevailing Eastern Time) (the "Objection Deadline").

Date: October 20, 2026

CIARDI CIARDI & ASTIN

***/s/ Jennifer C. McEntee***
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
aciardi@ciardilaw.com
jcranston@ciardilaw.com

-and-

Donald E. Haviland, Jr., Esq.
(*Pro hac vice pending*)
*haviland@havilandhughes.com*
William H. Platt II, Esq.
(*Pro hac vice pending*)
*platt@havilandhughes.com*
**HAVILAND HUGHES**
124 South Maple Ave., Suite 220
Ambler, Pennsylvania 19002
T: 215-609-4661

*Counsel for the Certain TPPs*