**Hearing Date and Time: November 18, 2026, at 11:00 a.m. (prevailing Eastern Time)**
**Response Date and Time: November 10, 2026, at 4:00 p.m. (prevailing Eastern Time)**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

*Co-Counsel to the Plan Administration Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** ***et al.*****,** | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF HEARING ON MOTION OF THE PLAN ADMINISTRATION TRUST FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO OBJECT TO AVRIO GENERAL UNSECURED CLAIMS, ADLON GENERAL UNSECURED CLAIMS, AND OTHER GENERAL UNSECURED CLAIMS**

**PLEASE TAKE NOTICE** that on October 27, 2026, the Plan Administration Trust (the "**PAT**") filed the *Motion of the Plan Administration Trust for Entry of an Order Extending the Deadline to Object to Avrio General Unsecured Claims, Adlon General Unsecured Claims, and Other General Unsecured Claims* (the "**Motion**"). A hearing on the Motion will be held on **November 18, 2026, at 11:00 a.m. (prevailing Eastern Time)** (the "**November Omnibus**

[1] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Hearing**") before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the deadline to file and serve any responses or objections to the Motion is **November 10, 2026, at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**"). Any responses or objections to the Motion must: (i) be in writing, (ii) comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (iii) be filed with the Bankruptcy Court so as to be received on or before the Objection Deadline, and (iv) be served on the following co-counsel to the PAT on or before the Objection Deadline: (a) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor, Wilmington, Delaware 19801, Attn: Robert J. Dehney, Sr. (rdehney@morrisnichols.com), Matthew B. Harvey (mharvey@morrisnichols.com), and Alexis L. Sullivan (asullivan@morrisnichols.com) and (b) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Abraham Bane (abraham.bane@davispolk.com) and Kevin L. Winiarski (kevin.winiarski@davispolk.com).

**PLEASE TAKE FURTHER NOTICE** that if no objections or responses to the Motion are timely filed and served, the PAT may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma/. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the November Omnibus Hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, via Zoom® videoconference unless otherwise ordered by the Court. Parties wishing to appear at, or attend, the November Omnibus Hearing via Zoom® videoconference are required to register their appearance 24 hours in advance of such omnibus hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: October 27, 2026
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Matthew B. Harvey*

1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan
Email: rdehney@morrisnichols.com
mharvey@morrisnichols.com
asullivan@morrisnichols.com

*Co-Counsel to the Plan Administration Trust*