MCDERMOTT WILL & SCHULTE LLP
Julia M. Winters
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400

KATTEN MUCHIN ROSENMAN LLP
Joshua S. Rubenstein
Bonnie Lynn Chmil
50 Rockefeller Plaza
New York, NY 10020
Telephone (212) 940-8800

*Co-Counsel for Frank S. Vellucci, Daniel S. Connolly and Rory Held, as Successor Co-Trustees of the Crystal Trust and the Data Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., et al.,** | **Case No. 19-23649 (SHL)** |
| **Plan Administration Trust.**[1] | **Jointly Administered** |

**MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 107(C) AUTHORIZING THE FILING OF CERTAIN INFORMATION UNDER SEAL IN CONNECTION WITH THE TRUSTEES' MOTION FOR CIVIL CONTEMPT AND TO VACATE THE GREENWICH PROPERTY**

Frank S. Vellucci, Daniel S. Connolly and Rory Held, in their capacities as trustees of certain trusts in the B-Side Payment Group 1 (collectively, the "Trustees"), file this *Motion for Entry of an Order Authorizing the Filing of Certain Information Under Seal in Connection with the Trustees' Motion for Civil Contempt and to Vacate the Greenwich Property* (the "Sealing

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, were as follows: Purdue Pharma L.P. (7484); Purdue Pharma, Inc. (7486); Purdue Transdermal Technologies L.P. (1868); Purdue Pharma Manufacturing L.P. (3821); Purdue Pharmaceuticals L.P. (0034; Imbrium Therapeutics L.P. (8810); Adlon Therapeutics L.P. (6745); Greenfield Bio Ventures L.P. (6150); Seven Seas Hill Corp. (4591); Ophir Green Corp. (4594); Purdue Pharma of Puerto Reco (3925); Purdue Products L.P. (4140); Purdue Pharmaceutical Products L.P. (3902); Purdue Neuroscience Company (4712); Nayatt Cove Lifescience Inc. (7805); Button Land L.P. (7502); Rhodes Associates L.P. (N/A); Paul Land Inc. (7425); Quidnick Land L.P. (7584); Rhodes Pharmaceuticals L.P. (6166); Rhodes Technologies (7143); UDF LP (0495); SVC Pharma LP (5717); and SVC Pharma Inc. (4014). The Debtors' corporate headquarters was located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Motion”), pursuant to sections 105(a) and 107(c) of the Bankruptcy Code, seeking entry of an order, in the form attached hereto as Exhibit A, for the purpose of filing under seal portions of the *Declaration of Frank S. Vellucci in Support of the Trustees' Motion for Civil Contempt and to Vacate the Greenwich Property* (the “Declaration”), and all exhibits attached thereto, in connection with the forthcoming *Trustees' Motion for Entry of an Order (I) Holding Richard S. Sackler and Lin Gao in Civil Contempt of the Confirmation Order, (II) Directing Them to Vacate the Greenwich Property, and (III) Granting Related Relief* (the “Contempt Motion”).

**RELIEF REQUESTED**

1. By this Motion, the Trustees request the entry of an order, pursuant to sections 105(a) and 107(c) of the Bankruptcy Code, (i) authorizing the Trustees to file under seal certain information protected under section 107(c) of the Bankruptcy Code (the “Sealed Material”) referenced in the Declaration and exhibits thereto, and (ii) directing that the Sealed Material remain under seal, remain confidential and not be made available to any third party absent authorization under an order from this Court. In accordance with Local Bankruptcy Rules and Chambers' Rules, the Trustees shall provide an unredacted copy of the Sealed Material to (i) counsel to the RSS Parties, (ii) counsel to the Purdue Master Disbursement Trust, and (iii) the Court and Clerk of Court.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested herein is sections 105(a) and 107(c) of the Bankruptcy Code.

## BASIS FOR RELIEF REQUESTED

6. Bankruptcy Code section 107 provides bankruptcy courts with the power to issue orders that will protect individuals or entities from potential harm resulting from the disclosure of confidential or sensitive information, including if disclosure "would create undue risk of identity theft or other unlawful injury to the individual or the individual's property." 11 U.S.C. 107(c)(1).

7. The Sealed Material includes, among other information, correspondence from the Trustees to the adult beneficiaries of the trust that owns the Greenwich Property, correspondence from the Trustees' real estate broker, and correspondence between counsel. The Sealed Material is limited to information within section 107(c). *See In re Endo Int'l plc*, 2022 WL 16640880, at *10 (Bankr. S.D.N.Y. Nov. 2, 2022).

8. The Sealed Material does not extend to the substance of the relief requested or the facts supporting it, which remain on the public docket. The Trustees believe that sufficient cause exists for the Court to grant the relief requested.

## NOTICE

9. Notice of this Motion will be provided to counsel to the RSS Parties and counsel to the Purdue Master Disbursement Trust. The Trustees respectfully submit that no further notice is required.

10. No prior request for the relief sought herein has been made by the Trustees to this or any other court.

*[Remainder of page intentionally left blank]*

WHEREFORE, for the foregoing reasons, the Trustees respectfully request that the Court grant the relief requested herein and such other and further relief as it deems just and proper.

Dated: New York, New York
November 5, 2026

MCDERMOTT WILL & SCHULTE LLP

By: *Julia M. Winters*
Julia M. Winters
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Email: jwinters@mcdermottlaw.com

-and-

KATTEN MUCHIN ROSENMAN LLP
Joshua S. Rubenstein
Bonnie Lynn Chmil
50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Email: joshua.rubenstein@katten.com
bonnie.chmil@katten.com

*Co-Counsel to Frank S. Vellucci, Daniel S. Connolly and Rory Held, as Successor Co-Trustees of the Crystal Trust and the Data Trust*