MCDERMOTT WILL & SCHULTE LLP
Julia M. Winters
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400

KATTEN MUCHIN ROSENMAN LLP
Joshua S. Rubenstein
Bonnie Lynn Chmil
50 Rockefeller Plaza
New York, NY 10020
Telephone (212) 940-8800

*Co-Counsel for Frank S. Vellucci, Daniel S. Connolly and Rory Held, as Successor Co-Trustees of the Crystal Trust and the Data Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., et al.,** | **Case No. 19-23649 (SHL)** |
| **Plan Administration Trust.**[1] | **Jointly Administered** |

# TRUSTEES' FIRST REQUEST FOR REIMBURSEMENT OF FEES AND EXPENSES RELATED TO RSS PARTIES' INTERFERENCE ACTIONS FOR THE PERIOD THROUGH AUGUST 31, 2026

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, were as follows: Purdue Pharma L.P. (7484); Purdue Pharma, Inc. (7486); Purdue Transdermal Technologies L.P. (1868); Purdue Pharma Manufacturing L.P. (3821); Purdue Pharmaceuticals L.P. (0034; Imbrium Therapeutics L.P. (8810); Adlon Therapeutics L.P. (6745); Greenfield Bio Ventures L.P. (6150); Seven Seas Hill Corp. (4591); Ophir Green Corp. (4594); Purdue Pharma of Puerto Reco (3925); Purdue Products L.P. (4140); Purdue Pharmaceutical Products L.P. (3902); Purdue Neuroscience Company (4712); Nayatt Cove Lifescience Inc. (7805); Button Land L.P. (7502); Rhodes Associates L.P. (N/A); Paul Land Inc. (7425); Quidnick Land L.P. (7584); Rhodes Pharmaceuticals L.P. (6166); Rhodes Technologies (7143); UDF LP (0495); SVC Pharma LP (5717); and SVC Pharma Inc. (4014). The Debtors' corporate headquarters was located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicants** | Frank S. Vellucci, Daniel S. Connolly and Rory Held, in their capacities as trustees of certain trusts in the B-Side Payment Group 1 |
| **Professionals that rendered professional services to the Applicants** | Katten Muchin Rosenman LLP<br>Hathaway & Kunz, LLP<br>Robinson & Cole LLP |
| **Date of Order Approving the Reimbursement of Fees and Expenses of the Applicants:** | Court's Modified Bench Ruling [D.I. 9639] and Order [D.I. 9590] |
| **Period for which compensation and reimbursement is sought** | Through and including August 31, 2026 |
| **Amount of reimbursement sought for fees** | $746,224.50 |
| **Amount of reimbursement sought for expenses** | $4,713.74 |
| **Total amount of reimbursement sought for fees and expenses** | $750,938.24 |

Pursuant to the Court's Bench Ruling [D.I. 9639] and Order [D.I. 9590] (the "Enforcement Order") granting the *Expedited Motion to Enforce the Confirmation Order* [D.I. 9189] (the "Motion to Enforce"),[2] filed by Frank S. Vellucci, Daniel S. Connolly and Rory Held, in their capacities as trustees of certain trusts in the B-Side Payment Group 1 (collectively, the "Trustees"), including the request of the Trustees for reimbursement of reasonable legal fees and expenses related to the Motion to Enforce and/or the Interference Actions from Richard S. Sackler and Lin Gao (the "RSS Parties") by submitting applications for reimbursement (each a "Fee Request") to this Court, the Trustees hereby submit this first Fee Request for reimbursement from the RSS Parties for the following legal fees and expenses related to the Motion to Enforce and/or Interference Actions for the period ending August 31, 2026:

[2] Capitalized terms used but not defined herein have the meaning ascribed to them in the Confirmation Order, the Motion to Enforce, or the Bench Ruling.

| **Professional** | **Fees** | **Expenses** | **Total** |
|---|---|---|---|
| Katten Muchin Rosenman LLP | $690,692.50 | $4,453.36 | $695,145.86 |
| Hathaway & Kunz, LLP | $39,020.00 | $260.38 | $39,280.38 |
| Robinson & Cole LLP | $ 16,512.00 | $0.00 | $ 16,512.00 |
| **TOTAL** | | | $750,938.24 |

**Itemization of Services Rendered by Professionals to the Applicants**

Annexed hereto as "**Exhibit B**" are the invoices of Katten Muchin Rosenman ("Katten"),[3] as counsel to the Trustees, which include time and expenses related to drafting and filing the Motion to Enforce, reviewing the Interference Actions, reviewing and responding to the RSS Parties' objections, conducting legal research, and discussing the implications and next steps in relation to the Motion to Enforce and/or the Interference Actions with the Trustees, Wyoming and Connecticut counsel and counsel to the Purdue Master Disbursement Trust ("MDT"). For the avoidance of doubt, the invoices in Exhibit B have been revised, as necessary, to redact any privileged and confidential information for a public filing.[4]

Annexed hereto as "**Exhibit C**" are the invoices of Hathaway & Kunz, LLP, as Wyoming counsel to the Trustees, which include time and expenses related to reviewing and responding to two of the Interference Actions: the RSS Parties' Motion for Remedy for breach in the State Court Litigation, and the Petition against Data LLC for an accounting and substantial distributions brought in the same state court, and coordinating with Katten on the Motion to Enforce. For the

[3] For the time period covered by this Fee Request, the undersigned was a partner at Katten.

[4] Any inadvertent disclosure of privileged information submitted in connection with this Fee Request shall not constitute a waiver of any applicable right, protection, or privilege.

avoidance of doubt, the invoices in Exhibit C have been revised, as necessary, to redact any privileged and confidential information for a public filing.

Annexed hereto as "**Exhibit D**" are the invoices of Robinson & Cole LLP, Connecticut counsel to the Trustees, which include time and expenses related to reviewing and responding to two of the Interference Actions: the RSS Parties' filing in the State of Connecticut of an affidavit purporting to provide notice of a judicial proceeding and recording of a *lis pendens* on 60 Field Point Circle (the "Greenwich Property"), that purported to provide notice of a new civil action against ARIT Investment Holdings LLC (a Shareholder Payment Party and Trust Pledgor) in order to cloud title to the Greenwich Property, and coordinating with Katten on the Motion to Enforce. For the avoidance of doubt, the invoices in Exhibit D have been revised, as necessary, to redact any privileged and confidential information for a public filing.

The Trustees reserve all rights to submit additional Fee Requests in accordance with the Enforcement Order and reserve all rights with respect to the RSS Parties' continuing violations of the Stipulation and the Confirmation Order.

**Notice**

The Trustees will provide notice of this Fee Request to the RSS Parties via ECF.

[*Remainder of page intentionally left blank*]

## Conclusion

WHEREFORE the Trustees respectfully request that the Court enter the proposed order attached hereto as **Exhibit A**, approving the Trustees' First Fee Request and directing the RSS Parties to reimburse the Trustees for the amount set forth herein within seven (7) days of the Court's approval thereof.

Dated: New York, New York
November 5, 2026

MCDERMOTT WILL & SCHULTE LLP

By: */s/ Julia M. Winters*
Julia M. Winters
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Email: jwinters@mcdermottlaw.com

-and-

KATTEN MUCHIN ROSENMAN LLP
Joshua S. Rubenstein
Bonnie Lynn Chmil
50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Email: joshua.rubenstein@katten.com
bonnie.chmil@katten.com

*Co-Counsel to Frank S. Vellucci, Daniel S. Connolly and Rory Held, as Successor Co-Trustees of the Crystal Trust and the Data Trust*