HERBERT SMITH FREEHILLS KRAMER (US) LLP
Kenneth H. Eckstein
Rachael Ringer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Purdue Master Disbursement Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
| Plan Administration Trust.[1] | : | (Jointly Administered) |

**FIRST FEE REQUEST OF THE PURDUE MASTER DISBURSEMENT TRUST FOR REIMBURSEMENT OF FEES AND COSTS RELATED TO THE MOTION TO ENFORCE THE CONFIRMATION ORDER FOR THE PERIOD THROUGH AUGUST 31, 2026**

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, were as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters were located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Purdue Master Disbursement Trust |
| **Professionals that rendered professional services to the Applicant** | Herbert Smith Freehills Kramer (US) LLP and FTI Consulting |
| **Date of Order Approving the Reimbursement of Fees and Costs of the Applicant:** | Court's Order [D.I. 9590] dated as of September 11, 2026 and Modified Bench Ruling [D.I. 9639] dated as of October 8, 2026 |
| **Period for which compensation and reimbursement is sought** | Through and including August 31, 2026 |
| **Amount of reimbursement sought for fees** | $524,336.00 |
| **Amount of reimbursement sought for expenses** | $315.65 |
| **Total amount of reimbursement sought for fees and expenses** | $524,651.65 |

Pursuant to this Court's Modified Bench Ruling [D.I. 9639] and Order [D.I. 9590] (the "Enforcement Order") granting the *Expedited Motion to Enforce the Confirmation Order* [D.I. 9189] (the "Motion to Enforce") filed by Frank S. Vellucci, Daniel S. Connolly and Rory Held, in their capacities as trustees of certain trusts in the Sackler B-Side Payment Group 1 (collectively, the "Trustees"), including the request of the Purdue Master Disbursement Trust (the "MDT" or the "Applicant") made in its *Statement in Response to Expedited Motion to Enforce Confirmation Order* [D.I. 9389] (the "MDT's Statement")[2] for reimbursement of reasonable legal fees and costs related to the Motion to Enforce from Richard S. Sackler and Lin Gao (the "RSS Parties"), consistent with the provisions of the Confirmation Order ¶ 33(j), by submitting applications for reimbursement (each a "Fee Request") to this Court, the MDT hereby submits this first Fee Request (the "MDT's First Fee Request") from the RSS Parties for the following legal fees and costs related to the Motion to Enforce for the period ending August 31, 2026:

[2] Capitalized terms used but not defined herein have the meaning ascribed to them in the Confirmation Order, the Motion to Enforce, or the MDT's Statement.

| Professional | Fees | Expenses | Total |
|---|---|---|---|
| Herbert Smith Freehills Kramer (US) LLP | $517,345.00 | $315.65 | $517,660.65 |
| FTI Consulting | $6,991.00 | 0 | $6,991.00 |
| **TOTAL** | $524,336.00 | $315.65 | $524,651.65 |

**Itemization of Services Rendered by Professionals to the Applicant**

Annexed hereto as "**Exhibit B**" are the time records of Herbert Smith Freehills Kramer (US) LLP, as counsel to the MDT, with a daily time log explaining the time spent by each attorney and other professional with respect to the Motion to Enforce, and an itemization of expenses in relation thereto. The time records include time relating to reviewing the Interference Actions, conducting legal research, reviewing and responding to the Motion to Enforce and the RSS Parties' objection, and discussing the implications and next steps in relation to the Motion to Enforce and/or the Interference Actions with the MDT. For the avoidance of doubt, the time entries reflected in Exhibit B have been (i) extracted from the MDT's invoices covering services rendered for the MDT, (ii) revised and/or redacted, as necessary, to eliminate any privileged and confidential information for a public filing, and (iii) where applicable, prorated to reflect portions of meetings where the Motion to Enforce and/or the Interference Actions were discussed.[3]

Annexed hereto as "**Exhibit C**" are the time records of FTI Consulting, as financial consultant to the MDT, with a daily time log explaining the time spent by each professional with respect to the Motion to Enforce, and an itemization of expenses in relation thereto. The same procedures described above were followed with respect to the submission of the FTI invoices.

[3] Any inadvertent disclosure of privileged information submitted in connection with this Fee Request shall not constitute a waiver of any applicable right, protection, or privilege.

The MDT reserves all rights to submit additional Fee Requests in accordance with the Enforcement Order and reserves all rights with respect to the RSS Parties' continuing violations of the Stipulation and the Confirmation Order.

## Notice

The Applicant will provide notice of this Fee Request to the RSS Parties via ECF.

## Conclusion

WHEREFORE the MDT respectfully requests that the Court enter the proposed order and judgment attached hereto as **Exhibit A**, approving the MDT's First Fee Request and directing the RSS Parties, jointly and severally, to reimburse the MDT for the amount set herein within seven (7) days of the Court's approval thereof.

Dated: New York, New York
November 6, 2026

Respectfully submitted,

By: */s/ Rachael Ringer*

Kenneth H. Eckstein
Rachael Ringer
**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Emails: Kenneth.Eckstein@hsfkramer.com
Rachael.Ringer@hsfkramer.com

*Attorneys for the Purdue Master Disbursement Trust*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **PURDUE PHARMA L.P., et al.,** | : | **Case No. 19-23649 (SHL)** **Jointly Administered** |
| **Plan Administration Trust.**[1] | : | |

**[PROPOSED] ORDER AND JUDGMENT APPROVING THE PURDUE MASTER DISBURSEMENT TRUST'S FIRST FEE REQUEST**

WHEREAS, on August 21, 2026, the Court issued a bench ruling on the *Expedited Motion to Enforce the Confirmation Order* (the "Motion to Enforce") filed by Frank S. Vellucci, Daniel S. Connolly and Rory Held, in their capacities as trustees of certain trusts in the Sackler B-Side Payment Group 1 (collectively, the "Trustees"); and

WHEREAS, on September 11, 2026, the Court entered an order (the "Enforcement Order") granting the Motion to Enforce, for the reasons set forth in the August 21 bench ruling and awarded reasonable attorneys' fees and costs related to the Motion to Enforce, to be reimbursed by Richard S. Sackler and Lin Gao (the "RSS Parties"); and

WHEREAS, on October 8, 2026, the Court docketed its *Modified Bench Ruling Granting the Side B Trustee's Motion to Enforce the Confirmation Order* [D.I. 9639]; and

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, were as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters were located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

WHEREAS, in accordance with paragraph 4 of the Enforcement Order, the Purdue Master Disbursement Trust (the "Applicant" or the "MDT") submitted its First Fee Request on November 6, 2026 (the "MDT's First Fee Request"), in the total amount of $524,651.65, which reflects the fees and costs of the MDT related to the Motion to Enforce through August 31, 2026; and

WHEREAS, the Court has reviewed the description attached to the MDT's First Fee Request and finds that the fees and costs requested are reasonable in light of the facts and circumstances of these proceedings.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**[2]

1. The MDT's First Fee Request is approved and an order and judgment is issued in favor of the MDT against each of the RSS Parties, jointly and severally, in the amount of $524,651.65 (the "MDT's First Fee Amount") on account of the fees and costs of the MDT related to the Motion to Enforce through and including August 31, 2026.

2. The RSS Parties are required, directed, and ordered to pay to the MDT the MDT's First Fee Amount within seven (7) days of this Order, which the RSS Parties shall be jointly and severally liable to pay.

3. The MDT may request payment of additional fees and costs by further motion or application, including in connection with, but not limited to, any fees incurred due to any of the RSS Parties' continued non-compliance with this Court's decisions, judgments and orders, and

[2] The findings and conclusions set forth in this Order incorporate and adopt, as if fully set forth herein, this Court's modified bench ruling issued on October 8, 2026 [D.I. 9639].

nothing herein shall be construed as a finding or determination that the MDT is entitled only to the amounts set forth in the MDT's First Fee Request or this Order and Judgment.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order and Judgment.

White Plains, New York
Dated: November __, 2026

______________________________________
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

**Detail of Time Entries**

**Charges Posted for May 1, 2026 through August 31, 2026 Regarding the RSS Motion to Enforce**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/2026 | Daniels, Elan | Email correspondence with RSS counsel regarding [redacted] (.2); review [redacted] and email correspondence with HSF Kramer team regarding same (.7). | 0.90 | 1,530.00 |
| 05/07/2026 | Pollack, Andrew | Analysis re: [redacted] (1.5). | 1.50 | 2,550.00 |
| 05/08/2026 | Eckstein, Kenneth H. | Calls with S. Gilbert, E. Daniels, A. Virmani re R. Sackler Wyoming filings (1.2); review pleadings, Wyoming stipulation (1.0), correspond re same (.3); follow up corr with E. Daniels re next steps (.2). | 2.70 | 6,615.00 |
| 05/08/2026 | Daniels, Elan | Call with HSF Kramer team, S. Gilbert regarding RSS issues (1.2); review RSS materials (1.3). | 2.50 | 4,250.00 |
| 05/08/2026 | Virmani, Ashish | Prep for (0.4) and attend call w/S. Gilbert, K. Eckstein, E. Daniels re Wyoming litigation issues (1.2); analyze motion filed in Wyoming court (0.9); analyze new complaint filed in Wyoming court (1.3); draft letter re same (1.2). | 5.00 | 7,775.00 |
| 05/10/2026 | Eckstein, Kenneth H. | Review R. Sackler Wyoming pleadings, prepare comments re same (1.4); call with F. Vellucci, E. Daniels (0.8); correspond with S. Gilbert, R. Ringer, E. Daniels re observations and next steps (0.8). | 3.00 | 7,350.00 |
| 05/10/2026 | Daniels, Elan | Call with F. Vellucci, K. Eckstein regarding RSS issues (0.8); email correspondence with HSF Kramer regarding RSS issues (0.4). | 1.20 | 2,040.00 |
| 05/10/2026 | Virmani, Ashish | Further analyze pleadings filed in Wyoming court, plan, confirmation order, MSA, Annex G to MSA and related documents (1.9); further revise letter [redacted] re same (2.4); corr w/E. Daniels re same (0.2). | 4.50 | 6,997.50 |
| 05/11/2026 | Eckstein, Kenneth H. | Review RSS motions in Wyoming, comment re same, correspond re same (1.6). | 1.60 | 3,920.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/11/2026 | Daniels, Elan | Email correspondence with HSF Kramer team, MDT trustees, F. Vellucci regarding RSS issues (1.8). | 1.80 | 3,060.00 |
| 05/11/2026 | Virmani, Ashish | Revise letter [redacted] (1.1); detailed corr w/HSF Kramer team re same (0.3); corr w/Katten re call to discuss next steps re RSS filings (0.2). | 1.60 | 2,488.00 |
| 05/12/2026 | Eckstein, Kenneth H. | Review RSS pleading, outline comments (.8); call with J. Winters (Katten) re pleadings, next steps (1.2); correspond with R. Ringer, S. Gilbert re same (.6); call w/ E. Daniels re next steps (.4). | 3.00 | 7,350.00 |
| 05/12/2026 | Ringer, Rachael L. | Call with HSF Kramer team re: updates on Richard issues, prep for MDT meeting re same (.9). | 0.90 | 1,782.00 |
| 05/12/2026 | Daniels, Elan | Call with Katten, HSF Kramer regarding RSS issues (1.2); call with K. Eckstein regarding same (.4). | 1.60 | 2,720.00 |
| 05/12/2026 | Virmani, Ashish | Prep for (0.3) and attend call w/J. Winters (Katten) re Wyoming litigation (1.2); draft note on Wyoming litigation issues (0.8); corr w/E. Daniels re same (0.3). | 2.60 | 4,043.00 |
| 05/13/2026 | Fisher, David J. | Attend call with Trustees and MDT Advisory Council ("TAC") (portion attributable to discussing issues re motion to enforce RSS Parties) (0.4). | 0.40 | 892.00 |
| 05/13/2026 | Eckstein, Kenneth H. | Attend weekly call with MDT (portion attributable to discussing issues re motion to enforce RSS Parties) (.1); attend call with Trustees and TAC (portion attributable to discussing issues re motion to enforce RSS Parties) (.4); review draft pleading from Katten, comment re same, correspond with J. Winters (1.1). | 1.60 | 3,920.00 |
| 05/13/2026 | Ringer, Rachael L. | Attend call with MDT trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.1), attend call with Trustees and TAC (portion attributable to discussing issues re motion to enforce RSS Parties) (.4). | 0.50 | 990.00 |
| 05/13/2026 | Daniels, Elan | Attend call with MDT trustees, TAC, FTI and HSF Kramer teams (portion attributable to discussing issues re motion to enforce RSS Parties) (x2) (.5); review stipulation, Wyoming pleadings, | 4.20 | 7,140.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | confirmation order, Annex G and MSA prepare [redacted] (2.6); review and revise RSS motion response and email correspondence with HSF Kramer team regarding same (1.1). | | |
| 05/13/2026 | Pollack, Andrew | Attend call w/clients (portion attributable to discussing issues re motion to enforce RSS Parties) (.1). | 0.10 | 170.00 |
| 05/13/2026 | Taub, Jeffrey | Attend call with Trustees discussing RSS Parties' litigation (0.1); and attend call with Trustees and TAC (portion attributable to discussing issues re motion to enforce RSS Parties) (0.4). | 0.50 | 850.00 |
| 05/13/2026 | Virmani, Ashish | Attend call with Trustees and TAC (portion attributable to discussing issues re motion to enforce RSS Parties) (.4); corr w/HSF Kramer litigation team re motion to enforce (0.3); | 0.70 | 1,088.50 |
| 05/14/2026 | Ringer, Rachael L. | Coordinate with K. Eckstein/Katten re: motion to enforce (.3). | 0.30 | 594.00 |
| 05/14/2026 | Eckstein, Kenneth H. | Review correspondence and documents re motion to enforce confirmation; review draft response and comment re same (1.8). | 1.80 | 4,410.00 |
| 05/14/2026 | Daniels, Elan | Email correspondence with Katten, A. Penachio regarding RSS issues (.7); email correspondence with HSF Kramer team additional outline of RSS issues for response (.6); calls with A. Virmani re same (.3). | 1.60 | 2,720.00 |
| 05/14/2026 | Levine, Zachary | Draft brief in response to motion to enforce against Richard Sackler (3.4); call with A. Virmani re same (.5). | 3.90 | 4,836.00 |
| 05/14/2026 | Virmani, Ashish | Calls (x2) w/E. Daniels re response to motion to enforce (0.3); multiple corr w/HSF Kramer team re same (0.4); call w/Z. Levine re same (0.5); disc/corr w/A. Pollack re same (0.3). | 1.50 | 2,332.50 |
| 05/15/2026 | Eckstein, Kenneth H. | Review draft response, comment (.8); call with [redacted] re same (.5); call with HSF Kramer team re same (.5). | 1.80 | 4,410.00 |
| 05/15/2026 | Ringer, Rachael L. | Call with HSF Kramer team re: motion to enforce (.5), review/revise [redacted] (.8). | 1.30 | 2,574.00 |
| 05/15/2026 | Blabey, Jr., David E. | Call with E. Daniels re response to RSS parties' Wyoming and Connecticut actions | 1.80 | 3,258.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | (.3); review and edit pleading responding to same (1.5). | | |
| 05/15/2026 | Daniels, Elan | Review and revise RSS pleading and email correspondence with HSF Kramer team regarding same (2.3); call with HSF Kramer team regarding same (.5); call with A. Virmani re same (.2); call with D. Blabey re Wyoming litigation (.3); email correspondence with HSF Kramer, MDT trustees regarding next steps re same (.3); review and revise [redacted] and email correspondence to MDT trustees regarding same (.7). | 4.30 | 7,310.00 |
| 05/15/2026 | Pollack, Andrew | Review documents re: motion to enforce (2.1); analysis re: same (1.1). | 3.20 | 5,440.00 |
| 05/15/2026 | Levine, Zachary | Revise statement in response to motion to enforce against RSS. | 4.00 | 4,960.00 |
| 05/15/2026 | Virmani, Ashish | Corr w/MDT Trustees and TAC re motion to enforce confirmation order (0.4); analyze various filings re motion to enforce, motion to seal, motion to expedite (1.3); corr w/HSF Kramer team re various filings (0.4); attend call w/HSF Kramer team re motion to enforce (0.5); corr w/J. Sharret (0.1), A. Pollack (0.1) and call w/J. Averbach re motion to enforce and litigation issues (0.3); corr w/J. Averbach re same (0.4); attend call w/E. Daniels re response to motion to enforce (0.2); corr w/Z. Levine re same (0.1). | 3.80 | 5,909.00 |
| 05/17/2026 | Daniels, Elan | Email correspondence with Z. Levine regarding RSS response, sealing issue (.8). | 0.80 | 1,360.00 |
| 05/17/2026 | Levine, Zachary | Correspondence with HSF Kramer team regarding statement in support of motion to enforce against RSS. | 0.20 | 248.00 |
| 05/18/2026 | Eckstein, Kenneth H. | Review materials and correspondence re Wyoming litigation and motion to enforce (1.5); internal call re same litigation issues (.6); call with DPW re sealing, schedule (.5); call with J. Winters re motion to enforce, MDT position (.4), call with F. Vellucci (.4). | 3.40 | 8,330.00 |
| 05/18/2026 | Fisher, David J. | Review RSS matters, review emails from E. Daniels re RSS issues. | 0.60 | 1,338.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/18/2026 | Ringer, Rachael L. | Revise statement in response to motion to enforce (1.2), coordinate with team re: confidentiality issues (.3), call with DPW/Katten re: confidentiality issues (.5), emails with HSF Kramer team re: same (.4), further review and revise RSS pleading (.7), call re: RSS Wyoming (.6). | 3.70 | 7,326.00 |
| 05/18/2026 | Daniels, Elan | Email correspondence with HSF Kramer regarding RSS issues (.4); call with HSF Kramer team regarding RSS issues (.6); call with HSF, DPW and Katten regarding RSS issues (.5); email correspondence with HSF Kramer team regarding [redacted] (1.2); review and revise [redacted] and email correspondence with HSF Kramer regarding same (2.4); email correspondence with A. Penachio, Milbank regarding open RSS issues (.4). | 5.50 | 9,350.00 |
| 05/18/2026 | Pollack, Andrew | Corr and conf w/HSFK team re: RSS Wyoming litigation (.5); analysis re: [redacted] for motion to enforce (2.1). | 2.60 | 4,420.00 |
| 05/18/2026 | Virmani, Ashish | Review pleadings re motion to enforce (0.3), research [redacted] (1.1) and corr w/HSF Kramer team re same (0.4); prep for (0.2) and attend call w/case parties re same (0.5); corr w/Z. Levine re same (0.1); call w/HSF Kramer team re RSS litigation issues (0.6); analyze [redacted] (0.9); analyze revised response to motion to enforce (0.5); corr w/HSF Kramer team re same (0.2); draft response to RSS counsel re confidentiality issues (0.7); review response to motion to enforce filed by Richard Sackler (0.5); multiple corr w/Z. Levine re RSS litigation issues (0.4). | 6.40 | 9,952.00 |
| 05/18/2026 | Levine, Zachary | Revise draft statement in response to motion to enforce against RSS. | 1.90 | 2,356.00 |
| 05/19/2026 | Blabey, Jr., David E. | Edits to statement in support of RSS-related motion. | 1.30 | 2,353.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/19/2026 | Ringer, Rachael L. | Attend call with MDT Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.2); revise RSS motion response (.8), call with K. Eckstein (x2) re: same (.5), coordinate re: sealing issues (.6), further edits to RSS pleading, emails with trustees re: motion to enforce, draft email [redacted] (.9), call with E. Vonnegut re: hearing (.1). | 3.10 | 6,138.00 |
| 05/19/2026 | Fisher, David J. | Attend call with Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (0.2); review [redacted] (0.4); discussions with B. Primm re same (0.3). | 0.90 | 2,007.00 |
| 05/19/2026 | Rosenbaum, Jordan | Attend call with Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.2). | 0.20 | 396.00 |
| 05/19/2026 | Eckstein, Kenneth H. | Attend call with MDT Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.2); call with F. Vellucci re RSS motion (.4); call with J. Winters (motion to enforce) (.8); review MDT pleading, revise (1.6); calls w/ R. Ringer (.5); corr with R. Ringer, E. Daniels re sealing, hearing, pleading (.6); call with A. Penachio re all issues (.7); follow up email re same (.3). | 5.10 | 12,495.00 |
| 05/19/2026 | Daniels, Elan | Review RSS correspondence and email correspondence with HSF Kramer team regarding same (.3); review and revise MDT statement in response to motion to enforce confirmation order and email correspondence with HSF Kramer regarding same (1.9); attend call with MDT trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.2); call with HSF Kramer team regarding MDT statement in response to motion to enforce confirmation order (.5); follow up corr with K. Eckstein and R. Ringer re same (.4). | 3.30 | 5,610.00 |
| 05/19/2026 | Pollack, Andrew | Corr w/Z. Levine re: case status and next steps (.3); further revisions to responsive pleading to motion to enforce based on | 4.90 | 8,330.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | comments received from HSF Kramer team (1.1); call w/A. Virmani re same (.2); research re: motion to enforce response (1.2); conf w/HSF Kramer team re: motion filing (.5); further revisions to pleading to incorporate comments from HSF Kramer team (1.6). | | |
| 05/19/2026 | Virmani, Ashish | Revise corr to RSS counsel (0.2) and corr w/HSF Kramer team re same (0.1); multiple corr w/DPW re same (0.3); call w/A. Pollack re litigation issues (0.2) and corr w/A. Pollack re same (0.3); corr w/Z. Levine re litigation issues (0.2); attend call with MDT Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (0.2); attend call w/Sackler counsel re litigation issues (0.7); review revised statement in support of motion to enforce (0.5); corr w/HSF Kramer team re same (0.2); corr w/R. Ringer and HSF Kramer team re Wyoming litigation stipulation (0.3). | 3.20 | 4,976.00 |
| 05/19/2026 | Perez, Cecilia F. | Incorporate D. Blabey's and E. Daniel's edits in MDT's response to Sackler Party expedited motion (0.5); corr w/A. Pollack re: same (0.2); proofread same (0.6). | 1.30 | 1,209.00 |
| 05/19/2026 | Perez, Cecilia F. | Attend call w/ HSF Kramer team re: MDT's response to Sackler Party's expedited motion. | 0.50 | 465.00 |
| 05/19/2026 | Primm, Brian | Prepare draft [redacted] (1.3) and discussions with D. Fisher re same (0.3); review of settlement docs re same (2.6). | 4.20 | 5,670.00 |
| 05/19/2026 | Kane, Wendy | Corr with Z. Levine re statement in response to RSS motion (0.1). | 0.10 | 68.00 |
| 05/20/2026 | Blabey, Jr., David E. | Review edits to and related emails re statement in support of RSS-related motion. | 0.40 | 724.00 |
| 05/20/2026 | Fisher, David J. | Review/ comment/ revise [redacted] (0.5); calls with B. Primm re same (0.3); review MSA, applicable CSA (RSS); and Annex D (1.0); review comments from E. Daniels (.3). | 2.10 | 4,683.00 |
| 05/20/2026 | Eckstein, Kenneth H. | Call with A. Penachio re hearing issues (.6); call with J. Winters re motion and hearing issues (.5); corr w/ R. Ringer re | 4.70 | 11,515.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | hearing (.2); review talking points, comment (.3); prep for (.3) and attend omnibus hearing re Trustee enforcement motion (1.6); call w/ R. Ringer and J. Winters re next steps (.5); review revised MDT response, comment (.7). | | |
| 05/20/2026 | Ringer, Rachael L. | Attend hearing re: RSS motion to enforce (1.6), call with FTI (.4), call with J. Winters re: next steps on motion to enforce (.5). | 2.50 | 4,950.00 |
| 05/20/2026 | Daniels, Elan | Review and revise RSS response and email correspondence with HSF Kramer team regarding same (.8); attend portion of hearing regarding RSS issues (.9); review MSA and revise [redacted] and email correspondence with HSF Kramer regarding same (.8). | 2.50 | 4,250.00 |
| 05/20/2026 | Pollack, Andrew | Attend portion of omnibus hearing (.9); corr w/HSF Kramer team re: same (.4); revisions to statement in response to expedited RSS motion based on occurrences at hearing (.8); corr w/HSF Kramer team re: same (.2). | 2.30 | 3,910.00 |
| 05/20/2026 | Virmani, Ashish | Research re [redacted] (0.7); draft note for R. Ringer re same (0.5); prep for (0.3) and attend hearing in Bankruptcy Court (1.6); draft email to Sackler counsel for immediate compliance (0.4); review corr from Sackler counsel re compliance w/Bankruptcy Court order (0.4). | 3.90 | 6,064.50 |
| 05/20/2026 | Perez, Cecilia F. | Corr w/A. Pollack re: draft MDT response to Sackler Party's expedited motion (0.1). | 0.10 | 93.00 |
| 05/20/2026 | Perez, Cecilia F. | Incorporate comments from E. Daniels and D. Blabey into MDT Response to Sackler party's expedited motion (0.6). | 0.60 | 558.00 |
| 05/20/2026 | Primm, Brian | Prepare revised [redacted] (1.6); and correspondence with HSF Kramer team re same (0.3); calls with D. Fisher re same (0.3). | 2.20 | 2,970.00 |
| 05/21/2026 | Eckstein, Kenneth H. | Call and correspond with case parties re RSS motion to enforce (.8). | 0.80 | 1,960.00 |
| 05/21/2026 | Fisher, David J. | Review and discuss comments on [redacted] and multiple | 0.80 | 1,784.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | communications with B. Primm re same (0.8). | | |
| 05/21/2026 | Ringer, Rachael L. | Emails with A. Penachio re: confi issues (.3). | 0.30 | 594.00 |
| 05/21/2026 | Virmani, Ashish | Review motion to enforce (0.6); multiple corr w/C. Perez re litigation issues (0.3); multiple corr w/A. Pollack, Z. Levine re litigation issues (0.4). | 1.30 | 2,021.50 |
| 05/21/2026 | Primm, Brian | Prepare revised [redacted]. | 2.80 | 3,780.00 |
| 05/22/2026 | Fisher, David J. | Review [redacted] (0.3); review MSA and CSA provisions related to same (0.4); calls and emails with B. Primm re same (0.3); emails to Daniels re same (0.2). | 1.20 | 2,676.00 |
| 05/22/2026 | Daniels, Elan | Email correspondence with Milbank, A. Penachio, HSF Kramer regarding RSS open items, [redacted], next steps (.5). | 0.50 | 850.00 |
| 05/22/2026 | Primm, Brian | Call and correspondence with D. Fisher re [redacted] (0.3); edits to same (1.4). | 1.70 | 2,295.00 |
| 05/26/2026 | Eckstein, Kenneth H. | Call and review correspondence re MDT meeting, motion to enforce, Sackler docs (1.0); corr with E. Daniels re [redacted], next steps (.4); call with R. Ringer re next steps (.5); corr with [redacted] re RSS mediation issues, enforcement issues (.5). | 2.40 | 5,880.00 |
| 05/27/2026 | Eckstein, Kenneth H. | Call with J. Winters, R. Ringer re motion to enforce, scheduling, next steps (.8). | 0.80 | 1,960.00 |
| 05/27/2026 | Ringer, Rachael L. | Review issues re: motion to enforce, discuss same with J. Winters and K. Eckstein (.8). | 0.80 | 1,584.00 |
| 05/28/2026 | Eckstein, Kenneth H. | Follow up with HSF Kramer team re RSS briefing and next steps (.5). | 0.50 | 1,225.00 |
| 05/29/2026 | Eckstein, Kenneth H. | Call with [redacted] re RSS and related issues (.8). | 0.80 | 1,960.00 |
| 05/29/2026 | Daniels, Elan | Email correspondence with A. Penachio and Milbank regarding RSS issues (.2). | 0.20 | 340.00 |
| 06/01/2026 | Eckstein, Kenneth H. | Correspond re RSS litigation, call and correspond re same (.8). | 0.80 | 1,960.00 |
| 06/01/2026 | Virmani, Ashish | Multiple corr w/HSF Kramer team re response to motion to enforce (0.3). | 0.30 | 466.50 |
| 06/03/2026 | Pollack, Andrew | Corr w/Z. Levine re: RSS pleading (.3). | 0.30 | 510.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/04/2026 | Ringer, Rachael L. | Review issues re: [redacted] RSS complaint, review press re: same (.3), emails with MDT Trustees and HSF Kramer team re: same and status (.3), review/comment on email re: implications of [redacted], emails with HSFK team re: same (.4), emails with HSF Kramer team re: sending to DPW and Trustees (.2). | 1.20 | 2,376.00 |
| 06/04/2026 | Virmani, Ashish | Review State Court docket (0.3); analyze same (0.9); research re same (0.5); call w/E. Daniels re same (0.2); draft detailed update re same (0.7); revise same (0.6); multiple corr re same (0.5); corr w/MDT and TAC re same (0.3). | 4.00 | 6,220.00 |
| 06/08/2026 | Eckstein, Kenneth H. | Call with A. Penachio, Barry, Michelle re RSS litigation and issues (.8); coordinate with R. Ringer re follow up issues (.4). | 1.20 | 2,940.00 |
| 06/09/2026 | Eckstein, Kenneth H. | Call with R. Ringer re case issues (.3); attend call with MDT Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.3); follow up corr with HSF Kramer team re same (.2). | 0.80 | 1,960.00 |
| 06/09/2026 | Ringer, Rachael L. | Call with HSF Kramer team and Sacklers re: Sackler issues (.5), call with K. Eckstein re status (.3); attend call with MDT Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.3). | 1.10 | 2,178.00 |
| 06/09/2026 | Daniels, Elan | Attend call with MDT Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.3); email correspondence with R. Ringer regarding RSS issues (.5). | 0.80 | 1,360.00 |
| 06/09/2026 | Pollack, Andrew | Attend call with MDT Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.3). | 0.30 | 510.00 |
| 06/09/2026 | Virmani, Ashish | Corr w/MDT Trustees re corr w/Sacklers and their advisors (0.3); attend call w/ MDT trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (0.3). | 0.60 | 933.00 |
| 06/10/2026 | Blabey, Jr., David E. | Edit response to motion to enforce plan. | 2.40 | 4,344.00 |
| 06/10/2026 | Virmani, Ashish | Corr w/D. Blabey re response to motion to enforce (0.1); call w/Z. Levine, A. Pollack re revisions to response to objection to | 0.70 | 1,088.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | motion to enforce (0.2); review response to objection to motion to enforce (0.4). | | |
| 06/11/2026 | Ringer, Rachael L. | Review email re: enforcement of confirmation order/release (.4). | 0.40 | 792.00 |
| 06/12/2026 | Eckstein, Kenneth H. | Review materials re motion to enforce order; call and correspond re same | 1.60 | 3,920.00 |
| 06/14/2026 | Eckstein, Kenneth H. | Review correspondence with Sackler counsel (.3); call with Frank V. (.7); follow up re same (.3). | 1.30 | 3,185.00 |
| 06/15/2026 | Eckstein, Kenneth H. | Coordinate with R. Ringer re FV call and correspondence (.5); review RSS pleading, comment and correspond re same (.8). | 1.30 | 3,185.00 |
| 06/15/2026 | Daniels, Elan | Review RSS supplementation response and email correspondence with HSF Kramer regarding same (.7). | 0.70 | 1,190.00 |
| 06/15/2026 | Levine, Zachary | Revisions to statement in response to motion to enforce pursuant to comments by D. Blabey. | 0.90 | 1,116.00 |
| 06/15/2026 | Averbach, Joshua | Edit motion to enforce confirmation order. | 0.30 | 279.00 |
| 06/15/2026 | Virmani, Ashish | Analyze supplemental objection from RSS parties (0.8); corr w/E. Daniels re same (0.2). | 1.00 | 1,555.00 |
| 06/16/2026 | Ringer, Rachael L. | Review RSS pleading re: motion to enforce, emails with HSFK team re: same (.7), attend call with trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.3); call with Frank V. re: Sackler issues (.5), follow up call with K. Eckstein re RSS litigation issues (.3). | 1.80 | 3,564.00 |
| 06/16/2026 | Eckstein, Kenneth H. | Attend call with MDT Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.3); call with Frank V. re ROR, RSS pleading (.5); call with Rachael Ringer re RSS pleading (.3). | 1.10 | 2,695.00 |
| 06/16/2026 | Rosenbaum, Jordan | Attend call with MDT trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (0.3). | 0.30 | 594.00 |
| 06/16/2026 | Daniels, Elan | Review RSS supplemental objection email correspondence with HSF Kramer team regarding same (.6); attend call with MDT Trustees re (portion attributable to discussing issues re motion to enforce RSS Parties) (.3); review plan/trust agreements and email correspondence with Z. Levine | 2.80 | 4,760.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding RSS objection issues (1.1); review and revise RSS response and email correspondence with HSF Kramer regarding same (.8). | | |
| 06/16/2026 | Levine, Zachary | Review supplemental objection and provide analysis to team. | 0.70 | 868.00 |
| 06/16/2026 | Virmani, Ashish | Attend call with MDT Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (0.3). | 0.30 | 466.50 |
| 06/16/2026 | Perez, Cecilia F. | Review E. Daniels' email re: Sackler party objection and share relevant trust documents (0.2). | 0.20 | 186.00 |
| 06/16/2026 | Perez, Cecilia F. | Review motion to enforce Confirmation Order and associated briefing schedule. | 0.20 | 186.00 |
| 06/16/2026 | Levine, Zachary | Revisions to statement in response to motion to enforce in light of supplemental objection and pursuant to comments from R. Ringer and E. Daniels. | 1.40 | 1,736.00 |
| 06/18/2026 | Ringer, Rachael L. | Review RSS pleading, comment (.8), call with J Winters re: RSS pleading (.8). | 1.60 | 3,168.00 |
| 06/18/2026 | Blabey, Jr., David E. | Edit response to Richard Sackler parties' opposition to plan enforcement motion. | 0.40 | 724.00 |
| 06/18/2026 | Eckstein, Kenneth H. | Review and revise pleading responding to RSS motion (1.1), corr R. Ringer re same (.2); call with J. Winters re trust pleading and issues (.8). | 2.10 | 5,145.00 |
| 06/18/2026 | Levine, Zachary | Corr. with HSF Kramer team re response to motion to enforce. | 0.10 | 124.00 |
| 06/18/2026 | Perez, Cecilia F. | Corr w/ E. Daniels re: B-side (RSS) open items (0.2); draft follow-up email re same (0.1). | 0.30 | 279.00 |
| 06/18/2026 | Averbach, Joshua | Revise brief re plan enforcement. | 0.30 | 279.00 |
| 06/19/2026 | Eckstein, Kenneth H. | Review draft pleading re RSS motion, comment re same (1.3); correspond with R. Ringer (.4), J. Winters (.3) re same. | 2.00 | 4,900.00 |
| 06/19/2026 | Ringer, Rachael L. | Review/comment on MDT statement in response to motion to enforce (1.9), emails with HSF Kramer team re: same (.6), respond to questions from K. Eckstein re: same (.3). | 2.80 | 5,544.00 |
| 06/19/2026 | Daniels, Elan | Review RSS response (.3). | 0.30 | 510.00 |
| 06/19/2026 | Levine, Zachary | Revisions to response to motion to enforce pursuant to comments from R. Ringer. | 2.20 | 2,728.00 |
| 06/20/2026 | Ringer, Rachael L. | Review/finalize draft Motion to Enforce response (.5), coordinate with HSF Kramer | 0.90 | 1,782.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | team re: same, coordinate with Trustees re: same (.4). | | |
| 06/23/2026 | Ringer, Rachael L. | Attend call with MDT trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.4), corr with K. Eckstein re: same (.1), review/comment on final response re: motion to enforce, review trustee motion to enforce (1.7), coordinate with trustees re: motion to enforce (.6). | 2.80 | 5,544.00 |
| 06/23/2026 | Eckstein, Kenneth H. | Attend call with MDT trustees call (portion attributable to discussing issues re motion to enforce RSS Parties) (.4); correspond with J. Winters (.3); review revised pleadings re RSS motion, comment (.8). | 1.50 | 3,675.00 |
| 06/23/2026 | Daniels, Elan | Attend call with MDT trustees, FTI and HSF Kramer (portion attributable to discussing issues re motion to enforce RSS Parties) (.4). | 0.40 | 680.00 |
| 06/23/2026 | Virmani, Ashish | Attend call with MDT Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (0.4); review final response to motion to enforce (0.8); multiple corr w/HSF Kramer team re finalizing and filing same (0.4). | 1.60 | 2,488.00 |
| 06/23/2026 | Levine, Zachary | Review and finalize Statement in Support (4.6); corr with HSF Kramer team re same (0.4); coordinate filing of same (0.2). | 5.20 | 6,448.00 |
| 06/23/2026 | Averbach, Joshua | Fact check motion to enforce confirmation order. | 1.50 | 1,395.00 |
| 06/23/2026 | Averbach, Joshua | Circulate documents related to fact check of motion to enforce confirmation order. | 0.20 | 186.00 |
| 06/23/2026 | Averbach, Joshua | Correspond with Z. Levine regarding fact check of motion to enforce confirmation order. | 0.10 | 93.00 |
| 06/23/2026 | Kane, Wendy | Corr with Z. Levine re statement in response to motion to enforce confirmation order (0.1); review same and prepare statement for filing (0.4); corr with A. Virmani and Z. Levine re service (0.2); file and serve same (0.5). | 1.20 | 816.00 |
| 06/24/2026 | Eckstein, Kenneth H. | Review pleadings re RSS motion to enforce confirmation; o/c re same (1.2). | 1.20 | 2,940.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/24/2026 | Virmani, Ashish | Corr w/MDT and TAC re filings re motion to enforce (0.2). | 0.20 | 311.00 |
| 06/25/2026 | Eckstein, Kenneth H. | Correspond with HSF Kramer team re hearing on motion to enforce confirmation order (.3), review pleadings re same (.5); call with R. Ringer re same (.6). | 1.40 | 3,430.00 |
| 06/25/2026 | Ringer, Rachael L. | Call with Sackler parties rep (.5), call with K. Eckstein re motion to enforce and open issues (.6). | 1.10 | 2,178.00 |
| 06/25/2026 | Virmani, Ashish | Review pleadings for hearing on motion to enforce (0.8); corr w/HSF Kramer team re prep for hearing (0.2). | 1.00 | 1,555.00 |
| 06/25/2026 | Perez, Cecilia F. | Multiple corr w/ HSF Kramer team hearing re: motion to enforce confirmation order against RSS parties (0.3). | 0.30 | 279.00 |
| 06/25/2026 | Kane, Wendy | Corr with A. Virmani and Z. Levine re hearing on motion to enforce confirmation order (0.2); call to chambers re same (0.1); obtain related pleadings and prepare binders re same (1.1). | 1.40 | 952.00 |
| 06/26/2026 | Ringer, Rachael L. | Review and prep for enforcement hearing (1.0). | 1.00 | 1,980.00 |
| 06/28/2026 | Ringer, Rachael L. | Prep for MDT enforcement hearing including review of documents (1.5), prepare talking points (1.3). | 2.80 | 5,544.00 |
| 06/28/2026 | Perez, Cecilia F. | Review Confirmation Order [redacted] (0.4); review settlement stipulation and pull relevant provisions (0.5). | 0.90 | 837.00 |
| 06/28/2026 | Virmani, Ashish | Corr w/C. Perez re upcoming hearing (0.4); draft note (0.6) and corr w/R. Ringer re same (0.2); corr w/J. Winters re upcoming hearing (0.2); corr w/W. Kane re same (0.2). | 1.60 | 2,488.00 |
| 06/29/2026 | Ringer, Rachael L. | Call with K. Eckstein re: hearing prep (.4), prep talking points (1.6), call with J Winters re: prep for hearing (.2), further review/revise talking points, review documents (1.0), attend hearing (2.2), follow-up call with HSF Kramer team re: same (.5), additional pre-call with K. Eckstein re: same (.3), follow-up call with J. Winters (.4), prep for MDT call, coordinate re: agenda (.6), further emails with HSF Kramer team re: same (.5). | 7.70 | 15,246.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/29/2026 | Eckstein, Kenneth H. | Call with R. Ringer re hearing prep (.4); review talking points, comment (.7); attend hearing re motion to compel enforcement of confirmation order (2.2); follow up with R. Ringer (.3), follow up with HSF Kramer team (.5); call with J. Winters, R. Ringer (.4). | 4.50 | 11,025.00 |
| 06/29/2026 | Blabey, Jr., David E. | Revise talking points/prep for (1.3) and attend portions of hearing on RSS motion (1.1). | 2.40 | 4,344.00 |
| 06/29/2026 | Daniels, Elan | Prepare for (.4) and attend RSS motion to enforce the confirmation order hearing (2.2); call with HSF Kramer team regarding hearing (.5). | 3.10 | 5,270.00 |
| 06/29/2026 | Pollack, Andrew | Review corr re: Trustee's motion to enforce (.2). | 0.20 | 340.00 |
| 06/29/2026 | Perez, Cecilia F. | Draft summary of hearing for MDT Trustees. | 1.80 | 1,674.00 |
| 06/29/2026 | Virmani, Ashish | Corr w/MDT Trustees re hearing (0.2); attend hearing re motion to enforce (2.2); attend debrief call w/HSF Kramer team re same (0.5); corr w/C. Perez re same (0.3); multiple corr w/J. Winters re hearing on motion to enforce (0.4); corr w/W. Kane re same (0.2); detailed corr w/HSF Kramer team re hearing on motion to enforce (0.8); detailed corr w/TAC and Trustees re hearing on motion to enforce (0.6). | 5.20 | 8,086.00 |
| 06/29/2026 | Perez, Cecilia F. | Attend hearing re: motion to enforce (2.2); corr with HSF Kramer team re same (0.2). | 2.40 | 2,232.00 |
| 06/30/2026 | Ringer, Rachael L. | Review/comment on lengthy email re: MDT status updates (.7), call with A. Virmani, A. Pollack and E. Daniels re: same (.5); attend call with MDT/TAC (portion attributable to discussing issues re motion to enforce RSS Parties) (0.4). | 1.60 | 3,168.00 |
| 06/30/2026 | Eckstein, Kenneth H. | Calls and correspond re motion to enforce confirmation, next steps (1.2); call with MDT Trustees/TAC (portion attributable to discussing issues re motion to enforce RSS Parties) (0.4); correspond with Frank Vellucci re case issues (.4). | 2.00 | 4,900.00 |
| 06/30/2026 | Daniels, Elan | Call with HSF Kramer team regarding next steps (.5); call with MDT trustees, TAC (portion attributable to discussing | 0.90 | 1,530.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | issues re motion to enforce RSS Parties) (0.4). | | |
| 06/30/2026 | Virmani, Ashish | Attend call w/TAC and MDT Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (0.4). | 0.40 | 622.00 |
| 07/02/2026 | Eckstein, Kenneth H. | Call with Frank V. re follow up to court hearing, potential next steps (.8). | 0.80 | 1,960.00 |
| 07/02/2026 | Virmani, Ashish | Review transcript of hearing on motion to enforce (0.8); corr w/Katten re same (0.2); | 1.00 | 1,555.00 |
| 07/07/2026 | Eckstein, Kenneth H. | Call with A. Penachio and R. Ringer re next steps (.8); review documents (.6), c/w R. Ringer re same (.2). | 1.60 | 3,920.00 |
| 07/07/2026 | Ringer, Rachael L. | Call with A. Penachio and K. Eckstein re: Sackler updates (.8). | 0.80 | 1,584.00 |
| 07/22/2026 | Virmani, Ashish | Corr w/J. Winters re motion to enjoin RSS Parties (0.2) | 0.20 | 311.00 |
| 07/23/2026 | Daniels, Elan | Review RSS revised documents and email correspondence with Milbank, HSF Kramer regarding same (.7). | 0.70 | 1,190.00 |
| 07/30/2026 | Virmani, Ashish | Corr w/E. Daniels re updates on motion to enforce (0.2). | 0.20 | 311.00 |
| 08/07/2026 | Eckstein, Kenneth H. | Correspond with A. Virmani, J. Winters re court ruling; correspond with E. Daniels re same (.4). | 0.40 | 980.00 |
| 08/11/2026 | Eckstein, Kenneth H. | Attend call with MDT trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.3); attend call with MDT/TAC (portion attributable to discussing issues re motion to enforce RSS Parties) (.3). | 0.60 | 1,470.00 |
| 08/11/2026 | Ringer, Rachael L. | Attend call with MDT Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.3), attend call with TAC (portion attributable to discussing issues re motion to enforce RSS Parties) (.3). | 0.60 | 1,188.00 |
| 08/11/2026 | Daniels, Elan | Attend call with MDT trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (.3); attend call with MDT, TAC and HSF Kramer (portion attributable to discussing issues re motion to enforce RSS Parties) (.3). | 0.60 | 1,020.00 |
| 08/11/2026 | Perez, Cecilia F. | Attend call with MDT and TAC (portion attributable to discussing issues re motion to enforce RSS Parties) (0.3). | 0.30 | 279.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/11/2026 | Virmani, Ashish | Attend call with Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (0.3); attend call with TAC and MDT Trustees (portion attributable to discussing issues re motion to enforce RSS Parties) (0.3). | 0.60 | 933.00 |
| 08/18/2026 | Virmani, Ashish | Multiple corr w/W. Kane re hearing on motion to enforce (0.6). | 0.60 | 933.00 |
| 08/20/2026 | Kane, Wendy | Corr with R. Ringer, A. Virmani and chambers re bench ruling on motion to enforce. | 0.20 | 136.00 |
| 08/21/2026 | Ringer, Rachael L. | Attend hearing re: bench ruling (.9), follow-up call with J. Winters re: same (.2), review summary for clients re: same, emails with clients re: same (.4). | 1.50 | 2,970.00 |
| 08/21/2026 | Eckstein, Kenneth H. | Attend bench ruling on motion to enforce (1.0); correspond with F. Vellucci, A. Virmani, R. Ringer re same (.7). | 1.70 | 4,165.00 |
| 08/21/2026 | Perez, Cecilia F. | Attend bench ruling re: motion to enforce (0.9); circulate notes from same internally along with a cover email with key takeaways (0.1); draft a summary of the bench ruling for clients (2.6); review A. Virmani's comments to same and circulate to broader internal group (0.2); circulate note to MDT Trustees (0.1). | 3.90 | 3,627.00 |
| 08/21/2026 | Virmani, Ashish | Attend hearing re motion to enforce (0.9); corr w/K. Eckstein re same (0.2); corr w/J. Winters re hearing (0.3); revise update re hearing (0.9). | 2.30 | 3,576.50 |
| 08/21/2026 | Kane, Wendy | Corr with chambers and A. Virmani re bench ruling. | 0.10 | 68.00 |
| 08/24/2026 | Kane, Wendy | Corr with A. Virmani and court reporter re transcript from bench ruling. | 0.10 | 68.00 |
| 08/25/2026 | Eckstein, Kenneth H. | Call with R. Ringer re RSS court decision and next steps (.4). | 0.40 | 980.00 |
| 08/25/2026 | Ringer, Rachael L. | Call with K. Eckstein re: RSS decision and open issues (.4). | 0.40 | 792.00 |
| 08/26/2026 | Virmani, Ashish | Review transcript from hearing on motion to enforce (0.5) and corr w/J. Winters re same (0.2). | 0.70 | 1,088.50 |
| 08/26/2026 | Kane, Wendy | Distribute transcript from bench ruling on motion to enforce to HSF Kramer team. | 0.20 | 136.00 |
| 08/27/2026 | Ringer, Rachael L. | Attend portion of call with Katten/F. Vellucci re: bench ruling (.6). | 0.60 | 1,188.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/27/2026 | Eckstein, Kenneth H. | Call with F. Vellucci, J. Winters, R. Ringer re follow up to RSS court ruling, next steps (.9); review draft order, comment (.4). | 1.30 | 3,185.00 |
| 08/27/2026 | Daniels, Elan | Call with B1 trustees, Katten and HSF Kramer regarding bench ruling, next steps (.9); email correspondence with R. Ringer regarding same (.2). | 1.10 | 1,870.00 |
| **TOTAL** | | | **288.00** | **$517,345.00** |

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Westlaw Online Research | $315.65 |

# EXHIBIT C

**PURDUE PHARMA L.P., ET AL.**

## Description of the Work Performed by FTI Consulting with respect to the RSS Motion to Enforce

**PURDUE PHARMA L.P., ET AL.**

**Summary of Hours by Professional**
**Charges Posted for May 1, 2026 through August 31, 2026 Regarding the RSS Motion to Enforce**

| Name | Position | Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Diaz | Senior Managing Director | $ 1,495 | 1.4 | $ 2,093.00 |
| Brian Bromberg | Managing Director | 1,195 | 2.0 | 2,390.00 |
| Michael Gray | Director | 1,045 | 2.4 | 2,508.00 |
| **Total** | | | **5.8** | **$ 6,991.00** |

**PURDUE PHARMA L.P., ET AL.**
**Detail of Time Entries**
**Charges Posted for May 1, 2026 through August 31, 2026 Regarding the RSS Motion to Enforce**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 5/13/2026 | Brian Bromberg | 0.1 | Portion of call with MDT Trustees to discuss RSS Parties litigation. |
| 5/13/2026 | Michael Gray | 0.1 | Portion of call with MDT Trustees to discuss RSS Parties litigation. |
| 5/13/2026 | Brian Bromberg | 0.4 | Portion of call with MDT Trustees and MDT Advisory Council ("TAC") to discuss RSS Parties litigation. |
| 5/13/2026 | Michael Gray | 0.4 | Portion of call with MDT Trustees and TAC to discuss RSS Parties litigation. |
| 5/19/2026 | Brian Bromberg | 0.2 | Portion of call with MDT Trustees to discuss RSS Parties litigation. |
| 5/19/2026 | Michael Gray | 0.2 | Portion of call with MDT Trustees to discuss RSS Parties litigation. |
| 6/9/2026 | Matthew Diaz | 0.3 | Portion of call with MDT Trustees to discuss RSS Parties litigation. |
| 6/9/2026 | Brian Bromberg | 0.3 | Portion of call with MDT Trustees to discuss RSS Parties litigation. |
| 6/9/2026 | Michael Gray | 0.3 | Portion of call with MDT Trustees to discuss RSS Parties litigation. |
| 6/16/2026 | Matthew Diaz | 0.3 | Portion of call with MDT Trustees to discuss RSS Parties litigation. |
| 6/16/2026 | Michael Gray | 0.3 | Portion of call with MDT Trustees to discuss RSS Parties litigation. |
| 6/23/2026 | Matthew Diaz | 0.4 | Portion of call with MDT Trustees to discuss RSS Parties litigation. |
| 6/23/2026 | Brian Bromberg | 0.4 | Portion of call with MDT Trustees to discuss RSS Parties litigation. |
| 6/23/2026 | Michael Gray | 0.4 | Portion of call with MDT Trustees to discuss RSS Parties litigation. |
| 6/30/2026 | Matthew Diaz | 0.4 | Portion of call with MDT Trustees and TAC to discuss RSS Parties litigation. |
| 6/30/2026 | Michael Gray | 0.4 | Portion of call with MDT Trustees and TAC to discuss RSS Parties litigation. |
| 8/11/2026 | Brian Bromberg | 0.3 | Portion of call with MDT Trustees to discuss RSS Parties litigation. |
| 8/11/2026 | Brian Bromberg | 0.3 | Portion of call with MDT Trustees and TAC to discuss RSS Parties litigation. |
| 8/11/2026 | Michael Gray | 0.3 | Portion of call with MDT Trustees and TAC to discuss RSS Parties litigation. |
| **Total** | | **5.8** | |