**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 19-23649 (SHL)<br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF THE HEARING ON THE**
**MOTION OF CERTAIN THIRD-PARTY PAYORS FOR ALLOWANCE OF CLAIMS**

**PLEASE TAKE NOTICE** that on September 21, 2026, Certain Third-Party Payors (“**TPPs**”) filed a Motion for Allowance of Claims (the “**Motion**”) at D.I. 9604 and subsequently filed a Notice of Hearing on the Motion at D.I. 9651 to be held on November 18, 2026.

**PLEASE TAKE NOTICE** that the hearing on the Motion of Certain Third-Party Payors for Allowance of Claims (the “Motion”) has been adjourned, with the consent of all interested parties, until the next scheduled omnibus hearing date of **December 10, 2026, at 11:00 a.m.** (prevailing Eastern Time), or as soon thereafter as counsel can be heard, before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the “Bankruptcy Court”), via Zoom videoconference unless otherwise ordered by the Court. Parties wishing to appear at or attend an omnibus hearing conducted via Zoom videoconference are required to register their appearance 24 hours in advance of such omnibus hearing at http://ecf.nysb.uscourts.gov/cgi-bin/nysbApperances.pl.

**PLEASE TAKE NOTICE** that the date for any responses or objections to the Motion (the “Objections”) must: (i) be made in writing; (ii) state with particularity the grounds therefore;

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors’ claims and noticing agent.

(iii) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with proof of service, and two courtesy copies delivered to the Chambers of the Honorable Sean H. Lane, 300 Quarropas Street, White Plains, New York 10601; and (iv) to be served upon (a) Jennifer C. McEntee, Esquire, Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103 (jcranston@ciardilaw.com), Albert A. Ciardi, III, Esquire, Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103 (aciardi@ciardilaw.com); (b) co-counsel for the Certain TPPs, Donald E. Haviland, Esquire and William H. Platt, Esquire, Haviland Hughes, 124 South Maple Avenue, Suite 220, Ambler, PA 19002 (haviland@havilandhughes.com) and (platt@havilandhughes.com), has been extended so as to be received no later than **December 3, 2026 at 4:00 p.m.** (prevailing Eastern Time) (the "Objection Deadline").

Date: November 6, 2026

CIARDI CIARDI & ASTIN

***/s/ Jennifer C. McEntee***
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
aciardi@ciardilaw.com
jcranston@ciardilaw.com
-and-
Donald E. Haviland, Jr., Esq.
(*Pro hac vice pending*)
*haviland@havilandhughes.com*
William H. Platt II, Esq.
(*Pro hac vice pending*)
*platt@havilandhughes.com*
**HAVILAND HUGHES**
124 South Maple Ave., Suite 220
Ambler, Pennsylvania 19002
T: 215-609-4661
*Counsel for the Certain TPPs*