**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** ***et al.*****,** | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**ORDER GRANTING TWENTIETH INTERIM AND FINAL FEE APPLICATION OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, ESQUIRE, FOR THE INTERIM PERIOD FROM MAY 1, 2026 THROUGH JULY 31, 2026 AND THE FINAL PERIOD FROM APRIL 8, 2020 THROUGH JULY 31, 2026**

Upon consideration of the application **[ECF No. 9585] [SHL]** (the "**Application**") filed by Bielli & Klauder, LLC ("**BK**" or the "**Applicant**") identified on **Schedule A** and **Schedule B** (collectively, the "**Schedules**"), pursuant to sections 327, 328, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking final allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred (a) from May 1, 2026 through July 31, 2026 (the "**20th Fee Period**"); and (b) from April 8, 2020 through July 31, 2026 (the "**Final Fee Period**") in connection therewith; and BK having received no objection to the allowance and payment of the Applicant's fees and expenses in the amounts set forth on

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Schedule A** hereto under the column headings “Fees Allowed for Twentieth Fee Application” and “Expenses Allowed for Twentieth Fee Application”; and the total amount of the Applicant's fees and expenses sought for the 20th Fee Period, together with the amounts previously allowed on an interim basis pursuant to all prior Applications, being set forth on **Schedule B** hereto; and due and proper notice having been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2) and the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529], and it appearing that no other or further notice need be provided; and a hearing having been held on October 7, 2026 to consider the Application (the “**Hearing**”) and all objections to the Application or the relief granted herein not otherwise withdrawn or resolved having been overruled; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and this matter being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of all of the proceedings had before the Court; and good and sufficient cause appearing for the relief granted hereby,

IT IS HEREBY ORDERED THAT:

1. The Application is granted on a final basis as set forth on Schedule A and Schedule B hereto.

2. The Plan Administration Trust is authorized and directed to pay to the Applicant, from funds held in the Professional Fee Escrow Account (as defined in the *Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [ECF No. 8233]), the fees and expenses approved by this Order and set forth in the Schedules, less any

amounts previously paid to such Applicant during these chapter 11 cases on account of such fees and expenses.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: November 9, 2026
White Plains, New York

***/s/ Sean H. Lane***
CHIEF UNITED STATES BANKRUPTCY JUDGE

## Schedule A

### Twentieth Fee Applications: May 1, 2026 through July 31, 2026

**Case No: 19-23649 (SHL)**
**Case Name: In re Purdue Pharma L.P., *et al.***

| Applicant | Fees Requested on Twentieth Fee Application | Expenses Requested on Twentieth Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Twentieth Fee Application | Expenses Allowed for Twentieth Fee Application |
|---|---|---|---|---|---|---|
| Bielli & Klauder, LLC | $165,000.00 | $0.00 | $0.00 | $0.00 | $165,000.00 | $0.00 |

DATE ON WHICH ORDER WAS SIGNED: November 9, 2026 INITIALS: *SHL* CHIEF USBJ

# <u>Schedule B</u>

## Twentieth Fee Applications: April 8, 2020 through July 31, 2026

**<u>Case No:</u> 19-23649 (SHL)**
**<u>Case Name:</u> In re Purdue Pharma L.P., *et al.***

| Applicant | Total Fees Requested | Total Fees Paid | Total Expenses Requested | Total Expenses Paid |
|---|---|---|---|---|
| Bielli & Klauder, LLC | $4,153,375.00 | $3,988,375.00 | $0.00 | $0.00 |

DATE ON WHICH ORDER WAS SIGNED: November 9, 2026 INITIALS: *<u>SHL</u>* CHIEF USBJ