MCDERMOTT WILL & SCHULTE LLP
Julia M. Winters
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400

KATTEN MUCHIN ROSENMAN LLP
Joshua S. Rubenstein
Bonnie Lynn Chmil
50 Rockefeller Plaza
New York, NY 10020
Telephone (212) 940-8800

*Co-Counsel for Frank S. Vellucci, Daniel S. Connolly and Rory Held, as Successor Co-Trustees of the Crystal Trust and the Data Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., et al.,** | **Case No. 19-23649 (SHL)** |
| **Plan Administration Trust.**[1] | **Jointly Administered** |

**NOTICE OF HEARING ON THE TRUSTEES' MOTION FOR CIVIL CONTEMPT AND TO VACATE THE GREENWICH PROPERTY**

**PLEASE TAKE NOTICE** that on November 5, 2026, Frank S. Vellucci, Daniel S. Connolly and Rory Held, in their capacities as trustees of certain trusts in the B-Side Payment Group 1 (collectively, the "Trustees"), filed the *Trustees' Motion for Entry of an Order (I) Holding Richard S. Sackler and Lin Gao in Civil Contempt of the Confirmation Order, (II) Directing Them to Vacate the Greenwich Property, and (III) Granting Related Relief* [Docket No. 9695] (the "Contempt Motion"). A hearing on the Contempt Motion will be held on **November 30, 2026, at**

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, were as follows: Purdue Pharma L.P. (7484); Purdue Pharma, Inc. (7486); Purdue Transdermal Technologies L.P. (1868); Purdue Pharma Manufacturing L.P. (3821); Purdue Pharmaceuticals L.P. (0034; Imbrium Therapeutics L.P. (8810); Adlon Therapeutics L.P. (6745); Greenfield Bio Ventures L.P. (6150); Seven Seas Hill Corp. (4591); Ophir Green Corp. (4594); Purdue Pharma of Puerto Reco (3925); Purdue Products L.P. (4140); Purdue Pharmaceutical Products L.P. (3902); Purdue Neuroscience Company (4712); Nayatt Cove Lifescience Inc. (7805); Button Land L.P. (7502); Rhodes Associates L.P. (N/A); Paul Land Inc. (7425); Quidnick Land L.P. (7584); Rhodes Pharmaceuticals L.P. (6166); Rhodes Technologies (7143); UDF LP (0495); SVC Pharma LP (5717); and SVC Pharma Inc. (4014). The Debtors' corporate headquarters was located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**11:00 a.m. (prevailing Eastern Time)** (the "Hearing") before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9006-1(c), the deadline to file and serve any responses or objection to the Contempt Motion is **November 23, 2026, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"). Any response or objections to the Contempt Motion must: (i) be in writing, (ii) comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (iii) be filed with the Bankruptcy Court so as to be received on or before the Objection Deadline, and (iv) be served on the following co-counsel to the Trustees on or before the Objection Deadline: (a) McDermott Will & Schulte LLP, One Vanderbilt Avenue, New York, New York 10017, Attn: Julia M. Winters (jwinters@mcdermottlaw.com) and (b) Katten Muchin Rosenman LLP, 50 Rockefeller Plaza, New York, New York 10020, Attn: Joshua S. Rubenstein (joshua.rubenstein@katten.com) and Bonnie Lynn Chmil (bonnie.chmil@katten.com).

Dated: November 9, 2026
New York, New York

MCDERMOTT WILL & SCHULTE LLP

By: */s/ Julia M. Winters*
Julia M. Winters
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Email: jwinters@mcdermottlaw.com

-and-

KATTEN MUCHIN ROSENMAN LLP
Joshua S. Rubenstein
Bonnie Lynn Chmil

50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Email: joshua.rubenstein@katten.com
bonnie.chmil@katten.com

*Co-Counsel to Frank S. Vellucci, Daniel S. Connolly and Rory Held, as Successor Co-Trustees of the Crystal Trust and the Data Trust*