Michael Walker 17-A-3801
Creditor (Pro-se)

**Woodbourne Correctional Facility**
99 Prison Road PO. Box 1000
Woodbourne, New York 12788
SDU Sensorial Disability Unit
Housing unit D-2-**17**

NOV - 6 2026

Date: 10/21/2026

**AMEND. LETTER MOT.**

**Via: Free Matter For The Blind Postage**
To: The Hon. Sean H. Lane
US Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green NYC 10004-1408

**Commission For The Blind**
Registration # **179844**

Re: 19-23649 (SHL) ECF :7792

Your Honor:

I'm the legally blind (I/I) incarcerated individual (*Creditor*) in the above mentioned referenced matter, in that capacity. In the interest of justice I write this notice of communication seeking immediate transparency based upon a failure in receiving (pro-rata) payments after in good faith participating in ballot voting (***yes***) thereafter filing necessary HippA medical forms instructed by ("PI. Trust") Mr. Edgar C. Gentle 111 resulting in being recommended to proceed in entitlement not excluding defendants counsel (Maria Christina Ricarle's) not opposing ("Notice to file Late Claim"). See dkt. # [7792].

In light of the full record, I have repeatedly reached out the *Mr. Edgar C. Gentle Trustee Opioid Personal injury Trust 501 Riverchase parkway Ste.# 100 Hoover AL. 35244.* These requests also provided certified mail receipts also notarized notices providing bank routing number in order to transfer (pro-rata) payments directly into account. (no avail).

In addition, I was under the impression that the Court would notified me concerning the procedure in payment coupled with (PI. Trustee) Mr Gentle that has not been the case. I also was under the assumption that payment procedural will take, (90) days after your Decision/Order filed on, (July 2. 2026) in which I waited patiently. Looking at these delays and failure to be informed has place me in a position in contacting the Court directly when Confirmation Order provides immediate enforcement (*peace does not last in the valley of Effective date*) Nov. 18 2025 delays have for the most part frustrated, impaired me when failing to provide me payment base upon failing to adhere to obligations set fourth in agreement under plan instead undermined the validity, enforceability of plan entered by you on, (Nov. 18 2025) Eighteenth Amended Joint plan Reorganization Purdue Pharma 675B.R 632 Bankr. SDNY 2025.

Please confirm my status concerning your recent Decision/ Order (July 2 2026)

**Creditor thanks the Court for its time and consideration in this matter.**

Respectfully

Michael Walker (*Pro-se*)