**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FILED
U.S. BANKRUPTCY COURT
2026 NOV -9 P 4: 17
S.D. OF N.Y.

**In re:**

**PURDUE PHARMA L.P., et al.,**

***Debtors.***

**Chapter 11**
**Case No. 19-23649 (SHL)**
**Claim No. 614545**

## NOTICE OF NON-RESPONSE BY PURDUE TPI TRUST AND REQUEST FOR JUDICIAL INTERVENTION TO SCHEDULE HEARING ON EMERGENCY MOTION

**TO THE HONORABLE SEAN H. LANE, UNITED STATES BANKRUPTCY JUDGE:**

Movant, **Shawn R. Ward**, appearing *pro se*, respectfully submits this Notice of Non-Response and Request for Judicial Intervention to formally notify the Court of a total breakdown in administrative procedures regarding the pending **Emergency Motion to Compel Administrative Reinstatement** (Claim No. 614545), and states as follows:

### I. BACKGROUND AND PROCEDURAL HISTORY

1. On **June 12, 2026**, Movant served a copy of the Emergency Motion packet on the Purdue Pharma Tort Personal Injury Trust (the "TPI Trust") via email (*countrychick2908@gmail.com*). The TPI Trust acknowledged receipt by attempting to send alternative internal forms, which Movant timely answered on June 25, 2026, noting that the required forms were already fully incorporated as Exhibit B in the active court filing.

2. On **July 6, 2026**, Movant contacted the Court Clerk's office to secure a hearing date. Court Clerk Sarah Rosenthal initially indicated that a callback would occur within days to schedule the emergency hearing.

3. On **July 20, 2026**, Movant officially dispatched the comprehensive physical hard copy filing packet—including the Chambers Escalation Sheet, Latent Database Error Addendum, Sworn Supplemental Affidavit of Evidence, and Affidavit of Service—to this Court and the United States Trustee via USPS Priority Mail (Tracking No. **9589 0710 5270 0006 3004 91**).

### II. CURRENT DEADLOCK AND BASIS FOR REQUIRING INTERVENTION

4. Despite complete service and delivery of these emergency materials over two months ago, the TPI Trust has fundamentally failed to provide a formal, substantive legal response or a demand letter proof of service regarding the underlying July 2025 filings.

5. Movant has repeatedly contacted the Court Clerk's office, including interactions with clerk Serra, to request that a date be finalized on the docket so that this matter may be heard.

6. The Clerk's office has continually declined to set a calendar date, redirecting Movant to "talk to the Trust" directly. This has placed Movant in an unresolvable circular loop: the Trust refuses to respond without a scheduled court mandate, and the Clerk's office refuses to schedule a mandate until the Trust cooperates.

7. *Pro se* litigants possess a fundamental right to due process and reasonable access to the court docket. Because the administrative staff is actively withholding a hearing assignment on an explicitly designated *Emergency Motion*, judicial intervention is now the only mechanism available to preserve the integrity of this claim.

**III. PRAYER FOR RELIEF**

**WHEREFORE**, Movant Shawn R. Ward respectfully requests that this Honorable Court take direct administrative notice of this breakdown, intervene to break the current scheduling deadlock, and issue an order:

- Setting an immediate, fixed date and time for a hearing on Movant's pending Emergency Motion to Compel Administrative Reinstatement; or
- Ordering the Purdue TPI Trust to file an expedited, written response to the Sworn Supplemental Affidavit of Evidence on the main case docket within fourteen (14) days.

Dated: October 29, 2026

Respectfully submitted,

Shawn R Ward

**Shawn R. Ward, Pro Se**
13 136th
Charleston, West Virginia 25315
Main Email: shawnward378@gmail.com
Secondary Email: countrychick2908@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re:**

**PURDUE PHARMA L.P., et al.,**

***Debtors.***

**Chapter 11**
**Case No. 19-23649 (SHL)**
**Claim No. 614545**

## CERTIFICATE OF SERVICE

I, **Shawn R. Ward**, hereby certify under penalty of perjury that on this Thursday, **October 29, 2026**, I served a true and correct copy of the foregoing *Notice of Non-Response and Request for Judicial Intervention* upon the following parties via physical mail (USPS Priority Mail):

**1. The Court / Chambers:**
Honorable Sean H. Lane
United States Bankruptcy Court, SDNY
300 Quarropas Street
White Plains, NY 10601

**2. Office of the United States Trustee:**
Region 2 Office
201 Varick Street, Room 1006
New York, NY 10014

**3. Respondent / Opposing Party:**
Purdue Pharma Tort Personal Injury Trust (TPI Trust)
[Insert TPI Trust Physical Mailing Address Here]

Dated: October 29, 2026

Respectfully submitted,

Shawn R Ward

**Shawn R. Ward, Pro Se**
13 136th
Charleston, West Virginia 25315
Main Email: shawnward378@gmail.com
Secondary Email: countrychick2908@gmail.com