UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | CHAPTER 11 |
| | CASE No. 19-23649 |
| PURDUE PHARMA L.P., et al. | |
| DEBTORS | |

## REQUEST FOR WRIT OF MANDAMUS

Please take notice that:

Petitioner, Kelvin Singleton, herein claimant of number 12712, in the above entitled action, move the Honorable Bankruptcy Court to order Claims Administrator, Edgar C. Gentle III, Purdue "PI" Trust Officer, to comply with any and all terms of said agreement(s) ordered in the agreement Petitioner approved, to include payment(s) and compensation of the injuries sufferred as a result of being addicted to the opioid drug. This request is based on the pleadings before the Court, attachments and declaration in support of this motion.

### STATEMENT OF FACTS

A state prisoner in California, Petitioner timely submitted his personal injury claim as a result of a multiple year addiction to opioids, being introduced by prison medical healthcare. Petitioner filed with the Court declarations attesting injury, including available medical records of subscriptions. Petitioner voted in the affirmative to settle the claim, as recommended by the New York law office representing "claimants without legal counsel. Upon the final order of the U.S. Supreme Court and that

of this Honorable Court approval of the settled agreement, Petitioner made multiple attempts to find out through Mr. Gentle III, the status of his claim. (See Attached Declaration and attachments) In one phone call, Petitioner was denied information. In the written letters, the Trust Officer would not respond, leading Petitioner to believe he is being denied the right to receive compensation because of his status. The only recourse is by way of Mandamus.

POINTS AND AUTHORITY

There are three demanding requirements before a court issues a writ of Mandamus; (1) Petitioner must demonstrate that its "right to issuance of the writ is clear and indisputable." Cheney v. U.S. Dist. Court, 542 U.S. at 381; (2) "the Party seeking issuance of the writ must have no other means to attain the relief [it] desires." (Id. at 542 U.S. at 381; (3) "even if the first two prerequisites have been met, the issuing court, in the exercise of its discretion, must be satisfied that the writ is appropriate under the circumstances." (Id), see also City of New York, 607 F.3d at 932.

In this instant matter, Petitioner has no other way to receive relief. This includes the attorneys who represented the claimants through the entire legal pleadings. (See Declaration) Petitioner's incarceration did not remove him from the constitutional laws of the United States, especially equal protection and due process. USCA, Amendment XIV.

## CONCLUSION

Wherefore, the Petitioner diligently complied with all court orders, submitted documents of his medical records, as well as the non-cooperation of State Prison Officials regarding the NDC's of the Opioid drugs prescribed. Petitioner was not ever addicted to Opioids until prison doctors knowingly prescribed the drug to an addicted recovering cocaine/crack addict; By his will, both are in remission and Petitioner has to now deal with the physical injuries of said addiction. Petitioner pray the Bankruptcy Court issue the mandamus directing the Trust Officer to issue compensation;

(1) highest tier for Personal Injury as evidenced by Petitioner's medical records;

(2) appoint counsel to represent Petitioner for the purpose of soley dealing with this matter;

(3) Any other relief this Court deems just and fair.

DATE: 11.04.2026

/S/ [signature]
KELVIN SINGLETON

Kelvin Singleton
1600 California Drive
Vacaville California 95696

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 19-23649 |
| Purdue Pharma L.P., et al | |
| Debtors | |

DECLARATION AND AFFIDAVIT
OF KELVIN SINGLETON IN
SUPPORT OF WRIT OF MANDAMUS

I, Kelvin Singleton, hereby declare and say that this declaration is in support of the attached Writ of Mandamus. I attest to say further that:

1. As a righteous claimant, I followed all court orders and provided evidence of injury to the Court and now Trustee of the debtors, Mr. Edgar C. Gentle III. I diligently did call his office in Alabama (Hoover) and was denied information about my claim. I have written him at least twice, to receive no reply, including the attached Notice of Intent letter. (See Attached Copies at 1). I feel because I am imprisoned and have no means of adequately having legal representation, the trust officer is intent on taking advantage of this and doing something else outside of what is right;

2. I was also told by the law office of Akin Gump Strauss Hauer + Feld, LLP; that they no longer can assist

me in trying to find out why I am being deprived of the equal protection and due process. I feel that every attorney received their payment(s), why should they not ensure the claimants are duly given their compensation;

3. I am without any other recourse, save the Bankruptcy Court who can enforce the negotiated settlement agreement. Since the Court has my medical records, declaration(s) of injury and evidence I was prescribed for years various opioid drugs, I am entitled to compensation, I humbly pray to this court for the issuance of a Mandamus.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE ON THIS 4TH DAY OF NOVEMBER, 2026, IN THE STATE OF CALIFORNIA, County of Solano, 93656.

/S/ [signature]

— ATTACHMENTS —

Case Name: In re: Purdue Pharma, L.P. et al.,

Case Number: 19.23649 (RDD)

Court: USDC - Bankruptcy, New York

# PROOF OF SERVICE BY MAIL

I, Kelvin X. Singleton declare:

That I am over the age of eighteen years of age and am ~~not~~ a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on 8.4.26 I served the attached: a true copy of the attached:

Letter to Edgar C. Gentle III., Esq.
Declaration of Kelvin X. Singleton
w/ Attachments
Letter to Honorable R. R. Drain (Judge)

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

USBC-New York
ATTN: Honorable Robert. D. Drain
300 Quarropas Street
White Plains, New York 10601

Edgar C. Gentle III., Esq
Claim Administrator
P.O. Box 361930
Hoover, Alabama 35236.1930

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on 8.4.26 at the California Medical Facility, Vacaville, California.

Kelvin Singleton
Declarant

[signature]
Declarant's Signature

KELVIN X. SINGLETON.
1600 CALIFORNIA DRIVE
VACAVILLE, CALIFORNIA 95696

August 5, 2026

EDGAR C. GENTLE, III, ESQ.
CLAIMS Administrator
P.O. BOX 361930
HOOVER, ALABAMA 35236-1930

IN RE: CLAIMS NO. 12712 and/or 56925

DEAR MR. GENTLE or INTERESTED PARTIES:

I AM THE ABOVE NAMED CLAIMANT WRITING IN A GOOD-FAITH EFFORT TO INQUIRE ABOUT MY FILED CLAIM(S) AND THE ISSUES SURROUNDING THE LACK OF COOPERATION BETWEEN YOUR OFFICE AND THE STATE OF CALIFORNIA. THIS LETTER ALSO SERVES AS A Notice of Intent.

IN MY ATTEMPT TO FULLY COMPLY WITH THE REQUIREMENTS OF THE NEW YORK FEDERAL COURT AND YOUR OFFICE, I HAVE SOUGHT TO GAIN THE NDC NUMBERS FROM THE CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION (CDCR) HEALTH CARE SYSTEM, ONLY TO BE DENIED. ON TOP OF THAT I FEEL YOUR OFFICE WAS NOT FORTHCOMING IN THE CLAIM OF SENDING ME A LETTER IN OCTOBER OF 2025 REGARDING THE NDC NUMBERS, AS THERE IS NO RECORD IN CDCR'S LOG. I THEN WOULD NOT RECEIVE ANY RESPONSE TO THE LETTER(S) WRITTEN THEREAFTER REGARDING SUCH. I HATE TO THINK THIS IS DUE TO MY LACK OF LEGAL REPRESENTATION AND INCARCERATION.

THIS BEING SAID, I AM AGAIN REACHING OUT IN GOOD FAITH TO PROVIDE YOUR OFFICE WITH A SWORN DECLARATION THAT ATTACHED IS A TRUE COPY OF MY EFFORTS TO FORMALLY SEEK THE NDC NUMBERS FROM CDCR HEALTH CARE AND THERE RESPONSE. IT IS MY HOPE THAT

PAGE 2 cont...

the filed medical records your office received, and that is sworn into the Courts' records along with the attachments to this letter will prove to you that I was addicted to the Opioid drugs while housed in prison for multiple years, and was injured physically, emotionally and mentally.

In conclusion, I ask that your office respond to this inquiry within a reasonable time of 90 days in order to prevent me from taking legal actions with this regards.

Thank you for your time.

Sincerely,

Kelvin Singleton

P.S. I would argue that the evidence filed on record meets the Bankr. Rule 3001(f), prima facie requirement as well as section (c) claim based in writing

Enclos, Declaration(s) Filed In Court
Proof of Claim
Letter to Trustee
CDCR Administrative Records
Medical Records / Court Records of Opioid Prescriptions, and submission

DECLARATION OF KELVIN X. SINGLETON

I, KELVIN X. SINGLETON, declare under the penalty of perjury that the information and documents hereto attached is readily available to review within the files of the California Department of Corrections and Rehabilitation (CDCR hereinafter). I further say that:

1. I filed a timely and accepted Purdue Personal Injury claim signed and dated on or about May 11, 2020. I was given the assigned number as 12712. For the record, claim 56925 was recorded as being filed due to prison officials in the mailroom obstructing my mailing procedure(s) of the original filing of May 11, 2020; thus, I am entitled to the one(1) claim, #12712.

2. I was never addicted to any Opioid drug until I became imprisoned in 2003. In fact, I did not know of it as a drug of addiction until prison. The prison medical and mental health administration well knew of my intention to recover from Cocaine/Crack addiction I had for many years.

3. In order for me to show the federal Court of my truth of Opioid substance addiction while in prison, I submitted to the Court (and your office), medical prescriptions, beginning in 2003, doctor's notes and reports, as well as Medical Administrative Records (MAR) showing these prescriptions. And because of my continued incarceration of such, All records are/should be secured by CDCR's health records services.

4. I have now attached hereto my written request(s) to the prison's medical records seeking the NDC numbers I was told was needed by a unnamed receptionist who

told me this on February 10, 2026. This person also stated that a letter was sent to me in October of 2025, advising of the need I forward the NDC numbers in order for my claim to be processed. When I advised her that I did not receive this letter and requested this letter be re-sent, I was told the letter could not be resent.

I also requested her name and she stated it is irrelevant. I requested to be provided with information on who I could speak to about the missing "letter" that was alledgedly sent to me. I say alledgedly due to prison legal mail records of October 25 - current day shows no recording of this receiving such legal letter. The receptionist stated that there was no one I could talk to and that I must wait to hear something in the mail. From February 2026, to this present day, the Trust Administrator has not responded to the two(2) letters I sent to his office.

5. The Trust Administrator has/is being handsomely compensated for his service(s). The law office of Akin, Gump, Strauss, Hauer & Feld, LLP, has/is being handsomely compensated for representing my interest in this bankruptcy claim; yet, I, who was injured by this terrible opioid addiction has not be compensated for the suffering of such. This is not justice at all.

6. I am asking the Trust Claims Administrator review the attached legal documents, take judicial notice(s) of the records of the Court to include my medical records, pharmacy recordings, declarations and documents attached, for the purpose of processing my claim and administer the top tier compensation I duly

deserve. To deny me the right(s) to due process, equal protection under the law and the opportunity to benefit positively from an evil disposition, would be the cousin of that horrible addiction

I DECLARE UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT THIS 6th DAY OF AUGUST, 2026, IN THE STATE OF CALIFORNIA, CITY OF VACAVILLE, CALIFORNIA, 95696.

/s/ [signature]
KELVIN X. SINGLETON

Kelvin X. Singleton
1600 California Drive
Vacaville, California 95696

August 6, 2026

United States District Court ~ Bankruptcy
Honorable Robert R. Drain, Judge
300 Quarropas Street
White Plains, New York 10601

In Re: Purdue Pharma L.P., et al.,
Case No. 19-23649

Dear Honorable Justice R. R. Drain:

I am writing to you with a humble request asking for the Court's intervention. This is because the office of the Trustee has failed to ensure my due process is secure in receiving the settlement compensation I am entitled to receive. Mr. Gentile has not responded to two(2) letters I sent to him after it was alleged a Notice from his office was sent to me in October 2025, of which there is no record from the prisons' mailroom.

Attached hereto is additional medical records and documentation of my attempts to procure the drug numbers I was told the Trustee needs to distribute compensation, the prison is stonewalling and I feel it is by design.

Your honor, I humbly pray for relief from this Court by assisting me in this matter through appointing counsel or mandamus because the records on file establishes a prima facie showing.

Thank you for your time and response.

Sincerely,

[signature]

SRF 49705
PackID: 128
MMLID: 7992267

Singleton, Kelvin X.
H86959
1600 California Dr. Y 109
Vacaville CA 95696

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM**

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 5/11/2020.

Your claim has been assigned claim number 12712 .

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain highly confidential and shall not be made available to the public. If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma. Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.

**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

KELVIN SINGLETON
(Name and CDCR#)
1600 California Drive
Vacaville, California
95687
(Address)
In pro per.

FILED
... BANKRUPTCY COURT
... NOV 10 P 1:51
S.D. OF N.Y.

UNITED STATES BANKRUPTCY COURT
STATE OF NEW YORK
(Court Name)

KELVIN SINGLETON )
~~Plaintiff,~~ PETITIONER ) No. 19.23649 (Case Number)
v. )
) **PROOF OF SERVICE**
PURDUE PHARMA, L.P., etal., ) **BY**
Defendant(s). ) **MAIL (PRISON MAILBOX RULE)**

I, KELVIN SINGLETON, declare:

1. I am over 18 years of age and not a party to this action. I am incarcerated in SOLANO (County) County, where the mailing took place.
2. My address is: AS ABOVE. Noted
3. On *(date)*: I mailed from *(city and state)*:
   The following document(s) *(specify)*: REQUEST FOR Writ of MANDAMUS and DECLARATION with ATTACHMENT
4. I served the documents by enclosing them in an envelope and submitting it to CDCR correctional staff for processing according to 15 CCR §3165.
   - ☐ Postage was applied to the envelope; or,
   - ☐ Indigent envelope(s) used; postage will be applied by the mailroom; or,
   - ☑ CDC Form 193 - Trust Account Withdrawal Order was attached for postage (15 CCR 3138 et seq).
5. The envelope was addressed and mailed as follows:
   Name of person served: EDGAR C. GENTLE, III, ESQ.
   Address of person served: P.O. BOX 369930, HOOVER, ALABAMA 35236-1930

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Date: November 4, 2026

KELVIN SINGLETON
(Type or Print Name and CDCR# of Person Completing This Form)

[signature]
(Signature of Person Completing This Form)

A pro se prisoner's filing occurs when it is delivered to prison authorities (see Houston v. Lack (1988) 487 U.S. 266, also see Silverbrand v. County of Los Angeles 46 Cal. 4th 106, 128).