Mr. Joshua Williams

6178752306

Joshuawilliams133@aol.com

**Motion**

*To;*

Extend Claim Period for 30 days

In Re:Purdue Pharma 19-23649 shl

The movant, Mr. Joshua Williams formally requests an extension of time to file a complaint FRCP 63(d).

Mr. Williams claims that he is in the process of discovering material facts involving fraud upon the Sackler Estate.

These facts involve potential fraud involving David Sackler's estate and income as well as intentional extrinsic fraud upon the debtor and the moving party.

Therefore;

Mr Williams requests a formal extension of the 365 day deadline set forth in FRCP 63(d) to alert the court to fraud upon the court.

Sincerely,

Mr. Joshua R Williams

In Re: Purdue Pharma 19-23649 shl

Judge Lane grants the movant an extension of 30 days to bring claims of fraud by RSS Parties( including but not limited to David Sackler)

---

Judge Sean H Lane