MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan

*Co-Counsel to the Plan Administration Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**AGENDA FOR NOVEMBER 18, 2026 OMNIBUS HEARING**

Time and Date of Hearing: November 18, 2026 at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing: The Hearing will only be conducted via Zoom for Government®. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at: https://ecf.nysb.uscourts.gov/cgibin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 558 8656, Meeting ID 942 3538 9107, Passcode 237820.

[1] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## I. CONTINUED MATTER:

1. ***Motion for Allowance.*** Certain Third-Party Payors' Motion for Allowance of Claims. [ECF No. 9604].

   Objection Deadline: November 11, 2026, at 4:00 p.m. (prevailing Eastern Time); extended to December 3, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Notice of Hearing on the Motion of Certain Third-Party Payors for Allowance of Claims [ECF No. 9651].

   B. Notice of Adjournment of the Hearing on the Motion of Certain Third-Party Payors for Allowance of Claims (ECF No. 9700].

   Status: This matter has been adjourned to the omnibus hearing date scheduled for December 10, 2026, at 11:00 a.m. (ET).

## II. UNCONTESTED MATTER:

2. ***Motion to Extend Deadline.*** Motion of the Plan Administration Trust for Entry of an Order Extending the Deadline to Object to Avrio General Unsecured Claims, Adlon General Unsecured Claims, and Other General Unsecured Claims [ECF No. 9688].

   Objection Deadline: November 10, 2026, at 4:00 p.m. (prevailing Eastern Time)

   Responses Received: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

## III. PRE-TRIAL CONFERENCE:

*Adversary No.: 26-07084 (SHL) Reyna et al. v. Sackler et al.*

3. ***Sackler Letter.*** Letter Requesting Adjournment of Answer Date and for Enforcement of Order Mandating Withdrawal of Mr. Reyna's Pending Claims (Adv. Dkt. No. 33, filed 10/19/26).

   Objection Deadline: November 10, 2026, at 4:00 p.m. (prevailing Eastern Time)

   Responses Received:

A. Plaintiff's Response to Defendants' October 19, 2026 Letter (Doc. 33) and Request that the Court Enter the Paragraph 5 Dismissal (Adv. Dkt. No. 34, filed 10/20/26).

Related Documents:

B. Stipulation of Dismissal Pursuant to Bankruptcy Rule 7041 and Fed. R. Civ. P. 41(A)(1)(A)(ii) (Adv. Dkt. No. 35, filed 11/2/26).

Status: A stipulation of voluntary dismissal has been filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); accordingly, this adversary proceeding has been dismissed, and no hearing is necessary.

## IV. SCHEDULING OF *PRO SE* MATTERS

4. ***Scheduling of Pro Se Matters.*** Scheduling the relevant pro se filings listed in the Addendum to November 18, 2026 Omnibus Hearing Agenda Regarding Status, Response Deadlines, and Proposed Hearing Schedule for Filings by Pro Se Parties attached hereto as **Exhibit A**.

Objection Deadline: See the proposed objection deadlines listed for the relevant filings in Section I of the Addendum.

Related Documents: None.

Status: This matter is going forward.

Dated: November 16, 2026
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Matthew B. Harvey*

Robert J. Dehney, Sr.
Matthew B. Harvey
Alexis L. Sullivan
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
mharvey@morrisnichols.com
asullivan@morrisnichols.com

*Co-Counsel to the Plan Administration Trust*