**Hearing Date and Time: December 10, 2026 at 11:00 a.m. (prevailing Eastern Time)**
**Objection Date and Time: December 3, 2026 at 4:00 p.m. (prevailing Eastern Time)**

LEVENFELD PEARLSTEIN, LLC
Harold D. Israel
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois, 60606
Telephone: (312) 346-8380
Facsimile: (312) 346-8434

*Counsel to the Purdue Personal Injury Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

# NOTICE OF HEARING ON CONSENT MOTION TO ESTABLISH ADDITIONAL PURDUE OPIOID PERSONAL INJURY SUB-QUALIFIED SETTLEMENT FUNDS

**PLEASE TAKE NOTICE** that, contemporaneously herewith, Purdue Personal Injury Trust filed the *Consent Motion to Establish Additional Purdue Opioid Personal Injury Sub-Qualified Settlement Funds* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion (the "Hearing") has been scheduled for **December 10, 2026 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court,

[1].The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

300 Quarropas Street, White Plains, New York 10601 (the "Bankruptcy Court"); *provided* that such Hearing shall be conducted **via Zoom for Government®** unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing. The Debtors will file an agenda before the Hearing, which may modify or supplement the motions to be heard at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with Local Bankruptcy Rule 5005-2 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD or other electronic media, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and Local Bankruptcy Rule 5005-2, to the extent applicable, and shall be served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [D.I. 498], so as to be filed and received no later than **December 3, 2026 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the Purdue Personal Injury Trust may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default; *provided* that objecting parties shall attend the Hearing **via Zoom for Government®** unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 19, 2026

Respectfully submitted,

**PURDUE PERSONAL INJURY TRUST**

By: */s/ Harold D. Israel*
Harold D. Israel (admitted *pro hac vice)*
LEVENFELD PEARLSTEIN, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 346-8380
e-mail: hisrael@lplegal.com

*Counsel to the Purdue Personal Injury Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2026, I electronically filed the foregoing Notice of Hearing and the Consent Motion to which it refers with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Harold D. Israel*

**Hearing Date: December 10, 2026 at 11:00 a.m. (ET)**
**Objection Deadline: December 3, 2026 at 4:00 p.m. (ET)**

LEVENFELD PEARLSTEIN, LLC
Harold D. Israel
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 346-8380
Facsimile: (312) 346-8434
Email: Hisrael@lplegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ***In re*** | Chapter 11 |
| **Purdue Pharma L.P.,** *et al.,* [1] | Case No. 19-23649 (SHL) |
| Debtors. | |

**CONSENT MOTION TO ESTABLISH ADDITIONAL**
**PURDUE OPIOID PERSONAL INJURY**
**SUB-QUALIFIED SETTLEMENT FUNDS**

Edgar C. Gentle III, in his capacity as the trustee of the Purdue Personal Injury Trust and as Claims Administrator (collectively, the "Claims Administrator") hereby files this motion (the "Motion") for entry of an order establishing the JD Hall Qualified Settlement Fund and the Miley Legal Qualified Settlement Fund under Internal Revenue Code § 468B, to be administered by Milestone & Co., LLC. In support of this Motion, the Trustee states as follows:

[1] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma, Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield Bio Ventures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience, Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## <u>JURISDICTION AND VENUE</u>

1. The Court has jurisdiction to enter the relief requested in this Motion pursuant to 28 U.S.C. §§ 157 and 1334, the Plan and the Confirmation Order. The relief requested herein is authorized by, and consistent with, the Plan and the Court's retained jurisdiction to interpret, implement, and administer the Plan.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

3. On November 18, 2025, the Court entered an order (the "<u>Confirmation Order</u>") confirming the *Eighteenth Joint Chapter 11 Plan of Reorganization* (the "Plan") *of Purdue Pharma L.P. and Its Affiliated Debtors* [D.I. 8263], approving the creation of the Purdue Opioid Personal Injury Trust (the "<u>Purdue Personal Injury Trust</u>").

4. To facilitate the transfer of Purdue Personal Injury Trust assets, this Court, through Section 15(d) of the Confirmation Order, established certain Sub-Qualified Settlement Funds. The Claims Administrator now requests the establishment of two additional Sub-Qualified Settlement Funds: The JD Hall Qualified Settlement and the Miley Legal Qualified Settlement Fund.

5. Separate Federal Taxpayer Identification Numbers for the JD Hall Qualified Settlement Fund and the Miley Legal Qualified Settlement Fund will be obtained upon entry of the order granting this Motion.

**WHEREFORE** the Claims Administrator respectfully requests the Court consent to take continuing jurisdiction over the JD Hall Qualified Settlement Fund and the Miley Legal Qualified Settlement Fund pursuant to Treas. Reg. Section l.468B-l(c)(l), and enter an order attached hereto which establishes the JD Hall Qualified Settlement Fund and the Miley Legal Qualified Settlement Fund as Qualified Settlement Funds within the meaning of Internal Revenue Code § 468B and

Treasury Regulation Section 1.468B-1 and such other and further relief as the Court deems appropriate.

Dated: November 19, 2026

**PURDUE PERSONAL INJURY TRUST**

By: *__/s/ Harold D. Israel__*
Harold D. Israel (admitted *pro hac vice*)
**LEVENFELD PEARLSTEIN, LLC**
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 346-8380
Email: hisrael@lplegal.com

*Counsel to the Purdue Personal Injury Trust*

# EXHIBIT A
# PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ***In re*** | Chapter 11 |
| **Purdue Pharma L.P.,** *et al.,* [1] | Case No. 19-23649 (SHL) |
| Debtors. | |

**[PROPOSED] ORDER TO ESTABLISH ADDITIONAL PURDUE OPIOID PERSONAL INJURY SUB-QUALIFIED SETTLEMENT FUNDS**

Upon the motion of Edgar Gentle III, in his capacity as the trustee of the Purdue Personal Injury Trust and as Claims Administrator (collectively, the "Claims Administrator") of the Court-appointed Personal Injury Trustee and Claims Administrator, Edgar C. Gentle, III (the "Claims Administrator"), and the Court having reviewed the Motion, and the Court having found that the relief requested is authorized by the Plan[2] and the Confirmation Order, and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Pursuant to the Confirmation Order, certain Sub-Qualified Settlement Funds were authorized to be utilized by the Purdue Personal Injury Trust for the resolution of PI Claims (as defined in the Plan).

[1] The Debtors, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are: Purdue Pharma L.P. (7484), Purdue Pharma, Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield Bio Ventures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience, Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms not defined herein shall have the meaning attributed to such terms in the Motion.

2. The Court approves and hereby establishes the JD Hall Qualified Settlement Fund and the Miley Legal Qualified Settlement Fund, to be Qualified Settlement Funds for Federal tax purposes pursuant to Internal Revenue Code § 468B and Treas. Reg. § 1.468B-1 and to be administered by Milestone & Co., LLC, for the resolution of PI Claims.

3. The Trustee is granted authority to conduct any and all activities necessary to administer the Qualified Settlement Funds consistent with the PI Trust Agreement (as defined in the Plan), the Confirmation Order, and any further orders of the Court.

Dated: _________________

_________________________________________
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE