November 18, 2026

Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

United States Bankruptcy Court

Southern District of New York

In re:

| | |
|---|---|
| Purdue Pharma L.P. et al | Chapter 11 |
| Debtors | Case No. 19-23649(SHL) |
| | (Jointly Administered) |

**OBJECTION AND MOTION FOR RECONSIDERATION OF NOTICE OF CLAIM REJECTIONS OF THE ESTATE OF JONATHAN D. SACKLER**

I, Maria Ecke, object to the denial of the claims of the Estate of David Jonathan Ecke, Maria Ecke, Richard Ecke, Andrew Ecke, and Peter Sottile, and ask for a motion for reconsideration.

Respectfully submitted,

/s/Maria Ecke