UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., et al.[1] | Chapter 11<br><br>Case No. 19-23649 (SHL)<br><br>Jointly Administered<br><br>Hon. Sean H. Lane |

**AFFIRMATION OF LIN GAO IN OPPOSITION TO THE TRUSTEES' MOTION FOR AN ORDER (I) HOLDING HER AND RICHARD S. SACKLER IN CIVIL CONTEMPT OF THE CONFIRMATION ORDER, (II) DIRECTING HER TO AND RICHARD SACKLER TO VACATE THE GREENWICH PROPERTY, AND (III) GRANTING RELATED RELIEF**

I, LIN GAO, hereby declare, under penalties of perjury, as follows:

1. I am the wife of Richard Sackler ("Richard") and, with Richard, am the subject of the motion (the "Contempt Motion") of Trustees Frank Vellucci ("Vellucci"), Daniel S. Connolly and Rory Held (collectively, the "Trustees") to hold me and Richard in civil contempt and to evict our family from our home [redacted]

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, were as follows: Purdue Pharma L.P. (7484); Purdue Pharma, Inc. (7486); Purdue Transdermal Technologies L.P. (1868); Purdue Pharma Manufacturing L.P. (3821); Purdue Pharmaceuticals L.P. (0034; Imbrium Therapeutics L.P. (8810); Adlon Therapeutics L.P. (6745); Greenfield Bio Ventures L.P. (6150); Seven Seas Hill Corp. (4591); Ophir Green Corp. (4594); Purdue Pharma of Puerto Rico (3925); Purdue Products L.P. (4140); Purdue Pharmaceutical Products L.P. (3902); Purdue Neuroscience Company (4712); Nayatt Cove Lifescience Inc. (7805); Button Land L.P. (7502); Rhodes Associates L.P. (N/A); Paul Land Inc. (7425); Quidnick Land L.P. (7584); Rhodes Pharmaceuticals L.P. (6166); Rhodes Technologies (7143); UDF LP (0495); SVC Pharma LP (5717); and SVC Pharma Inc. (4014). The Debtors' corporate headquarters was located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2. I am personally familiar with the facts set forth herein unless otherwise noted. Unless stated otherwise, all statements of fact are based on my own personal knowledge. If called to testify, I could and would testify competently to the matters set forth his declaration.

3. I have reviewed the Affirmation of Frank Velluci in support of the Contempt Motion. Many of Vellucci's statements are inaccurate and/or skewed.

4. Each of Vellucci's allegations are addressed below.

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted],

**WHEREFORE,** it is respectfully submitted that the Court deny the Trustee's Motion to hold Richard and me in contempt.

Dated: Greenwich, CT
November 23, 2026

/s Lin Gao

Lin Gao