United States Bankruptcy
Court United District of New York
Southern District

FILED
U.S. BANKRUPTCY COURT
2026 NOV 24 P 4:18
S.D. OF N.Y.

Britsh Moss,
Claimant/Creditor,

vs.

Purdue Pharma, L.P. et al;
Debtor(s)
IN their official Capacity

Chapter 11
Case No: 19-23649 (NSR)
(Jointly Administered)

**Motion to Compel**

On June 11, 2025, Claimant Britsh Moss, Signed [A] Release form; Indicating That Purdue Master Disbursement(s) Trust Proceedings Would Soon follow. [.] But to No Avail. It Has Been (17) Months Since (Moss) Signed The Release form for Claim Number(s): 628493, 628523, 628555, 629211, & 629347.

Creditor Britsh Moss, is Entitled to Purdue Pharma, L.P. settlement Disbursement(s), and Is Asking This Honorable Court (Nelson Roman), To Compel The Entity (The Trustee, and/or, Claim Administrator(s)) Responsible for Disbursement to Act, within (5) Business Days, of Your Honor's Order.

I Declare Under The Penalty of Perjury, That The foregoing Facts Herein Are True/Correct. "Duly Executed" on 11/17/26.

Respectfully Submitted By: Mr. Britsh Moss

Britsh Moss, Claimant
3142 Thomas Dr., Dorm-D1-108-L
Bonifay, Fla. 32425-4238

Brilsit Moss
3142 Thomas Dr.
DC#184797/ Dorm-D1-108 t
Holmes Correctional Institution
Bonifay, Fla. 32425-4238

PENSACOLA FL 325
17 NOV 2026 AM 1 L

FOREVER USA

Attn: Honorable Sean H Lane, and/or,
Judge: Nelson S. Roman Chambers,
Bankruptcy Court U.S.
300 Quarropas Street
Room # 248
White Plains, N.Y. 10601

MAILED FROM
A STATE
CORRECTIONAL
INSTITUTION

10601-414000